IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

DAVID M. DAUGHERTY,                                      PLAINTIFF

V.                                                       CIVIL ACTION NO. 5:14-24506

EQUIFAX INFORMATION SERVICES LLC
and OCWEN LOAN SERVICING, LLC,                           DEFENDANTS

## CERTIFICATE OF SERVICE

    I, Jed R. Nolan, counsel for Plaintiff, hereby certify that I have filed this **CERTIFICATE OF SERVICE** for **PLAINTIFF'S RULE 26(a)(1) DISCLOSURES** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants, and that I served a true and accurate copy of the entire document via United States mail, postage prepaid, to each of the following on November 6, 2014:

| | |
|---|---|
| John C. Lynch, Esq.<br>Jason E. Manning, Esq.<br>TROUTMAN SANDERS LLP<br>222 Central Park Avenue, Suite 2000<br>Virginia Beach, VA  23462<br>*Counsel for Defendant Ocwen Loan Servicing, LLC*<br>john.lynch@troutmansanders.com<br>jason.manning@troutmansanders.com | Vincent M. Roskovensky, Esq.<br>CLARK HILL PLC<br>1233 Main Street, Suite 1700<br>Wheeling, WV  26003<br>*Counsel for Defendant Equifax Information Services LLC*<br>vroskovensky@clarkhill.com |

                                    /s/ Jed R. Nolan
                                    **JED R. NOLAN** *(WVSB #10833)*
                                    jnolan@hamiltonburgess.com