IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
Beckley Division

**DAVID M. DAUGHERTY,**

    **Plaintiffs,**

    v.                               Civil Action No. 5:14-cv-24506

**EQUIFAX INFORMATION
SERVICES, LLC, and
OCWEN LOAN SERVICING, LLC,**

    **Defendants.**

## NOTICE OF INTENT TO SERVE SUBPOENAS

PLEASE TAKE NOTICE that pursuant to Rule 45(a)(4) of the Federal Rules of Civil Procedures, Defendant Ocwen Loan Servicing, LLC intends to serve subpoenas in the forms attached hereto as Exhibit 1 and 2, respectively:

    1)    Lorin Hanks, 5407 W. Venetia Street, Herriman, UT 84096; and

    2)    Aggressive Credit Repair, LLC, c/o Lorin Hanks, Registered Agent, 5407 W. Venetia Street, Herriman, UT 84096.

                                          **OCWEN LOAN SERVICING, LLC**

                                          By:   /s/ Jason E. Manning
                                                    Of Counsel

John C. Lynch (WV Bar No. 6627)
Jason E. Manning (WV Bar No. 11277)
Counsel for Defendant
Troutman Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7564
Facsimile: (757) 687-1524
E-mail: john.lynch@troutmansanders.com
E-mail: jason.manning@troutmansanders.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
Beckley Division

**DAVID M. DAUGHERTY,**

      **Plaintiffs,**

     v.                                   Civil Action No. 5:14-cv-24506

**EQUIFAX INFORMATION
SERVICES, LLC, and
OCWEN LOAN SERVICING, LLC,**

      **Defendants.**

### CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of April, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

**Counsel for Plaintiff**
Ralph C. Young, Esq.
Christopher B. Frost, Esq.
Steven R. Broadwater, Jr., Esq.
Jed R. Nolan, Esq.
HAMILTON, BURGESS, YOUNG & POLLARD, PLLC
P.O. Box 959
Fayetteville, WV 25840
E-mail: ryoung@hamiltonburgess.com
E-mail: cfrost@hamiltonburgess.com
E-mail: sbroadwater@hamiltonburgess.com
E-mail: jnolan@hamiltonburgess.com

**Counsel for Equifax Information Services, LLC**
Vincent M. Roskovensky, Esq.
CLARK HILL PLC
1233 Main Street, Suite 1700
Wheeling, WV 26003
E-mail: vroskovensky@clarkhill.com

       /s/ Jason E. Manning
      Jason E. Manning (VSB No. 74306)
      TROUTMAN SANDERS LLP
      222 Central Park Avenue, Suite 2000
      Virginia Beach, Virginia 23462
      Telephone: (757) 687-7564
      Facsimile: (757) 687-1524
      E-mail: jason.manning@troutmansanders.com
      *Counsel for Ocwen Loan Servicing, LLC*