IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
Beckley Division

**DAVID M. DAUGHERTY,**

      **Plaintiffs,**

      v.                                                Civil Action No. 5:14-cv-24506

**EQUIFAX INFORMATION**
**SERVICES, LLC, and**
**OCWEN LOAN SERVICING, LLC,**

      **Defendants.**

### DEFENDANT OCWEN LOAN SERVICING, LLC'S
### MOTION FOR SUMMARY JUDGMENT

      Defendant Ocwen Loan Servicing, LLC ("Ocwen" or "Defendant"), by counsel, pursuant to Fed. R. Civ. P. 56, submits its Motion for Summary Judgment. The reasons in support of this motion are more thoroughly set forth in the accompanying Memorandum in Support.

      For the reasons set forth in the accompanying memorandum of law, Defendant respectfully requests that the Court grant its Motion for Summary Judgment and enter judgment against Plaintiff on all counts of the Complaint asserted against Ocwen, and grant Defendant such further legal and equitable relief as it may deem appropriate.

      In accordance with Local Rule 7.1, the exhibits to Ocwen's Motion for Summary Judgment are attached hereto.

Dated:  September 11, 2015	Respectfully submitted,


	OCWEN LOAN SERVICING, LLC


	By:     /s/ Jason E. Manning	
	            Of Counsel

Jason E. Manning (W. Va. Bar No. 11277)
Jonathan M. Kenney (W. Va. Bar No. 12458)
Counsel for Ocwen Loan Servicing, LLC
Troutman Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone:  (757) 687-7564
Facsimile:  (757) 687-1524
E-mail:  jason.manning@troutmansanders.com
E-mail: jon.kenney@troutmansanders.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### Beckley Division

**DAVID M. DAUGHERTY,**

    **Plaintiffs,**

    v.                                Civil Action No. 5:14-cv-24506

**EQUIFAX INFORMATION**
**SERVICES, LLC, and**
**OCWEN LOAN SERVICING, LLC,**

    **Defendants.**

### CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of September, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to the following CM/ECF participants:

**Counsel for Plaintiff**
Ralph C. Young, Esq.
Christopher B. Frost, Esq.
Steven R. Broadwater, Jr., Esq.
Jed R. Nolan, Esq.
HAMILTON, BURGESS, YOUNG & POLLARD, PLLC
P.O. Box 959
Fayetteville, WV 25840
E-mail: ryoung@hamiltonburgess.com
E-mail: cfrost@hamiltonburgess.com
E-mail: sbroadwater@hamiltonburgess.com
E-mail: jnolan@hamiltonburgess.com

                                  /s/ Jason E. Manning
                                  Jason E. Manning (W. Va. Bar No. 12458)
                                  TROUTMAN SANDERS LLP
                                  222 Central Park Avenue, Suite 2000
                                  Virginia Beach, Virginia 23462
                                  Telephone: (757) 687-7562
                                  Facsimile: (757) 687-1524
                                  E-mail: jason.manning@troutmansanders.com
                                  *Counsel for Ocwen Loan Servicing, LLC*