1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

-----------------------------------

DAVID M. DAUGHERTY,

                Plaintiff,

    v.                                   CIVIL ACTION
                              NO. 5:14-24506

EQUIFAX INFORMATION SERVICES, LLC
and OCWEN LOAN SERVICING, LLC,

                Defendants.

-----------------------------------

30(b)(6)DEPOSITION UPON ORAL EXAMINATION
OF SANDRA LYEW
TAKEN ON BEHALF OF THE PLAINTIFF

Virginia Beach, Virginia

August 28, 2015

EXHIBIT B

Lyew, Sandra

August 28, 2015

2 (Pages 2 to 5)

---

**2**

1  Appearances:
2
3     HAMILTON, BURGESS, YOUNG & POLLARD, PLLC
4     By: JED R. NOLAN, ESQUIRE
5       STEVEN R. BROADWATER, JR., ESQUIRE
6       5493 Maple Lane
7       Fayetteville, WV 25840
8       (304)574-2727
9       jnolan@hamiltonburgess.com
10      sbroadwater@hamiltonburgess.com
11      Counsel for the Plaintiff
12
13    TROUTMAN SANDERS, LLP
14    By: JASON E. MANNING, ESQUIRE
15      222 Central Park Avenue, Suite 2000
16      Virginia Beach, VA 23462
17      (757)687-7564
18      jason.manning@troutmansanders.com
19      Counsel for the Defendant
20      OCWEN Loan Servicing, LLC
21
22
23
24
25

---

**3**

1         I N D E X
2
3  WITNESS        EXAMINATION BY        PAGE
4  Sandra Lyew      Mr. Nolan                 5
5         Mr. Manning              132
6         Mr. Nolan                163
7
8         E X H I B I T S
9  NO.      DESCRIPTION             PAGE
10 Exhibit 1   Third Notice of Deposition      7
11 Exhibit 2   Litton Notice of Default letter
12     DD/OLS 000493-494          37
13 Exhibit 3   "Draft" document,
14     DD/OLS 000594-601          38
15 Exhibit 4   Letter dated March 18, 2013,
16     DD/OS 000225-2226          39
17 Exhibit 5   OCWEN Detail Transaction
18     History, DD/OLS 001635-1746    41
19 Exhibit 6   Letter dated March 20, 2013,
20     DD/OLS 000183              42
21 Exhibit 7   ACDV 3/19/2013             44
22 Exhibit 8   ACDV 5/31/2013             63
23 Exhibit 9   Equifax document, DD/OLS 000320  73
24 Exhibit 10  ACDV response 11/13/2014,
25     DD/OLS 001333-1334         76

---

**4**

1       E X H I B I T S   (CONTINUED)
2  NO.      DESCRIPTION             PAGE
3  Exhibit 11   ACDV 7/3/2013             80
4  Exhibit 12   ACDV 10/1/2013            82
5  Exhibit 13   ACDV 11/14/2013           86
6  Exhibit 14   ACDV 1/10/2014            89
7  Exhibit 15   Letter and attached documents
8      from Mr. Daugherty, 3/19/14,
9      DD/OLS 000570-577          93
10 Exhibit 16   Letter dated March 17, 2014,
11     DD/OLS 000566-568          102
12 Exhibit 17   ACDV response 4/24/2014      103
13 Exhibit 18   ACDV response 5/5/2014       111
14 Exhibit 19   ACDV response 6/16/2014      115
15 Exhibit 20   Letter dated April 19, 2014,
16     DD/OLS 000223-224          117
17 Exhibit 21   ACDV response 6/20/2014      119
18 Exhibit 22   Universal Data Form,
19     DD/OLS 000310              125
20 Exhibit 23   ACDV response 8/8/2014       129
21 Exhibit 24   ACDV response 9/19/2014      130
22 Exhibit 25   Letter dated March 14, 2013,
23     DD/OLS 000576-577          130
24 Exhibit 26   Credit Reporting Histories,
25     DD/OLS 000602-645          132

---

**5**

1      30(b)(6) deposition upon oral
2  examination of SANDRA LYEW, taken on behalf of the
3  Plaintiff, before Penny C. Wile, RPR, RMR, CRR, a
4  Notary Public for the Commonwealth of Virginia at
5  large, taken pursuant to notice, commencing at 9:20
6  a.m. on August 28, 2015, at the law offices of
7  Troutman Sanders, LLP, 222 Central Park Avenue, Suite
8  2000, Virginia Beach, Virginia; and this in
9  accordance with the Federal Rules of Civil Procedure.
10     - - - -
11     SANDRA LYEW was sworn and deposed on
12 behalf of the Plaintiff as follows:
13     EXAMINATION
14 BY MR. NOLAN:
15   Q.    My name is Jed Nolan, and I represent
16 David Daugherty who filed a claim against OCWEN Loan
17 Servicing in this matter.
18     Can you state your name for the record?
19   **A.    Sandra Lyew, L-Y-E-W.**
20   Q.    And it's pronounced Lyew?
21   **A.    Yes.**
22   Q.    Hopefully I don't butcher that up.  I
23 apologize if I do.
24     We've asked to take OCWEN's deposition
25 today.  And they've designated you as their corporate

---

Lyew, Sandra

August 28, 2015

4 (Pages 10 to 13)

10

1  on the dispute.
2      Q.    Now, does OCWEN investigate disputes
3  inhouse or do they outsource that job function?
4      A.    No.  They do it inhouse.
5      Q.    So those are OCWEN employees that are
6  investigating disputes?
7      A.    Yes.
8      Q.    How are these employees compensated?
9      A.    Compensated?  I want to assume that
10  there is an hourly pay.
11      Q.    Is there a range of salaries or an
12  hourly rate paid to these reinvestigation employees?
13      A.    I don't know.
14      Q.    Is compensation strictly hourly or is it
15  tied to -- are there any incentives for these
16  employees?
17      A.    I don't know.
18      Q.    And so it's my understanding there are
19  two ways OCWEN can receive a dispute regarding their
20  credit:  They can get a dispute directly from a
21  borrower or a dispute can come from a credit
22  reporting agency; is that correct?
23      A.    That is correct.
24      Q.    Are there any other ways a dispute can
25  come to OCWEN regarding a debtor's account?

11

1      A.    To my knowledge, it's the borrower's
2  dispute in writing or it goes -- it's from the credit
3  reporting agency.
4      Q.    Is there any difference in the way that
5  OCWEN treats a dispute directly from a borrower
6  versus a dispute received from a credit reporting
7  agency?
8      A.    No.
9      Q.    What if a dispute was to come in from a
10  third-party?
11      A.    They would have to be authorized.
12          Let me make that clear.  Authorized by
13  the borrower in order to speak on their behalf on the
14  account.
15      Q.    So an attorney, in order to file a
16  dispute, would have to be authorized by the borrower
17  before OCWEN would process that dispute?
18      A.    Yes.
19      Q.    And the same for a government agency?
20      A.    That is correct.
21      Q.    So when OCWEN receives a dispute either
22  from a borrower or a credit reporting agency, what's
23  the first step?
24      A.    The first step is, of course, you
25  receive the response.  The response is noted in the

12

1  account.
2      Q.    I'm sorry.  Can you define response for
3  me?
4      A.    Okay.  The correspondence --
5      Q.    Correspondence?  Okay.
6      A.    -- is received, and it's noted in the
7  account, in the system.  And an acknowledgment letter
8  is sent acknowledging receipt of the correspondence.
9  And then the investigation and/or research is
10  conducted at that point.  And then, once that is
11  done, then the response gets sent to the borrower.
12      Q.    So the correspondence is received and
13  noted in the account?
14      A.    Correct.
15      Q.    At that point the reinvestigation
16  occurs?
17      A.    That is correct.
18      Q.    Now, what type of reinvestigation is
19  done?
20      A.    It depends on the dispute that comes in.
21  So that, based on the dispute, there is not only the
22  system that is -- that gets verified, there is --
23  we -- I should say we, meaning OCWEN, the credit
24  reporting department, has authority by going into and
25  reviewing the borrower's documentation, business

13

1  records, that is kept in the ordinary course of
2  business.
3      Q.    You mentioned the credit reporting
4  department?
5      A.    Yes.
6      Q.    So once this initial dispute or the
7  correspondence response comes in, it gets noted, does
8  it get shipped to this credit reporting department?
9      A.    Again, it depends on the dispute.  So it
10  goes to a research department.  We have a research
11  department.  And based on the dispute, if the dispute
12  is dealing on credit reporting or an account claiming
13  that is not theirs, then it would go into the -- it
14  would go to the credit reporting department.
15      Q.    So the research department kind of
16  funnels it out?  They get it and look at it and see
17  where it needs to go from there?
18      A.    Correct.  Or they respond to it.
19      Q.    What types of disputes would the
20  research department respond to directly without
21  shipping it on to another department?
22      A.    Servicing.  Servicing research of a
23  dispute.
24      Q.    And what type of employees are employed
25  in the research department?

EXHIBIT B

Lyew, Sandra                                          August 28, 2015

6 (Pages 18 to 21)

18

1  originated from the credit reporting agency, does the
2  borrower still get a direct resolution letter from
3  OCWEN?
4      **A.    Can you repeat that question?**
5      Q.    Yes.
6          So there are two ways a consumer can
7  dispute their debt, either directly or through a
8  credit reporting agency?
9      **A.    That is correct.  We start with a**
10 **borrower's dispute.**
11     Q.    So if a dispute came through a credit
12 reporting agency --
13     **A.    Then it goes directly to the credit**
14 **reporting department.  There is a separate system**
15 **that they use that does the communications to the**
16 **national agencies.**
17     Q.    Let me back up then.  I'm sorry.  I got
18 confused.
19         So this is when the borrower submits the
20 dispute, the --
21     **A.    A direct dispute from the borrower.  I**
22 **think that was your initial question.**
23     Q.    Got you.
24         And so the response would go directly
25 back to the borrower at that point?

19

1      **A.    That's correct.**
2      Q.    If a dispute originated from a
3  third-party that was authorized to file that dispute,
4  would they get the dispute resolved?
5      **A.    All parties should receive it.  The**
6  **borrower should receive, as well as the third-party.**
7      Q.    And so -- okay.  So when the credit
8  reporting agency initially makes the dispute with
9  OCWEN, is there a different process?  Does it go to
10 the research department?
11     **A.    No, because the credit agency went**
12 **directly to the credit reporting department.  They**
13 **use a separate system to do their communications**
14 **regarding the dispute.**
15     Q.    What system is that?
16     **A.    e-Oscar.**
17     Q.    So what form comes to the credit
18 reporting department through e-Oscar?
19     **A.    e-Oscar is an ACDV.**
20     Q.    Is it always automated or is there ever
21 just a regular consumer dispute verification form
22 sent, a paper form sent?
23     **A.    No.  Everything is through the system.**
24     Q.    Strictly automated?
25     **A.    Yes.**

20

1      Q.    And does anything come along with the
2  ACDV?
3      **A.    No.**
4      Q.    Are there ever any attachments to the
5  ACDV from the credit reporting agencies to OCWEN?
6      **A.    No.  It's just the type of dispute.  And**
7  **based on the type of dispute, the credit reporting**
8  **department then notates the OCWEN system of the**
9  **dispute coming in.  And that also takes within**
10 **30 days to respond back.**
11     Q.    The 30 days starts as soon as OCWEN
12 receives the ACDV?
13     **A.    That is correct.  And that stays**
14 **directly in the credit reporting department.**
15     Q.    So OCWEN's investigation is based solely
16 off of the credit reporting agency's dispute?
17     **A.    OCWEN, meaning the credit reporting**
18 **department?**
19     Q.    Yes.
20     **A.    Yes.**
21     Q.    Sorry.
22         So they don't receive correspondence
23 when they get an ACDV --
24     **A.    No.**
25     Q.    -- is that correct?

21

1      **A.    No.**
2      Q.    So, for instance, Equifax would not
3  attach a letter from a consumer?
4      **A.    No.**
5      Q.    So how does Equifax communicate the
6  dispute for OCWEN to reinvestigate?
7      **A.    Certain codes that they use, and based**
8  **on the code they -- for instance, Equifax stipulates**
9  **what the dispute is about.  And that also gets**
10 **notated in OCWEN's system.**
11     Q.    When you say stipulates what the dispute
12 is about --
13     **A.    Right.  Based on an AC -- ACDV form that**
14 **comes through to OCWEN through the e-Oscar, it tells**
15 **you what the dispute is, borrower's name,**
16 **information, and the type of dispute that the**
17 **borrower has sent to them.**
18     Q.    So based on that -- based on
19 Equifax's -- in this example, based on Equifax's
20 designation of the dispute, OCWEN investigates that
21 specific dispute?
22     **A.    Yes.  That's correct.**
23     Q.    Along with affirming that the account
24 belongs to the borrower?
25     **A.    That is correct.**

Lyew, Sandra

August 28, 2015

7 (Pages 22 to 25)

---

22

1  Q.  So what are OCWEN's -- what's their
2  decision tree once they receive a dispute and they've
3  reinvestigated it?
4  A.  The response goes back to the credit
5  agency based on their findings.
6  Q.  And what are the possible responses?
7  A.  The possible responses is reconfirming
8  that the borrower's name matches to OCWEN's records,
9  Social Security number, property address, and
10 whatever the findings are as far as the credit that
11 OCWEN has reported to the credit agency.  And the
12 credit reporting also does initial investigation as
13 far as reviewing the business records, as well as
14 what's in the OCWEN system, to assure that the
15 account does belong to the borrower.
16 Q.  So you say they can review the business
17 records?
18 A.  Yes.
19 Q.  And you reference the mortgage?
20 A.  The mortgage, any closing documentation,
21 anything that is forwarded to us.
22 Q.  Forwarded from where?
23 A.  From the processors, in this case Litton
24 Mortgage.  So in this case OCWEN acquired Litton
25 Mortgage, so OCWEN also had access to their business

---

23

1  records, as well, their system, reconfirming that.
2  Q.  Okay.  In a hypothetical where OCWEN
3  received a dispute, they look over the closing
4  documents and they're still not able to resolve the
5  dispute by looking at those, other paperwork, is
6  there anything else they can do to investigate such a
7  dispute?
8  A.  Well, hypothetical question?
9  Q.  Yes.
10 A.  Hypothetical.
11 Q.  Can they, for instance, contact the
12 research department for a service question?
13 A.  They have access to contact any
14 department within OCWEN, as well as they can
15 research -- they're trained to research anything --
16 anything as far as the whole system, so the whole
17 system is the loan servicing system.  They can find
18 any additional information or any information that
19 they can possibly find in the OCWEN system.
20 Q.  So they do have broader access -- they
21 typically would look to closing documents or
22 documents from the prior servicer, but if they needed
23 additional information they have access to that?
24 A.  Yes.  The system -- I have access.  I
25 can view each -- I can view as far as escrows, loan

---

24

1  information, taxes, anything dealing with the loan
2  servicing of that loan.
3  And just to clarify, each department
4  have certain -- have their own functions as far as
5  system -- well, like credit reporting deals strictly
6  with credit reporting.  They're not accessed to input
7  other information other than the credit reporting
8  information.  Same goes for any other department.
9  Q.  So someone in credit reporting could
10 review an escrow department?
11 A.  They can only review it.
12 Q.  But they can't add to it?
13 A.  They can't add to it.
14 Q.  Okay.  Is there ever a situation where
15 credit reporting identifies an issue in the escrow
16 department and they need to communicate to escrow to
17 fix it or to collaborate?  Does that occur?
18 A.  It could occur with any department, so
19 an email and/or -- as well as identifying in the note
20 log an email sent to; for instance, you mentioned
21 escrow department, identifying an error.
22 Q.  Okay.
23 A.  Or a correction in -- error, a
24 correction that needs to be made.
25 Q.  So if the credit reporting department

---

25

1  identifies an issue that has arisen in another
2  department, are they able to change the credit report
3  without modifying the other department, as well?
4  A.  Who?
5  Q.  So, for instance, the credit reporting
6  department identifies an issue with escrow based on a
7  consumer dispute, they notify the escrow department.
8  Are they allowed to modify the credit report based on
9  this dispute and their investigation without getting
10 a simultaneous modification in the escrow department?
11 MR. MANNING:  Object to the form.
12 You can answer if you understand.
13 THE WITNESS:  I think I understand.  I
14 think.
15 BY MR. NOLAN:
16 Q.  Convoluted there, so --
17 A.  Based on your question, nothing can be
18 done to -- in regards to credit reporting until the
19 full investigation is completed, if that's what you
20 meant.  And these are all hypothetical questions.
21 Q.  That is correct.
22 A.  Okay.
23 Q.  So once the credit reporting department
24 completes its review and sends a response back to the
25 credit reporting agency, I assume?

---

EXHIBIT B

34

1       A.    The guidelines on -- they have training.
2   They go through -- they do have a training process.
3   They have -- they go as far as, part of their
4   training, the type of discretions in regards to what
5   determines a compliance code, to conduct the
6   investigation, and how to -- they have policies and
7   procedures that they have to go by.
8       Q.    And are you, as you sit here today,
9   familiar with what those policies and guidelines
10  require or direct or instruct the credit reporting
11  department employees?
12      A.    Right.  They go through the policies and
13  procedures -- again, I don't know verbatim, but they
14  do have the policies and procedures.  They have codes
15  they have to go by, system codes, regulated codes for
16  the CRA.  They get trained for the e-Oscar system and
17  how to respond to that.
18      Q.    And I believe you used the term, in the
19  policies regarding the dispute codes, the discretion
20  guidelines.  So are the credit reporting department
21  employees given discretion on when to apply a dispute
22  code versus not?
23      A.    Well, in this case a compliance -- for
24  XB code, a compliance code.  So based on my review of
25  this loan, that discretion was used.  It's not

35

1   required to note -- to code the account as XB based
2   on the dispute, knowing that OCWEN has reported to
3   the credit agencies with only one trade line
4   correctly.
5       Q.    What factors do the guidelines instruct
6   these employees to consider when using their
7   discretion on whether to apply a dispute code?
8       A.    I don't -- I don't remember.  I don't
9   know.
10      Q.    So I guess -- I know we got into
11  ballpark numbers earlier talking out of potentially
12  100,000 current loans being serviced by OCWEN there
13  was at least 100 disputes filed either by consumers
14  or through a credit reporting agency.  Does that
15  recollect correctly what we talked about earlier?
16      A.    OCWEN services over a hundred -- hundred
17  thousandths of loans.  As far as an exact number
18  figure, I can only probably guess over 100.  I did
19  not ask or get a ballpark figure on how much -- how
20  many disputes come in per month or per year.
21      Q.    But so likely at least 100, maybe less
22  than 500, I'm sure, what the high end would be?
23      A.    I can't guess on that.  I don't know.
24      Q.    Sure.
25          And so my question is what percentage of

36

1   these disputes are resolved through these data
2   conformity reviews that we discussed where the
3   borrower's name matches, Social Security number,
4   property address?
5           MR. MANNING:  Object to the form.
6           You can answer.
7           THE WITNESS:  The agencies get reported
8   every month.  As far as any disputes, if a dispute
9   comes in, they do get responded within 30 days based
10  on the dispute.  Whether it's correct or incorrect --
11  if it's correct, then OCWEN would -- as far as send
12  a -- respond what needs to be done correctly.
13  BY MR. NOLAN:
14      Q.    Sure.
15          Is there always a live human who
16  receives a dispute from a credit reporting agency?
17  Let me ask it this way:  Are any ACDVs received
18  responded to simply in an automated fashion?
19      A.    There is a live person that has to
20  retrieve this information and respond.
21      Q.    Okay.  Now might be a good time starting
22  to dig through and get into specifics here.  What I'm
23  looking at doing -- I've got the comment logs.  I've
24  got ACDVs and ACDV responses.  And I'm going to try
25  to work them in all together to see if we can get the

37

1   whole picture as we go along.
2           MR. MANNING:  Sure.
3           MR. NOLAN:  So try to bear with me.
4   BY MR. NOLAN:
5       Q.    But before we dig too far into that, I
6   know you stated that Litton Loan files are still
7   available for you to review, correct?
8       A.    Yes.  For OCWEN to review.
9       Q.    It's my understanding one of the issues
10  in this case was the open date of this mortgage --
11      A.    Okay.
12      Q.    -- as it was reported.
13          Is that correct based on your review?
14      A.    Part of the review, yes.
15      Q.    Just by way of example, if we could mark
16  this as Exhibit 2.
17          (Exhibit No. 2 was marked for
18          identification.)
19  BY MR. NOLAN:
20      Q.    I've handed you a Notice of Default from
21  Litton Loan Servicing, correct?
22      A.    Yes.
23      Q.    This Notice of Default references a Deed
24  of Trust for mortgage dated August 26th, 1999,
25  correct?

Lyew, Sandra

August 28, 2015

11 (Pages 38 to 41)

---

38

1    A.    That's correct.
2    Q.    And is it your understanding that that
3  is referencing the loan in dispute in this case?
4    A.    Yes, but Litton Loan Servicing has the
5  incorrect date for the Deed of Trust.
6    Q.    Can you tell us where that date came
7  from?
8    A.    No.
9        MR. NOLAN:  Mark this as Exhibit 3.
10        (Exhibit No. 3 was marked for
11        identification.)
12 BY MR. NOLAN:
13    Q.    Give you a second to look over that
14  packet.
15    A.    Okay.
16    Q.    Can you describe what these are?
17    A.    This is an ACDV form that Litton
18  Mortgage used.
19    Q.    And they're marked -- they're stamped
20  with a draft stamp, kind of large, across the face of
21  it.  Can you tell me why that was?
22    A.    No.  This is prior to OCWEN Loan
23  Servicing.
24    Q.    Were these potential frozen scans of
25  information that was reported?

---

39

1    A.    This is business records that came over
2  from their business system to our business record
3  system.
4    Q.    On the page marked 594 in the bottom
5  corner, I'm looking in the middle of the page at the
6  date open box.  It's reported as August 1st, 1999,
7  correct?
8    A.    Yes.  I see that.
9    Q.    And that's different from the date open
10  we saw on the previous Notice of Right to Cure
11  Default on Exhibit 2, correct, which was August 26,
12  1999?
13    A.    That is correct.
14    Q.    Why would those dates be different?
15    A.    I don't know.  The date open is normally
16  the date on the actual note and Deed of Trust,
17  mortgage, as well as the closing documents.
18        MR. NOLAN:  Can you mark this as an
19  exhibit?
20        (Exhibit No. 4 was marked for
21        identification.)
22 BY MR. NOLAN:
23    Q.    I've handed you a letter from OCWEN to
24  David Daugherty dated March 18th, 2013.  In this
25  letter OCWEN states that Mr. Daugherty expressed

---

40

1  concern regarding the past due amount reflected in
2  the credit report made on March 2012, correct?
3    A.    Okay.
4    Q.    Do you know what this specific letter is
5  responding to?
6    A.    This is from the research department.
7  And normally the research department looks at
8  correspondence that was received from Mr. Daugherty.
9    Q.    Can you tell if this was sent to the
10  credit reporting department to review?
11    A.    No.  It doesn't -- it doesn't seem that
12  way.  This is based on their review of the account in
13  regards to the past due account, when the borrower
14  brought it current, and that based on their review
15  that -- that the information that was reported to the
16  bureaus was reported accurately.
17        MR. NOLAN:  Jason, what I can do is I
18  can just hand you the privilege log, instead of doing
19  it page by page, and we can just have her flip
20  through pages based on the Bates numbers.  Does that
21  seem to make sense at this point?
22        MR. MANNING:  Sure.  That would be fine.
23        MR. NOLAN:  Can we mark this as an
24  exhibit?
25        MR. MANNING:  Are you talking about the

---

41

1  comment --
2        MR. NOLAN:  Yes.
3        (Exhibit No. 5 was marked for
4        identification.)
5  BY MR. NOLAN:
6    Q.    I am handing you the comment log that
7  was produced by OCWEN, Bates numbers 1635
8  through 1746.  And initially here if we could flip to
9  page 1662 -- or 1661.  Excuse me.
10    A.    (Witness complied.)
11        Okay.
12    Q.    At the bottom of the page, on March 12th
13  it appears that Shahbaz Hussain received a phone call
14  from Mr. Daugherty.
15    A.    Okay.
16    Q.    Am I reading that correctly?
17    A.    Okay.
18    Q.    And on to the next page.  It states
19  Mr. Daugherty requested the fax number for the
20  research department, correct?
21    A.    Okay.
22    Q.    Thereafter, on March 15th, 2013, OCWEN
23  notes receiving correspondence from customer via fax.
24    A.    Okay.
25    Q.    Is that likely the letter that the

---

EXHIBIT B

Lyew, Sandra

August 28, 2015

15 (Pages 54 to 57)

---

**54**

1      A.     Correct.
2      Q.     And the response code was verified as
3   reported, correct?
4      A.     Correct.
5      Q.     Now, this Equifax 30 lists the account
6   as -- I'm going down into the middle of the page.
7   I'm skipping over the consumer identity info.
8   Account type is 08.  Can you identify what that code
9   means?
10      A.     No.  This is an Equifax form.
11      Q.     Okay.  And the date open was
12   August 1999?
13      A.     That's what that form says.
14      Q.     And the type and rate is M minus.  Can
15   you identify that?
16      A.     No.
17      Q.     Can you identify the narrative codes?
18      A.     No.
19      Q.     Now, this form has a past due amount,
20   correct?
21      A.     It was past due at the time.
22      Q.     And it lists the past due amount as
23   $6,128, correct?
24      A.     Based on the exhibit that you provided
25   to me and what is shown here, it seems to be

---

**55**

1   accurate.
2      Q.     Just so we're clear, let's take a look
3   at the exhibit.
4      A.     Okay.  The exhibit, which was
5   Exhibit 4 --
6      Q.     The --
7      A.     The response letter, March 18, 2013,
8   response to the borrower in response to the
9   borrower's account.  And I mentioned earlier in my
10   testimony that the borrower was in default at that
11   time.  The loan was not current.
12      Q.     In March of 2012, correct?
13      A.     That is correct.
14      Q.     Now, this form here was submitted in
15   March 2013, correct?
16      A.     Which form?
17      Q.     The Equifax page 30.
18      A.     The response -- are you talking about
19   the response date?
20      Q.     Yes.
21      A.     Okay.  The response date is March 20th
22   of 2013.
23      Q.     So that's when OCWEN and Harish Rao
24   reviewed Mr. Daugherty's account based on this
25   dispute, correct?

---

**56**

1      A.     Identifying that it was his account.
2      Q.     And they verified as reported, correct?
3      A.     Yes.  I see that.
4      Q.     And what was reported was that he was
5   past due in the amount of $6,128 on that date?
6      A.     In March 2012.
7      Q.     This report is dated -- was submitted --
8   was created in March of 2013.
9      A.     Correct.  But below it says data
10   information as far as his lates was in March 2012.
11      Q.     Where do you see that?
12      A.     Further down.  It says date of account
13   due.
14      Q.     I see date of account info in March of
15   2012.  Is that what you're referring to?
16      A.     That's info.  Yes.  And last payment --
17   last payment date, January 2012.  That's below the
18   $6,128.
19      Q.     And then, under comments below, it
20   states that foreclosure proceedings started, correct?
21      A.     At that time.
22      Q.     Well, at the time is March of 2013.
23      A.     They're speaking about the last time it
24   was reported.
25      Q.     And OCWEN verified this report, correct?

---

**57**

1      A.     Well, once we go into how it was
2   reported, the e-Oscar system.  This was an Equifax --
3   and at the time this came in, in March 2013, they're
4   identifying as far as the -- if any -- that this
5   account was verified, this belongs to the borrower,
6   and the borrower was past due March 2012.
7      Q.     Correct.
8      A.     And foreclosure proceedings did begin at
9   that point.
10      Q.     Why did OCWEN verify that report?
11            MR. MANNING:  Objection.  Asked and
12   answered.
13            You can answer.
14            THE WITNESS:  Because you asked me in
15   regards to the comment log, March of 2013 based on
16   Exhibit 4, Exhibit 5 which is the comment log, and
17   you now provided to me an Equifax form.
18   BY MR. NOLAN:
19      Q.     Okay.  The second Equifax form there,
20   page number 34, has a different control number.  The
21   control number, composite ends in 87, whereas the
22   first one ends in 88.  But it has the same subscriber
23   code, correct?
24      A.     Yes.
25      Q.     And it has the same date created of

---

Lyew, Sandra

August 28, 2015

16 (Pages 58 to 61)

---

**58**

1    March 19, 2013, correct?
2        A.    Yes.
3        Q.    This one was responded to by a different
4    OCWEN employee named Rajkumar, correct?
5        A.    Yes.
6        Q.    If we go back to OCWEN 1665, on
7    March 20th, 2013 at 2:08:50 Rajkumar Singh has
8    entries regarding this account, correct?
9        A.    Yes.
10       Q.    Regarding the same subscriber code and
11   control number shown on the Equifax page, correct?
12       A.    Yes.
13       Q.    Why were two separate employees
14   reviewing the same account number with the same
15   subscriber code?
16             MR. MANNING:  Object to the form.
17             You can answer.
18             THE WITNESS:  I don't know.
19   BY MR. NOLAN:
20       Q.    Because we agree that the account
21   numbers are the same on both Equifax 30 and 34 for
22   the OCWEN account?
23       A.    Yes, based on the document.
24       Q.    And Equifax 34 correctly notes
25   Mr. Daugherty as current at that point, correct?

---

**59**

1        A.    As of January 2013.
2        Q.    All right.  So we talked earlier about
3    OCWEN's credit department reinvestigation procedures.
4    And we asked what other information they would look
5    at.  Would Rajkumar or Harish Rao have checked
6    Mr. Daugherty's file to see any other disputes or
7    accounts listed during their reinvestigation process?
8             MR. MANNING:  Object to the form.
9             You can answer.
10            THE WITNESS:  They do check.  And
11   they're both the same loan number.  Account number is
12   our loan number, OCWEN's loan number.
13   BY MR. NOLAN:
14       Q.    Based on these notes, it appears that
15   Mr. Rao's report was entered -- entered notes before
16   Mr. Singh; is that correct?
17       A.    That is correct.
18       Q.    Would Mr. Singh have seen Mr. Rao's
19   dispute resolution notes when reviewing his dispute?
20       A.    Yes.
21       Q.    At that point were there any notes that
22   indicate how he responded to that or how he
23   contemplated a second dispute already processed on
24   this account?
25       A.    Based on the part of the system that

---

**60**

1    they use, the credit reporting system section of the
2    system, of the OCWEN system, as I mentioned earlier.
3    Each department has an -- uses a certain
4    department -- each department, for instance, credit
5    reporting, has a credit reporting section of the
6    OCWEN system that they use.  The notes, as far as is
7    identified -- anyone can -- an OCWEN employee can
8    view the notes, enter codes to see what was responded
9    previously.
10             And in comparing the two, this is
11   identifying how it was reported back in 2012 as far
12   as delinquent.  And Rajkumar reported what was at the
13   time of him responding.  So you have two different
14   types of how it was reported delinquent back in 2012
15   versus how it's being reported in 2013 based on
16   currently versus in past.
17       Q.    So it's your testimony that OCWEN was
18   not reporting Mr. Daugherty as in foreclosure in
19   2013?
20       A.    That is correct.
21       Q.    Despite the fact that they verified this
22   form found on Equifax Bates number 30?
23             MR. MANNING:  Object to the form.
24             THE WITNESS:  Again, it identifies the
25   reporting of January 2012, even though they responded

---

**61**

1    in 2013.  But in 2013 when Rajkumar responded, he was
2    responding as a current status in 2013, which was
3    current.
4    BY MR. NOLAN:
5        Q.    Why would Mr. Rao respond as to a prior
6    status on a current dispute?
7        A.    I don't know.
8        Q.    When Mr. Rao received a dispute March of
9    2013 but the only information in his investigation
10   turned up information from a year ago, in 2012,
11   shouldn't he have investigated further to determine
12   why there was a year's worth of missing information?
13             MR. MANNING:  Object to the form.
14             You can answer it.
15             THE WITNESS:  I don't know.
16   BY MR. NOLAN:
17       Q.    Mr. Rao's notes found on OCWEN 1665
18   state reporting to credit bureau:  verified, hence
19   borrow is responsible, correct?
20       A.    Yes.
21       Q.    They don't see how he verified his
22   research, correct?
23       A.    No.
24             Yes, it does.  He stated here that the
25   name, the Social Security number -- and he also

---

Lyew, Sandra                                    August 28, 2015

17 (Pages 62 to 65)

---

62

1  checked the signed note and the Social Security, that
2  matches, and he checked the business -- the OCWEN
3  system.
4       Q.    Was that Mr. Rao or was that Mr. Singh?
5       A.    Mr. Singh.
6       Q.    But Mr. Rao didn't leave any notes about
7  his investigation, correct?
8       A.    No, other than verified.
9       Q.    You were looking at Mr. Singh's
10 verification procedure, and he did make notes that he
11 checked the Social Security number and it indicates
12 borrower signed the note.  Does that indicate that he
13 reviewed the note, that Mr. Singh reviewed the note I
14 should say?
15      A.    Yes.  It does identify that.
16      Q.    It says checked CIS.  What is the CIS?
17      A.    CIS is part of -- a second part of the
18 OCWEN system that image -- has all the images of the
19 documents.
20      Q.    And Mr. Singh's report we concluded was
21 accurate, and that Mr. Daugherty was reported as
22 current as of January 2013, correct?
23      A.    Yes.
24            MR. NOLAN:  Can you staple this and mark
25 this as our next exhibit?

---

63

1            (Exhibit No. 8 was marked for
2            identification.)
3  BY MR. NOLAN:
4       Q.    I've just given you some more Equifax
5  ACDV forms.  These are dated May -- date created,
6  May 31st, 2013.  And that jumps us ahead in the OCWEN
7  note logs to page 1673.
8            Now, to begin, the control number is
9  different, but the subscriber code remains the same
10 as the prior ACDVs we looked at; is that correct?
11      A.    Yes.
12      Q.    But we still don't know what the
13 subscriber code refers to?
14      A.    No.  And based on what you're providing
15 to me, that Equifax is sending two requests versus
16 one.
17      Q.    Sure.
18            And as we look on this form, Daniel John
19 is the responder name, is that correct, on the
20 Equifax form?
21      A.    You mean Daniel Wesley?
22      Q.    The Equifax form I was referring to, it
23 says Daniel John, correct?
24      A.    Okay.
25      Q.    On the OCWEN logs 1673, the date is

---

64

1  6-2-2013 at 11:52 there is a Daniel Wesley?
2       A.    Yes.  Could be the same person.
3       Q.    Okay.  And, again, listed there is
4  the -- the initial entry has the control number that
5  corresponds to the Equifax number 62 instead of 60.
6       A.    Okay.
7       Q.    And, again, 1303.
8       A.    Okay.
9       Q.    And, again, the note from the -- the
10 dispute from Equifax on the ACDV states a past due
11 amount at this time in the amount of $6,128, correct?
12      A.    The same as the last one.
13      Q.    And it notes that foreclosure
14 proceedings are started?
15      A.    Same as the last one.
16      Q.    And it notes --
17      A.    Last one, meaning Exhibit 7.
18      Q.    As Daniel reviewed this dispute,
19 investigated it, he notes that the borrower signed
20 the note, hence responsible, Social Security number
21 matches, checked CIS, correct?
22      A.    Yes.
23      Q.    So he didn't investigate the amounts or
24 the payment history, correct?
25            MR. MANNING:  Object to the form.

---

65

1            You can answer if you know.
2            THE WITNESS:  Not according to -- not on
3  the note log, but I believe it's shown on the ACDV
4  report back to the bureau.
5  BY MR. NOLAN:
6       Q.    What shows on the report back to the
7  bureau?
8       A.    What was verified.
9       Q.    Okay.  And his investigation was based
10 on the dispute code of 001, not his/hers, correct?
11      A.    That is correct.
12      Q.    But he, again, confirmed that there was
13 a $6,128 delinquency on Mr. Daugherty's --
14            MR. MANNING:  Object to the form.
15            Sorry.  Didn't mean to interrupt.
16 Object to the form.
17            You can answer.
18            THE WITNESS:  He verified based on the
19 dispute that came in.  This is not -- again, this is
20 an Equifax form.  This is not the actual form that is
21 received to OCWEN.  Everything is -- everything is
22 communicated through e-Oscar.
23 BY MR. NOLAN:
24      Q.    Correct.
25      A.    Okay.

---

Lyew, Sandra

August 28, 2015

18 (Pages 66 to 69)

---

66

1    Q.    So when you say form, did Equifax send a
2    piece of paper?
3    A.    Well, this is a form.  This is a form.
4    Q.    This is a printout?
5    A.    This is a printout of a form of
6    Equifax's records.  Again, OCWEN uses e-Factor.
7    Everything is electronically automated received.  And
8    the notes stipulate that.
9    Q.    Does e-Factor accept automated consumer
10   dispute verifications?
11   A.    e-Factor --
12         MR. MANNING:  You said e-Factor.  You
13   meant e-Oscar, right?
14   BY MR. NOLAN:
15   Q.    I thought we were getting into a new
16   system here.  So let me back that up then.
17         Equifax sends OCWEN ACDVs to review for
18   consumer disputes, correct?
19   A.    OCWEN reports on a monthly basis to the
20   national credit bureaus.  ACDVs are normally what
21   comes in from the bureaus in regards to a dispute and
22   verification.
23   Q.    Is the information contained on the ACDV
24   that Equifax sends altered in any way when it -- by
25   the time it reaches OCWEN --

---

67

1          MR. MANNING:  Objection.
2    BY MR. NOLAN:
3    Q.    -- through the e-Oscar system?
4          MR. MANNING:  Object to the form.  It
5    calls for speculation.
6          You can answer.
7          THE WITNESS:  Equifax has to input the
8    information into e-Oscar.
9    BY MR. NOLAN:
10   Q.    And once that information is input, is
11   that the information OCWEN receives?
12   A.    Then that's the information OCWEN
13   receives.
14   Q.    I ask that because you state that this
15   is an Equifax form, which is true.  Would OCWEN have
16   anything different when they're reinvestigating a
17   dispute, besides what's contained on this form?
18         MR. MANNING:  Object to the form.
19         You can answer.
20         THE WITNESS:  I don't know.  Unless
21   something is sent to the credit reporting department
22   directly, with any proof to back it up, for further
23   investigation.  But based on what is received through
24   e-Oscar is what is being reviewed initially based on
25   that dispute and responded back through e-Oscar back

---

68

1    to the national -- the credit agencies.
2    BY MR. NOLAN:
3    Q.    When would they get additional
4    information?
5    A.    Unless they receive something directly.
6    Q.    From a credit reporting agency?
7    A.    From a credit -- if they receive
8    anything.
9    Q.    And then once OCWEN receives the ACDV,
10   OCWEN has information to complete on the
11   form, as well?
12   A.    Right.  So everything here is based on
13   the information that they receive from e-Oscar.
14   Q.    And in this case, on Equifax 62 it
15   remarks that OCWEN verified that the date open on
16   this account was August 1, 1999 and that the account
17   was currently in foreclosure, correct?
18         MR. MANNING:  Object to the form.
19   Misstates testimony.
20         You can answer.
21         THE WITNESS:  Are you looking at the
22   note log?
23   BY MR. NOLAN:
24   Q.    I'm looking at the Equifax form.
25   A.    The Equifax form speaks for itself.

---

69

1    Again, this is an Equifax communication for their
2    note log.
3    Q.    And I'm looking at OCWEN's log now.  It
4    states on the entry date of June 2nd, 2013 at
5    11:52:13 p.m. that Daniel was able to -- Daniel noted
6    borrower has signed the note, hence responsible, and
7    confirmed that this report was verified as reported,
8    correct?
9          MR. MANNING:  Object to the form.
10   Misstates the testimony.
11         You can answer.
12         THE WITNESS:  The note log -- the note
13   log identifies the borrower, the Social Security, and
14   verifies what he did.  Borrower has signed the note.
15   The Social Security number matches.  And he's also
16   checked CIS.
17   BY MR. NOLAN:
18   Q.    And he verified the dispute contained in
19   control number 99993151006543103, correct?
20   A.    He checked and verified as reported
21   based on what was received.
22   Q.    And then we look on the next comment
23   log, page 1674.  Now, this is Daniel Wesley again,
24   two minutes later, at 11:54:22 p.m., on the same
25   date, received another automated CDV with the control

---

90

1      A.    Just to go back on the account
2   information, now, how OCWEN reports to the national
3   bureaus, they report at the end of each month, and
4   the -- they always report the month before, so they
5   report in arrears, 30 days in arrears, as of -- so in
6   this case say December 30th, 2013, they report it in
7   January.
8      Q.    And as --
9      A.    I'm sorry.  Or -- let's see here.  So
10  this response is January 2014; however, they last
11  made their report to the bureaus the end of December
12  for the month before, which is November 2013, in
13  arrears, not as --
14     Q.    Sure.
15     A.    Not as for that same month.
16     Q.    Previously when we looked at the initial
17  dispute in March 2013, the date of account info
18  stated March 2012.  And I believe you testified that
19  that meant they were looking to March 2012 as the
20  date for current information, correct?  Let me see if
21  we can go back and look at it.
22     A.    Let's go back through.  Go ahead.
23     Q.    I just want to help dig through here.
24     A.    No.  This side (indicating).
25     Q.    Exhibit No. 7.

91

1      A.    So this date of account information that
2   OCWEN has reported March of 2013 was through
3   February 2014 -- I mean '12.  Sorry.  March 2012 was
4   for February 2012.
5      Q.    So that --
6      A.    It's in arrears.
7      Q.    It was 13 months in arrears in this --
8   on that dispute?
9      A.    Not in appears.
10     Q.    Or behind I should say?
11     A.    No.  No.  The last reporting
12  information, account information that was reported.
13     Q.    Because we have the dispute in
14  March 2013, and in this case the date of account info
15  was March 2012, correct?
16     A.    Well, based on how -- again, how the
17  dispute came in, this responded to the account
18  information, which would have been through
19  February 2012.  So the dispute came in for
20  March 2012, and that's what was investigated and
21  provided -- and responded back to Equifax.  So this
22  is Equifax's request for verification, dispute
23  verification.  And this is how OCWEN -- OCWEN would
24  respond, based on what you see in the notes and
25  what's on the ACDV, through e-Oscar.

92

1      Q.    And so back to Exhibit 14.  OCWEN was
2   able to look back to the December 2013 information
3   and again verify that foreclosure was started on this
4   account?
5           MR. MANNING:  Object to the form.  It
6   assumes facts not in evidence.
7           You can answer.
8           THE WITNESS:  Right.  It's the same
9   request for dispute information.  You review the same
10  Equifax forms based on the account information, and
11  you get -- and you're getting the same response.
12  Equifax sends in the same dispute verification on all
13  of them.  The only difference is the data account
14  information, however, is based on this center part,
15  last payment date January 12th, date first
16  delinquency.  This is how Equifax sent in their
17  dispute verification and OCWEN responded based on
18  what was received.
19  BY MR. NOLAN:
20     Q.    Again, so when OCWEN receives a similar
21  dispute two minutes -- let's see here.  In this case
22  it was six seconds after they handled the initial
23  dispute.
24     A.    They conduct the same investigation.
25  It's a new dispute being received.  And they

93

1   responded accordingly.
2      Q.    And the dispute on the same account
3   number?
4      A.    On the same account number.
5           MR. NOLAN:  Can you mark this as our
6   next exhibit?
7           (Exhibit No. 15 was marked for
8           identification.)
9   BY MR. NOLAN:
10     Q.    While we're looking at this, I'm also
11  looking at the OCWEN comment log 1715.
12     A.    Okay.
13     Q.    There is an entry dated 3-17-14 at
14  7:45:08 p.m.
15     A.    Okay.
16     Q.    This appears to be a phone call placed
17  by Mr. Daugherty to Equifax --
18     A.    Okay.
19     Q.    -- to Rajani TR.
20           Across from the 08 p.m. there is a note,
21  caller wanted the fax number for the research
22  department, correct?
23     A.    Yes.
24     Q.    And OCWEN gave him the fax number,
25  correct?

98

1   current balance of Mr. Daugherty's loan, correct?
2       A.    To the bureaus.  It is sent an AUD as
3   far as updating the information that has been -- was
4   being sent each month to the bureaus.
5       Q.    And, now, is it fair to say that
6   Mr. Daugherty's dispute that you just read does not
7   contain any dispute regarding the amount of the
8   balance of his loan?
9           MR. MANNING:  Objection to the form.
10          You can answer.
11          THE WITNESS:  His letter has amounts in
12  regards to his balances in the letter.
13  BY MR. NOLAN:
14      Q.    The past due amounts?
15      A.    As far as past due amounts, it has been
16  reporting -- there's been no difference how OCWEN has
17  been reported.  As I mentioned earlier, they reported
18  accurately each month and not reporting late, with
19  the exception of the last reporting -- the last
20  reporting after he brought the loan current, which
21  was a 30-day late.
22      Q.    So can you tell me what other steps were
23  taken to investigate whether there was a foreclosure
24  notation on Mr. Daugherty's account based on this
25  letter?

99

1       A.    At this time the loan was not in
2   foreclosure.  That's how -- again, that's how the
3   request came in from Equifax.  And based on his
4   letter, and based on OCWEN's review --
5       Q.    What was that review?
6       A.    In a letter that's dated March 26th,
7   2014, on page 1720, advising Mr. Daugherty the office
8   of the Consumer Ombudsman would like to take the --
9   would like to thank you for the recent inquiry
10  regarding the above-referenced loan received through
11  the Consumer Financial Protection Bureau.  The office
12  will review the servicing of the loan in relation to
13  the issue raised.
14          And further down it says --
15      Q.    That's in response to a separate
16  department from a third-party reporting agency?
17      A.    That's from the Consumer Financial
18  Bureau.
19      Q.    I'm trying to figure out what OCWEN did
20  when they received Mr. Daugherty's letter where he
21  circled and highlighted the inaccuracies that are
22  currently showing on his credit report.
23      A.    He was responded on 4-19-2014,
24  page 1723.  This is after the response to the
25  Consumer Financial Bureau because he -- Mr. Daugherty

100

1   also sent an email, some type of correspondence, to
2   the Financial Protection Bureau, as well, as well as
3   the written response to OCWEN directly.
4       Q.    So you're saying this April 19th
5   letter --
6       A.    It responded -- it responded back
7   through the email that Mr. Daugherty sent through the
8   Consumer Financial Protection Bureau on 4-8, as well
9   as responded directly to the bureau via mail on
10  4-19-2014.
11      Q.    So that was in response to the bureau's
12  request for investigation, correct?
13      A.    He sent the email.  Hi.  I have a
14  mortgage loan with OCWEN Financial Loan Services.
15      Q.    And to be clear, this is what he sent to
16  the CFPB, correct?
17      A.    That is correct.  And OCWEN responded
18  direct -- responded back through that to
19  Mr. Daugherty, as well as responded by correspondence
20  on page 1723.
21      Q.    I'm still trying to figure out what did
22  OCWEN do to respond to the letter faxed on
23  March 19th, 2014 directly by Mr. Daugherty.
24          MR. MANNING:  Objection.  Asked and
25  answered.

101

1           You can answer.
2           THE WITNESS:  The document speaks for
3   itself as far as based on his -- based on both
4   responses, so, I mean, if you want me to read the
5   response through the Consumer Financial to
6   Mr. Daugherty, as well as the letter that was
7   provided to him on the 19th, we can put that in the
8   record.  He was responded back in regards to any
9   research received, as well as he wanted --
10  Mr. Daugherty went through the Consumer Financial
11  Protection Bureau, and it was responded to him in
12  regards to his account.
13  BY MR. NOLAN:
14      Q.    So there was one response on April 19th
15  for both disputes?
16      A.    April 8th.
17          MR. MANNING:  One second.  Let him
18  finish his question.
19  BY MR. NOLAN:
20      Q.    I'm not trying to be difficult with you.
21  I want to make sure what was responded to and when.
22          So there is a letter -- so Mr. Daugherty
23  did send several disputes at one time.  He sent one
24  directly, and he sent one through the ombudsman, as
25  well, within a week of each other it appears.  March

Lyew, Sandra

August 28, 2015

27 (Pages 102 to 105)

---

102

1  26th was the dispute with the Financial Protection
2  Bureau, correct?
3      **A.    Correct.**
4      Q.    And March 19th is the fax he sent to
5  Equifax direct -- OCWEN directly, correct?
6      **A.    Correct. And the letter from OCWEN to**
7  **Mr. Daugherty directly via mail was sent -- is dated**
8  **April 19th, page 1723.**
9      Q.    Okay. And on April 8th, on 1722, there
10 is a letter from OCWEN to the CFPB, correct?
11     **A.    Correct, responding to Mr. Daugherty's**
12 **email through the Consumer Financial Protection**
13 **Bureau on April -- I'm sorry -- March the 26th, 2014,**
14 **page 1720 up top.**
15     **OCWEN responded to that on April 8th,**
16 **and responded to the written research that**
17 **Mr. Daugherty sent in on the 19th, on April 19th.**
18     MR. NOLAN: Can you mark this as 16?
19         (Exhibit No. 16 was marked for
20         identification.)
21 BY MR. NOLAN:
22     Q.    I'm giving you No. 16, which if we can
23 look at the third page of this sheet. This exhibit
24 has an envelope attached with a mailing date. On the
25 top right corner, this was sent out on March 19,

---

103

1  2014, correct?
2      **A.    Okay. It's the same letter he faxed in.**
3  **He mailed it.**
4      Q.    He mailed in a copy, and faxed in a
5  copy, and talked to the CFPB during this time period,
6  correct?
7      **A.    Within that same time period, yes.**
8         (Exhibit No. 17 was marked for
9         identification.)
10     MR. MANNING: So Exhibit 17, I have 1343
11 and 1344.
12     MR. NOLAN: Correct.
13 BY MR. NOLAN:
14     Q.    Are you familiar with this form?
15     **A.    I've seen this document.**
16     Q.    Is it fair to say this is OCWEN's ACDV
17 response form?
18     **A.    Yes. Through the e-Oscar system.**
19     Q.    So OCWEN would have prepared this when
20 reviewing and investigating a dispute from Equifax,
21 correct?
22     **A.    This would be -- this would be the**
23 **system that they used to respond back to Equifax on**
24 **how it was -- you have the request data and the**
25 **response data. OCWEN responded in gray, shaded in**

---

104

1  gray.
2      Q.    Okay. And the response code is a 2,
3  which states modify account information as indicated,
4  correct?
5      **A.    Where are you? Where do you see that?**
6      Q.    I'm in the top box, third one down.
7      **A.    Okay.**
8      Q.    And so what you're saying is that the
9  information in the gray shaded box is -- would be
10 OCWEN's directions to modify this account?
11     **A.    Response, yes.**
12     Q.    In response to the dispute?
13     **A.    Correct. Based on what was received by**
14 **e-Oscar.**
15     Q.    And this dispute was 106, disputes
16 previous account status, payment history profile,
17 payment rating, correct?
18     **A.    Yes.**
19     Q.    And then looking ahead to OCWEN comment
20 log 1727, there is an April 23rd, 2014 date at
21 1:19:25 a.m. by Rajina Robert regarding this control
22 number and this dispute. Do you see where we're at?
23     **A.    Yes. I'm looking at the top of the page**
24 **beginning where it's showing being received.**
25     Q.    Sure.

---

105

1         And that's at 1:19:20 a.m. And that
2  indicates the reporting received from credit bureau
3  was a code 82. Do you know what code 82 is?
4      **A.    Code 82 is based on the request that was**
5  **sent by the bureau. Their request is stating account**
6  **120 days past due date, past the due date. Account**
7  **update information 3-24-2014.**
8      Q.    This is the first dispute we've noted --
9  we've reviewed that actually noted an account went
10 into 120 days past the due date on the ACDV, correct?
11     **A.    Yes.**
12     Q.    All the prior disputes that Equifax sent
13 back, OCWEN never noted receiving an account 120 days
14 past the due date in this block, correct?
15     MR. MANNING: Object to the form.
16     You can answer.
17     THE WITNESS: Based on the other
18 requests. This is a separate -- this is a new
19 request.
20 BY MR. NOLAN:
21     Q.    Why was that account code included in
22 the section on this dispute?
23     **A.    Because that's the -- that's how the**
24 **request came in.**
25     Q.    But the other request also indicated --

Lyew, Sandra

August 28, 2015

28 (Pages 106 to 109)

---

106

1        A.    This is a separate request.  I told you
2    each request is handled differently.  It's not
3    handled as the same.  This is a new request.  And
4    this is how -- this is how -- this is where they're
5    going to conduct their investigation, based on the
6    new request that comes in.
7        Q.    I'm asking you can you tell me why this
8    was included on this dispute as opposed to every
9    other dispute where this same information was
10   provided by Equifax?
11       A.    I can't speak for the bureau.  This is
12   how the request came in.
13       Q.    So based on Exhibit 17, on the bottom
14   under account status, the data states it's 120 past
15   due, but OCWEN appears to indicate a change to a
16   current account; is that correct?
17       A.    They responded current account.
18       Q.    And this is under the modify account
19   information, as indicated in response code?
20       A.    That is -- that is the bureau's request
21   to OCWEN.  The only thing that OCWEN completed is the
22   shaded area and the response date.
23       Q.    The response date on the OCWEN log 1727
24   is April 23, 2014, correct?
25       A.    April 24, 2014 is the response date.

---

107

1        Q.    On OCWEN's logs it's 4-23.
2        A.    I'm sorry?
3        Q.    On OCWEN's logs, on 1727.
4              Let's look at the account information.
5    There is a section marked MOP.  Do you know what that
6    means?
7        A.    Where is that information?
8        Q.    It's in the last box on the page,
9    account information.  It's the second from the
10   bottom.
11       A.    I don't know what that means; however,
12   the white shade is the -- is the bureau's request to
13   OCWEN.
14       Q.    And OCWEN didn't have any changes on
15   that box, correct?
16             MR. MANNING:  Object to the form.
17             You can answer.
18             THE WITNESS:  The document speaks for
19   itself.  It's blank.
20   BY MR. NOLAN:
21       Q.    It's the box claimed five or more
22   installments past due, correct?
23       A.    OCWEN did not respond to that.
24       Q.    And on the second page of this exhibit,
25   1344, the top box says SCC.  Do you know what that

---

108

1    stands for?
2        A.    I don't remember.
3        Q.    Is that a special compliance code?
4        A.    This is an ACDV form.  This is an
5    e-Oscar form, so based on how it's responded --
6    requested, that's how it's responded.  As I mentioned
7    earlier, the shaded gray is OCWEN's response.
8        Q.    And OCWEN did not have a response for
9    foreclosure proceedings started to this dispute,
10   correct?
11       A.    Correct.
12       Q.    OCWEN did have other changes?  They
13   changed the date open to the proper date, correct?
14       A.    That is correct.
15       Q.    They updated the date of last payment,
16   correct?
17       A.    Yes.  They have updated that.
18       Q.    They even modified the amount past due
19   from 6,128 to zero, correct?
20       A.    I'm sorry?  Where are you looking?
21       Q.    I'm a little bit below there.
22       A.    Because --
23       Q.    Past due --
24       A.    I was going down the line.
25       Q.    Sure.

---

109

1        A.    That is correct.
2        Q.    Is there any reason why OCWEN would
3    change the amount past due to zero, yet leave the
4    foreclosure proceedings notation?
5              MR. MANNING:  Object to the form.
6              You can answer.
7              THE WITNESS:  As of the account
8    information to April 24, 2014, the borrower is
9    current.
10   BY MR. NOLAN:
11       Q.    I understand that.  But OCWEN continued
12   to -- did not update the foreclosure proceeding
13   started notation, correct?
14             MR. MANNING:  Objection to the form.
15             You can answer.
16             THE WITNESS:  OCWEN each month reported
17   the account accurately.  As far as how the request
18   comes in from the bureau, from the -- foreclosure
19   proceedings did start back in 2012 when the account
20   was delinquent, before the borrower reinstated and
21   brought the loan current in April 2012.
22   BY MR. NOLAN:
23       Q.    In April 2014 Mr. Daugherty disputed
24   that he was behind at all on his credit account with
25   OCWEN, correct?

---

Lyew, Sandra                                        August 28, 2015

---

114

1   information into their system.
2   BY MR. NOLAN:
3       Q.     But OCWEN can control what it verifies
4   as accurate, correct?
5       A.     They have verified --
6       Q.     That's correct.
7       A.     -- and out of courtesy went back and
8   reported the full information to Equifax.
9       Q.     So OCWEN was performing a courtesy when
10  it reported the correct information regarding Mr. --
11      A.     They've been doing it -- they've been
12  doing it every month.  And they did it again after a
13  full initial response through the Consumer Financial
14  Protection Bureau, as well as advising the borrower
15  the same information via mail in April.
16      Q.     And, nonetheless, the incorrect account
17  information was verified again in May 2014, correct?
18      MR. MANNING:  Objection.  Misstates
19  testimony.
20      You can answer.
21      THE WITNESS:  I already responded to
22  that.
23  BY MR. NOLAN:
24      Q.     Let's look at OCWEN 1728.  On 5-2-2014
25  at 5:22:51 p.m. there is a note from Allwyn.  This is

---

115

1   a phone call Mr. Daugherty placed to OCWEN, correct?
2       A.     Yes.
3       Q.     With a credit reporting inquiry,
4   correct?
5       A.     Yes.
6       Q.     So he's calling in to continue to try to
7   fix his credit report at this point, correct?
8       A.     Yes, because he didn't like the response
9   we provided to him.  And that's an assumption, but we
10  did respond.  He must have been calling in response
11  to the correspondence that he received back from
12  OCWEN.
13      MR. NOLAN:  Mark this.
14      (Exhibit No. 19 was marked for
15      identification.)
16  BY MR. NOLAN:
17      Q.     19.  This is another ACDV response
18  completed June 16, 2014, correct?
19      A.     Yes.
20      Q.     Again, Rajkumar verified the information
21  contained in this report as accurate, correct?
22      A.     Yes.
23      Q.     The information contained in this report
24  included the account was 120 past the due date,
25  correct?

---

116

1       MR. MANNING:  Object to the form.
2       You can answer.
3       THE WITNESS:  Yes, on how OCWEN
4   initially reported from 2012.
5   BY MR. NOLAN:
6       Q.     And continued to report the amount past
7   due was $6,128, correct?
8       MR. MANNING:  Objection; form.
9       THE WITNESS:  There is no response.
10  BY MR. NOLAN:
11      Q.     I want to look at OCWEN log 1733.
12      A.     Okay.
13      Q.     This spills over, I believe, onto 1734.
14  Near the bottom, on June 9th, 2014, at 10:51:20 a.m.
15  Wilma Varona received a call from Mr. Daugherty,
16  correct?
17      A.     Okay.
18      Q.     And over onto page 1734 this call
19  continues.
20      A.     Okay.
21      Q.     The section I'm looking at starts 11:00
22  and 13 seconds a.m.  It states, borrower asking for a
23  letter stating that account has been current since
24  he will refi and need to show that March, June, July,
25  September, and October of 2013 is showing current,

---

117

1   correct?
2       A.     Okay.
3       Q.     So Mr. Daugherty asked OCWEN for a
4   letter stating that he was current, correct?
5       A.     That's what the document says.
6       Q.     Specifically referring to March, June,
7   July, September, October of 2013 as dates that he
8   needs to show that he's current, correct?
9       A.     Okay.  And he received a response letter
10  April 19th in response to his complaint.
11      Q.     With an account balance?
12      I've got that letter.  We can go ahead
13  and mark it.
14      (Exhibit No. 20 was marked for
15      identification.)
16  BY MR. NOLAN:
17      Q.     Here is a copy of the April 19th letter
18  that you referred to.
19      A.     Okay.  It shows his unpaid balance.
20      Okay.  Sorry.
21      He made the request -- he made the
22  request, but she should have told him he needed to
23  send the request in writing.
24      Q.     These are the same months that
25  Mr. Daugherty referred to in his March 2014 dispute

---

Lyew, Sandra                                            August 28, 2015

---

**122**

1     Q.     So OCWEN only has to correct the
2  inaccuracies that its codes match as opposed to all
3  inaccuracies on this borrower's account?
4          MR. MANNING:  Object to the form.
5          You can answer.
6          THE WITNESS:  It's responded by each new
7  ACDV that is being received from the credit bureau.
8  BY MR. NOLAN:
9     Q.     Let's go on the comment logs to 1738.
10  On June 26th, 2014, the final entry at 10:49:42 a.m.,
11  Richard Hightower input a note regarding a request
12  from the CFPB, correct?
13     A.     Yes.
14     Q.     The CFPB was requesting additional
15  information?
16     A.     Yes.
17     Q.     Specifically whether the account was
18  120 days delinquent in March, June, July, October,
19  and December 2013, correct?
20     A.     Yes.  And also requesting to provide a
21  copy of the payment history for 2013.
22     Q.     So this is a follow-up by the CFPB, I
23  assume, from April --
24     A.     No.  This is a new request.
25     Q.     And then on the next page, 1739 --

---

**123**

1     A.     It was responded.  And they were also
2  provided a copy of the payment history, as well.
3     Q.     So OCWEN responded that in 2012:  March,
4  June, July, October, and December, the loan was
5  current?  Is that what the response indicates?
6     A.     In March 2012, June 2012, July 2012, and
7  October 2012, December 2012.
8     Q.     Why did OCWEN respond with information
9  regarding 2012 when the CFPB asked for information
10  regarding 2013?
11     A.     The CFPB -- I don't know why they have
12  2012; however, they did attach a copy of the payment
13  history, which is called payment reconciliation
14  history.
15     Q.     And further down that page, on June 30,
16  2014, at 9:19:29 a.m. Rose Kaplan has an entry about
17  a further follow-up request from the CFPB, correct?
18     A.     We have determined that additional
19  information is needed to complete our review of this
20  matter.  They request please submit the following
21  information to aid us in further evaluating this
22  complaint.
23          You indicated that your records show
24  that the credit reporting correctly reflected the
25  loan as current for the months of March, June, July,

---

**124**

1  October, and December 2013; however, the attached
2  documents shows an Equifax report where the consumer
3  is reported as 120 days late March, June, July,
4  October, December 2013.  Please provide documentation
5  that's showing that you have reported the consumer...
6  Please respond.
7     Q.     So here again OCWEN is being presented
8  evidence that there is an outstanding report showing
9  Mr. Daugherty as delinquent during these months that
10  he's complained of, correct?
11          MR. MANNING:  Object to the form.
12          You can answer.
13          THE WITNESS:  That is from the Consumer
14  Financial Protection Bureau requesting additional
15  information in regards to those months.
16  BY MR. NOLAN:
17     Q.     And indicating they've attached a
18  document showing the incorrect reports during those
19  months, correct?
20     A.     They provided in the first request
21  their -- the payment history, payment reconciliation
22  history.  They're providing additional information.
23  And let's see here.  And they sent -- they did an AUD
24  on July 2nd, 2014.
25     Q.     We'll look at that in just a minute.

---

**125**

1          MR. NOLAN:  Can we go ahead and mark
2  this at this time?
3          (Exhibit No. 22 was marked for
4          identification.)
5  BY MR. NOLAN:
6     Q.     This is No. 22.  This is an AUDF sent on
7  July 2nd, 2014.  Is that the one referenced in the
8  notes on 1740?
9     A.     That is correct.  And they're responded
10  back to the CFPB of what they've done.
11     Q.     Now, on this AUD, on the top line it
12  indicates it was an update as opposed to a delete or
13  delete due to fraud, correct?
14     A.     Yes.
15     Q.     Do you know what the Equifax SC number
16  means?
17     A.     No.  That's something through Equifax.
18     Q.     But OCWEN generated the universal data
19  form, correct?
20     A.     Yes, through e-Oscar.
21     Q.     Which is a standardized system for
22  disputes for furnishers and for credit reporting
23  agencies, correct?
24     A.     Yes.
25     Q.     But you're not sure what the Equifax SC

---

Lyew, Sandra

August 28, 2015

33 (Pages 126 to 129)

---

126

1  number indicates?
2      A.    No.  This is probably referring --
3  Equifax's number.  Experian has -- this is reporting
4  to those bureaus.
5      Q.    So what specifically --
6      A.    So it could go back to what you
7  initially asked me of what was called the subscriber
8  code number.
9      Q.    So what information on this form was
10 updated?  Let me back that up.
11         This form is telling -- is OCWEN telling
12 the credit reporting agencies that you need to update
13 the following information, correct?
14     A.    It just is providing, how I called it
15 earlier, an escalation.
16     Q.    So if there is information on this form,
17 OCWEN is telling the credit reporting agency here is
18 what you need to report?
19     A.    Figuring the AUD will coincide in their
20 brains more than an ACDV report.
21     Q.    So what specifically was updated on this
22 form?
23     A.    Okay.  As the document says in the notes
24 what was updated, so what it's saying is showing paid
25 as agreed has been reported.  So it's a paid as

---

127

1  agreed and current.  And then this is for the months
2  March, June, July, October, December 2013, per
3  request.  And then the response went back to the
4  Consumer Financial Protection Bureau stating the
5  same.
6      Q.    Is there any reason OCWEN didn't delete
7  the extra account from Mr. Daugherty's account as
8  opposed to updating the current account?
9      A.    I don't know what extra account you're
10 talking about.
11     Q.    The account that Mr. Daugherty and the
12 CFPB indicated that OCWEN was showing up on his
13 credit report.
14     A.    We don't have control how the credit
15 bureaus report in their system.  We only reported one
16 trade line to each bureau.
17     Q.    On the form and several of the other
18 forms, just above the account history there is a box
19 marked balloon payment due date.  Do you see where
20 that box is on the AUDF?
21     A.    On which one?
22     Q.    On the universal data form, just above
23 the account history box on the right side there are
24 two boxes.  One says balloon payment due date.  One
25 says balloon payment amount.  You see where I'm at?

---

128

1      A.    Okay.
2      Q.    Why are those boxes empty?
3          MR. MANNING:  Object to the form.
4          You can answer.
5          THE WITNESS:  I believe this is a fixed
6  rate mortgage and not a balloon.
7  BY MR. NOLAN:
8      Q.    If it was a balloon, would OCWEN be
9  required to record something in that box?
10     A.    But it's not a balloon, so we can speak
11 about this account.  So how it -- how it reports is
12 based on the note.  This is the information in
13 regards to the actual mortgage, whether it was a
14 fixed rate, adjustable rate, balloon, there is a
15 maturity date.
16     Q.    So if I had a hypothetical where there
17 was a balloon due, would it be inaccurate to leave
18 that box blank?
19         MR. MANNING:  Objection to the form.
20 Calls for a legal conclusion.
21         You can answer.
22         THE WITNESS:  If there is a balloon
23 amount, I don't know how -- how they would -- how
24 it's completed.
25

---

129

1  BY MR. NOLAN:
2      Q.    Okay.
3          (Exhibit No. 23 was marked for
4          identification.)
5  BY MR. NOLAN:
6      Q.    This is Exhibit No. 23.  Do you need a
7  break?  I saw you reaching for your drink.
8      A.    I'm just taking a sip.
9      Q.    If you want to take a break -- we've
10 been going for a little while here.
11         MR. MANNING:  I can take a break.
12         MR. NOLAN:  Okay.  Good.
13         (A recess was taken.)
14 BY MR. NOLAN:
15     Q.    I think we left off and I just handed
16 out Exhibit 23.  So the response date -- this is
17 another ACDV response from OCWEN dated August 8th,
18 2014, correct?
19     A.    A response date, yes.
20     Q.    And the response code was account
21 information accurate as of date, correct?
22     A.    Yes.
23     Q.    Okay.
24         MR. NOLAN:  Can we mark this Exhibit 24?
25

---

Lyew, Sandra

August 28, 2015

34 (Pages 130 to 133)

---

130

1              (Exhibit No. 24 was marked for
2         identification.)
3    BY MR. NOLAN:
4         Q.     This is another ACDV response dated
5    September 19, 2014, correct?
6         **A.     Yes.**
7         Q.     And this states that -- down in the
8    account information toward the bottom of the page, it
9    states he has a current account, correct?
10        **A.     Yes.**
11        Q.     I have one more from earlier I wanted to
12   double-back to.
13             (Exhibit No. 25 was marked for
14        identification.)
15        MR. NOLAN:  I didn't make copies of this
16   one, Jason.  It's Bates 576, dispute letter.
17        MR. MANNING:  576 and 577.
18        MR. NOLAN:  Sorry.  That's correct.
19   BY MR. NOLAN:
20        Q.     Earlier we were discussing, I believe it
21   was Exhibit 4, there was a response letter sent by
22   OCWEN regarding a dispute in March of 2013.  I wanted
23   to introduce this.  The date at the top of the page
24   indicates March of 2013, correct?
25        **A.     Yes.**

---

131

1         Q.     It appears to have been faxed at
2    8:36 p.m. that evening?
3         **A.     Yes.**
4         Q.     And it indicates that he was informing
5    OCWEN that his Equifax report indicated he was $6,128
6    behind and in foreclosure with OCWEN, correct?
7         **A.     Yes.**
8         Q.     And he asked that Equifax correct those
9    records, correct?
10        **A.     Yeah.  Based on the document.  It speaks**
11   **for itself.**
12        Q.     And then the second page he attached a
13   printout indicating the incorrect reporting; is that
14   correct, as well?
15        **A.     Yes.  It's Equifax.  All of this is**
16   **dealing with Equifax.  How come Equifax didn't do a**
17   **research on their end based on the same disputes that**
18   **they keep sending to OCWEN?  It could have been --**
19   **how come -- I mean, obviously it's an error they did**
20   **on their end.  How come they didn't conduct a**
21   **research on their end?**
22        Q.     We talked with Equifax, as well.
23        **A.     Okay.**
24        Q.     That's all I've got today.
25        **A.     That's all you have?**

---

132

1         Q.     If that wasn't enough, Mr. Manning may
2    have some questions for you.
3              EXAMINATION
4    BY MR. MANNING:
5         Q.     One of the documents that was produced
6    in this was -- it's often referred to as monthly
7    reporting data.  It is in the production as OLS 602
8    through 645.
9         MR. NOLAN:  I've got that.
10   BY MR. MANNING:
11        Q.     I'm going to hand you a copy.
12        MR. MANNING:  Let's mark it as the next
13   one, just for identification purposes.
14             (Exhibit No. 26 was marked for
15        identification.)
16   BY MR. MANNING:
17        Q.     So take a minute and look over what's
18   been marked as Exhibit 26.  And then just tell me
19   when you can identify what these documents appear to
20   be.
21        **A.     These are screen prints for OCWEN's**
22   **system, Real Servicing, of the screen prints of what**
23   **the credit reporting department at OCWEN uses.**
24        Q.     When you say screen prints of what the
25   credit reporting that OCWEN uses, what does this

---

133

1    information reflect?
2         **A.     This reflects the account history and**
3    **how -- and how it is reported to the bureaus each**
4    **month.**
5         Q.     During your testimony you've identified
6    that there is a -- I can't remember your
7    terminology -- something like 30 days in arrears,
8    like the reporting happens for the previous 30 days.
9    Am I saying that right?
10        **A.     Right.  So if they're reporting to the**
11   **credit bureau the 30th, say of, in this case,**
12   **November 30th, then it's being reported as -- to**
13   **reflect as of October 30th -- up to October 30th.**
14        Q.     The screens here, do they use the same
15   codes that we saw appearing on some of these
16   automated forms, either the AUD or the ACDVs?
17        **A.     Yes.**
18        Q.     Were there any instances in which OCWEN
19   reporting on the account for Mr. Daugherty, that upon
20   your review evidence that OCWEN was reporting this
21   trade line twice at any time?
22        **A.     Not at all.  Only one trade line was**
23   **reported to each bureau.  And they all get reported**
24   **on a monthly data the same day each month.**
25        Q.     Do all the credit reporting agencies

---

Lyew, Sandra

August 28, 2015

35 (Pages 134 to 137)

---

134

1  receive the same data from this packet of
2  information?
3      A.   Yes.  It gets sent on what they call a
4  monthly data report.
5      Q.   Were there any instances in these
6  monthly data reports in which OCWEN reported a
7  compliance condition code of XB?
8      A.   Yes.
9      Q.   Could you identify those?
10          Let me ask you this way.  Turn to
11 page 639.  You tell me if I'm reading this document
12 correctly.  It says OLS 639.  There is two screen
13 prints.  And towards the bottom there is one that
14 says compliance condition code.  And then it appears
15 to have a code next to it.  Do you see that?
16     A.   Yes, I do.
17     Q.   And what is that code?
18     A.   XB.
19     Q.   And what does XB mean?
20     A.   XB is that if the loan was in default,
21 not to report it.
22     Q.   I'm not going to ask you to go through
23 everything.  Is that an example of an instance in
24 which on the monthly data tape OCWEN was reporting
25 this account with a compliance condition code as XB?

---

135

1      A.   Yes.  It identifies what month that --
2  which month that it was reported as an XB code.
3      Q.   It appears the last month in this
4  packet, the monthly reporting data has reporting
5  period for March 31st, 2015.  I'm looking at Bates
6  stamp 645.  Do you see that?
7      A.   Okay.
8      Q.   So top of the page, do you see the
9  reporting period?
10     A.   Yes.
11     Q.   What's the reporting period?
12     A.   It is up through March 31st, 2015.
13     Q.   Now, if you look towards the bottom,
14 since this is the most recent of the monthly data, if
15 you go to the account history, I just want to see if
16 you can help us understand.
17     A.   Yes.
18     Q.   The account history, when it says --
19 there is a number of digits or numerals in that
20 bottom right-hand corner.  There is a 1, a number 1,
21 in the box from May 2012.  Do you see that?
22     A.   Correct.
23     Q.   What does the number 1 reflect?
24     A.   Thirty days past due.
25     Q.   And then April has a zero.  What does --

---

136

1  again, for the record, April 2012 has a zero.  What
2  does that reflect?
3      A.   Current.
4      Q.   March 2012?
5      A.   He was in default and was 120 days past
6  due.
7      Q.   And so when it says a 4 for March 2012,
8  that is four times 30 days to get to the 120 you
9  said?
10     A.   That is correct.
11     Q.   After that period, it appears that there
12 are no other numbers other than zeros?
13     A.   That is correct.
14     Q.   So that would reflect, at least
15 according to this monthly data reporting, he was
16 current for each of those months?
17     A.   Yes.
18     Q.   Is there a compliance condition code on
19 this report?
20     A.   Yes, there is.
21     Q.   What is it?
22     A.   XB.
23     Q.   How about the prior month, for the
24 reporting period February 2015, is there an XB code
25 there?

---

137

1      A.   Yes, there is.
2      Q.   It looks like there is an XB code for
3  the next series of pages, 641 through 645, and that's
4  for the reporting period November 2014 through
5  March 2015; is that accurate?
6      A.   Yes.
7      Q.   At the beginning of the deposition you
8  were asked about background or qualifications for the
9  credit analysts.  What -- from a very broad
10 perspective, what training do those new-hire analysts
11 receive?
12     A.   It's a one-month training, two weeks
13 class training, and an additional two weeks shadowing
14 training.
15     Q.   Okay.  So the first two weeks is in a
16 classroom.  What is the substance of that classroom
17 training?
18     A.   How to operate the OCWEN system,
19 policies and procedures for credit reporting, as well
20 as -- as well as for credit reporting.  I did say
21 that, credit reporting.  And for e-Oscar.
22     Q.   And then after the classroom, you said
23 shadowing.  What do you mean by shadowing?
24     A.   Yes.  They sit down with a most current
25 credit reporting analyst for additional training as

---

EXHIBIT B

Lyew, Sandra

August 28, 2015

36 (Pages 138 to 141)

---

138

1    far as how they operate.
2         Q.    After the two-week classroom training,
3    two-week shadowing, and that individual goes live in
4    the system, is there any further training or
5    supervision of that individual?
6         A.    Yes.  There is always ongoing training,
7    whether it's online training within the company, for
8    continuous training on policy and procedures, as well
9    as codes and things like that.
10        Q.    What about a quality control program?
11   Is there any supervision of the actual work these
12   people are doing when they undertake a credit dispute
13   review?
14        A.    Yes.  There is a supervisor for teams
15   that they have.  I'm not sure how many number of
16   teams are in that department that handle different
17   functions, as well as consumer escalation, which
18   means -- also means ombudsman escalation.
19        Q.    When you say ombudsman escalation, I
20   think we saw some of that in the notes.  What is
21   that?
22        A.    They deal with the actual consuming; for
23   instance, from the Credit Financial Protection
24   Bureau.
25        Q.    There was some testimony about an

---

139

1    opening date.  So I wanted to have you explain,
2    what's the deal with this opening date?  There was a
3    change in the opening date.  How does that work or
4    how did that occur?
5         A.    The reason for the change for the
6    opening date, because it was reviewed, looks like,
7    according to the notes, around the time the loan was
8    being reinstated, and additional, I want to say,
9    quality assurance was done, and it was noted that the
10   account opening date was incorrect from the prior
11   servicer based on the documents that we have in our
12   business records, which includes the note, the
13   mortgage.
14        Q.    Would that change appear in the monthly
15   data reporting?
16        A.    It would show -- it would show the
17   change in the monthly reporting, in that the credit
18   reporting department uses; however, the changes
19   cannot be made by the credit reporting department.
20   It has to be made by the loan setup department.
21        MR. NOLAN:  I'm sorry.  Can you repeat
22   that?
23        THE WITNESS:  It has to be -- the
24   accounts are not altered as far as opening dates.
25   Anything dealing with the loan information by the

---

140

1    credit reporting gets -- an email is sent, as well as
2    coded in the notes to the setup department to make
3    that change.
4    BY MR. MANNING:
5         Q.    If you can look at Exhibit 26 on
6    page 606, Bates stamped at the right-hand is 606,
7    you'll see there is a date opened, about halfway down
8    the page, August 26, 1999?
9         A.    Yes.
10        Q.    And then on the next page, 607, it says
11   date opened July 20th, 1999?
12        A.    Yes.
13        Q.    So is that -- does that reflect the time
14   period in which this opened date changed in the
15   system as it was reported to the CRAs?
16        A.    It was changed within that time
17   between -- yes, between March 31st, 2012 and
18   April 30th, which was then reported with the correct
19   open date because, due to the reinstatement, the
20   borrower reinstated the account to bring it back
21   current.
22        Q.    So in March 2012 that open date changed.
23   What was the status of the borrower's account at that
24   time?
25        A.    It brought the -- at April 30th, 2012,

---

141

1    because it's still reporting as of March, it would
2    still show as delinquent; however, reporting period
3    for May 31st, 2012 it would show the loan as current.
4         Q.    Okay.  So for the record, when you say
5    reporting period April 30th, 2012 it's being reported
6    as delinquent, that's the number 4 for the March 2012
7    account history box, right?
8         A.    That is correct.
9         Q.    So at that point in time when the
10   opening date changed, the account was 120 days late?
11        A.    That is correct.
12        Q.    And then the next month Mr. Daugherty
13   brought the account current, and OCWEN for its part
14   on its monthly data reported him as current?
15        A.    That is correct.
16        Q.    Okay.  Knowing how OCWEN is reporting it
17   and the fact that Equifax was reporting it
18   incorrectly, what were you able to determine as the
19   cause of Equifax's error?
20        MR. NOLAN:  Objection.  Calls for a
21   legal conclusion.
22   BY MR. MANNING:
23        Q.    What, if anything, according to your
24   review of the documents, were you able to determine
25   was the cause of this inconsistency with Equifax's

---

Lyew, Sandra                                    August 28, 2015

39 (Pages 150 to 153)

---

150

1  regarding the referenced loan.
2       The Consumer Ombudsman was created to
3  provide OCWEN customers with a resource to assist
4  with unresolved concerns and issues.  OCWEN is
5  obligated to report the loan accurately to the credit
6  bureaus based on the contractual due date.
7       Further, if payments are not received
8  within the 30 days of the month, then the account
9  would be reported as delinquent.  The March -- the
10 March 26, 2013 payment was received on April 30th,
11 2013, which was 30 to 59 days past due; therefore,
12 the credit reporting is valid.
13      A further review indicates that on
14 March 21st, 2014 our office submitted a request to
15 the four major credit reporting agencies:  Equifax,
16 TransUnion, Experian, and Innovis, to reflect the
17 current balance on the loan in the amount of
18 80,499.78.  The confirmation number for this
19 electronically submitted update is 69189581.  OCWEN
20 reports to Equifax, TransUnion, Experian, and
21 Innovis.  These bureaus provide information to the
22 local credit bureaus to update and current -- and
23 collect the credit file.  Unfortunately, OCWEN is
24 unable to control when the credit reporting agencies
25 will update their records.  In the interim you may

---

151

1  use this letter as evidence that the request has been
2  submitted.
3       Q.    That's good.
4             So that -- there is a bunch of things in
5  there.  One thing that I wanted to ask about is this
6  is identifying a second AUD.  So we talked about one.
7  But this appears to be identifying a second one
8  because it has a different control number.  Is that
9  your understanding?
10      A.    Yes.
11      Q.    So that AUD is something that we haven't
12 seen produced in this case.  Have you seen it?
13      A.    No.
14      Q.    Okay.  The date of this is -- so this is
15 in the April 2014 time period.  And Mr. Nolan had
16 asked you some concerns in terms of sequential
17 timing.  This was shortly after the letter from the
18 borrower.  Do you recall that letter?
19      A.    Yes.
20      Q.    So I'll show you the letter.  It's
21 Exhibit 15.  And keep that Exhibit 5 open, because
22 I'm going to ask you another question about it.  But
23 Exhibit 15 is the letter that was sent by
24 Mr. Daugherty to the research department?
25      A.    Yes.

---

152

1       Q.    And in it he says that he's got --
2  Equifax -- this is a quote from the letter --
3  "Equifax showing that we owe a total of $168,750."
4             Maybe it will help if you have the
5  letter.
6       A.    Okay.
7       Q.    So it's like midway through -- right
8  here.  Do you see where Mr. Daugherty is saying that?
9       A.    Yes.
10      Q.    But if you turn to two documents further
11 back in that same exhibit, it's OLS 574, where it
12 shows the account balance that's being reported by
13 Equifax.  It appears to indicate a balance of
14 $85,000 --
15      A.    I'm looking at what he mailed in.  I'm
16 sorry.
17      Q.    That's okay.
18      A.    Okay.
19      Q.    So he's circled it on page 571.  And the
20 arrow -- and just above that arrow it has a balance.
21 Do you see that balance amount?
22      A.    I see it.
23      Q.    And the amount is about 85,000 and
24 change, right?
25      A.    Yes.

---

153

1       Q.    So that's inconsistent with what this
2  letter says, right?
3       A.    Yes.
4       Q.    And when a borrower makes a
5  representation in a letter, OCWEN has an obligation
6  to investigate it?  They just can't take the borrower
7  at their word, correct?
8       A.    Correct.
9       Q.    Then he's pointing to -- 574, there is
10 also another circle with a bunch of arrows.  It
11 appears to be pointing to March through December of
12 2013.  Do you see that?
13      A.    Yes.
14      Q.    So he's saying it's inaccurate that he
15 was reported as late.  I can't make out the document,
16 but, if you look at the letter, the letter shows he
17 was late in 2013?
18      A.    Yes.
19      Q.    So that would be another inconsistency
20 with his letter, right?
21      A.    Yes.
22      Q.    So when it's saying that he's being
23 reported by Equifax as late April through December,
24 in this Exhibit 5 comment OCWEN is responding that
25 there was only one month in that time period that was

---

Henderson Legal Services, Inc.

202-220-4158                          www.hendersonlegalservices.com

EXHIBIT B

---

154

1  late, and that was March 2013, right?
2      A.   March and June.  In June I believe he
3  was 30 days late.
4      Q.   Let's look back to this monthly data
5  tape, which is Exhibit 26.  It would have been
6  June 2013, which I believe is -- would that be 621?
7      A.   Yes.  So I was right.  May.  May he was
8  30 days past due.  As of March 2012 his loan was
9  delinquent and in foreclosure proceedings at that
10  point.
11      Q.   Well, I'm asking specifically about
12  2013.  So --
13      A.   Oh.  2013.
14      Q.   Yes.  So March, you'll see that
15  Mr. Daugherty states he was late March 2013 in this
16  letter marked as Exhibit 15, which is different from
17  what he's representing in the Equifax report.  But
18  now I'm asking you about 2013.
19      A.   Okay.
20      Q.   Were there any other months -- you had
21  maybe June when he was late.  Does it appear that
22  OCWEN reported him as late in June of 2013?
23      A.   No.  It was March 2013.
24      Q.   Okay.  How do you know that?  What are
25  you looking at, for the record?

---

155

1      A.   I'm looking at the history, the account
2  history information.
3      Q.   And that's Exhibit 26?
4      A.   Page 619.
5      Q.   Okay.  There were a number of instances
6  in which OCWEN responded to customer disputes; is
7  that fair to say?
8      A.   Yes.
9      Q.   And a number of those disputes were
10  repetitive or duplicative, right?
11      A.   Yes.
12      Q.   Nonetheless, OCWEN undertook an
13  investigation for each one of them?
14      A.   Yes.  OCWEN did it.
15      Q.   And that has a cost associated with it,
16  right?
17      A.   Yes.  And can I say for the record that
18  as of page 635, which is for May -- May 1st, 2014
19  removed the late, 30-day late, for March 2013.
20      Q.   Okay.  So I'm there now.  How do you
21  know that?
22      A.   Because it's showing on the account
23  information and OCWEN's records.
24      Q.   Okay.
25      A.   And so that's how -- if there was

---

156

1  changes made at that point, that's what would have
2  been sent to the credit bureaus.
3      Q.   Do the credit analysts at OCWEN have
4  access to these screen shots, the monthly reporting
5  data, which has been marked as Exhibit 26, when
6  they're undertaking their review?
7      A.   Yes.
8      Q.   So is that part of the review process if
9  that dispute is identified regarding things like
10  account history or account information?
11      A.   Yes.  And dealing with credit reporting
12  based on the amount of disputes that comes -- came in
13  per month on this account.
14      Q.   You mentioned a number of systems, but,
15  when a credit analyst receives the dispute, what
16  information is available to them as part of their
17  investigation of that dispute?
18      A.   Real Servicing, which is the OCWEN
19  system.
20      Q.   Before you move on, tell us what type of
21  information is available on Real Servicing.
22      A.   The payment history.  Retrieving the
23  payment history.  Reviewing the payment history.
24  Reviewing the notes in the system.  Again, should
25  they have the capability of reviewing based on their

---

157

1  authority for OCWEN -- for any additional
2  information, like escrow.
3      Q.   So that's --
4      A.   Normally it's payment history and loan
5  history in regards to the account.
6      Q.   That's Real Servicing.  And then are
7  there other systems or programs available?
8      A.   They have the system that was once
9  called CIS.  It's now called The Vault, which has the
10  imaging documents of the borrower's account, and the
11  mortgage origination, closing documents, any
12  correspondence received, sent out by OCWEN.
13      Q.   So the Real Servicing, CIS, also known
14  as The Vault.  Any other systems or programs
15  available?
16      A.   The credit reporting also, again
17  e-Oscar, which does the communication to credit
18  bureaus.
19      Q.   On this loan there was an additional
20  system or systems because it was a
21  Litton-formerly-serviced account.
22      A.   Yes.
23      Q.   What were those systems called?
24      A.   RADAR and LSAMS.
25      Q.   Okay.  But would that be available for

---

158

1  any account or would it just be available for Litton
2  accounts?
3      **A.    No.  Just the Litton -- Litton is the**
4  **only company.**
5      Q.    So as part of the training policies,
6  practices, the credit analyst is to review all the
7  systems -- all available information in order to
8  determine the response to the dispute?
9      **A.    To conduct the full investigation to**
10 **respond to the dispute.**
11     Q.    There were a number of -- obviously
12 there was a number of disputes in this case.  And
13 there are notes pertaining to those disputes.
14 Sometimes the notes appear to be incomplete.  Do the
15 notes reflect everything that is being done or what
16 is being transcribed in these notes?
17     **A.    In most cases they verified on what they**
18 **did in order to verify that this account belongs to**
19 **Mr. Daugherty.**
20     Q.    If the dispute was more than what is an
21 01, not his, not hers, if there was something
22 additional, would there be an additional inquiry?
23     A.    Inquiry in the note log?
24     Q.    By the credit analyst to respond.
25     **A.    Yes.  So if the ACDV was received with**

159

1  **more than one dispute, that's how they would go ahead**
2  **and investigate, based on each dispute that is**
3  **received.**
4      Q.    So I'll give you an example.  Exhibit 17
5  is an ACDV response.
6      **A.    I have one.**
7      Q.    And this has a different code.  This one
8  is -- it's not the 001, not his.  It's 106.  And it's
9  described as disputes present/previous account
10 balance, payment history profile, payment rating.
11 And then the instruction is verify payment history
12 profile, account status, and payment rating.
13     **A.    Yes.**
14     Q.    And each of those is a field; is that
15 right?
16     **A.    Yes.**
17     Q.    So specifically this dispute is asking
18 OCWEN to verify the payment history profile, the
19 account status, and the payment rating; is that
20 right?
21     **A.    Yes.**
22     Q.    So if you go towards the bottom, account
23 status, it has been filled in with an 11 code, as
24 current account; is that right?
25     **A.    Yes.**

160

1      Q.    And that's different from what was sent
2  to OCWEN; is that right?
3      **A.    Yes.  Different from the request.**
4      Q.    Okay.  So that means somebody at OCWEN
5  reviewed the information after an investigation, they
6  responded with an update on this form, right?
7      **A.    Yes.**
8      Q.    Okay.  The next thing is payment rating.
9  There was no payment rating in this request, correct,
10 under account information?
11     **A.    No.**
12     Q.    It's blank on the request side?
13     **A.    Yes.**
14     Q.    Okay.  So then the third thing that's
15 being specified here is account -- we already did
16 account status -- payment history profile.  So if we
17 turn to the account history, which is on the second
18 page, do you see the account history profile there?
19 It's that table about middle of the page.
20     **A.    Yes.**
21     Q.    So it has a list of years.  And just for
22 the record, this is Bates 1344.  It is -- the white,
23 again, is the requested information, and that's the
24 information that came over through e-Oscar to OCWEN
25 from the CRA, and then the gray is OCWEN's response;

161

1  is that right?
2      **A.    Yes.**
3      Q.    Okay.  So in 2013 you've got a number of
4  white and gray boxes.  If we look at really 2014 and
5  2013, there isn't a single gray box indicating late,
6  except for March 2013; is that right?
7      **A.    Yes.**
8      Q.    And that's different from the request
9  data?
10     **A.    The request data?**
11     Q.    The white boxes.
12     **A.    Yes.  Yes.**
13     Q.    The white boxes have either the number 4
14 or the letter D in them, do you see that?
15     **A.    Yes.**
16     Q.    And then the gray boxes for those same
17 two years, 2014 and 2013, have zeros in every box,
18 with the exception of March 2013 which is a 1?
19     **A.    That is correct.**
20     Q.    So that reflects that OCWEN has
21 responded that the information that came over from
22 the CRA showing late of 120 days should be updated to
23 being current?
24     **A.    Yes.**
25     Q.    And those were the three fields that are

EXHIBIT B

Lyew, Sandra

August 28, 2015

42 (Pages 162 to 165)

---

**162**

1  identified on this dispute code 1 on page 1, Bates
2  1343, right?
3      A.    Yes.
4      Q.    What was the date of this ACDV response?
5      A.    April 24, 2014.
6            And just to reflect back to March,
7  30-day, 2013.
8      Q.    Yes.
9      A.    It was removed; however, the reason why
10 it was -- it was marked as 30 days, because the
11 borrower did send a payment in; however, it was
12 returned due to insufficient funds.
13     Q.    So did OCWEN -- was OCWEN required to
14 change that from late to current?
15     A.    No.  They're not required to do that.
16     Q.    Then why did they do it?
17     A.    I don't know.  I personally would have
18 left it.
19     Q.    Because it was late, but perhaps as --
20     A.    Yes.
21     Q.    -- an accommodation to the borrower?
22     A.    Yes.
23     Q.    Based on your review of these documents,
24 were there any monthly data tapes that were reported
25 by OCWEN to the CRAs that were inaccurate?

---

**163**

1      A.    No.
2      Q.    Okay.  That's all the questions I have.
3  Thank you.
4            EXAMINATION
5  BY MR. NOLAN:
6      Q.    I just have a couple of quick
7  follow-ups.
8            You discussed policies and procedures
9  and training.  Are these written down somewhere at
10 OCWEN?
11     A.    Yes.
12           MR. NOLAN:  Can you-all provide those to
13 us, so we can review them, pursuant to our discovery
14 request?  I believe we've requested those.
15           MR. MANNING:  I'll make a note of that.
16 BY MR. NOLAN:
17     Q.    I wanted to follow up, too, about the
18 changing of the date open.  Look at Exhibit 5 of the
19 comment log on page 1644.
20     A.    Yes.  The date change was April 30th,
21 2012.
22     Q.    It's noted here -- SU is the code.  Is
23 that the department that would be reviewing this?
24     A.    Setup.
25     Q.    Setup?

---

**164**

1      A.    Yes.
2      Q.    Where is setup in relation to credit
3  reporting?
4      A.    Setup is when the loans are transferred,
5  it goes to the loan setup department as part of the
6  transfer boarding process.
7      Q.    So setup noticed a discrepancy in the
8  open date and kindly made correction in RS is their
9  note here.  Is that research?
10     A.    Yes.
11     Q.    So setup requested that research change
12 the date open on the account from August to July?
13     A.    The email -- the response probably came
14 from the research department to -- in regards to the
15 open date being in error by the prior servicer.
16     Q.    And so --
17     A.    And sent it to setup to make the
18 changes.
19     Q.    Okay.  So research asked setup to make
20 these changes?
21     A.    Yes.
22     Q.    And then what would setup have -- how
23 would they have made that change?
24     A.    They have -- they're the only ones that
25 have access to make that change to the loan history

---

**165**

1  in Real Servicing.
2      Q.    And then what would have happened to
3  that prior open date?
4      A.    And that's based on the business
5  records, the note, the mortgage, is dated -- it has
6  to go -- the open date is the date of the note, the
7  mortgage.
8      Q.    And it had been reported incorrectly up
9  to that point by Litton, correct?
10     A.    That is correct.
11     Q.    And so when setup makes that change,
12 what happens to the prior date?  Do they just
13 override a field in a spreadsheet?  How do they
14 effectuate that change?
15     A.    The date gets corrected in the system,
16 and they notify that the changes have been made, and
17 then it's when it's time to report, the next
18 reporting date to -- through e-Oscar to the bureaus,
19 it will identify the correct open date.
20     Q.    Okay.  Exhibit 26, I just quickly wanted
21 to ask, page 645, the last page -- it's the one you
22 went over with Mr. Manning.  What does the D indicate
23 or -- in the account history where there are numerals
24 and letters and there is a code for D, what does
25 that --

---

Lyew, Sandra                                          August 28, 2015

168

1                        C E R T I F I C A T E

2

3  COMMONWEALTH OF VIRGINIA,

4  CITY OF NORFOLK, to wit:

5

6              I, Penny C. Wile, RPR, RMR, CRR, a

7  Notary Public in and for the Commonwealth of

8  Virginia at Large, do hereby certify that the

9  foregoing deposition was duly taken and sworn to

10  before me at the time and place in the caption

11  mentioned, and that the deposition is a true record

12  of the testimony given by the witness.

13              I further certify that I am neither

14  attorney or counsel for, nor related to or employed

15  by any of the parties to the action in which this

16  deposition is taken, nor am I a relative or employee

17  of any attorney or counsel employed by the parties

18  hereto, nor am I financially interested in the

19  action.

20              Given under my hand this 8th day of

21  September, 2015.

22

23              _____

24                        Notary Public, #212528

25  My Commission expires:  January 31, 2017

```
OCWEN                                          Detail Transaction History                                    Page       0
MSX-SHSC                                                                                                     --Run Date/Time--
                                                                                                            08/08/2014  08:52
```

---

```
LOAN#: 7092244537    INVESTOR#:  3310    POOL#: 1        NEXT DUE DT:08/26/2014      INTEREST RATE:  9.75000        PRIN BAL:    79,198.72
BORR: David Daugherty                                                                                              ESC BAL:       706.35
BORR2:
PROP:  35 Valley View Dr                                MAIL: 35 Valley View Dr
       Vienna WV 26105                                        Vienna WV 26105
```

---

| ---TRANSACTION --- | | | | | - AFTER TRANS. BALANCES- | | TOTAL | ------------------------------- APPLIED ------------------------------- | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EFFECTIVE | TIME | RV TRN DESCRIPTION | NXT DUE/REF | REVERSED | PRINCIPAL | ESCROW | AMMOUNT | PRINCIPAL | INTEREST | ESCROW | SUSPENSE | OTHER |
| 09/14/2011 23:59:01 | | NLD Loan Disbursement | NL NewLoan S | | 85,976.27 | .00 | 85,976.27- | 85,976.27- | .00 | .00 | 0.00 | 0.00 |
| 09/14/2011 23:59:04 | | ESA Escrow Balance Adjus | NL NewLoan S | | 85,976.27 | 549.83- | 549.83- | .00 | .00 | 549.83- | 0.00 | 0.00 |
| 01/20/2012 23:59:01 | | RMS Regular Multiple/Spr | 10/26/2011 | | 85,808.29 | 339.34- | 1,077.03 | 167.98 | 698.56 | 210.49 | 0.00 | 0.00 |
| 01/20/2012 23:59:04 | | RMS Regular Multiple/Spr | 11/26/2011 | | 85,638.94 | 128.85- | 1,077.03 | 169.35 | 697.19 | 210.49 | 0.00 | 0.00 |
| 02/10/2012 09:14:30 | | ETD Tax Escrow Disbursem | 31 | | 85,638.94 | 733.24- | 604.39- | .00 | .00 | 604.39- | 0.00 | 0.00 |
| 03/27/2012 12:56:56 | | MS  Misc Susp Payment | | | 85,638.94 | 733.24- | 200.00 | .00 | .00 | .00 | 200.00 | 0.00 |
| 03/27/2012 13:00:07 | | MSA Miscellaneous Suspen | | | 85,638.94 | 733.24- | 200.00- | .00 | .00 | .00 | 200.00- | 0.00 |
| 03/27/2012 13:00:10 | | EXP Expense Payment | | | 85,638.94 | 733.24- | 200.00 | .00 | .00 | .00 | 0.00 | 200.00 |
| 04/20/2012 23:59:01 | | RMR Regular Multiple/Rei | 12/26/2011 | | 85,468.22 | 522.75- | 1,087.03 | 170.72 | 695.82 | 210.49 | 0.00 | 10.00 |
| 04/20/2012 23:59:04 | | RMR Regular Multiple/Rei | 01/26/2012 | | 85,296.11 | 395.24- | 994.05 | 172.11 | 694.43 | 127.51 | 0.00 | 0.00 |
| 04/20/2012 23:59:07 | | RMR Regular Multiple/Rei | 02/26/2012 | | 85,122.60 | 267.73- | 994.05 | 173.51 | 693.03 | 127.51 | 0.00 | 0.00 |
| 04/20/2012 23:59:10 | | RMR Regular Multiple/Rei | 03/26/2012 | | 84,947.68 | 140.22- | 994.05 | 174.92 | 691.62 | 127.51 | 0.00 | 0.00 |
| 04/20/2012 23:59:13 | | RMR Regular Multiple/Rei | 04/26/2012 | | 84,771.34 | 12.71- | 994.05 | 176.34 | 690.20 | 127.51 | 0.00 | 0.00 |
| 06/25/2012 21:20:01 | | RMS Regular Multiple/Spr | 05/26/2012 | | 84,593.57 | 114.80 | 994.05 | 177.77 | 688.77 | 127.51 | 0.00 | 0.00 |
| 06/25/2012 21:20:04 | | RMS Regular Multiple/Spr | 06/26/2012 | | 84,414.35 | 242.31 | 999.05 | 179.22 | 687.32 | 127.51 | 0.00 | 5.00 |
| 06/25/2012 21:20:07 | | PRP Principal Payment | | | 84,407.45 | 242.31 | 6.90 | 6.90 | .00 | .00 | 0.00 | 0.00 |
| 07/19/2012 19:37:57 | | R   Regular Payment | 07/26/2012 | | 84,226.72 | 369.82 | 994.05 | 180.73 | 685.81 | 127.51 | 0.00 | 0.00 |
| 08/09/2012 18:25:06 | | R   Regular Payment | 08/26/2012 | | 84,044.52 | 497.33 | 994.05 | 182.20 | 684.34 | 127.51 | 0.00 | 0.00 |
| 08/10/2012 09:48:47 | | ETD Tax Escrow Disbursem | 31 | | 84,044.52 | 107.23- | 604.56- | .00 | .00 | 604.56- | 0.00 | 0.00 |
| 08/29/2012 17:40:28 | | EID Insurance Escrow Dis | 56 Lender pl | | 84,044.52 | 555.69- | 448.46- | .00 | .00 | 448.46- | 0.00 | 0.00 |
| 09/04/2012 18:58:04 | | R   Regular Payment | 09/26/2012 | | 83,860.84 | 428.18- | 994.05 | 183.68 | 682.86 | 127.51 | 0.00 | 0.00 |
| 09/06/2012 16:48:44 | | EIC Insurance Escrow Cre | 56 Lender pl | | 83,860.84 | 20.28 | 448.46 | .00 | .00 | 448.46 | 0.00 | 0.00 |
| 10/01/2012 19:35:03 | | R   Regular Payment | 10/26/2012 | | 83,675.67 | 147.79 | 994.05 | 185.17 | 681.37 | 127.51 | 0.00 | 0.00 |
| 11/02/2012 22:06:01 | | R   Regular Payment | 11/26/2012 | | 83,488.99 | 261.41 | 980.16 | 186.68 | 679.86 | 113.62 | 0.00 | 0.00 |
| 12/14/2012 18:10:48 | | R   Regular Payment | 12/26/2012 | | 83,300.80 | 375.03 | 980.16 | 188.19 | 678.35 | 113.62 | 0.00 | 0.00 |
| 01/14/2013 18:07:14 | | R   Regular Payment | 01/26/2013 | | 83,111.08 | 488.65 | 980.16 | 189.72 | 676.82 | 113.62 | 0.00 | 0.00 |
| 02/04/2013 18:17:59 | | R   Regular Payment | 02/26/2013 | | 82,919.82 | 602.27 | 980.16 | 191.26 | 675.28 | 113.62 | 0.00 | 0.00 |
| 02/07/2013 09:38:32 | | ETD Tax Escrow Disbursem | 31 | | 82,919.82 | 2.29- | 604.56- | .00 | .00 | 604.56- | 0.00 | 0.00 |
| 03/15/2013 19:02:57 | ** R | Regular Payment | 03/26/2013 | 03/20/2013 | 82,727.00 | 111.33 | 980.16 | 192.82 | 673.72 | 113.62 | 0.00 | 0.00 |
| 03/20/2013 17:21:24 | CB R | Regular Payment | 02/26/2013 | | 82,919.82 | 2.29- | 980.16- | 192.82- | 673.72- | 113.62- | 0.00 | 0.00 |
| 03/20/2013 17:21:27 | | RET Payment Returned | 02/26/2013 | | 82,919.82 | 2.29 | 980.16 | .00 | .00 | .00 | 0.00 | 980.16 |
| 04/30/2013 17:57:21 | | RMS Regular Multiple/Spr | 03/26/2013 | | 82,727.00 | 111.33 | 1,019.84 | 192.82 | 673.72 | 113.62 | 0.00 | 39.68 |
| 04/30/2013 17:57:24 | | RMS Regular Multiple/Spr | 04/26/2013 | | 82,532.62 | 224.95 | 980.16 | 194.38 | 672.16 | 113.62 | 0.00 | 0.00 |
| 05/30/2013 18:49:58 | | RMS Regular Multiple/Spr | 05/26/2013 | | 82,336.66 | 338.57 | 965.48 | 195.96 | 670.58 | 113.62 | 0.00 | 14.68- |
| 05/30/2013 18:50:01 | | RMS Regular Multiple/Spr | 06/26/2013 | | 82,139.11 | 452.19 | 980.16 | 197.55 | 668.99 | 113.62 | 0.00 | 0.00 |
| 07/01/2013 23:26:31 | | R   Regular Payment | 07/26/2013 | | 81,939.95 | 565.81 | 980.16 | 199.16 | 667.38 | 113.62 | 0.00 | 0.00 |
| 08/01/2013 21:59:36 | | R   Regular Payment | 08/26/2013 | | 81,739.17 | 679.43 | 980.16 | 200.78 | 665.76 | 113.62 | 0.00 | 0.00 |
| 08/15/2013 10:59:43 | | ETD Tax Escrow Disbursem | 31 | | 81,739.17 | 65.53 | 613.90- | .00 | .00 | 613.90- | 0.00 | 0.00 |
| 08/31/2013 21:59:58 | ** R | Regular Payment | 09/26/2013 | 09/06/2013 | 81,536.76 | 179.15 | 980.16 | 202.41 | 664.13 | 113.62 | 0.00 | 0.00 |
| 09/06/2013 19:25:29 | CB R | Regular Payment | 08/26/2013 | | 81,739.17 | 65.53 | 980.16- | 202.41- | 664.13- | 113.62- | 0.00 | 0.00 |
| 09/06/2013 19:25:32 | | RET Payment Returned | 08/26/2013 | | 81,739.17 | 65.53 | 980.16 | .00 | .00 | .00 | 0.00 | 980.16 |
| 09/16/2013 18:04:51 | | R   Regular Payment | 09/26/2013 | | 81,536.76 | 179.15 | 980.16 | 202.41 | 664.13 | 113.62 | 0.00 | 0.00 |
| 10/01/2013 22:26:37 | | R   Regular Payment | 10/26/2013 | | 81,332.71 | 292.77 | 980.16 | 204.05 | 662.49 | 113.62 | 0.00 | 0.00 |
| 11/01/2013 22:21:24 | | R   Regular Payment | 11/26/2013 | | 81,127.00 | 406.39 | 980.16 | 205.71 | 660.83 | 113.62 | 0.00 | 0.00 |
| 12/02/2013 17:36:50 | | R   Regular Payment | 12/26/2013 | | 80,919.62 | 507.93 | 968.08 | 207.38 | 659.16 | 101.54 | 0.00 | 0.00 |
| 12/31/2013 22:11:22 | | R   Regular Payment | 01/26/2014 | | 80,710.55 | 609.47 | 968.08 | 209.07 | 657.47 | 101.54 | 0.00 | 0.00 |
| 02/03/2014 19:46:18 | | R   Regular Payment | 02/26/2014 | | 80,499.78 | 711.01 | 968.08 | 210.77 | 655.77 | 101.54 | 0.00 | 0.00 |
| 02/07/2014 08:50:08 | | ETD Tax Escrow Disbursem | 31 | | 80,499.78 | 97.11 | 613.90- | .00 | .00 | 613.90- | 0.00 | 0.00 |
| 03/04/2014 21:43:07 | | R   Regular Payment | 03/26/2014 | | 80,287.30 | 198.65 | 968.08 | 212.48 | 654.06 | 101.54 | 0.00 | 0.00 |
| 03/31/2014 22:15:24 | | R   Regular Payment | 04/26/2014 | | 80,073.09 | 300.19 | 968.08 | 214.21 | 652.33 | 101.54 | 0.00 | 0.00 |
| 05/01/2014 23:03:21 | | R   Regular Payment | 05/26/2014 | | 79,857.14 | 401.73 | 968.08 | 215.95 | 650.59 | 101.54 | 0.00 | 0.00 |
| 06/02/2014 23:18:05 | | R   Regular Payment | 06/26/2014 | | 79,639.44 | 503.27 | 968.08 | 217.70 | 648.84 | 101.54 | 0.00 | 0.00 |
| 06/30/2014 22:26:51 | | R   Regular Payment | 07/26/2014 | | 79,419.97 | 604.81 | 968.08 | 219.47 | 647.07 | 101.54 | 0.00 | 0.00 |
| 08/01/2014 23:45:26 | | R   Regular Payment | 08/26/2014 | | 79,198.72 | 706.35 | 968.08 | 221.25 | 645.29 | 101.54 | 0.00 | 0.00 |

EXHIBIT 5 TO EXHIBIT B                                                        DD/OLS 001635

| Loan Number | Comment Date | Comment Time | User Name | Comment Class | Stdcalias | Comment |
|---|---|---|---|---|---|---|
| 7092244537 | 10/15/2011 | 8:06:51 AM | Patricia Chavez | SU | WPBSHELL | Loan shell boarded on 10/14/2011 |
| 7092244537 | 10/17/2011 | 5:59:17 AM | Patricia Chavez | LT | GDBYEHELLO | A combined goodbye-welcome letter was mailed to |
| | | | | | | borrower by new servicer |
| | | | | | | {1} |
| | | | | | | {2} |
| 7092244537 | 10/17/2011 | 6:22:28 AM | Patricia Chavez | SU | LADTEDD | Expected Transfer date is 11/05/2011 |
| 7092244537 | 10/17/2011 | 6:46:28 AM | Patricia Chavez | LT | WELM | WELCOME LETTER MAILED. |
| | | | | | | {1} |
| | | | | | | {2} |
| 7092244537 | 10/17/2011 | 8:19:39 AM | Patricia Chavez | SU | PSLITT | PRIOR SERVICER INFORMATION: |
| | | | | | | LITTON LOAN SERVICING |
| | | | | | | 4828 LOOP CENTRAL DRIVE |
| | | | | | | HOUSTON, TX 77081 |
| | | | | | | 1-800-247-9727 |
| | | | | | | Prior to Litton  this loan was serviced by PROVIDEN with loan number 3581261 |
| | | | | | | {2} |
| 7092244537 | 11/5/2011 | 12:13:02 PM | Lalith Gurulingaswamy | ES | AGHSR | Hazard Insurance Policy Setup Required - Document in Imaging |
| 7092244537 | 11/8/2011 | 10:37:26 PM | Background Processor | BNOT | | As of 11/08/2011 Past Due 2,154.06 Curr Due 1,077.03 Total Due 3,231.09 Requested By Auto-B |
| | | | | | | 11/11/2011 |
| 7092244537 | 11/10/2011 | 7:29:26 AM | Wendy Parente | coll | DVOCN | DEBT VALIDATION LETTER SENT TO PRINT VENDOR |
| | | | | | | Letters mailed 11/8/2011 |
| | | | | | | {2} |
| 7092244537 | 11/10/2011 | 7:40:09 AM | Wendy Parente | coll | DVOCNM | DEBT VALIDATION LETTER MAILED TO CUSTOMER |
| | | | | | | Letters mailed 11/8/2011 |
| | | | | | | {2} |
| 7092244537 | 11/16/2011 | 4:37:31 AM | Background Processor | SU | PRIVI | Initial Privacy Statement Mailed |
| 7092244537 | 11/16/2011 | 10:46:43 AM | Background Processor | CS | EMANP | The customer requested that no information be sent via email. |
| 7092244537 | 11/16/2011 | 10:46:44 AM | Background Processor | CS | EAAP | The customer has provided email address. |
| 7092244537 | 11/17/2011 | 12:12:05 AM | | CS | WECO | WEB; Welcome Call Completed; Possible discrepancy in Property Zip |
| 7092244537 | 11/17/2011 | 10:46:46 AM | | CS | LSII | Loan Setup issue identified Web; Customer states that: Property Address Zip should be 26105 instead of 26104 |
| 7092244537 | 11/17/2011 | 11:49:26 PM | Manisha Rawool | CS | LSIC | Loan setup issue closed  Details:  Zip code corrected as indicated by county assessor website. |
| 7092244537 | 11/21/2011 | 3:12:21 AM | Dinesh Subbanna | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period: |
| | | | | | | Effective Date = 11/17/2011 |
| | | | | | | Escrow Payment = $99.44 |
| | | | | | | Total Shortage = $108.19 |
| | | | | | | Total Capitalization = $1137.67 |
| | | | | | | Borrower Paid MI Premium = $0 |
| | | | | | | Escrow Balance = $-549.83 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $587.84 | Hazard Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $587.84 | Tax Payment #2 During Trial Period = $0 | |

EXHIBIT 5 TO EXHIBIT B

Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0

Breakdown as Follows:

(7)

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 11/21/2011 | 6:24:32 AM | Dinesh Subbanna | ES | NEPQ | New-Escrowed Payment Quote: |

Effective Date = 11/17/2011

Escrow Payment = $99.44

Total Deposit = $397.71

Shortage / Deposit =$397.71

Delinquent Tax =$0                                                                                   Tax P
& I = $0

(7)

 

 

 

                                                                     – This Comment was auto-generated in batch mode.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 11/22/2011 | 7:34:48 PM | Background Processor | FORM | | PRIVGEN Requested 11/16/2011 |
| | | | | | | Printed 11/21/2011 |
| 7092244537 | 11/24/2011 | 7:32:24 AM | Dinesh Subbanna | ES | AGHIA | Hazard Insurance Line Added to Loan |
| | | | | | | Hazard Insurance Line Added to Loan |
| 7092244537 | 11/29/2011 | 5:19:36 AM | Background Processor | LS | PIREQ | Property Inspection Required |
| 7092244537 | 12/1/2011 | 10:43:10 PM | Basavaraj Patil | LS | PIORD | Property Inspection Ordered |
| 7092244537 | 12/5/2011 | 7:59:49 AM | Background Processor | COLL | CRRS | CREDIT BUREAU REPORT REQUEST SENT |
| 7092244537 | 12/8/2011 | 11:56:07 AM | Nagaraj Y | LS | PIREC | Property Inspection Received |

(1);

Vendor Name Corelogic

Loan Number 7092244537

Order Date 12/01/2011

Completed Date 12/06/2011

Occupancy Status Occupied Name Unknown

Occupancy Determined By Visual

Utility – Electric Y

Utility – Water Y

Utility – Gas Y

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 12/12/2011 | 1:21:00 PM | Background Processor | BNOT | | As of 12/12/2011 Past Due 3,231.09 Curr Due 994.05 Total Due 4,225.14 Requested By Auto-B |

12/14/2011

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001637

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 12/13/2011 | 3:17:06 AM | Background Processor | FB | FB31 | Property Inspection Fee fee assessed. Amount: 0.00 |
| 7092244537 | 12/16/2011 | 1:33:45 AM | Background Processor | CL | LALR | Loans Assigned to LRC |
| 7092244537 | 12/16/2011 | 1:33:45 AM | Background Processor | CORR | ALTR2 | ALT LETTER REQUESTED |
| 7092244537 | 12/21/2011 | 8:54:47 PM | Background Processor | FORM | | ALTLTR2 Requested 12/16/2011 |
| | | | | | | Printed 12/20/2011 |
| 7092244537 | 1/2/2012 | 2:48:19 AM | Background Processor | CORR | 30DY | REQUESTED 30 DAY DEMAND BE SENT |
| 7092244537 | 1/10/2012 | 2:35:32 PM | Alex Lombardo | GC | | Account Reported To Credit Bureau (as of 12/31/11)LPI: 08/26/11 UPB: 85,976 Mthly Pmt: 1,077 Amt Past Due: 4,858 First occurance: 10/26/11 Status: 80 [ Dlq 3 Pmts ]  Original Charge Off Amt: 0 Payment History[24 Mons]: BBBBBBBBBBBBBBBBBBBBBBBB |
| 7092244537 | 1/10/2012 | 9:02:16 PM | Background Processor | FORM | | DEMANDWV Requested 01/02/2012 |
| | | | | | | Printed 01/09/2012 |
| | | | | | | Cert Mail # 71069017515149767707 |
| | | | | | | Expiration Date 02/11/2012 IAO $    4,225.14 |
| 7092244537 | 1/10/2012 | 9:02:16 PM | Background Processor | FB | FB95 | Certified Mail Cost fee assessed. Amount: 0.00 |
| 7092244537 | 1/11/2012 | 9:23:59 PM | Alex Lombardo | GC | | Account Reported To Credit Bureau (as of 12/31/11)LPI: 08/26/11 UPB: 85,976 Mthly Pmt: 1,077 Amt Past Due: 4,858 First occurance:10/26/11 Status: 80 [ Dlq 3 Pmts ]  Original Charge Off Amt: 0 Payment History[24 Mons]: BBBBBBBBBBBBBBBBBBBBBBBB |
| 7092244537 | 1/11/2012 | 11:44:30 PM | Background Processor | CL | LTCH | 'Loan Reviewed for Late Charge' 5.00 Assessed |
| 7092244537 | 1/11/2012 | 11:44:32 PM | Background Processor | BNOT | | As of 01/11/2012 Past Due 4,230.14 Curr Due 994.05 Total Due 5,224.19 Requested By Auto-B |
| | | | | | | 01/19/2012 |
| 7092244537 | 1/17/2012 | 10:36:21 AM | Background Processor | IVR | IVRC | CUSTOMER CONTACT VIA IVR |
| | | | | | | ISN RCK: 2629 RCD: 68326830ANI: 3042956161 |
| 7092244537 | 1/17/2012 | 10:41:16 AM | Frederick Foy | CL | CRFD | Phone Call In; Reason for Default; Spoke with David Daugherty. Customer contact; inquired what the customer's reason for default was; customer stated Illness of Principal Mortgagor-ILP; |
| | | | | | | Script ID: ASK-CRE |
| 7092244537 | 1/17/2012 | 10:41:42 AM | Frederick Foy | WQ | | Phone Call In; Mortgage Keeper Direct Denied; Spoke with David Daugherty. Inquired if customer would like information that might assist them with their financial situation.  Customer declined the information. |
| | | | | | | Script ID: PMT0704 |
| 7092244537 | 1/17/2012 | 10:41:52 AM | Frederick Foy | WQ | | Phone Call In; Mortgage Keeper Direct Denied; Spoke with David Daugherty. Inquired if customer would like information that might assist them with their financial situation.  Customer declined the information. |
| | | | | | | Script ID: PMT0704 |
| 7092244537 | 1/17/2012 | 10:41:56 AM | Frederick Foy | WQ | | spoke with David Daugherty |
| | | | | | | verified borrower's ssn, home and work telephone numbers; |
| | | | | | | Script ID: PreClose |
| 7092244537 | 1/20/2012 | 8:48:54 PM | Background Processor | PYMT | | Payment received from Outsource   for $2,154.06  Source ULK - ulk0120 and was forwarded to: Collector queue, user-id: Collector |
| 7092244537 | 1/23/2012 | 5:23:17 AM | Sandeep Shivaji Lotle | LR | PYMTQ | Payment received in Queue; funds recd iao $ 2154.06 as on 1/20 ... loan in dm ... amt satisfy total regular ... hence posted |
| 7092244537 | 1/23/2012 | 5:23:20 AM | Sandeep Shivaji Lotle | LR | ACCEPT | Funds accepted |
| | | | | | | ; Against Regular |
| 7092244537 | 1/23/2012 | 6:24:45 AM | Sandeep Shivaji Lotle | ACCE | | Accepted- OK to POST  By user : Collector/shivlsan Loan number : 7092244537, Amount 2,154.06 Forwarded to user : Cashier Queue : Cashier Status : A Batch Number: 0302 Date : 01/20/12 Batch Name: ULK - ulk0120 Rule : 23-3081650059 |
| 7092244537 | 1/23/2012 | 8:38:40 PM | Background Processor | CORR | EILT | Early intervention letter sent |
| | | | | | | {1} |

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001638

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 1/24/2012 | 1:09:47 AM | Background Processor | CORR | 30DY | REQUESTED 30 DAY DEMAND BE SENT |
| 7092244537 | 1/27/2012 | 8:56:43 PM | Background Processor | FB | FB95 | Certified Mail Cost fee assessed. Amount: 0.00 |
| 7092244537 | 1/27/2012 | 8:56:43 PM | Background Processor | FORM | | DEMANDWV Requested 01/24/2012 |
| | | | | | | Printed 01/26/2012 |
| | | | | | | Cert Mail # 71069017515150875040 |
| 7092244537 | 1/30/2012 | 7:11:43 AM | Background Processor | LS | DIREQ | Expiration Date 02/28/2012 IAO $      2,076.08 Doorknocks Required |
| 7092244537 | 1/31/2012 | 7:21:28 PM | Background Processor | FORM | | EILETTER Requested 01/23/2012 |
| | | | | | | Printed 01/30/2012 |
| 7092244537 | 2/2/2012 | 7:58:02 PM | Bijumon Michael | LS | DIORD | Doorknocks Ordered |
| | | | | | | {1} |
| 7092244537 | 2/13/2012 | 5:06:55 AM | Sujesh N V | LS | DIREC | Doorknocks Received |
| | | | | | | {1}; |
| | | | | | | |
| | | | | | | Vendor Name   Corelogic |
| | | | | | | Loan Number 7092244537 |
| | | | | | | Order Date 2/3/2012 |
| | | | | | | Completed Date 2/7/2012 |
| | | | | | | Occupancy Status Occupied Name Unknown |
| | | | | | | Occupancy Determined By Visual |
| | | | | | | Utility - Electric Y |
| | | | | | | Utility - Water Y |
| | | | | | | Utility - Gas Y |
| 7092244537 | 2/13/2012 | 5:06:57 AM | Background Processor | CL | LTCH | 'Loan Reviewed for Late Charge' 5.00 Assessed |
| 7092244537 | 2/13/2012 | 5:06:59 AM | Background Processor | BNOT | | As of 02/13/2012 Past Due 3,075.13 Curr Due 994.05 Total Due 4,069.18 Requested By Auto-B |
| 7092244537 | 2/15/2012 | 1:15:04 AM | Background Processor | CL | LALR | 02/17/2012 Loans Assigned to LRC |
| 7092244537 | 2/15/2012 | 1:15:04 AM | Background Processor | CORR | ALTR2 | ALT LETTER REQUESTED |
| 7092244537 | 2/15/2012 | 6:45:48 PM | Alex Lombardo | GC | | Account Reported To Credit Bureau (as of 01/31/12)LPI: 10/26/11 UPB: 85,639 Mthly Pmt: 1,077 First occurance: 10/26/11 Status: 78 [ Dlq 2 Pmts ]  Original Charge Off Amt: 0 Payment History[24 Mons]: 3BBBBBBBBBBBBBBBBBBBBBBBB |
| 7092244537 | 2/23/2012 | 1:40:37 AM | Background Processor | FB | FB31 | Property Inspection Fee fee assessed. Amount: 0.00 |
| 7092244537 | 2/27/2012 | 10:26:53 PM | Alex Lombardo | GC | | Account Reported To Credit Bureau (as of 01/31/12)LPI: 10/26/11 UPB: 85,639 Mthly Pmt: 1,077 Amt Past Due: 3,365 First occurance: 10/26/11 Status: 78 [ Dlq 2 Pmts ]  Original Charge Off Amt: 0 Payment History[24 Mons]: 3BBBBBBBBBBBBBBBBBBBBBBBB |
| 7092244537 | 2/29/2012 | 4:28:27 AM | Kumar Iyer | CL | NOACTION | No Action Taken On Collection Screen |
| 7092244537 | 2/29/2012 | 4:28:49 AM | Kumar Iyer | CL | NOACTION | No Action Taken On Collection Screen |
| 7092244537 | 2/29/2012 | 4:29:11 AM | Kumar Iyer | FC | BFRC | "B" Section Foreclosure Review Completed |
| 7092244537 | 2/29/2012 | 4:29:16 AM | Kumar Iyer | FC | SCRFRC | Servicemembers Civil Relief Foreclosure Referral Check Completed. |
| 7092244537 | 3/1/2012 | 2:21:30 AM | Background Processor | | | Foreclosure Initiated |
| 7092244537 | 3/2/2012 | 6:33:10 PM | Alex Lombardo | GC | | Account Reported To Credit Bureau (as of 01/31/12)LPI: 10/26/11 UPB: 85,639 Mthly Pmt: 1,077 Amt Past Due: 3,365 First occurance: 10/26/11 Status: 78 [ Dlq 2 Pmts ]  Original Charge Off Amt: 0 Payment History[24 Mons]: 3BBBBBBBBBBBBBBBBBBBBBBBB |
| 7092244537 | 3/6/2012 | 11:35:46 PM | Usha P | FC | FCIN | Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, f/k/a Norwest Bank Minnesota, National Association, solely in its capacity as Trustee for Provident Bank Home Equity |

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001639

Loan Asset-Backed Certificates, Series 1999-3

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 3/6/2012 | 11:35:53 PM | Usha P | fc | MCFC | |
| 7092244537 | 3/6/2012 | 11:36:13 PM | Usha P | TITL | RFTS | |
| 7092244537 | 3/6/2012 | 11:36:21 PM | Usha P | TITL | TSOPT | |
| 7092244537 | 3/8/2012 | 4:09:18 AM | Gupta L Chotelal | WFCAN | | |
| 7092244537 | 3/8/2012 | 10:08:02 AM | outside counsel | TIME | TODO | |
| 7092244537 | 3/8/2012 | 3:28:42 PM | chethan.g | FC | | |
| 7092244537 | 3/12/2012 | 11:59:41 PM | Alex Lombardo | GC | | Account Reported To Credit Bureau (as of 02/29/12)LPI: 10/26/11 UPB: 85,639 Mthly Pmt: 1,077 Amt Past Due: 5,051 First occurance: 10/26/11 Status: 80 [ Dlq 3 Pmts ]  Original Charge Off Amt: 0 Payment History[24 Mons]: 23BBBBBBBBBBBBBBBBBBBBB |
| 7092244537 | 3/13/2012 | 6:45:50 PM | Alex Lombardo | GC | | Account Reported To Credit Bureau (as of 02/29/12)LPI: 10/26/11 UPB: 85,639 Mthly Pmt: 1,077 Amt Past Due: 5,051 First occurance: 10/26/11 Status: 80 [ Dlq 3 Pmts ]  Original Charge Off Amt: 0 Payment History[24 Mons]: 23BBBBBBBBBBBBBBBBBBBBB |
| 7092244537 | 3/13/2012 | 6:45:52 PM | Background Processor | BNOT | | As of 03/13/2012 Past Due 4,069.18 Curr Due 994.05 Total Due 5,063.23 Requested By Auto-B |
| 7092244537 | 3/15/2012 | 4:06:05 PM | outside counsel | TIME | TODO | 03/19/2012 |
| 7092244537 | 3/15/2012 | 6:58:22 PM | Alex Lombardo | GC | | Account Reported To Credit Bureau (as of 02/29/12)LPI: 10/26/11 UPB: 85,639 Mthly Pmt: 1,077 Amt Past Due: 5,051 First occurance: 10/26/11 Status: 80 [ Dlq 3 Pmts ]  Original Charge Off Amt: 0 Payment History[24 Mons]: 23BBBBBBBBBBBBBBBBBBBBB |
| 7092244537 | 3/15/2012 | 9:46:50 PM | Kishore Lad Venugopal | TITL | TSENTN | |
| 7092244537 | 3/16/2012 | 2:45:01 PM | chethan.g | CL | RIRQ | ; |
| | | | | | | EMAIL: |
| 7092244537 | 3/16/2012 | 2:45:01 PM | chethan.g | CL | ARIQG | Details: Route the letter to Automatic Queue |
| 7092244537 | 3/16/2012 | 2:45:01 PM | chethan.g | CORR | ARIQD | Automated Reinstatement Quote Generated |
| 7092244537 | 3/16/2012 | 9:35:42 PM | Background Processor | CL | ARICP | Reinstatement Quote successfully executed By REALDoc |
| 7092244537 | 3/19/2012 | 4:10:37 PM | Ashok R Thalla | | | F/c transferred from G, Chethan to Thalla , Ashok on 03/19/2012 |
| 7092244537 | 3/19/2012 | 4:10:39 PM | Background Processor | FB | FB33 | Title Report Fee fee assessed. Amount: 200.00 |
| 7092244537 | 3/21/2012 | 12:07:40 PM | outside counsel | TIME | TODO | NOTICE OF DEFAULT SENT TO THE BORROWER: |

EXHIBIT 5 TO EXHIBIT B

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 3/21/2012 | 12:08:06 PM | outside counsel | TIME | TODO | ████████████████████████████████ |
| 7092244537 | 3/21/2012 | 12:08:26 PM | outside counsel | TIME | TODO | ████████████████████████████████ |
| 7092244537 | 3/26/2012 | 3:05:19 AM | Neelam Kantharia | fc | | ███████████████████████████ |
| 7092244537 | 3/26/2012 | 1:16:50 PM | Ashok R Thalla | fc | | █████████████████████████████████ |
| 7092244537 | 3/27/2012 | 12:56:55 PM | Arun Kumar G | PYMT | | Payment posted via manual/automated process.  for $200.00  Batch WV_032712 |
| 7092244537 | 3/29/2012 | 10:38:37 AM | Shalini Choudhary | WQ | | Tele Residence, No Answer; The person that answered hung up the phone. |
| 7092244537 | 3/29/2012 | 10:38:39 AM | Background Processor | LS | DIREQ | Doorknocks Required |
| 7092244537 | 4/2/2012 | 5:46:53 AM | Satish Waghmare | fc | | █████████████████████████ |
| 7092244537 | 4/2/2012 | 11:47:15 AM | Ashok R Thalla | fc | | ██████████████████████████████ |
| 7092244537 | 4/2/2012 | 12:17:40 PM | outside counsel | CL | TSR | TITLE SEARCH RECEIVED(TSR) FOLLOW UP::Title Search Received:03/28/2012 |
| 7092244537 | 4/2/2012 | 10:17:47 PM | Bijumon Michael | LS | DIORD | Doorknocks Ordered |
| 7092244537 | 4/4/2012 | 3:41:24 PM | Background Processor | CORR | ATPTR | {1}<br>Attempt Letter Request; |
| 7092244537 | 4/5/2012 | 3:41:24 PM | Background Processor | LR | ATPTS | Mailed 04/05/2012<br>Attempt Letter sent;<br>{1} |
| 7092244537 | 4/6/2012 | 9:54:48 PM | Justin Bryson | SU | LSOCRI | Mailed 04/05/2012<br>Loan Setup OCR Initiation |
| 7092244537 | 4/9/2012 | 5:20:17 AM | Madhukumar L | LS | DIREC | Doorknocks Received<br>{1}<br>; |

Inspection Information

----------------------------------------------------

Occupancy Status  – Occupied

Verification Type  – Drive-By inspec

Property Type  – SF

Violations identified during inspections  – No

For sale sign  – No

Inspection Date  – 04/07/2012

Property Details

----------------------------------------------------

Electric On  – Yes

Gas On  – Yes

Water On  – Yes

Exterior Condition  – Good

Maintenance Recommended  – No

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001641

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 4/9/2012 | 1:33:08 PM | Angesh Ashok Pandey | | | F/c transferred from Thalla, Ashok to Pandey , Angesh on 04/09/2012 |
| 7092244537 | 4/9/2012 | 1:33:10 PM | Background Processor | FB | FB31 | Property Inspection Fee fee assessed. Amount: 0.00 |
| 7092244537 | 4/10/2012 | 7:13:53 PM | Alex Lombardo | GC | | Account Reported To Credit Bureau (as of 03/31/12)LPI: 10/26/11 UPB: 85,639 Mthly Pmt: 1,077 Amt Past Due: 6,128 First occurance: 10/26/11 Status: 82 [ Dlq 4 Pmts ]  Original Charge Off Amt: 0 Payment History[24 Mons]: 323BBBBBBBBBBBBBBBBBBBB |
| 7092244537 | 4/11/2012 | 1:44:44 PM | Background Processor | BNOT | | As of 04/11/2012 Past Due 5,063.23 Curr Due 994.05 Total Due 6,057.28 Requested By Auto-B |
| 7092244537 | 4/19/2012 | 10:27:43 AM | Background Processor | CORR | POWEB | 04/16/2012 Requestor Details Are As Follows: |
| | | | | | | Requestor Name: |
| | | | | | | Requestor Company : |
| | | | | | | Requestor Telephone : |
| | | | | | | Good through Date : 05/18/2012 |
| | | | | | | Requested Letter To Be Sent Through |
| | | | | | | EMAIL: |
| | | | | | | EMAIL Address1: fireboy@suddenlink.net |
| | | | | | | Manual payoff processing required due to: Loan was in Foreclosure or Bankruptcy for the last 45 days |
| | | | | | | Loan is in Foreclosure or Bankruptcy. |
| | | | | | | Satisfaction record not setup on the loan. |
| 7092244537 | 4/19/2012 | 10:27:45 AM | Background Processor | PO | POQ02 | PPP not set up on loan Payoff Processing Requires: |
| | | | | | | (1) Legal Fees & Appraisal Cost |
| 7092244537 | 4/19/2012 | 4:34:29 PM | Background Processor | IVR | IVRC | - This Comment was auto-generated in batch mode. CUSTOMER CONTACT VIA IVR |
| 7092244537 | 4/19/2012 | 4:39:43 PM | Silvana Prendez | CL | CRFD | ISN RCK: 3398 RCD: 3283479ANI: 3046153238 Phone Call In; Reason for Default; Spoke with David Daugherty. Customer contact; inquired what the customer's reason for default was; customer stated Illness of Principal Mortgager-ILP; |
| 7092244537 | 4/19/2012 | 4:42:25 PM | Silvana Prendez | WQ | | Script ID: ASK-CRE Phone Call In; Note; email acct to FC dept.   Customer will be paying off loan by may with 401K money.  FC on the acct for 04/12/12 |
| 7092244537 | 4/19/2012 | 4:45:30 PM | Silvana Prendez | CL | CNOC | Phone Call In; Customer Contact-No Commitment; customer will payoff loan by may with wife's 401k money |
| 7092244537 | 4/19/2012 | 4:46:05 PM | Silvana Prendez | WQ | | Phone Call In; Note; customer will go through heart surgery next week |
| 7092244537 | 4/19/2012 | 8:46:42 PM | Background Processor | IVR | IVRC | CUSTOMER CONTACT VIA IVR |
| 7092244537 | 4/19/2012 | 8:50:04 PM | Smitha A Iyer | CS | CNOL | ISN RCK: 3190 RCD: 3297635ANI: 3046153238 Phone Call In; Caller Not on Line; Call was disconnected |
| 7092244537 | 4/20/2012 | 8:16:50 AM | Background Processor | IVR | IVRC | CUSTOMER CONTACT VIA IVR |
| 7092244537 | 4/20/2012 | 8:20:52 AM | Marquette Evans | CL | CNOC | ISN RCK: 4423 RCD: 3303418ANI: 3042956161 Phone Call In; Customer Contact-No Commitment; Spoke with David Daugherty. The customer was advised your next payment is due on 11/26/2011 in the amount of $1082.03.  Asked the caller when will they be making their next payment. The caller provided the next payment information: |
| | | | | | | Payment Method: Western Union |
| | | | | | | Payment Date: 04202012 |
| | | | | | | Payment Amount: $5063.23 |

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001642

Check/Ref Number: na


Script ID: PMT0703


| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 4/20/2012 | 11:33:11 AM | Background Processor | IVR | IVRC | CUSTOMER CONTACT VIA IVR |

ISN RCK: 3637 RCD: 88003932ANI: 3046153238

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 4/20/2012 | 11:38:53 AM | Arul Nadar | CL | CNOC | Phone Call In; Customer Contact-No Commitment; Spoke with David Daugherty. The customer stated they are unable to make their payment at this time.  The consequences of not making a payment are: late charges will be applied after the grace period; follow up calls will take place; default notices will be sent to the mailing address on file; negative credit bureau reporting will take place if the payment is not received before the next payment is due; if the account goes into further delinquency, then additional fees and expenses will be assessed to the account. |

Inquired if caller wanted the breakdown of the total reinstatement amount; caller declined.  Also advised,

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 4/20/2012 | 11:40:29 AM | Arul Nadar | WQ | | Script ID: PMT0703 |

Phone Call In; Mortgage Keeper Direct Denied; Spoke with David Daugherty. Inquired if customer would like information that might assist them with their financial situation.  Customer declined the information.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 4/20/2012 | 11:40:34 AM | Arul Nadar | WQ | | Script ID: PMT0704 |

Phone Call In; *;

Refinance not offered.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 4/20/2012 | 11:47:17 AM | Arul Nadar | LR | RNST | Script ID: Preclose |

REINSTATEMENT PENDING RESOLUTION   Details:  Phone Call In; Reinstatement Pending; informed brw abt the reinst amt which is $5063.23 brw sd that he made that amt in 2 paymt's through WU provided the information about same First AMT : $5000 , control #575-852-1316...Second AMT : $63.23 , control #522-850-8419....AN

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 4/20/2012 | 11:47:40 AM | Arul Nadar | WQ | | spoke with David Daugherty |

verified borrower's ssn, home and work telephone numbers;

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 4/20/2012 | 12:29:00 PM | Sachin Satpute | SU | LSCM | Script ID: PreClose |

LOAN SETUP COMMENT:

{1}

{2}

;  The OPB has been updated as indicated in the note.


rec'd email from 622 – Payoff and Customer Service on Fri 4/20/2012 9:23 AM to Kindly make correction in RS as per docs in CIS for OPB difference for loan no 7092244537

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001643

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 4/20/2012 | 2:50:52 PM | Tushar | SU | LSCM | LOAN SETUP COMMENT: |
| | | | | | | (1) |
| | | | | | | (2) |
| | | | | | | ;  Received email from 622 - Payoff and Customer Service, SC, on Fri 4/20/2012 9:14 AM stating On the below loan no.closing date as per RS is 08/26/1999and as per CIS closing date is 07/20/1999 Kindly make correction is RS. |
| | | | | | | Closing date has been updated with the reference to the Note. |
| 7092244537 | 4/20/2012 | 7:27:53 PM | Background Processor | Autoc | | Payment received from Lockbox WU Batch WU - wu0420 |
| 7092244537 | 4/20/2012 | 7:27:53 PM | Background Processor | PYMT | | for 5,063.23 sent to Collector. Payment received from outsource file  for $5,063.23  Source WU - wu0420 and was forwarded to: Collector queue, user-id: Collector |
| 7092244537 | 4/21/2012 | 7:27:55 PM | | LR | HMPDWN | HMP downloaded on Web on - 04/21/2012. FC sale date unaltered. |
| 7092244537 | 4/23/2012 | 6:06:40 AM | Jayashree Acharya | LR | PYMTQ | Payment received in Queue;  Funds recd iao 5,063.23 as on 4/20/2012...loan in fc, amt satisfy reins, reins quote ordered, hence posted |
| 7092244537 | 4/23/2012 | 6:06:46 AM | Jayashree Acharya | LR | ACCEPT | Funds accepted |
| 7092244537 | 4/23/2012 | 6:07:55 AM | Jayashree Acharya | CL | RRIRQ | ;  satisfy reins RUSH REINSTATEMENT REQUEST RECEIVED; |
| | | | | | | ; |
| | | | | | | Requestor Details Are As Follows: |
| | | | | | | Requestor Name:  jayashree |
| | | | | | | Requestor Company : . |
| | | | | | | Requestor Phone: 1111111111 |
| | | | | | | Good Through Date : 04/30/12 |
| | | | | | | EMAIL: |
| | | | | | | EMAIL Address1: jayashree.acharya@ocwen.com |
| | | | | | | Details:  . |
| 7092244537 | 4/23/2012 | 6:07:55 AM | Jayashree Acharya | CORR | ARIQD | Automated Reinstatement Quote Generated |
| 7092244537 | 4/23/2012 | 6:07:55 AM | Jayashree Acharya | CL | ARIQG | Route the letter to Automatic Queue |
| 7092244537 | 4/23/2012 | 6:08:03 AM | Jayashree Acharya | LR | LRCTL | LR REQUEST TO TIMELINE   Details:  LR REQUEST TO TIMELINE; mail sent to fc |
| 7092244537 | 4/23/2012 | 6:08:42 AM | Jayashree Acharya | COLL | REINST | AUTH.REINSTATEMENT IAO :$5,063.23 |
| | | | | | | _____ WHICH INCLUDES ATTY. FEES AND COSTS IAO:$_____.  Details: Reinstatement; |
| | | | | | | teama (cc) |
| 7092244537 | 4/23/2012 | 6:10:34 AM | Jayashree Acharya | ACCE | | Accepted- OK to POST  By user : Collector/acharyaj Loan number : 7092244537, Amount 5,063.23 Forwarded to user : Cashier Queue : Cashier Status : A Batch Number: 0462 Date : 04/20/12 Batch Name: WU - wu0420 Rule : 23-10204270 |
| 7092244537 | 4/23/2012 | 6:20:31 AM | Vikas Nanuram Kankheria | FC | WFPDR | Workflow assigned to TLC is pending for Reason;  Waiting for the due date to be current. |
| 7092244537 | 4/23/2012 | 6:21:22 AM | Sunita Chaurasiya | CS | SFSU | Satisfaction Fee Set-up;  cl id 3 |
| 7092244537 | 4/23/2012 | 6:27:37 AM | Sunita Chaurasiya | CL | PAY | Payoff Quote Processed/Pending Approval;   as per litton sheet  Details: . |
| 7092244537 | 4/23/2012 | 11:57:16 PM | Vikas Nanuram Kankheria | FC | FCSR | ████████████████████████████████ ████████ |
| 7092244537 | 4/23/2012 | 11:57:51 PM | Vikas Nanuram Kankheria | | | ████████████████████ ████████████████████ ███████   ████████████ |

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001644

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 4/23/2012 | 11:58:00 PM | Vikas Nanuram Kankheria | FC | LRCMP | LR request to Timeline Completed; ████████████████████████████████████ |
| | | | | | | Kindly close and bill and confirm back. |
| 7092244537 | 4/24/2012 | 5:41:20 AM | Vinod Patil | LR | QCPYMT | QC Payment received in Queue; |
| 7092244537 | 4/24/2012 | 5:59:24 AM | Mahesh Dalvi | PO | POQ09 | Payoff Quote Incorrect because: |
| | | | | | | (1)GTD |
| | | | | | | (2)PPP |
| | | | | | | (3)Quote Fees |
| | | | | | | (4)Fax Fee |
| | | | | | | (5)Legal Fees |
| | | | | | | (6)Late Charge |
| | | | | | | (7)Appraisal Costs |
| | | | | | | (8)Other |
| | | | | | | ; |
| | | | | | | PPP1 comment not passed. |
| | | | | | | Correct: Prepayment Rider in misc pg 25 of 62  Details:  . |
| 7092244537 | 4/24/2012 | 8:53:46 AM | Background Processor | CL | ARICP | Reinstatement Quote successfully executed By REALDoc |
| 7092244537 | 4/24/2012 | 12:54:02 PM | Angesh Ashok Pandey | FC | FCWN | ████████████████████████████████ ████████████████████████████ |
| | | | | | | Kindly close and bill the file and confirm back. |
| 7092244537 | 4/24/2012 | 5:02:04 PM | Singh, Shailesh I | pp | LNPPP | Loan Docs Reviewed for Pre Payment Penalty; |
| 7092244537 | 4/24/2012 | 5:02:39 PM | Singh, Shailesh I | CL | PAY | Payoff Quote Processed/Pending Approval;  as per docs in cis  Details:  . |
| 7092244537 | 4/24/2012 | 5:30:26 PM | Bipin Patel | CU | PAYS | ██████████████████████████ |
| 7092244537 | 4/24/2012 | 5:30:31 PM | Bipin Patel | pp | LNPPP2 | 2nd Review of Loan Docs for Pre Payment Penalty |
| | | | | | | (1) |
| | | | | | | (2); |
| 7092244537 | 4/24/2012 | 5:30:45 PM | Bipin Patel | CU | POEX | Payoff Executed and sent to:;  fireboy@suddenlink.net |
| 7092244537 | 4/25/2012 | 10:57:17 PM | Background Processor | CU | APOEX | Payoff Quote successfully executed By REALDoc |

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001645

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 4/27/2012 | 5:45:45 AM | Pallavi Anand | FB | FCFB | ████████ ████████ ████████ ████████ ████████ ████████ ████████ ████████ ; |
| 7092244537 | 4/30/2012 | 6:45:30 AM | Sonali Chorge | CM | TAGGED | CMS Data complete; |
| 7092244537 | 5/1/2012 | 2:34:42 AM | Background Processor | FORM | EARL | Early Late Notice |
| 7092244537 | 5/3/2012 | 7:22:08 PM | Background Processor | FORM | | EARLY_LT Requested 05/01/2012 Printed 05/02/2012 |
| 7092244537 | 5/14/2012 | 10:15:44 PM | Background Processor | FORM | | ALTLTR2 Requested 02/15/2012 Printed 02/17/2012 |
| 7092244537 | 5/14/2012 | 10:15:46 PM | Background Processor | CL | LTCH | 'Loan Reviewed for Late Charge' 5.00 Assessed |
| 7092244537 | 5/14/2012 | 10:15:48 PM | Background Processor | BNOT | | As of 05/14/2012 Past Due 999.05 Curr Due 994.05 Total Due 1,993.10 Requested By Auto-B 05/23/2012 |
| 7092244537 | 5/16/2012 | 1:08:16 AM | Background Processor | CORR | INTN | NOTICE OF INTENT - NOTE |
| 7092244537 | 5/17/2012 | 10:50:37 PM | Shabaz Ali S | SU | LSOCRC | Loan Setup OCR Completion |
| 7092244537 | 5/23/2012 | 7:09:19 PM | Background Processor | FORM | | LATE Requested 05/16/2012 Printed 05/22/2012 |
| 7092244537 | 5/25/2012 | 9:16:47 PM | Alex Lombardo | GC | | Account Reported To Credit Bureau (as of 04/30/12)LPI: 03/26/12 UPB: 84,771 Mthly Pmt: 994 Status: 11 [ Current ]  Original Charge Off Amt: 0 Payment History[24 Mons]: 4323BBBBBBBBBBBBBBBBBBBB |
| 7092244537 | 5/29/2012 | 12:54:18 AM | Background Processor | CORR | 30DY | REQUESTED 30 DAY DEMAND BE SENT |
| 7092244537 | 6/11/2012 | 8:58:32 PM | Background Processor | FB | FB95 | Certified Mail Cost fee assessed. Amount: 0.00 |
| 7092244537 | 6/11/2012 | 8:58:41 PM | Background Processor | FORM | | DEMANDWV Requested 05/29/2012 Printed 06/11/2012 Cert Mail # 71069017515154905163 Expiration Date 07/14/2012 IAO $      1,993.10 |
| 7092244537 | 6/11/2012 | 8:58:43 PM | Background Processor | BNOT | | As of 06/11/2012 Past Due 1,993.10 Curr Due 994.05 Total Due 2,987.15 Requested By Auto-B 06/14/2012 |
| 7092244537 | 6/14/2012 | 2:18:25 PM | Deepak Y | WQ | | Davox Phone Call Out; Tele Residence, No Answer; No answer at number. SCRIPT ID: OUTBOUND GREETING |
| 7092244537 | 6/14/2012 | 7:32:20 PM | Alex Lombardo | GC | | Account Reported To Credit Bureau (as of 05/31/12)LPI: 03/26/12 UPB: 84,771 Mthly Pmt: 994 Amt Past Due: 1,993 First occurance: 04/26/12 Status: 71 [ Dlq 1 Pmt ]  Original Charge Off Amt: 0 Payment History[24 Mons]: 04323BBBBBBBBBBBBBBBBBBBB |

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001646

| 7092244537 | 6/15/2012 | 2:46:13 PM | Gopalkrishnan Ramanathan | ES | | AGCANC | POLICY CANCELLATION RECEIVED - NON-PAYMENT / NON-RENEWAL; |
|---|---|---|---|---|---|---|---|
| | | | | | | | State Auto Mutual |
| | | | | | | | Pol # : HWV0032632 |
| | | | | | | | issue date: 06/06/12 |
| | | | | | | | canc date: 06/12/12 |
| | | | | | | | Reason : Non renewal |
| | | | | | | | .......gramanathan/hipc |
| 7092244537 | 6/15/2012 | 7:21:36 PM | Background Processor | CORR | | EILT | Early intervention letter sent |
| | | | | | | | (1) |
| 7092244537 | 6/16/2012 | 4:12:44 PM | | COLL | | PTPYM | PROMISE TO PAY MAILED |
| | | | | | | | Borrower 1 notified Ocwen via Web that a payment was in the amount of $2,000.00 was sent on 06/16/2012 via Regular mail. |
| | | | | | | | Check/Money Order Number = 1036684 |
| 7092244537 | 6/19/2012 | 10:39:16 AM | Background Processor | ES | | AUD | INSURANCE AUDIT NOTICE - 1ST LETTER SENT |
| 7092244537 | 6/21/2012 | 7:09:02 PM | Background Processor | FORM | | | EILETTER Requested 06/15/2012 |
| | | | | | | | Printed 06/20/2012 |
| 7092244537 | 6/25/2012 | 8:01:18 PM | Background Processor | PYMT | | | Payment received from Outsource   for $2,000.00  Source ULK - ulk0625 and was forwarded to: Collector queue, user-id: PerfColl |
| 7092244537 | 6/25/2012 | 8:10:43 PM | Background Processor | IVR | | IVRC | CUSTOMER CONTACT VIA IVR |
| | | | | | | | ISN RCK: 2688 RCD: 98777955ANI: 3046153238 |
| 7092244537 | 6/25/2012 | 8:14:10 PM | Nisar Choudhary | CU | | CUST | Phone Call In; Customer Contact; Talked to David Daugherty and verified last 4 digits of their SSN.. SCRIPT ID: VERIFYSSN. |
| 7092244537 | 6/25/2012 | 8:14:36 PM | Nisar Choudhary | CL | | PYIQ | Phone Call In; Payment Inquiry; Provided the customer with the current outstanding balances of $1993.10. Asked if they had any questions about the outstanding balance amount. Customer did not have any questions. Script ID: AMOUNT DUE |
| 7092244537 | 6/25/2012 | 8:19:04 PM | Nisar Choudhary | WQ | | | Call Ended. Script ID: END SCRIPT |
| 7092244537 | 6/25/2012 | 8:19:58 PM | Nisar Choudhary | CL | | CRFD | Phone Call In; Reason for Default; bwr said his receivables was stuck thats why was not able to make the pymt on time..nc |
| 7092244537 | 6/25/2012 | 8:22:37 PM | Nisar Choudhary | CL | | PYIQ | Phone Call In; Payment Inquiry; bwr called in and said he has sent in the pymt last week inthe amt of $2000.00..hw wanted to know if we have received the pymt.,informed him we have received the paymt, and allow us 24 to 48 hrs to update this in our records,,nc |
| 7092244537 | 6/25/2012 | 8:23:52 PM | Nisar Choudhary | CL | | LSIQ | Phone Call In; Loan Status Inquiry; gave Qa para,informed abt FP1, bwr said he will send the proof the insurance policy,,informed him abt account status..nc |
| 7092244537 | 6/25/2012 | 8:56:41 PM | Rathnamma Anjappa | ACCE | | | Accepted- OK to POST |
| | | | | | | |   By user : PerfColl/anjappar Loan number : 7092244537, Amount 2,000.00 Forwarded to user : Cashier Queue : Cashier Status : A Batch Number: 0388 Date : 06/25/12 Batch Name: ULK - ulk0625 Rule : 23-3081650059 |
| 7092244537 | 6/25/2012 | 8:56:43 PM | Background Processor | BNOT | | | As of 06/25/2012 Past Due .00 Curr Due 994.05 Total Due 994.05 Requested By Auto-B |
| | | | | | | | 06/28/2012 |
| 7092244537 | 7/2/2012 | 5:55:57 AM | Background Processor | FORM | | EARL | Early Late Notice |
| 7092244537 | 7/6/2012 | 7:58:24 PM | Background Processor | FORM | | | EARLY_LT Requested 07/02/2012 |
| | | | | | | | Printed 07/05/2012 |

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001647

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 7/9/2012 | 5:09:26 AM | Vijay Raj | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period: |

Effective Date = 7/6/2012

Escrow Payment = $331.66

Total Shortage = $148.3

Total Capitalization = $604.39

Borrower Paid MI Premium = $0

Escrow Balance = $242.31 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $604.39 | Hazard Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $604.39 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0

Breakdown as Follows:

(7)

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 7/9/2012 | 7:58:54 AM | Vijay Raj | ES | NEPQ | New-Escrowed Payment Quote: |

Effective Date = 7/6/2012

Escrow Payment = $331.66

Total Deposit = $89.37

Shortage / Deposit =$89.37

Delinquent Tax =$0                                                                                    Tax P
& I = $0

(7)

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | – This Comment was auto-generated in batch mode. |
| 7092244537 | 7/12/2012 | 1:26:39 PM | Background Processor | BNOT | | As of 07/12/2012 Past Due 994.05 Curr Due 994.05 Total Due 1,988.10 Requested By Auto-B |
| 7092244537 | 7/16/2012 | 9:23:52 AM | Background Processor | CORR | INTN | 07/18/2012 NOTICE OF INTENT – NOTE |
| 7092244537 | 7/19/2012 | 7:35:11 PM | Background Processor | PYMT | | Payment received from Outsource   for $994.05  Source SP7 – sp0719 and was forwarded to: Cashier queue, user-id: Cashier Via Web Confirmation Number = 9712991 |
| 7092244537 | 7/19/2012 | 8:01:59 PM | Background Processor | FORM | | LATE Requested 07/16/2012 Printed 07/18/2012 |
| 7092244537 | 7/23/2012 | 4:51:22 AM | Vijay Raj | ES | NEPQ | New-Escrowed Payment Quote: |

Effective Date = 7/16/2012

Escrow Payment = $331.66

Total Deposit = $0

Shortage / Deposit =$0

Delinquent Tax =$0                                                                                    Tax P
& I = $0

(7)

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001648

- This Comment was auto-generated in batch mode.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 7/24/2012 | 9:56:37 AM | Background Processor | ES | LTR2 | INSURANCE AUDIT NOTICE - 2ND LETTER SENT VIA CERTIFIED MAIL |
| 7092244537 | 7/27/2012 | 8:01:23 PM | Jacqueline Henriquez | GC | | Account Reported To Credit Bureau (as of 06/30/12)LPI: 05/26/12 UPB: 84,407 Mthly Pmt: 994 Status: 11 [ Current ]  Original Charge Off Amt: 0 Payment History[24 Mons]: 104323BBBBBBBBBBBBBBBB |
| 7092244537 | 7/28/2012 | 12:08:05 PM | | CS | EAAP | The customer has provided email address. |
| 7092244537 | 7/29/2012 | 1:07:19 AM | Vijay Raj | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period: |

Effective Date = 7/16/2012

Escrow Payment = $331.66

Total Shortage = $1053.93

Total Capitalization = $362.08

Borrower Paid MI Premium = $0

Escrow Balance = $242.31 | Interim T&I Disbursements = $604.39 | Total T&I Disbursements During Trial Period = $0 | Hazard Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $0 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0

Breakdown as Follows:

(7)

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 7/31/2012 | 12:44:55 AM | Background Processor | FORM | EARL | Early Late Notice |
| 7092244537 | 8/2/2012 | 7:32:46 PM | Background Processor | FORM | | EARLY_LT Requested 07/31/2012 Printed 08/01/2012 |
| 7092244537 | 8/9/2012 | 2:36:50 PM | Niranjan R | ES | AGCUST | CUSTOMER SERVICE INSURANCE CALL RECEIVED; |

H/O called in regard to inform that he Got his Own iNs Pol, Advised him we will call the Agt and update it on our records.

Nraja/hipc

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 8/9/2012 | 2:43:42 PM | Niranjan R | ES | AGINS | INSURANCE COMMENT; |

Called Ins Agt to update the Pol info, She stated that the Person who provides the Pol info is not Available at this Moment and She wanted us to call him Tomorrow, Advised her we will call back. Hence could not update Ins Info.

Agent:  April

Agy:  Kiger INs

Ph#:  304-422-7505

EXHIBIT 5 TO EXHIBIT B                                    DD/OLS 001649

Nraja/hipc

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 8/9/2012 | 6:21:28 PM | Background Processor | PYMT | | Payment received from Outsource   for $994.05  Source SP7 – sp0809 and was forwarded to: Cashier queue, user-id: Cashier Via Web Confirmation Number = 9790221 |
| 7092244537 | 8/9/2012 | 6:21:30 PM | Background Processor | BNOT | | As of 08/09/2012 Past Due .00 Curr Due 994.05 Total Due 994.05 Requested By Auto-B |
| 7092244537 | 8/10/2012 | 9:55:00 AM | Niranjan R | ES | AGINS | 08/14/2012 |
| | | | | | | INSURANCE COMMENT; |

Called in regard to Update POI, But the Agt Stated that the he will fax the Dec page, So provided the Fax # and advised the TAT.

Agent:  Zack

Agy:  Kiger INs

Ph#:   304-422-7505

Nraja/hipc

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 8/10/2012 | 9:56:39 AM | Niranjan R | ES | AGINS | INSURANCE COMMENT;  Please Ignore my previous AGINS Comment |

Called up Agt in regard to Update POI, But the Agt Stated that the he will fax the Dec page, So provided the Fax # and advised the TAT.

Agent:  Zack

Agy:  Kiger INs

Ph#:   304-422-7505

Nraja/hipc

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 8/15/2012 | 8:18:39 AM | Sarah Patton | ES | AGSI | INSURANCE INFORMATION RECEIVED VIA FAX;  aaa |
| 7092244537 | 8/15/2012 | 7:27:22 PM | Alex Lombardo | GC | | Account Reported To Credit Bureau (as of 07/31/12)LPI: 06/26/12 UPB: 84,227 Mthly Pmt: 994 Status: 11 [ Current ]  Original Charge Off Amt: 0 Payment History[24 Mons]: 0104323BBBBBBBBBBBBBBBBBB |
| 7092244537 | 8/16/2012 | 3:26:59 PM | Mohsin Shaikh | ES | AGINS | INSURANCE COMMENT; |

RECD FAX

AAA INSURANCE

POL # HOM042608346

TERM: 2012-2013

LINE 50 UPDATED

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001650

Mshaikh/HIPC

| 7092244537 | 8/16/2012 | 3:27:12 PM | Mohsin Shaikh | ES | AGINRC | POLICY INCLUDES REPLACEMENT COST COVERAGE; |
|---|---|---|---|---|---|---|

RECD FAX

AAA INSURANCE

POL # HOM042608346

TERM: 2012-2013

REPLACEMENT COST IS INCLUDED IN THE POLICY

| 7092244537 | 8/20/2012 | 2:33:21 AM | Vijay Raj | ES | NEPQ3 | Mshaikh/HIPC<br>New-Escrowed Payment Quote HMP 3 Month Trial Period: |
|---|---|---|---|---|---|---|

Effective Date = 8/17/2012

Escrow Payment = $331.68

Total Shortage = $1385.47

Total Capitalization = $107.23

Borrower Paid MI Premium = $0

Escrow Balance = $-107.23 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $0 | Hazard Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $0 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0

Breakdown as Follows:

(7)

| 7092244537 | 8/20/2012 | 5:20:39 AM | Vijay Raj | ES | NEPQ | New-Escrowed Payment Quote: |
|---|---|---|---|---|---|---|

Effective Date = 8/17/2012

Escrow Payment = $331.68

Total Deposit = $390.43

Shortage / Deposit =$390.43

Delinquent Tax =$0                                                                                           Tax P
& I = $0

(7)

EXHIBIT 5 TO EXHIBIT B                                    DD/OLS 001651

- This Comment was auto-generated in batch mode.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 8/29/2012 | 9:39:42 PM | Jamie Ciavarro | ES | AGBFL | FP Insurance Premium Paid – Bill for Lapse policy |
| 7092244537 | 8/31/2012 | 1:30:51 AM | Background Processor | FORM | EARL | Early Late Notice |
| 7092244537 | 9/4/2012 | 6:53:24 PM | Background Processor | PYMT | | Payment received from Outsource   for $994.05  Source SP7 - sp0904 and was forwarded to: Cashier queue, user-id: Cashier Via Web Confirmation Number = 9913565 |
| 7092244537 | 9/4/2012 | 6:53:26 PM | Background Processor | BNOT | | As of 09/04/2012 Past Due .00 Curr Due 994.05 Total Due 994.05 Requested By Auto-B |
| 7092244537 | 9/6/2012 | 12:23:23 PM | Vijaya Bhaskar | CORR | ESCAP | ESCROW ANALYSIS COMPLETED |
| 7092244537 | 9/6/2012 | 8:41:26 PM | Background Processor | FORM | | EARLY_LT Requested 08/31/2012 |
| | | | | | | Printed 09/05/2012 |
| 7092244537 | 9/14/2012 | 5:55:50 AM | Sreejisha N S | ES | FPRBR | Forced Place Refund Being Reviewed |
| 7092244537 | 9/14/2012 | 6:40:07 AM | Sreejisha N S | ES | ESCAD | ESCROW ANALYSIS DELETED, NEW ANALYSIS REQUIRED |
| 7092244537 | 9/14/2012 | 6:40:07 AM | Sreejisha N S | ES | ESCAD | ESCROW ANALYSIS DELETED, NEW ANALYSIS REQUIRED |
| 7092244537 | 9/14/2012 | 6:40:29 AM | Sreejisha N S | CORR | ESCAP | ESCROW ANALYSIS COMPLETED |
| 7092244537 | 9/19/2012 | 6:31:15 AM | Vijay Raj | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period: |
| | | | | | | Effective Date = 9/17/2012 |
| | | | | | | Escrow Payment = $198.87 |
| | | | | | | Total Shortage = $974.02 |
| | | | | | | Total Capitalization = $0 |
| | | | | | | Borrower Paid MI Premium = $0 |
| | | | | | | Escrow Balance = $20.28 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $0 | Hazard Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $0 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0 |
| | | | | | | Breakdown as Follows: |
| | | | | | | {7} |
| 7092244537 | 9/21/2012 | 8:01:33 PM | Alex Lombardo | GC | | Account Reported To Credit Bureau (as of 08/31/12)LPI: 07/26/12 UPB: 84,045 Mthly Pmt: 994 Status: 11 [ Current ]  Original Charge Off Amt: 0 Payment History[24 Mons]: 00104323BBBBBBBBBBBBBBBB |

EXHIBIT 5 TO EXHIBIT B                                                                                                  DD/OLS 001652

| 7092244537 | 9/24/2012 | 6:47:56 AM | Vijay Raj | ES | NEPQ | New-Escrowed Payment Quote: |
|---|---|---|---|---|---|---|
| | | | | | | Effective Date = 9/18/2012 |
| | | | | | | Escrow Payment = $199 |
| | | | | | | Total Deposit = $377 |
| | | | | | | Shortage / Deposit =$377 |
| | | | | | | Delinquent Tax =$0                                                Tax P |
| | | | | | | & I = $0 |
| | | | | | | {7} |

|  |  |  |  |  |  | - This Comment was auto-generated in batch mode. |
|---|---|---|---|---|---|---|
| 7092244537 | 9/27/2012 | 10:45:17 AM | Marvin Moreyra | WQ | | Davox Phone Call Out; Tele Residence, No Answer; The person that answered hung up the phone. SCRIPT ID: HUNG UP |
| 7092244537 | 9/27/2012 | 8:52:07 PM | Mallik Raihan H M | SU | LSOCRI | Loan Setup OCR Initiation |
| 7092244537 | 10/1/2012 | 2:33:57 PM | Background Processor | CIVR | CSURV1 | CSURV1 comment CSURV1,5,3,3,5,1 |
| 7092244537 | 10/1/2012 | 6:53:17 PM | Background Processor | PYMT | | Payment received from Outsource   for $994.05  Source SP7 - spl001 and was forwarded to: Cashier queue, user-id: Cashier Via Web Confirmation Number = 10057448 |
| 7092244537 | 10/1/2012 | 6:53:19 PM | Background Processor | CM | PRIVAB | Annual Privacy Statement Mailed with Billing Statement |
| 7092244537 | 10/1/2012 | 6:53:21 PM | Background Processor | BNOT | | As of 10/01/2012 Past Due .00 Curr Due 980.16 Total Due 980.16 Requested By Auto-B |
| | | | | | | 10/03/2012 |
| 7092244537 | 10/8/2012 | 6:51:32 AM | Vijay Raj | ES | NEPQ | New-Escrowed Payment Quote: |
| | | | | | | Effective Date = 10/1/2012 |
| | | | | | | Escrow Payment = $199 |
| | | | | | | Total Deposit = $377 |
| | | | | | | Shortage / Deposit =$377 |
| | | | | | | Delinquent Tax =$0                                                Tax P |
| | | | | | | & I = $0 |
| | | | | | | {7} |

|  |  |  |  |  |  | - This Comment was auto-generated in batch mode. |
|---|---|---|---|---|---|---|
| 7092244537 | 10/12/2012 | 7:22:36 PM | Alex Lombardo | GC | | Account Reported To Credit Bureau (as of 08/31/12)LPI: 07/26/12 UPB: 84,045 Mthly Pmt: 994 Status: 11 [ Current ]  Original Charge Off Amt: 0 Payment History[24 Mons]: 00104323BBBBBBBBBBBBBBBBBB |

EXHIBIT 5 TO EXHIBIT B                                                                DD/OLS 001653

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 10/13/2012 | 10:23:08 PM | Vijay Raj | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period: |

Effective Date = 10/1/2012

Escrow Payment = $199

Total Shortage = $974

Total Capitalization = $0

Borrower Paid MI Premium = $0

Escrow Balance = $20 | Interim T&I Disbursements = $0 | Total T&I
Disbursements During Trial Period = $0 | Hazard Disbursements During Trial
Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1
During Trial Period = $0 | Tax Payment #2 During Trial Period = $0 | Tax
Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0
| Delinquent Taxes Due = $0

Breakdown as Follows:

{7}

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 10/15/2012 | 9:31:56 PM | Mallik Raihan H M | SU | LSOCRC | Loan Setup OCR Completion. |

{1}

{2}

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 10/16/2012 | 7:21:50 PM | Alex Lombardo | GC | | Account Reported To Credit Bureau (as of 09/29/12)LPI: 08/26/12 UPB: 83,861 Mthly Pmt: 994 Status: 11 [ Current ]  Original Charge Off Amt: 0 Payment History[24 Mons]: 000104323BBBBBBBBBBBBBBBB |
| 7092244537 | 10/17/2012 | 1:21:41 AM | Magali Alonso | CL | NOACTION | No Action Taken On Collection Screen |
| 7092244537 | 10/19/2012 | 7:31:59 AM | Vijay Raj | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period: |

Effective Date = 10/16/2012

Escrow Payment = $199

Total Shortage = $441

Total Capitalization = $604

Borrower Paid MI Premium = $0

Escrow Balance = $148 | Interim T&I Disbursements = $0 | Total T&I
Disbursements During Trial Period = $604 | Hazard Disbursements During Trial
Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1
During Trial Period = $604 | Tax Payment #2 During Trial Period = $0 | Tax
Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0
| Delinquent Taxes Due = $0

Breakdown as Follows:

{7}

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 10/19/2012 | 9:27:02 PM | Mallik Raihan H M | SU | LSULVPC | Loan Setup Loan Verification PARTIALLY Complete (1) |

EXHIBIT 5 TO EXHIBIT B

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 10/21/2012 | 4:13:40 AM | Vijay Raj | ES | NEPQ | New-Escrowed Payment Quote: |

Effective Date = 10/16/2012

Escrow Payment = $199

Total Deposit = $449

Shortage / Deposit =$449

Delinquent Tax =$0                                                                                    Tax P
& I = $0

{7}

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | – This Comment was auto-generated in batch mode. |
| 7092244537 | 11/1/2012 | 9:53:55 PM | Background Processor | CS | ACHW | ACH Creation through WEB |
| 7092244537 | 11/1/2012 | 9:53:57 PM | Background Processor | CS | ACHW | ACH Creation through WEB |
| 7092244537 | 11/2/2012 | 9:54:24 PM | Background Processor | PYMT | | Payment received from Outsource   for $980.16  Source OAC – oach1102 and was forwarded to: Cashier queue, user-id: Cashier Confirmation Number = 2012110100882288 |
| 7092244537 | 11/2/2012 | 9:54:26 PM | Background Processor | BNOT | | As of 11/02/2012 Past Due .00 Curr Due 980.16 Total Due 980.16 Requested By Auto-B |
| 7092244537 | 11/5/2012 | 3:22:02 AM | Vijay Raj | ES | NEPQ3 | 11/05/2012 New-Escrowed Payment Quote HMP 3 Month Trial Period: |

Effective Date = 11/2/2012

Escrow Payment = $199

Total Shortage = $441

Total Capitalization = $604

Borrower Paid MI Premium = $0

Escrow Balance = $148 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $604 | Hazard Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $604 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0

Breakdown as Follows:

{7}

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 11/5/2012 | 6:13:02 AM | Vijay Raj | ES | NEPQ | New-Escrowed Payment Quote: |

Effective Date = 11/2/2012

Escrow Payment = $199

Total Deposit = $449

Shortage / Deposit =$449

Delinquent Tax =$0                                                                                    Tax P
& I = $0

{7}

EXHIBIT 5 TO EXHIBIT B                                                                    DD/OLS 001655

- This Comment was auto-generated in batch mode.

| 7092244537 | 11/14/2012 | 7:07:27 PM | Alex Lombardo | GC | | Account Reported To Credit Bureau (as of 10/31/12)LPI: 09/26/12 UPB: 83,676 Mthly Pmt: 980 Status: 11 [ Current ]  Original Charge Off Amt: 0 Payment History[24 Mons]: 0000104323BBBBBBBBBBBBBB |
| 7092244537 | 11/19/2012 | 12:35:31 AM | Vijay Raj | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period: |

Effective Date = 11/16/2012

Escrow Payment = $199

Total Shortage = $526

Total Capitalization = $604

Borrower Paid MI Premium = $0

Escrow Balance = $261 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $604 | Hazard Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $604 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0

Breakdown as Follows:

{7}

| 7092244537 | 11/19/2012 | 5:55:24 AM | Vijay Raj | ES | NEPQ | New-Escrowed Payment Quote: |

Effective Date = 11/16/2012

Escrow Payment = $199

Total Deposit = $534

Shortage / Deposit =$534

Delinquent Tax =$0                                                                                      Tax P
& I = $0

{7}

- This Comment was auto-generated in batch mode.

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001656

| 7092244537 | 12/10/2012 | 6:17:13 AM | Vijay Raj | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period: |

Effective Date = 12/3/2012

Escrow Payment = $199

Total Shortage = $526

Total Capitalization = $604

Borrower Paid MI Premium = $0

Escrow Balance = $261 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $604 | Hazard Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $604 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0

Breakdown as Follows:

{7}

| 7092244537 | 12/10/2012 | 7:37:32 AM | Vijay Raj | ES | NEPQ | New-Escrowed Payment Quote: |

Effective Date = 12/4/2012

Escrow Payment = $199

Total Deposit = $534

Shortage / Deposit =$534

Delinquent Tax =$0                                                                                          Tax P
& I = $0

{7}

|            |            | – This Comment was auto-generated in batch mode. |
| 7092244537 | 12/12/2012 | 1:41:47 PM | Background Processor | BNOT | | As of 12/12/2012 Past Due 980.16 Curr Due 980.16 Total Due 1,960.32 Requested By Auto-B |
| 7092244537 | 12/13/2012 | 7:17:08 PM | Alex Lombardo | GC | | 12/14/2012 Account Reported To Credit Bureau (as of 11/30/12)LPI: 10/26/12 UPB: 83,489 Mthly Pmt: 980 Status: 11 [ Current ]  Original Charge Off Amt: 0 Payment History[24 Mons]: 00000104323BBBBBBBBBBBBBB |
| 7092244537 | 12/14/2012 | 5:53:50 PM | Background Processor | PYMT | | Payment received from Outsource  for $980.16  Source SP7 – spl214 and was forwarded to: Cashier queue, user-id: Cashier Via Web Confirmation Number = 10404366 |
| 7092244537 | 12/19/2012 | 7:28:16 AM | Vijay Raj | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period: |

Effective Date = 12/17/2012

Escrow Payment = $199

Total Shortage = $611

Total Capitalization = $604

Borrower Paid MI Premium = $0

Escrow Balance = $375 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $604 | Hazard Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $604 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0

EXHIBIT 5 TO EXHIBIT B

Breakdown as Follows:

{7}

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 12/20/2012 | 7:45:39 AM | Vijay Raj | ES | NEPQ | New-Escrowed Payment Quote: |

Effective Date = 12/17/2012

Escrow Payment = $199

Total Deposit = $619

Shortage / Deposit =$619

Delinquent Tax =$0                                                                                                                Tax P
& I = $0

{7}

              - This Comment was auto-generated in batch mode.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 12/27/2012 | 2:20:37 PM | Savio Monte | CU | CUST | Davox Phone Call Out; Customer Contact; Spoke with David Daugherty, verified borrowers ssn. SCRIPT ID: RPC VERIFY SSN |
| 7092244537 | 12/27/2012 | 2:21:18 PM | Savio Monte | CL | PYIQ | Davox Phone Call Out; Payment Inquiry; Provided the customer with the current outstanding balances of $980.16. Asked if they had any questions about the outstanding balance amount. Customer did not have any questions. Script ID: AMOUNT DUE |
| 7092244537 | 12/27/2012 | 2:22:04 PM | Savio Monte | CL | CNOC | Davox Phone Call Out; Customer Contact-No Commitment; Advised customer the outstanding amount and asked if they were able to pay it and they indicated they cannot. Add notes:  Script ID: HELP YOU 1 |
| 7092244537 | 12/27/2012 | 2:22:42 PM | Savio Monte | CL | PTPYS | Customer provided the following payment information: Speedpay via WEB payment of $ 980.16 on or before 12/31/2012. Promise date: 12/31/2012 Followup date: 01/02/2013     Script ID: PAYMENT 19A |
| 7092244537 | 12/27/2012 | 2:23:38 PM | Savio Monte | WQ | | Call Ended. Script ID: END SCRIPT |
| 7092244537 | 1/7/2013 | 1:33:11 AM | Vijay Raj | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period: |

Effective Date = 1/2/2013

Escrow Payment = $199

Total Shortage = $611

Total Capitalization = $604

Borrower Paid MI Premium = $0

Escrow Balance = $375 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $604 | Hazard Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $604 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0

Breakdown as Follows:

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001658

{7}

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 1/7/2013 | 7:31:56 AM | Vijay Raj | ES | NEPQ | New-Escrowed Payment Quote: |

Effective Date = 1/2/2013

Escrow Payment = $199

Total Deposit = $619

Shortage / Deposit =$619

Delinquent Tax =$0                                                                                                Tax P
& I = $0

{7}

 

 

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | – This Comment was auto-generated in batch mode. |
| 7092244537 | 1/11/2013 | 3:43:29 AM | Background Processor | BNOT | | As of 01/11/2013 Past Due 980.16 Curr Due 980.16 Total Due 1,960.32 Requested By Auto-B |
| 7092244537 | 1/14/2013 | 5:59:25 PM | Background Processor | PYMT | | Payment received from Outsource   for $980.16  Source SP7 – sp0114 and was forwarded to: Cashier queue, user-id: Cashier Via Web Confirmation Number = 10542291 |
| 7092244537 | 1/14/2013 | 6:51:06 PM | Alex Lombardo | GC | | Account Reported To Credit Bureau (as of 12/31/12)LPI: 11/26/12 UPB: 83,301 Mthly Pmt: 980 Status: 11 [ Current ]  Original Charge Off Amt: 0 Payment History[24 Mons]: 00000010432BBBBBBBBBBBB |
| 7092244537 | 1/20/2013 | 11:16:03 PM | Vijay Raj | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period: |

Effective Date = 1/16/2013

Escrow Payment = $199

Total Shortage = $1185

Total Capitalization = $116

Borrower Paid MI Premium = $0

Escrow Balance = $489 | Interim T&I Disbursements = $604 | Total T&I Disbursements During Trial Period = $0 | Hazard Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $0 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0

Breakdown as Follows:

{7}

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001659

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 1/21/2013 | 4:40:37 AM | Vijay Raj | ES | NEPQ | New-Escrowed Payment Quote: |

Effective Date = 1/16/2013

Escrow Payment = $199

Total Deposit = $100

Shortage / Deposit =$100

Delinquent Tax =$0                                                                                                     Tax P
& I = $0

{7}

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | – This Comment was auto-generated in batch mode. |
| 7092244537 | 2/4/2013 | 6:13:50 PM | Background Processor | PYMT | | Payment received from Outsource   for $980.16  Source SP7 – sp0204 and was forwarded to: Cashier queue, user-id: Cashier Via Web Confirmation Number = 10659795 |
| 7092244537 | 2/4/2013 | 6:13:52 PM | Background Processor | BNOT | | As of 02/04/2013 Past Due .00 Curr Due 980.16 Total Due 980.16 Requested By Auto-B |
| | | | | | | 02/06/2013 |
| 7092244537 | 2/9/2013 | 1:57:28 PM | | CS | EAAP | The customer has provided email address. |
| 7092244537 | 2/12/2013 | 10:04:32 PM | Background Processor | cs | 1098C | New 2012 1098 year end statement generated and sent. |
| 7092244537 | 2/21/2013 | 7:05:10 AM | Vijay Raj | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period: |

Effective Date = 2/19/2013

Escrow Payment = $199

Total Shortage = $207

Total Capitalization = $1180

Borrower Paid MI Premium = $0

Escrow Balance = $–2 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $1177 | Hazard Disbursements During Trial Period = $1177 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $0 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0

Breakdown as Follows:

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | {7} |
| 7092244537 | 2/21/2013 | 7:01:46 PM | Alex Lombardo | GC | | Account Reported To Credit Bureau (as of 01/31/13)LPI: 12/26/12 UPB: 83,111 Mthly Pmt: 980 Status: 11 [ Current ]  Original Charge Off Amt: 0 Payment History[24 Mons]: 000000010432 3BBBBBBBBBBBB |
| 7092244537 | 2/25/2013 | 12:35:15 AM | Vijay Raj | ES | NEPQ | New-Escrowed Payment Quote: |

Effective Date = 2/20/2013

Escrow Payment = $199

Total Deposit = $788

Shortage / Deposit =$788

Delinquent Tax =$0                                                                                                     Tax P
& I = $0

{7}

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001660

- This Comment was auto-generated in batch mode.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 3/4/2013 | 12:18:06 AM | Background Processor | FORM | EARL | Early Late Notice |
| 7092244537 | 3/4/2013 | 5:51:46 AM | Vijay Raj | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period: |

Effective Date = 3/1/2013

Escrow Payment = $199

Total Shortage = $1384

Total Capitalization = $2

Borrower Paid MI Premium = $0

Escrow Balance = $-2 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $0 | Hazard Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $0 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0

Breakdown as Follows:

(7)

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 3/7/2013 | 5:55:21 AM | Vijay Raj | ES | NEPQ | New-Escrowed Payment Quote: |

Effective Date = 3/1/2013

Escrow Payment = $199

Total Deposit = $788

Shortage / Deposit =$788

Delinquent Tax =$0                                                                          Tax P
& I = $0

(7)

- This Comment was auto-generated in batch mode.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 3/11/2013 | 6:01:52 PM | Background Processor | IVR | IVRC | CUSTOMER CONTACT VIA IVR |
| | | | | | | ISN RCK: 3343 RCD: 40630088ANI: 3046153238 |
| 7092244537 | 3/12/2013 | 1:07:30 PM | Background Processor | IVR | IVRC | CUSTOMER CONTACT VIA IVR |
| | | | | | | ISN RCK: 3772 RCD: 40667134ANI: 3046153238 |
| 7092244537 | 3/12/2013 | 1:09:02 PM | Shahbaz Hussain | CU | CUST | Phone Call In; Customer Contact; Talked to David Daugherty and verified last 4 digits of their SSN.. SCRIPT ID: VERIFYSSN. |
| 7092244537 | 3/12/2013 | 1:09:26 PM | Shahbaz Hussain | CL | PYIQ | Phone Call In; Payment Inquiry; Provided the customer with the current outstanding balances of $980.16. Asked if they had any questions about the outstanding balance amount. Customer did not have any questions. Script ID: AMOUNT DUE |

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001661

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 3/12/2013 | 1:09:52 PM | Shahbaz Hussain | CL | PTPYS | Customer provided the following payment information: Speedpay via WEB payment of $ 980.16 on or before 03/14/2013. Promise date: 03/14/2013 Followup date: 03/16/2013    Script ID: PAYMENT 19A |
| 7092244537 | 3/12/2013 | 1:10:59 PM | Shahbaz Hussain | WQ | | Phone Call In; Contact Info Provided; Caller wanted the fax number for the Research Department. Advised it was 1-407-737-6375. SCRIPT ID: DEPARTMENT FAX |
| 7092244537 | 3/12/2013 | 1:11:39 PM | Shahbaz Hussain | WQ | | Phone Call In; OP CMSI Recently Offered; Offered customer the Optional Product of CMSI marketing option, but they were not interested. SCRIPT ID: CLOSING WEB MARKET |
| 7092244537 | 3/12/2013 | 1:11:45 PM | Shahbaz Hussain | WQ | | Call Ended.  SCRIPT ID: END SCRIPT |
| 7092244537 | 3/14/2013 | 2:24:25 PM | Background Processor | BNOT | | As of 03/14/2013 Past Due 980.16 Curr Due 980.16 Total Due 1,960.32 Requested By Auto-B

03/19/2013 |
| 7092244537 | 3/15/2013 | 6:38:20 AM | Rajkumar Singh | RS | WCCRF | Written Customer Correspondence Received via Fax |
| 7092244537 | 3/15/2013 | 6:38:51 AM | Rajkumar Singh | RS | WCCD | Customer Credit Inquiry |
| 7092244537 | 3/15/2013 | 6:38:56 AM | Rajkumar Singh | RS | RSDR | Customer Dispute Received |
| 7092244537 | 3/15/2013 | 6:56:12 PM | Background Processor | PYMT | | Payment received from Outsource   for $980.16  Source SP7 - sp0315 and was forwarded to: Cashier queue, user-id: Cashier Via Web Confirmation Number = 10896204 |
| 7092244537 | 3/15/2013 | 7:32:58 PM | Alex Lombardo | GC | | Account Reported To Credit Bureau (as of 02/28/13)LPI: 01/26/13 UPB: 82,920 Mthly Pmt: 980 Status: 11 [ Current ]  Original Charge Off Amt: 0 Payment History[24 Mons]: 00000000104323BBBBBBBBBB |
| 7092244537 | 3/16/2013 | 2:22:03 AM | Chandra Kumar | PD | RECM | Research Comment:  S:\Residential Servicing 2\RESEARCH\RESEARCH\Research 1\Research Faxes\2012\2013\March-2013\15 March 2013\3-15-13\7092244537 |
| 7092244537 | 3/16/2013 | 3:17:18 AM | Chandra Kumar | CL | NOACTION | No Action Taken On Collection Screen |
| 7092244537 | 3/18/2013 | 11:26:28 AM | Kodanda M | RS | CRINV | INVALID/ERRONEOUS CR DISPUTE |
| 7092244537 | 3/18/2013 | 11:26:28 AM | Kodanda M | CS | INVALID | Invalid Researh Request. |

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001662

7092244537     3/18/2013     11:26:50 PM     Kodanda M                     CORR            WCDC

CUSTOMER INQUIRY COMPLETED;Please refer to RLML/ RLFX/ RLEL/ RELM execution codes for letter dispatch confirmation.   Details:

March 18, 2013


David Daugherty

35 Valley View Drive

Vienna, WV  26105


RE: LOANNUMBER: 7092244537

Property Address: 35 Valley View Dr

                  Vienna, WV 26105


Dear David Daugherty


OCWEN would like to take this opportunity to thank you for your recent communication regarding the above referenced loan.  We appreciate the time and effort on your part to bring your concern to our attention.  Pursuant to your concern, we have reviewed the loan and below is the recap of our response to the concern raised:


Concern: You expressed concern regarding the past due amount reflected in the credit report made on March 2012.


Response: Please note the amount reflecting on credit report is calculated, as follows:


Past due amount= monthly mortgage payment X the no. of months' delinquent + late charges + other advances + escrow advances– suspense (partial payment) credit.


Our records indicate that the credit reporting made for the month of March 2012, reflected the total past due amount as $6,128.39.  As of March 2012, your loan was due for the November 26, 2011 contractual payment and the total amount past due on the loan was in the amount of $6,128.39.


Please note that, Ocwen is obligated to report true and accurate information to the credit bureaus and therefore the credit reporting cannot be changed.


Please note that, we have reviewed and it was determined that the past due amount reflecting on the credit reporting made for the month of March 2012 is correct. However, foreclosure proceedings were initiated on the loan on April 18, 2012, as the loan was past due for the November 26, 2012 payment as of that date.  Further, the foreclosure proceedings were stopped on April 23, 2012, as the loan was reinstated.  Our records indicate that the foreclosure reporting made on the loan is valid and cannot be altered.


We report to Equifax, TransUnion, Experian and Innovis.  These bureaus provide information to the local credit bureaus to update and correct your credit file.  However, if you believe that there is a discrepancy in the way the loan has been reported by the credit bureaus, please contact the concerned credit

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001663

bureaus directly


As of the date of this letter, the loan is due for the March 26, 2013 payment
.For any further concerns regarding the loan; please contact our Customer Care
Center at (800) 746-2936.


We trust the information provided has fully addressed your concern.  Please
visit our website (www.ocwen.com) which is available 24 hours a day, seven
days a week, as many of the answers to your account specific questions may be
found there.  However, should you have any further questions in regards to
this issue, please contact our Research Department at (800) 241-9960. If after
speaking with our Research Department you still have questions or concerns,
please feel free to contact the OCWEN consumer advocate by email through
OCWEN's website or by phone at (800) 390-4656. You may also send written
correspondence to the following address:



Sincerely,



Chandra Kumar

Research Department

OCWEN


 Details:  .

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 3/18/2013 | 11:37:03 PM | Kodanda M | PD | DISR | DISPUTE RESOLVED/COMPLETED |
| 7092244537 | 3/18/2013 | 11:37:05 PM | Chandra Kumar | CL | NOACTION | No Action Taken On Collection Screen |
| 7092244537 | 3/18/2013 | 11:37:07 PM | Background Processor | CORR | WCDR | WRITTEN DISPUTE CORRESPONDENCE RECEIVED |
| 7092244537 | 3/20/2013 | 1:40:41 AM | Harish Rao | RS | ACDVRC | - ACKNOWLEDGEMENT LETTER REQUEST SUBMITTED BWR Automated CDV |

Control Number: 99993078032699088

Subscriber Code: 465FS01690

Borrower's concern with reporting:Not his/hers. Provide or confirm complete
ID.

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001664

Reporting received from Credit Bureau:

Reporting to Credit Bureau:Verified, hence bwr is responsible.

Discrepency (NAME, ADD, SSN):;   Details:  .

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 3/20/2013 | 1:40:46 AM | Harish Rao | RS | ACDVFC | Form Completed and Sent Electronically (It is not mailed); |

BWR Automated CDV

Control Number: 9999307803269988

Subscriber Code: 465FS01690

Borrower's concern with reporting:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:

Reporting to Credit Bureau:Verified, hence bwr is responsible.

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Discrepency (NAME, ADD, SSN):;   Details:  . |
| 7092244537 | 3/20/2013 | 1:40:47 AM | Harish Rao | RS | CRINV | INVALID/ERRONEOUS CR DISPUTE |
| 7092244537 | 3/20/2013 | 2:08:50 AM | Rajkumar Singh | RS | ACDVRC | BWR Automated CDV |

DAVID M DAUGHERTY

 Control Number: 9999307803269987

 Subscriber Code: 465FS01690

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:DAVID M DAUGHERTY SSN: 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

Reporting to Credit Bureau:brw has signed the note, hence responsible, ssn matches, checked CIS

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 3/20/2013 | 2:08:55 AM | Rajkumar Singh | RS | ACDVFC | Discrepency (NAME, ADD, SSN):; none  Details:  r |

Form Completed and Sent Electronically (It is not mailed);

BWR Automated CDV

DAVID M DAUGHERTY

 Control Number: 9999307803269987

 Subscriber Code: 465FS01690

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:DAVID M DAUGHERTY SSN: 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

Reporting to Credit Bureau:brw has signed the note, hence responsible, ssn matches, checked CIS

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 3/20/2013 | 2:08:57 AM | Rajkumar Singh | RS | CRINV | Discrepency (NAME, ADD, SSN):; none  Details:  r |
| | | | | | | INVALID/ERRONEOUS CR DISPUTE |
| 7092244537 | 3/20/2013 | 2:08:59 AM | Rajkumar Singh | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 3/20/2013 | 5:21:39 PM | Girish Thorat | FORM | NSFC1 | Insufficient Funds |

Check Number: $PPD

Check Amount: 980.16

Check Date: 03/15/13

Chargeback Amount: 980.16

EXHIBIT 5 TO EXHIBIT B                                DD/OLS 001665

Eff Date: 03/15/13

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 3/20/2013 | 9:15:04 PM | Tushar Mathkar | PD | RLML | Research Letter Mailed Previous Business Day |
| 7092244537 | 3/20/2013 | 9:15:06 PM | Background Processor | BNOT | | (1)<br>As of 03/20/2013 Past Due 1,005.16 Curr Due 980.16 Total Due 1,985.32<br>Requested By Auto-B |

7092244537   3/21/2013   2:05:11 AM   Anjali Balakrishnan   RS   ACDVRC   03/22/2013
BWR Automated CDV

Control Number: 99993078032699086

Subscriber Code: 605FM50178

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:Received from DAVID M DAUGHERTY

SSN: 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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepency (NAME, ADD, SSN): Address.

"Please note: Litton loan, information updated as per LSAMS and RADAR."

  Details:  .

7092244537   3/21/2013   2:05:18 AM   Anjali Balakrishnan   RS   ACDVFC   Form Completed and Sent Electronically (It is not mailed);

BWR Automated CDV

Control Number: 99993078032699086

Subscriber Code: 605FM50178

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:Received from DAVID M DAUGHERTY

SSN: 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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepency (NAME, ADD, SSN): Address.

"Please note: Litton loan, information updated as per LSAMS and RADAR."

  Details:  .

7092244537   3/21/2013   2:05:22 AM   Anjali Balakrishnan   RS   CRINQ   CR - CREDIT INQUIRY DISPUTE RECEIVED

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001666

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 3/21/2013 | 5:50:58 AM | Vijay Raj | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period: |

Effective Date = 3/18/2013

Escrow Payment = $199

Total Shortage = $294

Total Capitalization = $1177

Borrower Paid MI Premium = $0

Escrow Balance = $111 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $1177 | Hazard Disbursements During Trial Period = $1177 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $0 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0

Breakdown as Follows:

{7}

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 3/21/2013 | 11:21:05 PM | Rajkumar Singh | RS | ACDVRC | BWR Automated CDV |

DAVID MAX DAUGHERTY

Control Number: 1554212536008

 Subscriber Code: 3900947

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:DAVID MAX DAUGHERTY  SSN: 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

Reporting to Credit Bureau:Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepency (NAME, ADD, SSN):;  none

"Please note: Litton loan, information updated as per LSAMS and RADAR."

 Details: r

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 3/21/2013 | 11:21:09 PM | Rajkumar Singh | RS | ACDVFC | Form Completed and Sent Electronically (It is not mailed); |

BWR Automated CDV

DAVID MAX DAUGHERTY

Control Number: 1554212536008

 Subscriber Code: 3900947

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:DAVID MAX DAUGHERTY  SSN: 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

Reporting to Credit Bureau:Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001667

Discrepency (NAME, ADD, SSN):;  none


"Please note: Litton loan, information updated as per LSAMS and RADAR."

  Details:  r


| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 3/21/2013 | 11:21:11 PM | Rajkumar Singh | RS | CRINQ | CR – CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 3/22/2013 | 6:22:55 AM | Vijay Raj | ES | NEPQ | New-Escrowed Payment Quote: |

Effective Date = 3/18/2013

Escrow Payment = $199

Total Deposit = $875

Shortage / Deposit =$875

Delinquent Tax =$0                                                                          Tax P
& I = $0

(7)


                                                       – This Comment was auto–generated in batch mode.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 3/25/2013 | 3:24:59 AM | Harish Rao | RS | ACDVRC | BWR Automated CDV |

Control Number: 33281462600311

Subscriber Code: 813P004

Borrower's concern with reporting:Not his/hers. Provide or confirm complete
ID.

Reporting received from Credit Bureau:

Reporting to Credit Bureau:Verified, hence bwr is responsible.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 3/25/2013 | 3:25:03 AM | Harish Rao | RS | ACDVFC | Discrepency (NAME, ADD, SSN):;   Details: . |

Form Completed and Sent Electronically (It is not mailed);

BWR Automated CDV

Control Number: 33281462600311

Subscriber Code: 813P004

Borrower's concern with reporting:Not his/hers. Provide or confirm complete
ID.

Reporting received from Credit Bureau:

Reporting to Credit Bureau:Verified, hence bwr is responsible.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 3/25/2013 | 3:25:20 AM | Harish Rao | RS | CRINV | Discrepency (NAME, ADD, SSN):;   Details: . |

INVALID/ERRONEOUS CR DISPUTE

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001668

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 3/25/2013 | 4:21:46 AM | Daniel Wesley | RS | ACDVRC | BWR Automated CDV |

DAVID MAX DAUGHERTY

Control Number: 33281462600301

Subscriber Code: 9823004

Borrower's concern with reporting:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:DAVID MAX DAUGHERTY

 SSN: 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

Reporting to Credit Bureau:Verified, hence bwr is responsible.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 3/25/2013 | 4:21:55 AM | Daniel Wesley | RS | ACDVFC | Discrepency (NAME, ADD, SSN):;   none    Details:  dj |

Form Completed and Sent Electronically (It is not mailed);

BWR Automated CDV

DAVID MAX DAUGHERTY

Control Number: 33281462600301

Subscriber Code: 9823004

Borrower's concern with reporting:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:DAVID MAX DAUGHERTY

 SSN: 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

Reporting to Credit Bureau:Verified, hence bwr is responsible.

Discrepency (NAME, ADD, SSN):;   none    Details:  dj

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 3/25/2013 | 4:21:59 AM | Daniel Wesley | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 3/26/2013 | 7:06:41 PM | Background Processor | FORM | | NSFLET Requested 03/20/2013 |
| | | | | | | Printed 03/25/2013 |
| 7092244537 | 3/26/2013 | 8:52:06 PM | Background Processor | FORM | | ACKNOWL Requested 03/18/2013 |
| | | | | | | Printed 03/25/2013 |
| 7092244537 | 4/1/2013 | 10:54:09 PM | Justin Bryson | SU | LSOCRI | Loan Setup OCR Initiation (1) |
| 7092244537 | 4/3/2013 | 9:31:29 PM | Qureshi Uzma Mohd. Ayub | SU | LSOCRC | Loan Setup OCR Completion. |
| | | | | | | {1} |
| | | | | | | {2} |
| 7092244537 | 4/5/2013 | 6:21:04 AM | Vijay Raj | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period: |

Effective Date = 4/1/2013

Escrow Payment = $199

Total Shortage = $406

Total Capitalization = $1180

Borrower Paid MI Premium = $0

Escrow Balance = $-2 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $1177 | Hazard Disbursements During Trial Period = $1177 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $0 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0

Breakdown as Follows:

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001669

(7)

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 4/6/2013 | 6:56:13 AM | Vijay Raj | ES | NEPQ | New-Escrowed Payment Quote: |

Effective Date = 4/2/2013

Escrow Payment = $199

Total Deposit = $986

Shortage / Deposit =$986

Delinquent Tax =$0                                                                                      Tax P
& I = $0

(7)

- This Comment was auto-generated in batch mode.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 4/10/2013 | 10:57:44 PM | Justin Bryson | SU | LSVALIDI | Loan Setup Validation Initiation (1) |
| 7092244537 | 4/11/2013 | 9:23:45 PM | Swapnali Agre | SU | LSVALIDC | Loan Setup Validation Completion |

(1)

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 4/11/2013 | 9:23:47 PM | Background Processor | BNOT | | As of 04/11/2013 Past Due 1,985.32 Curr Due 980.16 Total Due 2,965.48 Requested By Auto-B |
| 7092244537 | 4/12/2013 | 11:58:08 PM | Background Processor | CORR | 30DY | REQUESTED 30 DAY DEMAND BE SENT |
| 7092244537 | 4/12/2013 | 11:58:10 PM | Justin Bryson | SU | LSURVW | Loan Setup review to update level I fields based on loan verificLoan Setup review to update level I fields based on loan verification results (1) |

ation results

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 4/16/2013 | 9:46:48 PM | Syed wardul Hijaz | SU | LSURVWC | Loan Setup review of loan verification results complete; correct based on QC results |

Loan Setup review of loan verification results complete; correct based on QC results

(1)

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 4/16/2013 | 9:48:18 PM | Justin Bryson | SU | LSULVPC | Loan Setup Loan Verification PARTIALLY Complete (1) |
| 7092244537 | 4/17/2013 | 7:20:04 PM | Background Processor | CORR | EILT | Early intervention letter sent |

(1)

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 4/18/2013 | 5:32:15 PM | Alex Lombardo | GC | | Account Reported To Credit Bureau (as of 03/30/13)LPI: 01/26/13 UPB: 82,920 Mthly Pmt: 980 Amt Past Due: 1,985 First occurance: 02/26/13 Status: 71 [ Dlq 1 Pmt ]  Original Charge Off Amt: 0 Payment History[24 Mons]: 000000000104323BBBBBBBBB |

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001670

| 7092244537 | 4/26/2013 | 6:39:15 AM | Vijay Raj | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period: |
| | | | | | | Effective Date = 4/23/2013 |
| | | | | | | Escrow Payment = $198.88 |
| | | | | | | Total Shortage = $0 |
| | | | | | | Total Capitalization = $1784.29 |
| | | | | | | Borrower Paid MI Premium = $0 |
| | | | | | | Escrow Balance = $-2.29 \| Interim T&I Disbursements = $0 \| Total T&I Disbursements During Trial Period = $1782 \| Hazard Disbursements During Trial Period = $1177.44 \| Flood Disbursements During Trial Period = $0 \| Tax Payment #1 During Trial Period = $604.56 \| Tax Payment #2 During Trial Period = $0 \| Tax Payment #3 During Trial Period = $0 \| Tax Payment #4 During Trial Period = $0 \| Delinquent Taxes Due = $0 |
| | | | | | | Breakdown as Follows: |
| | | | | | | (7) |
| 7092244537 | 4/28/2013 | 11:43:16 PM | Vijay Raj | ES | NEPQ | New-Escrowed Payment Quote: |
| | | | | | | Effective Date = 4/23/2013 |
| | | | | | | Escrow Payment = $199 |
| | | | | | | Total Deposit = $1185 |
| | | | | | | Shortage / Deposit =$1185 |
| | | | | | | Delinquent Tax =$0                                                          Tax P & I = $0 |
| | | | | | | (7) |
| | | | | | |                       - This Comment was auto-generated in batch mode. |
| 7092244537 | 4/29/2013 | 2:59:18 PM | Background Processor | IVR | IVRC | CUSTOMER CONTACT VIA IVR |
| | | | | | | ISN RCK: 4590 RCD: 47036863ANI: 3046153238 |
| 7092244537 | 4/29/2013 | 3:01:04 PM | Garia, Rajiv | CU | CUST | Phone Call In; Customer Contact; Talked to David Daugherty and verified last 4 digits of their SSN.. SCRIPT ID: VERIFYSSN. |
| 7092244537 | 4/29/2013 | 3:01:55 PM | Garia, Rajiv | CL | PYIQ | Phone Call In; Payment Inquiry; Provided the customer with the current outstanding balances of $2965.48. Asked if they had any questions about the outstanding balance amount. Customer did not have any questions. Script ID: AMOUNT DUE |
| 7092244537 | 4/29/2013 | 3:02:28 PM | Garia, Rajiv | CL | PYIQ | Phone Call In; Payment Inquiry; Caller asked about payment application for last month's payment. Advised caller the specific amounts of payment applied to principal, interest, escrow, insurance, and other fees, charges and expenses. SCRIPT ID: PAYMENT APPLICATION2 |
| 7092244537 | 4/29/2013 | 3:06:04 PM | Garia, Rajiv | CL | PYIQ | Phone Call In; Payment Inquiry; Advised cust abt pymt return in the month of march & return chk fees of $25.00 on the acct... |
| 7092244537 | 4/29/2013 | 3:10:26 PM | Garia, Rajiv | CL | SPPD | Caller made payment by Speedpay. Payment information: Intended for: (02/26/2013) Pmt Speedpay Amount: 2000.00, Payment Date: 04/30/2013, ERROR, Promise Date: 04/30/2013, Followup Date: 05/02/2013, Confirmation Number: 11230187.  SCRIPT ID: SPEEDPAY SUBMIT |
| 7092244537 | 4/29/2013 | 3:11:29 PM | Garia, Rajiv | CL | PYIQ | Phone Call In; Payment Inquiry; cust will make pymt for the month of April as soon as possible... |
| 7092244537 | 4/29/2013 | 3:12:21 PM | Garia, Rajiv | WQ | | Phone Call In; Mortgage Keeper Direct Denied; Told caller MK info is free and gave website for Mortgage Instant Help Center www.ocwen.com.  Script ID: Mortgage Keeper 2 |
| 7092244537 | 4/29/2013 | 3:12:46 PM | Garia, Rajiv | WQ | | Call Ended.  SCRIPT ID: END SCRIPT |
| 7092244537 | 4/30/2013 | 5:51:57 PM | Background Processor | PYMT | | Payment received from Outsource   for $2,000.00  Source SP7 - sp0430 and was forwarded to: Cashier queue, user-id: Cashier Via Agent Confirmation Number = 11230187 |

EXHIBIT 5 TO EXHIBIT B

| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 4/30/2013 | 5:51:59 PM | Background Processor | BNOT | | As of 04/30/2013 Past Due 1,005.16 Curr Due 940.48 Total Due 1,945.64 Requested By Auto-B |
| 7092244537 | 5/1/2013 | 1:33:44 AM | Background Processor | FORM | EARL | 05/02/2013 Early Late Notice |
| 7092244537 | 5/4/2013 | 6:44:34 AM | Dinesh Subbanna | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period: |

Effective Date = 5/3/2013

Escrow Payment = $199

Total Shortage = $0

Total Capitalization = $1782

Borrower Paid MI Premium = $0

Escrow Balance = $225 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $1782 | Hazard Disbursements During Trial Period = $1177 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $605 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0

Breakdown as Follows:

{7}

| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 5/5/2013 | 11:04:35 PM | Dinesh Subbanna | ES | NEPQ | New-Escrowed Payment Quote: |

Effective Date = 5/3/2013

Escrow Payment = $199

Total Deposit = $960

Shortage / Deposit =$960

Delinquent Tax =$0                                                                                      Tax P
& I = $0

{7}

- This Comment was auto-generated in batch mode.

| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 5/16/2013 | 11:56:23 PM | Background Processor | CORR | INTN | NOTICE OF INTENT - NOTE |
| 7092244537 | 5/17/2013 | 5:49:52 PM | Alex Lombardo | GC | | Account Reported To Credit Bureau (as of 04/30/13)LPI: 03/26/13 UPB: 82,533 Mthly Pmt: 980 Status: 11 [ Current ]  Original Charge Off Amt: 0 Payment History[24 Mons]: 1000000000104323BBBBBBBB |
| 7092244537 | 5/19/2013 | 11:54:19 PM | Dinesh Subbanna | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period: |

Effective Date = 5/16/2013

Escrow Payment = $206

Total Shortage = $13

Total Capitalization = $3151

Borrower Paid MI Premium = $0

Escrow Balance = $225 | Interim T&I Disbursements = $2771 | Total T&I Disbursements During Trial Period = $605 | Hazard Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $605 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001672

Breakdown as Follows:

(7)

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 5/22/2013 | 8:14:04 PM | Background Processor | FORM | | EILETTER Requested 04/17/2013 |
| 7092244537 | 5/24/2013 | 7:13:22 PM | Background Processor | FORM | | Printed 05/21/2013<br>LATE Requested 05/16/2013 |
| 7092244537 | 5/25/2013 | 4:40:03 AM | Dinesh Subbanna | ES | NEPQ | Printed 05/23/2013<br>New-Escrowed Payment Quote: |

Effective Date = 5/16/2013

Escrow Payment = $206

Total Deposit = $0

Shortage / Deposit =$0

Delinquent Tax =$0                                                                Tax P
& I = $0

(7)

                                         - This Comment was auto-generated in batch mode.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 5/29/2013 | 12:24:38 AM | Background Processor | CORR | 30DY | REQUESTED 30 DAY DEMAND BE SENT |
| 7092244537 | 5/30/2013 | 6:46:46 PM | Background Processor | PYMT | | Payment received from Outsource   for $1,945.64  Source SP7 - sp0530 and was<br>forwarded to: Cashier queue, user-id: Cashier Via Web Confirmation Number =<br>11446108 |
| 7092244537 | 5/30/2013 | 6:46:48 PM | Background Processor | BNOT | | As of 05/30/2013 Past Due .00 Curr Due 980.16 Total Due 980.16 Requested By<br>Auto-B |
| 7092244537 | 6/2/2013 | 11:52:13 PM | Daniel Wesley | RS | ACDVFC | Form Completed and Sent Electronically (It is not mailed); |

BWR Automated CDV

DAVID MAX DAUGHERTY

 Control Number: 99993151006543103

 Subscriber Code: 465FS01690

Borrower's concern with reporting:001:Not his/hers. Provide or confirm
complete ID.

Reporting received from Credit Bureau:recived from DAVID MAX DAUGHERTY

 SSN: 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

Reporting to Credit Bureau:Borrower has signed the note, hence responsible,
SSN matches, checked CIS

Discrepency (NAME, ADD, SSN):; Add  Details:  dj

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 6/2/2013 | 11:52:15 PM | Daniel Wesley | RS | CRINV | INVALID/ERRONEOUS CR DISPUTE |
| 7092244537 | 6/2/2013 | 11:52:17 PM | Daniel Wesley | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |

EXHIBIT 5 TO EXHIBIT B                                                    DD/OLS 001673

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 6/2/2013 | 11:54:22 PM | Daniel Wesley | RS | ACDVRC | BWR Automated CDV |

DAVID MAX DAUGHERTY

 Control Number:99993151006543102

 Subscriber Code:465FS01690

 Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

 Reporting received from Credit Bureau:recived from DAVID MAX DAUGHERTY

 SSN: 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

 Reporting to Credit Bureau:Borrower has signed the note, hence responsible, SSN matches, checked CIS

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 6/2/2013 | 11:54:27 PM | Daniel Wesley | RS | ACDVFC | Discrepancy (NAME, ADD, SSN):;  Add  Details:  dj<br>Form Completed and Sent Electronically (It is not mailed); |

BWR Automated CDV

DAVID MAX DAUGHERTY

 Control Number:99993151006543102

 Subscriber Code:465FS01690

 Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

 Reporting received from Credit Bureau:recived from DAVID MAX DAUGHERTY

 SSN: 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

 Reporting to Credit Bureau:Borrower has signed the note, hence responsible, SSN matches, checked CIS

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 6/2/2013 | 11:54:29 PM | Daniel Wesley | RS | CRINV | Discrepancy (NAME, ADD, SSN):;  Add  Details:  dj<br>INVALID/ERRONEOUS CR DISPUTE |
| 7092244537 | 6/2/2013 | 11:54:31 PM | Daniel Wesley | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 6/7/2013 | 1:24:15 AM | Daniel Wesley | RS | ACDVRC | BWR Automated CDV |

DAVID MAX DAUGHERTY

Control Number: 99993151006543101

Subscriber Code: 605FM50178

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY

SSN: 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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepancy (NAME, ADD, SSN): Address.


Please note: Litton loan, information updated as per LSAMS and RADAR."

 Details: dj

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001674

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 6/7/2013 | 1:24:19 AM | Daniel Wesley | RS | ACDVFC | Form Completed and Sent Electronically (It is not mailed); |
| | | | | | | BWR Automated CDV |
| | | | | | | DAVID MAX DAUGHERTY |
| | | | | | | Control Number: 99993151006543101 |
| | | | | | | Subscriber Code: 605FM50178 |
| | | | | | | Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID. |
| | | | | | | Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY |
| | | | | | | SSN: 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 |
| | | | | | | Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account. |
| | | | | | | Discrepency (NAME, ADD, SSN): Address. |
| | | | | | | Please note: Litton loan, information updated as per LSAMS and RADAR." |
| | | | | | | Details: dj |
| 7092244537 | 6/7/2013 | 1:24:21 AM | Daniel Wesley | RS | CRINQ | CR – CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 6/7/2013 | 5:29:47 AM | Dinesh Subbanna | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period: |
| | | | | | | Effective Date = 6/4/2013 |
| | | | | | | Escrow Payment = $206 |
| | | | | | | Total Shortage = $13 |
| | | | | | | Total Capitalization = $2924 |
| | | | | | | Borrower Paid MI Premium = $0 |
| | | | | | | Escrow Balance = $452 | Interim T&I Disbursements = $2771 | Total T&I Disbursements During Trial Period = $605 | Hazard Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $605 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0 |
| | | | | | | Breakdown as Follows: |
| | | | | | | (7) |
| 7092244537 | 6/7/2013 | 10:04:11 AM | Background Processor | IVR | IVRC | CUSTOMER CONTACT VIA IVR |
| | | | | | | ISN RCK: 3151 RCD: 52765657ANI: 3042956161 |
| 7092244537 | 6/7/2013 | 10:06:15 AM | Steffi Susan S | CU | CUST | Phone Call In; Customer Contact; Talked to David Daugherty and verified last 4 digits of their SSN.. SCRIPT ID: VERIFYSSN. |
| 7092244537 | 6/7/2013 | 10:13:18 AM | Steffi Susan S | CF | ACHOD | Phone Call In; ACH Offer Denied; Cust denied ACH and did not want to Enroll account in ACH… |
| 7092244537 | 6/7/2013 | 10:13:20 AM | Steffi Susan S | CL | CNOC | Phone Call In; Customer Contact-No Commitment; |
| 7092244537 | 6/7/2013 | 10:31:35 AM | Steffi Susan S | CS | 98GE | Phone Call In; 1098 General Question; cust wanted 1098 tax form for 2012 sent it from 24 carat to cust email address 'fireboy1@suddenlink.net' gave irs int and taxes paid to cust as well cust stated fine..... |
| 7092244537 | 6/7/2013 | 10:31:51 AM | Steffi Susan S | WQ | | Phone Call In; OP CMSI Recently Offered; Offered customer the Optional Product of CMSI marketing option, but they were not interested. SCRIPT ID: CLOSING WEB MARKET |
| 7092244537 | 6/7/2013 | 10:32:01 AM | Steffi Susan S | WQ | | Call Ended. Manual Notes due to CMS error.. SCRIPT ID: END SCRIPT |

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001675

| 7092244537 | 6/12/2013 | 4:00:45 AM | Dinesh Subbanna | ES | NEPQ | New-Escrowed Payment Quote: |

Effective Date = 6/10/2013

Escrow Payment = $205.75

Total Deposit = $0

Shortage / Deposit =$0

Delinquent Tax =$0                                                                                  Tax P
& I = $0

(7)

                                                          - This Comment was auto-generated in batch mode.

| 7092244537 | 6/19/2013 | 5:10:48 AM | Dinesh Subbanna | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period: |

Effective Date = 6/17/2013

Escrow Payment = $205.75

Total Shortage = $0

Total Capitalization = $604.56

Borrower Paid MI Premium = $0

Escrow Balance = $452.19 | Interim T&I Disbursements = $0 | Total T&I
Disbursements During Trial Period = $604.56 | Hazard Disbursements During
Trial Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment
#1 During Trial Period = $604.56 | Tax Payment #2 During Trial Period = $0 |
Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period =
$0 | Delinquent Taxes Due = $0

Breakdown as Follows:

(7)

| 7092244537 | 6/21/2013 | 6:40:51 AM | Dinesh Subbanna | ES | NEPQ | New-Escrowed Payment Quote: |

Effective Date = 6/17/2013

Escrow Payment = $205.75

Total Deposit = $0

Shortage / Deposit =$0

Delinquent Tax =$0                                                                                  Tax P
& I = $0

(7)

                                                          - This Comment was auto-generated in batch mode.

| 7092244537 | 6/21/2013 | 6:17:55 PM | Alex Lombardo | GC | | Account Reported To Credit Bureau (as of 05/31/13)LPI: 05/26/13 UPB: 82,139
Mthly Pmt: 980 Status: 11 [ Current ]  Original Charge Off Amt: 0 Payment
History[24 Mons]: 0100000000104323BBBBBBB |
| 7092244537 | 7/1/2013 | 12:33:02 AM | Background Processor | FORM | EARL | Early Late Notice |
| 7092244537 | 7/1/2013 | 9:45:12 PM | Background Processor | CS | ACHW | ACH Creation through WEB |

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001676

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 7/1/2013 | 9:45:19 PM | Background Processor | PYMT | | Payment received from Outsource   for $980.16  Source OAC – oach0701 and was forwarded to: Cashier queue, user-id: Cashier Confirmation Number = 2013063001293578 |
| 7092244537 | 7/1/2013 | 9:45:21 PM | Background Processor | BNOT | | As of 07/01/2013 Past Due .00 Curr Due 980.16 Total Due 980.16 Requested By Auto-B |
| 7092244537 | 7/5/2013 | 12:43:14 AM | Rajkumar Singh | RS | ACDVRC | 07/04/2013<br>BWR Automated CDV<br><br><br>DAVID MAX DAUGHERTY<br><br> Control Number: 99993184007034102<br><br>Subscriber Code: 465FS01690<br><br><br>Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.<br><br>Reporting received from Credit Bureau:DAVID MAX DAUGHERTY  SSN: 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<br><br>Reporting to Credit Bureau:(No signature docs in CIS)  & the borrower's SSN is matching, Verified in real servicing. Hence He/She is Responsible/Liable on the Account |
| 7092244537 | 7/5/2013 | 12:43:29 AM | Rajkumar Singh | RS | ACDVFC | Discrepency (NAME, ADD, SSN):;  ADD  Details:   Details:  R<br>Form Completed and Sent Electronically (It is not mailed);<br><br><br>BWR Automated CDV<br><br><br>DAVID MAX DAUGHERTY<br><br> Control Number: 99993184007034102<br><br>Subscriber Code: 465FS01690<br><br><br>Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.<br><br>Reporting received from Credit Bureau:DAVID MAX DAUGHERTY  SSN: 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<br><br>Reporting to Credit Bureau:(No signature docs in CIS)  & the borrower's SSN is matching, Verified in real servicing. Hence He/She is Responsible/Liable on the Account |
| 7092244537 | 7/5/2013 | 12:43:42 AM | Rajkumar Singh | RS | CRINV | Discrepency (NAME, ADD, SSN):;  ADD  Details:  R<br>INVALID/ERRONEOUS CR DISPUTE |
| 7092244537 | 7/5/2013 | 12:43:46 AM | Rajkumar Singh | RS | CRINQ | CR – CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 7/5/2013 | 12:45:02 AM | Rajkumar Singh | RS | ACDVRC | BWR Automated CDV<br>DAVID MAX DAUGHERTY<br><br><br> Control Number: 99993184007034103<br><br> Subscriber Code: 465FS01690<br><br>Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID. |

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001677

Reporting received from Credit Bureau:DAVID MAX DAUGHERTY  SSN: 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

Reporting to Credit Bureau:(No signature docs in CIS)  & the borrower's SSN is matching, Verified in real servicing. Hence He/She is Responsible/Liable on the Account

Discrepency (NAME, ADD, SSN):;  ADD  Details:  R

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 7/5/2013 | 12:45:07 AM | Rajkumar Singh | RS | ACDVFC | Form Completed and Sent Electronically (It is not mailed); |

BWR Automated CDV

DAVID MAX DAUGHERTY

Control Number: 99993184007034103

Subscriber Code: 465FS01690

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:DAVID MAX DAUGHERTY  SSN: 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

Reporting to Credit Bureau:(No signature docs in CIS)  & the borrower's SSN is matching, Verified in real servicing. Hence He/She is Responsible/Liable on the Account

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Discrepency (NAME, ADD, SSN):;  ADD  Details:  R |
| 7092244537 | 7/5/2013 | 12:45:28 AM | Rajkumar Singh | RS | CRRPT | REPEAT DISPUTE |
| 7092244537 | 7/5/2013 | 12:45:32 AM | Rajkumar Singh | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 7/8/2013 | 6:42:20 AM | Suresh V K | RS | ACDVRC | BWR Automated CDV |

Control Number: 33281462601104

Subscriber Code: 813P004

Borrower's concern with reporting: 001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:DAVID MAX DAUGHERTY SSN: 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

SSN: 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

Reporting to Credit Bureau:DAVID MAX DAUGHERTY has signed the note, hence responsible, checked CIS, SSN number matches.

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Discrepency (NAME, ADD, SSN):Name   Details:  , |
| 7092244537 | 7/8/2013 | 6:42:25 AM | Suresh V K | RS | ACDVFC | Form Completed and Sent Electronically (It is not mailed); |

BWR Automated CDV

Control Number: 33281462601104

Subscriber Code: 813P004

Borrower's concern with reporting: 001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:DAVID MAX DAUGHERTY SSN: 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

EXHIBIT 5 TO EXHIBIT B                    DD/OLS 001678

SSN: 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

Reporting to Credit Bureau:DAVID MAX DAUGHERTY has signed the note, hence responsible, checked CIS, SSN number matches.

Discrepancy (NAME, ADD, SSN):Name    Details:  ,

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 7/8/2013 | 6:42:27 AM | Suresh V K | RS | CRINV | INVALID/ERRONEOUS CR DISPUTE |
| 7092244537 | 7/8/2013 | 6:42:29 AM | Suresh V K | RS | CRINQ | CR – CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 7/9/2013 | 6:16:42 AM | Shalini Singh | RS | ACDVRC | BWR Automated CDV |

DAVID MAX DAUGHERTY

Control Number: 99993184007034101

Subscriber Code: 605FM50178

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY

SSN: 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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepancy (NAME, ADD, SSN): Address.

"Please note: Litton loan, information updated as per LSAMS and RADAR."

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 7/9/2013 | 6:16:53 AM | Shalini Singh | RS | ACDVFC | Details:  s<br>Form Completed and Sent Electronically (It is not mailed); |

BWR Automated CDV

DAVID MAX DAUGHERTY

Control Number: 99993184007034101

Subscriber Code: 605FM50178

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY

SSN: 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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepancy (NAME, ADD, SSN): Address.

"Please note: Litton loan, information updated as per LSAMS and RADAR."

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 7/9/2013 | 6:16:55 AM | Shalini Singh | RS | CRINQ | Details:  S<br>CR – CREDIT INQUIRY DISPUTE RECEIVED |

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001679

| 7092244537 | 7/11/2013 | 6:10:47 AM | Shalini Singh | RS | ACDVRC | BWR Automated CDV |
|---|---|---|---|---|---|---|

DAVID MAX DAUGHERTY

Control Number:33281462601103

Subscriber Code: 9823004

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY

SSN: 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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepency (NAME, ADD, SSN): Address.

"Please note: Litton loan, information updated as per LSAMS and RADAR."

　Details:  s

| 7092244537 | 7/11/2013 | 6:10:56 AM | Shalini Singh | RS | ACDVFC | Form Completed and Sent Electronically (It is not mailed); |
|---|---|---|---|---|---|---|

BWR Automated CDV

DAVID MAX DAUGHERTY

Control Number:33281462601103

Subscriber Code: 9823004

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY

SSN: 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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepency (NAME, ADD, SSN): Address.

"Please note: Litton loan, information updated as per LSAMS and RADAR."

　Details:  S

| 7092244537 | 7/11/2013 | 6:10:58 AM | Shalini Singh | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
|---|---|---|---|---|---|---|
| 7092244537 | 7/12/2013 | 10:27:10 PM | Background Processor | FORM | | DEMANDWV Requested 05/29/2013 |

Printed 06/03/2013

Cert Mail # 71901085972001674469

Expiration Date 07/06/2013 IAO $     1,945.64

| 7092244537 | 7/12/2013 | 10:27:10 PM | Background Processor | FB | FB95 | Certified Mail Cost fee assessed. Amount: 0.00 |
|---|---|---|---|---|---|---|

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001680

| 7092244537 | 7/14/2013 | 6:23:51 PM | Dinesh Subbanna | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period: |

Effective Date = 7/8/2013

Escrow Payment = $205.75

Total Shortage = $0

Total Capitalization = $604.56

Borrower Paid MI Premium = $0

Escrow Balance = $565.81 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $604.56 | Hazard Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #2 During Trial Period = $604.56 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0

| 7092244537 | 7/15/2013 | 5:57:41 AM | Dinesh Subbanna | ES | NEPQ | Breakdown as Follows:<br>New-Escrowed Payment Quote: |

Effective Date = 7/8/2013

Escrow Payment = $205.75

Total Deposit = $0

Shortage / Deposit =$0

Delinquent Tax =$0                                                        Tax P
& I = $0

|            |           |             |                      |      |       | - This Comment was auto-generated in batch mode. |
| 7092244537 | 7/17/2013 | 6:06:37 PM | Alex Lombardo | GC |  | Account Reported To Credit Bureau (as of 06/29/13)LPI: 05/26/13 UPB: 82,139 Mthly Pmt: 980 Status: 11 [ Current ]  Original Charge Off Amt: 0 Payment History[24 Mons]: 001000000000104323BBBBBB |
| 7092244537 | 7/26/2013 | 12:41:32 AM | Background processor | CORR | MT12 | MT12 letter requested to print |
| 7092244537 | 7/28/2013 | 11:57:47 PM | Dinesh Subbanna | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period: |

Effective Date = 7/25/2013

Escrow Payment = $205.75

Total Shortage = $617.26

Total Capitalization = $38.75

Borrower Paid MI Premium = $0

Escrow Balance = $565.81 | Interim T&I Disbursements = $604.56 | Total T&I Disbursements During Trial Period = $0 | Hazard Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $0 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0

Breakdown as Follows:

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001681

```
7092244537      7/29/2013    3:52:30 AM   Dinesh Subbanna        ES        NEPQ     New-Escrowed Payment Quote:

                                                                                    Effective Date = 7/26/2013

                                                                                    Escrow Payment = $205.75

                                                                                    Total Deposit = $0

                                                                                    Shortage / Deposit =$0

                                                                                    Delinquent Tax =$0                                    Tax P
                                                                                    & I = $0



                                                                                              - This Comment was auto-generated in batch mode.
7092244537      7/30/2013    6:43:29 AM   Rajkumar Singh         CL        NOACTION No Action Taken On Collection Screen
7092244537      7/30/2013    6:44:44 AM   Rajkumar Singh         CL        NOACTION No Action Taken On Collection Screen
7092244537      7/30/2013    6:46:30 AM   Rajkumar Singh         CL        NOACTION No Action Taken On Collection Screen
7092244537      7/31/2013   12:27:41 AM   Background processor   FORM      EARL     Early Late Notice
7092244537      7/31/2013    8:48:48 AM   Background processor   IVR       IVRC     CUSTOMER CONTACT VIA IVR

                                                                                    ISN RCK: 3426 RCD: 157674825ANI: 3042956161
7092244537      8/1/2013     8:58:18 PM   Background processor   FORM      MATUR12 Requested 07/26/2013

                                                                                    Printed 08/01/2013
7092244537      8/1/2013     9:37:27 PM   Background processor   CS        ACHW     ACH Creation through WEB
7092244537      8/1/2013     9:42:04 PM   Background processor   PYMT     Payment received from Outsource  for $980.16 Source OAC - oach0801 and was
                                                                                    forwarded to: Cashier queue, user-id: Cashier Confirmation Number =
                                                                                    2013073101358552
7092244537      8/1/2013     9:42:06 PM   Background processor   BNOT     As of 08/01/2013 Past Due .00 Curr Due 980.16 Total Due 980.16 Requested By
                                                                                    auto-bu
7092244537      8/7/2013     4:11:16 PM   Background processor   IVR       IVRC     CUSTOMER CONTACT VIA IVR

                                                                                    ISN RCK: 3635 RCD: 158710028ANI: 3046153238
7092244537      8/18/2013   11:18:36 PM   Dinesh Subbanna        ES        NEPQ3    New-Escrowed Payment Quote HMP 3 Month Trial Period:

                                                                                    Effective Date = 8/16/2013

                                                                                    Escrow Payment = $206.53

                                                                                    Total Shortage = $760.58

                                                                                    Total Capitalization = $0

                                                                                    Borrower Paid MI Premium = $0

                                                                                    Escrow Balance = $65.53 | Interim T&I Disbursements = $0 | Total T&I
                                                                                    Disbursements During Trial Period = $0 | Hazard Disbursements During Trial
                                                                                    Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1
                                                                                    During Trial Period = $0 | Tax Payment #2 During Trial Period = $0 | Tax
                                                                                    Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0
                                                                                    | Delinquent Taxes Due = $0


                                                                                    Breakdown as Follows:
```

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001682

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 8/22/2013 | 7:05:21 AM | Dinesh Subbanna | ES | NEPQ | New-Escrowed Payment Quote: |
| | | | | | | Effective Date = 8/16/2013 |
| | | | | | | Escrow Payment = $206.53 |
| | | | | | | Total Deposit = $140.99 |
| | | | | | | Shortage / Deposit =$140.99 |
| | | | | | | Delinquent Tax =$0                                           Tax P |
| | | | | | | & I = $0 |

|||||||  - This Comment was auto-generated in batch mode. |
|---|---|---|---|---|---|---|
| 7092244537 | 8/23/2013 | 6:05:43 PM | Alex Lombardo | GC | | Account Reported To Credit Bureau (as of 07/31/13)LPI: 06/26/13 UPB: 81,940 Mthly Pmt: 980 Status: 11 [ Current ]  Original Charge Off Amt: 0 Payment History[24 Mons]: 000100000000104323BBBBB |
| 7092244537 | 8/26/2013 | 7:03:44 AM | Suresh V K | RS | ACDVRC | BWR Automated CDV |
| | | | | | | Control Number: 99993234022215107 |
| | | | | | | Subscriber Code: 465FS01690 |
| | | | | | | Borrower's concern with reporting: 001:Not his/hers. Provide or confirm complete ID. |
| | | | | | | Reporting received from Credit Bureau:DAVID MAX DAUGHERTY SSN: 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 |
| | | | | | | SSN: 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 |
| | | | | | | Reporting to Credit Bureau:DAVID MAX DAUGHERTY has signed the note, hence responsible, checked CIS, SSN number matches. |
| 7092244537 | 8/26/2013 | 7:03:52 AM | Suresh V K | RS | ACDVFC | Discrepency (NAME, ADD, SSN):Name, Address   Details:  , Form Completed and Sent Electronically (It is not mailed); |
| | | | | | | BWR Automated CDV |
| | | | | | | Control Number: 99993234022215107 |
| | | | | | | Subscriber Code: 465FS01690 |
| | | | | | | Borrower's concern with reporting: 001:Not his/hers. Provide or confirm complete ID. |
| | | | | | | Reporting received from Credit Bureau:DAVID MAX DAUGHERTY SSN: 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 |
| | | | | | | SSN: 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 |
| | | | | | | Reporting to Credit Bureau:DAVID MAX DAUGHERTY has signed the note, hence responsible, checked CIS, SSN number matches. |
| 7092244537 | 8/26/2013 | 7:03:54 AM | Suresh V K | GC | CRIVL | Discrepency (NAME, ADD, SSN):Name, Address   Details:  , Invalid/Inaccurate Credit Dispute Received |
| 7092244537 | 8/26/2013 | 7:03:56 AM | Suresh V K | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 8/29/2013 | 4:31:31 AM | Suhasini B | CORR | ESCAP | ESCROW ANALYSIS COMPLETED |
| 7092244537 | 8/31/2013 | 12:19:21 AM | Background processor | FORM | EARL | Early Late Notice |
| 7092244537 | 8/31/2013 | 9:57:58 PM | Background processor | PYMT | | Payment received from Outsource   for $980.16  Source SP - sp0831 and was forwarded to: Cashier queue, user-id: Cashier Via Web Confirmation Number = 12176911 |

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001683

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 8/31/2013 | 9:58:00 PM | Background processor | BNOT | | As of 08/31/2013 Past Due .00 Curr Due 980.16 Total Due 980.16 Requested By auto-bu |
| 7092244537 | 9/3/2013 | 2:31:26 AM | Rajkumar Singh | RS | ACDVRC | 09/04/2013 |

BWR Automated CDV

DAVID MAX DAUGHERTY

Control Number: 33281462601504

 Subscriber Code: 813P004

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:DAVID MAX DAUGHERTY  SSN: 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

Reporting to Credit Bureau:No signature docs in CIS)  & the borrower's SSN is matching, Verified in real servicing. Hence He/She is Responsible/Liable on the Account

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 9/3/2013 | 2:31:30 AM | Rajkumar Singh | RS | ACDVFC | Discrepency (NAME, ADD, SSN);  add  Details:  r |

Form Completed and Sent Electronically (It is not mailed);

BWR Automated CDV

DAVID MAX DAUGHERTY

Control Number: 33281462601504

 Subscriber Code: 813P004

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:DAVID MAX DAUGHERTY  SSN: 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

Reporting to Credit Bureau:No signature docs in CIS)  & the borrower's SSN is matching, Verified in real servicing. Hence He/She is Responsible/Liable on the Account

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 9/3/2013 | 2:31:34 AM | Rajkumar Singh | GC | CRIVL | Discrepency (NAME, ADD, SSN);  add  Details:  r Invalid/Inaccurate Credit Dispute Received |
| 7092244537 | 9/3/2013 | 2:31:38 AM | Rajkumar Singh | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 9/3/2013 | 11:57:23 PM | Anjali Balakrishnan | RS | ACDVRC | BWR Automated CDV |

Control Number: 33281462601501

Subscriber Code: 9823004

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY

SSN: 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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepency (NAME, ADD, SSN): Address.

"Please note: Litton loan, information updated as per LSAMS and RADAR."

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001684

Details:  0

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 9/3/2013 | 11:57:42 PM | Anjali Balakrishnan | RS | ACDVFC | Form Completed and Sent Electronically (It is not mailed); |

BWR Automated CDV

Control Number: 33281462601501

Subscriber Code: 9823004

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY

SSN: 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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepency (NAME, ADD, SSN): Address.

"Please note: Litton loan, information updated as per LSAMS and RADAR."

Details:  0

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 9/3/2013 | 11:57:57 PM | Anjali Balakrishnan | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 9/6/2013 | 7:25:39 PM | Raghhav Nayak | FORM | NSFC1 | Insufficient Funds |

Check Number: SPPD

Check Amount: 980.16

Check Date: 08/31/13

Chargeback Amount: 980.16

Eff Date: 08/31/13

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 9/6/2013 | 7:25:41 PM | Background processor | BNOT | | As of 09/06/2013 Past Due 980.16 Curr Due 980.16 Total Due 1,960.32 Requested By auto-bu |
| 7092244537 | 9/7/2013 | 7:30:31 AM | Dinesh Subbanna | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period: |

Effective Date = 9/6/2013

Escrow Payment = $206.53

Total Shortage = $646.96

Total Capitalization = $0

Borrower Paid MI Premium = $0

Escrow Balance = $179.15 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $0 | Hazard Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $0 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0

Breakdown as Follows:

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001685

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 9/8/2013 | 11:04:17 PM | Dinesh Subbanna | ES | NEPQ | New-Escrowed Payment Quote: |

Effective Date = 9/6/2013

Escrow Payment = $206.53

Total Deposit = $0

Shortage / Deposit =$27.37

Delinquent Tax =$0                                                                                          Tax P
& I = $0

                                                                    - This Comment was auto-generated in batch mode.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 9/13/2013 | 7:06:30 PM | Background processor | FORM | | NSFLET Requested 09/06/2013 |
| | | | | | | Printed 09/12/2013 |
| 7092244537 | 9/16/2013 | 11:56:01 PM | Background processor | CORR | INTN | NOTICE OF INTENT – NOTE |
| 7092244537 | 9/16/2013 | 11:56:03 PM | Background processor | PYMT | | Payment received from Outsource   for $980.16  Source SP7 – sp0916 and was forwarded to: Cashier queue, user-id: Cashier Via Web Confirmation Number = 12321211 |
| 7092244537 | 9/18/2013 | 6:47:03 PM | Alex Lombardo | GC | | Account Reported To Credit Bureau (as of 08/31/13)LPI: 08/26/13 UPB: 81,537 Mthly Pmt: 980 Status: 11 [ Current ]  Original Charge Off Amt: 0 Payment History[24 Mons]: 000010000000000104323BBBB |
| 7092244537 | 9/19/2013 | 7:13:15 PM | Background processor | FORM | | LATE Requested 09/16/2013 |
| | | | | | | Printed 09/18/2013 |
| 7092244537 | 9/20/2013 | 7:40:34 AM | Dinesh Subbanna | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period: |

Effective Date = 9/18/2013

Escrow Payment = $206.53

Total Shortage = $967.11

Total Capitalization = $0

Borrower Paid MI Premium = $0

Escrow Balance = $65.53 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $0 | Hazard Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $0 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Breakdown as Follows: |
| 7092244537 | 9/22/2013 | 12:03:19 AM | Dinesh Subbanna | ES | NEPQ | New-Escrowed Payment Quote: |

Effective Date = 9/18/2013

Escrow Payment = $206.53

Total Deposit = $347.52

Shortage / Deposit =$347.52

Delinquent Tax =$0                                                                                          Tax P
& I = $0

EXHIBIT 5 TO EXHIBIT B

- This Comment was auto-generated in batch mode.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 9/23/2013 | 2:50:08 PM | Sayed Abbas | ES | AGMCCR | CANC OF INTEREST - LETTER SENT; |

INS CO      : AAA

POL #       : HOM042608346

ISSUE DATE  : 09/16/2013

EFFE  DATE  : 09/13/2013

REASON      : MORTAGEE DELETION


SENT HZ09 LETTER

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 9/24/2013 | 6:22:21 PM | Alex Lombardo | GC | | ..............ASAYED/HIPC.<br>Account Reported To Credit Bureau (as of 08/31/13)LPI: 08/26/13 UPB: 81,537<br>Mthly Pmt: 980 Status: 11 [ Current ]  Original Charge Off Amt: 0 Payment<br>History[24 Mons]: 000010000000000104323BBBB |
| 7092244537 | 10/1/2013 | 2:50:33 AM | Background processor | FORM | EARL | Early Late Notice |
| 7092244537 | 10/1/2013 | 10:03:49 PM | Background processor | CS | ACHW | ACH Creation through WEB |
| 7092244537 | 10/1/2013 | 10:06:22 PM | Background processor | PYMT | | Payment received from Outsource   for $980.16  Source OAC - oach1001 and was<br>forwarded to: Cashier queue, user-id: Cashier Confirmation Number =<br>20131001015078967896 |
| 7092244537 | 10/1/2013 | 10:06:24 PM | Background processor | CM | PRIVAB | Annual Privacy Statement Mailed with Billing Statement |
| 7092244537 | 10/1/2013 | 10:06:26 PM | Background processor | BNOT | | As of 10/01/2013 Past Due .00 Curr Due 980.16 Total Due 980.16 Requested By<br>auto-bu |
| 7092244537 | 10/3/2013 | 7:07:15 AM | Dinesh Subbanna | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period: |

Effective Date = 10/2/2013

Escrow Payment = $206.53

Total Shortage = $853.49

Total Capitalization = $0

Borrower Paid MI Premium = $0

Escrow Balance = $179.15 | Interim T&I Disbursements = $0 | Total T&I
Disbursements During Trial Period = $0 | Hazard Disbursements During Trial
Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1
During Trial Period = $0 | Tax Payment #2 During Trial Period = $0 | Tax
Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0
| Delinquent Taxes Due = $0

Breakdown as Follows:

EXHIBIT 5 TO EXHIBIT B

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 10/10/2013 | 1:06:18 AM | Kusum V | | RS | ACDVRC | BWR Automated CDV |

DAVID MAX DAUGHERTY

Control Number: 99993274026515113

Subscriber Code: 465FS01690

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:DAVID MAX DAUGHERTY SSN: 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

Reporting to Credit Bureau:Borrower has signed the note, hence responsible, ssn matches, checked CIS.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 10/10/2013 | 1:06:21 AM | Kusum V | | RS | ACDVFC | Discrepency (NAME, ADD, SSN;) Address.  Details: k |

Form Completed and Sent Electronically (It is not mailed);

BWR Automated CDV

DAVID MAX DAUGHERTY

Control Number: 99993274026515113

Subscriber Code: 465FS01690

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:DAVID MAX DAUGHERTY SSN: 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

Reporting to Credit Bureau:Borrower has signed the note, hence responsible, ssn matches, checked CIS.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 10/10/2013 | 1:08:05 AM | Kusum V | | GC | CRIVL | Discrepency (NAME, ADD, SSN):; Address.   Details:  jk |
| 7092244537 | 10/10/2013 | 1:08:06 AM | Kusum V | | RS | CRINQ | Invalid/Inaccurate Credit Dispute Received |
| 7092244537 | 10/10/2013 | 1:10:13 AM | Kusum V | | RS | ACDVRC | CR – CREDIT INQUIRY DISPUTE RECEIVED |
| | | | | | | | BWR Automated CDV |

DAVID MAX DAUGHERTY

Control Number: 99993274026515114

Subscriber Code: 465FS01690

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:DAVID MAX DAUGHERTY SSN: 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

Reporting to Credit Bureau:Borrower has signed the note, hence responsible, ssn matches, checked CIS.

Discrepency (NAME, ADD, SSN):; Address.    Details: k

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001688

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 10/10/2013 | 1:10:23 AM | Kusum V | RS | ACDVFC | Form Completed and Sent Electronically (It is not mailed); |

BWR Automated CDV

DAVID MAX DAUGHERTY

Control Number: 99993274026515114

Subscriber Code: 465FS01690

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:DAVID MAX DAUGHERTY SSN: 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

Reporting to Credit Bureau:Borrower has signed the note, hence responsible, ssn matches, checked CIS.

Discrepency (NAME, ADD, SSN):;  Address.     Details: k

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 10/10/2013 | 1:10:47 AM | Kusum V | RS | CRRPT | REPEAT DISPUTE |
| 7092244537 | 10/10/2013 | 1:10:50 AM | Kusum V | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED; . |
| 7092244537 | 10/13/2013 | 9:05:10 PM | Dinesh Subbanna | ES | NEPQ | New-Escrowed Payment Quote: |

Effective Date = 10/8/2013

Escrow Payment = $206.53

Total Deposit = $120.28

Shortage / Deposit =$120.28

Delinquent Tax =$0                                                              Tax P
& I = $0

                                                   - This Comment was auto-generated in batch mode.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 10/14/2013 | 3:48:39 AM | Anjali Balakrishnan | RS | ACDVRC | BWR Automated CDV |

DAVID MAX DAUGHERTY

Control Number: 33281462601902

Subscriber Code: 813P004

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:Received from.DAVID MAX DAUGHERTY

SSN: 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

Reporting to Credit Bureau: Checked CIS No signature docs found in CIS verified signature in mortgage & the borrower's SSN is matching, Verified in real servicing. Hence He/She is Responsible/Liable on the Account

EXHIBIT 5 TO EXHIBIT B                                                              DD/OLS 001689

Discrepency (NAME, ADD, SSN):;   Address

  Details:  0

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 10/14/2013 | 3:48:44 AM | Anjali Balakrishnan | RS | ACDVFC | Form Completed and Sent Electronically (It is not mailed); |

BWR Automated CDV

DAVID MAX DAUGHERTY

Control Number: 33281462601902

Subscriber Code: 813P004

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:Received from.DAVID MAX DAUGHERTY

SSN: 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

Reporting to Credit Bureau: Checked CIS No signature docs found in CIS verified signature in mortgage & the borrower's SSN is matching, Verified in real servicing. Hence He/She is Responsible/Liable on the Account

Discrepency (NAME, ADD, SSN):;   Address

  Details:  0

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 10/14/2013 | 3:48:46 AM | Anjali Balakrishnan | GC | CRIVL | Invalid/Inaccurate Credit Dispute Received |
| 7092244537 | 10/14/2013 | 3:48:49 AM | Anjali Balakrishnan | RS | CRINQ | CR – CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 10/16/2013 | 7:09:49 PM | Alex Lombardo | GC | | Account Reported To Credit Bureau (as of 09/30/13)LPI: 08/26/13 UPB: 81,537 Mthly Pmt: 980 Status: 11 [ Current ]  Original Charge Off Amt: 0 Payment History[24 Mons]: 000001000000000104323BBB |
| 7092244537 | 10/17/2013 | 11:51:22 PM | Suresh V K | CL | NOACTION | No Action Taken On Collection Screen |
| 7092244537 | 10/17/2013 | 11:56:09 PM | Suresh V K | CL | NOACTION | No Action Taken On Collection Screen |

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001690

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 10/17/2013 | 11:56:22 PM | Shalini Singh | RS | ACDVRC | BWR Automated CDV |

DAVID MAX DAUGHERTY

Control Number: 2909064366007

Subscriber Code: 3900947

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY

SSN: 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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepency (NAME, ADD, SSN): Address.

"Please note: Litton loan, information updated as per LSAMS and RADAR."

Details: S

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 10/17/2013 | 11:56:27 PM | Shalini Singh | RS | ACDVFC | Form Completed and Sent Electronically (It is not mailed); |

BWR Automated CDV

DAVID MAX DAUGHERTY

Control Number: 2909064366007

Subscriber Code: 3900947

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY

SSN: 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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepency (NAME, ADD, SSN): Address.

"Please note: Litton loan, information updated as per LSAMS and RADAR."

Details: S

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 10/17/2013 | 11:56:28 PM | Shalini Singh | RS | CRINQ | CR – CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 10/21/2013 | 11:05:41 PM | Anjali Balakrishnan | RS | ACDVRC | BWR Automated CDV |

DAVID MAX DAUGHERTY

Control Number: 99993274026515112

Subscriber Code: 605FM50178

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID

Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY

SSN: 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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepency (NAME, ADD, SSN): Address.

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001691

"Please note: Litton loan, information updated as per LSAMS and RADAR."

Details:  0

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 10/21/2013 | 11:05:46 PM | Anjali Balakrishnan | RS | ACDVFC | Form Completed and Sent Electronically (It is not mailed); |

BWR Automated CDV

DAVID MAX DAUGHERTY

Control Number: 99993327402651511 2

Subscriber Code: 605FM50178

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID

Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY

SSN: 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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepency (NAME, ADD, SSN): Address.

"Please note: Litton loan, information updated as per LSAMS and RADAR."

Details:  0

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 10/21/2013 | 11:05:48 PM | Anjali Balakrishnan | RS | CRINQ | CR — CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 10/22/2013 | 3:17:27 AM | Daniel Wesley | RS | ACDVRC | BWR Automated CDV |

DAVID MAX DAUGHERTY

Control Number: 33281462601901

Subscriber Code:9823004

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID

Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY

SSN: 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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepency (NAME, ADD, SSN): Address.

"Please note: Litton loan, information updated as per LSAMS and RADAR."
Details:  DJ

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001692

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 10/22/2013 | 3:17:31 AM | Daniel Wesley | RS | ACDVFC | Form Completed and Sent Electronically (It is not mailed); |

BWR Automated CDV

DAVID MAX DAUGHERTY

Control Number: 33281462601901

Subscriber Code:9823004

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID

Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY

SSN: 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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepency (NAME, ADD, SSN): Address.

"Please note: Litton loan, information updated as per LSAMS and RADAR."

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 10/22/2013 | 3:17:36 AM | Daniel Wesley | RS | CRINQ | Details:  DJ<br>CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 10/26/2013 | 5:47:24 AM | Dinesh Subbanna | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period: |

Effective Date = 10/19/2013

Escrow Payment = $206.53

Total Shortage = $341.84

Total Capitalization = $604.56

Borrower Paid MI Premium = $0

Escrow Balance = $292.77 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $604.56 | Hazard Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $604.56 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 10/27/2013 | 10:52:57 PM | Dinesh Subbanna | ES | NEPQ | Breakdown as Follows:<br>New-Escrowed Payment Quote: |

Effective Date = 10/25/2013

Escrow Payment = $206.53

Total Deposit = $326.81

Shortage / Deposit =$326.81

Delinquent Tax =$0                                                                                       Tax P
& I = $0

                                                                        - This Comment was auto-generated in batch mode.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 10/31/2013 | 12:59:23 AM | Background processor | FORM | EARL | Early Late Notice |
| 7092244537 | 10/31/2013 | 9:49:08 PM | Background processor | CS | ACHW | ACH Creation through WEB |

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001693

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 11/1/2013 | 9:57:10 PM | Background processor | PYMT | | Payment received from Outsource for $980.16 Source OAC - oach1l01 and was forwarded to: Cashier queue, user-id: Cashier Confirmation Number = 2013103101587951 |
| 7092244537 | 11/1/2013 | 9:57:12 PM | Background processor | BNOT | | As of 11/01/2013 Past Due .00 Curr Due 968.08 Total Due 968.08 Requested By auto-bu |
| 7092244537 | 11/4/2013 | 10:47:38 PM | BinuK Chellan | CSH | OACHWCONF | One-Time ACH created in Web. Re-triggering letter since the automated letter generation failed. |
| | | | | | | . |
| | | | | | | One-Time ACH created in Web. Re-triggering letter since the automated letter generation failed. |
| 7092244537 | 11/10/2013 | 12:00:18 AM | Dinesh Subbanna | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period: |
| | | | | | | Effective Date = 11/7/2013 |
| | | | | | | Escrow Payment = $206.53 |
| | | | | | | Total Shortage = $228.22 |
| | | | | | | Total Capitalization = $604.56 |
| | | | | | | Borrower Paid MI Premium = $0 |
| | | | | | | Escrow Balance = $406.39 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $604.56 | Hazard Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $604.56 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0 |
| 7092244537 | 11/11/2013 | 5:05:34 AM | Dinesh Subbanna | ES | NEPQ | Breakdown as Follows:<br>New-Escrowed Payment Quote: |
| | | | | | | Effective Date = 11/7/2013 |
| | | | | | | Escrow Payment = $206.53 |
| | | | | | | Total Deposit = $213.19 |
| | | | | | | Shortage / Deposit =$213.19 |
| | | | | | | Delinquent Tax =$0 Tax P<br>& I = $0 |
| | | | | | | - This Comment was auto-generated in batch mode. |
| 7092244537 | 11/18/2013 | 6:01:05 PM | Alex Lombardo | GC | | Account Reported To Credit Bureau (as of 10/31/13)LPI: 09/26/13 UPB: 81,333 Mthly Pmt: 980 Status: 11 [ Current ]  Compliance Cond. Code: XB[Acct in Dispute] Original Charge Off Amt: 0 Payment History[24 Mons]: 000000100000000000104323BB |
| 7092244537 | 11/24/2013 | 9:13:43 PM | Dinesh Subbanna | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period: |
| | | | | | | Effective Date = 11/20/2013 |
| | | | | | | Escrow Payment = $206.53 |
| | | | | | | Total Shortage = $434.75 |
| | | | | | | Total Capitalization = $604.56 |
| | | | | | | Borrower Paid MI Premium = $0 |
| | | | | | | Escrow Balance = $406.39 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $604.56 | Hazard Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $604.56 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = |

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001694

$0 | Delinquent Taxes Due = $0

Breakdown as Follows:

| 7092244537 | 11/27/2013 | 6:12:40 AM | Dinesh Subbanna | ES | NEPQ | New-Escrowed Payment Quote: |

Effective Date = 11/20/2013

Escrow Payment = $206.53

Total Deposit = $419.72

Shortage / Deposit =$419.72

Delinquent Tax =$0                                                                                          Tax P
& I = $0

                                              - This Comment was auto-generated in batch mode.

| 7092244537 | 12/2/2013 | 11:54:34 PM | Background processor | FORM | EARL | Early Late Notice |
| 7092244537 | 12/2/2013 | 11:54:36 PM | S V, Akshatha | RS | ACDVRC | BWR Automated CDV |

DAVID MAX DAUGHERTY

Control Number: 99993318032030123

Subscriber Code: 465FS01690

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:Received from.DAVID MAX DAUGHERTY

SSN: 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

Reporting to Credit Bureau: Checked CIS No signature docs found in CIS verified signature in mortgage & the borrower's SSN is matching, Verified in real servicing. Hence He/She is Responsible/Liable on the Account

Discrepency (NAME, ADD, SSN):;   Address

  Details:  SV

EXHIBIT 5 TO EXHIBIT B

```
7092244537    12/2/2013    11:54:38 PM   S V, Akshatha         RS          ACDVFC    Form Completed and Sent Electronically (It is not mailed);
```

BWR Automated CDV

DAVID MAX DAUGHERTY

Control Number: 99993318032030123

Subscriber Code: 465FS01690

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:Received from.DAVID MAX DAUGHERTY

SSN: 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

Reporting to Credit Bureau: Checked CIS No signature docs found in CIS verified signature in mortgage & the borrower's SSN is matching, Verified in real servicing. Hence He/She is Responsible/Liable on the Account

Discrepancy (NAME, ADD, SSN):;   Address

Details:  SV
```
7092244537    12/2/2013    11:54:40 PM   S V, Akshatha         GC          CRIVL     Invalid/Inaccurate Credit Dispute Received
7092244537    12/2/2013    11:54:42 PM   S V, Akshatha         RS          CRINQ     CR - CREDIT INQUIRY DISPUTE RECEIVED
7092244537    12/2/2013    11:54:44 PM   S V, Akshatha         RS          ACDVRC    BWR Automated CDV
```

DAVID MAX DAUGHERTY

Control Number: 99993318032030122

Subscriber Code: 465FS01690

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:Received from.DAVID MAX DAUGHERTY

SSN: 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

Reporting to Credit Bureau: Checked CIS No signature docs found in CIS verified signature in mortgage & the borrower's SSN is matching, Verified in real servicing. Hence He/She is Responsible/Liable on the Account

Discrepancy (NAME, ADD, SSN):;   Address  Details:  sv

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001696

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 12/2/2013 | 11:54:46 PM | S V, Akshatha | RS | ACDVFC | Form Completed and Sent Electronically (It is not mailed); |

BWR Automated CDV

DAVID MAX DAUGHERTY

Control Number: 99993318032030122

Subscriber Code: 465FS01690

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:Received from.DAVID MAX DAUGHERTY

SSN: 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

Reporting to Credit Bureau: Checked CIS No signature docs found in CIS verified signature in mortgage & the borrower's SSN is matching, Verified in real servicing. Hence He/She is Responsible/Liable on the Account

Discrepancy (NAME, ADD, SSN):;  Address  Details:  sv

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 12/2/2013 | 11:54:48 PM | S V, Akshatha | RS | CRRPT | REPEAT DISPUTE |
| 7092244537 | 12/2/2013 | 11:54:50 PM | S V, Akshatha | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 12/2/2013 | 11:54:52 PM | Kusum V | RS | ACDVRC | BWR Automated CDV |

TINA MARIE DAUGHERTY

Control Number: 0764191934005

Subscriber Code: 3900947

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID

Reporting received from Credit Bureau:Received fromTINA MARIE DAUGHERTY

SSN: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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepancy (NAME, ADD, SSN): Address and SSN.

"Please note: Litton loan, information updated as per LSAMS and RADAR." Details:  k

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001697

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 12/2/2013 | 11:54:54 PM | Kusum V | RS | ACDVFC | Form Completed and Sent Electronically (It is not mailed); |

BWR Automated CDV

TINA MARIE DAUGHERTY

Control Number: 0764191934005

Subscriber Code: 3900947

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID

Reporting received from Credit Bureau:Received fromTINA MARIE DAUGHERTY

SSN: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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepency (NAME, ADD, SSN): Address and SSN.

"Please note: Litton loan, information updated as per LSAMS and RADAR."
Details:  k

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 12/2/2013 | 11:54:56 PM | Kusum V | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 12/2/2013 | 11:54:58 PM | Background processor | PYMT | | Payment received from Outsource   for $968.08  Source SP7 - sp1202 and was forwarded to: Cashier queue, user-id: Cashier Via Web Confirmation Number = 13051943 |
| 7092244537 | 12/2/2013 | 11:55:00 PM | Background processor | BNOT | | As of 12/02/2013 Past Due .00 Curr Due 968.08 Total Due 968.08 Requested By auto-bu |
| 7092244537 | 12/3/2013 | 5:58:12 AM | Anjali Balakrishnan | RS | ACDVRC | 12/04/2013 |

BWR Automated CDV

TINA M DAUGHERTY

Control Number: 9999331803205906A

Subscriber Code: 605FM50178

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:Received from TINA M DAUGHERTY

SSN: 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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepency (NAME, ADD, SSN):none

"Please note: Litton loan, information updated as per LSAMS and RADAR."

 Details:  01

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001698

| 7092244537 | 12/3/2013 | 5:58:17 AM | Anjali Balakrishnan | RS | | ACDVFC | Form Completed and Sent Electronically (It is not mailed); |
| | | | | | | | BWR Automated CDV |
| | | | | | | | TINA M DAUGHERTY |
| | | | | | | | Control Number: 99993318032059064 |
| | | | | | | | Subscriber Code: 605FM50178 |
| | | | | | | | Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID. |
| | | | | | | | Reporting received from Credit Bureau:Received from TINA M DAUGHERTY |
| | | | | | | | SSN: 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 |
| | | | | | | | Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account. |
| | | | | | | | Discrepency (NAME, ADD, SSN):none |
| | | | | | | | "Please note: Litton loan, information updated as per LSAMS and RADAR." |
| | | | | | | |  Details:  0 |
| 7092244537 | 12/3/2013 | 5:58:19 AM | Anjali Balakrishnan | RS | | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 12/3/2013 | 6:00:25 AM | Anjali Balakrishnan | RS | | ACDVRC | BWR Automated CDV |
| | | | | | | | DAVID MAX DAUGHERTY |
| | | | | | | | Control Number: 99993318032030121 |
| | | | | | | | Subscriber Code: 605FM50178 |
| | | | | | | | Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID. |
| | | | | | | | Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY |
| | | | | | | | SSN: 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 |
| | | | | | | | Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account. |
| | | | | | | | Discrepency (NAME, ADD, SSN): Address. |
| | | | | | | | "Please note: Litton loan, information updated as per LSAMS and RADAR." |
| | | | | | | |  Details:  0 |
| 7092244537 | 12/3/2013 | 6:00:33 AM | Anjali Balakrishnan | RS | | ACDVFC | Form Completed and Sent Electronically (It is not mailed); |
| | | | | | | | BWR Automated CDV |
| | | | | | | | DAVID MAX DAUGHERTY |
| | | | | | | | Control Number: 99993318032030121 |
| | | | | | | | Subscriber Code: 605FM50178 |
| | | | | | | | Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID. |
| | | | | | | | Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY |
| | | | | | | | SSN: 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 |
| | | | | | | | Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account. |
| | | | | | | | Discrepency (NAME, ADD, SSN): Address. |

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001699

"Please note: Litton loan, information updated as per LSAMS and RADAR."

Details:  0

| 7092244537 | 12/3/2013 | 6:00:35 AM | Anjali Balakrishnan | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 12/3/2013 | 6:50:03 AM | Rajina Robert | RS | ACDVRC | BWR Automated CDV |

DAVID MAX DAUGHERTY

 Control Number: 33281462602301

Subscriber Code: 813P004

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:RECEIVED FROM DAVID MAX DAUGHERTY SSN: 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

Reporting to Credit Bureau:Checked CIS No signature docs found in CIS & the borrower's SSN is matching, Verified in real servicing. Hence He/She is Responsible/Liable on the Account.

| 7092244537 | 12/3/2013 | 6:50:12 AM | Rajina Robert | RS | ACDVFC | Discrepency (NAME, ADD, SSN):;  Address  Details:  M |

Form Completed and Sent Electronically (It is not mailed);

BWR Automated CDV

DAVID MAX DAUGHERTY

 Control Number: 33281462602301

Subscriber Code: 813P004

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:RECEIVED FROM DAVID MAX DAUGHERTY SSN: 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

Reporting to Credit Bureau:Checked CIS No signature docs found in CIS & the borrower's SSN is matching, Verified in real servicing. Hence He/She is Responsible/Liable on the Account.

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001700

Discrepency (NAME, ADD, SSN):;  Address  Details:  M

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 12/3/2013 | 6:50:15 AM | Rajina Robert | GC | CRIVL | Invalid/Inaccurate Credit Dispute Received |
| 7092244537 | 12/3/2013 | 6:50:17 AM | Rajina Robert | RS | CRINQ | CR – CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 12/3/2013 | 8:30:32 AM | Kusum V | RS | ACDVRC | BWR Automated CDV |

DAVID MAX DAUGHERTY

Control Number: 33281462602302

Subscriber Code: 9823004

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY

SSN: 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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepency (NAME, ADD, SSN): none.

"Please note: Litton loan, information updated as per LSAMS and RADAR."
Details: jk

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 12/3/2013 | 8:30:36 AM | Kusum V | RS | ACDVFC | Form Completed and Sent Electronically (It is not mailed); |

BWR Automated CDV

DAVID MAX DAUGHERTY

Control Number: 33281462602302

Subscriber Code: 9823004

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY

SSN: 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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepency (NAME, ADD, SSN): none.

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001701

"Please note: Litton loan, information updated as per LSAMS and RADAR."
Details:  k

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 12/3/2013 | 8:30:37 AM | Kusum V | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 12/4/2013 | 12:01:20 AM | Anjali Balakrishnan | RS | ACDVRC | BWR Automated CDV |

TINA MARIE DAUGHERTY

Control Number: 33960640300301

Subscriber Code: 9823004

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:Received from TINA MARIE DAUGHERTY

SSN: 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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepency (NAME, ADD, SSN): Address.

"Please note: Litton loan, information updated as per LSAMS and RADAR."
 Details:  0

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 12/4/2013 | 12:01:24 AM | Anjali Balakrishnan | RS | ACDVFC | Form Completed and Sent Electronically (It is not mailed); |

BWR Automated CDV

TINA MARIE DAUGHERTY

Control Number: 33960640300301

Subscriber Code: 9823004

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:Received from TINA MARIE DAUGHERTY

SSN: 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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepency (NAME, ADD, SSN): Address.

"Please note: Litton loan, information updated as per LSAMS and RADAR."
 Details:  0

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 12/4/2013 | 12:01:27 AM | Anjali Balakrishnan | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001702

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 12/8/2013 | 10:39:48 PM | Dinesh Subbanna | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period: |

Effective Date = 12/4/2013

Escrow Payment = $206.53

Total Shortage = $434.75

Total Capitalization = $604.56

Borrower Paid MI Premium = $0

Escrow Balance = $406.39 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $604.56 | Hazard Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $604.56 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 12/15/2013 | 10:50:42 PM | Dinesh Subbanna | ES | NEPQ | Breakdown as Follows: |

New-Escrowed Payment Quote:

Effective Date = 12/5/2013

Escrow Payment = $206.53

Total Deposit = $318.18

Shortage / Deposit =$318.18

Delinquent Tax =$0                                                            Tax P
& I = $0

- This Comment was auto-generated in batch mode.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 12/26/2013 | 5:33:12 AM | Daniel A Rochford | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period: |

Effective Date = 12/19/2013

Escrow Payment = $206.53

Total Shortage = $539.74

Total Capitalization = $604.56

Borrower Paid MI Premium = $0

Escrow Balance = $507.93 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $604.56 | Hazard Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $604.56 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0

Breakdown as Follows:

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001703

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 12/28/2013 | 5:46:35 AM | Daniel A Rochford | ES | NEPQ | New-Escrowed Payment Quote: |

Effective Date = 12/20/2013

Escrow Payment = $206.53

Total Deposit = $524.71

Shortage / Deposit =$524.71

Delinquent Tax =$0                                                                                                    Tax P
& I = $0

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | – This Comment was auto-generated in batch mode. |
| 7092244537 | 12/31/2013 | 12:56:32 AM | Background processor | FORM | EARL | Early Late Notice |
| 7092244537 | 12/31/2013 | 9:55:56 PM | Background processor | PYMT | | Payment received from Outsource   for $968.08  Source OAC – oach1231 and was forwarded to: Cashier queue, user-id: Cashier Confirmation Number = 2013123101807394 |
| 7092244537 | 12/31/2013 | 9:56:45 PM | Background processor | CS | ACHW | ACH Creation through WEB |
| 7092244537 | 1/2/2014 | 5:45:23 PM | Alex Lombardo | GC | | Account Reported To Credit Bureau (as of 11/30/13)LPI: 10/26/13 UPB: 81,127 Mthly Pmt: 968 Status: 11 [ Current ]  Compliance Cond. Code: XB[Acct in Dispute] Original Charge Off Amt: 0 Payment History[24 Mons]: 000000010000000000104323B |
| 7092244537 | 1/3/2014 | 11:08:21 PM | BinuK Chellan | CSH | OACHWCONF | One-Time ACH created in Web. Re-triggering letter since the automated letter generation failed. |

.

One-Time ACH created in Web. Re-triggering letter since the automated letter generation failed.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 1/12/2014 | 7:58:51 PM | Daniel A Rochford | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period: |

Effective Date = 1/3/2014

Escrow Payment = $206.53

Total Shortage = $438.2

Total Capitalization = $604.56

Borrower Paid MI Premium = $0

Escrow Balance = $609.47 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $604.56 | Hazard Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $604.56 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0

Breakdown as Follows:

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 1/13/2014 | 1:43:57 AM | Daniel A Rochford | ES | NEPQ | New-Escrowed Payment Quote: |

Effective Date = 1/3/2014

Escrow Payment = $206.53

Total Deposit = $423.17

Shortage / Deposit =$423.17

Delinquent Tax =$0                                                                                                    Tax P
& I = $0

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001704

– This Comment was auto-generated in batch mode.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 1/15/2014 | 5:17:39 AM | Anjali Balakrishnan | RS | ACDVRC | BWR Automated CDV |

DAVID MAX DAUGHERTY

Control Number:  2109313360001

Subscriber Code:  3900947

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY

SSN: 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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepency (NAME, ADD, SSN): Address.

"Please note: Litton loan, information updated as per LSAMS and RADAR."

  Details:  0

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 1/15/2014 | 5:17:45 AM | Anjali Balakrishnan | RS | ACDVFC | Form Completed and Sent Electronically (It is not mailed); |

BWR Automated CDV

DAVID MAX DAUGHERTY

Control Number:  2109313360001

Subscriber Code:  3900947

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY

SSN: 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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepency (NAME, ADD, SSN): Address.

"Please note: Litton loan, information updated as per LSAMS and RADAR."

  Details:  0

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 1/15/2014 | 5:17:47 AM | Anjali Balakrishnan | RS | CRINQ | CR – CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 1/15/2014 | 6:15:55 PM | Alex Lombardo | GC | | Account Reported To Credit Bureau (as of 12/31/13)LPI: 12/26/13 UPB: 80,711 Mthly Pmt: 968 Status: 11 [ Current ]  Compliance Cond. Code: XB[Acct in Dispute] Original Charge Off Amt: 0 Payment History[24 Mons]: 0000000010000000000104323 |

EXHIBIT 5 TO EXHIBIT B                                                    DD/OLS 001705

| 7092244537 | 1/16/2014 | 5:55:11 AM | Suresh V K | RS | ACDVRC | BWR Automated CDV |
|---|---|---|---|---|---|---|

DAVID MAX DAUGHERTY

Control Number: 99994010017721125

Subscriber Code: 605FM50178

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:11:Current account.

Date of Account Information 09-01-2011

Reporting to Credit Bureau:05:Account transferred to another office as of 11-01-2011.

Payment Rating 0:Current account

Discrepancy (NAME, ADD, SSN):address

"Please note: Litton loan, information updated as per LSAMS and RADAR" Details:  ,

| 7092244537 | 1/16/2014 | 5:55:17 AM | Suresh V K | RS | ACDVFC | Form Completed and Sent Electronically (It is not mailed); |
|---|---|---|---|---|---|---|

BWR Automated CDV

DAVID MAX DAUGHERTY

Control Number: 99994010017721125

Subscriber Code: 605FM50178

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:11:Current account.

Date of Account Information 09-01-2011

Reporting to Credit Bureau:05:Account transferred to another office as of 11-01-2011.

Payment Rating 0:Current account

Discrepancy (NAME, ADD, SSN):address

"Please note: Litton loan, information updated as per LSAMS and RADAR" Details:  ,

| 7092244537 | 1/16/2014 | 5:55:18 AM | Suresh V K | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
|---|---|---|---|---|---|---|

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001706

| 7092244537 | 1/16/2014 | 7:04:54 AM | Kusum V | RS | ACDVRC | BWR Automated CDV |

TINA MARIE DAUGHERTY

Control Number:  33960640300603

Subscriber Code:  9823004

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY

SSN: 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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepency (NAME, ADD, SSN): Address and First Name.

"Please note: Litton loan, information updated as per LSAMS and RADAR." Details:  k

| 7092244537 | 1/16/2014 | 7:05:00 AM | Kusum V | RS | ACDVFC | Form Completed and Sent Electronically (It is not mailed); |

BWR Automated CDV

TINA MARIE DAUGHERTY

Control Number:  33960640300603

Subscriber Code:  9823004

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY

SSN: 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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepency (NAME, ADD, SSN): Address and First Name.

"Please note: Litton loan, information updated as per LSAMS and RADAR." Details:  k

| 7092244537 | 1/16/2014 | 7:05:03 AM | Kusum V | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001707

| 7092244537 | 1/16/2014 | 7:54:43 AM | Suresh V K | RS | ACDVRC | BWR Automated CDV |

DAVID MAX DAUGHERTY

 Control Number: 33281462602705

 Subscriber Code: 9823004

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:11:Current account.

Date of Account Information 09-30-2011

Reporting to Credit Bureau:05:Account transferred to another office as of 11-01-2011.

Payment Rating – 0:Current account

Discrepency (NAME, ADD, SSN):Address

"Please note: Litton loan, information updated as per LSAMS and RADAR"
 Details:  ,

| 7092244537 | 1/16/2014 | 7:54:48 AM | Suresh V K | RS | ACDVFC | Form Completed and Sent Electronically (It is not mailed); |

BWR Automated CDV

DAVID MAX DAUGHERTY

 Control Number: 33281462602705

 Subscriber Code: 9823004

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:11:Current account.

Date of Account Information 09-30-2011

Reporting to Credit Bureau:05:Account transferred to another office as of 11-01-2011.

Payment Rating – 0:Current account

Discrepency (NAME, ADD, SSN):Address

"Please note: Litton loan, information updated as per LSAMS and RADAR"
Details:  ,

| 7092244537 | 1/16/2014 | 7:54:50 AM | Suresh V K | RS | CRINQ | CR – CREDIT INQUIRY DISPUTE RECEIVED |

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001708

| 7092244537 | 1/17/2014 | 12:45:16 AM | Suresh V K | | RS | | ACDVRC | | BWR Automated CDV |
|---|---|---|---|---|---|---|---|---|---|

DAVID MAX DAUGHERTY

Control Number: 99994010017721127

Subscriber Code: 465FS01690

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:DAVID MAX DAUGHERTY  SSN: 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

 SSN: 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

Reporting to Credit Bureau:DAVID MAX DAUGHERTY has signed the note, hence responsible, checked CIS, SSN number matches.

| 7092244537 | 1/17/2014 | 12:45:22 AM | Suresh V K | RS | ACDVFC | Discrepency (NAME, ADD, SSN):Name, Address    Details:  , Form Completed and Sent Electronically (It is not mailed); |
|---|---|---|---|---|---|---|

BWR Automated CDV

DAVID MAX DAUGHERTY

Control Number: 99994010017721127

Subscriber Code: 465FS01690

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:DAVID MAX DAUGHERTY  SSN: 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

 SSN: 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

Reporting to Credit Bureau:DAVID MAX DAUGHERTY has signed the note, hence responsible, checked CIS, SSN number matches.

| 7092244537 | 1/17/2014 | 12:45:36 AM | Suresh V K | GC | CRIVL | Discrepency (NAME, ADD, SSN):Name, Address    Details:  , Invalid/Inaccurate Credit Dispute Received |
|---|---|---|---|---|---|---|
| 7092244537 | 1/17/2014 | 12:45:44 AM | Suresh V K | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 1/17/2014 | 12:48:32 AM | Suresh V K | RS | ACDVRC | BWR Automated CDV |

DAVID MAX DAUGHERTY

 Control Number: 99994010017721126

 Subscriber Code: 465FS01690

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:DAVID MAX DAUGHERTY SSN: 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

SSN: 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

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001709

Reporting to Credit Bureau:DAVID MAX DAUGHERTY has signed the note, hence responsible, checked CIS, SSN number matches.

Discrepancy (NAME, ADD, SSN):Name, Address    Details:  ,

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 1/17/2014 | 12:48:38 AM | Suresh V K | RS | ACDVFC | Form Completed and Sent Electronically (It is not mailed); |

BWR Automated CDV

DAVID MAX DAUGHERTY

 Control Number: 99994010017721126

 Subscriber Code: 465FS01690

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:DAVID MAX DAUGHERTY SSN: 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

SSN: 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

Reporting to Credit Bureau:DAVID MAX DAUGHERTY has signed the note, hence responsible, checked CIS, SSN number matches.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 1/17/2014 | 12:48:49 AM | Suresh V K | GC | CRIVL | Discrepancy (NAME, ADD, SSN):Name, Address  Details:  , Invalid/Inaccurate Credit Dispute Received |
| 7092244537 | 1/17/2014 | 12:48:56 AM | Suresh V K | RS | CRINQ | CR – CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 1/17/2014 | 5:00:21 AM | A, Shanu | RS | ACDVRC | BWR Automated CDV |

DAVID MAX DAUGHERTY

Control Number:  33281462602701

Subscriber Code: 813P004

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID

Reporting received from Credit Bureau:Received from.DAVID MAX DAUGHERTY

SSN: 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

Reporting to Credit Bureau: The brw has signed the note, hence responsible, SSN matches, checked CIS

Discrepancy (NAME, ADD, SSN):;  Address

  Details:  ,

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001710

| 7092244537 | 1/17/2014 | 5:00:25 AM | A, Shanu | RS | ACDVFC | Form Completed and Sent Electronically (It is not mailed); |

BWR Automated CDV

DAVID MAX DAUGHERTY

Control Number: 33281462602701

Subscriber Code: 813P004

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID

Reporting received from Credit Bureau:Received from.DAVID MAX DAUGHERTY

SSN: 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

Reporting to Credit Bureau: The brw has signed the note, hence responsible, SSN matches, checked CIS

| 7092244537 | 1/17/2014 | 5:00:26 AM | A, Shanu | GC | CRIVL | Discrepancy (NAME, ADD, SSN):;  Address  Details: , Invalid/Inaccurate Credit Dispute Received |
| 7092244537 | 1/17/2014 | 5:00:28 AM | A, Shanu | RS | CRINQ | CR – CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 1/17/2014 | 6:37:40 AM | Daniel Wesley | RS | ACDVRC | BWR Automated CDV |

TINA M DAUGHERTY

 Control Number: 99994012013988067

 Subscriber Code: 605FM50178

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:Received from TINA M DAUGHERTY

SSN: 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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepancy (NAME, ADD, SSN): SSN not matching

"Please note: Litton loan, information updated as per LSAMS and RADAR."

 Details: dj

| 7092244537 | 1/17/2014 | 6:37:48 AM | Daniel Wesley | RS | ACDVFC | Form Completed and Sent Electronically (It is not mailed); |

BWR Automated CDV

TINA M DAUGHERTY

 Control Number: 99994012013988067

 Subscriber Code: 605FM50178

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:Received from TINA M DAUGHERTY

SSN: 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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepancy (NAME, ADD, SSN): SSN not matching

EXHIBIT 5 TO EXHIBIT B                    DD/OLS 001711

"Please note: Litton loan, information updated as per LSAMS and RADAR."

Details:  crinq

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 1/17/2014 | 6:37:51 AM | Daniel Wesley | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 1/18/2014 | 5:04:25 PM | Background processor | BNOT | | As of 01/18/2014 Past Due .00 Curr Due 968.08 Total Due 968.08 Requested By auto-bu |
| 7092244537 | 1/31/2014 | 12:57:35 AM | Background processor | FORM | EARL | Early Late Notice |
| 7092244537 | 2/3/2014 | 7:40:09 PM | Background processor | PYMT | | Payment received from Outsource   for $968.08  Source SP7 - sp0203 and was forwarded to: Cashier queue, user-id: Cashier Via Web Confirmation Number = 13676107 |
| 7092244537 | 2/3/2014 | 7:40:11 PM | Background processor | BNOT | | As of 02/03/2014 Past Due .00 Curr Due 968.08 Total Due 968.08 Requested By auto-bu |
| 7092244537 | 2/5/2014 | 8:44:15 PM | Arjun Nag, R | AR | ARML | ARM Department Sent Correspondence |

120 day balloon letter sent

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | |                - This Comment was auto-generated in batch mode. |
| 7092244537 | 2/11/2014 | 10:16:54 PM | Dawn Stoner | GC | | Account Reported To Credit Bureau (as of 01/31/14)LPI: 12/26/13 UPB: 80,711 Mthly Pmt: 968 Status: 11 [ Current ]  Original Charge Off Amt: 0 Payment History[24 Mons]: 000000000100000000010432 |
| 7092244537 | 2/23/2014 | 9:52:48 PM | Daniel A Rochford | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period: |

Effective Date = 2/20/2014

Escrow Payment = $207.31

Total Shortage = $102.17

Total Capitalization = $1259.89

Borrower Paid MI Premium = $0

Escrow Balance = $97.11 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $1259.89

Breakdown as Follows:

| Hazard Disbursements During Trial Period = $1259.89 | Flood Disbursements During Trial Period =$0 | Tax Payment #1 During Trial Period = $0 | Tax Payment #2 During Trial Period = $0

| Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0

| Delinquent Taxes Due = $0

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001712

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 2/26/2014 | 7:14:57 AM | Daniel A Rochford | ES | NEPQ | New-Escrowed Payment Quote: |

Effective Date = 2/19/2014

Escrow Payment = $207.31

Total Deposit = $740.13

Shortage / Deposit = $740.13

Delinquent Tax = $0                                                                                    Tax
P & I = $0

                                                                – This Comment was auto-generated in batch mode.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 3/3/2014 | 2:32:48 AM | Background processor | FORM | EARL | Early Late Notice |
| 7092244537 | 3/4/2014 | 9:42:09 PM | Background processor | PYMT | | Payment received from Outsource   for $968.08  Source OAC – oach0304 and was forwarded to: Cashier queue, user-id: Cashier Confirmation Number = 2014030302175355 |
| 7092244537 | 3/4/2014 | 9:42:11 PM | Background processor | BNOT | | As of 03/04/2014 Past Due .00 Curr Due 968.08 Total Due 968.08 Requested By auto-bu |
| 7092244537 | 3/4/2014 | 9:42:13 PM | Background processor | CS | ACHW | ACH Creation through WEB |
| 7092244537 | 3/9/2014 | 4:44:56 AM | Anu Kurian | GC | | Account Reported To Credit Bureau (as of 02/28/14)LPI: 01/26/14 UPB: 80,500 Mthly Pmt: 968 Status: 11 [ Current ]  Original Charge Off Amt: 0 Payment History[24 Mons]: 000000000010000000001043 |
| 7092244537 | 3/9/2014 | 10:46:53 PM | Daniel A Rochford | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period: |

Effective Date = 3/4/2014

Escrow Payment = $207.31

Total Shortage = $1362.06

Total Capitalization = $0

Borrower Paid MI Premium = $0

Escrow Balance = $97.11 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $0

Breakdown as Follows:

| Hazard Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period =$0 | Tax Payment #1 During Trial Period = $0 | Tax Payment #2 During Trial Period = $0

| Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0

| Delinquent Taxes Due = $0

EXHIBIT 5 TO EXHIBIT B                                    DD/OLS 001713

| 7092244537 | 3/10/2014 | 6:56:41 AM | Daniel A Rochford | ES | NEPQ | New-Escrowed Payment Quote: |
| | | | | | | Effective Date = 3/4/2014 |
| | | | | | | Escrow Payment = $207.31 |
| | | | | | | Total Deposit = $740.13 |
| | | | | | | Shortage / Deposit = $740.13 |
| | | | | | | Delinquent Tax = $0                                           Tax |
| | | | | | | P & I = $0 |

- This Comment was auto-generated in batch mode.

| 7092244537 | 3/13/2014 | 4:07:22 AM | Mohammed Sabir | SU | SCRANACT | Verified from DMDC website, but not on Active duty |
| 7092244537 | 3/14/2014 | 7:12:26 AM | Anjali Balakrishnan | RS | ACDVRC | BWR Automated CDV |
| | | | | | | DAVID MAX DAUGHERTY |
| | | | | | | Control Number: 99994068008068130 |
| | | | | | | Subscriber Code: 605FM50178 |
| | | | | | | Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID. |
| | | | | | | Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY |
| | | | | | | SSN: 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 |
| | | | | | | Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account. |
| | | | | | | Discrepency (NAME, ADD, SSN): Address. |
| | | | | | | "Please note: Litton loan, information updated as per LSAMS and RADAR." |
| | | | | | |  Details:  0 |
| 7092244537 | 3/14/2014 | 7:12:31 AM | Anjali Balakrishnan | RS | ACDVFC | Form Completed and Sent Electronically (It is not mailed); |
| | | | | | | BWR Automated CDV |
| | | | | | | DAVID MAX DAUGHERTY |
| | | | | | | Control Number: 99994068008068130 |
| | | | | | | Subscriber Code: 605FM50178 |
| | | | | | | Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID. |
| | | | | | | Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY |
| | | | | | | SSN: 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 |
| | | | | | | Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account. |
| | | | | | | Discrepency (NAME, ADD, SSN): Address. |
| | | | | | | "Please note: Litton loan, information updated as per LSAMS and RADAR." |
| | | | | | | Details:  0 |

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001714

| 7092244537 | 3/14/2014 | 7:12:34 AM | Anjali Balakrishnan | GC | CRLTON | Credit Reporting Dispute Due Prior Servicier Litton Root Cause Unknown. |
| 7092244537 | 3/14/2014 | 7:12:36 AM | Anjali Balakrishnan | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 3/17/2014 | 7:10:35 PM | Background processor | IVR | IVRC | CUSTOMER CONTACT VIA IVR |
| 7092244537 | 3/17/2014 | 7:16:57 PM | Background processor | IVR | IVRC | ISN RCK: 2714 RCD: 80417581ANI: 3046153238 CUSTOMER CONTACT VIA IVR |
| 7092244537 | 3/17/2014 | 7:32:48 PM | Rajani T R | CU | CUST | ISN RCK: 3120 RCD: 80418095ANI: 3046153238 Phone Call In; Customer Contact; Talked to David Daugherty and verified full name.. SCRIPT ID: VERIFYSSN |
| 7092244537 | 3/17/2014 | 7:39:20 PM | Rajani T R | CL | CNOC | Phone Call In; Customer Contact-No Commitment; Customer inquired about the payment due on the account. Advised customer the amount due and customer stated they would not be able to make a payment at this time. Asked customer if they wanted a breakdown of the total reinstatement amount and customer stated no. . SCRIPT ID: PAYMENT 21 |
| 7092244537 | 3/17/2014 | 7:45:08 PM | Rajani T R | WQ | | Phone Call In; Contact Info Provided; Caller wanted the fax number for the Research Department. Advised it was 1-407-737-6375.  SCRIPT ID: FAX NUMBER LIST |
| 7092244537 | 3/17/2014 | 7:47:02 PM | Rajani T R | CS | ICRR | Phone Call In; Credit Reporting Inquiry; Borrower inquired about credit reporting in 2013. For March, the loan was reported correctly as Current.For June, the loan was reported correctly as Current.For July, the loan was reported correctly as Current.  SCRIPT ID: CREDIT REPORT 3 |
| 7092244537 | 3/17/2014 | 7:47:35 PM | Rajani T R | CS | ICRR | Phone Call In; Credit Reporting Inquiry; Borrower inquired about credit reporting in 2013. For March, the loan was reported correctly as Current.For June, the loan was reported correctly as Current.For July, the loan was reported correctly as Current.  SCRIPT ID: CREDIT REPORT 3 |
| 7092244537 | 3/17/2014 | 7:47:35 PM | Rajani T R | WQ | | Phone Call In; Contact Info Provided; Borrower disagreed with credit reporting. Provided borrower with contact information for Research Department to dispute the reporting.  SCRIPT ID: CREDIT REPORT 3 |
| 7092244537 | 3/17/2014 | 7:49:27 PM | Rajani T R | WQ | | Call Ended.  SCRIPT ID: END SCRIPT |
| 7092244537 | 3/17/2014 | 7:50:38 PM | Rajani T R | WQ | | Phone Call In; Note; RSHS not raised as cust will send the proof to research |
| 7092244537 | 3/17/2014 | 7:57:29 PM | Rajani T R | CS | ICRR | Phone Call In; Credit Reporting Inquiry; reported as 30 days late in march 2013.please ignore the previous comment for march 2013 |
| 7092244537 | 3/18/2014 | 2:42:56 AM | Kusum V | RS | ACDVRC | BWR Automated CDV |

DAVID MAX DAUGHERTY

Control Number:  33960640300603

Subscriber Code:  9823004

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY SSN: 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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepancy (NAME, ADD, SSN): Address


"Please note: Litton loan, information updated as per LSAMS and RADAR." Details:  k

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001715

| 7092244537 | 3/18/2014 | 2:42:58 AM | Kusum V | RS | ACDVFC | Form Completed and Sent Electronically (It is not mailed); |

BWR Automated CDV

DAVID MAX DAUGHERTY

Control Number:  33960640300603

Subscriber Code:  9823004

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY SSN: 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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepency (NAME, ADD, SSN): Address

"Please note: Litton loan, information updated as per LSAMS and RADAR." Details:  k

| 7092244537 | 3/18/2014 | 2:43:02 AM | Kusum V | GC | CRLTON | Credit Reporting Dispute Due Prior Servicier Litton Root Cause Unknown. |
| 7092244537 | 3/18/2014 | 2:43:05 AM | Kusum V | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 3/19/2014 | 3:22:20 PM | Adeep Pradhan | CL | NOACTION | No Action Taken On Collection Screen |
| 7092244537 | 3/19/2014 | 3:22:50 PM | Adeep Pradhan | RS | WCCRF | Written Customer Correspondence Received via Fax |
| 7092244537 | 3/19/2014 | 3:23:04 PM | Adeep Pradhan | RS | WCCD | Customer Credit Inquiry |
| 7092244537 | 3/19/2014 | 3:23:07 PM | Adeep Pradhan | RS | RSDR | Customer Dispute Received |
| 7092244537 | 3/20/2014 | 7:13:51 AM | K, Lokesh S | RS | RACRR | Please refer to the PDRACRR or the comments below. |

(1);

borrower states that a report from Equifax shows incorrect details of the loan(balance owed by borrower), please report as per the contractual status to all the 4 credit Bureaus.  Details:  .

| 7092244537 | 3/20/2014 | 7:14:05 AM | K, Lokesh S | CL | NOACTION | No Action Taken On Collection Screen |
| 7092244537 | 3/20/2014 | 7:14:07 AM | Background processor | CORR | WCDR | WRITTEN DISPUTE CORRESPONDENCE RECEIVED |

- ACKNOWLEDGEMENT LETTER REQUEST SUBMITTED

| 7092244537 | 3/21/2014 | 2:40:25 AM | Suresh V K | RS | RACC | Research agent credit request complete; |

AUD Control Number: 69189581

Updated and reported the current balance of the loan as 80,499.78 as per transaction history to all the 4 credit bureaus.

Reason: Borrower states that a report from Equifax shows incorrect details of the loan(balance owed by borrower), please report as per the contractual status to all the 4 credit Bureaus.

EXHIBIT 5 TO EXHIBIT B                    DD/OLS 001716

Details:  ,

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 3/21/2014 | 2:40:30 AM | Suresh V K | GC | CROTH | Credit Reporting Dispute Due To Other: Explanation Required |

;

Updated and reported the current balance of the loan as 80,499.78 as per transaction history to all the 4 credit bureaus.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 3/21/2014 | 2:40:33 AM | Suresh V K | RS | CRINQ | CR – CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 3/21/2014 | 8:11:43 AM | K, Lokesh S | CL | NOACTION | No Action Taken On Collection Screen |
| 7092244537 | 3/22/2014 | 6:37:58 AM | Daniel A Rochford | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period: |

Effective Date = 3/20/2014

Escrow Payment = $207.31

Total Shortage = $207.94

Total Capitalization = $1259.89

Borrower Paid MI Premium = $0

Escrow Balance = $198.65 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $1259.89

Breakdown as Follows:

| Hazard Disbursements During Trial Period = $1259.89 | Flood Disbursements During Trial Period =$0 | Tax Payment #1 During Trial Period = $0 | Tax Payment #2 During Trial Period = $0

| Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0

| Delinquent Taxes Due = $0

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 3/23/2014 | 11:29:37 PM | Rajkumar Singh | RS | ACDVRC | BWR Automated CDV |

DAVID MAX DAUGHERTY

 Control Number: 99994068008068132

 Subscriber Code: 465FS01690

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:DAVID MAX DAUGHERTY  SSN: 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

Reporting to Credit Bureau:brw has signed the note, hence responsible, ssn matches, checked CIS

Discrepency (NAME, ADD, SSN):;  add  Details:  r

EXHIBIT 5 TO EXHIBIT B

```
7092244537    3/23/2014    11:29:41 PM    Rajkumar Singh        RS        ACDVFC    Form Completed and Sent Electronically (It is not mailed);

                                                                                    BWR Automated CDV

                                                                                    DAVID MAX DAUGHERTY
                                                                                     Control Number: 99994068008068132
                                                                                     Subscriber Code: 465FS01690
                                                                                    Borrower's concern with reporting:001:Not his/hers. Provide or confirm
                                                                                    complete ID.
                                                                                    Reporting received from Credit Bureau:DAVID MAX DAUGHERTY  SSN: 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
                                                                                    Reporting to Credit Bureau:brw has signed the note, hence responsible, ssn
                                                                                    matches, checked CIS
                                                                                    Discrepency (NAME, ADD, SSN).;  add   Details:  r
7092244537    3/23/2014    11:29:42 PM    Rajkumar Singh        GC        CRIVL     Invalid/Inaccurate Credit Dispute Received
7092244537    3/23/2014    11:29:44 PM    Rajkumar Singh        RS        CRINQ     CR - CREDIT INQUIRY DISPUTE RECEIVED
7092244537    3/23/2014    11:31:40 PM    Rajkumar Singh        RS        ACDVRC    BWR Automated CDV

                                                                                    DAVID MAX DAUGHERTY
                                                                                     Control Number: 99994068008068131
                                                                                     Subscriber Code: 465FS01690
                                                                                    Borrower's concern with reporting:001:Not his/hers. Provide or confirm
                                                                                    complete ID.
                                                                                    Reporting received from Credit Bureau:DAVID MAX DAUGHERTY  SSN: 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
                                                                                    Reporting to Credit Bureau:brw has signed the note, hence responsible, ssn
                                                                                    matches, checked CIS
                                                                                    Discrepency (NAME, ADD, SSN).;  add   Details:  r
7092244537    3/23/2014    11:31:44 PM    Rajkumar Singh        RS        ACDVFC    Form Completed and Sent Electronically (It is not mailed);

                                                                                    BWR Automated CDV

                                                                                    DAVID MAX DAUGHERTY
                                                                                     Control Number: 99994068008068131
                                                                                     Subscriber Code: 465FS01690
                                                                                    Borrower's concern with reporting:001:Not his/hers. Provide or confirm
                                                                                    complete ID.
                                                                                    Reporting received from Credit Bureau:DAVID MAX DAUGHERTY  SSN: 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
                                                                                    Reporting to Credit Bureau:brw has signed the note, hence responsible, ssn
                                                                                    matches, checked CIS
                                                                                    Discrepency (NAME, ADD, SSN).;  add   Details:  r
7092244537    3/23/2014    11:31:45 PM    Rajkumar Singh        GC        CRIVL     Invalid/Inaccurate Credit Dispute Received
7092244537    3/23/2014    11:31:47 PM    Rajkumar Singh        RS        CRINQ     CR - CREDIT INQUIRY DISPUTE RECEIVED
```

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001718

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 3/24/2014 | 4:41:46 AM | Daniel A Rochford | ES | NEPQ | New-Escrowed Payment Quote: |

Effective Date = 3/19/2014

Escrow Payment = $207.31

Total Deposit = $845.9

Shortage / Deposit = $845.9

Delinquent Tax = $0                                                                                          Tax
P & I = $0

                                                                          - This Comment was auto-generated in batch mode.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 3/24/2014 | 6:32:57 AM | Puttur, Rahul | RS | ACDVRC | BWR Automated CDV |

DAVID MAX DAUGHERTY

 Control Number:33281462603104

 Subscriber Code: 813P004

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:DAVID MAX DAUGHERTY  SSN: 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

Reporting to Credit Bureau:brw has signed the note, hence responsible, ssn matches, checked CIS

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 3/24/2014 | 6:33:02 AM | Puttur, Rahul | RS | ACDVFC | Discrepency (NAME, ADD, SSN):; ADD  Details:  0
Form Completed and Sent Electronically (It is not mailed);  BWR Automated CDV |

DAVID MAX DAUGHERTY

 Control Number:33281462603104

 Subscriber Code: 813P004

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:DAVID MAX DAUGHERTY  SSN: 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

Reporting to Credit Bureau:brw has signed the note, hence responsible, ssn matches, checked CIS

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 3/24/2014 | 6:33:04 AM | Puttur, Rahul | GC | CRIVL | Discrepency (NAME, ADD, SSN):; ADD  Details:  .0
Invalid/Inaccurate Credit Dispute Received |
| 7092244537 | 3/24/2014 | 6:33:11 AM | Puttur, Rahul | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 3/26/2014 | 12:13:36 PM | Kirstein, Ryan | RS | WCCRM | Written Customer Correspondence Received via Mail |
| 7092244537 | 3/26/2014 | 2:18:26 PM | Sunil Kumar | PD | RECM | Research Comment |

(1)

(2);  Additional correspondence received via PO.Batch, please incorporate with the ongoing research

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001719

| 7092244537 | 3/26/2014 | 3:34:58 PM | Yanira Febres | OM | CPBR | Consumer Financial Protection Bureau Dispute Received; rEFNUM 4094931 |
|---|---|---|---|---|---|---|

; Hi, I have a mortgage loan with Ocwen Financial Loan Services that matures in July 2014 with a balloon payment due at that time. My balance is roughly $80,000 and the value of my house is $165,000. I will need to refinance to keep my house. We did have some bad financial times a few years ago and just recently I have about all of my accounts paid off. I hired a credit repair company that helped a good bit. I have been not getting very good responses with finance companies. I usually getting monthly reports from Experion , but a couple weeks ago I ordered credit reports from all 3 reporting agencies. Equifax shows on my credit report that I was late on my mortgage payment by 120 days in March, June, July, October and December 2014. They also show that I am currently past due by $6,178.00. The only time I was late was the first week of March when our pension check did not get processed in time and a week went by when we caught it. It was paid immediately when discovered. We have not been late at anytime since then and we do not owe any past due amount. The problem is that we have disputed this 3 times with Equifax and they will not remove it insisting it is correct. I called Ocwen and they claim I need to take my complaint to Equifax. I told Ocwen that we have disputed it. I sent a fax with my complaint to Ocwen stating this and I sent a copy also by registered mail as a backup. I believe my consumer rights are being violated and with this false information being posted there is no way I will be able to refinance. I would also consider this being done by Ocwen to profit from my equity. I noticed on Ocwen website where you can look up your monthly statements and account information, June and July are blank. I have copies of the credit report and Ocwen monthly statements if you need them. I am going to also file a complaint against Equifax.

| 7092244537 | 3/26/2014 | 3:35:50 PM | Yanira Febres | OM | 1ACE | Acknowledgement letter sent;  March 26, 2014 |
|---|---|---|---|---|---|---|

David Daugherty

35 Valley View Dr.

Vienna, WV 26105


RE: Case No: 140326-000036

OLS Loan No.: 7092244537


Dear David Daugherty:


The Office of the Consumer Ombudsman would like to thank you for your recent inquiry regarding the above referenced loan received through the Consumer Financial Protection Bureau (CFPB).  This office will review the servicing of the loan in relation to the issues raised.  It is our goal to complete this review within ten (10) business days from receipt of your correspondence.


If the servicing of the loan was assigned, sold or transferred to Ocwen from a prior servicer, we may be required to obtain information concerning the loan from the prior servicer.  The process of obtaining this information takes time, but we are committed to responding within the aforementioned ten (10) business day period.


Upon completion of our review, we will provide a written response via the Consumer Financial Protection Bureau (CFPB) Website.


Sincerely,

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001720

Office of the Consumer Ombudsman

Ocwen Loan Servicing, LLC

NMLS # 1852

| 7092244537 | 3/27/2014 | 1:55:57 AM | Background processor | CORR | WCDR | WRITTEN DISPUTE CORRESPONDENCE RECEIVED |
| | | | | | | - ACKNOWLEDGEMENT LETTER REQUEST SUBMITTED |
| 7092244537 | 3/31/2014 | 12:14:21 AM | Background processor | FORM | EARL | Early Late Notice |
| 7092244537 | 3/31/2014 | 9:46:54 PM | Background processor | CS | ACHW | ACH Creation through WEB |
| 7092244537 | 3/31/2014 | 9:55:17 PM | Background processor | PYMT | | Payment received from Outsource   for $968.08  Source OAC - oach0331 and was forwarded to: Cashier queue, user-id: Cashier Confirmation Number = 2014033102337084 |
| 7092244537 | 3/31/2014 | 9:55:19 PM | Background processor | BNOT | | As of 03/31/2014 Past Due .00 Curr Due 968.08 Total Due 968.08 Requested By auto-bu |
| 7092244537 | 4/3/2014 | 6:55:46 AM | Daniel A Rochford | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period: |

Effective Date = 4/2/2014

Escrow Payment = $207.31

Total Shortage = $207.94

Total Capitalization = $1259.89

Borrower Paid MI Premium = $0

Escrow Balance = $198.65 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $1259.89

Breakdown as Follows:

| Hazard Disbursements During Trial Period = $1259.89 | Flood Disbursements During Trial Period =$0 | Tax Payment #1 During Trial Period = $0 | Tax Payment #2 During Trial Period = $0

| Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0

| Delinquent Taxes Due = $0

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001721

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7092244537 | 4/7/2014 | 8:28:22 AM | K, Lokesh S | CL | | NOACTION | No Action Taken On Collection Screen |
| 7092244537 | 4/7/2014 | 8:40:13 AM | K, Lokesh S | CL | | NOACTION | No Action Taken On Collection Screen |
| 7092244537 | 4/8/2014 | 10:53:20 AM | Isha Parashar | CL | | NOACTION | No Action Taken On Collection Screen |
| 7092244537 | 4/8/2014 | 10:53:47 AM | Isha Parashar | WFCAN | | | Take clari from OMB team if they will research as the OMB WF is open ont he loan.Task: Please see response letter in the database, Has Been Cancelled On: 04/08/2014 |
| 7092244537 | 4/8/2014 | 3:25:58 PM | Richard Hightower | OM | | CPBC | Consumer Financial Protection Bureau Dispute Completed; |

; The Office of the Consumer Ombudsman for Ocwen Loan Servicing, LLC (Ocwen) would like to take this opportunity to respond to your recent concern regarding the referenced loan. The Consumer Ombudsman was created to provide Ocwen's customers with a resource to assist with unresolved concerns and issues.

Ocwen is obligated to report the loan accurately to the credit bureaus, based on the contractual due date. Further, if payments are not received within the thirty (30) days of the month, then the account would be reported as delinquent. The March 26, 2013 payment was received on April 30, 2013, which was 30-59 days past due, therefore, the credit reporting is valid.

A further review indicates that on March 21, 2014, our office submitted a request to the four major credit reporting agencies, Equifax, TransUnion, Experian, and Innovis, to reflect the current balance on the loan in the amount of $80,499.78. The confirmation number for this electronically submitted update is 69189581. Ocwen reports to Equifax, TransUnion, Experian and Innovis. These bureaus provide information to the local credit bureaus to update and correct your credit file. Unfortunately, Ocwen is unable to control when the credit reporting agencies will update their records. In the interim, you may use this letter as evidence that the request has been submitted.

As of the date of this letter, your loan is due for the April 26, 2014 payment. If you require any further assistance regarding your loan, you may contact Ocwen's Customer Care Center at (800) 746-2936.

The Office of the Consumer Ombudsman is your advocate in ensuring that Ocwen's servicing of the loan remains fair, reasonable and proper. If you still have unresolved issues, please feel free to contact this office at (800) 390-4656.

Sincerely,

The Office of the Consumer Ombudsman

Ocwen Loan Servicing

NMLS # 1852

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7092244537 | 4/8/2014 | 11:04:54 PM | Chandra Kumar | CL | | NOACTION | No Action Taken On Collection Screen |
| 7092244537 | 4/8/2014 | 11:04:56 PM | Mohammed Sabir | SU | | SCRANACT | Verified from DMDC website, but not on Active duty |
| 7092244537 | 4/10/2014 | 5:39:06 AM | Chandra Kumar | CL | | NOACTION | No Action Taken On Collection Screen |
| 7092244537 | 4/11/2014 | 2:38:15 AM | Background processor | CS | | 2ACK | Second Acknowledgement letter sent |
| 7092244537 | 4/18/2014 | 5:28:01 AM | Sai Nennuru | WFCAN | | | reject closed |

Task: Please see details in the database, Has Been Cancelled On: 04/18/2014

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001722

| 7092244537 | 4/19/2014 | 3:38:22 AM | Sufaija Valavath | PD | RECM | Research Comment |
|---|---|---|---|---|---|---|

(2);  S:\Residential Servicing 2\RESEARCH\RESEARCH\Research 1\Research
Faxes\2012\2014\MARCH 2014\03-26-14\Mail\7092244537

| 7092244537 | 4/19/2014 | 3:44:28 AM | Sufaija Valavath | CS | INVALID | S:\Residential Servicing 2\RESEARCH\RESEARCH\Research 1\Research Faxes\2012\2014\MARCH 2014\03-19-14\Fax\7092244537 Invalid Research Request. |
| 7092244537 | 4/19/2014 | 3:44:28 AM | Sufaija Valavath | RS | CRINV | INVALID/ERRONEOUS CR DISPUTE |
| 7092244537 | 4/19/2014 | 3:44:30 AM | Sufaija Valavath | CORR | WCDC | CUSTOMER INQUIRY COMPLETED;Please refer to RLML/ RLFX/ RLEL/ RELM execution codes for letter dispatch confirmation.   Details:  . |

April 19, 2014

David Daugherty

35 Valley View Drive

Vienna, WV  26105


RE: LOANNUMBER: 7092244537

Property Address: 35 Valley View Dr

               Vienna, WV 26105


Dear Mr.David Daugherty


OCWEN would like to take this opportunity to thank you for your recent
communication regarding the above referenced loan.  We appreciate the time and
effort on your part to bring your concern to our attention.  Pursuant to your
concern, we have reviewed the loan and below is the recap of our response to
the concern raised:


Concern: You requested us to remove the delinquent reporting referenced in
your correspondence.


Response: When a payment is not received within thirty (30) days from the due
date, the loan is reported as delinquent to the credit bureaus.  A review of
the loan indicates that the payment for the month of March 2013 was delinquent
and that the credit reporting submitted correctly reflected the delinquent
status.  We are obligated to report true and accurate information to the
credit bureaus and therefore the credit reporting cannot be changed.  If you
still believe the reporting is incorrect and you have evidence that the
payment(s) was received on time, please provide us with this evidence so that
we may research this matter further.


We have submitted a request for the Ocwen's Payment Reconciliation History to
be sent to your attention which reflects all credits and disbursements made to
the loan by Ocwen and the resulting loan status.


As indicated in the Ombudsman letter dated April 8, 2014, 'on March 21, 2014,
our office submitted a request to the four major credit reporting agencies,
Equifax, TransUnion, Experian, and Innovis, to reflect the current balance on
the loan in the amount of $80,499.78.  The confirmation number for this

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001723

electronically submitted update is 69189581.


Ocwen reports to Equifax, TransUnion, Experian and Innovis.  These bureaus
provide information to the local credit bureaus to update and correct your
credit file.  Unfortunately, Ocwen is unable to control when the credit
reporting agencies will update their records.  In the interim, you may use
this letter as evidence that the request has been submitted.


As of the date of this letter, your loan is due for the April 26, 2014
payment. If you require any further assistance regarding your loan, you may
contact Ocwen's Customer Care Center at (800) 746-2936.


We trust the information provided has fully addressed your concern.  Please
visit our website (www.ocwen.com) which is available 24 hours a day, seven
days a week, as many of the answers to your account specific questions may be
found there.  However, should you have any further questions in regards to
this issue, please contact our Research Department at (800) 241-9960. If after
speaking with our Research Department you still have questions or concerns,
please feel free to contact the OCWEN consumer advocate by email through
OCWEN's website or by phone at (800) 390-4656. You may also send written
correspondence to the following address:


Sincerely,


K, Lokesh S

Research Department

OCWEN


  Details:  ,,

| 7092244537 | 4/19/2014 | 3:44:41 AM | Sufaija Valavath | RS | RSISUM | Research- Incoming issue summary; disputed the reporting |
| 7092244537 | 4/19/2014 | 3:44:48 AM | Sufaija Valavath | RS | RSOSUM | Research - Outgoing response summary; Validated the same |
| 7092244537 | 4/19/2014 | 3:45:12 AM | Sufaija Valavath | CS | RTNO | Request Taken No Fee ; For FEE73 - Transaction History Amount $0.00 |
| 7092244537 | 4/19/2014 | 3:45:14 AM | Sufaija Valavath | CORR | RLTP | Verbal Request for Transaction History Received |
| | | | | | | Requestor Details Are As Follows: |
| | | | | | | Requestor Name:  David |
| | | | | | | Requestor Company : |
| | | | | | | Requestor Phone: 1111111111 |
| | | | | | | Requested Letter To Be Sent Through |

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001724

MAIL:

   Mail Address1: 35 Valley View Dr,,Vienna,WV,26105

   Details:  sv

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 4/19/2014 | 3:45:28 AM | Sufaija Valavath | CL | NOACTION | No Action Taken On Collection Screen |
| 7092244537 | 4/19/2014 | 3:55:28 AM | Sufaija Valavath | PD | DISR | DISPUTE RESOLVED/COMPLETED |
| 7092244537 | 4/21/2014 | 12:39:26 AM | Background processor | CU | LHEX | Payment History successfully executed By REALDoc |
| 7092244537 | 4/22/2014 | 5:48:08 AM | Daniel A Rochford | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period: |

Effective Date = 4/22/2014

Escrow Payment = $207.31

Total Shortage = $0

Total Capitalization = $1873.79

Borrower Paid MI Premium = $0

Escrow Balance = $300.19 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $1873.79

Breakdown as Follows:

| Hazard Disbursements During Trial Period = $1259.89 | Flood Disbursements During Trial Period =$0 | Tax Payment #1 During Trial Period = $613.9 | Tax Payment #2 During Trial Period = $0

| Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0

| Delinquent Taxes Due = $0

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 4/22/2014 | 12:54:23 PM | Risha Surve | PD | RLML | Research Letter Mailed Previous Business Day |
| | | | | | | (1) |
| 7092244537 | 4/22/2014 | 6:29:50 PM | Daniel A Rochford | ES | NEPQ | New-Escrowed Payment Quote |

Effective Date = 4/18/2014

Escrow Payment = $207.31

Total Deposit = $951.67

Shortage / Deposit = $951.67

Delinquent Tax = $0                                                        Tax
P & I = $0

   - This Comment was auto-generated in batch mode.

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001725

```
7092244537    4/23/2014    1:15:29 AM   Rajina Robert          RS          ACDVRC      BWR Automated CDV


                                                                                       DAVID MAX DAUGHERTY

                                                                                        Control Number: 9999409103165124

                                                                                        Subscriber Code: 465FS01690


                                                                                       Borrower's concern with reporting: 106:Disputes present/previous Account
                                                                                       Status/Payment History Profile/Payment Rating. Verify Payment History Profile,
                                                                                       Account Status, and Payment Rating.


                                                                                       Reporting received from Credit Bureau:11:Current account.

                                                                                       Date of Account Information 01-01-2013


                                                                                       Reporting to Credit Bureau:11:Current account. AS OF 03/2014


7092244537    4/23/2014    1:15:40 AM   Rajina Robert          RS          ACDVFC      Discrepency (NAME, ADD, SSN):;  Address  Details:  M
                                                                                       Form Completed and Sent Electronically (It is not mailed);
                                                                                       BWR Automated CDV


                                                                                       DAVID MAX DAUGHERTY

                                                                                        Control Number: 9999409103165124

                                                                                        Subscriber Code: 465FS01690


                                                                                       Borrower's concern with reporting: 106:Disputes present/previous Account
                                                                                       Status/Payment History Profile/Payment Rating. Verify Payment History Profile,
                                                                                       Account Status, and Payment Rating.


                                                                                       Reporting received from Credit Bureau:11:Current account.

                                                                                       Date of Account Information 01-01-2013


                                                                                       Reporting to Credit Bureau:11:Current account. AS OF 03/2014


7092244537    4/23/2014    1:15:41 AM   Rajina Robert          GC          CRIVL       Discrepency (NAME, ADD, SSN):;  Address  Details:  M
                                                                                       Invalid/Inaccurate Credit Dispute Received
7092244537    4/23/2014    1:15:57 AM   Rajina Robert          RS          CRINQ       CR - CREDIT INQUIRY DISPUTE RECEIVED
```

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001726

| 7092244537 | 4/23/2014 | 1:19:20 AM | Rajina Robert | RS | ACDVRC | BWR Automated CDV |

DAVID MAX DAUGHERTY

  Control Number: 99994091031165125

  Subscriber Code: 465FS01690

Borrower's concern with reporting: 106:Disputes present/previous Account Status/Payment History Profile/Payment Rating. Verify Payment History Profile, Account Status, and Payment Rating.

Reporting received from Credit Bureau: 82:Account 120 days past the due date.

Date of Account Information 03-24-2014

Reporting to Credit Bureau:11:Current account. AS OF 03/2014

| 7092244537 | 4/23/2014 | 1:19:25 AM | Rajina Robert | RS | ACDVFC | Discrepency (NAME, ADD, SSN):; Address   Details:  M |

Form Completed and Sent Electronically (It is not mailed);
BWR Automated CDV

DAVID MAX DAUGHERTY

  Control Number: 99994091031165125

  Subscriber Code: 465FS01690

Borrower's concern with reporting: 106:Disputes present/previous Account Status/Payment History Profile/Payment Rating. Verify Payment History Profile, Account Status, and Payment Rating.

Reporting received from Credit Bureau: 82:Account 120 days past the due date.

Date of Account Information 03-24-2014

Reporting to Credit Bureau:11:Current account. AS OF 03/2014

| 7092244537 | 4/23/2014 | 1:19:27 AM | Rajina Robert | RS | CRRPT | Discrepency (NAME, ADD, SSN):; Address   Details:  M |
| | | | | | | REPEAT DISPUTE |
| 7092244537 | 4/23/2014 | 1:19:30 AM | Rajina Robert | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 4/28/2014 | 11:54:10 AM | Deepak Shukla | CL | NOACTION | No Action Taken On Collection Screen |
| 7092244537 | 4/28/2014 | 12:24:43 PM | Deepak Shukla | CL | NOACTION | No Action Taken On Collection Screen |
| 7092244537 | 4/28/2014 | 2:33:43 PM | Deepak Shukla | CL | NOACTION | No Action Taken On Collection Screen |
| 7092244537 | 5/1/2014 | 12:24:18 PM | Background processor | FORM | EARL | Early Late Notice |
| 7092244537 | 5/1/2014 | 7:46:08 AM | Lakshmi Hiriyannna | SU | SCRANACT | Verified from DMDC website, but not on Active duty |
| 7092244537 | 5/1/2014 | 10:08:31 PM | Background processor | PYMT | | Payment received from Outsource   for $968.08  Source OAC - oach0501 and was forwarded to: Cashier queue, user-id: Cashier Confirmation Number = 2014043002562241 |

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001727

| 7092244537 | 5/1/2014 | 10:08:33 PM | Background processor | BNOT | | As of 05/01/2014 Past Due .00 Curr Due 968.08 Total Due 968.08 Requested By auto-bu |
| 7092244537 | 5/2/2014 | 6:46:43 AM | Daniel A Rochford | ES | NEPQ | New-Escrowed Payment Quote: |

Effective Date = 5/2/2014

Escrow Payment = $207.31

Total Deposit = $951.67

Shortage / Deposit = $951.67

Delinquent Tax = $0                                                                                                    Tax
P & I = $0

                                              - This Comment was auto-generated in batch mode.

| 7092244537 | 5/2/2014 | 5:16:24 PM | Background processor | IVR | IVRC | CUSTOMER CONTACT VIA IVR |
| 7092244537 | 5/2/2014 | 5:18:12 PM | Allwyn | CU | CUST | ISN RCK: 2948 RCD: 184771306ANI: 3046153238<br>Phone Call In; Customer Contact; Talked to David Daugherty and verified last 4 digits of their SSN.. SCRIPT ID: VERIFYSSN |
| 7092244537 | 5/2/2014 | 5:21:45 PM | Allwyn | CF | ACHOD | Phone Call In; ACH Offer Denied; |
| 7092244537 | 5/2/2014 | 5:22:50 PM | Background processor | IVR | IVRC | CUSTOMER CONTACT VIA IVR |
| 7092244537 | 5/2/2014 | 5:22:51 PM | Allwyn | CS | ICRR | ISN RCK: 3294 RCD: 184771993ANI: 3046153238<br>Phone Call In; Credit Reporting Inquiry; bwr called to get reserahc dept number as there was wcdc letter sent advsd bwr to call research as there is number in that letter bwr said he will call research |
| 7092244537 | 5/2/2014 | 5:22:54 PM | Allwyn | WQ | | Call Ended.  SCRIPT ID: END SCRIPT |
| 7092244537 | 5/2/2014 | 5:22:56 PM | Background processor | CS | ACHW | ACH Creation through WEB |
| 7092244537 | 5/4/2014 | 1:44:55 AM | Rajina Robert | RS | ACDVRC | BWR Automated CDV |

DAVID MAX DAUGHERTY

Control Number: 99994107053807123

Subscriber Code: 465FS01690

Borrower's concern with reporting: 001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:received from DAVID MAX DAUGHERTY  SSN: 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

Reporting to Credit Bureau:The brw has signed the note, hence responsible, SSN matches, checked CIS

Discrepency (NAME, ADD, SSN):;  Address  Details:  m

EXHIBIT 5 TO EXHIBIT B                                    DD/OLS 001728

| 7092244537 | 5/4/2014 | 1:45:02 AM | Rajina Robert | | RS | | ACDVFC | Form Completed and Sent Electronically (It is not mailed);  BWR Automated CDV |

DAVID MAX DAUGHERTY

Control Number: 99994107053807123

Subscriber Code: 465FS01690

Borrower's concern with reporting: 001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:received from DAVID MAX DAUGHERTY  SSN: 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

Reporting to Credit Bureau:The brw has signed the note, hence responsible, SSN matches, checked CIS

| 7092244537 | 5/4/2014 | 1:45:03 AM | Rajina Robert | | GC | | CRIVL | Discrepency (NAME, ADD, SSN):;  Address  Details:  m Invalid/Inaccurate Credit Dispute Received |
| 7092244537 | 5/4/2014 | 1:45:05 AM | Rajina Robert | | RS | | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 5/4/2014 | 1:46:56 AM | Rajina Robert | | RS | | ACDVRC | BWR Automated CDV |

DAVID MAX DAUGHERTY

Control Number:  99994107053807122

Subscriber Code: 465FS01690

Borrower's concern with reporting: 001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:received from DAVID MAX DAUGHERTY  SSN: 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

Reporting to Credit Bureau:The brw has signed the note, hence responsible, SSN matches, checked CIS

| 7092244537 | 5/4/2014 | 1:47:03 AM | Rajina Robert | | RS | | ACDVFC | Discrepency (NAME, ADD, SSN):;  Address  Details:  m Form Completed and Sent Electronically (It is not mailed); |

BWR Automated CDV

DAVID MAX DAUGHERTY

Control Number:  99994107053807122

Subscriber Code: 465FS01690

Borrower's concern with reporting: 001:Not his/hers. Provide or confirm complete ID.

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001729

Reporting received from Credit Bureau:received from DAVID MAX DAUGHERTY  SSN: 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

Reporting to Credit Bureau:The brw has signed the note, hence responsible, SSN matches, checked CIS

Discrepency (NAME, ADD, SSN):; Address   Details:  m

| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 5/4/2014 | 1:47:04 AM | Rajina Robert | GC | CRIVL | Invalid/Inaccurate Credit Dispute Received |
| 7092244537 | 5/4/2014 | 1:47:06 AM | Rajina Robert | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 5/5/2014 | 10:59:48 AM | Deepak Shukla | CL | NOACTION | No Action Taken On Collection Screen |
| 7092244537 | 5/6/2014 | 1:51:34 AM | Anjali Balakrishnan | RS | ACDVRC | BWR Automated CDV |

DAVID MAX DAUGHERTY

Control Number:99994107053807121

Subscriber Code: 605FM50178

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY

SSN: 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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepency (NAME, ADD, SSN): Address.

"Please note: Litton loan, information updated as per LSAMS and RADAR."

 Details:  0

| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 5/6/2014 | 1:52:23 AM | Anjali Balakrishnan | RS | ACDVFC | Form Completed and Sent Electronically (It is not mailed); |

BWR Automated CDV

DAVID MAX DAUGHERTY

Control Number:99994107053807121

Subscriber Code: 605FM50178

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY

SSN: 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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepency (NAME, ADD, SSN): Address.

"Please note: Litton loan, information updated as per LSAMS and RADAR."

 Details:  0

| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 5/6/2014 | 1:52:38 AM | Anjali Balakrishnan | GC | CRLTON | Credit Reporting Dispute Due Prior Servicier Litton Root Cause Unknown. |

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001730

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 5/6/2014 | 1:52:39 AM | Anjali Balakrishnan | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 5/8/2014 | 12:23:50 AM | Suresh V K | RS | ACDVRC | BWR Automated CDV |

DAVID MAX DAUGHERTY

Control Number: 332814626035002

 Subscriber Code: 813P004

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:DAVID MAX DAUGHERTY  SSN: 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

 SSN: 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

Reporting to Credit Bureau:DAVID MAX DAUGHERTY has signed the note, hence responsible, checked CIS, SSN number matches.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 5/8/2014 | 12:23:56 AM | Suresh V K | RS | ACDVFC | Discrepancy (NAME, ADD, SSN):Address    Details: ,  Form Completed and Sent Electronically (It is not mailed); |

BWR Automated CDV

DAVID MAX DAUGHERTY

Control Number: 332814626035002

 Subscriber Code: 813P004

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:DAVID MAX DAUGHERTY  SSN: 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

 SSN: 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

Reporting to Credit Bureau:DAVID MAX DAUGHERTY has signed the note, hence responsible, checked CIS, SSN number matches.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 5/8/2014 | 12:23:58 AM | Suresh V K | GC | CRIVL | Discrepancy (NAME, ADD, SSN):Address    Details: ,  Invalid/Inaccurate Credit Dispute Received |
| 7092244537 | 5/8/2014 | 12:24:00 AM | Suresh V K | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 5/8/2014 | 12:34:13 AM | Suresh V K | CL | NOACTION | No Action Taken On Collection Screen |
| 7092244537 | 5/9/2014 | 4:19:11 AM | Shalini Singh | RS | ACDVRC | BWR Automated CDV |

DAVID MAX DAUGHERTY

Control Number: 332814626035001

Subscriber Code: 9823004

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001731

SSN: 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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepency (NAME, ADD, SSN): Address.

"Please note: Litton loan, information updated as per LSAMS and RADAR."

  Details:  S

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 5/9/2014 | 4:19:16 AM | Shalini Singh | RS | ACDVFC | Form Completed and Sent Electronically (It is not mailed); |

BWR Automated CDV

DAVID MAX DAUGHERTY

Control Number: 332814626035001

Subscriber Code: 9823004

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY

SSN: 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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepency (NAME, ADD, SSN): Address.

"Please note: Litton loan, information updated as per LSAMS and RADAR."
  Details:  S

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 5/9/2014 | 4:19:18 AM | Shalini Singh | GC | CRLTON | Credit Reporting Dispute Due Prior Servicier Litton Root Cause Unknown. |
| 7092244537 | 5/9/2014 | 4:19:20 AM | Shalini Singh | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 5/13/2014 | 4:14:17 PM | Syed Abdul Jabbar | ES | INSDRA | Researched and to confirm the end date for insurance entered is correct. |
| 7092244537 | 5/13/2014 | 4:14:46 PM | Syed Abdul Jabbar | ES | INSDRA | Researched and to confirm the end date for insurance entered is correct. |
| 7092244537 | 5/13/2014 | 9:22:57 PM | Background processor | FORM | | ACKNOWL Requested 03/20/2014 |
| 7092244537 | 5/17/2014 | 7:05:43 AM | Daniel A Rochford | ES | NEPQ | Printed 04/01/2014 |

New-Escrowed Payment Quote:

Effective Date = 5/16/2014

Escrow Payment = $224.9

Total Deposit = $0

Shortage / Deposit = $0

Delinquent Tax = $0                                                       Tax
P & I = $0

                              - This Comment was auto-generated in batch mode.

EXHIBIT 5 TO EXHIBIT B                                          DD/OLS 001732

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 5/17/2014 | 5:06:19 PM | Daniel A Rochford | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period: |

Effective Date = 5/17/2014

Escrow Payment = $224.9

Total Shortage = $0

Total Capitalization = $613.9

Borrower Paid MI Premium = $0

Escrow Balance = $401.73 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $613.9 | Hazard Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $613.9 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0

Breakdown as Follows:

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 5/31/2014 | 1:49:01 AM | R, Sindhu | CL | NOACTION | No Action Taken On Collection Screen |
| 7092244537 | 5/31/2014 | 2:00:42 AM | R, Sindhu | CL | NOACTION | No Action Taken On Collection Screen |
| 7092244537 | 5/31/2014 | 3:44:07 AM | Background processor | FORM | EARL | Early Late Notice |
| 7092244537 | 6/2/2014 | 10:10:03 PM | Background processor | CS | ACHW | ACH Creation through WEB |
| 7092244537 | 6/2/2014 | 10:31:21 PM | Background processor | PYMT | | Payment received from Outsource  for $968.08  Source OAC – oach0602 and was forwarded to: Cashier queue, user-id: Cashier Confirmation Number = 2014053102799080 |
| 7092244537 | 6/3/2014 | 3:32:25 AM | Background processor | BNOT | | As of 06/03/2014 Past Due .00 Curr Due 968.08 Total Due 968.08 Requested By auto-bu |
| 7092244537 | 6/5/2014 | 3:58:00 AM | Daniel A Rochford | ES | NEPQ | New-Escrowed Payment Quote: |

Effective Date = 6/6/2014

Escrow Payment = $224.9

Total Deposit = $0

Shortage / Deposit =$0

Delinquent Tax =$0                                                                                            Tax P
& I = $0

                                                        – This Comment was auto-generated in batch mode.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 6/9/2014 | 10:43:11 AM | Background processor | IVR | IVRC | CUSTOMER CONTACT VIA IVR |

ISN RCK: 3110 RCD: 90970786ANI: 3042956161

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 6/9/2014 | 10:49:38 AM | Background processor | IVR | IVRC | CUSTOMER CONTACT VIA IVR |

ISN RCK: 3803 RCD: 189910657ANI: 3042956161

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 6/9/2014 | 10:51:20 AM | Varona, Wilma | CU | CUST | Phone Call In; Customer Contact; Talked to David Daugherty and verified last 4 digits of their SSN.. SCRIPT ID: VERIFYSSN |
| 7092244537 | 6/9/2014 | 10:57:28 AM | Varona, Wilma | CORR | CRL | Phone Call In; Last 12 months reporting; Provided information about the most recent 12 months reporting that was provided to the 4 major credit bureaus. SCRIPT ID: AUTO LETTERS 1 B |

Requestor Details Are As Follows:

Requestor Name:  david daugtherty

Requestor Company : none

Requestor Phone: 3042956161

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001733

Requested Letter To Be Sent Through

EMAIL:

  EMAIL Address1: fireboy1@suddenlink.net

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 6/9/2014 | 10:58:32 AM | Varona, Wilma | CL | CNOC | Phone Call In; Customer Contact-No Commitment; Customer inquired about the payment due on the account. Advised customer the amount due and customer stated they would not be able to make a payment at this time. Asked customer if they wanted a breakdown of the total reinstatement amount and customer stated no. . SCRIPT ID: PAYMENT 21 |
| 7092244537 | 6/9/2014 | 11:00:13 AM | Varona, Wilma | WQ | | Call Ended. borr asking for a ltr stating acct has been current; bec he will refi need to show that march ,june, july , sept & oct of  2013 is showing current; sd will send pmt for june within the nest 2 wks SCRIPT ID: END SCRIPT |
| 7092244537 | 6/16/2014 | 8:30:35 AM | Rajkumar Singh | RS | ACDVRC | BWR Automated CDV |

DAVID MAX DAUGHERTY

Control Number: 99994149043988129

Subscriber Code: 465FS01690

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:DAVID MAX DAUGHERTY  SSN: 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

Reporting to Credit Bureau:brw has signed the note, hence responsible, ssn matches, checked CIS

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 6/16/2014 | 8:30:39 AM | Rajkumar Singh | RS | ACDVFC | Discrepency (NAME, ADD, SSN):;  NOne  Details:  r Form Completed and Sent Electronically (It is not mailed); |

BWR Automated CDV

DAVID MAX DAUGHERTY

Control Number: 99994149043988129

Subscriber Code: 465FS01690

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:DAVID MAX DAUGHERTY  SSN: 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

Reporting to Credit Bureau:brw has signed the note, hence responsible, ssn matches, checked CIS

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 6/16/2014 | 8:30:40 AM | Rajkumar Singh | GC | CRIVL | Discrepency (NAME, ADD, SSN):;  NOne  Details:  r Invalid/Inaccurate Credit Dispute Received |
| 7092244537 | 6/16/2014 | 8:30:42 AM | Rajkumar Singh | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 6/16/2014 | 8:32:55 AM | Rajkumar Singh | RS | ACDVRC | BWR Automated CDV |

DAVID MAX DAUGHERTY

Control Number: 99994149043988128

Subscriber Code: 465FS01690

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001734

Reporting received from Credit Bureau:DAVID MAX DAUGHERTY  SSN: 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

Reporting to Credit Bureau:brw has signed the note, hence responsible, ssn matches, checked CIS

Discrepancy (NAME, ADD, SSN):; add  Details:  r

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 6/16/2014 | 8:32:59 AM | Rajkumar Singh | RS | ACDVFC | Form Completed and Sent Electronically (It is not mailed); |

BWR Automated CDV

DAVID MAX DAUGHERTY

Control Number: 99994149043988128

Subscriber Code: 465FS01690

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:DAVID MAX DAUGHERTY  SSN: 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

Reporting to Credit Bureau:brw has signed the note, hence responsible, ssn matches, checked CIS

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 6/16/2014 | 8:33:16 AM | Rajkumar Singh | GC | CRIVL | Discrepancy (NAME, ADD, SSN):; add  Details:  r<br>Invalid/Inaccurate Credit Dispute Received |
| 7092244537 | 6/16/2014 | 8:33:25 AM | Rajkumar Singh | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 6/17/2014 | 1:30:52 PM | Yanira Febres | CL | NOACTION | No Action Taken On Collection Screen |
| 7092244537 | 6/19/2014 | 4:24:16 AM | Shalini Singh | RS | ACDVRC | BWR Automated CDV |

DAVID MAX DAUGHERTY

Control Number: 332814626040001

Subscriber Code: 813P004

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:received from DAVID MAX DAUGHERTY

SSN: 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

Reporting to Credit Bureau:Checked in CIS Brwr has signed the note hence liable.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 6/19/2014 | 4:24:20 AM | Shalini Singh | RS | ACDVFC | Discrepancy (NAME, ADD, SSN):; add  Details:  s<br>Form Completed and Sent Electronically (It is not mailed); |

BWR Automated CDV

DAVID MAX DAUGHERTY

Control Number: 332814626040001

Subscriber Code: 813P004

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:received from DAVID MAX DAUGHERTY

SSN: 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

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001735

Reporting to Credit Bureau:Checked in CIS Brwr has signed the note hence liable.

Discrepency (NAME, ADD, SSN):;  add  Details:  s

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 6/19/2014 | 4:24:29 AM | Shalini Singh | GC | CRIVL | Invalid/Inaccurate Credit Dispute Received |
| 7092244537 | 6/19/2014 | 4:24:31 AM | Shalini Singh | RS | CRINQ | CR – CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 6/19/2014 | 4:29:38 AM | Shalini Singh | RS | ACDVRC | BWR Automated CDV |

DAVID MAX DAUGHERTY

Control Number: 99994154012191128

Subscriber Code: 465FS01690

Borrower's concern with reporting:106:Disputes present/previous Account Status/Payment History Profile/Payment Rating. Verify Payment History Profile, Account Status, and Payment Rating.

Reporting received from Credit Bureau:11:Current account.

Date of Account Information 01-01-2013

Reporting to Credit Bureau:11:Current account.As of May  2014

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 6/19/2014 | 4:29:42 AM | Shalini Singh | RS | ACDVFC | Discrepency (NAME, ADD, SSN):;  add  Details:  s |

Form Completed and Sent Electronically (It is not mailed);

BWR Automated CDV

DAVID MAX DAUGHERTY

Control Number: 99994154012191128

Subscriber Code: 465FS01690

Borrower's concern with reporting:106:Disputes present/previous Account Status/Payment History Profile/Payment Rating. Verify Payment History Profile, Account Status, and Payment Rating.

Reporting received from Credit Bureau:11:Current account.

Date of Account Information 01-01-2013

Reporting to Credit Bureau:11:Current account.As of May  2014

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 6/19/2014 | 4:29:54 AM | Shalini Singh | GC | CRIVL | Discrepency (NAME, ADD, SSN):;  add  Details:  S |
| 7092244537 | 6/19/2014 | 4:29:57 AM | Shalini Singh | RS | CRINQ | Invalid/Inaccurate Credit Dispute Received |
| 7092244537 | 6/19/2014 | 4:46:08 AM | Shalini Singh | RS | ACDVRC | CR – CREDIT INQUIRY DISPUTE RECEIVED |

BWR Automated CDV

DAVID MAX DAUGHERTY

Control Number: 99994154012191129

Subscriber Code: 465FS01690

Borrower's concern with reporting:106:Disputes present/previous Account Status/Payment History Profile/Payment Rating. Verify Payment History Profile, Account Status, and Payment Rating.

Reporting received from Credit Bureau:82:Account 120 days past the due date.

EXHIBIT 5 TO EXHIBIT B

Date of Account Information 05-29-2014

Reporting to Credit Bureau:11:Current account.As of May  2014

Discrepency (NAME, ADD, SSN):; add   Details:  s

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 6/19/2014 | 4:46:12 AM | Shalini Singh | RS | ACDVFC | Form Completed and Sent Electronically (It is not mailed); |

BWR Automated CDV

DAVID MAX DAUGHERTY

Control Number: 99994154012191129

Subscriber Code: 465FS01690

Borrower's concern with reporting:106:Disputes present/previous Account Status/Payment History Profile/Payment Rating. Verify Payment History Profile, Account Status, and Payment Rating.

Reporting received from Credit Bureau:82:Account 120 days past the due date.

Date of Account Information 05-29-2014

Reporting to Credit Bureau:11:Current account.As of May  2014

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 6/19/2014 | 4:46:14 AM | Shalini Singh | GC | CRIVL | Discrepency (NAME, ADD, SSN):; add   Details:  s Invalid/Inaccurate Credit Dispute Received |
| 7092244537 | 6/19/2014 | 4:46:16 AM | Shalini Singh | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 6/20/2014 | 5:24:08 AM | Daniel A Rochford | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period: |

Effective Date = 6/19/2014

Escrow Payment = $224.9

Total Shortage = $0

Total Capitalization = $613.9

Borrower Paid MI Premium = $0

Escrow Balance = $503.27 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $613.9

Breakdown as Follows:

| Hazard Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period =$0 | Tax Payment #1 During Trial Period = $613.9 | Tax Payment #2 During Trial Period = $0

| Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0

| Delinquent Taxes Due = $0

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001737

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 6/20/2014 | 5:26:57 AM | Daniel A Rochford | ES | NEPQ | New-Escrowed Payment Quote: |

Effective Date = 6/18/2014

Escrow Payment = $224.9

Total Deposit = $0

Shortage / Deposit = $0

Delinquent Tax = $0                                                                                      Tax
P & I = $0

                                                           - This Comment was auto-generated in batch mode.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 6/25/2014 | 1:38:50 PM | Richard Hightower | CL | NOACTION | No Action Taken On Collection Screen |
| 7092244537 | 6/26/2014 | 12:28:02 AM | Background processor | CORR | MT30 | MT30 letter requested to print |
| 7092244537 | 6/26/2014 | 10:49:42 AM | Richard Hightower | OM | CPBR | Consumer Financial Protection Bureau Dispute Received;Reference Number : 4105491 |

;  CFPB request for additional information

We have determined that additional information is needed to complete our review of this matter.

Please submit the following information to aid us in further evaluating this complaint:

-Indicate whether the consumer was 120 days delinquent in March, June, July, October, and December 2013.  If not, indicate whether you submitted a request to the credit reporting agencies to update this information.  If you have submitted a request, please provide a copy of documentation showing that the request was made to update the information.

-Provide a copy of the payment history for 2013.

Please respond to our request within ten (10) calendar days of the receipt of this request.

Consumer Response Specialist 1157

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001738

| 7092244537 | 6/26/2014 | 10:50:18 AM | Richard Hightower | OM | CPBC | Consumer Financial Protection Bureau Dispute Completed; |

; The Office of the Consumer Ombudsman for Ocwen Loan Servicing, LLC (Ocwen) would like to take this opportunity to respond to your recent concern regarding the referenced loan. The Consumer Ombudsman was created to provide Ocwen's customers with a resource to assist with unresolved concerns and issues.

When a payment is not received within thirty (30) days from the due date, the loan is reported as delinquent to the credit bureaus. Ocwen is obligated to report true and accurate information to the credit bureaus. Ocwen's records show that the credit reporting correctly reflected the loan as current for the months March 2012, June 2012, July 2012, October 2012, and December 2012. Ocwen's records do not indicate that you are currently receiving account statements.

Attached is an Ocwen Payment Reconciliation History which reflects all credits and disbursements made to the loan by Ocwen and the resulting loan status. It also reflects the details of and fees / expenses assessed and satisfied on the loan.

The Office of the Consumer Ombudsman is your advocate in ensuring that Ocwen's servicing of the loan remains fair, reasonable and proper. If you still have unresolved issues, please feel free to contact this office at (800) 390-4656.

Sincerely,

The Office of the Consumer Ombudsman

Ocwen Loan Servicing

NMLS # 1852

| 7092244537 | 6/30/2014 | 9:10:14 AM | Rose Kaplan | CL | NOACTION | No Action Taken On Collection Screen |
| 7092244537 | 6/30/2014 | 9:19:29 AM | Rose Kaplan | OM | CPBR | Consumer Financial Protection Bureau Dispute Received; Refnum 4105737 |

; CFPB request for additional information

We have determined that additional information is needed to complete our review of this matter.

Please submit the following information to aid us in further evaluating this complaint:

-You indicated that your records show that the credit reporting correctly reflected the loan as current for the months of March, June, July, October, and December 2013. However, the attached document shows an Equifax report where the consumer is reported as 120 days delinquent in March, June, July, October, and December 2013. Please provide documentation that showing that you have reported the consumer as current for those months.

Please respond to our request within ten (10) calendar days of the receipt of this request.

| 7092244537 | 6/30/2014 | 12:46:33 PM | Richard Hightower | CL | NOACTION | Consumer Response Specialist 1157 |
| | | | | | | No Action Taken On Collection Screen |
| 7092244537 | 6/30/2014 | 9:45:37 PM | Background processor | CS | ACHW | ACH Creation through WEB |

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001739

| 7092244537 | 6/30/2014 | 10:13:51 PM | Background processor | PYMT | | Payment received from Outsource   for $968.08  Source OAC - oach0630 and was forwarded to: Cashier queue, user-id: Cashier Confirmation Number = 2014063003010867 |
| 7092244537 | 7/1/2014 | 3:48:54 AM | Background processor | BNOT | | As of 07/01/2014 Past Due .00 Curr Due 968.08 Total Due 968.08 Requested By auto-bu |
| 7092244537 | 7/2/2014 | 11:58:03 AM | Richard Hightower | CL | NOACTION | No Action Taken On Collection Screen |
| 7092244537 | 7/2/2014 | 12:17:27 PM | Ivonne Humphreys | RS | ECUC | E-OSCAR Credit Update Completed; AUD CONTROL NO.: 70571752.  Reported loan 'Paid as Agreed and Current' for hte months of March, June, July, October and December 2013, per request of RH-OCO. |
| 7092244537 | 7/2/2014 | 2:30:13 PM | Richard Hightower | OM | CPBC | Consumer Financial Protection Bureau Dispute Completed; |

;

The Office of the Consumer Ombudsman for Ocwen Loan Servicing, LLC (Ocwen) would like to take this opportunity to respond to your recent concern regarding the referenced loan.  The Consumer Ombudsman was created to provide Ocwen's customers with a resource to assist with unresolved concerns and issues.

Ocwen is obligated to report true and accurate information to the credit bureaus and therefore the credit reporting cannot be changed.  We report to Equifax, Trans Union, Experian and Innovis.  These bureaus provide information to the local credit bureaus to update and correct the credit file.

However, in an effort to assist David Daugherty Ocwens records indicate that on July 2, 2014, this office submitted a credit update to the four (4) major credit reporting agencies Equifax, TransUnion, Experian, and Innovis, to reflect your loan as 'Current' for the months of March June, July, October and December 2013.  Once Ocwen submits an update it takes time for the credit bureaus to update their records. The confirmation number for this electronically submitted update is 70571752.  Unfortunately, Ocwen is unable to control when the credit reporting agencies will update their records.  In the interim, you may use this letter as evidence that the request has been submitted.

If you have any questions regarding the servicing of your loan, please contact Ocwen's Customer Care Center at (800)746-2936.

The Office of the Consumer Ombudsman is your advocate in ensuring that Ocwen's servicing of the loan remains fair, reasonable and proper.  If you still have unresolved issues, please feel free to contact this office at (800) 390-4656.

Sincerely,

Richard Hightower

The Office of the Consumer Ombudsman

Ocwen Loan Servicing

NMLS # 1852

NC Permit #3946

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001740

| 7092244537 | 7/8/2014 | 6:52:47 AM | Centeno, Byron | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period: |

Effective Date = 7/9/2014

Escrow Payment = $224.9

Total Shortage = $0

Total Capitalization = $613.9

Borrower Paid MI Premium = $0

Escrow Balance = $604.81 | Interim T&I Disbursements = $0 | Total T&I
Disbursements During Trial Period = $613.9 | Hazard Disbursements During Trial
Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1
During Trial Period = $613.9 | Tax Payment #2 During Trial Period = $0 | Tax
Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0
| Delinquent Taxes Due = $0

| 7092244537 | 7/14/2014 | 5:51:32 AM | Centeno, Byron | ES | NEPQ | Breakdown as Follows: |

New-Escrowed Payment Quote:

Effective Date = 7/7/2014

Escrow Payment = $224.9

Total Deposit = $0

Shortage / Deposit = $0

Delinquent Tax = $0                                                          Tax
P & I = $0

- This Comment was auto-generated in batch mode.

| 7092244537 | 7/14/2014 | 6:36:49 AM | Centeno, Byron | ES | NEPQ | New-Escrowed Payment Quote: |

Effective Date = 7/7/2014

Escrow Payment = $224.9

Total Deposit = $0

Shortage / Deposit = $0

Delinquent Tax = $0                                                          Tax
P & I = $0

- This Comment was auto-generated in batch mode.

EXHIBIT 5 TO EXHIBIT B                                    DD/OLS 001741

| 7092244537 | 7/18/2014 | 6:13:37 AM | Centeno, Byron | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period: |

Effective Date = 7/18/2014

Escrow Payment = $224.9

Total Shortage = $674.75

Total Capitalization = $9.09

Borrower Paid MI Premium = $0

Escrow Balance = $604.81 | Interim T&I Disbursements = $613.9 | Total T&I Disbursements During Trial Period = $0 | Hazard Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $0 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0

| 7092244537 | 7/18/2014 | 6:28:17 AM | Centeno, Byron | ES | NEPQ | Breakdown as Follows:<br>New-Escrowed Payment Quote: |

Effective Date = 7/18/2014

Escrow Payment = $224.9

Total Deposit = $0

Shortage / Deposit =$0

Delinquent Tax =$0                                                          Tax P
& I = $0

|  |  |  |  |  |  | - This Comment was auto-generated in batch mode. |
| 7092244537 | 7/28/2014 | 12:40:26 PM | Angel  Grace | TX | TCTL | BACKSEARCH COMPLETE - TAXES CURRENT - PHONE CALL; |

31WV107        county

2014 Tax year

1st Inst base amt  $ 645.02 due   by  09/01/2014 (FA will Report  )

2nd Inst base amt  $ 645.02 due   by  03/01/2015

No priors

| 7092244537 | 7/28/2014 | 12:40:28 PM | Background processor | CS | MATPQ | Info by : smart web/ web http://129.71.205.120/webtax/<br>Matured Loan, Payoff Quote auto-generated showing borrower's name as requestor name. |

Requestor Details Are As Follows:

Requestor Name:  David Daugherty

Requestor Company :

Good through Date : 08/27/14

Requested Letter To Be Sent Through

EXHIBIT 5 TO EXHIBIT B                                    DD/OLS 001742

EMAIL:

  EMAIL Address1: fireboy1@suddenlink.net

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 7/28/2014 | 12:40:30 PM | Background processor | CS | APAY | Automated Payoff Quote In Process |

Requestor Details Are As Follows:

Requestor Name:  David Daugherty

Requestor Company :

Requestor Phone:

Good Through Date : 08/27/14

EMAIL:

  EMAIL Address1: fireboy1@suddenlink.net

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 7/28/2014 | 12:40:32 PM | Background processor | CU | APAYS | Automated Payoff Quote Generated |
| 7092244537 | 7/29/2014 | 3:27:48 AM | Background processor | CU | APOEX | Payoff Quote successfully executed By REALDoc |
| 7092244537 | 7/30/2014 | 10:56:50 AM | Alan Finian | LG | LITO | ███████████████████████████ |
| 7092244537 | 7/31/2014 | 1:00:27 AM | Background processor | FORM | EARL | Early Late Notice |
| 7092244537 | 8/1/2014 | 9:42:16 PM | Background processor | CS | ACHW | ACH Creation through WEB |
| 7092244537 | 8/1/2014 | 9:48:56 PM | Background processor | PYMT | | Payment received from Outsource   for $968.08  Source OAC – oach0801 and was forwarded to: Cashier queue, user-id: Cashier Confirmation Number = 2014073103244970 |
| 7092244537 | 8/4/2014 | 1:47:04 AM | Daniel Wesley | RS | ACDVRC | BWR Automated CDV |

DAVID MAX DAUGHERTY

Control Number: 99994210030088137

Subscriber Code:465FS01690

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:received from DAVID MAX DAUGHERTY

SSN: 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

Reporting to Credit Bureau:Checked in CIS Brwr has signed the note hence liable.

Discrepency (NAME, ADD, SSN):;  add  Details:  s  Details:  DJ
Form Completed and Sent Electronically (It is not mailed);

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 8/7/2014 | 1:47:09 AM | Daniel Wesley | RS | ACDVFC | |

BWR Automated CDV

DAVID MAX DAUGHERTY

Control Number: 99994210030088137

Subscriber Code:465FS01690

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:received from DAVID MAX DAUGHERTY

SSN: 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

Reporting to Credit Bureau:Checked in CIS Brwr has signed the note hence liable.

EXHIBIT 5 TO EXHIBIT B

Discrepency (NAME, ADD, SSN):;  add  Details:  s  Details:  DJ

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 8/7/2014 | 1:47:11 AM | Daniel Wesley | GC | CRIVL | Invalid/Inaccurate Credit Dispute Received |
| 7092244537 | 8/7/2014 | 1:47:13 AM | Daniel Wesley | RS | CRINQ | CR – CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 8/7/2014 | 1:49:04 AM | Daniel Wesley | RS | ACDVRC | BWR Automated CDV |

DAVID MAX DAUGHERTY

Control Number:99994210030088138

Subscriber Code:465FS01690

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:received from DAVID MAX DAUGHERTY

SSN: 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

Reporting to Credit Bureau:Checked in CIS Brwr has signed the note hence liable.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 8/7/2014 | 1:49:09 AM | Daniel Wesley | RS | ACDVFC | Discrepency (NAME, ADD, SSN):;  add  Details:  s   Details:  DJ |

Form Completed and Sent Electronically (It is not mailed);

BWR Automated CDV

DAVID MAX DAUGHERTY

Control Number:99994210030088138

Subscriber Code:465FS01690

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:received from DAVID MAX DAUGHERTY

SSN: 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

Reporting to Credit Bureau:Checked in CIS Brwr has signed the note hence liable.

Discrepency (NAME, ADD, SSN):;  add   Details:  DJ

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 8/7/2014 | 1:49:11 AM | Daniel Wesley | GC | CRIVL | Invalid/Inaccurate Credit Dispute Received |
| 7092244537 | 8/7/2014 | 1:49:14 AM | Daniel Wesley | RS | CRINQ | CR – CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 8/8/2014 | 6:37:32 AM | Arshiya Kauser | TDAQ | TDAQ1 | REQUEST APPROVAL FOR ESC DISB OF       645.02  ESCROW TYPE 31 VENDOR WOOD CO |

** LOAN HAS A HOLD CODE WITH NO-TAXDISB = 'Y' **

EXHIBIT 5 TO EXHIBIT B                                    DD/OLS 001744

| LOANNUMBER | EFFECTIVE | RV | TRN | DESCRIPTION | NXT DUE/REF | REVERSED | PRINCIPAL | ESCROW | AMOUNT | PRINCIPAL | INTEREST | ESCROW | SUSPENSE | OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7092244537 | 9/14/2011 | | NLD | Loan Disbursement | NL NewLoan Setup Balances | | 85976.27 | 0 | -85976.27 | -85976.27 | 0 | 0 | 0 | 0 |
| 7092244537 | 9/14/2011 | | ESA | Escrow Balance Adjustment | NL NewLoan Setup Balances | | 85976.27 | -549.83 | -549.83 | 0 | 0 | -549.83 | 0 | 0 |
| 7092244537 | 1/20/2012 | | RMS | Regular Multiple/Spread Paymen | 10/26/2011 | | 85808.29 | -339.34 | 1077.03 | 167.98 | 698.56 | 210.49 | 0 | 0 |
| 7092244537 | 1/20/2012 | | RMS | Regular Multiple/Spread Paymen | 11/26/2011 | | 85638.94 | -128.85 | 1077.03 | 169.35 | 697.19 | 210.49 | 0 | 0 |
| 7092244537 | 2/10/2012 | | ETD | Tax Escrow Disbursement | 31 | | 85638.94 | -733.24 | -604.39 | 0 | 0 | -604.39 | 0 | 0 |
| 7092244537 | 3/27/2012 | | MS | Misc Susp Payment | | | 85638.94 | -733.24 | 200 | 0 | 0 | 0 | 200 | 0 |
| 7092244537 | 3/27/2012 | | MSA | Miscellaneous Suspense Adjustm | | | 85638.94 | -733.24 | -200 | 0 | 0 | 0 | -200 | 0 |
| 7092244537 | 3/27/2012 | | EXP | Expense Payment | | | 85638.94 | -733.24 | 200 | 0 | 0 | 0 | 0 | 200 |
| 7092244537 | 4/20/2012 | | RMR | Regular Multiple/Reinstatement | 12/26/2011 | | 85468.22 | -522.75 | 1087.03 | 170.72 | 695.82 | 210.49 | 0 | 10 |
| 7092244537 | 4/20/2012 | | RMR | Regular Multiple/Reinstatement | 1/26/2012 | | 85296.11 | -395.24 | 994.05 | 172.11 | 694.43 | 127.51 | 0 | 0 |
| 7092244537 | 4/20/2012 | | RMR | Regular Multiple/Reinstatement | 2/26/2012 | | 85122.6 | -267.73 | 994.05 | 173.51 | 693.03 | 127.51 | 0 | 0 |
| 7092244537 | 4/20/2012 | | RMR | Regular Multiple/Reinstatement | 3/26/2012 | | 84947.68 | -140.22 | 994.05 | 174.92 | 691.62 | 127.51 | 0 | 0 |
| 7092244537 | 4/20/2012 | | RMR | Regular Multiple/Reinstatement | 4/26/2012 | | 84771.34 | -12.71 | 994.05 | 176.34 | 690.2 | 127.51 | 0 | 0 |
| 7092244537 | 6/25/2012 | | RMS | Regular Multiple/Spread Paymen | 5/26/2012 | | 84593.57 | 114.8 | 994.05 | 177.77 | 688.77 | 127.51 | 0 | 0 |
| 7092244537 | 6/25/2012 | | RMS | Regular Multiple/Spread Paymen | 6/26/2012 | | 84414.35 | 242.31 | 999.05 | 179.22 | 687.32 | 127.51 | 0 | 5 |
| 7092244537 | 6/25/2012 | | PRP | Principal Payment | | | 84407.45 | 242.31 | 6.9 | 6.9 | 0 | 0 | 0 | 0 |
| 7092244537 | 7/19/2012 | | R | Regular Payment | 7/26/2012 | | 84226.72 | 369.82 | 994.05 | 180.73 | 685.81 | 127.51 | 0 | 0 |
| 7092244537 | 8/9/2012 | | R | Regular Payment | 8/26/2012 | | 84044.52 | 497.33 | 994.05 | 182.2 | 684.34 | 127.51 | 0 | 0 |
| 7092244537 | 8/10/2012 | | ETD | Tax Escrow Disbursement | 31 | | 84044.52 | -107.23 | -604.56 | 0 | 0 | -604.56 | 0 | 0 |
| 7092244537 | 8/29/2012 | | EID | Insurance Escrow Disb | 56 Lender placed Hazard Insurance | | 84044.52 | -555.69 | -448.46 | 0 | 0 | -448.46 | 0 | 0 |
| 7092244537 | 9/4/2012 | | R | Regular Payment | 9/26/2012 | | 83860.84 | -428.18 | 994.05 | 183.68 | 682.86 | 127.51 | 0 | 0 |
| 7092244537 | 9/6/2012 | | EIC | Insurance Escrow Credit | 56 Lender placed Hazard Insurance | | 83860.84 | 20.28 | 448.46 | 0 | 0 | 448.46 | 0 | 0 |
| 7092244537 | 10/1/2012 | | R | Regular Payment | 10/26/2012 | | 83675.67 | 147.79 | 994.05 | 185.17 | 681.37 | 127.51 | 0 | 0 |
| 7092244537 | 11/2/2012 | | R | Regular Payment | 11/26/2012 | | 83488.99 | 261.41 | 980.16 | 186.68 | 679.86 | 113.62 | 0 | 0 |
| 7092244537 | 12/14/2012 | | R | Regular Payment | 12/26/2012 | | 83300.8 | 375.03 | 980.16 | 188.19 | 678.35 | 113.62 | 0 | 0 |
| 7092244537 | 1/14/2013 | | R | Regular Payment | 1/26/2013 | | 83111.08 | 488.65 | 980.16 | 189.72 | 676.82 | 113.62 | 0 | 0 |
| 7092244537 | 2/4/2013 | | R | Regular Payment | 2/26/2013 | | 82919.82 | 602.27 | 980.16 | 191.26 | 675.28 | 113.62 | 0 | 0 |
| 7092244537 | 2/7/2013 | | ETD | Tax Escrow Disbursement | 31 | | 82919.82 | -2.29 | -604.56 | 0 | 0 | -604.56 | 0 | 0 |
| 7092244537 | 3/15/2013 | ** | R | Regular Payment | 3/26/2013 | 3/20/2013 | 82727 | 111.33 | 980.16 | 192.82 | 673.72 | 113.62 | 0 | 0 |
| 7092244537 | 3/20/2013 | CB | R | Regular Payment | 2/26/2013 | | 82919.82 | -2.29 | -980.16 | -192.82 | -673.72 | -113.62 | 0 | 0 |
| 7092244537 | 3/20/2013 | | RET | Payment Returned | 2/26/2013 | | 82919.82 | -2.29 | 980.16 | 0 | 0 | 0 | 0 | 980.16 |
| 7092244537 | 4/30/2013 | | RMS | Regular Multiple/Spread Paymen | 3/26/2013 | | 82727 | 111.33 | 1019.84 | 192.82 | 673.72 | 113.62 | 0 | 39.68 |

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001745

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7092244537 | 4/30/2013 | | RMS | Regular Multiple/Spread Paymen | 4/26/2013 | | 82532.62 | 224.95 | 980.16 | 194.38 | 672.16 | 113.62 | 0 | 0 |
| 7092244537 | 5/30/2013 | | RMS | Regular Multiple/Spread Paymen | 5/26/2013 | | 82336.66 | 338.57 | 965.48 | 195.96 | 670.58 | 113.62 | 0 | -14.68 |
| 7092244537 | 5/30/2013 | | RMS | Regular Multiple/Spread Paymen | 6/26/2013 | | 82139.11 | 452.19 | 980.16 | 197.55 | 668.99 | 113.62 | 0 | 0 |
| 7092244537 | 7/1/2013 | | R | Regular Payment | 7/26/2013 | | 81939.95 | 565.81 | 980.16 | 199.16 | 667.38 | 113.62 | 0 | 0 |
| 7092244537 | 8/1/2013 | | R | Regular Payment | 8/26/2013 | | 81739.17 | 679.43 | 980.16 | 200.78 | 665.76 | 113.62 | 0 | 0 |
| 7092244537 | 8/15/2013 | | ETD | Tax Escrow Disbursement | 31 | | 81739.17 | 65.53 | -613.9 | 0 | 0 | -613.9 | 0 | 0 |
| 7092244537 | 8/31/2013 | ** | R | Regular Payment | 9/26/2013 | 9/6/2013 | 81536.76 | 179.15 | 980.16 | 202.41 | 664.13 | 113.62 | 0 | 0 |
| 7092244537 | 9/6/2013 | CB | R | Regular Payment | 8/26/2013 | | 81739.17 | 65.53 | -980.16 | -202.41 | -664.13 | -113.62 | 0 | 0 |
| 7092244537 | 9/6/2013 | | RET | Payment Returned | 8/26/2013 | | 81739.17 | 65.53 | 980.16 | 0 | 0 | 0 | | 980.16 |
| 7092244537 | 9/16/2013 | | R | Regular Payment | 9/26/2013 | | 81536.76 | 179.15 | 980.16 | 202.41 | 664.13 | 113.62 | 0 | 0 |
| 7092244537 | 10/1/2013 | | R | Regular Payment | 10/26/2013 | | 81332.71 | 292.77 | 980.16 | 204.05 | 662.49 | 113.62 | 0 | 0 |
| 7092244537 | 11/1/2013 | | R | Regular Payment | 11/26/2013 | | 81127 | 406.39 | 980.16 | 205.71 | 660.83 | 113.62 | 0 | 0 |
| 7092244537 | 12/2/2013 | | R | Regular Payment | 12/26/2013 | | 80919.62 | 507.93 | 968.08 | 207.38 | 659.16 | 101.54 | 0 | 0 |
| 7092244537 | 12/31/2013 | | R | Regular Payment | 1/26/2014 | | 80710.55 | 609.47 | 968.08 | 209.07 | 657.47 | 101.54 | 0 | 0 |
| 7092244537 | 2/3/2014 | | R | Regular Payment | 2/26/2014 | | 80499.78 | 711.01 | 968.08 | 210.77 | 655.77 | 101.54 | 0 | 0 |
| 7092244537 | 2/7/2014 | | ETD | Tax Escrow Disbursement | 31 | | 80499.78 | 97.11 | -613.9 | 0 | 0 | -613.9 | 0 | 0 |
| 7092244537 | 3/4/2014 | | R | Regular Payment | 3/26/2014 | | 80287.3 | 198.65 | 968.08 | 212.48 | 654.06 | 101.54 | 0 | 0 |
| 7092244537 | 3/31/2014 | | R | Regular Payment | 4/26/2014 | | 80073.09 | 300.19 | 968.08 | 214.21 | 652.33 | 101.54 | 0 | 0 |
| 7092244537 | 5/1/2014 | | R | Regular Payment | 5/26/2014 | | 79857.14 | 401.73 | 968.08 | 215.95 | 650.59 | 101.54 | 0 | 0 |
| 7092244537 | 6/2/2014 | | R | Regular Payment | 6/26/2014 | | 79639.44 | 503.27 | 968.08 | 217.7 | 648.84 | 101.54 | 0 | 0 |
| 7092244537 | 6/30/2014 | | R | Regular Payment | 7/26/2014 | | 79419.97 | 604.81 | 968.08 | 219.47 | 647.07 | 101.54 | 0 | 0 |
| 7092244537 | 8/1/2014 | | R | Regular Payment | 8/26/2014 | | 79198.72 | 706.35 | 968.08 | 221.25 | 645.29 | 101.54 | 0 | 0 |

EXHIBIT 5 TO EXHIBIT B

DD/OLS 001746

03/19/14  11:29 AM

Ocwen

Loan Servicing

c/o Research Dept.

David Daugherty

Loan #  7092244537

1 of 3 Pages

DD/OLS 000570

CONFIDENTIAL          EXHIBIT 15 TO EXHIBIT B

Page 2
CreditScore.com

03/19/14  11:29 AM

DAVID MAX DAUGHERTY
Report As Of: 3/16/2014

# Credit Cards, Loans & Other Debt

Here you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on your report indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues.

---

**FIDELITY PROPERTIES IN**

Experian   Equifax   TransUnion

🔲 Potentially Negative

330-821-9700
220 E MAIN ST
ALLIANCE, OH 44601

| | | |
|---|---|---|
| Account Name | FIDELITY PROPERTIES IN | FID COLECT |
| Account # | 431XXXX | 431XXXX |
| Account Type | Collection Department / Agency / Attorney | Collection Account |
| Balance | $115.00 | $115.00 |
| Past Due | $115.00 | |
| Date Opened | 7/1/2013 | 7/24/2013 |
| Account Status | Closed | Open |
| Mo. Payment | | |
| Payment Status | Seriously past due date / assigned to attorney, collection agency, or credit grantor's internal collection department | Collection account |
| High Balance | | |
| Limit | | |
| Terms | 1 Month | Placed for collection |
| Comments | | |

**24/Mo Payment History**

|  | 2012 | | | | | | | | | | 2013 | | | | | | | | | | 2014 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR |
| Experian | | | | | | | | | | | | | | | | | | | KD | KD | KD | KD | KD | KD |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |

---

**OCWEN LOAN SERVICING**

Experian   Equifax   TransUnion

🔲 Potentially Negative

800-746-2936
1661 WORTHINGTON RD SUITE 100
WEST PALM BEACH, FL 33409

| | |
|---|---|
| Account Name | OCWEN LOAN SERVICING |
| Account # | 709224XXXX |
| Account Type | Real Estate |
| Balance | $85,639.00 |
| Past Due | $6,128.00 |
| Date Opened | 8/1/1999 |
| Account Status | Open |
| Mo. Payment | $1,077.00 |
| Payment Status | At least 120 days or more than four payments past due |
| High Balance | $100,813.00 |
| Limit | |
| Terms | |
| Comments | CONSUMER DISPUTES - REINSTIGATION IN PROGRESS REAL ESTATE MORTGAGE |

*INACCURATE*

**24/Mo Payment History**

|  | 2012 | | | | | | | | | | | | 2013 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
| Experian | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |

*INACCURATE*

DD/OLS 000571

CONFIDENTIAL          EXHIBIT 15 TO EXHIBIT B

03/19/14  11:29 AM                                                        Page  3

David M. Daugherty
35 Valley View Dr.
Vienna, WV. 26105
(304) 615-3138
Fireboy1@suddenlink.net
March 17, 2014

Sir,
Research  Dept.
Ocwen Loan Servicing
PO Box 24736
West Palm Beach, Fl. 33416-4736

Dear Sir,

This letter is to complain about service I recently received from  Ocwen Loan Servicing  and Equifax  for this past year. Ocwen has my mortgage account #7092244537 that matures July 2014 with a balloon payment due at that time. That will require me to refinance the mortgage with the balance of $80.000.00. I have been working to secure a loan and came across in my credit report problems with the reporting of information on my account. Equifax has placed information on my credit report stating my account with Ocwen was 120 days late in the month of March 2013. They show it was 120 days late in the months of June and July 2013. They show it was 120 days late in the month of October 2013 and December of 2013. These statements are completely false! Equifax also shows that I have a past due balance right now of $6,128.00. I sure can see why I am having problems securing a new loan. I noticed on my account  that there is no account  statement listed on your website for June and July 2013. I was late in March 2013 when Ocwen's payment did not go through because my automatic payroll deposit did not go in the accounts on time, but it was paid the same day that was realized. We have disputed these reporting inaccuracies with Equifax several times and that claim they are correct. I also have a complaint with the total mortgage debt listed by Equifax showing that we owe a total of $168,750.00. We paid $105,000.00 originally for the house. I really appreciate those numbers too! My house has a value of $165,000.00, so I can understand why the negative reporting could be coming from Ocwen. I can only imagine Ocwen would want to have this corrected ASAP If the company is innocent. I had a consultation with a consumer credit attorney whom advised me to send Ocwen and Equifax notice that my rights concerning consumer credit are being extremely violated. Ocwen should immediately update all 3 credit agencies concerning my account and send letters to me showing this. I am planning to file a lawsuit if these inaccuracies cause a problem with the refinancing process with my house.

Sincerely,


David M. Daugherty

DD/OLS 000572

CONFIDENTIAL          EXHIBIT 15 TO EXHIBIT B

03/19/14  11:29 AM                                                Page 1

Ocwen

Loan Servicing

c/o Research Dept.

David Daugherty
Loan # 7092244537

1 of 3 Pages

DD/OLS 000573

CONFIDENTIAL          EXHIBIT 15 TO EXHIBIT B

03/19/14   11:29 AM

AVID MAX DAUGHERTY
eport As Of: 3/16/2014

# Credit Cards, Loans & Other Debt

ere you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on you
port indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues.

| FIDELITY PROPERTIES IN | | Experian | Equifax | TransUnion |
|---|---|---|---|---|
| Potentially Negative | Account Name | FIDELITY PROPERTIES IN | | FID COLECT |
| | Account # | 431XXXX | | 431XXXX |
| | Account Type | Collection Department / Agency / Attorney | | Collection Account |
| 330-821-9700 | Balance | $115.00 | | $115.00 |
| 220 E MAIN ST | Past Due | $115.00 | | |
| ALLIANCE, OH 44601 | Date Opened | 7/1/2013 | | 7/24/2013 |
| | Account Status | Closed | | Open |
| | Mo. Payment | | | |
| | Payment Status | Seriously past due date / assigned to attorney, collection agency, or credit grantor's internal collection department | | Collection account |
| | High Balance | | | |
| | Limit | | | |
| | Terms | 1 Month | | Placed for collection |
| | Comments | | | |

24/Mo Payment History

|  |  | 2012 | | | | | | | | | | 2013 | | | | | | | | | | | 2014 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR |
| Experian | | | | | | | | | | | | | | | | | | | | KD | KD | KD | KD | KD | KD |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | | |

---

| OCWEN LOAN SERVICING | | Experian | Equifax | TransUnion |
|---|---|---|---|---|
| Potentially Negative | Account Name | | OCWEN LOAN SERVICING | |
| | Account # | | 709224XXXX | |
| 800-746-2936 | Account Type | | Real Estate | |
| 1661 WORTHINGTON RD SUITE 100 | Balance | | $85,639.00 | |
| WEST PALM BEACH, FL 33409 | Past Due | | 96,138.00 | |
| | Date Opened | | 8/1/1999 | |
| | Account Status | | Open | |
| | Mo. Payment | | $1,077.00 | |
| | Payment Status | | At least 120 days or more than four payments past due | INACCURATE |
| | High Balance | | $100,813.00 | |
| | Limit | | | |
| | Terms | | | |
| | Comments | | CONSUMER DISPUTES - REINVESTIGATION IN PROGRESS REAL ESTATE MORTGAGE | |

24/Mo Payment History

|  |  | 2012 | | | | | | | | | | | | 2013 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
| Experian | | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | | |

*INACCURATE*

CONFIDENTIAL        EXHIBIT 15 TO EXHIBIT B

03/19/14   11:29 AM                                                                           Page 3

David M. Daugherty
35 Valley View Dr.
Vienna, WV. 26105
(304) 615-3138
Fireboy1@suddenlink.net
March 17, 2014

Sir,
Research Dept.
Ocwen Loan Servicing
PO Box 24736
West Palm Beach, Fl. 33416-4736

Dear Sir,

This letter is to complain about service I recently received from Ocwen Loan Servicing and Equifax for this past year. Ocwen has my mortgage account #7092244537 that matures July 2014 with a balloon payment due at that time. That will require me to refinance the mortgage with the balance of $80,000.00. I have been working to secure a loan and came across in my credit report problems with the reporting of information on my account. Equifax has placed information on my credit report stating my account with Ocwen was 120 days late in the month of March 2013. They show it was 120 days late in the months of June and July 2013. They show it was 120 days late in the month of October 2013 and December of 2013. These statements are completely false! Equifax also shows that I have a past due balance right now of $6,128.00. I sure can see why I am having problems securing a new loan. I noticed on my account that there is no account statement listed on your website for June and July 2013. I was late in March 2013 when Ocwen's payment did not go through because my automatic payroll deposit did not go in the accounts on time, but it was paid the same day that was realized. We have disputed these reporting inaccuracies with Equifax several times and that claim they are correct. I also have a complaint with the total mortgage debt listed by Equifax showing that we owe a total of $168,750.00. We paid $105,000.00 originally for the house. I really appreciate those numbers too! My house has a value of $165,000.00, so I can understand why the negative reporting could be coming from Ocwen. I can only imagine Ocwen would want to have this corrected ASAP if the company is innocent. I had a consultation with a consumer credit attorney whom advised me to send Ocwen and Equifax notice that my rights concerning consumer credit are being extremely violated. Ocwen should immediately update all 3 credit agencies concerning my account and send letters to me showing this. I am planning to file a lawsuit if these inaccuracies cause a problem with the refinancing process with my house.

Sincerely,


David M. Daugherty

DD/OLS 000575

CONFIDENTIAL        EXHIBIT 15 TO EXHIBIT B

03/14/13   8:36 PM   ⠶ OCWEN   RESEACH   DEPARTMENT   Page 1

March 14, 20

David M. Daugherty

35 Valley View Drive

Vienna, WV. 26105

Dear sir,

    I am writing you concerning my credit report with Equifax, it states that I am currently behind $6,128.00 dollars with Ocwen Loan Services and that I am in foreclosure. Please correct those records as soon as possible. I have a professional company assisting fixing my credit past so please clear that record.

        Thank you,

        David M. Daugherty

Ocwen loan number : 7092244537

DD/OLS 000576

CONFIDENTIAL        EXHIBIT 15 TO EXHIBIT B

03/14/13    8:36 PM

*Equifax*

**OCWEN LOAN SERVICING**
*Potentially Negative*
*Closed*
**800-746-2936**

*Mailing*
*Address:*
1661
WORTHINGTON
RD SUITE
100
WEST PALM
BEACH, FL
33409

Close Account Details

| | | | | |
|---|---|---|---|---|
| Account Name | | | OCWEN LOAN SERVICING | |
| Account # | | | 709224XXXX | |
| Account Type | | | Real Estate | |
| Balance | | | $85,639.00 | |
| Date Opened | | | 8/1/1999 | |
| Account Status | No Data Returned For This Bureau | | Closed | No Data Returned For This Bureau |
| Mo. Payment | | | $1,077.00 | |
| Past Due | | | | |
| Payment Status | | | At least 120 days or more than four payments past due | |
| High Balance | | | $100,813.00 | |
| Limit | | | | |
| Terms | | | | |
| Comments | | | FORECLOSURE PROCESS STARTED REAL ESTATE MORTGAGE | |

**24-Month Payment History**

| | 2010 | | | | | | | | | | | 2011 | | | | | | | | | | | | 2012 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | | | |
| Experian | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 90 | 60 | 90 | | | |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | | | | |

CONFIDENTIAL            EXHIBIT 15 TO EXHIBIT B

*Loan #*
*7092244537*

David M. Daugherty
35 Valley View Dr.
Vienna, WV. 26105
(304) 615-3138
Fireboy1@suddenlink.net
March 17, 2014

Sir,
Research Dept.
Ocwen Loan Servicing
PO Box 24736
West Palm Beach, Fl. 33416-4736

Dear Sir,

This letter is to complain about service I recently received from Ocwen Loan Servicing and Equifax for this past year. Ocwen has my mortgage account #7092244537 that matures July 2014 with a balloon payment due at that time. That will require me to refinance the mortgage with the balance of $80,000.00. I have been working to secure a loan and came across in my credit report problems with the reporting of information on my account. Equifax has placed information on my credit report stating my account with Ocwen was 120 days late in the month of March 2013. They show it was 120 days late in the months of June and July 2013. They show it was 120 days late in the month of October 2013 and December of 2013. These statements are completely false! Equifax also shows that I have a past due balance right now of $6,128.00. I sure can see why I am having problems securing a new loan. I noticed on my account that there is no account statement listed on your website for June and July 2013. I was late in March 2013 when Ocwen's payment did not go through because my automatic payroll deposit did not go in the accounts on time, but it was paid the same day that was realized. We have disputed these reporting inaccuracies with Equifax several times and that claim they are correct. I also have a complaint with the total mortgage debt listed by Equifax showing that we owe a total of $168,750.00. We paid $105,000.00 originally for the house. I really appreciate those numbers too! My house has a value of $165,000.00, so I can understand why the negative reporting could be coming from Ocwen. I can only imagine Ocwen would want to have this corrected ASAP If the company is innocent. I had a consultation with a consumer credit attorney whom advised me to send Ocwen and Equifax notice that my rights concerning consumer credit are being extremely violated. Ocwen should immediately update all 3 credit agencies concerning my account and send letters to me showing this. I am planning to file a lawsuit if these inaccuracies cause a problem with the refinancing process with my house.

Sincerely,


David M. Daugherty

*David M. Daugherty*

DD/OLS 000566

CONFIDENTIAL        EXHIBIT 16 TO EXHIBIT B

REPORT DATE 3-16-2014



**OCWEN LOAN SERVICING**   Experian   Equifax   TransUnion

☒ Potentially Negative

800-746-2936
1681 WORTHINGTON RD SUITE
100
WEST PALM BEACH, FL 33409

| | |
|---|---|
| Account Name | |
| Account # | |
| Account Type | |
| Balance | |
| Past Due | |
| Date Opened | |
| Account Status | |
| Mo. Payment | |
| Payment Status | |
| | |
| High Balance | |
| Limit | |
| Terms | |
| Comments | |

OCWEN LOAN SERVICING
709224XXXX
Real Estate
$85,639.00
$6,128.00
8/1/1999
Open
$1,077.00
At least 120 days or more than four
payments past due
$100,813.00

INACCURATE

CONSUMER DISPUTES -
REINVESTIGATION IN PROGRESS
REAL ESTATE MORTGAGE

**24/Mo Payment History**

| Month | 2012 JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | 2013 JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Experian | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax | 90 | 60 | 90 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 120 | OK | OK | 120 | 120 | OK | OK | 120 | OK | 120 |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |

INACCURATE



David Dougherty
35 Valley View Dr
Vienna, W.V. 26105

RETURN RECEIPT
REQUESTED

Owen Loan Servicing
c/o Research Dept.
P.O. Box 24736
West Palm Beach, FL. 33416-4736

3341647363G

7013 3020 0000 0614 2342

U.S. POSTAGE
VIENNA, WV
MAR 26 2014
AMOUNT
$6.49
0005057-17
33416

DD/OLS 000568

CONFIDENTIAL          EXHIBIT 16 TO EXHIBIT B

| ACDV Response: | | | 332814626063003 |
|---|---|---|---|
| Account Number: | 12907408 | SSN: | 232049020 |
| Consumer Name: | DAVID MAX DAUGHERTY | Control Number: | 332814626063003 |
| Response Code: | 01:Account information accurate as of date | Subscriber Code: | 9823004 |
| Response Date: | 03/31/2015 | DF Contact Number: | |
| Response Due Date: | 04/22/2015 | DF Authorized Name: | Raj Kumar |

| Dispute Information: | |
|---|---|
| Dispute Code 1: | 001:Not his/hers.  Provide or confirm complete ID. |
| Dispute Code 2: | |
| FCRA Relevant Information: | |

| Consumer Information: | Request Data | Response Data | Same / Diff |
|---|---|---|---|
| Last Name: | DAUGHERTY | DAUGHERTY | Same |
| First Name: | DAVID | DAVID | Same |
| Middle Name: | MAX | | Unknown |
| Generation Code: | | | Unknown |
| Prev. Last Name: | DAUGHERTY | | Unknown |
| Prev. First Name: | DAVID | | Unknown |
| Prev. Middle Name: | ANDTINA | | Unknown |
| Prev.Generation Code: | | | |
| SSN: | 232049020 | | Same |
| Date Of Birth: | 12/14/1957 | | Unknown |
| Telephone Number: | 3042956161 | | Same |
| ECOA Code: | 2:Joint Contractual Liability | 2:Joint Contractual Liability | |
| Street Address: | 35 VALLEY VIEW DR | 35 VALLEY VIEW DR | Different |
| City: | VIENNA | VIENNA | |
| State: | WV:West Virginia | WV:West Virginia | |
| Zip: | 261053327 | 26105 | |
| Prev. Street Address: | PO BOX 816 | | Unknown |
| Prev. City: | PARKERSBURG | | |
| Prev. State: | WV:West Virginia | | |
| Prev. Zip: | 261020816 | | |
| 2nd Prev. Street Address: | 600 34TH ST | | |
| 2nd Prev. City: | VIENNA | | |
| 2nd Prev. State: | WV:West Virginia | | |
| 2nd Prev. Zip: | 261052548 | | |

| Account Information: | Request Data | Response Data |
|---|---|---|
| Account Status: | 05:Account transferred to another office. | |
| Payment Rating: | 0:Current account | |
| Cond. / Cum. Status: | | |
| CII: | | |
| MOP: | | |
| CCC: | | |

DD/OLS 001339

**332814626063003**

| | |
|---|---|
| SCC: | O:Account transferred to another lender. |
| Portfolio Type: | M:Mortgage |
| Account Type: | 26:Conventional Real Estate Mortgage including Purchase Money First (Terms Duration in years) |
| Terms Duration: | 180 |
| Terms Frequency: | M:Monthly |
| Date Opened: | 08/26/1999 |
| Date of Account Information: | 11/01/2011 |
| Date of Last Payment: | 09/16/2011 |
| Date Closed: | 11/01/2011 |
| FCRA DOFD: | |
| Current Balance: | 0 |
| Amount Past Due: | 0 |
| High Credit / Original Amt.: | 100813 |
| Credit Limit: | |
| Original Charge Off Amount: | |
| Actual Payment: | 1077 |
| Scheduled Monthly Payment: | 1077 |
| Original Creditor Name: | |
| Creditor Classification: | |
| Agency ID: | |
| Sec. Mktg. Agency Acct Num: | |
| Mortgage ID Number (MIN): | |
| Specialized Payment Ind.: | |
| Defrd. Payment Start Date: | |
| Balloon Payment Amt.: | |
| Balloon Payment Due Date: | |
| Portfolio Indicator: | 2:Sold To Name |
| Purchased From / Sold To: | OCWEN |
| Narrative / Remarks: | |

## Account History

| Year | | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015 | Req. | | | | | | | | | | | D | D |
| | Resp. | | | | | | | | | | | - | - |
| 2014 | Req. | D | D | D | D | D | D | D | D | D | D | D | D |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2013 | Req. | D | D | D | D | D | D | D | D | D | D | D | D |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2012 | Req. | D | D | D | D | D | D | D | D | D | D | D | D |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2011 | Req. | D | D | D | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2010 | Req. | 3 | 2 | D | 1 | 1 | 0 | 1 | D | D | 1 | 2 | 1 |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2009 | Req. | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2008 | Req | 1 | 0 | 0 | 0 | 0 | 0 | 0 | B | - | - | | |
| | Res | - | - | - | - | - | - | - | - | - | - | | |

## Associated Consumer Information

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Middle Name: | |
| Generation Code: | |
| SSN: | |
| Date Of Birth: | |
| Telephone Number: | |
| ECOA Code: | |
| CII: | |
| Street Address: | |
| City: | |
| State: | |
| Zip: | |
| Authorized Name: | Raj Kumar |
| Date: | 03/31/2015 |

When you sign this form, you certify that you have verified the accuracy of the entire item in compliance with all legal requirements and that your computer and/or manual records will be adjusted to reflect changes noted above.

## ACDV Response: 99994091031165124

| Account Number: | 7092244537 | SSN: | 232049020 |
|---|---|---|---|
| Consumer Name: | DAVID MAX DAUGHERTY | Control Number: | 99994091031165124 |
| Response Code: | 02:Modify account information as indicated | Subscriber Code: | 465FS01690 |
| Response Date: | 04/24/2014 | DF Contact Number: | |
| Response Due Date: | 04/25/2014 | DF Authorized Name: | Robert Rajina |

## Dispute Information:

| Dispute Code 1: | 106:Disputes present/previous Account Status/Payment History Profile/Payment Rating.  Verify Payment History Profile, Account Status, and Payment Rating. |
|---|---|
| Dispute Code 2: | |
| FCRA Relevant Information: | |

## Consumer Information:

| | Request Data | Response Data | Same / Diff |
|---|---|---|---|
| Last Name: | DAUGHERTY | DAUGHERTY | Same |
| First Name: | DAVID | DAVID | Same |
| Middle Name: | MAX | | Unknown |
| Generation Code: | | | Unknown |
| Prev. Last Name: | CD | | Unknown |
| Prev. First Name: | AB | | Unknown |
| Prev. Middle Name: | | | Unknown |
| Prev.Generation Code: | | | |
| SSN: | 232049020 | 232049020 | Same |
| Date Of Birth: | 12/14/1957 | | Unknown |
| Telephone Number: | 3042956161 | | Unknown |
| ECOA Code: | 1:Individual | 1:Individual | |
| Street Address: | 35 VALLEY VIEW DR 35 | 35 VALLEY VIEW DR | Different |
| City: | VIENNA | VIENNA | |
| State: | WV:West Virginia | WV:West Virginia | |
| Zip: | 26105 | 26105 | |
| Prev. Street Address: | PO BOX 816 | | Unknown |
| Prev. City: | PARKERSBURG | | |
| Prev. State: | WV:West Virginia | | |
| Prev. Zip: | 26102 | | |
| 2nd Prev. Street Address: | VALLEYVIEW DR | | |
| 2nd Prev. City: | VIENNA | | |
| 2nd Prev. State: | WV:West Virginia | | |
| 2nd Prev. Zip: | 26105 | | |

## Account Information:

| | Request Data | Response Data |
|---|---|---|
| Account Status: | 11:Current account. | 11:Current account. |
| Payment Rating: | 0:Current account | |
| Cond. / Cum. Status: | | |
| CII: | | |
| MOP: | 01:As agreed; not more than 1 payment past due | |
| CCC: | | XR:Removes the most recently reported Compliance Condition Code. |

1 of 2
EXHIBIT 17 TO EXHIBIT B

DD/OLS 001341

9999409103165124

| | | |
|---|---|---|
| SCC: | | |
| Portfolio Type: | M:Mortgage | M:Mortgage |
| Account Type: | 26:Conventional Real Estate Mortgage including Purchase Money First (Terms Duration in years) | 26:Conventional Real Estate Mortgage including Purchase Money First (Terms Duration in years) |
| Terms Duration: | 30 | 360 |
| Terms Frequency: | M:Monthly | M:Monthly |
| Date Opened: | 07/22/1999 | 07/20/1999 |
| Date of Account Information: | 01/01/2013 | 04/24/2014 |
| Date of Last Payment: | 01/01/2013 | 03/31/2014 |
| Date Closed: | | |
| FCRA DOFD: | | |
| Current Balance: | 83111 | 80073 |
| Amount Past Due: | | 0 |
| High Credit / Original Amt.: | 100860 | 100860 |
| Credit Limit: | | |
| Original Charge Off Amount: | | |
| Actual Payment: | 980 | 1936 |
| Scheduled Monthly Payment: | | 968 |
| Original Creditor Name: | | |
| Creditor Classification: | | |
| Agency ID: | | |
| Sec. Mktg. Agency Acct Num: | | |
| Mortgage ID Number (MIN): | | |
| Specialized Payment Ind.: | | |
| Defrd. Payment Start Date: | | |
| Balloon Payment Amt.: | | |
| Balloon Payment Due Date: | | |
| Portfolio Indicator: | | |
| Purchased From / Sold To: | | |
| Narrative / Remarks: | | |

## Account History

| Year | | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | Req. | | | | | | | | | | - | 0 | 0 |
| | Resp. | | | | | | | | | | 0 | 0 | 0 |
| 2013 | Req. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | D | 0 |
| | Resp. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| 2012 | Req. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 2 | 2 |
| | Resp. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 3 | 3 | 2 |
| 2011 | Req. | B | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | 3 | B | - | - | - | - | - | - | - | - | - | - |
| 2010 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2009 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2008 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2007 | Req | - | - | - | - | - | - | - | - | - | | | |
| | Res | - | - | - | - | - | - | - | - | - | | | |

## Associated Consumer Information

| | | |
|---|---|---|
| Last Name: | | |
| First Name: | | |
| Middle Name: | | |
| Generation Code: | | |
| SSN: | | |
| Date Of Birth: | | |
| Telephone Number: | | |
| ECOA Code: | | |
| CII: | | |
| Street Address: | | |
| City: | | |
| State: | | |
| Zip: | | |
| Authorized Name: | Robert Rajina | |
| Date: | 04/24/2014 | |

When you sign this form, you certify that you have verified the accuracy of the entire item in compliance with all legal requirements and that your computer and/or manual records will be adjusted to reflect changes noted above.

DD/OLS 001342

| ACDV Response: | | | 9999409103116515125 |
|---|---|---|---|
| Account Number: | 7092244537 | SSN: | 232049020 |
| Consumer Name: | DAVID MAX DAUGHERTY | Control Number: | 99994091031165125 |
| Response Code: | 02:Modify account information as indicated | Subscriber Code: | 465FS01690 |
| Response Date: | 04/24/2014 | DF Contact Number: | |
| Response Due Date: | 04/25/2014 | DF Authorized Name: | Robert Rajina |

| Dispute Information: | |
|---|---|
| Dispute Code 1: | 106:Disputes present/previous Account Status/Payment History Profile/Payment Rating.  Verify Payment History Profile, Account Status, and Payment Rating. |
| Dispute Code 2: | |
| FCRA Relevant Information: | |

| Consumer Information: | | | |
|---|---|---|---|
| | Request Data | Response Data | Same / Diff |
| Last Name: | DAUGHERTY | DAUGHERTY | Same |
| First Name: | DAVID | DAVID | Same |
| Middle Name: | MAX | | Unknown |
| Generation Code: | | | Unknown |
| Prev. Last Name: | CD | | Unknown |
| Prev. First Name: | AB | | Unknown |
| Prev. Middle Name: | | | Unknown |
| Prev.Generation Code: | | | |
| SSN: | 232049020 | 232049020 | Same |
| Date Of Birth: | 12/14/1957 | | Unknown |
| Telephone Number: | 3042956161 | | Unknown |
| ECOA Code: | 1:Individual | 1:Individual | |
| Street Address: | 35 VALLEY VIEW DR 35 | 35 VALLEY VIEW DR | Different |
| City: | VIENNA | VIENNA | |
| State: | WV:West Virginia | WV:West Virginia | |
| Zip: | 26105 | 26105 | |
| Prev. Street Address: | PO BOX 816 | | Unknown |
| Prev. City: | PARKERSBURG | | |
| Prev. State: | WV:West Virginia | | |
| Prev. Zip: | 26102 | | |
| 2nd Prev. Street Address: | VALLEYVIEW DR | | |
| 2nd Prev. City: | VIENNA | | |
| 2nd Prev. State: | WV:West Virginia | | |
| 2nd Prev. Zip: | 26105 | | |

| Account Information: | | |
|---|---|---|
| | Request Data | Response Data |
| Account Status: | 82:Account 120 days past the due date. | 11:Current account. |
| Payment Rating: | | |
| Cond. / Cum. Status: | | |
| CII: | | |
| MOP: | 05:Pays over 120 days; 5 or more payments past due | |
| CCC: | | XR:Removes the most recently reported Compliance Condition Code. |

**9999409I031165125**

| SCC: | BO:Foreclosure proceedings started. | |
|---|---|---|
| Portfolio Type: | M:Mortgage | M:Mortgage |
| Account Type: | 08:Real Estate - Specific Type Unknown | 26:Conventional Real Estate Mortgage including Purchase Money First (Terms Duration in years) |
| Terms Duration: | 30 | 360 |
| Terms Frequency: | M:Monthly | M:Monthly |
| Date Opened: | 08/10/1999 | 07/20/1999 |
| Date of Account Information: | 03/24/2014 | 04/24/2014 |
| Date of Last Payment: | 01/01/2012 | 03/31/2014 |
| Date Closed: | | |
| FCRA DOFD: | 10/01/2011 | |
| Current Balance: | 85639 | 80073 |
| Amount Past Due: | 6128 | 0 |
| High Credit / Original Amt.: | 100813 | 100813 |
| Credit Limit: | | |
| Original Charge Off Amount: | | |
| Actual Payment: | 200 | 1936 |
| Scheduled Monthly Payment: | | 968 |
| Original Creditor Name: | | |
| Creditor Classification: | | |
| Agency ID: | | |
| Sec. Mktg. Agency Acct Num: | | |
| Mortgage ID Number (MIN): | | |
| Specialized Payment Ind.: | | |
| Defrd. Payment Start Date: | | |
| Balloon Payment Amt.: | | |
| Balloon Payment Due Date: | | |
| Portfolio Indicator: | | |
| Purchased From / Sold To: | | |
| Narrative / Remarks: | | |

### Account History

| Year | | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | Req. | | | | | | | | | | - | D | 4 |
| | Resp. | | | | | | | | | | 0 | 0 | 0 |
| 2013 | Req. | 4 | D | 4 | D | D | 4 | 4 | D | D | 4 | D | D |
| | Resp. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| 2012 | Req. | D | D | D | D | D | D | D | D | D | 3 | 2 | 3 |
| | Resp. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 4 | 3 | 2 |
| 2011 | Req. | B | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | 3 | B | - | - | - | - | - | - | - | - | - | - |
| 2010 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2009 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2008 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2007 | Req | - | - | - | - | - | - | - | - | - | | | |
| | Res | - | - | - | - | - | - | - | - | - | | | |

### Associated Consumer Information

| | | |
|---|---|---|
| Last Name: | | |
| First Name: | | |
| Middle Name: | | |
| Generation Code: | | |
| SSN: | | |
| Date Of Birth: | | |
| Telephone Number: | | |
| ECOA Code: | | |
| CII: | | |
| Street Address: | | |
| City: | | |
| State: | | |
| Zip: | | |
| Authorized Name: | Robert Rajina | |
| Date: | 04/24/2014 | |

When you sign this form, you certify that you have verified the accuracy of the entire item in compliance with all legal requirements and that your computer and/or manual records will be adjusted to reflect changes noted above.



*OCWEN Loan Servicing, LLC*
*P.O. Box 785063*
*Orlando, FL 32878-5063*
*(Do not send any correspondence or payment to the above address)*          WWW.OCWEN.COM

April 19, 2014

David Daugherty

35 Valley View Drive
Vienna, WV  26105

RE: Loan Number:     7092244537
Property Address:    35 Valley View Dr
                     Vienna, WV  26105

Dear Mr. David Daugherty :

OCWEN would like to take this opportunity to thank you for your recent communication regarding the above referenced loan.  We appreciate the time and effort on your part to bring your concern to our attention.  Pursuant to your concern, we have reviewed the loan and below is the recap of our response to the concern raised:

**Concern#1** You requested us to remove the delinquent reporting referenced in your correspondence.

**Response**     When a payment is not received within thirty (30) days from the due date, the loan is reported as delinquent to the credit bureaus.  A review of the loan indicates that the payment for the month of March 2013 was delinquent and that the credit reporting submitted correctly reflected the delinquent status.  We are obligated to report true and accurate information to the credit bureaus and therefore the credit reporting cannot be changed.  If you still believe the reporting is incorrect and you have evidence that the payment(s) was received on time, please provide us with this evidence so that we may research this matter further.

We have submitted a request for the Ocwen's Payment Reconciliation History to be sent to your attention which reflects all credits and disbursements made to the loan by Ocwen and the resulting loan status.

As indicated in the Ombudsman letter dated April 8, 2014, 'on March 21, 2014, our office submitted a request to the four major credit reporting agencies, Equifax, TransUnion, Experian, and Innovis, to reflect the current balance on the loan in the amount of $80,499.78.  The confirmation number for this electronically submitted update is 69189581.

Ocwen reports to Equifax, TransUnion, Experian and Innovis.  These bureaus provide information to the local credit bureaus to update and correct your credit file.  Unfortunately, Ocwen is unable to control when the credit reporting agencies will update their records.  In the interim, you may use this letter as evidence that the request has been submitted.

As of the date of this letter, your loan is due for the April 26, 2014 payment. If you require any further assistance regarding your loan, you may contact Ocwen's Customer Care Center at (800) 746-2936.

We trust the information provided has fully addressed your concern.  Please visit our website (www.ocwen.com) which is available 24 hours a day, seven days a week, as many of the answers to your account specific questions may be found there.  However, should you have any further questions in regards to this issue, please contact our Research Department at (800) 241-9960. If after speaking with our Research Department you still have questions or concerns, please feel free to contact the OCWEN consumer advocate by email through OCWEN's website or by phone at (800) 390-4656. You may also send written correspondence to the following address:

RRCMAINLTRM.13    1

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

Loan Number:7092244537                                                    NMLS # 1852

**DD/OLS 000223**

CONFIDENTIAL          EXHIBIT 20 TO EXHIBIT B



*OCWEN Loan Servicing, LLC*
*P.O. Box 785063*
*Orlando, FL 32878-5063*
*(Do not send any correspondence or payment to the above address)*

WWW.OCWEN.COM

Ocwen Loan Servicing, LLC
Attention: Research Department
P.O. Box 24736
West Palm Beach, FL 33416-4736

Sincerely,

K, Lokesh S
Research Department
Ocwen Loan Servicing, LLC

RRCMAINLTRM.13   2

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose.*
*However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and*
*does not constitute an attempt to collect a debt.*

Loan Number:7092244537

NMLS # 1852

DD/OLS 000224

CONFIDENTIAL          EXHIBIT 20 TO EXHIBIT B

## Universal Data Form

AUD Correction Indicator:  Update ☑   Delete ☐   Delete due to fraud ☐

| | |
|---|---|
| Subscriber Name: | Ocwen Loan Servicing, LLC |
| Subscriber Address: | 1661 Worthington Road / Suite 100, West Palm Beach, FL 33409 |

| | |
|---|---|
| Equifax SC: | 447YC03611 |
| Experian SC: | 6110081 |
| Innovis SC: | 2101391 |
| TU SC: | 813P004 |

### Consumer Information

| Last Name | First Name | Middle Name | Gen. | SSN | DOB |
|---|---|---|---|---|---|
| Daugherty | David | | | 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 | |

| Current Address | City | State | Zip+4 |
|---|---|---|---|
| 35 Valley View Drive | Vienna | WV | 26105 |

| Previous Last Name | Previous First Name | Previous Middle Name | Previous Gen. |
|---|---|---|---|
| | | | |

| Previous Address | City | State | Zip+4 |
|---|---|---|---|
| | | | |

| Consumer Information Indicator: | ECOA: 1 | Phone: |
|---|---|---|

### Employment Information

| Employer Name: | Occupation: | | |
|---|---|---|---|
| Current Address | City | State | Zip+4 |

### Associated Consumer Information

| Last Name | First Name | Middle Name | Gen. | SSN | DOB |
|---|---|---|---|---|---|
| | | | | | |

| Current Address | City | State | Zip+4 |
|---|---|---|---|
| | | | |

| Consumer Information Indicator: | ECOA: | Phone: |
|---|---|---|

| Last Name | First Name | Middle Name | Gen. | SSN | DOB |
|---|---|---|---|---|---|
| | | | | | |

| Address | City | State | Zip+4 |
|---|---|---|---|
| | | | |

| Consumer Information Indicator: | ECOA: | Phone: |
|---|---|---|

### Account Information

| Account Number | Date Opened | Current Balance | Amount Past Due | Portfolio Type | Credit Limit | High Credit | Schedule Monthly | SCC | CCC |
|---|---|---|---|---|---|---|---|---|---|
| 7092244537 | 07-20-1999 | $79857 | $0 | M | | $100860 | $968 | | XH |

| Term Dur./Freq. | Date Closed | Actual Payment | Date of Last Payment | Account Status | Payment Rating | Account Type | Interest Type Indicator | Date of Account Information | FCRA 1st Date of Delinquency | Original Charge-off Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 360/M | | $968 | 05-01-2014 | 11 | | 26 | | 05-31-2014 | | |

| Original Creditor Name | Creditor Classification | Mortgage Agency Identifier | Sec. Marketing Agency Id Account # | Specialized Payment Indicator |
|---|---|---|---|---|
| | | | | |

| Purchased Portfolio or Sold Name | Portfolio Indicator | Deferred Payment Start Date | Balloon Payment Due Date | Balloon Payment Amount |
|---|---|---|---|---|
| | | | | |

| Mortgage Id # | | AUD Control # | 70571752 |
|---|---|---|---|

### Account History

| D | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 1 | 0 | 4 | 3 | 2 | 3 | B | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - | - | - |

.ted By:   IVONNE HUMPHREYS          Tel#:   (800) 390-4656
Date:   07-02-2014

By submitting this AUD, you certify that you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect the changes noted.

DD/OLS 000310

CONFIDENTIAL          EXHIBIT 22 TO EXHIBIT B

| ACDV Response: | | | 9999421003088137 |
|---|---|---|---|
| Account Number: | 7092244537 | SSN: | 232049020 |
| Consumer Name: | DAVID MAX DAUGHERTY | Control Number: | 9999421003088137 |
| Response Code: | 01:Account information accurate as of date | Subscriber Code: | 465FS01690 |
| Response Date: | 08/08/2014 | DF Contact Number: | |
| Response Due Date: | 08/15/2014 | DF Authorized Name: | Daniel John |

| Dispute Information: | |
|---|---|
| Dispute Code 1: | 001:Not his/hers.  Provide or confirm complete ID. |
| Dispute Code 2: | 106:Disputes present/previous Account Status/Payment History Profile/Payment Rating.  Verify Payment History Profile, Account Status, and Payment Rating. |
| FCRA Relevant Information: | |

| Consumer Information: | Request Data | Response Data | Same / Diff |
|---|---|---|---|
| Last Name: | DAUGHERTY | DAUGHERTY | Same |
| First Name: | DAVID | DAVID | Same |
| Middle Name: | MAX | | Unknown |
| Generation Code: | | | Unknown |
| Prev. Last Name: | | | Unknown |
| Prev. First Name: | | | Unknown |
| Prev. Middle Name: | | | Unknown |
| Prev.Generation Code: | | | |
| SSN: | 232049020 | 232049020 | Same |
| Date Of Birth: | 12/14/1957 | | Unknown |
| Telephone Number: | 3042956161 | | Unknown |
| ECOA Code: | 1:Individual | 1:Individual | |
| Street Address: | 35 VALLEY VIEW DR 35 | 35 VALLEY VIEW DR | Different |
| City: | VIENNA | VIENNA | |
| State: | WV:West Virginia | WV:West Virginia | |
| Zip: | 26105 | 26105 | |
| Prev. Street Address: | PO BOX 816 | | Unknown |
| Prev. City: | PARKERSBURG | | |
| Prev. State: | WV:West Virginia | | |
| Prev. Zip: | 26102 | | |
| 2nd Prev. Street Address: | VALLEYVIEW DR | | |
| 2nd Prev. City: | VIENNA | | |
| 2nd Prev. State: | WV:West Virginia | | |
| 2nd Prev. Zip: | 26105 | | |

| Account Information: | Request Data | Response Data |
|---|---|---|
| Account Status: | 11:Current account | |
| Payment Rating: | 0:Current account | |
| Cond. / Cum. Status: | | |
| CII: | | |
| MOP: | 01:As agreed; not more than 1 payment past due | |
| CCC: | | |

V1.29

1 of 2
EXHIBIT 23 TO EXHIBIT B

DD/OLS 001361

**9999421003008137**

| SCC: | | |
|---|---|---|
| Portfolio Type: | M:Mortgage | |
| Account Type: | 26:Conventional Real Estate Mortgage including Purchase Money First (Terms Duration in years) | |
| Terms Duration: | 360 | |
| Terms Frequency: | M:Monthly | |
| Date Opened: | 07/01/1999 | |
| Date of Account Information: | 01/01/2013 | |
| Date of Last Payment: | 05/01/2014 | |
| Date Closed: | | |
| FCRA DOFD: | | |
| Current Balance: | 79857 | |
| Amount Past Due: | 0 | |
| High Credit / Original Amt.: | 100860 | |
| Credit Limit: | | |
| Original Charge Off Amount: | | |
| Actual Payment: | 968 | |
| Scheduled Monthly Payment: | 968 | |
| Original Creditor Name: | | |
| Creditor Classification: | | |
| Agency ID: | | |
| Sec. Mktg. Agency Acct Num: | | |
| Mortgage ID Number (MIN): | | |
| Specialized Payment Ind.: | | |
| Defrd. Payment Start Date: | | |
| Balloon Payment Amt.: | | |
| Balloon Payment Due Date: | | |
| Portfolio Indicator: | | |
| Purchased From / Sold To: | | |
| Narrative / Remarks: | | |

## Account History

| Year | | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | Req. | | | | | | - | D | 0 | 0 | 0 | 0 | 0 |
| | Resp. | | | | | | - | - | - | - | - | - | - |
| 2013 | Req. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | D | 0 |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2012 | Req. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 2 | 2 |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2011 | Req. | B | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2010 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2009 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2008 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2007 | Req | - | - | - | - | - | - | - | - | - | - | - | - |
| | Res | - | - | - | - | - | - | - | - | - | - | - | - |

## Associated Consumer Information

| Last Name: | | |
|---|---|---|
| First Name: | | |
| Middle Name: | | |
| Generation Code: | | |
| SSN: | | |
| Date Of Birth: | | |
| Telephone Number: | | |
| ECOA Code: | | |
| CII: | | |
| Street Address: | | |
| City: | | |
| State: | | |
| Zip: | | |
| Authorized Name: | Daniel John | |
| Date: | 08/08/2014 | |

When you sign this form, you certify that you have verified the accuracy of the entire item in compliance with all legal requirements and that your computer and/or manual records will be adjusted to reflect changes noted above.

EXHIBIT 23 TO EXHIBIT B

| ACDV Response: | | | 9999421003008838138 |
|---|---|---|---|
| Account Number: | 7092244537 | SSN: | 232049020 |
| Consumer Name: | DAVID MAX DAUGHERTY | Control Number: | 9999421003008838138 |
| Response Code: | 01:Account information accurate as of date | Subscriber Code: | 465FS01690 |
| Response Date: | 08/08/2014 | DF Contact Number: | |
| Response Due Date: | 08/15/2014 | DF Authorized Name: | Daniel John |

| Dispute Information: | |
|---|---|
| Dispute Code 1: | 001:Not his/hers.  Provide or confirm complete ID. |
| Dispute Code 2: | 106:Disputes present/previous Account Status/Payment History Profile/Payment Rating.  Verify Payment History Profile, Account Status, and Payment Rating. |
| FCRA Relevant Information: | |

| Consumer Information: | | | |
|---|---|---|---|
| | Request Data | Response Data | Same / Diff |
| Last Name: | DAUGHERTY | DAUGHERTY | Same |
| First Name: | DAVID | DAVID | Same |
| Middle Name: | MAX | | Unknown |
| Generation Code: | | | Unknown |
| Prev. Last Name: | | | Unknown |
| Prev. First Name: | | | Unknown |
| Prev. Middle Name: | | | Unknown |
| Prev.Generation Code: | | | |
| SSN: | 232049020 | 232049020 | Same |
| Date Of Birth: | 12/14/1957 | | Unknown |
| Telephone Number: | 3042956161 | | Unknown |
| ECOA Code: | 1:Individual | 1:Individual | |
| Street Address: | 35 VALLEY VIEW DR 35 | 35 VALLEY VIEW DR | Different |
| City: | VIENNA | VIENNA | |
| State: | WV:West Virginia | WV:West Virginia | |
| Zip: | 26105 | 26105 | |
| Prev. Street Address: | PO BOX 816 | | Unknown |
| Prev. City: | PARKERSBURG | | |
| Prev. State: | WV:West Virginia | | |
| Prev. Zip: | 26102 | | |
| 2nd Prev. Street Address: | VALLEYVIEW DR | | |
| 2nd Prev. City: | VIENNA | | |
| 2nd Prev. State: | WV:West Virginia | | |
| 2nd Prev. Zip: | 26105 | | |

| Account Information: | | |
|---|---|---|
| | Request Data | Response Data |
| Account Status: | 82:Account 120 days past the due date. | |
| Payment Rating: | | |
| Cond. / Cum. Status: | | |
| CII: | | |
| MOP: | 05:Pays over 120 days; 5 or more payments past due | |
| CCC: | | |

DD/OLS 001363

| | 9999421003008138 |
|---|---|
| SCC: | BO:Foreclosure proceedings started. |
| Portfolio Type: | M:Mortgage |
| Account Type: | 08:Real Estate - Specific Type Unknown |
| Terms Duration: | 30 |
| Terms Frequency: | M:Monthly |
| Date Opened: | 08/01/1999 |
| Date of Account Information: | 06/23/2014 |
| Date of Last Payment: | 01/01/2012 |
| Date Closed: | |
| FCRA DOFD: | 10/01/2011 |
| Current Balance: | 85639 |
| Amount Past Due: | 6128 |
| High Credit / Original Amt.: | 100813 |
| Credit Limit: | |
| Original Charge Off Amount: | |
| Actual Payment: | 200 |
| Scheduled Monthly Payment: | 1077 |
| Original Creditor Name: | |
| Creditor Classification: | |
| Agency ID: | |
| Sec. Mktg. Agency Acct Num: | |
| Mortgage ID Number (MIN): | |
| Specialized Payment Ind.: | |
| Defrd. Payment Start Date: | |
| Balloon Payment Amt.: | |
| Balloon Payment Due Date: | |
| Portfolio Indicator: | |
| Purchased From / Sold To: | |
| Narrative / Remarks: | |

## Account History

| Year | | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | Req. | | | | | | - | | 0 | 0 | 0 | 0 | - |
| | Resp. | | | | | | - | | - | - | - | - | - |
| 2013 | Req. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | D | D |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2012 | Req. | D | D | D | D | D | D | D | D | D | 3 | 2 | 2 |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2011 | Req. | B | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2010 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2009 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2008 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2007 | Req | - | - | - | - | - | - | - | - | - | - | - | - |
| | Res | - | - | - | - | - | - | - | - | - | - | - | - |

## Associated Consumer Information

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Middle Name: | |
| Generation Code: | |
| SSN: | |
| Date Of Birth: | |
| Telephone Number: | |
| ECOA Code: | |
| CII: | |
| Street Address: | |
| City: | |
| State: | |
| Zip: | |
| Authorized Name: | Daniel John |
| Date: | 08/08/2014 |

When you sign this form, you certify that you have verified the accuracy of the entire item in compliance with all legal requirements and that your computer and/or manual records will be adjusted to reflect changes noted above.