

Engineered to **Amaze**

Loan#: ____U400

Page 1

Date: February 21, 2015    1050 Woodward Ave, Detroit, MI 48226-1906

David Daugherty
35 Valley View Dr
Vienna, WV 26105

Dear David,

**Congratulations!** You have been conditionally approved for a FHA 15 Yr Fixed loan in the amount of $101,750.00 for the refinance of your primary residence at 35 Valley View Dr, Vienna, WV 26105.

With your loan proceeds, we anticipate paying off the following mortgages/debts.

| #7092244537 | OCWEN LOAN | $80,341.00 |

This loan approval is subject to our receipt and approval of the following items:

**1. 1099S**
Please provide 1099s from 2013 for David  Daugherty. We need to verify your Pension income of $3081.12 per month.

**2. PROOF OF SOCIAL SECURITY INCOME**
Provide a copy of the most recent Social Security Award Letter for David Daugherty as evidence of the income. We are in need of your most recent social security award letter that you should have received for 2015. Thank you

**3. A CREDIT AGENCY MAY CALL YOU**
We are in the process of updating account information on your credit report and your creditor may require a conference call with you and a credit agency. If you miss their call, please call them back promptly.

**4. APPRAISAL DELIVERY WAIVER FORM**
Please review and if you wish to waive your right to receive a copy of your appraisal 3 days prior to closing e-sign or print and submit via upload or fax.

**5. INFORMATION REGARDING YOUR APPRAISAL**
An appraiser will be reviewing your property to access its value and ensure that it is structurally sound.  As part of this review, the appraiser must have access to any attic or crawl space area. Additionally, all mechanical systems (plumbing / heating / cooling / etc.) and utilities (water, electricity, etc) will be reviewed.  The completed appraisal report will be reviewed by Quicken Loans to confirm all conditions above are satisfactory.

**6. PLEASE CONTINUE TO MAKE YOUR MONTHLY PAYMENTS**
Just wanted to remind you to please continue making all of your mortgage, credit card, car loans and any other monthly payments as scheduled until we are completely finished with your new loan. As we get closer to closing, we will only order a payoff statement from your current mortgage lender which must confirm that all payments have been made on time. If the payoff statement does not reflect this, we may need additional documentation from you. Nothing further is needed at this time.

**Please fax legible copies of the items above within 2 days to fax# (800) 383-9244.**   We

The documentation we have reviewed in evaluating your loan application is valid for 90 days from the date of our receipt. It may be necessary to update such documentation during the loan process and this approval is subject to the results of such updates.  This conditional approval shall be void if, in the opinion of Quicken Loans Inc., there is or has been a material change in your financial situation, employment status, credit status, property or any other information reviewed by Quicken Loans Inc. in connection with the mortgage loan application, including but not limited to an increase in the qualifying monthly payment.  Not all properties are eligible for financing.  This conditional approval is subject to lender approval of the property.

3055971453

EXHIBIT I



are working to bring your loan to closing and will be happy to answer questions you have along the way.

**Sydney Raines-Schuh**
**Phone: (800) 226-6308 ext. 27663**
Fax: (800) 383-9244
**E-mail: SydneyRaines-Schuh@quickenloans.com**

As you gather and send the items above, we will be obtaining and reviewing items from various third parties. These items include:

* Satisfactory verification of your Homeowners Insurance
* A payoff letter from OCWEN LOAN account number 4537 indicating the amount owed to pay off loan.
* A satisfactory home appraisal - Any repairs or inspections noted on the appraisal must be completed prior to closing.
* A title commitment/search indicating who owns the property and what liens exist

Once we receive the items from you and the third parties, we will conduct a final review of the loan documents. As soon as we complete the review and issue a final approval, we will contact you to coordinate your closing.

Remember to use my.quickenloans.com for 24 hour access to your most up to date loan information.

Thank you again for choosing Quicken Loans Inc. for your home financing!

