Page 90

1  which has your credit scores that we went over; correct?
2  A.  Yes.
3  Q.  And Experian was the only of the three credit
4  reporting agencies that did not report your Ocwen
5  account; correct?
6  A.  That's correct.
7  Q.  Now, your loan with Ocwen was up to date and
8  current; correct?
9  A.  Yes.
10 Q.  Do you think a mortgage loan that is up to date
11 with current payments would impact your credit score in
12 any way?
13 A.  Well, I think it would if it was up to date, yes.
14 Q.  You think it would increase your score, wouldn't
15 you?
16 A.  Yes, it would.
17 Q.  So Ocwen's failure to report to Experian
18 negatively impacted your report there as well?
19 A.  That could very well be.
20 Q.  I want to look at the same exhibit, page 19.
21 Just to be clear, can you describe what's on that page?
22 A.  This is my CreditScore.com. This is showing, let
23 me see here, March -- my Ocwen account, it shows it 120
24 days late in March 2013, 120 days late in June and July

Page 91

1  of 2013, October 2013, 120 days late, December and
2  January --December 2013, 120 days late, January 2014,
3  120 days late and Equifax showed that.
4  Q.  And this is the same April 17, 2014 report that
5  Loren Hank's emailed to you --
6  A.  Yes.
7  Q.  -- when he told you that Ocwen was reporting you
8  as current?
9  A.  That's correct.
10 Q.  Okay.
11     MR. NOLAN: That's all that I have.
12     THE WITNESS: So it was showing twice on
13 there. That's was when I was telling him that, that I
14 thought there was a conversation I had that I told Loren
15 there were two different accounts on there, listed on
16 that. So it still was on there.
17     MR. NOLAN: That's all I have.
18     MR. KENNEY: I just have one brief
19 redirect if I may.
20 REDIRECT EXAMINATION BY MR. KENNEY:
21 Q.  We were talking on page 38 there about the
22 Experian score and you were saying that you believe that
23 if Ocwen was reporting that you were current on your
24 account, it would've raised your Experian score and how

Page 92

1  do you know that?
2  A.  I would think any type of mortgage reporting for
3  each month would raise it up if its current and on time.
4  Q.  Okay.
5      And do you know if Ocwen has any obligation to
6  report any trade lines or any accounts to any credit
7  bureaus?
8  A.  I would think they would. That's what they're
9  being paid for. Another thing was I understand that
10 your mortgage loan is one of your main things as far as
11 your credit scores.
12 Q.  I'm sorry? You're saying that you do think that
13 Ocwen is obligated to report on your Experian --
14 A.  Yes, they probably should since that's what their
15 job is.
16 Q.  Okay. All right.
17     MR. KENNEY: That's all I have.
18     MR. NOLAN: You're all done, Mr.
19 Daugherty.
20     COURT REPORTER: Mr. Kenney, this is
21 Debra. Do you want me to fax you a transcript order
22 form or do you want to place your order on the record?
23     MR. KENNEY: I can put it on the record.
24 We'd just like an e-tran.

Page 93

1      COURT REPORTER: On all four transcripts?
2      MR. KENNEY: Yes.
3      COURT REPORTER: Do you want the exhibits
4  scanned and attached to the e-trans?
5      MR. KENNEY: No, we don't need them
6  attached.
7      COURT REPORTER: Okay. That's all I
8  needed to know. Thank you.
9          * * *
10     (Whereupon, this deposition was concluded at
11 3:05 p.m.)
12         * * *

24 (Pages 90 - 93)

Page 94

```
 1  THE STATE OF        :
    WEST VIRGINIA       :
 2                      : SS: CERTIFICATE
    COUNTY OF OHIO      :
 3
 4       I, DEBRA A. VOLK, Professional Court
    Reporter, do hereby certify that the testimony given by
 5  the within-named witness, DAVID M. DAUGHERTY, was by me
    reduced to stenotype in the presence of the witness;
 6  afterwards reduced to Computer Aided Transcription under
    my direction and control; that the foregoing is a true
 7  and correct transcription of the testimony given by said
    witness.
 8
 9       I do further certify that this testimony was
    taken at the time and place in the foregoing caption
10  specified; that the reading and signing was not
    requested and was completed without adjournment.
11
12       I do further certify that I am not a
    relative, counsel or attorney of either party, or
13  otherwise interested in the event of this action.
14
         I do further certify that the attached
15  transcript meets the requirements set forth within
    Article 27, Chapter 47 of the West Virginia Code to the
16  best of my ability.
17
         IN WITNESS THEREOF, I have hereunto set my
18  hand in Wheeling, West Virginia, on the 2nd day of July,
    2015.
19
20
21       _____
         DEBRA A. VOLK,
22       Professional Court Reporter
23
24
```

Page 95

```
 1
    THE STATE OF        :
 2  WEST VIRGINIA       :
                        : SS: CERTIFICATE
 3  COUNTY OF OHIO      :
 4
         I, DEBRA A. VOLK, Notary Public within and
 5  for the State of West Virginia, duly commissioned and
    qualified, do hereby certify that the within-named
 6  witness, DAVID M. DAUGHERTY, was by me duly sworn to
    testify to the truth, the whole truth and nothing but
 7  the truth in the cause aforesaid.
 8
         I do further certify that I am not a
 9  relative, counsel or attorney of either party, or
    otherwise interested in the event of this action.
10
11       I do further certify that the attached
    transcript meets the requirements set forth within
12  Article 27, Chapter 47 of the West Virginia Code to the
    best of my ability.
13
14       I further certify that the reading and
    signing of the transcript was not requested.
15
16       IN WITNESS THEREOF, I have hereunto set
    my hand and affixed my seal of office at Wheeling,
17  West Virginia, on the 2nd day of July, 2015.
18
19
20       _____
         DEBRA A. VOLK, Notary Public
         within and for the State of
21       West Virginia
22  My Commission expires:
    July 25, 2015
23
24
```

25 (Pages 94 - 95)

[& - accounts]                                                                      Page 1

**&**

& 1:18 2:3

**1**

1  3:8,9 15:3,6 49:20
10  3:20,24 55:11,14
   83:7 84:2,3
100,000  17:23
11  3:21 24:8 57:18
11,000  79:7
117  3:20 55:5,5
12  3:22,24 24:8,8
   60:14,16
12,000  79:7
120  15:15 16:13
   70:2 71:2 90:23,24
   91:1,2,3
13  3:23,24 73:21
14  8:5
15  3:8
17  1:20 10:9 52:13
   53:1,24 54:15,20
   77:20 91:4
17th  74:3,12
18  10:9
19  90:20
1957  8:5
1:05  1:20

**2**

2  3:9,24 29:3,5 30:8
   39:11 49:15
2000  2:14
2009  9:2
2010  8:24
2012  16:1 21:2,3,15
   74:18 76:9 79:6,7
2013  15:15 19:4
   36:13 37:13 39:23
   40:5,6,23,24 41:4
   41:15,20 43:8 44:19
   45:23 47:22 48:2,6
   48:17 65:6 70:3,24
   71:6 74:8,13 75:20
   76:7 90:24 91:1,1,2

2014  16:5 17:1 19:6
   31:7 34:10,13 41:13
   52:13 53:1 54:1,15
   54:20 55:23 56:20
   57:1 58:1,24 59:8
   59:16,24 61:12
   71:11,18 74:12
   76:20 77:20 84:6,20
   91:2,4
2015  1:20 94:18
   95:17,22
2084505  1:23
222  2:13
23  53:9,10,17
23462  2:15
23rd  84:6,19
24  56:20 57:1 87:21
24506  1:4
24th  55:23,24 58:1
   58:24 59:8,16,24
25  95:22
257  3:21 57:16,24
25840  2:6
26  34:10,13 49:15
260  58:5,9 59:6,10
261  3:21 57:16
   58:12 59:6,10
26105  4:3
26th  88:6
27  8:24 94:15 95:12
28  8:23
28th  76:20
29  3:9
2nd  94:18 95:17

**3**

3  3:10,24 33:9,12
   37:13 39:7,12
30  48:2
304  2:7
31  36:13
31st  47:22 48:6
32  46:17
322  46:18,19

33  3:10
340  27:4
346  34:16,18
35  4:2
353  34:22
355  34:18
356  33:9,15
357  33:21
358  34:2
37  3:12,14
38  3:16 77:17 89:24
   91:21
3:05  93:11

**4**

4  3:4,11 37:5,7
401  16:2 79:4,5,8
   80:15,20
41  51:21
43  3:23 73:15
45  74:1
47  3:17 76:19 94:15
   95:12
49  3:18

**5**

5  3:13 37:11,17 38:6
52  3:19
5493  1:19 2:5
55  3:20
57  3:21
574-8038  2:7
5:14  1:4

**6**

6  3:15 38:7,8,10
6,128  15:18 65:7
60  3:22 35:14
60,000  13:7
62  36:12,14
687-7500  2:16

