*Evan D. Hendricks*
*CURRICULUM VITAE*

**Professional Activities**

January 1981 - December 2013     **Editor/Publisher** of *Privacy Times*

Since 1981, I have been Editor/Publisher of *Privacy Times*, a biweekly, Washington-based newsletter that reports on privacy and information law, including the Fair Credit Reporting Act (FCRA). The newsletter ranges from 8-12 pages, 23 issues per year. Thus, I have researched, written, edited and published many articles on Congressional and State legislative actions, judicial opinions, industry trends and actions, executive branch policies and consumer news as they related to the FCRA.

**1992 – Present     Expert Witness**

Qualified by the federal courts in FCRA and identity theft cases. (Complete list attached). I have read extensive deposition testimony by credit bureau and credit grantor personnel. This is significant because CRAs and credit grantors do not openly discuss or publish information on their procedures and practices for handling personal data, and the best (and possibly only) sources for finding candid descriptions of CRAs' and credit grantors' procedures and practices in relation to credit reporting data are the depositions of CRA and credit grantor employees in FCRA litigation.

**1998 – Present     Privacy Expert Consultant, U.S. Social Security Administration**

Regularly review policies and practices in relation to the collection, use and disclosure of personal data and Social Security numbers and provide feedback and recommendations.

**2002 – 2004     Member, Experian Consumer Advisory Council**

Along with other Council members, I provide an outsider's view on credit reporting, marketing and other privacy issues.

**July – October 2002     Consultant to U.S. Postal Service**

Working with the USPS's Chief Privacy Officer, I assisted in reviewing and editing the re-write of the USPS's Privacy Act notices, with an emphasis on "Plain English."

---

**Evan Hendricks**     P.O. Box 302     Cabin John, MD 20818
(301) 229 7002  (301) 229 8011 [fax]  evan@privacytimes.com

---

## Recent Testimony Before Congress & The FTC

"Keeping Score on Credit Scores: An Overview of Credit Scores, Credit Reports and their Impact on Consumers," House Financial Services Committee, Subcommittee on Financial Institutions and Consumer Credit Hearing, March 24, 2010.[10]

"What Borrowers Need to Know About Credit Scoring Models and Credit Scores," House Financial Services Subcommittee on Oversight, July 29, 2008.[11]

"Credit Reports: Consumers' Ability to Dispute and Change Information," House Financial Services Committee, June 19, 2007.[12]

"Privacy in the Commercial World II," House Energy & Commerce Subcommittee On Commerce, Trade, and Consumer Protection, June 20, 2006[13]

"Financial Data Protection Act of 2005," House Financial Services Subcommittee on Financial Institutions and Consumer Credit, November 9, 2005[14]

"Credit Card Data Processing: How Secure Is It?" House Financial Services Subcommittee on Oversight and Investigations, July 21, 2005[15]

"Identity Theft: Recent Developments Involving the Security of Sensitive Consumer Information,"[16] Senate Banking Committee, March 15, 2005

"The Accuracy of Credit Report Information and the Fair Credit Reporting Act;" Senate Banking Committee, July 10, 2003[17]

"The Role of FCRA in the Credit Granting Process," House Financial Services Subcommittee on Financial Institutions & Consumer Credit, June 12, 2003[18]

"Database Security: Finding Out When Your Information Has Been Compromised," Senate Judiciary Subcommittee on Technology, Terrorism and Government Information, Nov. 4, 2003[19]

"Fighting Fraud: Improving Information Security," House Financial Services Subcommittee on Financial Institutions & Consumer Credit, and Oversight, April 3, 2003[20]

---

[10] http://www.house.gov/apps/list/hearing/financialsvcs_dem/fihrn_03242010.shtml
[11] http://www.house.gov/apps/list/hearing/financialsvcs_dem/hr072908.shtml
[12] www.house.gov/apps/list/hearing/financialsvcs_dem/ht061907.shtml
[13] http://energycommerce.house.gov/108/Hearings/06202006hearing1938/Hendricks.pdf
[14] http://financialservices.house.gov/hearings.asp?formmode=detail&hearing=425
[15] http://financialservices.house.gov/hearings.asp?formmode=detail&hearing=407
[16] http://banking.senate.gov/index.cfm?Fuseaction=Hearings.Detail&HearingID=144
[17] http://banking.senate.gov/03_07hrg/071003/index.htm
[18] http://financialservices.house.gov/hearings.asp?formmode=detail&hearing=229
[19] http://judiciary.senate.gov/testimony.cfm?id=983&wit_id=2790
[20] http://financialservices.house.gov/hearings.asp?formmode=detail&hearing=202

