03/14/13   8:36 PM                                                                                    Page 1

: OCWEN   RESEACH   DEPARTMENT

March 14, 20

David M. Daugherty

35 Valley View Drive

Vienna, WV. 26105

Dear sir,

I am writing you concerning my credit report with Equifax, it states that I am currently behind $6,128.00 dollars with Ocwen Loan Services and that I am in foreclosure. Please correct those records as soon as possible. I have a professional company assisting fixing my credit past so please clear that record.

Thank you,

David M. Daugherty

Ocwen loan number : 7092244537

CONFIDENTIAL                            DD/OLS 000576