*Ocwen Loan Servicing, LLC*
*P.O. Box 24737*
*West Palm Beach, FL 33416-4737*
*(Do not send any correspondence or payments to the above address)*     WWW.OCWEN.COM

March 20, 2013

David Daugherty

35 Valley View Dr
Vienna, WV 26105-0000

Loan Number:     7092244537
Property Address:     35 Valley View Dr , Vienna, WV 26105-0000

Dear Borrower(s):

We have received your correspondence requesting research to be performed for the above referenced loan. It is Ocwen's policy to perform all research and provide a written response to you within twenty (20) days from the receipt of your letter.

Ocwen may need to contact you for further information in order to process your request. Ocwen will notify you if any additional information is required as we research the issue(s) stated in your request. Please direct any inquiries regarding your research request to the following address:

**Ocwen Loan Servicing, LLC**
**Research Department**
**P.O. Box 24736**
**West Palm Beach, FL 33416-4736**

Sincerely,

Research Department

7092244537     ACKNOWL.23
This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.
*NMLS # 1852*

CONFIDENTIAL     DD/OLS 000183