Lyew, Sandra                                    August 28, 2015

26

1       A.      Yes.  And they communicate right -- they
2  communicate through e-Oscar.
3       Q.      Is there a separate form from the ACDV
4  that OCWEN responds to the ACDV with?
5       A.      Everything is automated through the
6  system, so based on their response, OCWEN's response,
7  back to the credit agency is through e-Oscar.
8       Q.      Is that on the same ACDV form or is
9  there a separate form generated?
10      A.      It's in the system, so it could be under
11  the ACDV section it responds back to -- so the ACDV
12  is basically a screen through their system.
13      Q.      Their being the credit reporting
14  agency's --
15      A.      Yes.
16      Q.      -- e-Oscar system?
17      A.      e-Oscar system.
18      Q.      So OCWEN receives an ACDV from, for
19  instance, Equifax, and do they just fill in that same
20  form online with their response or do they generate a
21  new form or something substantive, besides that form,
22  in their response?
23      A.      Everything is based on how the ACDV came
24  in.  And it's responded through the same ACDV.
25      Q.      And is that true regardless of outcome

Lyew, Sandra

August 28, 2015

27

1   of the investigation, such as confirm the debt,

2   update the account, or delete the account?

3         A.    Yes.   Everything is based on the actual

4   type of dispute.

5         Q.    But the -- it's all through the same

6   ACDV, regardless of the reinvestigation result?

7         A.    Right.   So if the investigation came

8   from the national credit agency through an ACDV,

9   that's how it gets responded back.   It goes

10  through -- if it came in as an escalation, then I

11  believe they use a different form, the AUD, automated

12  universal form.

13        Q.    What do you mean, escalation?

14        A.    That's how I take, you know -- I call it

15  AUD.   I call it like an escalation.

16        Q.    And can you explain why that would be an

17  escalation?

18        A.    No.

19        Q.    Just --

20        A.    You know, as far as specific questions

21  relating to this loan, I can explain it to you;

22  however, in general I call it an escalation versus a

23  normal ACDV dispute from a credit agency.   The AUD is

24  an actual form that reassures that it confirms even

25  more.   And, you know, to an extent the credit

Lyew, Sandra                                                    August 28, 2015

28

1    agencies probably take that more of a priority than

2    an ACDV.

3         Q.    So with a typical dispute, OCWEN

4    responds through the ACDV, they fill out the same

5    form, and respond that way?

6         A.    To respond -- in response to the

7    borrower's account, yes.

8         Q.    But in certain circumstances OCWEN will

9    escalate their response to an AUDF?

10        A.    Depending -- for instance, in this loan

11   an AD was respond -- in response to a Consumer

12   Protection Financial Bureau response and reconfirming

13   to the bureau based on -- as well as their findings.

14        Q.    Does an AUDF provide additional

15   responses that an ACDV does not?

16        A.    Depending on the dispute.

17        Q.    OCWEN can receive an AUDF even without

18   receiving a dispute; is that correct?

19        A.    Yes, they can.

20        Q.    It's not dependent on a dispute from a

21   borrower or a reporting agency?

22        A.    Correct.

23        Q.    I'm sorry.  I'm just stuck on this term,

24   escalation.

25        A.    That's the only way I can remember it.

Lyew, Sandra                                      August 28, 2015

29

1    This has nothing to do -- this is my personal --

2         Q.      Sure.

3         A.      -- as far as trying to identify the two

4    forms.

5         Q.      So you would send an AUDF, in you mind,

6    when there is an issue that merits more attention?

7         A.      Well, an AUD form is just confirming

8    that if there are, say, changes to an account, not

9    this account, changes that need to be made upon

10   factual information, then an AUD would be sent.

11        Q.      Am I correct to assume that an AUDF

12   would not be sent just to confirm existing

13   information, it would only be sent to change

14   information?

15        A.      Back to this loan, it was sent as far as

16   a response that -- to reconfirm what was -- what was

17   received from the findings the Consumer Financial

18   Bureau had sent stating that it was an error of

19   Equifax and not OCWEN.  And OCWEN, which not required

20   but they did anyway, to reconfirm that -- you know,

21   to Equifax that the same findings that was sent all

22   along to the monthly data that gets sent over to them

23   as far as how the account was reported, and reported

24   as only one trade line.

25        Q.      Now, in a situation where the credit

Lyew, Sandra

August 28, 2015

30

1   reporting department receives an ACDV, we've talked

2   about they can look at any other department in OCWEN

3   to investigate.  What else would they take into

4   account?  For instance, if there was prior complaints

5   by a borrower, would they -- would those be

6   considered in the current dispute?

