Lyew, Sandra

August 28, 2015

51

1          These are specific codes that go in, so
2     it identifies what was received.
3          Q.    And in this case nothing was received
4     because there was no entry there?
5               MR. MANNING:  Object to the form.
6               THE WITNESS:  Again, this is an Equifax
7     form.
8     BY MR. NOLAN:
9          Q.    I'm sorry.  I'm asking about OCWEN 1665
10    where it says reporting received from credit bureau
11    and there is no entry next to that.
12         A.    It says blank.  And then it says
13    reporting to credit bureau.  And beside it, it says
14    verified, hence borrower is responsible.  Discrep --
15    and below it, it says discrepancy (name, address,
16    Social Security number).  And details.
17              And then it goes all the way down as far
18    as form completed and sent electronically.  It is not
19    mailed.  Borrower automated CDV.  Control number and
20    subscriber code is the same.
21         Q.    That's getting into a different entry by
22    a different employee, it appears.
23         A.    No, it's not.  It's the same employee.
24         Q.    It says Rajkumar Singh at 2:08 when we
25    get back into the control number.  Or am I bumping

Lyew, Sandra                                                        August 28, 2015

52

1    too far ahead of you?

2         A.      Beside it, it says Harish.

3         Q.      I think I went down to the next one.   I

4    apologize for that.

5         A.      Okay.

6         Q.      So the second entry -- let me back up

7    first, though.   We're at the top of the -- the second

8    line says reporting to credit bureau verified, hence

9    borrower is responsible?

10        A.      That is correct.

11        Q.      Is that what would have been reported to

12   the credit reporting agencies?

13        A.      And then it says -- that's part of

14   the -- part of the response that would go back to the

15   credit agency.   And then it says --

16        Q.      There is a second entry that's

17   substantially similar to the prior entry, from my

18   perspective, and I was wondering if you could --

19        A.      Then it says borrower's concern with

20   reporting.   And then how it was received, not

21   his/hers.   Provide or confirm ID.   And then -- yes.

22   It looks like it's a repeat.   And then you have

23   another employee.

24        Q.      Before we get to the second employee,

25   there is an entry at 1:40:47 a.m. from Harish Rao

Lyew, Sandra                                August 28, 2015

53

1    again?

2         A.      Correct.

3         Q.      That appears to state invalid/erroneous

4    CR dispute.

5                 Can you explain what he would have been

6    referring to?

7         A.      To my knowledge, how I see it, that the

8    dispute was not -- as far as a valid dispute, other

9    than not his/hers on how it was received to OCWEN.

10        Q.      Okay.

11        A.      So then it goes down by another

12   employee --

13        Q.      Well, before we get there, I want to go

14   back to the Equifax form, the document number 30.   In

15   the top left block it says the responder name is

16   Harish Rao.  And that's the OCWEN employee, correct?

17        A.      Yes.

18        Q.      And under that, to the right, it says

19   the response date is March 20th, 2013, correct?

20        A.      Yes.

21        Q.      And that corresponds with the OCWEN

22   comment log 1665, correct?

23        A.      Okay.  1664 and 65.

24        Q.      So that response occurred on March 20th,

25   2013?

1      A.      Correct.

2      Q.      And the response code was verified as

3 reported, correct?

4      A.      Correct.

5      Q.      Now, this Equifax 30 lists the account

6 as -- I'm going down into the middle of the page.

7 I'm skipping over the consumer identity info.

8 Account type is 08.  Can you identify what that code

9 means?

10     A.      No.  This is an Equifax form.

11     Q.      Okay.  And the date open was

12 August 1999?

13     A.      That's what that form says.

14     Q.      And the type and rate is M minus.  Can

15 you identify that?

16     A.      No.

17     Q.      Can you identify the narrative codes?

18     A.      No.

19     Q.      Now, this form has a past due amount,

20 correct?

21     A.      It was past due at the time.

22     Q.      And it lists the past due amount as

23 $6,128, correct?

24     A.      Based on the exhibit that you provided

25 to me and what is shown here, it seems to be

Lyew, Sandra                                              August 28, 2015

55

1    accurate.

2            Q.     Just so we're clear, let's take a look

3    at the exhibit.

4            A.     Okay.  The exhibit, which was

5    Exhibit 4 --

6            Q.     The --

7            A.     The response letter, March 18, 2013,

8    response to the borrower in response to the

9    borrower's account.  And I mentioned earlier in my

10   testimony that the borrower was in default at that

11   time.  The loan was not current.