Sincerely,

Adam Johnson
Power Banker
Phone: (800) 226-6308 ext. 68258

The documentation we have reviewed in evaluating your loan application is valid for 90 days from the date of our receipt. It may be necessary to update such documentation during the loan process and this approval is subject to the results of such updates. This conditional approval shall be void if, in the opinion of Quicken Loans Inc., there is or has been a material change in your financial situation, employment status, credit status, property or any other information reviewed by Quicken Loans Inc. in connection with the mortgage loan application, including but not limited to an increase in the qualifying monthly payment. Not all properties are eligible for financing. This conditional approval is subject to lender approval of the property.

EXHIBIT I



0486 0453 228 0101

0486
04/09/2015 9:16 pm

## HERE'S HOW YOUR NUMBERS WORK

David M. Daugherty
35 Valley View Dr, Vienna, WV 26105

**Loan Program:** FHA 15 Yr Fixed

**Property Value:** $ 161,000.00

HERE'S HOW YOUR NUMBERS WORK

| Items Owed: | | Estimated Amount: |
|---|---|---|
| Payoff of Mortgage(s) | $ | 93,248.00 |
| Adjusted Origination Charges (See Good Faith Estimate, line A) | $ | 1,000.00 |
| 3rd Party Costs (See Good Faith Estimate, lines 3 through 8) (Inc. Mortgage Ins Premium of $1,750.00) | $ | 3,592.43 |
| Prepaids/Escrows (See Good Faith Estimate, lines 9 through 11) | $ | 1,966.44 |
| Subtotal | $ | 99,806.87 |
| Applied Credits | | |
| Loan Amount (Inc. Mortgage Ins Premium of $1,750.00) | $ | 101,750.00 |
| Good Faith Deposit to Quicken Loans Inc. | $ | 400.00 |
| Lender Credit | $ | 250.00 |
| Estimated Cash You Will Receive after Closing: | $ | 2,593.13 |

**Please Note:** Lender credits reflected above will not show on the Good Faith Estimate. Lender credits will be shown on the final settlement statement.

YOUR PROPOSED MONTHLY PAYMENT

| Payment Breakdown: | | Estimated Amount: |
|---|---|---|
| Principal and Interest | $ | 727.40 |
| Homeowner's Insurance | $ | 121.92 |
| Real Estate Taxes | $ | 107.50 |
| Mortgage Insurance | $ | 36.62 |
| Estimated Monthly Mortgage Payment | | $993.44 |

* To calculate your proposed monthly payment, we used an interest rate 3.500%. Please refer to your Interest Rate Disclosure for the terms and conditions of your locked interest rate.

** All requests for an escrow waiver of taxes and/or insurance are subject to approval.

**Additional Information:**

In addition to the fees listed in the "Here's How Your Numbers Work" section, you may have additional closing costs that are not known to us at this time. For example, you may have to pay (i) tax or property assessments, liens, or other items listed on the title search; (ii) incidental recording fees in addition to those indicated above for items such as power of attorney, deeds, subordination agreements, etc; or (iii) prior credit obligations to satisfy loan conditions.

### Important Things to Consider When Choosing a Lender:

* Client Service - 35% of our closed loans tell us they would recommend Quicken Loans to friends and family! Your Mortgage Banker is available to assist you 7 days a week and is accessible by phone, cell phone and email.

* **Experience** - Quicken Loans has over 25 years of experience and is a Direct Lender in all 50 states. We've financed over 2 million loans, helping families like yours refinance to a lower payment or buy the home of their dreams.

* Speed and Efficiency of Processing - Our exclusive industry-leading technology and world class service allow Quicken Loans to close loans on average within half the time of most of our competitors, often in 30 days or less.

*David M. Daugherty*
Electronically Signed on 4/11/2015 12:36:07 AM
David M. Daugherty                                Date

_____               Date

_____               Date

_____               Date

*Adam Johnson*
Adam Johnson                    Lender Representative
1500 West Third Street, Suite 500, Cleveland, OH 44113

EXHIBIT I