**7**

7  3:17 46:23 47:1
7/3/13  3:13,15
7/3/2013  38:14

73  3:23
74  3:23 73:16
75  3:20 27:3 55:4,5
   84:2,9
757  2:16

**8**

8  3:18 49:9,11
80s  12:20
89  3:5 36:22 37:11

**9**

9  3:19,24 51:7 52:2
   89:22
91  3:4
93  55:21,24
94  56:6,10 57:2
95  38:5 56:15,15
   57:3

**a**

ability  5:20 94:16
   95:12
able  79:23 82:7
   86:17 88:5
absolutely  68:6
   72:23 78:8,18 80:17
   81:21
account  23:12 24:10
   24:11,16 25:23
   28:13 30:7,8,12,19
   30:21 31:2,10,10,14
   31:16,24 32:7,11,14
   35:20 40:13 45:7,11
   47:18 48:9,14,16,22
   49:24 50:3,15,18,23
   51:2 53:12,15,21,24
   54:10,19,22 56:4,7
   57:3,8,9,10 74:17
   74:21 75:5,15,17
   76:2,5,8,10,12,14
   77:14 78:6 81:10,12
   82:4,24 83:1,2 89:3
   90:5,23 91:24
accounts  18:24
   22:19,20 24:8 25:10

28:11 42:17 56:22
59:1,13 60:1 84:13
84:16 88:19 91:15
92:6
**accuracy** 49:24
50:15
**accurate** 5:3 43:14
53:5
**accurately** 5:20
52:24
**acr** 3:20,23 55:5
73:16
**act** 47:19 48:10,16
50:24
**action** 1:4 94:13
95:9
**actual** 24:16
**add** 30:5
**addendum** 34:3
**adding** 87:9
**additional** 55:1
**address** 60:24
**addressed** 62:10
**adjournment** 94:10
**admit** 28:9
**admitted** 42:1
**adversely** 72:22
**advertently** 64:5
**advice** 17:16 43:24
**advised** 84:13
**affect** 5:23 64:5
72:21
**affixed** 95:16
**aforesaid** 95:7
**african** 42:22
**afternoon** 4:7
**agencies** 22:18
65:24 90:4
**agency** 17:18 25:16
**aggressive** 3:9 20:3
20:9 21:7,8,21
22:14,16 23:17,20
24:9 31:8 44:15
51:11,17 52:17 55:2
73:11,14 84:1

**ago** 6:24 18:19
20:21,23,24,24
69:18 70:24 88:11
88:15
**agree** 33:18 34:9
35:2,5 36:19 38:22
40:13 51:1 54:9
56:20 80:19 81:18
**agreed** 54:4,20
56:12,14,18 57:2,4
57:9
**ahead** 12:16 20:10
26:22
**aided** 94:6
**alleging** 4:18
**ambulance** 9:1,7
11:13
**american** 42:22
**amount** 16:13 65:13
65:18 66:4 67:12,17
76:3
**amounts** 82:5
**answer** 5:9 44:22
**anybody** 7:4
**apologize** 41:11
73:8
**appear** 18:3 34:18
**appearing** 31:2,10
31:11,16 32:11 45:7
45:12 65:14,20,22
66:4 67:2,13,18
75:16,18 83:3
**appears** 24:7 32:23
36:12 37:13 74:2
**application** 62:2,6,7
63:4,8 64:21,24
68:18,19,20 72:16
**applied** 60:7 61:10
61:17,24 62:1,18,20
62:23 63:4 67:22
69:1,20,21 70:21
71:3 72:4,10,11,15
**apply** 21:18 61:14
62:1,3 68:1,12,17
72:8

**applying** 62:21 63:5
**appreciate** 89:19
**approval** 6:15
**approve** 62:17
**approved** 63:14
66:20 88:24
**april** 52:13 53:1,24
54:15,20 58:1,24
59:8,16,24 61:21
74:3,11 77:20 91:4
**arc** 51:21
**arguing** 24:19,22
**argument** 44:24
**arose** 80:1
**arrangement** 83:24
**article** 94:15 95:12
**asked** 17:16 32:5
**asking** 5:7 6:3,6
24:23 81:2 82:13
83:11,12,13
**assessment** 76:15
77:7
**asset** 25:10,15 56:5
**assets** 25:14
**assist** 17:7 86:10
**assistance** 42:6
**associated** 47:22
**associates** 71:21
**assume** 6:5 8:16
11:5 23:6 26:7 27:8
29:8 35:21 38:24
48:3,4 53:6 72:17
72:18
**assumed** 64:24
**assuming** 63:16
68:18
**assumption** 29:17
**attached** 93:4,6
94:14 95:11
**attention** 19:7
**attorney** 2:9,18 4:9
6:19,22 16:24 17:3
18:2 19:19 32:3
44:2 94:12 95:9

**attorneys** 83:21
**auto** 73:3
**automated** 3:11,13
3:15 35:10 36:15,23
37:12
**available** 14:10
23:19 33:5,6 44:9
49:7 71:24
**avenue** 2:13
**aware** 4:18 14:5
45:6 59:1 60:1
65:17,19,21,21,23
66:18 68:11 75:8
**b**
**b** 3:6
**back** 8:23 12:20
13:2 19:11 22:18
27:16 30:7 32:17
39:2 40:9 41:3
43:13,16 44:22
63:22 65:2 66:8
69:21 71:14 73:8,10
77:11 78:14 80:13
81:16 83:7 84:1
**bad** 16:5 19:11
87:19
**balance** 16:4
**balloon** 16:4 34:2,12
**ballpark** 21:11
**bank** 40:2
**basis** 64:13
**bates** 51:15
**bathroom** 7:22
**beach** 2:15
**beckley** 1:3
**bed** 71:14
**began** 30:2
**begins** 33:9 73:15
**behalf** 11:17 12:3
23:17 24:9 49:6,19
**believe** 8:23 15:17
26:5 31:22 32:13
33:10 34:1,8 35:1
38:5 39:6,22 40:8

[believe - conversation] Page 3

42:24 44:21 51:4
52:12 54:12 55:7,10
61:20,20 72:9 76:22
91:22
**benefit** 10:20
**benefits** 11:1
**best** 5:3 94:16 95:12
**bid** 13:3
**big** 69:14
**bill** 26:5 28:16
**bills** 19:24 20:18
25:12,14 30:5 79:5
**birth** 8:4
**bit** 4:17 8:7 51:18
52:21
**borrowers** 35:3
**bother** 87:18
**bothers** 87:19
**bottom** 33:8,22
35:12 49:19,20 50:8
50:11 51:15 52:22
53:9,20 55:21 56:6
56:9,10 58:7,8
60:23
**box** 53:15,20 54:3,6
54:13,19 56:6,16
57:2 58:18
**boxes** 47:14 53:13
56:3
**break** 7:21 14:16
84:24 85:2
**brief** 14:16 91:18
**bring** 6:16
**bureaus** 29:18 92:7
**burgess** 1:18 2:3
**business** 9:10

**c**

**c** 2:1 26:1 94:2,2
95:2,2
**cable** 26:18 27:1
**cahoots** 17:22 45:4
**call** 9:11 17:9 22:22
42:4 43:10 65:24

**called** 11:14 13:6,7
17:15 20:3 42:5,6
42:19 43:4,16 44:18
44:22 46:15 47:11
**calls** 17:8 43:3,3,6
43:22 44:14,20
**canceled** 13:12
**caption** 94:9
**card** 46:11 67:23
68:2,9,19,23 69:2
69:10 70:16
**cards** 28:18
**care** 28:5 30:1 89:9
**case** 4:10 10:14 12:7
13:14,15,18 14:10
15:12,13,21 33:4
59:21 60:10 70:4
89:10
**cashed** 16:2 79:4,6
80:15
**cashing** 79:8 80:20
**cause** 95:7
**caused** 15:23 82:6
82:12 88:10
**causing** 18:3,7
80:24
**central** 2:13
**certain** 18:2 22:19
22:20 42:16 56:23
72:20
**certify** 94:4,9,12,14
95:5,8,11,14
**cetera** 10:21 20:7
**changed** 18:6 85:18
86:19,23
**changes** 24:11 43:15
**chapter** 94:15 95:12
**charge** 9:12 28:18
**check** 40:1 65:23
**checking** 75:11
**children** 9:23
**circumstances**
71:12
**citizens** 12:9

**city** 10:20 11:2
12:21 13:21,23 14:2
**civil** 1:4
**claiming** 78:19 89:5
**claims** 89:14
**clean** 20:14 22:1,6
29:14
**cleaning** 20:15 21:4
**clear** 41:6 43:24
90:21
**cleared** 28:10,11
**client** 4:19,24 48:11
**clue** 26:2
**coating** 13:6
**code** 47:17 48:8 50:4
50:19,22 94:15
95:12
**codes** 48:12
**collection** 25:16
26:4 56:4
**collections** 20:1
**college** 8:11,12
**column** 47:11,13,15
47:21 48:1,4,5
**columns** 47:5,12
**come** 25:1 78:24
79:3
**coming** 16:4 19:6
22:12
**commencing** 1:20
**commission** 95:22
**commissioned** 95:5
**community** 69:22
70:16 72:3,6
**companies** 26:17
46:11 69:17 75:11
79:2
**company** 19:9,12
20:3 26:18,18 68:23
69:19 70:11
**complaining** 15:12
15:13,21 75:10
**complaint** 3:8 4:18
14:9,22 15:2 39:22