"Information Flows: The Costs and Benefits to Consumers and Businesses of The Collection and Use of Consumer Information," Federal Trade Commission, National Workshop, June 18, 2003

**Books**

Credit Scores and Credit Reports: How The System Really Works, What You Can Do [3rd Edition] (Privacy Times, 2007)

Your Right To Privacy: A Basic Guide To Legal Rights In An Information Society (2nd Edition, Southern Illinois University Press, 1990), (Includes a chapter on credit reporting)

Former Secrets: Government Records Made Public Through The Freedom of Information Act (Campaign For Political Rights, 1982)

**International Lectures**

24th International Conference of Data Protection & Privacy Commissioners (Cardiff, Wales – Presentation published in conference proceedings, 2002)

The 23rd International Conference of Data Protection Commissioners (Paris, La Sorbonne – Presentation published in conference proceedings, 2001)

The 22nd Annual Conference on Data Protection (Venice, Italy -- 2000)

The 16th Annual Conference on Data Protection (The Hague, The Netherlands -- 1994).

In the 1980s, served as an expert consultant to both the Privacy Commissioner of Canada and Privacy Commissioner of Australia.

**Presentations/Instruction At Recent CLE & Professional Seminars**

**"Key Privacy Statutes - FCRA and Background Check Problems,"** Conference on Effective Consumer Privacy Enforcement, Univ. of California-Berkeley Samuelson Law, Technology & Public Policy Clinic. Oct. 13-14, 2011. Berkeley, Calif.

"Annual FCRA Conference," National Association of Consumer Advocates. May 20-21, 2011. Memphis, Tenn.

"91st Annual New York Meeting," Commercial Law League of America (CLLA) November 12, 2010

"2010 NCLC Consumer Rights Litigation Conference," National Consumer Law Center. November 13, 2010. Boston, Mass.

"26th Annual Consumer Bankruptcy Course," State Bar of Texas. June 3, 2010. Dallas."Consumer Protection Law Comm. Representing Main Street: A Consumer Law Primer" Florida Bar Association; June 26, 2009. Orlando.

"Second Law and Information Society Symposium: Enforcement, Compliance and Remedies in the Information Society," Presenter, "Credit Report Cases – Effective Remedies?" Center on Law and Information Policy (CLIP), Fordham Law School, New York, May 29-30, 2008.)[21]

"The 1st Annual Privacy Law Scholars Conference," Presenter, "Assessing Privacy Harm: How can victims of privacy violations prove that they have been harmed? The George Washington University Law School, Washington, DC, June 12-13, 2008.[22]

"11th Annual Consumer Financial Services Litigation," Practicing Law Institute, March 20-21, 2006 (New York City)

"Bankruptcy Roundtable," and, "Fair Credit Reporting Act Roundtable," National Consumer Law Center, October 27, 2005

"Advanced Consumer Litigation," Texas Bar CLE, Feb. 10-11, 2005

"Financial Privacy Litigation," (Impact of FACT Act), Practicing Law Institute, February 28- March 1, 2005 (New York City)

"The New FACT Act: Challenge & Oppty.," Privacy & American Business, Feb. 9-10, 2004

"Understanding the FACT Act And The Impact of Multi-Agency Rulewriting Process," Glasser LegalWorks, Sept. 28-29. 2004

"12th Annual National Conference," National Credit Reporting Association, Nov. 10-12, 2004

**Professional Societies**

Past President & Board Member, American Society of Access Professionals www.accesspro.org

**Industry Certification**

FCRA Certification, National Credit Reporting Association (www.ncrainc.org).

**Media**

In addition to being a paid consultant and special guest on CNN's IMPACT news in 1996, I am quoted regularly by major and small newspapers (including The Washington Post, New York Times, Wall Street Journal, Chicago Tribune, Los Angeles Times, Newsweek and Money Magazine), regarding issues of privacy generally and the privacy implications of consumer

---

[21] http://law.fordham.edu/ihtml/eventitemPP.ihtml?id=37&idc=8943&template=clip
[22] http://privacyscholars.com

reporting specifically. I have appeared on National Public Radio, PBS NewsHour with Jim Lehrer, ABC Nightline and World News Tonight, NBC Nightly News, CBS Evening News, CNN News Watch, CNBC, MSNBC, Fox News, various local affiliates, and the Oprah Winfrey Show and Geraldo, regarding these issues as well.