7       A.    They'll check to see how many disputes

8   the same disputes have came in in regards to the

9   account, and whether there was something slightly

10  similar or pretty much the same -- pretty much the

11  same for this account.  But there has been no changes

12  because OCWEN has always reported to all the bureaus

13  correctly.

14      Q.    So if they do check and they see similar

15  disputes in the past, would they make a note in their

16  logs saying this is a frivolous dispute, so to speak?

17      A.    No.  They just -- they'll notate the

18  account accordingly based on the current dispute that

19  comes in, whether it's the same or slightly different

20  or pretty much -- for instance, this account -- the

21  same.

22      Q.    And that's one thing I noticed -- we'll

23  get into it -- is it seems like OCWEN conducted an

24  investigation each time.

25      A.    That is correct.

Lyew, Sandra                                    August 28, 2015

31

1        Q.      And does OCWEN ever say -- refuse to

2   conduct a reinvestigation if they deem a dispute is

3   repetitive?

4        A.      **It's regardless whether it's the same or**

5   **not, to still conduct the same account -- same**

6   **review, research.**

7        Q.      And now, so when OCWEN returns the ACDV

8   to the credit reporting agency --

9        A.      **Yes.**

10       Q.      -- are there any additional markings on

11  the account based on the dispute?  For instance, is

12  there a compliance code added noting that this

13  account was disputed, regardless of whether it was

14  affirmed, updated, or deleted?

15       A.      **Right.  I mean, OCWEN is not required to**

16  **put a compliance code, but there are times with this**

17  **account that they have noted the account as an XB.**

18  **But they've never reported it -- the account late,**

19  **regardless.**

20       Q.      So even if a consumer disputes an

21  account, OCWEN doesn't always dispute it or mark it

22  as disputed?

23              MR. MANNING:   Object to the form.

24              You can answer.

25              THE WITNESS:   They're not required to do

Lyew, Sandra

August 28, 2015

32

1    so.   They do it based on -- based on the dispute or

2    they just more so of the -- on behalf of the

3    borrower.  But in this case, as I mentioned earlier,

4    that the account has never been as far as reported

5    late.

6    BY MR. NOLAN:

7         Q.    So can you give me an example of an

8    account where OCWEN would not enter a compliance code

9    of disputed, such as XB or XH?  Why would -- let me

10   rephrase that.

11            Under what circumstance would OCWEN not

12   mark the account as disputed in responding to a

13   dispute?

14        A.    Well, again, it depends on the type of

15   dispute.

16        Q.    What types of disputes would get that

17   marking?

18        A.    In this case the credit reporting, the

19   credit reporting, XB was, you know, noted to the

20   accounts, but again, like I mentioned earlier, it's

21   not required based on the type of dispute.  After the

22   last -- granted that the borrower was in default at

23   one time in 2012 and he had brought the loan current,

24   so that was reported as far as the lates on that.

25   After he brought the loan current, he was then -- we

Lyew, Sandra

August 28, 2015

33

1    then reported 30 days because he was late, but after

2    that he was not.   OCWEN has never reported on the

3    account even by applying the XB code or any other

4    type of codes.

5         Q.    I'm just asking more generally.   What

6    type of accounts would OCWEN decline to put a

7    disputed code in responding to a dispute?

8              MR. MANNING:   Object to the form.   Calls

9    for an opinion.

10             THE WITNESS:   Yeah.   That calls for an

11   opinion.

12             MR. MANNING:   If you know, you can

13   answer.

14             THE WITNESS:   I don't know as far as the

15   types.   I can only go by --

16   BY MR. NOLAN:

17        Q.    Who makes those determinations?   Let me

18   ask, who determines when to place a dispute code on a

19   disputed account?

20        A.    It would be the credit reporting

21   department.

22        Q.    Do they have guidelines that they

23   follow?

24        A.    Yes, they do.

25        Q.    Are you familiar with those guidelines?

Lyew, Sandra

August 28, 2015

34

1      A.      The guidelines on -- they have training.

2    They go through -- they do have a training process.

3    They have -- they go as far as, part of their

4    training, the type of discretions in regards to what

5    determines a compliance code, to conduct the

6    investigation, and how to -- they have policies and

7    procedures that they have to go by.

8      Q.      And are you, as you sit here today,

9    familiar with what those policies and guidelines

10    require or direct or instruct the credit reporting

11    department employees?