12           Q.     In March of 2012, correct?

13           A.     That is correct.

14           Q.     Now, this form here was submitted in

15   March 2013, correct?

16           A.     Which form?

17           Q.     The Equifax page 30.

18           A.     The response -- are you talking about

19   the response date?

20           Q.     Yes.

21           A.     Okay.  The response date is March 20th

22   of 2013.

23           Q.     So that's when OCWEN and Harish Rao

24   reviewed Mr. Daugherty's account based on this

25   dispute, correct?

Lyew, Sandra                                        August 28, 2015

                                                                    56

1        A.      Identifying that it was his account.

2        Q.      And they verified as reported, correct?

3        A.      Yes.  I see that.

4        Q.      And what was reported was that he was

5    past due in the amount of $6,128 on that date?

6        A.      In March 2012.

7        Q.      This report is dated -- was submitted --

8    was created in March of 2013.

9        A.      Correct.  But below it says data

10   information as far as his lates was in March 2012.

11       Q.      Where do you see that?

12       A.      Further down.  It says date of account

13   due.

14       Q.      I see date of account info in March of

15   2012.  Is that what you're referring to?

16       A.      That's info.  Yes.  And last payment --

17   last payment date, January 2012.  That's below the

18   $6,128.

19       Q.      And then, under comments below, it

20   states that foreclosure proceedings started, correct?

21       A.      At that time.

22       Q.      Well, at the time is March of 2013.

23       A.      They're speaking about the last time it

24   was reported.

25       Q.      And OCWEN verified this report, correct?

Lyew, Sandra                                           August 28, 2015

57

1          A.       Well, once we go into how it was

2    reported, the e-Oscar system.  This was an Equifax --

3    and at the time this came in, in March 2013, they're

4    identifying as far as the -- if any -- that this

5    account was verified, this belongs to the borrower,

6    and the borrower was past due March 2012.

7          Q.       Correct.

8          A.       And foreclosure proceedings did begin at

9    that point.

10         Q.       Why did OCWEN verify that report?

11                  MR. MANNING:  Objection.  Asked and

12   answered.

13                  You can answer.

14                  THE WITNESS:  Because you asked me in

15   regards to the comment log, March of 2013 based on

16   Exhibit 4, Exhibit 5 which is the comment log, and

17   you now provided to me an Equifax form.

18   BY MR. NOLAN:

19         Q.       Okay.  The second Equifax form there,

20   page number 34, has a different control number.  The

21   control number, composite ends in 87, whereas the

22   first one ends in 88.  But it has the same subscriber

23   code, correct?

24         A.       Yes.

25         Q.       And it has the same date created of

Lyew, Sandra                                          August 28, 2015

58

1    March 19, 2013, correct?

2          A.      Yes.

3          Q.      This one was responded to by a different

4    OCWEN employee named Rajkumar, correct?

5          A.      Yes.

6          Q.      If we go back to OCWEN 1665, on

7    March 20th, 2013 at 2:08:50 Rajkumar Singh has

8    entries regarding this account, correct?

9          A.      Yes.

10         Q.      Regarding the same subscriber code and

11   control number shown on the Equifax page, correct?

12         A.      Yes.

13         Q.      Why were two separate employees

14   reviewing the same account number with the same

15   subscriber code?

16              MR. MANNING:  Object to the form.

17              You can answer.

18              THE WITNESS:  I don't know.

19   BY MR. NOLAN:

20         Q.      Because we agree that the account

21   numbers are the same on both Equifax 30 and 34 for

22   the OCWEN account?

23         A.      Yes, based on the document.

24         Q.      And Equifax 34 correctly notes

25   Mr. Daugherty as current at that point, correct?

Lyew, Sandra                                        August 28, 2015

59

1          A.     As of January 2013.

2          Q.     All right.  So we talked earlier about

3    OCWEN's credit department reinvestigation procedures.

4    And we asked what other information they would look

5    at.  Would Rajkumar or Harish Rao have checked

6    Mr. Daugherty's file to see any other disputes or

7    accounts listed during their reinvestigation process?

8               MR. MANNING:  Object to the form.

9               You can answer.

10              THE WITNESS:  They do check.  And

11   they're both the same loan number.  Account number is

12   our loan number, OCWEN's loan number.