**complaints** 17:20
**complete** 8:8 36:10
36:17
**completed** 8:14
94:10
**completely** 26:19
28:12 80:1 86:19,23
**completeness** 49:24
50:15
**compliance** 47:11
47:13,14
**complications** 15:23
73:1
**complies** 53:11 58:6
**computer** 94:6
**concentrating** 20:14
88:17
**concerns** 84:10
**concluded** 93:10
**conclusions** 84:10
**concrete** 13:9
**conditionally** 88:24
**conditions** 5:19
**confirming** 22:19
**congratulations** 9:3
**considered** 63:8
**constantly** 22:24
**construction** 13:2
**consult** 19:19
**consumer** 3:11,13
3:15 17:16,17 31:19
35:11 36:1,15,23
37:12 43:24 44:1
50:3,19 53:16,19,21
58:15,21 59:6,13
67:5 81:21
**contact** 18:13 83:21
**contain** 73:14
**contained** 19:2 67:1
67:15
**contract** 13:12,12
24:19,20,21,23 25:1
**control** 94:6
**conversation** 7:17
63:11,13 66:19

| | | | |
|---|---|---|---|
| 75:23 87:21 91:14 | create 81:1 | cv 1:4 | denied 18:12 45:22 |
| cooling 9:9 | created 36:13 80:15 | **d** | 46:1,7 62:12 67:3 |
| cooperate 79:14 | 80:23 | d 3:1 4:1,1,1 | 69:10,14,23 71:20 |
| copied 6:15 | creation 80:24 | data 3:17 46:15 47:8 | 72:20 |
| copies 44:3,9 | credit 3:9 4:19 | date 8:3 19:5 25:1 | deny 64:12 |
| copy 33:18 44:6 | 15:13,14,24 16:9,12 | 34:10,13 62:24 64:3 | department 8:22 |
| corner 53:10 55:22 | 16:14,20 17:16 18:3 | 90:7,10,13 | 9:6 10:19,23 12:18 |
| corporation 17:7 | 19:1,2,15,17,21 | dated 37:13 38:14 | 14:3 |
| 44:8 | 20:3,4,9,17 21:7,8 | 47:22 48:1,6 52:13 | deposition 1:8 4:12 |
| corporations 17:21 | 21:14,16,21 22:14 | 55:23 57:1 59:8,16 | 4:13 5:1 6:10,21,24 |
| correct 4:20 5:16,17 | 22:16,16,18 23:17 | 74:3 76:20 84:6 | 7:5 10:13 11:5,10 |
| 6:19 12:4 17:14 | 23:21 24:9 25:4,24 | daugherty 1:6,9 3:3 | 15:6 18:18 29:5 |
| 18:5 23:13,14 26:10 | 26:4,24 27:4,6 | 8:5 9:21 33:22,23 | 33:12 37:7,17 38:10 |
| 29:21 33:2 34:14 | 29:14,18 31:9 40:10 | 34:6,6,23,23 35:13 | 47:1 49:11 52:2 |
| 37:24 38:1,15,16,21 | 41:9 44:15 45:8,12 | 36:2 37:24 52:11 | 55:14 57:18 60:16 |
| 40:14 42:8 45:13,14 | 45:21,22 46:1,7,8 | 61:1,1 85:7 92:19 | 73:21 93:10 |
| 46:20 49:3 51:20 | 46:11 47:19 48:9,15 | 94:5 95:6 | depositions 11:6,12 |
| 54:23 60:3 61:9 | 50:24 51:11,17 | david 1:6,9 3:3 8:5 | 11:13 |
| 62:10,11 63:19 64:7 | 52:10,17,24 53:1,3 | 33:22 34:5,23 36:2 | describe 90:21 |
| 64:8,11 65:15,16 | 53:5 55:2,4 60:8 | 37:24 52:11 61:1 | description 3:7 |
| 66:6,16 71:8 75:3 | 61:10,14,24 62:12 | 94:5 95:6 | despite 62:18,21 |
| 76:4,11 77:22 81:7 | 63:23 64:2,5,10,14 | day 68:22 87:21 | determine 19:1 |
| 81:13,16 82:9 84:21 | 65:14,24 66:10,11 | 94:18 95:17 | diamond 13:9 |
| 88:12 90:1,5,6,8 | 66:13,24 67:1,3,5,6 | days 15:15 16:13 | different 24:8 44:8 |
| 91:9 94:7 | 67:16,19,22 68:1,2 | 19:12 70:2 71:3 | 79:6 87:3,5 91:15 |
| correctly 26:21,21 | 68:12,19 69:9,10,14 | 90:24,24 91:1,2,3 | difficult 85:15 |
| correspondence | 69:22 71:20 72:4,6 | dc 17:18 | difficulty 29:24 30:3 |
| 73:14 74:2 76:20 | 72:8,20,21 73:2,11 | dd 33:8 46:16 | 88:9 |
| counsel 52:19 94:12 | 73:14 75:12 77:18 | deaf 86:9 | direct 3:2 4:6 23:18 |
| 95:9 | 78:7,8,12 79:1,1,13 | dear 60:24 | 46:14 51:6 |
| counseling 17:16 | 79:20 81:20,22 | debra 1:16 92:21 | direction 94:6 |
| 43:24 67:5 81:22 | 82:12 84:2,14 86:18 | 94:4,21 95:4,20 | directly 45:11 82:7 |
| county 94:2 95:3 | 88:18,18 90:1,3,11 | december 8:5 15:17 | disability 9:13 |
| couple 6:24 7:14 | 92:6,11 | 48:6 91:1,2 | disconnection 24:18 |
| 23:11 40:2 42:14 | creditscore.com | decision 66:11 67:1 | discouraging 86:5 |
| 43:2 46:12 56:3 | 3:19 51:7,17 52:10 | 69:24 | discover 31:4,6 |
| 65:2 | 77:11,17 | decisions 70:1 | discovered 19:9 |
| course 5:10 | creditscore.com. | deed 34:18 | discovery 51:9,11 |
| court 1:1,16 5:7,16 | 90:22 | defendant 4:9 | discussed 32:22 |
| 13:14,14 70:4 92:20 | cross 3:2 89:23 | defendants 1:11 | 56:24 63:5 64:18 |
| 93:1,3,7 94:4,22 | current 10:7 41:19 | 2:18 | 74:7 77:12,13 |
| covering 13:5 | 74:17 76:8 90:8,11 | delinquent 54:21 | discussing 75:7 |
| cra 47:8 | 91:8,23 92:3 | 56:21 | disney 67:23 68:1,7 |
| crazy 68:6 | currently 54:21 | | 68:8,8 69:9 70:16 |
| | 56:21 71:1,2 | | |

[dispute - feeling]                                                                                                    Page 5

dispute  3:11,13,15
  13:12 19:3 23:12,18
  24:13 31:13 35:6,11
  36:9,15,16,23 37:12
  38:2,19 43:14 50:1
  55:4
disputed  18:24
  47:18 48:9,15,17,23
  50:3,19,24 51:2
  53:16,19,21,24 59:2
  60:2
disputes  18:24
  49:23 50:14,16
  58:15,21 59:7,14
disputing  23:13
  24:9 75:10 77:3,5
district  1:1,2
division  1:3
docs  73:16
doctor  89:9
document  3:20,21
  3:23 6:15 15:3
  23:24 24:3 34:20
  36:5,8,13 38:14
  46:14,23 47:5 49:18
  51:11,12 52:7,16
  55:5 57:14,15,23
  58:3 59:5,8,16,19
  61:5,7 69:8 89:24
documents  6:13
  23:20 33:7 46:16
  51:14 55:1,3,6 60:5
  60:9,11 71:19 73:13
  84:2
dog  71:17
doing  13:2,3 87:3
drafting  23:7
dramatically  67:6
  78:12
drink  7:22
drive  4:2
dropped  78:12
drops  67:6
drove  6:11

due  12:9 15:17
  16:14 65:7,14,19
  66:4 67:12,17 76:3
  76:24 82:5
duly  4:4 95:5,6

          e

e  2:1,1 3:1,6 4:1
  14:1 92:24 93:4
  94:2,2 95:2,2
earlier  11:9 78:2
early  12:20 31:7
  69:14
ears  86:9
easier  5:10,11 51:16
  51:19 52:21
education  8:8,11
eis  3:21 35:13 57:15
  57:16
either  17:7 31:8
  32:5 67:4 75:9
  94:12 95:9
elderly  12:8
elevator  12:8,9
email  75:1 77:13
emailed  91:5
embrace  69:19
  70:10,11,15,20 71:7
  72:14
employed  12:5
employee  8:23 9:1
employment  8:20
ended  27:3,16,17
  63:13 64:24 79:7
enroute  12:12
entire  18:11
entities  69:11,13
entitled  1:15
entry  58:12
equifax  1:9 16:18,19
  17:5,9 18:10,13
  24:4 28:21 29:15
  30:8 31:3,23 32:6
  35:12 39:3,15 40:12
  41:10 42:9 43:9,10