**Education**

Bachelor of Arts, Columbia College, Columbia University, New York, N.Y. (1979)

**MATERIALS CONSIDERED**

In specific preparation for this case, in addition to documents cited in this report, I have reviewed the following:

Plaintiff's Summons
Plaintiff's credit reports
Various correspondences by Plaintiff & Defendants
Bates-Stamped documents produced by Defendant Equifax

I also include as foundations for my specialized knowledge the following:

The Fair Credit Reporting Act & Consumer Credit Reporting Reform Act of 1996
Fair Credit Reporting Act (w/ Companion Disk & 2000 Cumulative Supplement, National Consumer Law Center, 1998 (Boston)
Credit Scores and Credit Reports: How The System Really Works, What You Can Do (3rd Edition, Privacy Times 2007)

My opinions in this case are also supported by my 35-year professional experience in following privacy developments, including those relating to the consumer reporting as a journalist, editor, publisher and privacy expert. My experience includes listening to and participating in dozens of hours of Congressional testimony, hearings before the Federal Trade Commission, media coverage, studies by independent groups, my own personal observations and numerous contacts, and my previous work preparing to be an expert witness in other cases relating to the FCRA and/or fair information practices.

**Executed This The 3rd Day of April 2015 in Bethesda, Maryland**

/s/ Evan D. Hendricks
Evan D. Hendricks
PO Box 302
Cabin John, MD 20818
(301) 229 7002

```
================================================================
= TIMESTAMP: 24-Apr-2014 18:53
= ACIS FUNCTION: MAINTENANCE
================================================================
****************************************************************
DAUGHERTY, DAVID, MAX,      SINCE 12/01/1980  FAD 04/24/2014 VERIFIED ON 05/31/20
35 VALLEY VIEW, DR 35, VIENNA, WV, 26105, CRT, SINCE 02/2010 RPTD 04/2014 VERIF
         05/31/2013
PO BOX 816, , PARKERSBURG, WV, 26102, CRT, SINCE 08/2011 RPTD 04/2014
VALLEYVIEW, DR, VIENNA, WV, 26105, CRT, SINCE 08/2011 RPTD 04/2014
BDS-12/14/1957 VERIFIED ON 05/31/2013
SSS-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 VERIFIED ON 05/31/2013
----------------------------------------------------------------
Consumer Referral Location-388
   REGION 374 EQUIFAX INFORMATION SERVICES LLC
   1550 PEACHTREE STREET MD H13,ATLANTA,GA,30309,800/685-1111
----------------------------------------------------------------
****************************************************************
================================================================
   ID SCAN: UNABLE TO PERFORM PHONE VALIDATION DUE TO INSUFFICIENT PHONE INPUT
================================================================

================================================================
   ID SCAN: INCOMPLETE SCAN - LIMITED DATA SOURCES AVAILABLE
================================================================

01 ES-, ST JOSEPHS HOSPITAL AMBULANCE, ,
02 EF-, PARKERSBURG FIRE DEPT, ,
03 E2-, CITY OF PARKERSBURG, ,

SUM-11/1994-04/2014, PR/OI-YES, FB-NO, ACCTS:10, HC-$276-100860, 9-ONE, 1-SIX

FS- SENTINEL CONSUMER

PUBLIC RECORDS OR OTHER INFORMATION
04 03/24/2014 COLL 12/2012 401YC08671 FOR CAMDEN CLARK MED CTR ST JOSE, $51, 03
         BAL-03/2014  BAL- $0, PURGE: 12/2011, I, 17976171, 02, LAST PAY: 02/2
         CONSUMER DISPUTES THIS ACCOUNT INFORMATION
         COLLECTION ACCOUNT
05 03/24/2014 COLL 04/2012 401YC08671 FOR CAMDEN CLARK MED CTR ST JOSE, $52, 03
         BAL-03/2014  BAL- $0, PURGE: 05/2011, I, 16789709, 02, LAST PAY: 02/2
         CONSUMER DISPUTES THIS ACCOUNT INFORMATION
         COLLECTION ACCOUNT
06 03/24/2014 COLL 11/2009 401YC08671 FOR ST JOSEPHS HOSPITAL, $513, 03/2014 PA
         BAL-03/2014  BAL- $0, PURGE: 12/2008, I, 11465401, 02, LAST PAY: 09/0
         CONSUMER DISPUTES THIS ACCOUNT INFORMATION
         COLLECTION ACCOUNT
07 03/24/2014 COLL 06/2010 401YC08671 FOR ST JOSEPHS HOSPITAL SIGNATUR, $616, 0
         BAL-03/2014  BAL- $0, PURGE: 02/2009, I, 12780749, 02, LAST PAY: 09/0
         CONSUMER DISPUTES THIS ACCOUNT INFORMATION
         COLLECTION ACCOUNT
08 02/2011 LIEN 678VS06444, BK1657PG854, $1442, VS, RELEASED 07/2011
SUPPRESSED PUBLIC RECORDS
09 SUPP-  12/03/2013 COLL 10/2012 401YC08671 FOR CAMDEN CLARK MED CTR ST JOSE,
         SUPPRESS COLL  BAL-12/2013  BAL- $166, PURGE: 11/2011, I, 17565569, 0
         CONSUMER DISPUTES THIS ACCOUNT INFORMATION
         COLLECTION ACCOUNT
10 SUPP-  08/06/2013 COLL 08/2011 645YC09428 FOR EMER SYS OF PARKERSBURG W VA,
         SUPPRESS COLL  BAL-08/2013  BAL- $0, PURGE: 03/2011, I, 13232051, 02,
         06/05/2013
```