12      A.      Right.  They go through the policies and

13    procedures -- again, I don't know verbatim, but they

14    do have the policies and procedures.  They have codes

15    they have to go by, system codes, regulated codes for

16    the CRA.  They get trained for the e-Oscar system and

17    how to respond to that.

18      Q.      And I believe you used the term, in the

19    policies regarding the dispute codes, the discretion

20    guidelines.  So are the credit reporting department

21    employees given discretion on when to apply a dispute

22    code versus not?

23      A.      Well, in this case a compliance -- for

24    XB code, a compliance code.  So based on my review of

25    this loan, that discretion was used.  It's not

Lyew, Sandra

August 28, 2015

35

1   required to note -- to code the account as XB based

2   on the dispute, knowing that OCWEN has reported to

3   the credit agencies with only one trade line

4   correctly.

5        Q.    What factors do the guidelines instruct

6   these employees to consider when using their

7   discretion on whether to apply a dispute code?

8        A.    I don't -- I don't remember.  I don't

9   know.

10       Q.    So I guess -- I know we got into

11  ballpark numbers earlier talking out of potentially

12  100,000 current loans being serviced by OCWEN there

13  was at least 100 disputes filed either by consumers

14  or through a credit reporting agency.  Does that

15  recollect correctly what we talked about earlier?

16       A.    OCWEN services over a hundred -- hundred

17  thousandths of loans.  As far as an exact number

18  figure, I can only probably guess over 100.  I did

19  not ask or get a ballpark figure on how much -- how

20  many disputes come in per month or per year.

21       Q.    But so likely at least 100, maybe less

22  than 500, I'm sure, what the high end would be?

23       A.    I can't guess on that.  I don't know.

24       Q.    Sure.

25             And so my question is what percentage of

Lyew, Sandra                                    August 28, 2015

36

1    these disputes are resolved through these data

2    conformity reviews that we discussed where the

3    borrower's name matches, Social Security number,

4    property address?

5                   MR. MANNING:  Object to the form.

6                   You can answer.

7                   THE WITNESS:  The agencies get reported

8    every month.  As far as any disputes, if a dispute

9    comes in, they do get responded within 30 days based

10   on the dispute.  Whether it's correct or incorrect --

11   if it's correct, then OCWEN would -- as far as send

12   a -- respond what needs to be done correctly.

13   BY MR. NOLAN:

14        Q.    Sure.

15              Is there always a live human who

16   receives a dispute from a credit reporting agency?

17   Let me ask it this way:  Are any ACDVs received

18   responded to simply in an automated fashion?

19        A.    **There is a live person that has to**

20   **retrieve this information and respond.**

21        Q.    Okay.  Now might be a good time starting

22   to dig through and get into specifics here.  What I'm

23   looking at doing -- I've got the comment logs.  I've

24   got ACDVs and ACDV responses.  And I'm going to try

25   to work them in all together to see if we can get the

Lyew, Sandra                                    August 28, 2015

37

1    whole picture as we go along.

2              MR. MANNING:  Sure.

3              MR. NOLAN:  So try to bear with me.

4    BY MR. NOLAN:

5         Q.    But before we dig too far into that, I

6    know you stated that Litton Loan files are still

7    available for you to review, correct?

8         A.    Yes.  For OCWEN to review.

9         Q.    It's my understanding one of the issues

10   in this case was the open date of this mortgage --

11        A.    Okay.

12        Q.    -- as it was reported.

13              Is that correct based on your review?

14        A.    Part of the review, yes.

15        Q.    Just by way of example, if we could mark

16   this as Exhibit 2.

17              (Exhibit No. 2 was marked for

18              identification.)

19   BY MR. NOLAN:

20        Q.    I've handed you a Notice of Default from

21   Litton Loan Servicing, correct?

22        A.    Yes.

23        Q.    This Notice of Default references a Deed

24   of Trust for mortgage dated August 26th, 1999,

25   correct?

Lyew, Sandra

August 28, 2015

38

1          A.      That's correct.

2          Q.      And is it your understanding that that

3     is referencing the loan in dispute in this case?

4          A.      Yes, but Litton Loan Servicing has the

5     incorrect date for the Deed of Trust.

6          Q.      Can you tell us where that date came

7     from?

8          A.      No.

9                  MR. NOLAN:  Mark this as Exhibit 3.

10                     (Exhibit No. 3 was marked for

11                 identification.)