13   BY MR. NOLAN:

14         Q.     Based on these notes, it appears that

15   Mr. Rao's report was entered -- entered notes before

16   Mr. Singh; is that correct?

17         A.     That is correct.

18         Q.     Would Mr. Singh have seen Mr. Rao's

19   dispute resolution notes when reviewing his dispute?

20         A.     Yes.

21         Q.     At that point were there any notes that

22   indicate how he responded to that or how he

23   contemplated a second dispute already processed on

24   this account?

25         A.     Based on the part of the system that

Henderson Legal Services, Inc.
202-220-4158                      www.hendersonlegalservices.com

Lyew, Sandra                                        August 28, 2015

60

1    they use, the credit reporting system section of the

2    system, of the OCWEN system, as I mentioned earlier.

3    Each department has an -- uses a certain

4    department -- each department, for instance, credit

5    reporting, has a credit reporting section of the

6    OCWEN system that they use.  The notes, as far as is

7    identified -- anyone can -- an OCWEN employee can

8    view the notes, enter codes to see what was responded

9    previously.

10              And in comparing the two, this is

11   identifying how it was reported back in 2012 as far

12   as delinquent.  And Rajkumar reported what was at the

13   time of him responding.  So you have two different

14   types of how it was reported delinquent back in 2012

15   versus how it's being reported in 2013 based on

16   currently versus in past.

17        Q.    So it's your testimony that OCWEN was

18   not reporting Mr. Daugherty as in foreclosure in

19   2013?

20        A.    That is correct.

21        Q.    Despite the fact that they verified this

22   form found on Equifax Bates number 30?

23              MR. MANNING:  Object to the form.

24              THE WITNESS:  Again; it identifies the

25   reporting of January 2012, even though they responded

Lyew, Sandra                                      August 28, 2015

61

1    in 2013.  But in 2013 when Rajkumar responded, he was

2    responding as a current status in 2013, which was

3    current.

4    BY MR. NOLAN:

5         Q.    Why would Mr. Rao respond as to a prior

6    status on a current dispute?

7         A.    I don't know.

8         Q.    When Mr. Rao received a dispute March of

9    2013 but the only information in his investigation

10   turned up information from a year ago, in 2012,

11   shouldn't he have investigated further to determine

12   why there was a year's worth of missing information?

13              MR. MANNING:  Object to the form.

14              You can answer it.

15              THE WITNESS:  I don't know.

16   BY MR. NOLAN:

17        Q.    Mr. Rao's notes found on OCWEN 1665

18   state reporting to credit bureau:  verified, hence

19   borrow is responsible, correct?

20        A.    Yes.

21        Q.    They don't see how he verified his

22   research, correct?

23        A.    No.

24              Yes, it does.  He stated here that the

25   name, the Social Security number -- and he also

Lyew, Sandra

August 28, 2015

62

1    checked the signed note and the Social Security, that

2    matches, and he checked the business -- the OCWEN

3    system.

4            Q.    Was that Mr. Rao or was that Mr. Singh?

5            A.    Mr. Singh.

6            Q.    But Mr. Rao didn't leave any notes about

7    his investigation, correct?

8            A.    No, other than verified.

9            Q.    You were looking at Mr. Singh's

10   verification procedure, and he did make notes that he

11   checked the Social Security number and it indicates

12   borrower signed the note.  Does that indicate that he

13   reviewed the note, that Mr. Singh reviewed the note I

14   should say?

15           A.    Yes.  It does identify that.

16           Q.    It says checked CIS.  What is the CIS?

17           A.    CIS is part of -- a second part of the

18   OCWEN system that image -- has all the images of the

19   documents.

20           Q.    And Mr. Singh's report we concluded was

21   accurate, and that Mr. Daugherty was reported as

22   current as of January 2013, correct?

23           A.    Yes.

24                 MR. NOLAN:  Can you staple this and mark

25   this as our next exhibit?

Lyew, Sandra                                      August 28, 2015

63

```
1                    (Exhibit No. 8 was marked for
2              identification.)
3    BY MR. NOLAN:
4        Q.    I've just given you some more Equifax
5    ACDV forms.  These are dated May -- date created,
6    May 31st, 2013.  And that jumps us ahead in the OCWEN
7    note logs to page 1673.
8              Now, to begin, the control number is
9    different, but the subscriber code remains the same
10   as the prior ACDVs we looked at; is that correct?
11       A.    Yes.
12       Q.    But we still don't know what the
13   subscriber code refers to?
14       A.    No.  And based on what you're providing
15   to me, that Equifax is sending two requests versus
16   one.
17       Q.    Sure.
18             And as we look on this form, Daniel John
19   is the responder name, is that correct, on the
20   Equifax form?
21       A.    You mean Daniel Wesley?
22       Q.    The Equifax form I was referring to, it
23   says Daniel John, correct?
24       A.    Okay.
25       Q.    On the OCWEN logs 1673, the date is
```

Henderson Legal Services, Inc.