43:12 44:5,22,24
45:8,12 48:23 50:1
50:1,2,16,16,18
53:13 54:3,19,21
55:3,22 56:20 57:1
57:16,23 59:1,19,21
60:1 64:13 65:14
66:15 67:2,18 74:16
76:23 77:24 78:5
81:15 82:20,23 83:3
84:5,14,20 91:3
equity  17:23,23 45:5
escalated  43:22
esq  2:4,12
et  10:20 20:7
evan  49:18
event  94:13 95:9
everyday  86:19
evidently  54:12
  68:14
exactly  21:10 22:14
  22:15 57:9 65:4
examination  4:6
  89:23 91:20
example  12:13 87:1
exhibit  3:24 15:3,6
  29:2,3,5 30:7 33:9
  33:12 37:1,4,5,7,11
  37:17 38:6,8,10
  39:7,11 46:23 47:1
  49:9,11 51:7 52:2
  55:11,14 57:18
  60:14,16 73:19,21
  83:7 84:2,3 89:22
  90:20
exhibits  93:3
experian  28:23
  29:20 32:15,18,19
  53:13 54:6,9,16
  57:15 66:15 74:21
  76:9 77:13,23 78:2
  78:3,6 81:9,11,11
  81:14 82:3,13 90:3
  90:17 91:22,24
  92:13

experienced  88:9
experiencing  30:2
expert  3:18 49:5,16
expires  95:22
explain  31:12,16
  62:9
explained  31:15,19
  62:15
explicit  17:13

          f

f  94:2 95:2
fact  15:22 50:23
  51:2
factors  64:4
failed  50:2,17
failure  90:17
fair  5:12 6:6 16:19
  47:18 48:9,15,16
  50:24 53:23 54:15
  54:20 58:24 59:24
  64:12 78:6 79:22,24
  80:6,8 82:2,13,17
  84:19 88:13
fall  19:5
fallen  12:7 86:9
familiar  15:3 23:24
  24:1 34:19 36:5,6
  55:5,17 61:5
family  7:8,11
far  6:14 66:23 67:1
  69:17 73:6 79:15
  83:4 85:23 87:2,5
  88:20,21 89:3 92:10
fax  92:21
fayetteville  1:19 2:6
  6:11
fcra  48:15
february  69:21 72:9
federal  28:17 69:22
  72:6 79:9
fee  24:18
feel  13:16
feeling  87:24 88:13

[fell - identification]                                                                                                                         Page 6

fell  12:8
fidelity  28:13,14
field  8:17
file  17:20 84:14
filed  4:18 14:10
  57:12 65:10
financed  16:4
financial  17:17
  29:24 30:3 31:19
  44:1 88:9
financially  27:17,21
financing  21:18
  43:20 46:10 61:8
  70:6 78:23 86:1,6
find  4:24 16:8 43:9
  44:1
finish  5:11
finished  43:8
fire  8:22 9:6 10:19
  10:23 12:17 14:3
first  7:1 14:9 16:24
  18:2 19:1,9,9 21:8
  21:21 24:10 28:17
  30:15 32:23 35:14
  41:17 44:5 45:21,24
  49:15 57:1 60:10
  61:16,24 69:19,20
  70:11 88:2 89:24
five  20:24 27:24
fix  9:12 19:14 22:16
  87:4
fixed  43:17,20 65:9
  86:7,11
fixing  87:2
floor  12:13
follow  89:22
following  19:6 84:13
follows  4:5
foreclosure  15:18
  16:10 59:4 65:7,13
  65:18 66:3 67:12,17
  70:3 76:3,13 82:5
foregoing  94:6,9
forever  86:15

forgot  68:14
form  3:12,14,16
  36:16,23 37:12
  92:22
formally  45:2
forms  35:11
forth  94:15 95:11
forward  25:1
forwarded  50:1,16
found  19:20 26:19
  41:4,18 43:14 71:2
  71:16
four  43:3 64:7 93:1
freezing  27:2
friend  9:11
friends  7:14
front  14:11 56:2
  61:3 64:19 69:5
frontier  26:12,14,17
  26:19
frustrating  86:11
full  8:3,13,23,24
fund  11:3
funds  85:23
furnace  9:12
furniture  69:15 70:6
  70:7,15 71:10,13,19
  71:21
further  64:20 66:18
  94:9,12,14 95:8,11
  95:14

                g
g  4:1
general  7:11,19
generally  7:17 8:16
  8:20 12:24
getting  19:8 39:6
  43:24 82:1
give  22:6 26:23 63:2
  79:16
given  9:10 11:13
  63:16 70:4 78:3,4
  94:4,7

gives  64:2,3,4 77:18
go  7:23 9:12 12:16
  14:13 26:22 32:17
  39:2 40:3 41:5
  42:18 60:5 63:7
  64:23 66:18 73:8,10
  77:17 78:14 79:12
  79:18 80:13 83:7
  84:1 86:5,6,10
goes  64:20 68:6
going  13:10 16:3,7
  19:5 21:22 22:4,23
  24:17,18 31:13
  40:21 43:15 59:5
  61:23 63:6,8,14
  64:22,23 65:23 66:8
  66:18 79:10,10 83:9
  85:7 86:20 87:6,8
  87:10 88:5,20
good  4:7 8:1 86:24
gotten  11:15
government  17:18
  67:5 79:9 81:23
grab  14:13
grantor  35:16
green  27:12
grinder  13:9
guarantee  68:3
guess  25:8 32:17
  51:3 85:13
guy  20:8
guys  69:24

                h
h  3:6 4:1
half  24:21 88:24
hamilton  1:18 2:3
hamiltonburgess.c...
  2:8
hand  49:8 51:24
  53:9 55:22 94:18
  95:16
handle  42:16
hands  14:23

hank's  91:5
hanks  20:9 22:22
  25:8 31:12,15 39:9
  73:15 74:2 76:14
  77:13
happy  7:23 85:2
hard  40:9
harm  89:5
hate  68:7
heard  4:7
heating  9:9
hectic  86:3
held  1:17
help  43:5
hendrix  49:18
hereunto  94:17
  95:16
high  8:8 12:9
higher  78:4,5 81:20
highly  20:5 22:5
hinder  5:20
hire  29:13
hired  20:3 29:13
hold  87:5
home  78:16
homeowner's  73:3
hospital  9:7 12:4,6,6
  12:18 14:3 25:12
hospitals  25:17
hot  71:17
hours  8:12 87:21
house  16:7 17:22
  27:15 45:4 79:10
  85:23 86:4,20 87:2
  87:7,10
huh  30:17
hurt  11:15,16

                i
idea  18:7 21:11 25:6
  28:22,23 30:9,11
identification  15:7
  29:6 33:13 37:8,18
  38:11 47:2 49:12
  52:3 55:15 57:19

[identification - litigation]                                                                                            Page 7

60:17 73:22
identity  36:1
illnesses  30:4
imagine  28:3,18
immediate  7:8,11
impact  78:7,8 90:11
impacted  85:8 90:18
implication  79:19
inability  82:12
inaccurately  15:14
income  9:8,16
incompetent  26:19
incorrect  41:18 42:9
  51:1 53:7 65:6,8
  76:15,17 77:7
increase  90:14
independent  80:1
indiana  13:22
information  1:9
  16:13,15,21,22
  17:19 18:3 19:2
  42:10 47:18 48:14
  50:23 53:16,21 62:4
  63:9 65:12,17,19
  82:21
infraction  81:23
initial  13:5,11
inquiries  46:3
inquiring  43:5
install  26:20
institutions  46:6
  60:8 72:21
insurance  6:17 73:1
  73:3
insurances  73:3
interested  94:13
  95:9
internet  22:5 26:18
  26:20 27:1
invest  87:9
investigation  84:9
involved  10:13
  11:19 86:12 87:20
involving  12:17,18

irrelevant  67:3
issue  83:15
issues  16:1 20:17,21
  45:18
items  64:7

j
january  71:11,18
  91:2,2
jed  2:4
jnolan  2:8
job  1:23 11:23 92:15
john  42:14,20,21,23
  43:1
joint  62:2,7 68:19
  72:15
jon  2:12 37:1 84:23
jon.kenney  2:17
jonathan  4:8
joseph's  9:1 11:13
july  15:16 16:5 19:6
  34:10,13 37:13
  62:24 70:24 71:6
  88:6,6 90:24 94:18
  95:17,22
jumped  12:10
june  1:20 15:16
  70:24 71:6 90:24