EXHIBIT 11
D. Daugherty

EIS-DAUGHERTY-000257

```
            CONSUMER DISPUTES THIS ACCOUNT INFORMATION
            MEDICAL
  11 SUPP-  08/06/2013 COLL 02/2011 645YC09428 FOR EMER SYS OF PARKERSBURG W VA,
            SUPPRESS COLL  BAL-08/2013  BAL- $0, PURGE: 05/2010, I, 12385192, 02,
            06/05/2013
            CONSUMER DISPUTES THIS ACCOUNT INFORMATION
            MEDICAL
  12 SUPP-  06/25/2013 COLL 07/2010 145YC00015 FOR PARKERSBURG NEUROLOGICAL ASSOC
            SUPPRESS COLL  BAL-06/2013  BAL- $0, PURGE: 03/2009, I, 270224901, 02
            05/17/2011
            MEDICAL
  13 SUPP-  06/25/2013 COLL 08/2010 145YC00015 FOR DR BHAILAL G GONDALIA, $90,  S
            BAL-06/2013  BAL- $0, PURGE: 03/2010, I, 270224902, 02, LAST PAY: 05/
            MEDICAL
  14 SUPP-  04/07/2013 COLL 11/2009 145YC00015 FOR PARKERSBURG CARDIOLOGY ASSOC,
            SUPPRESS COLL  BAL-04/2013  BAL- $45, PURGE: 12/2008, I, 258257301, 0
            CONSUMER DISPUTES THIS ACCOUNT INFORMATION
            MEDICAL
  15 SUPP-  04/10/2013 COLL 10/2012 862YC00047 FOR ST JOSEPH S HOSPITAL, $75, SU
            BAL-04/2013  BAL- $0, PURGE: 03/2012, I, 80342838, 02, LAST PAY: 02/2
            MEDICAL
  16 SUPP-  11/18/2010 COLL 04/2005 678YC06520 FOR GYNECOLOGIC ASSOCIATES PARKER,
            SUPPRESS COLL  BAL-11/2010  BAL- $192, PURGE: 04/2004, S, 42104600012
            MEDICAL
  17 SUPP-  10/31/2010 COLL 08/2005 357YC00010 FOR HEALTHSOUTH WESTERN HILLS REGI
            SUPPRESS COLL  BAL-10/2010  BAL- $0, PURGE: 10/2004, I, 235296354318,
            COLLECTION ACCOUNT
  18 SUPP-  08/03/2010 COLL 06/2004 678YC06520 FOR MORRISON INC, $168,  SUPPRESS
            BAL-08/2010  BAL- $168, PURGE: 05/2004, S, 5140460001142418, 01
  19 SUPP-  04/22/2010 COLL 06/2007 145YC00015 FOR PARKERSBURG CARDIOLOGY ASSOC,
            SUPPRESS COLL  BAL-04/2010  BAL- $257, PURGE: 12/2006, I, 216733701,
            CONSUMER DISPUTES THIS ACCOUNT INFORMATION
            MEDICAL
  20 SUPP-  04/14/2010 COLL 12/2009 862YC00047 FOR ST JOSEPH S HOSPITAL, $616,  S
            BAL-04/2010  BAL- $616, PURGE: 02/2009, 65167316, 02
            CONSUMER DISPUTES THIS ACCOUNT INFORMATION
            MEDICAL
  21 SUPP-  01/2009 LIEN 678VS06444, 594921, $257, VS, VER 07/2010
            SUPPRESS PUBLIC RECORD

  INQS-SUBJECT SHOWS 17 INQUIRIES SINCE 01/2014
   ACIS    4091031165         915AA00034   EQUIFAX UPDATE        04/24/2014 XX
   ND      8748529822         915AA01917   EQUIFAX               04/22/2014 MO
   ACIS    4107053807         915AA00307   EQUIFAX               04/17/2014 WV
   ACIS    4091031165         915AA00018   EQUIFAX               04/01/2014 WV
   ACIS    4068008068         915AA00828   EQUIFAX AUTO MTNC UP  03/24/2014 WV
   ACIS    4081000000016249   447AA00044   EQUIFAX INFORMATION   03/22/2014 WV
   ACIS    4068008068         915AA00307   EQUIFAX               03/09/2014 WV
   ACIS    4010017721         915AA00828   EQUIFAX AUTO MTNC UP  01/17/2014 WV
   ACIS    4016000000102450   447AA00044   EQUIFAX INFORMATION   01/16/2014 WV
   ACIS    4010017721         915AA00307   EQUIFAX               01/10/2014 WV
   ACIS    3318032030         915AA00828   EQUIFAX AUTO MTNC UP  12/03/2013 WV
   ACIS    3318032030         915AA00307   EQUIFAX               11/14/2013 WV
   ACIS    3274026515         915AA00828   EQUIFAX AUTO MTNC UP  10/22/2013 WV
   ACIS    3277000000097592   447AA00044   EQUIFAX INFORMATION   10/04/2013 WV
   ACIS    3277000000129126   447AA00044   EQUIFAX INFORMATION   10/04/2013 WV
   ACIS    3277000000127821   447AA00044   EQUIFAX INFORMATION   10/04/2013 WV
   ACIS    3277000000121674   447AA00044   EQUIFAX INFORMATION   10/04/2013 WV
   ACIS    3277000000124251   447AA00044   EQUIFAX INFORMATION   10/04/2013 WV
   ACIS    3275000000097595   447AA00044   EQUIFAX INFORMATION   10/02/2013 WV
```