12    BY MR. NOLAN:

13         Q.      Give you a second to look over that

14    packet.

15         A.      Okay.

16         Q.      Can you describe what these are?

17         A.      This is an ACDV form that Litton

18    Mortgage used.

19         Q.      And they're marked -- they're stamped

20    with a draft stamp, kind of large, across the face of

21    it.  Can you tell me why that was?

22         A.      No.  This is prior to OCWEN Loan

23    Servicing.

24         Q.      Were these potential frozen scans of

25    information that was reported?

Lyew, Sandra                                          August 28, 2015

39

1          A.        This is business records that came over

2    from their business system to our business record

3    system.

4          Q.        On the page marked 594 in the bottom

5    corner, I'm looking in the middle of the page at the

6    date open box.  It's reported as August 1st, 1999,

7    correct?

8          A.        Yes.  I see that.

9          Q.        And that's different from the date open

10   we saw on the previous Notice of Right to Cure

11   Default on Exhibit 2, correct, which was August 26,

12   1999?

13         A.        That is correct.

14         Q.        Why would those dates be different?

15         A.        I don't know.  The date open is normally

16   the date on the actual note and Deed of Trust,

17   mortgage, as well as the closing documents.

18               MR. NOLAN:  Can you mark this as an

19   exhibit?

20                   (Exhibit No. 4 was marked for

21               identification.)

22   BY MR. NOLAN:

23         Q.        I've handed you a letter from OCWEN to

24   David Daugherty dated March 18th, 2013.  In this

25   letter OCWEN states that Mr. Daugherty expressed

Henderson Legal Services, Inc.

202-220-4158                    www.hendersonlegalservices.com

Lyew, Sandra

August 28, 2015

40

1   concern regarding the past due amount reflected in

2   the credit report made on March 2012, correct?

3        A.     Okay.

4        Q.     Do you know what this specific letter is

5   responding to?

6        A.     This is from the research department.

7   And normally the research department looks at

8   correspondence that was received from Mr. Daugherty.

9        Q.     Can you tell if this was sent to the

10  credit reporting department to review?

11       A.     No.  It doesn't -- it doesn't seem that

12  way.  This is based on their review of the account in

13  regards to the past due account, when the borrower

14  brought it current, and that based on their review

15  that -- that the information that was reported to the

16  bureaus was reported accurately.

17            MR. NOLAN:  Jason, what I can do is I

18  can just hand you the privilege log, instead of doing

19  it page by page, and we can just have her flip

20  through pages based on the Bates numbers.  Does that

21  seem to make sense at this point?

22            MR. MANNING:  Sure.  That would be fine.

23            MR. NOLAN:  Can we mark this as an

24  exhibit?

25            MR. MANNING:  Are you talking about the

Henderson Legal Services, Inc.

202-220-4158                    www.hendersonlegalservices.com

Lyew, Sandra

August 28, 2015

41

```
1    comment --

2              MR. NOLAN:  Yes.

3              (Exhibit No. 5 was marked for

4         identification.)

5    BY MR. NOLAN:

6         Q.    I am handing you the comment log that

7    was produced by OCWEN, Bates numbers 1635

8    through 1746.  And initially here if we could flip to

9    page 1662 -- or 1661.  Excuse me.

10        A.    (Witness complied.)

11              Okay.

12        Q.    At the bottom of the page, on March 12th

13   it appears that Shahbaz Hussain received a phone call

14   from Mr. Daugherty.

15        A.    Okay.

16        Q.    Am I reading that correctly?

17        A.    Okay.

18        Q.    And on to the next page.  It states

19   Mr. Daugherty requested the fax number for the

20   research department, correct?

21        A.    Okay.

22        Q.    Thereafter, on March 15th, 2013, OCWEN

23   notes receiving correspondence from customer via fax.

24        A.    Okay.

25        Q.    Is that likely the letter that the
```

Lyew, Sandra

August 28, 2015

42

1    research department was responding to?

2         A.      Yes.

3         Q.      Do you know if Equifax still has a copy

4    of that letter?

5         A.      **This is a written response received**

6    **directly to OCWEN from Mr. Daugherty.**

7         Q.      Correct.

8                 Does OCWEN still have the letter

9    Mr. Daugherty sent?

10        A.      **You said Equifax.  That's why --**

11        Q.      Excuse me.  I apologize.  Let me clarify

12   that then.

13                So Mr. Daugherty sent a letter via fax

14   to Equifax on March -- to OCWEN on March 15, 2013,

15   correct?