202-220-4158                     www.hendersonlegalservices.com

Lyew, Sandra                                          August 28, 2015

64

1     6-2-2013 at 11:52 there is a Daniel Wesley?

2          A.     Yes.  Could be the same person.

3          Q.     Okay.  And, again, listed there is

4     the -- the initial entry has the control number that

5     corresponds to the Equifax number 62 instead of 60.

6          A.     Okay.

7          Q.     And, again, 1303.

8          A.     Okay.

9          Q.     And, again, the note from the -- the

10    dispute from Equifax on the ACDV states a past due

11    amount at this time in the amount of $6,128, correct?

12         A.     The same as the last one.

13         Q.     And it notes that foreclosure

14    proceedings are started?

15         A.     Same as the last one.

16         Q.     And it notes --

17         A.     Last one, meaning Exhibit 7.

18         Q.     As Daniel reviewed this dispute,

19    investigated it, he notes that the borrower signed

20    the note, hence responsible, Social Security number

21    matches, checked CIS, correct?

22         A.     Yes.

23         Q.     So he didn't investigate the amounts or

24    the payment history, correct?

25               MR. MANNING:  Object to the form.

Lyew, Sandra

August 28, 2015

65

1          You can answer if you know.

2          THE WITNESS:  Not according to -- not on

3    the note log, but I believe it's shown on the ACDV

4    report back to the bureau.

5    BY MR. NOLAN:

6          Q.     What shows on the report back to the

7    bureau?

8          A.     **What was verified.**

9          Q.     Okay.  And his investigation was based

10   on the dispute code of 001, not his/hers, correct?

11         A.     **That is correct.**

12         Q.     But he, again, confirmed that there was

13   a $6,128 delinquency on Mr. Daugherty's --

14         MR. MANNING:  Object to the form.

15         Sorry.  Didn't mean to interrupt.

16   Object to the form.

17         You can answer.

18         THE WITNESS:  He verified based on the

19   dispute that came in.  This is not -- again, this is

20   an Equifax form.  This is not the actual form that is

21   received to OCWEN.  Everything is -- everything is

22   communicated through e-Oscar.

23   BY MR. NOLAN:

24         Q.     Correct.

25         A.     **Okay.**

Lyew, Sandra

August 28, 2015

66

1       Q.      So when you say form, did Equifax send a

2   piece of paper?

3       A.      Well, this is a form.  This is a form.

4       Q.      This is a printout?

5       A.      This is a printout of a form of

6   Equifax's records.  Again, OCWEN uses e-Factor.

7   Everything is electronically automated received.  And

8   the notes stipulate that.

9       Q.      Does e-Factor accept automated consumer

10  dispute verifications?

11      A.      e-Factor --

12              MR. MANNING:  You said e-Factor.  You

13  meant e-Oscar, right?

14  BY MR. NOLAN:

15      Q.      I thought we were getting into a new

16  system here.  So let me back that up then.

17              Equifax sends OCWEN ACDVs to review for

18  consumer disputes, correct?

19      A.      OCWEN reports on a monthly basis to the

20  national credit bureaus.  ACDVs are normally what

21  comes in from the bureaus in regards to a dispute and

22  verification.

23      Q.      Is the information contained on the ACDV

24  that Equifax sends altered in any way when it -- by

25  the time it reaches OCWEN --

Lyew, Sandra

August 28, 2015

67

1              MR. MANNING:   Objection.

2    BY MR. NOLAN:

3         Q.     -- through the e-Oscar system?

4              MR. MANNING:   Object to the form.   It

5    calls for speculation.

6              You can answer.

7              THE WITNESS:   Equifax has to input the

8    information into e-Oscar.

9    BY MR. NOLAN:

10        Q.     And once that information is input, is

11   that the information OCWEN receives?

12        **A.     Then that's the information OCWEN**

13   **receives.**

14        Q.     I ask that because you state that this

15   is an Equifax form, which is true.   Would OCWEN have

16   anything different when they're reinvestigating a

17   dispute, besides what's contained on this form?