k
k  16:2 79:4,5,8
  80:15,20
keep  26:22 85:13
kenney  2:12 3:4 4:6
  4:8 14:14,19 15:9
  29:10 33:16 37:2,5
  37:10,20 38:8,13
  39:10,13,14 46:19
  46:22 47:4 48:13,21
  49:14 51:10,14,22
  52:5 55:19 57:22
  60:19 73:24 85:1,5
  91:18,20 92:17,20
  92:23 93:2,5
kept  75:11

key  64:4
kind  13:11 63:1,2
  86:16
knew  16:1,3 19:5
  22:11 32:5 60:1
  62:23 79:9
know  4:24 6:4 7:16
  7:23 14:21 17:5,12
  19:7,21 20:12 22:14
  22:23 23:1 24:5
  26:1,14 27:12,23
  28:13,15,16,17
  29:12,12,19 31:2,5
  31:8,23 32:1,9,11
  32:14,18 33:6 35:22
  40:2 43:4 46:17
  48:12,22,24 49:1,3
  49:7 56:23 60:20
  62:12 63:8,10 65:10
  68:18 69:1,5 76:6
  82:19,20,23 83:5,18
  85:18 86:4,6,7,15
  86:15,16,19,24 87:6
  87:8,23,24 88:8,14
  88:20 92:1,5 93:8
knowing  48:8 86:20
  87:10
knowledge  5:4
  66:14 67:17

l
l  26:1,1
lady  12:8 31:19
laid  6:16
landscaping  87:5
lane  1:19 2:5
late  15:15,15 16:13
  19:12 21:18 30:21
  30:23 39:16,19,21
  39:23 40:1,5,7,13
  40:14,19,22,24 41:4
  41:8,21,22,23 42:1
  42:8 70:2,2 71:1,3
  74:7,12,17 75:20
  76:7,8 77:2 88:21

90:24,24 91:1,2,3
lawsuit  7:11,17
  12:20 57:12
lawsuits  10:14,17,20
  10:22 11:6,12,14,18
  11:22 12:17,18,19
  13:21 14:2,2,3
learned  18:16 32:7,8
left  14:12 85:2
lending  60:8 72:21
letter  3:22 28:21,23
  28:24 29:1,19 30:8
  31:13 32:23 35:6
  39:2,8,15 40:12
  43:13 55:22 57:1
  60:6,11,23 62:10
  63:21,22 66:8,23
  67:2,15 71:23,24
letters  17:12,13
  22:18,23 23:1,1,7
  23:16,19 30:20
  40:15 43:11,23,23
  44:3,4,6,10,13 45:2
letting  87:17
liabilities  79:24 80:1
  80:7
liability  80:14,15,22
  81:5 82:8
lien  67:5 78:17,22
  78:24 79:3,15,17,18
  79:22,23 80:11 81:6
  81:18,23 82:3,11,14
liens  73:2 78:11,15
  81:17,20
life  86:19,23
line  30:15 59:4
lines  92:6
list  3:17 46:15 47:8
listed  30:9,9 36:20
  37:22 39:16 57:8
  75:5 84:16 91:15
lists  73:1
literally  44:7
litigation  10:14
  11:15

little 4:17 8:7 51:18 52:21 85:22 86:3
live 10:4
lived 10:7
lives 10:1
llc 1:9,10
llp 2:11
loan 1:10 3:22 4:10 6:15 16:3,9 22:10 33:19 34:9,19 35:3 35:6,17,19,22 36:19 37:21,21 38:15,15 38:22 42:13 47:8,9 56:8,10,16 58:9,13 58:19 62:14 63:8 64:13 69:23 70:4,12 70:21 71:17 72:14 75:11 79:13 82:7 84:17 88:21 89:1 90:7,10 92:10
loans 60:12,23 61:7 61:11,15 62:1,7,9 62:13 64:18 66:9,13 69:10,19,19 70:1 79:12
local 17:15
located 46:15
long 10:7
longer 10:10 20:7,24 84:20
look 36:8 46:2 47:21 49:5,19 53:2 55:8 81:9 88:18 89:24 90:20
looking 29:1 35:18 53:17 59:5,11 60:9 60:21 74:4 77:12 88:4
loren 20:9,10 22:22 25:8 31:12,15 39:8 73:15 74:2,6,11 76:21 77:13 91:5,14
lose 86:20 87:4
lot 13:8 15:23 19:24 20:11 21:24 22:2,7

65:5 87:1,9,18
low 79:20 82:3,14
lower 77:23 81:14

m

m 1:6,9 2:12 3:3 4:1 61:1,1 94:5 95:6
mail 22:21 68:21 71:23
main 42:15 92:10
major 67:8 79:19 81:22
making 17:6 39:19 66:24 79:15 85:21
malfunctioned 12:10
management 56:5
manner 80:12
maple 1:19 2:5
march 15:16 39:23 40:6 42:1 55:23,24 56:20 57:1 74:18 76:9,20 90:23,24
mark 15:2 29:2,2 33:9 36:24 37:3,11 39:5 46:22 49:9 51:7 55:10 60:14 73:19
marked 15:6 29:5 33:12 37:7,17 38:10 47:1 49:11 52:2 53:10 55:14 57:18 60:16 73:21
married 9:19
matter 1:15
mattress 71:16
maturity 19:5 34:10 34:13 62:24
max 8:5 36:2 52:11
mean 6:20 19:18 20:23 32:2,16 48:12 50:23 75:22 80:14 86:23
meaning 80:22

means 5:1 26:8 47:17 48:8,14
medical 5:19 19:24 20:18 25:14 26:5 28:16 30:4 79:5
medication 5:22
medicine 8:17
meet 16:24
meeting 17:2 18:8 18:15,16
meets 94:15 95:11
memory 5:23
mentioned 11:9 18:1 20:16,18 29:23 30:1 39:22 66:17 88:8
met 6:19,21,23 18:2 21:21 44:14 88:20
metro 50:4,19
mind 45:3 84:23
mine 22:19 24:11 25:5,6,19 26:7 27:8 30:15 32:24 87:10
minute 22:21 32:22 55:8 69:5 84:24
minutes 69:18 70:24 85:2
misrepresentations 4:19
mistake 17:6 18:21
misunderstood 83:13
monetary 73:6
money 16:2 20:13 80:22 87:9
month 21:12 22:22 41:22 42:1 44:19,21 54:11 57:11 71:3 83:10,10,14,19 83:19,20 86:17 92:3
months 9:2 15:16 26:20 40:8 41:6,23 54:11 70:2
morning 6:16

mortgage 19:9,12 21:18 27:15 41:7 43:19 46:10 62:16 64:20,22 65:3,6 69:17,19 70:11 71:4 86:1 88:3 90:10 92:2,10
motions 86:10
move 37:1,4 79:19
municipal 13:4

n

n 2:1 3:1 14:1,1
name 4:8 8:3 9:21 20:9 35:17 36:2,20 37:24 38:17 42:14 42:20,22 44:8 46:3 58:3 60:24 63:22 69:3 72:10,11,12,15 72:17
named 94:5 95:5
names 42:11 46:8 69:2,6
nature 7:16 12:24
navigate 51:18
need 7:21,22 16:3 85:24 93:5
needed 71:14 93:8
negative 83:4
negatively 90:18
never 25:1 26:24 30:21,22 39:16 40:12,19 41:21,22 41:23 45:11 66:17 78:10,22,23,24 80:10 83:1 86:13 87:21
no's 5:9
nolan 2:4 3:5 14:12 36:24 37:3 38:7 39:8,11 46:18 48:11 51:8,13,20 55:12 83:21 84:23 85:3 89:21,23 91:11,17 92:18

normal 88:1,14
normally 11:2 87:6
nos 3:24
notary 1:17 4:4 95:4
 95:20
notated 50:3,18
note 3:10 33:4,5,8
 33:18 39:12 77:3,5
notes 1:14
notice 68:22
noticed 85:17
november 48:2
number 3:7 35:19
 35:20,22 37:21 38:7
 38:15 43:9 47:8,9
 56:5 57:10 75:5
 84:17 89:24
numbers 30:12
 35:13 39:6 42:17
 51:15 52:21 60:22
 63:17
numerous 8:12
 18:12

o

o 26:1
oath 5:2,15
objection 48:11
obligated 92:13
obligation 92:5
obtain 70:12 86:1
obtained 63:23 64:9
 64:14 66:9,13,24
 67:16,19
obtaining 88:21
occasion 42:24
occasions 42:5
occurred 79:23
october 15:16 19:4
 41:4,13,15,20 43:8
 44:18 45:23 47:22
 48:17 70:23 91:1
ocwen 1:10 3:17
 4:10 17:5,9 18:9,11
 18:12,16 23:12