| Type | Account | Code | Creditor | Date | State |
|---|---|---|---|---|---|
| ACIS | 3274026515 | 915AA00307 | EQUIFAX | 10/01/2013 | WV |
| ACIS | 3274000000127835 | 447AA00044 | EQUIFAX INFORMATION | 10/01/2013 | WV |
| ACIS | 3248000000093540 | 447AA00044 | EQUIFAX INFORMATION | 09/05/2013 | WV |
| ACIS | 3234022215 | 915AA00828 | EQUIFAX AUTO MTNC UP | 08/26/2013 | WV |
| ACIS | 3234022095 | 915AA00828 | EQUIFAX AUTO MTNC UP | 08/22/2013 | WV |
| ACIS | 3234022431 | 915AA00307 | EQUIFAX | 08/22/2013 | WV |
| ACIS | 3234022431 | 915AA00828 | EQUIFAX AUTO MTNC UP | 08/22/2013 | WV |
| ACIS | 3234022095 | 915AA00307 | EQUIFAX | 08/22/2013 | WV |
| ACIS | 3234022215 | 915AA00307 | EQUIFAX | 08/22/2013 | WV |
| ACIS | 3192000000014679 | 447AA00044 | EQUIFAX INFORMATION | 07/11/2013 | WV |
| ACIS | 3184007034 | 915AA00828 | EQUIFAX AUTO MTNC UP | 07/09/2013 | WV |
| ACIS | 3184007034 | 915AA00307 | EQUIFAX | 07/03/2013 | WV |
| ACIS | 3151006543 | 915AA00828 | EQUIFAX AUTO MTNC UP | 06/25/2013 | WV |
| ACIS | 3151006543 | 915AA00018 | EQUIFAX | 05/31/2013 | WV |
| ACIS | 3078032699 | 915AA00828 | EQUIFAX AUTO MTNC UP | 04/10/2013 | WV |
| ACIS | 3078000000074525 | 915AA00307 | EQUIFAX | 03/19/2013 | WV |
| ACIS | 3078032699 | 915AA00307 | EQUIFAX | 03/19/2013 | WV |
| ACIS | 1195055381 | 915AA00828 | EQUIFAX AUTO MTNC UP | 08/04/2011 | WV |
| ACIS | 1195055381 | 915AA00141 | EQUIFAX | 07/14/2011 | WV |
| ACIS | 1155000860 | 915AA00828 | EQUIFAX AUTO MTNC UP | 06/23/2011 | WV |
| ACIS | 1155000860 | 915AA00018 | EQUIFAX | 06/04/2011 | WV |
| ACIS | 1124024499 | 915AA00828 | EQUIFAX AUTO MTNC UP | 05/25/2011 | WV |
| ACIS | 1127002366 | 915AA00828 | EQUIFAX AUTO MTNC UP | 05/09/2011 | WV |
| ACIS | 1127002366 | 915AA00018 | EQUIFAX | 05/07/2011 | WV |
| ACIS | 1124024499 | 915AA00018 | EQUIFAX | 05/04/2011 | WV |
| ACIS | 1075025996 | 915AA00828 | EQUIFAX AUTO MTNC UP | 03/21/2011 | WV |
| ACIS | 1075025996 | 915AA00307 | EQUIFAX | 03/16/2011 | WV |
| ACIS | 1020013399 | 915AA00828 | EQUIFAX AUTO MTNC UP | 02/10/2011 | WV |
| ACIS | 1020013399 | 915AA00307 | EQUIFAX | 01/20/2011 | WV |
| ACIS | 0321012757 | 915AA00828 | EQUIFAX AUTO MTNC UP | 11/18/2010 | WV |
| ACIS | 0321012757 | 915AA00307 | EQUIFAX | 11/17/2010 | WV |
| ACIS | 0266027654 | 915AA00828 | EQUIFAX AUTO MTNC UP | 10/31/2010 | WV |
| ACIS | 0267005025 | 915AA00828 | EQUIFAX AUTO MTNC UP | 09/27/2010 | WV |
| ACIS | 0267005025 | 915AA00307 | EQUIFAX | 09/24/2010 | WV |
| ACIS | 0266027654 | 915AA00307 | EQUIFAX | 09/23/2010 | WV |
| ACIS | 0202009375 | 915AA00828 | EQUIFAX AUTO MTNC UP | 08/03/2010 | WV |
| ACIS | 0202009375 | 915AA00307 | EQUIFAX | 07/21/2010 | WV |
| ACIS | 0139007625 | 915AA00828 | EQUIFAX AUTO MTNC UP | 06/03/2010 | WV |
| ACIS | 0139007625 | 915AA00307 | EQUIFAX | 05/19/2010 | WV |
| ACIS | 0110009936 | 915AA00828 | EQUIFAX AUTO MTNC UP | 04/22/2010 | WV |
| ACIS | 0110009936 | 915AA00307 | EQUIFAX | 04/20/2010 | WV |
| ACIS | 0101001100 | 915AA00828 | EQUIFAX AUTO MTNC UP | 04/14/2010 | WV |
| ACIS | 0101001100 | 915AA00307 | EQUIFAX | 04/11/2010 | WV |
| ACIS | 0054033196 | 915AA00828 | EQUIFAX AUTO MTNC UP | 02/25/2010 | WV |
| ACIS | 0054033196 | 915AA00307 | EQUIFAX | 02/23/2010 | WV |
| CR | | 180ZC00134 | CIC/EXPERIAN RPTS | 04/17/2014 | |
| CR | | 180ZC00761 | TRUECREDIT/MYCREDITH | 04/03/2014 | |
| CR | | 180ZC00134 | CIC/EXPERIAN RPTS | 03/16/2014 | |
| AR | | 668ON09516 | ELAN FINANCIAL SERVI | 03/04/2014 | |
| PRM | | 444FM19359 | E MORTGAGE MANGEMENT | 02/18/2014 | |
| PRM | | 164BB04785 | CREDIT ONE BANK NA | 02/12/2014 | |
| PRM | | 164BB04785 | CREDIT ONE BANK NA | 01/07/2014 | |
| CR | | 155ON02941 | DISCOVER FINANCIAL S | 12/18/2013 | |
| PRM | | 243FP42982 | ONEMAIN FINANCIAL | 12/02/2013 | |
| PRM | | 164BB04785 | CREDIT ONE BANK NA | 11/19/2013 | |
| CR | QUICKEN LOANS INC | 180ZB08716 | CREDCO/QUICKEN LOANS | 10/22/2013 | |
| CR | | 180ZC00134 | CIC/EXPERIAN RPTS | 09/05/2013 | |
| CR | 2307 SHORE MORTGAG | 146ZB13616 | KROLL FACTUAL DATA | 08/07/2013 | |
| PRM | | 444FM19359 | E MORTGAGE MANGEMENT | 08/01/2013 | |
| CR | | 180ZC00134 | CIC/EXPERIAN RPTS | 06/05/2013 | |