16        A.      **Yes.**

17        Q.      I believe the term fax and Equifax is

18   getting me jumbled up there.

19                Does OCWEN still have a copy of this

20   letter it received in March 2013?

21        A.      **They should, yes.**

22                MR. NOLAN:  Mark this as an exhibit, as

23   well.

24                     (Exhibit No. 6 was marked for

25                     identification.)

Lyew, Sandra                                    August 28, 2015

43

1   BY MR. NOLAN:

2       Q.      This is a letter dated March 20th, 2013

3   from OCWEN to Mr. Daugherty.  This letter was sent

4   two days following their prior response letter on

5   March 18, 2013, correct?

6       A.      Yeah.  Actually, it's backwards, but

7   they responded to the request prior to this

8   acknowledgment advising the borrower that the

9   correspondence was received.  So the response was

10  responded before the actual normal business process

11  for this receipt letter to be sent out.

12      Q.      So there were not two separate letters

13  sent by Mr. Daugherty to generate these two letters?

14      A.      Let's see.  15.  And a copy of the

15  letter for Exhibit 2, dated March 18th, 2013, is

16  mirrored in the notes.

17              Let's see here.  And then on the 18th,

18  after the response was sent out, there is -- on 1664

19  on the bottom saying there is written dispute

20  correspondence received again.  And that receipt is

21  from the credit bureau.  So that is the credit

22  reporting's response on the bottom of 1664.

23      Q.      So it is a separate dispute?

24      A.      Yes.

25      Q.      The March --

Lyew, Sandra                                         August 28, 2015

44

1          A.      From the research department.

2          Q.      So the March 18th letter was a response

3     to a letter directly from the borrower?

4          A.      On March 15th.  Received on March 15th.

5          Q.      And that was handled by the research

6     department solely?

7          A.      That is correct.

8          Q.      And March 20th is responding to a

9     dispute received from the credit reporting agencies?

10         A.      That is correct.

11         Q.      Okay.

12         A.      And that's what the notes state.

13                 MR. NOLAN:  Mark this as Exhibit 7, I

14    think.

15                     (Exhibit No. 7 was marked for

16                     identification.)

17                     (A recess was taken.)

18    BY MR. NOLAN:

19         Q.      Steve reminded me that I forgot my

20    manners.  Ms. Lyew, what was your position at OCWEN?

21    I forgot to get the background on you.

22         A.      Senior loan analyst in the law

23    department.

24         Q.      Where are you based out of?

25         A.      West Palm Beach, Florida.

Lyew, Sandra

August 28, 2015

45

1    Q.    And what did you review before you came

2   today?

3    A.    A lot of documents.  Mainly the legal

4   documents based on the complaint, the note log, the

5   ACDV reports that OCWEN reported to the credit

6   agencies, some screen printouts on what they use, on

7   how it's reported, and some of their policies and

8   procedures.

9    Q.    And so what we're going to do now, I'm

10   going to be bouncing between the comment log, ACDVs,

11   and ACDV responses, so make sure you bear with me and

12   make sure we're on the same page as we go through

13   this.  I want to keep it contemporaneously in terms

14   of the chronology; you know, March, April, May, as we

15   go through it.

16    A.    Okay.

17    Q.    Stop me if we're not all on the same

18   page.  I want to make sure we're all talking about

19   the same thing.

20         This is Exhibit 7.  And this was a

21   document produced by Equifax in this case, but it

22   purports to be an automated consumer dispute

23   verification.

24         Is this form familiar to you?

25    A.    No.  I mean, I've seen the document, but

Lyew, Sandra

August 28, 2015

46

1    it's not in our business records.

2         Q.     Okay.  And in some business records that

3    I reviewed from OCWEN the response to the ACDV was

4    included, but not all of them, which is why I'm going

5    to try to go back and forth between the comment log,

6    Equifax.  And then when we have OCWEN's response

7    forms, we'll go over those, as well.

8         A.     Okay.

9         Q.     But are you familiar generally with the

10   Automated Consumer Dispute Verification form?

11        A.     No.  Oh.  You mean the AUD form?

12        Q.     The ACDV form.

13        A.     The ACDV form?  Yeah.  I've learned to

14   become familiar with it.

15        Q.     Is this significantly different from

16   what OCWEN uses?

17        A.     No.  Again, it's used -- they use a

18   system e-Oscar.  That's how all the agencies report

19   or send their disputes or verifications or consumer

20   disputes to the consumer -- to the debtors like us.