18             MR. MANNING:   Object to the form.

19             You can answer.

20             THE WITNESS:   I don't know.   Unless

21   something is sent to the credit reporting department

22   directly, with any proof to back it up, for further

23   investigation.   But based on what is received through

24   e-Oscar is what is being reviewed initially based on

25   that dispute and responded back through e-Oscar back

Lyew, Sandra

August 28, 2015

68

1    to the national -- the credit agencies.

2    BY MR. NOLAN:

3        Q.    When would they get additional

4    information?

5        A.    **Unless they receive something directly.**

6        Q.    From a credit reporting agency?

7        A.    **From a credit -- if they receive**

8    **anything.**

9        Q.    And then once OCWEN receives the ACDV,

10   OCWEN has information it needs to complete on the

11   form, as well?

12       A.    **Right.  So everything here is based on**

13   **the information that they receive from e-Oscar.**

14       Q.    And in this case, on Equifax 62 it

15   remarks that OCWEN verified that the date open on

16   this account was August 1, 1999 and that the account

17   was currently in foreclosure, correct?

18            MR. MANNING:  Object to the form.

19   Misstates testimony.

20            You can answer.

21            THE WITNESS:  Are you looking at the

22   note log?

23   BY MR. NOLAN:

24       Q.    I'm looking at the Equifax form.

25       A.    **The Equifax form speaks for itself.**

Lyew, Sandra                                              August 28, 2015

69

1    Again, this is an Equifax communication for their

2    note log.

3         Q.     And I'm looking at OCWEN's log now.   It

4    states on the entry date of June 2nd, 2013 at

5    11:52:13 p.m. that Daniel was able to -- Daniel noted

6    borrower has signed the note, hence responsible, and

7    confirmed that this report was verified as reported,

8    correct?

9              MR. MANNING:   Object to the form.

10   Misstates the testimony.

11             You can answer.

12             THE WITNESS:   The note log -- the note

13   log identifies the borrower, the Social Security, and

14   verifies what he did.   Borrower has signed the note.

15   The Social Security number matches.   And he's also

16   checked CIS.

17   BY MR. NOLAN:

18        Q.     And he verified the dispute contained in

19   control number 99993151006543103, correct?

20        A.     He checked and verified as reported

21   based on what was received.

22        Q.     And then we look on the next comment

23   log, page 1674.  Now, this is Daniel Wesley again,

24   two minutes later, at 11:54:22 p.m., on the same

25   date, received another automated CDV with the control

Lyew, Sandra                                        August 28, 2015

70

1   number ending in 102, correct?

2       A.      Yes.

3       Q.      It's got the same subscriber code as the

4   previous control number dispute, correct?

5       A.      Yes.

6       Q.      And he was able to verify this dispute

7   as accurate, as well?

8       A.      Yes.

9       Q.      Now, the same OCWEN employee responded

10  to two separate disputes within two minutes, correct?

11      A.      Yes.

12      Q.      Both disputes regarded the same account

13  number, correct?

14      A.      Correct.

15      Q.      Both disputes contained different

16  reports, though, correct?

17      A.      Based on what was received.

18      Q.      How was Mr. Johnson able to verify both

19  reports?

20              MR. MANNING:  Object to the form.

21              You can answer.

22              THE WITNESS:  Depending on how it's

23  received and how it's disputed to each employee.  He

24  just happened to receive both the disputes, and he

25  worked on both of them.

Lyew, Sandra

August 28, 2015

71

1    BY MR. NOLAN:

2         Q.     And his reinvestigation consisted of

3    checking to see whether the borrower signed the note,

4    Social Security number matches, and checked CIS,

5    correct?

6         A.     **Correct.**

7         Q.     And that was the same investigation he

8    performed for both disputes on that date, correct?

9         A.     **The second time he went to a prior**

10   **servicer's system and reverified.  And for Exhibit 8,**

11   **both disputes came in only as not his/hers, provide**

12   **or confirm complete ID.**

13        Q.     Okay.  The OCWEN responder was again

14   able to verify two separate disputes with the same

15   account number, even though they had different dates

16   open, different current balances, different past due

17   amounts, and different comments?