25:23 30:7,8,21
31:2,9,10,15,23
32:6,7,11,14,18,23
33:7 35:17 36:19
37:21 38:15 39:3,16
39:20,23 40:7,13,19
40:22 41:5,13,20
42:3,12 43:16 44:4
44:20 45:6,7,11
46:16 48:8,16,22
49:24 50:1,2,10,15
50:16,17 51:1 53:12
53:24 54:10 56:7,10
56:16,21 57:2,3
58:9,13,19 59:1,13
60:1 74:7,12 75:4
75:15,18,20 76:7,24
77:14 78:3,6 80:2,6
80:19,23 81:10,12
82:4,8,15,15,19,21
82:24 83:1,2,10
84:16,20 89:3 90:4
90:7,23 91:7,23
92:5,13
ocwen's 46:15 48:12
 83:21 90:17
offer 61:8
office 95:16
officer 62:14 69:23
officers 41:7 42:13
offices 1:18
officially 45:2
oh 13:24 26:4 46:19
 68:10 87:16
ohio 94:2 95:3
okay 4:15 5:6,14,18
 6:1,8,12,18 7:3,9,13
 7:20,24 8:2,10,15
 8:19 9:3,4,14 10:3
 10:11,16 11:8 12:2
 12:14 13:20 14:8,8
 14:18,20,24 15:2,10
 15:19 16:11,23
 18:22,22 21:5 22:8
 22:13 23:9,15,22,23

24:6 25:9,13,18,22
26:3,6,11 27:7,11
27:19 28:3,8,20
29:11,22 31:1,20
32:20 33:3,15,17
34:15,17 35:9,15,18
35:24 36:4,7,14
39:1,4,13 40:17
41:11,16 42:2 44:12
44:17 45:10,15 46:5
46:13,21 47:20 49:4
49:8,21 50:7,9 51:5
51:13,23 52:6,15,23
53:8 54:14,18,24
55:9,20,24 56:2
57:7,21 58:6,8
59:12,23 60:4 61:4
61:13,22 63:20 66:2
66:7 67:21 68:16,16
69:7,9 70:5,9,14
71:5,9,18 72:2,13
72:19 73:4,7,12,17
74:5,10 75:13 76:18
77:9,16 78:13 79:21
80:5,18 81:2,8
82:18 83:6,13,17,23
84:15,22 85:3,6,10
89:2,8,12,17,20
91:10 92:4,16 93:7
olf 33:8
ols 46:16
once 22:22 24:4 27:1
ones 14:4 19:23
 42:15,18 46:9 69:20
online 20:4 41:6
opening 13:11
opportunity 4:23
opposite 57:10
order 86:1 92:21,22
originally 33:19
origination 80:7
ought 17:20
owe 24:18 80:23
owed 16:2,6 20:12
 20:13 27:3,4 79:7,9

owing 27:3
owns 20:8

p

p 2:1,1
p.m. 1:20 93:11
packages 10:20
page 3:7 23:21 33:9
 33:21 34:2,2,16,22
 35:14,16 36:12,14
 36:20,22 37:11 38:5
 46:16 49:15,20,20
 50:7,8 53:9,10,17
 55:21,24 56:6,10,15
 56:15 57:2,3,24
 58:5,8,9,12 59:6,9
 59:10 60:10,21,22
 63:21 66:9 73:15
 74:1 75:21 76:16,19
 77:17 84:2,9 90:20
 90:21 91:21
pages 34:18 55:4
 59:10
paid 20:6,12 21:16
 21:20 28:19 54:4,19
 57:2,8 80:11 85:21
 88:19,22 92:9
paper 67:20 69:4
papers 13:15
paperwork 70:23
paramedic 8:14,17
 11:24
parentheses 49:22
 49:23 50:11,17
parents 28:5 30:1
park 2:13
parkersburg 8:14
 8:22 10:19 17:15
 69:15
part 11:5 12:19 23:6
 30:18 32:24 40:22
 41:4 63:17 67:8
 78:16 80:23
particular 11:12
 54:11 66:23 71:3

74:19 75:14,16,17
75:21 76:16 85:17
party 14:6 94:12
 95:9
pay 19:23,23 20:1
 20:13 24:24 78:16
 79:11,13,18,24 81:5
paying 11:2 16:8
 19:7 27:18
payment 34:3,12
 39:23 40:7 54:3
 76:8
payments 39:19
 40:20 62:16 74:18
 79:15 90:11
pays 56:12,14,18
 57:4
pension 11:3 40:1
people 11:15,16
 41:7 42:16
percent 88:24
period 27:16,20,23
 29:14,23 40:23
 85:15
periods 40:24 41:2
person 7:1
personally 17:21
 40:21 85:8
pg 3:9
phone 17:8 43:2,3,6
 43:9,22 44:14 62:4
 62:15,20 63:6,9
 64:19 65:24 66:17
 66:23 67:20
physical 89:5
place 45:24 92:22
 94:9
placed 44:20
places 45:3
plaintiff 1:7 2:9
 10:18 11:19,20,23
 12:22 49:23 50:14
plaintiff's 49:15
 50:2,18

planned 86:21
planning 16:3,7
plans 79:5
platinum 68:2,9
 69:9
played 67:8
please 8:3 37:5
 84:12
plenty 43:19
pllc 1:18 2:3
point 21:19 41:24
 43:18 45:1,1 65:1,9
 75:2
pollard 1:18 2:3
pool 13:4,5,5,6,11
position 82:11
positive 72:18
preparation 6:21
prepare 6:9
prepared 52:11
presence 94:5
pretty 9:10 13:3
 28:1 30:5 63:13
 65:21
previous 11:6
previously 23:10
 24:12 40:8
printer 14:13
probably 10:18
 11:20 21:1,3 27:24
 28:6 31:7 45:23
 73:6 85:1,22 92:14
problem 9:12 13:4
 18:14 41:5 42:9
 64:19
problems 19:22
 21:14 27:17,21 28:4
 28:7,9 41:10 71:14
 79:18 85:9 88:23
proceedings 1:15
process 58:16,22
 59:4,7,14 63:17
 65:8
produced 23:20
 33:7 35:12 46:16

51:9,10,12,15,18
 52:16 55:2 57:15,16
 57:23 59:21 73:13
professional 1:16
 94:4,22
program 8:14
progress 59:7
promissory 3:10
 33:5,8
proper 50:4,19
prove 24:23
provide 36:10,17
provided 49:6,18
 52:20 53:4 60:6,10
 60:11
psi's 13:7
psychiatrist 89:10
public 1:17 95:4,20
purchase 71:13
purpose 17:2
purposes 15:7 29:6
 33:13 37:8,18 38:11
 47:2 49:12 52:3
 55:15 57:19 60:17
 73:22
put 13:6 17:17 25:3
 27:5 67:5 78:11
 79:15 87:4 92:23
putting 17:6

            q
qualifications 88:20
qualified 95:5
question 5:11 6:2,4
 6:5,6 32:4 83:9 89:4
questions 4:16 5:7
 18:23 21:6 32:21
 60:7 61:23 85:8
 89:18
quick 89:21
quicken 3:22 60:6
 60:11,23 61:7,11,15
 62:1,6,9,13 64:12
 64:18 66:9,13 67:16
 69:10 70:12,16 89:1

quickly 30:5 71:16
quit 83:18
quite 20:21 86:5,11

            r
r 2:1,4 4:1 94:2 95:2
raise 92:3
raised 73:2 91:24
range 28:2 64:4
rated 22:5
reading 48:3 94:10
 95:14
ready 14:21 19:8
really 6:11 13:16
 16:5 21:13 22:3
 30:4 35:6 40:9
 43:16 55:7 67:6
 78:11 79:16 88:4,17
 89:19
realm 81:11
reason 7:21 62:21
 62:23
reasons 30:2 88:10
recall 7:15 16:12,14
 20:20 21:8,10 24:3
 24:12 25:10 40:18
 42:3,11,20 43:6
 45:24 46:6,11 57:11
 61:10 70:21 72:3,10
 72:14 87:23
recant 40:21
received 22:17
recommended 20:5
 44:1
record 7:23 15:14
 17:6 22:7 29:14
 43:17,20 66:20
 86:18 92:22,23
records 20:14,15
 22:1,3,20 41:19
 57:6 63:15 82:9
 85:22
recross 3:2
redirect 3:2 91:19
 91:20