EIS-DAUGHERTY-000259

```
CR                          243ON00770    WEBBANK/BML              05/19/2013
CR                          180ZC00134    CIC/EXPERIAN RPTS        04/12/2013
CR                          832FP01562    TIDEWATER FINANCE CO     12/10/2012
CR         EMBRACE HOME LOANS401ZB04232   EMS EMBRACE              06/07/2012
CR                          910UT49073    FRONTIER                 05/10/2012
CR                          990UZ84682    DIRECTV                  05/09/2012
CR                          155ON02941    DISCOVER FINANCIAL S     05/02/2012
```

```
FIRM/                 RPTD/    OPND/   HI CREDIT  CRED LIM/  BAL/
MORTGAGE ID #         CLOSED   MAJ RPT /ACT PAY   SCHD PAY   CHRG OFF   PAST DUE   CS
                                                                        /TERMS     TP
```

```
ELAN FINANCIAL SERVI 03/31/14 05/01/13    997      1000       971                 R1
                                          100        46                      M    18
   DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR
   03/2014                                         AUI
   BAL AMT     BAL PAY DT  DEF PAY DT  CC           *

         CREDIT CARD                              ACCT#4037660028851376 [HD]
```

```
FIRST PREMIER      09/20/13 11/15/07     322       300          0                 R1
                   05/2013                                                   M    18
   DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR
   05/2013                                         AUI
   BAL AMT     BAL PAY DT  DEF PAY DT  CC           *

         ACCOUNT CLOSED AT CONSUMER'S REQUEST   ACCT#5178007905007787 [HD]
         CLOSED OR PAID ACCOUNT/ZERO BALANCE
         CREDIT CARD
```

```
GECRB/WALMART      04/02/14 07/21/13     634       600         551                R1
                                          75        35                       M    07
   DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR
   04/2014                                         AUI
   BAL AMT     BAL PAY DT  DEF PAY DT  CC           *

         CHARGE                                   ACCT#6032201470293658 [HD]
```

```
LITTON MTG SERVICE C03/18/14 08/17/99  100813                   0                 M1
                   11/2011                         1077                      M    26
   DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR
   10/2011       S OCWEN                           AUI
   BAL AMT     BAL PAY DT  DEF PAY DT  CC

         CONSUMER DISPUTES-REINVESTIGATION IN PROCESS   ACCT#12907408

DEROG TRADE HISTORY
12/2010-3 11/2010-2 10/2010-2 09/2010-1 08/2010-1 06/2010-1 05/2010-1 04/201
03/2010-1 02/2010-2 01/2010-1 12/2009-1 06/2009-1 05/2009-1 04/2009-1 03/200
02/2009-1 01/2009-1 12/2008-1 05/2008-1 04/2008-1 12/2007-3 11/2007-2 10/200
09/2007-2 08/2007-1
```

```
OCWEN LOAN SERVICING 04/24/14 07/01/99  100860              80073                 0 M1
                                         1936       968                      M    26
```