21        Q.     So --

22        A.     I'm sorry.  You may want -- if you're

23   going to show this, you might as well show the AC --

24   the e-Oscar ACDV form.  That's how you can -- it

25   mirrors and matches.

Lyew, Sandra

August 28, 2015

47

1        Q.     And I'll show you what we've been

2    provided.

3        A.     Okay.

4        Q.     This came from Equifax.  Like I said, I

5    don't recall seeing the response form from OCWEN to

6    this specific dispute.  Other disputes in here we're

7    going to go over.  OCWEN's response forms are

8    included and attached.  And we'll go over that, as

9    well.  On this specific one, I didn't find that.

10       A.     It's there.

11       Q.     I'm going to look over this.  It says

12   the date created was March 19th, 2013.

13       A.     Okay.

14       Q.     What does the control number above that

15   refer to?

16       A.     It says 99993078032699088.

17       Q.     Is that something OCWEN created or

18   something Equifax would have created?

19       A.     This is a control number, so it came

20   from Equifax.  And OCWEN has noted the same number,

21   in their note log, being received, on page 1664 in

22   the bottom.

23       Q.     And the subscriber code, is that

24   referring to OCWEN or is that --

25       A.     This is their subscriber code.

Henderson Legal Services, Inc.

202-220-4158                          www.hendersonlegalservices.com

Lyew, Sandra

August 28, 2015

48

1      Q.      Whose subscriber code?

2      A.      In this case, Equifax.

3      Q.      Is that a code Equifax assigns to OCWEN?

4      A.      I don't know.

5      Q.      Do you know who would know how the

6      subscriber code is assigned?

7      A.      This is probably something that's

8      generated from the credit agencies to the e-Oscar

9      system, so that it is based on -- it's based on how

10     it's supposed to be communicated through the system.

11     Q.      But you can't tell me if Equifax assigns

12     a code to OCWEN?

13     A.      No, because the -- this is being

14     received from Equifax to OCWEN.  So based on what is

15     being received, this is how it's identified in the

16     note log.

17     Q.      And so on the comment log, 1664 where

18     you've identified, on March 20th, 2013 Harish Rao --

19     is that the employee at OCWEN who received this

20     dispute?

21     A.      Yes.

22     Q.      Does he work in the credit reporting

23     department?

24     A.      I will assume so.

25     Q.      And from that is a code RS.  What does

Lyew, Sandra

August 28, 2015

49

1    that stand for?

2         A.       That is research.  So I'm not sure what

3    department Mr. Harish Rao is in, but the other codes

4    beside is a credit reporting code.

5         Q.       And, then, out from that it lists the

6    control number and subscriber code we've just

7    identified on the OCWEN ACDV, correct?

8         A.       Equifax.  You mean Equifax?

9         Q.       On the Equifax -- on the OCWEN call

10   logs?

11        A.       On the --

12        Q.       OCWEN comment note logs here?

13        A.       Yes.  As being identified what was

14   received.

15        Q.       Okay.  It identifies a dispute as not

16   his or hers, on 1664?

17        A.       Yes.  It's identifying how the response

18   came in.

19        Q.       Now, if we go back to look at the

20   Equifax ACDV form, it lists two disputes, correct?

21        A.       I see that.

22        Q.       One of which says not his or hers,

23   correct?

24        A.       Yes.

25        Q.       And that's what Mr. or Ms. Rao

Lyew, Sandra

August 28, 2015

50

1    identified as the dispute in the OCWEN note logs?

2         A.     Correct.

3         Q.     But Mr. Rao did not include the second

4    dispute in his comment logs, correct?

5         A.     Not by verbatim, other than provide or

6    confirm complete ID.

7         Q.     And the second dispute states disputes

8    current/previous account status, payment history

9    profile, payment rating, correct?

10        A.     Yes.  And it is identified on what was

11   conducted on page 1665.  And I guess as we go through

12   the OCWEN records it will identify what was -- how it

13   was reported back to the bureau, as well.

14        Q.     So at the top of page 1665 it says

15   reporting received from credit bureau.  It was blank,

16   correct?  I'm just trying to make sure I'm reading

17   this correctly as we go through this.

18        A.     Where are you looking?

19        Q.     At the very top of page 1665.

20        A.     Okay.

21        Q.     The very first entry says reporting

22   received from credit bureau.  And there is no

23   information.

24        A.     Right.  It's below it.  Reporting to

25   credit bureau.  And then it says verified.