18        A.     **This is --**

19               MR. MANNING:  Object to the form.

20   Misstates the testimony.

21               You can answer.

22               THE WITNESS:  As I mentioned earlier,

23   two separate -- two separate requests on disputes

24   were received by Equifax, and it was responded by how

25   the request was received, so it was responded back to

Lyew, Sandra

August 28, 2015

72

1    Equifax twice.

2    BY MR. NOLAN:

3        Q.    I want to back up to the OCWEN comment

4    log, if we could.  Back to 1666 now, on March 21st,

5    2013 at 2:05:11 a.m. Anjali Balakrishnan -- I

6    apologize for the pronunciation -- received another

7    ACDV, correct?

8        A.    Yes.

9        Q.    This ACDV had a different subscriber

10   code, correct?

11       A.    Yes, on how it was received.

12       Q.    Can you tell us why there would be a

13   separate subscriber code received at OCWEN from

14   Equifax?

15       A.    No.  This is how it was received.  And

16   this is how it was inputted in the system.

17       Q.    So even though OCWEN had already

18   received two disputes on this account, a third

19   dispute came in with a new subscriber code, correct?

20       A.    However the dispute -- however it came

21   in, that's how each -- as I mentioned earlier, each

22   dispute that comes in gets noted to the account being

23   received.

24       Q.    I don't have this specific date report

25   here, but I just want to ask about this.

Henderson Legal Services, Inc.

202-220-4158                www.hendersonlegalservices.com

Lyew, Sandra                                                                   August 28, 2015

73

 1                    MR. NOLAN:  Mark this as an exhibit.

 2                    (Exhibit No. 9 was marked for

 3                    identification.)

 4     BY MR. NOLAN:

 5          Q.        This is a dispute response from OCWEN to

 6     Equifax, I believe, and it's dated at the top

 7     right-hand of September 2014.  I just want to

 8     identify the subscriber code as 605FM50178.  Is that

 9     the same account listed in the OCWEN comment log at

10     1666?

11          A.        I'm not sure I follow -- oh.  Here it

12     is.

13          Q.        The bottom of the top box.

14          A.        I see it.  Okay.

15          Q.        Am I correct -- the account number is

16     12907408, correct?

17          A.        Yes.  That looks to be the prior

18     servicer's number.

19          Q.        So am I correct --

20          A.        Litton --

21          Q.        I presume this is from Litton Loan's

22     accounts reporting?

23          A.        Correct.

24          Q.        Toward the bottom of 1666, the dispute

25     notes that Litton Loan information updated as per

Lyew, Sandra                                    August 28, 2015

74

1    LSAMS and RADAR.

2         A.    What date are you looking at?

3         Q.    I'm sorry.  I am at March 21st, 2013 at

4    2:05 from Anjali Balakrishnan.

5         A.    What are the seconds?  Because they're

6    both at the same time.

7         Q.    2:05:18.

8         A.    Okay.

9         Q.    And the last entry on that note states

10   information updated as per LSAMS and RADAR.

11        My question is, can you tell me what is

12   LSAMS?

13        A.    LSAMS, those are -- and RADAR is the two

14   OCWEN systems, as it says here.  Litton Loan

15   information updated per -- that's the systems that

16   Litton Loan Servicing used.

17        Q.    That's how data is archived for OCWEN to

18   review?

19        A.    That is correct.

20        Q.    If we go to the next page of the comment

21   log, 1667, halfway down, on March 21st, 2013 at

22   11:21:05 p.m. Rajkumar Singh receives another ACDV

23   with a different subscriber code, correct?

24        A.    Yes.

25        Q.    And in his notes it refers to Litton

Lyew, Sandra

August 28, 2015

75

1   Loan information updated per LSAMS and RADAR,

2   correct?

3        A.    Yes.

4        Q.    Was the subscriber -- was this dispute

5   likely referring to a prior Litton listing?

6        A.    Well, this loan -- this loan came from

7   Litton Mortgage, so as far as the identification, if

8   it's identifying a Litton -- an account number

9   129074808, I don't know, but it is part -- part of

10  this loan.

11       Q.    Then on comment log page 1668, halfway

12  down, at March 25th, 2013 at 3:24:59 a.m. there is an

13  entry from Harish Rao that has a different subscriber

14  code of 813P004.

15       A.    Okay.

16       Q.    Again, you don't know what the

17  subscriber code refers to?

18       A.    No.

19       Q.    Would anyone at OCWEN be able to tell us

20  what the subscriber code refers to?

21       A.    Yes.

22       Q.    Can you tell us who we should be able to

23  direct that question to?

24       A.    I can get that information.

25       Q.    Again, I don't have the specific