[reduced - says] Page 11

reduced 94:5,6
refer 14:9
referring 18:17 65:4
  75:17 76:5,23
refinance 16:7
  22:10 78:15 79:10
  85:12
refinancing 19:8
  45:19 46:10 70:12
  81:4 85:9
reflecting 16:14
reflects 53:1
refurbish 13:3
refused 17:14
regard 75:14,16
regarding 65:13,18
  81:12
regards 6:17 28:15
registered 17:12,13
  43:23
reimburse 26:23
reinvestigation
  58:16,22 59:7,14
rejection 68:22
related 11:23
relationship 21:7
  73:11
relative 94:12 95:9
relief 86:16
remainder 58:12
remember 15:17
  19:10 21:15,15
  42:21 43:1 44:19
  46:3 69:4 70:18
  75:3 83:20
remove 13:9
removed 22:20
repair 20:3,4,9 21:7
  21:9,22 22:15,16
  23:17,21 24:9 31:9
  44:15 51:11,17
  52:17 55:2 73:11,14
  84:2
repairs 40:10

repeat 6:3,4 82:22
rephrase 32:4 78:20
  80:4
replaced 71:15
report 3:9,18,19
  4:19 15:14,24 16:9
  16:12,14,20 18:4
  19:1,2,11 20:17
  22:16 25:4 27:6
  31:3 32:12,15 41:9
  45:8,12,22 46:8
  49:16 50:2,18 51:1
  51:2,7,17 52:11,13
  52:17,19,24 53:1,3
  53:5 56:24 65:14,20
  65:22 66:5 67:2,13
  67:18 72:21 73:2
  75:4 76:23 77:11,18
  77:20 79:13 81:11
  82:16,23 83:3 90:4
  90:17,18 91:4 92:6
  92:13
reported 15:14
  32:15,16 36:1 41:24
  48:9,16,22 65:5,12
  66:15 75:8,24 80:2
  80:10 82:15
reporter 1:16 5:8
  92:20 93:1,3,7 94:4
  94:22
reporting 16:20,22
  18:9 22:18 31:24
  32:6,10,18,19 42:7
  47:19 48:10,15
  50:24 53:24 54:10
  54:16,21 56:21
  65:24 74:21 76:2,9
  77:14 78:3 79:1
  81:10 82:19,20
  83:10,14,18 84:13
  84:20 90:4 91:7,23
  92:2
reports 49:6 77:2
  88:18

represent 47:17
representation
  48:14 50:22
representing 4:9
requested 94:10
  95:14
requesting 43:5
requirements 94:15
  95:11
researched 56:4,7
residence 10:4,8
resolve 17:4
resolved 83:15
response 55:3 74:16
  84:5
responsible 31:24
  32:6
restate 11:7,11
result 85:9 89:5
resulted 81:5
results 84:8
retained 3:24
retired 8:22 9:2,5,6
  79:4
retirement 9:3
review 6:13
reviewed 84:9
reviewing 6:14
revise 41:3
right 4:22 6:22 9:18
  9:19,23 15:17 17:11
  19:10,13 23:7 25:16
  29:20 30:16 33:1
  34:10,13 35:3,7,17
  35:23,23 38:3,17,20
  38:23 39:7,13,13,24
  40:11,17 41:14
  43:21 45:17,19
  47:12 48:2,6 49:1
  51:22 52:13 53:9,13
  55:22 56:1,13,13,18
  56:22 57:4,13 58:1
  58:8,13,19,22 59:14
  59:17,19,22 61:8,17
  62:18 63:18,23 64:5

  64:10,15 66:5,11,15
  66:21 67:7,10,19,23
  68:24 69:5,7 70:10
  73:18 74:13 76:1,10
  76:21 77:3,14,18,21
  78:17 80:16,20,24
  81:6,12,15,16 82:1
  82:5,10,18 83:3,10
  83:12,15 84:6 85:12
  86:8,14 87:11,22
  88:7,11 89:2 92:16
rise 12:9
rough 28:1
row 47:22 48:1,5
rule 49:15
run 13:10
running 13:10

s

s 2:1 3:6
sanders 2:11
sandy 69:15
saw 16:6 20:4 22:4
  46:3,8 68:21 69:18
  70:23
saying 15:15 22:19
  24:17 27:2 30:18,22
  33:1 35:5 43:13
  44:23,23 49:1 53:4
  64:14 68:12 71:6
  75:1,15,19 76:2,6
  81:3,22 82:2,4,10
  88:10 91:22 92:12
says 24:11 25:5,6
  26:7 27:8 30:15,21
  32:24 35:16,17,19
  36:9,9,16 38:2,19
  39:16 40:12 47:8,15
  49:15,20,23 50:10
  50:11,14,17 52:10
  53:20 54:4,19 56:4
  56:7,10,12,14,18
  57:2,4 58:9,15,18
  58:21 59:6 60:24
  63:22,22 64:9 66:8

66:9,24 74:6,20
76:13 77:2 84:8,12
scanned 93:4
school 8:8
score 63:23 64:3,5
  64:10,13,14 66:10
  66:13,24 67:6,16,19
  77:23 78:7,8 81:9
  81:14 82:3,13 90:11
  90:14 91:22,24
scores 64:4 77:18,24
  78:12 79:1,20 81:15
  81:20 90:1 92:11
scratch 89:4
screenshot 74:16
seal 95:16
season 21:11
second 25:24 27:15
  30:21 39:15 56:15
  57:3 61:19 63:21
  70:13 75:4 88:2
seconds 14:13
security 9:13 63:17
see 12:11 18:20
  22:13 24:7,10 25:5
  30:13 32:22 34:3
  35:16,18 36:2,9,10
  36:17,18 37:13
  39:17 47:6,9,10,12
  47:13,15,23 49:16
  50:4,5,6,11,20
  52:10 53:16,22 54:4
  54:7,8 55:23 56:3,6
  56:8,16 57:5,24
  58:9,15,16 61:1
  63:10,24 68:22 69:8
  74:3,4,7,8,9,17,18
  74:19,20,21,23 75:4
  75:4,9 76:8,9,16,24
  77:3,5,24 84:5,10
  84:17,18 87:16
  88:19 90:23
seeing 53:19
seek 45:21

seen 24:2 52:7,12,14
  77:10 83:16
sees 74:12 76:6
send 17:19 31:13
  44:4 71:22
sending 43:11,23
  44:13
senior 12:8
sent 17:12 23:3,17
  24:3 28:21,23 29:8
  29:20 44:4,5,6,6
  45:2 55:3
separate 68:19
september 84:6,19
service 9:1,7 24:17
services 1:9
servicing 1:10 4:10
  35:17 36:20 37:22
  38:15 56:8,11,16
  58:9,13,19
set 94:15,17 95:11
  95:16
seven 20:7 51:21
shape 19:8
shot 63:2
show 25:2 76:24
showed 16:9 41:6,19
  91:3
showing 19:12 65:6
  71:1,2 75:11 76:7
  82:24 83:1 90:22
  91:12
shows 74:7,12 75:20
  90:23
shutting 85:23
signatures 33:22,24
  34:5,7,23,24
signed 20:10 33:19
signing 94:10 95:14
situation 43:12 63:5
  70:3
situations 79:11
six 26:20 27:24 28:7
  88:11,15

sleep 86:13 87:17
sleeping 87:13,15
snappy 85:23
social 9:13 63:17
son 10:1,5
sorry 13:24 15:1
  22:15 28:22 32:5
  37:2 38:8 39:5
  46:19 57:15 63:12
  78:4 81:19 82:20
  92:12
sort 45:21 71:16
sounded 42:22
sources 9:8,15
southern 1:2
speak 42:23
specific 7:16 42:16
specifically 65:18
  67:11
specified 94:10
spent 8:13
spoke 32:2 41:13
  42:11
spoken 7:4 45:6
spring 17:1 61:12
ss 94:2 95:2
st 9:1 11:13
started 21:3,4 24:23
  41:17 43:7,9,11
  59:4 65:11 87:24,24
  88:11,13,15
starting 88:4
state 1:17 8:3 16:2
  79:8,14 94:1 95:1,5
  95:20
stated 23:10
states 1:1 53:15 59:3
  74:15,15 76:23
stating 61:7
status 54:3 56:14
  57:2,4
stay 85:4 86:22
stenographic 1:14
stenotype 94:5

steps 65:2
stick 85:3
stopped 82:19,20,23
  83:1 87:3
store 69:15 70:7,15
  71:10,20,21
straight 73:9
straighten 19:22
straightening 17:8
stressed 85:11,16
  88:1,14
student 8:13
study 8:17
stuff 22:2
suddenlink 26:22,24
sued 12:6
suggest 74:24 75:18
  76:14 77:6
suit 65:10
suite 2:14
support 89:14
supposed 11:3 18:18
  24:20
supposedly 13:16
  20:5 31:13 83:24
sure 4:7 13:17 14:14
  17:24 28:12,19
  29:16,19 30:6 35:22
  52:9 53:4,6 54:12
  57:5,11 58:8 59:3
  68:6,7 75:6,21,22
  78:21 81:24 82:1
  85:21 86:2,3
swap 27:5
swearing 5:2
sweat 88:5
sweating 16:5
swimming 13:4
switched 26:17
sworn 4:4 95:6
    t
t 3:6 4:1 94:2,2 95:2
  95:2