EIS-DAUGHERTY-000260

```
                DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR       AUI
                01/2013
                BAL AMT   BAL PAY DT  DEF PAY DT CC

                                                                ACCT#7092244537 [HD]
                     CONSUMER DISPUTES-REINVESTIGATION IN PROCESS
                     REMOVES COMPLIANCE CONDITION CODES
                     REAL ESTATE MORTGAGE
                     CONVENTIONAL MORTGAGE

                 DEROG TRADE HISTORY
                 03/2012-3 02/2012-2 01/2012-2
    -------------------------------------------------------------------------
    OCWEN LOAN SERVICING 04/24/14 08/01/99   100813                  80073      0  M1
                                              1936       968                  M    26
                DFD/DLA    PURCH/SOLD/ORIGINAL CREDITOR    AUI
                10/2011
                BAL AMT   BAL PAY DT  DEF PAY DT CC

                                                                ACCT#7092244537
                     CONSUMER DISPUTES-REINVESTIGATION IN PROCESS
                     3 MONTH UPDATE FREEZE
                     REMOVES COMPLIANCE CONDITION CODES
                     FORECLOSURE PROCESS STARTED

                 DEROG TRADE HISTORY
                 03/2013-1 03/2012-3 02/2012-2 01/2012-2
    -------------------------------------------------------------------------
    ONE COMMUNITY FCU     03/25/14 11/17/94    7100       7100      6586         C1
                                                           234                M    15
                DFD/DLA    PURCH/SOLD/ORIGINAL CREDITOR    AUI
                03/2014                                     *
                BAL AMT   BAL PAY DT  DEF PAY DT CC

                                                                ACCT#11940000004215088 [HD
                     LINE OF CREDIT

    -------------------------------------------------------------------------
    ONE COMMUNITY FCU     05/01/06 07/01/00    5600                    0         R1
                                   03/2005                156                B   00
                DFD/DLA    PURCH/SOLD/ORIGINAL CREDITOR    AUI
                03/2005                                     *
                BAL AMT   BAL PAY DT  DEF PAY DT CC

                                                                ACCT#7000000004215000
                     CLOSED OR PAID ACCOUNT/ZERO BALANCE

    -------------------------------------------------------------------------
    PINNACLE CREDIT SERV 04/12/14 10/01/13     276                    276     276 O6
                                   11/2013                                        0C
                DFD/DLA    PURCH/SOLD/ORIGINAL CREDITOR    AUI
                02/2011    O VERIZON WIRELESS               *
                BAL AMT   BAL PAY DT  DEF PAY DT CC
                                        12
                                                                ACCT#OG149966 [HD]
                     COLLECTION ACCOUNT

    -------------------------------------------------------------------------
    WV CENTRAL CREDIT UN 06/01/11 07/01/02    15157                    0         I1
                                   10/2007                338              60M M  00
```