[tactic - u]

| | | | |
|---|---|---|---|
| tactic 25:8 | theraseal 13:7,9 | 92:3 94:9 | trouble 48:3 65:3 |
| take 17:22 45:4 | thereof 94:17 95:16 | timeframe 88:4 | 87:13,15 |
| 48:20 55:8 65:2 | thing 12:12 20:2 | timely 80:12 | troutman 2:11 |
| 79:11 84:23 85:2 | 22:17 44:7 63:2 | times 4:8 11:1 18:12 | troutmansanders.c... |
| taken 1:15 5:2 86:18 | 92:9 | 28:3 42:15,19 43:4 | 2:17 |
| 94:9 | things 11:3,16 13:6 | 61:14 | true 5:3 67:4,24 |
| talk 22:3 64:21 | 15:24 19:16 20:2,5 | timestamp 57:24 | 80:21 94:6 |
| 87:14 | 20:11,12 21:17 22:1 | tina 9:21 33:23 34:6 | trust 34:19 |
| talked 7:2,7,10 | 22:7 23:11 28:1 | 34:23 61:1 | truth 95:6,6,7 |
| 17:19 19:10 21:17 | 53:7 65:5 79:6 | today 4:12 5:16,20 | try 17:22 19:7,14,22 |
| 41:5,7,17,20 42:3 | 85:13,20,24 87:1,3 | 6:20 89:13 | 20:4 22:6 45:4 |
| 42:13,14,19 43:1 | 87:4,5,7,9,18,20 | told 17:20 18:9,12 | 71:15 85:24 86:6,11 |
| 64:22 78:2 81:10 | 92:10 | 19:11 20:8,11,12 | trying 19:16 22:10 |
| talking 15:2 23:16 | think 11:11 17:13 | 21:24 22:2 24:24 | 27:4 28:10 31:13,18 |
| 28:24 41:2,3 43:8 | 23:10 24:8 27:2,16 | 26:23 40:23 41:1,8 | 39:5,5 41:11 43:9 |
| 65:3 73:10 76:12 | 31:18,18 39:11,12 | 41:9,10,23 44:24 | 65:8 71:13 81:24 |
| 91:21 | 42:16,17 43:1,12,16 | 45:11 59:20 62:15 | 85:12 |
| tanked 78:24 | 45:1 52:14 61:20 | 62:16,19,22 63:6 | turn 33:4,21 34:16 |
| tax 16:1 78:11,15,17 | 69:21 70:12,23 | 64:16,19 65:5 66:16 | 34:22 35:10,14 |
| 78:22,24 79:3,8,11 | 71:11,22 72:1 83:2 | 66:20,22 69:24 | 36:12,22 38:5 53:9 |
| 79:15,16,24 80:1,7 | 85:24 89:18 90:10 | 71:20,22 75:9 89:15 | 55:21 56:5 57:14 |
| 80:11,14,14,22 81:5 | 90:13,14 92:2,8,12 | 91:7,14 | 58:5 74:1 76:19 |
| 81:6,17,18,19,23 | thought 6:23 17:21 | top 36:8 47:8 56:15 | 77:11 84:2 |
| 82:3,8,11,14 | 18:10 21:24 22:6 | 57:24 64:9 | turned 18:11 19:24 |
| taxes 16:6,8 79:14 | 43:19 45:3 70:22 | touch 17:17 | 25:3 88:3 |
| telephone 2:19 | 71:15 79:17 91:14 | trade 92:6 | turns 13:8 |
| tell 12:24 15:1,11 | three 6:24 10:19,22 | tran 92:24 | twice 30:9,10 31:3 |
| 22:17 31:9 40:19,22 | 11:21 16:20 18:19 | trans 93:4 | 31:10,11,14,16,24 |
| 41:21,22 46:9 48:19 | 21:1 24:21 28:6 | transcript 1:14 | 32:7,12,16 45:7,12 |
| 53:2 62:14 64:17 | 29:9,18 42:5,15 | 92:21 94:15 95:11 | 75:5,8,16,24 84:16 |
| 68:3 77:8 | 43:3 47:14 53:12 | 95:14 | 84:18 91:12 |
| telling 41:19 42:7,8 | 77:18 79:1 88:24 | transcription 94:6,7 | two 6:24 9:23 10:18 |
| 63:2 74:6,11 91:13 | 90:3 | transcripts 93:1 | 10:22 11:20 14:13 |
| tells 64:3 | time 6:23 7:1,1 8:13 | transunion 28:22,23 | 24:20,21 25:2,10 |
| ten 20:24 47:12 85:2 | 8:13,23,24 13:8 | 29:20 32:12 53:13 | 33:21 34:5,22 42:5 |
| tend 85:20,20 | 17:5 18:1,11,21 | 53:15,20,23 63:23 | 42:14 43:3 50:4,20 |
| tested 13:7 | 19:21 20:16 21:17 | 64:10,15 65:20,22 | 59:1,13 69:24 79:5 |
| testifies 4:5 | 21:20 22:9 24:22 | 66:5,10,14,17,24 | 85:18 89:21 91:15 |
| testify 5:20 11:14 | 26:22 27:2,16,20,23 | 67:9,13,19 77:24 | type 92:2 |
| 13:18 95:6 | 28:5 32:23 39:16,19 | 78:4,5 81:15 | typed 45:2 |
| testifying 12:3 | 40:4,6,23,24 41:2 | tree 27:12 | typing 43:23 |
| testimony 4:24 | 43:2,19 45:9 61:8 | trial 5:1 | u |
| 89:13 94:4,7,9 | 61:16,19,24 75:7,17 | trials 11:14 | u 4:1 |
| thank 8:6 89:20 | 79:14 85:14,15,21 | tried 42:6 70:12 | |
| 93:8 | 88:2,2,19 89:19 | | |

[uh - young]                                                                 Page 14

uh  30:17
unable  61:8 78:19
  81:4,5
underneath  50:10
  58:18 64:2 74:20
  84:12
understand  5:15 6:2
  6:5 9:5 10:1 13:17
  17:14 25:15 28:12
  32:24 41:12 44:18
  45:18 63:1 66:12,22
  67:7,11,22 68:10
  75:15,24 77:15
  78:14 79:22 81:3,24
  82:1,10,11 83:16
  85:11 86:8,14 87:12
  87:22 92:9
understanding  66:3
understood  66:6
union  69:22 72:6
united  1:1
ups  89:22
use  7:22 51:16 52:20
  78:16
user  36:9
usually  9:12 72:18
  85:13 86:12,12

         v

v  4:1 14:1
vaguely  55:17
valley  4:2
various  88:10
verbally  5:9
verification  3:12,14
  3:16 35:11 36:16,23
  37:12
verified  24:12 43:15
  44:23
verizon  24:10,13,16
  24:19
vienna  4:3 12:21
  13:23 14:1
view  4:2

virginia  1:2,17,19
  2:6,15,15 4:3 94:1
  94:15,18 95:2,5,12
  95:17,21
visa  67:23,23 68:1
  68:23 69:9
volk  1:16 94:4,21
  95:4,20
vs  1:8

         w

wait  4:17 5:10
want  36:24 37:3
  78:20 87:10 89:24
  90:20 92:21,22 93:3
wanted  19:3 23:11
  43:17,20 64:21
  78:15 86:7
washington  17:18
water  7:22
way  16:9 24:24
  51:18 62:16 68:8
  83:4 90:12
we've  13:21 28:9
  56:4,7 77:10,12,13
  81:9 86:21
wednesday  1:20
weeks  6:24 18:19
  40:3
went  20:10 21:8
  24:16 49:24 50:15
  90:1
west  1:2,17,19 2:6
  4:3 25:10,14,15
  56:5 94:1,15,18
  95:2,5,12,17,21
wheeling  94:18
  95:16
wife  9:5 10:5 16:1
  35:2 62:2,5,7,10
  68:6 69:1 72:16
  79:4 80:15 86:13
  87:15
wife's  9:21 33:23
  34:7,24 63:17 72:11

witness  3:2 14:18
  29:8 33:15 46:21
  48:18 49:16 51:23
  53:11 55:17 57:21
  58:6 91:12 94:5,5,7
  94:17 95:6,16
won  13:3,14,15,16
  13:16
wondering  32:8
word  48:20
words  15:11
work  13:2 19:16
  28:6 79:17
worked  8:24 19:22
  28:10
working  13:13 21:4
  21:14 22:11,24
  29:17 40:9 87:2
world  68:8
worry  85:20,21 87:8
worrying  43:18
would've  78:11,22
  78:23,24 91:24
writing  5:8 17:10
  43:11
written  18:10 60:2
wrong  39:6 74:24
  75:19
wvup  8:13

         x

x  3:1,6
xb  47:15,17,21 48:1
  48:5,8,14 50:22

         y

y  4:1
yeah  20:14 28:9
  40:8 46:12 52:12
  55:17 66:12 68:22
year  15:15 21:12,12
  21:19 24:20 61:21
  69:22 72:9 79:7
  88:6
years  8:23,24 10:9
  20:7,21,23,24,24

  21:1 24:21 25:3
  27:24 28:2,4,7
  44:19 85:18 86:21
  88:11,15
yes's  5:9
young  1:18 2:3