EIS-DAUGHERTY-000261

```
DFD/DLA        PURCH/SOLD/ORIGINAL CREDITOR         AUI
10/2007
BAL AMT    BAL PAY DT  DEF PAY DT CC

           CLOSED OR PAID ACCOUNT/ZERO BALANCE      ACCT#702101490044003
           AUTO

    DEROG TRADE HISTORY
    09/2007-1 08/2007-1
------------------------------------------------------------------
--------------------------------- SUPPRESSED TRADE ---------------
SUPP: BP/CITIBANK CB03/01/09 06/01/00
                                                                RP
    DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR       AUI
    08/2004
    BAL AMT   BAL PAY DT  DEF PAY DT CC

           CREDIT GRANTOR DELETE UDF                 ACCT#4710805773

------------------------------------------------------------------
SUPP: FRONTIER COMMU06/01/13 05/01/12
                                                                OP
    DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR       AUI
    07/2012
    BAL AMT   BAL PAY DT  DEF PAY DT CC

           CREDIT GRANTOR DELETE CDV                 ACCT#30429572230518124

------------------------------------------------------------------
SUPP: GREEN TREE     06/01/13 05/01/00
                                                                 P
    DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR       AUI
    BAL AMT   BAL PAY DT  DEF PAY DT CC

           CREDIT GRANTOR DELETE CDV                 ACCT#88285707

------------------------------------------------------------------
SUPP: MEDCLEAR INC  06/01/10 03/01/07
                                                                OP
    DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR       AUI
    04/2004
    BAL AMT   BAL PAY DT  DEF PAY DT CC

           CREDIT GRANTOR DELETE CDV                 ACCT#36506271

------------------------------------------------------------------
SUPP: SPRINGLEAF FIN07/01/11 11/01/00
                                                                IP
    DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR       AUI
    08/2005
    BAL AMT   BAL PAY DT  DEF PAY DT CC

                                                    ACCT#11000613036411559
```

EIS-DAUGHERTY-000262