Lyew, Sandra

August 28, 2015

76

1   dispute, but I have subsequent disputes that contain

2   the same subscriber code produced by OCWEN, just for

3   references sake.

4           MR. NOLAN:  Mark this exhibit, please.

5               (Exhibit No. 10 was marked for

6           identification.)

7           MR. NOLAN:  Let me apologize.  I gave

8   her a different one than I gave you.  Let me give you

9   this one here.  Make sure we're looking at the same

10  one.

11          MR. MANNING:  1335, set that --

12          MR. NOLAN:  That's fine.  Yeah.  I just

13  want to make sure I'm asking her about the same one I

14  gave you guys.

15          MR. MANNING:  So I have Exhibit 10, 1333

16  and 1334?

17          MR. NOLAN:  Correct.

18  BY MR. NOLAN:

19      Q.    This lists the account number as

20  7092244537, correct?

21      A.    Yes.

22      Q.    Which is the same account number that

23  had been assigned a different subscriber code

24  previously, correct?

25      A.    To what document are you referring to?

Lyew, Sandra                                      August 28, 2015

77

1          Q.      Just go back --

2          A.      9?

3          Q.      -- in the comment log to 1662.  Not

4    1662.

5                  1664 lists this log as the subscriber

6    code of 465FS01690; is that correct?

7          A.      Okay.  You're on 1669 now, page --

8          Q.      Currently I'm on 1668.  But referring

9    back to 1664 --

10         A.      Okay.

11         Q.      -- which indicates the same loan has a

12   different subscriber code, correct?  That's the last

13   entry on that page.

14         A.      Okay.  Yes.  They all have different

15   subscriber codes.

16         Q.      But it's the same loan, correct?

17         A.      Yes.

18         Q.      And Mr. Rao had previously investigated

19   this same loan number on March 20th, correct?  I'm

20   back on 1668.

21         A.      Yes.

22         Q.      And he would have had access to the

23   notes regarding the March 20th, 2013 dispute

24   reinvestigation he conducted on the same account,

25   correct?

Lyew, Sandra                                        August 28, 2015

                                                                    78

1         A.       It wouldn't matter.  It's still a new

2    request.

3         Q.       Okay.  And you said you can identify for

4    us later why there are different subscriber codes

5    assigned to the same loan?

6         A.       Correct.

7         Q.       Okay.  I'd like to bump ahead to the

8    comment log at page 1678.  On July 5th, 2013 at

9    12:45:07 a.m. Rajkumar Singh has an entry where he --

10   under his entry regarding reporting to credit bureau

11   (no signature docs in CIS), correct?

12        A.       Okay.  But his -- his entries begin on

13   1677.

14        Q.       Okay.  He has the same note in each

15   entry?

16        A.       Showing one 7-5-2013, 12:43:14 a.m., CDV

17   being received.  And it goes down to -- all the way

18   down to the middle of 78, 1678.

19        Q.       There are eight different entries by

20   Rajkumar Singh on July 5th, 2013 regarding this ACDV,

21   correct?

22        A.       Around there.

23        Q.       Why are there multiple different entries

24   for the same dispute?

25                 MR. MANNING:  Object to the form.

Lyew, Sandra                                        August 28, 2015

79

1               You can answer.

2               THE WITNESS:  He's conducted, as far as

3    everything he's done, and they all require -- in this

4    case he received two separate -- he received two

5    disputes, which shows 12:43 14 seconds a.m. and the

6    second one was received 14:43 40 seconds a.m.  So he

7    responded to the two ACDVs received from the agents.

8    BY MR. NOLAN:

9        Q.     Those are identified by the different

10   control numbers assigned; is that correct?

11       **A.     Different control number, yes.  Same**

12   **subscriber number.**

13       Q.     And he wasn't able to use the CIS to

14   obtain any signature images, correct?

15       **A.     He said -- you said that was on 1678?**

16       Q.     That's on both.

17       **A.     That's on both?**

18       Q.     That's on every entry, under the

19   reporting to credit bureau section.

20       **A.     Yeah.  I see it.  I don't know why he**

21   **has those comments.  The comments relate that there**

22   **are signatures in regards to documents in CIS.**

23       Q.     For whatever reason, he wasn't able to

24   access the online images, it seems?

25       **A.     That's possible.  The system does go**

Lyew, Sandra

August 28, 2015

80

1    down at times.

2        Q.    When he wasn't able to verify those, it

3    says verified in Real Servicing?

4        A.    That's the name of the OCWEN system.

5        Q.    Real Servicing?

6        A.    Yes.

7        Q.    Does he contact anyone to access that or

8    is he able to access that online?

9        A.    He's able to access that from servicing.

10              MR. NOLAN:  Mark this as 11.

11                   (Exhibit No. 11 was marked for

12              identification.)

13   BY MR. NOLAN:

14        Q.    I'm handing you the Equifax-produced

15   ACDVs regarding the -- this dispute we've just

16   discussed by Mr. Singh regarding subscriber code

17   465FS01690.

18        A.    Two separate requests.

19        Q.    Correct.

20              The response was due July 24, 2013,

21   correct?

22        A.    Yes.

23        Q.    But the response was provided on

24   July 5th, 2013, correct?

25        A.    Yes.  It was responded early.

Lyew, Sandra                                                August 28, 2015

81

1        Q.       Is it typical for most disputes with

2    OCWEN to be resolved this quickly?

3        **A.       Within 30 days.**

4        Q.       And this one was within two days of the

5    date created, date of July 3rd, 2013, correct?

6        **A.       Yes.   Within 30 days.**

7        Q.       And again, based on Equifax 89,

8    Mr. Singh was able to verify the reporting of

9    foreclosure proceedings started, correct?

10               MR. MANNING:   Object to the form.

11   Misstates the document.

12               You can answer.

13               THE WITNESS:   Employee responded based

14   on the dispute verification that came in.

15   BY MR. NOLAN:

16       Q.       And Mr. Singh was able to verify as

17   reported both account listings based on the two

18   disputes he received, correct?

19       **A.       Yes.**

20       Q.       Even though the disputes contained

21   different account information, correct?

22       **A.       Two separate disputes being received.**

23               MR. NOLAN:   How are we doing on time?

24   Twenty minutes here.

25               MR. MANNING:   I'm not sure that the food

Lyew, Sandra                                        August 28, 2015

82

1    is here yet.  Maybe we can just push a little longer.

2              MR. NOLAN:  Yeah.

3              THE WITNESS:  Off the record.

4              (Off-the-record discussion)

5              MR. NOLAN:  We can take a break for a

6    minute.

7              (A luncheon recess was taken.)

8    BY MR. NOLAN:

9         Q.    Back on the record here.

10             I wonder if we could look at the OCWEN

11   comment log at page 1687.  There is an entry dated

12   9-23-2013 at 2:50:08 p.m.

13             You know what?  Let's move off of that.

14   I believe that's talking about insurance, so I don't

15   want to go there.

16             Why don't we look at 1688?

17             MR. NOLAN:  Mark this as our next

18   exhibit.

19                  (Exhibit No. 12 was marked for

20                  identification.)

21   BY MR. NOLAN:

22        Q.    This is all relating to a dispute

23   created October 1st, 2013.  On the OCWEN comment logs

24   on page 1688, it refers to control number ending in

25   113, which corresponds with Equifax 157.  This was

Lyew, Sandra                                          August 28, 2015

83

1    reviewed by OCWEN representative Kusum V; is that

2    correct?

3         A.      Okay.

4         Q.      OCWEN says Kusum V, and Equifax says V

5    Kusum.  I think it's the same person, we can assume?

6         A.      Yes.

7         Q.      157, I'm looking at the date of account

8    info.  They list it as January 2013, towards the

9    bottom of the page.

10        A.      Okay.  This falls, again, back to two

11   separate requests, different date.  This is

12   October 2013, same request that has been received

13   throughout all the additional prior requests.

14        Q.      On 157 the date of the account info

15   referenced is January 2013, correct?

16        A.      Okay.

17        Q.      Is that correct?

18        A.      Yes.  Like the other request.

19        Q.      And even though this dispute was created

20   in October 2013, they look back to January 2013,

21   correct?

22        A.      Yes.

23        Q.      And they report it as current?

24        A.      Correct.

25        Q.      And on the comment logs it notes on this

Lyew, Sandra                                          August 28, 2015

84

1    one that borrower signed note, hence responsible,

2    Social Security number matches, checked CIS, correct?

3        A.    Yes.

4        Q.    And then on Equifax 159, this is

5    regarding control number ending in 114, which was

6    also done by V Kusum, correct?

7        A.    Yes.

8        Q.    And this, again, notes the same account

9    number as being past due by $6,128, correct?

10       A.    Yes.

11       Q.    And it lists the date of account info

12   pulled as July 2013, correct?

13       A.    Yes.  This is verifying based on the

14   dispute verification that Equifax has sent in through

15   the e-Oscar system.

16       Q.    So in this case OCWEN is relying on its

17   previous reinvestigations?

18       A.    No.  As I mentioned earlier, each

19   dispute verification that comes in through e-Oscar,

20   they all get reviewed and investigated as they come

21   in.  They rely on -- based on their research and

22   review.  They're not going to rely on what was

23   previously done.  They can see how many requests came

24   in, how many times it's been responded, but they

25   still -- they're still responsible in doing the same.

Lyew, Sandra                                            August 28, 2015

85

1          Q.      So on these two disputes, which were

2     completed on the same day within two minutes of each

3     other, why did one -- why did Equifax 157 look to

4     date of account info January 2013 versus Equifax 159

5     looking to the date of account info of July 2013?

6                  MR. MANNING:   Object to the form.

7                  You can answer.

8                  THE WITNESS:   Two separate requests,

9     just like the others that you've shown to me.

10    BY MR. NOLAN:

11         Q.      And it's for the same account number,

12    correct?

13         A.      Yes.

14         Q.      But they look to different date of

15    account infos for each?

16         A.      They look on based on the dispute that

17    comes in.   They're not going to give anything

18    additional -- any additional information, other than

19    what's on the dispute.   So one dispute is one

20    request.   And the second dispute that was received

21    was responded accordingly.

22         Q.      Okay.   I'm not sure if you answered this

23    or not.   My question is, why did they look to

24    different dates of account info for the same account

25    on two separate disputes that were submitted within

Lyew, Sandra                                              August 28, 2015

86

1    two minutes of each other?

2            MR. MANNING:  Object to the form.  When

3    you say they --

4            MR. NOLAN:  OCWEN.

5            THE WITNESS:  Because Equifax sent in

6    two different disputes regarding two different dates,

7    that's how it was responded back to Equifax.

8            MR. NOLAN:  Can you mark this?

9            (Exhibit No. 13 was marked for

10           identification.)

11   BY MR. NOLAN:

12       Q.    I'm handing you Exhibit No. 13.  I'm

13   looking in the OCWEN comment log at page 1695.  OCWEN

14   representative Akshatha SV reviewed this on

15   September 2nd, 2013, correct?

16       A.    Yes.

17       Q.    And the date of account info that was

18   looked at was October 2013, correct?

19       A.    I'm sorry?

20       Q.    The date of account info that the

21   responder referred to for OCWEN was October 2013,

22   correct?

23           MR. MANNING:  Object to the form.

24           You can answer.

25           THE WITNESS:  I'm trying to find

Henderson Legal Services, Inc.

202-220-4158                          www.hendersonlegalservices.com

Lyew, Sandra                                        August 28, 2015

87

1   October --

2   BY MR. NOLAN:

3       Q.     I'm looking at the date of account info

4   block, sixth from the bottom.

5       A.     Okay.

6       Q.     So when she reviewed this file, she

7   looked at October 2013, correct?

8              MR. MANNING:  Object to the form.

9              You can answer.

10             THE WITNESS:  I can only -- I can only

11  speak for what was reviewed on the comment notes.  So

12  based on the information of the dispute verification,

13  it was -- that's how it was responded.

14  BY MR. NOLAN:

15      Q.     And this report was verified as

16  reported, correct?

17             MR. MANNING:  Object to the form.

18             You can answer.

19             THE WITNESS:  There is a check, as the

20  document shows.

21  BY MR. NOLAN:

22      Q.     And on 1695 the note states he/she is

23  responsible, liable on the account, correct?

24      A.     Yes.

25      Q.     Again, this report noted that

Lyew, Sandra                                          August 28, 2015

88

1    foreclosure proceedings had begun, correct?

2                    MR. MANNING:  Object to the form.

3                    You can answer.

4                    THE WITNESS:  This is how the request

5    came in.  And this is -- and based on the response

6    back on ACDV, as well as what's on the notes, it's

7    shown that the account has been verified that it's

8    the borrower's.

9    BY MR. NOLAN:

10        Q.    I'm going to jump ahead in the comment

11   log to 1704.  There is an entry on December 31st,

12   2013 at 12:56:32 a.m. from a background processor.

13   It states Early Late Notice.  Can you describe what

14   that means?

15        A.    At this time the borrower is in default,

16   so an early late notice was sent to Mr. Daugherty.

17        Q.    I'm sorry.  I just don't understand what

18   early late notice means.

19        A.    That has nothing to do with the

20   borrower's credit.  That is because the borrower is

21   behind on his mortgage at that point, so a late

22   notice is automated, that it gets generated to be

23   sent to the borrower or has already been sent to the

24   borrower in regards to his payment being late.

25        Q.    What does the term early refer to?

Lyew, Sandra

August 28, 2015

89

1       A.      Early?  The borrower is within -- he

2   is -- it's gone through the past -- the late charge

3   period, and so a notice is sent regarding his payment

4   being behind.

5       Q.      So it's after the late fee -- the late

6   charge period but before 30 days?

7       A.      After -- correct.

8       Q.      Is that -- would that be fair?

9               Okay.

10              MR. NOLAN:  Mark this next exhibit as

11  14, I believe.

12                  (Exhibit No. 14 was marked for

13                  identification.)

14  BY MR. NOLAN:

15      Q.      That's Exhibit No. 14.  This is another

16  dispute dated -- responded to on January 17, 2014,

17  correct?

18      A.      Yes.

19      Q.      And I want to again confirm the date of

20  the account info box is listed as December 2013,

21  correct?

22      A.      Yes.

23      Q.      Does that mean that's the date when

24  OCWEN looked to the file to see if that information

25  was accurate?

Lyew, Sandra

August 28, 2015

90

1          A.          Just to go back on the account

2    information, now, how OCWEN reports to the national

3    bureaus, they report at the end of each month, and

4    the -- they always report the month before, so they

5    report in arrears, 30 days in arrears, as of -- so in

6    this case say December 30th, 2013, they report it in

7    January.

8          Q.          And as --

9          A.          I'm sorry.  Or -- let's see here.  So

10   this response is January 2014; however, they last

11   made their report to the bureaus the end of December

12   for the month before, which is November 2013, in

13   arrears, not as --

14         Q.          Sure.

15         A.          Not as for that same month.

16         Q.          Previously when we looked at the initial

17   dispute in March 2013, the date of account info

18   stated March 2012.  And I believe you testified that

19   that meant they were looking to March 2012 as the

20   date for current information, correct?  Let me see if

21   we can go back and look at it.

22         A.          Let's go back through.  Go ahead.

23         Q.          I just want to help dig through here.

24         A.          No.  This side (indicating).

25         Q.          Exhibit No. 7.

Lyew, Sandra                                        August 28, 2015

91

1         A.        So this date of account information that

2    OCWEN has reported March of 2013 was through

3    February 2014 -- I mean '12.  Sorry.  March 2012 was

4    for February 2012.

5         Q.        So that --

6         A.        It's in arrears.

7         Q.        It was 13 months in arrears in this --

8    on that dispute?

9         A.        Not in appears.

10        Q.        Or behind I should say?

11        A.        No.  No.  The last reporting

12   information, account information that was reported.

13        Q.        Because we have the dispute in

14   March 2013, and in this case the date of account info

15   was March 2012, correct?

16        A.        Well, based on how -- again, how the

17   dispute came in, this responded to the account

18   information, which would have been through

19   February 2012.  So the dispute came in for

20   March 2012, and that's what was investigated and

21   provided -- and responded back to Equifax.  So this

22   is Equifax's request for verification, dispute

23   verification.  And this is how OCWEN -- OCWEN would

24   respond, based on what you see in the notes and

25   what's on the ACDV, through e-Oscar.

Lyew, Sandra

August 28, 2015

92

1        Q.      And so back to Exhibit 14.  OCWEN was

2   able to look back to the December 2013 information

3   and again verify that foreclosure was started on this

4   account?

5               MR. MANNING:  Object to the form.  It

6   assumes facts not in evidence.

7               You can answer.

8               THE WITNESS:  Right.  It's the same

9   request for dispute information.  You review the same

10  Equifax forms based on the account information, and

11  you get -- and you're getting the same response.

12  Equifax sends in the same dispute verification on all

13  of them.  The only difference is the data account

14  information, however, is based on this center part,

15  last payment date January 12th, date first

16  delinquency.  This is how Equifax sent in their

17  dispute verification and OCWEN responded based on

18  what was received.

19  BY MR. NOLAN:

20       Q.      Again, so when OCWEN receives a similar

21  dispute two minutes -- let's see here.  In this case

22  it was six seconds after they handled the initial

23  dispute.

24       A.      They conduct the same investigation.

25  It's a new dispute being received.  And they

Lyew, Sandra                                          August 28, 2015

93

1    responded accordingly.

2         Q.     And the dispute on the same account

3    number?

4         A.     On the same account number.

5                MR. NOLAN:  Can you mark this as our

6    next exhibit?

7                (Exhibit No. 15 was marked for

8                identification.)

9    BY MR. NOLAN:

10        Q.     While we're looking at this, I'm also

11   looking at the OCWEN comment log 1715.

12        A.     Okay.

13        Q.     There is an entry dated 3-17-14 at

14   7:45:08 p.m.

15        A.     Okay.

16        Q.     This appears to be a phone call placed

17   by Mr. Daugherty to Equifax --

18        A.     Okay.

19        Q.     -- to Rajani TR.

20               Across from the 08 p.m. there is a note,

21   caller wanted the fax number for the research

22   department, correct?

23        A.     Yes.

24        Q.     And OCWEN gave him the fax number,

25   correct?

Lyew, Sandra                                    August 28, 2015

94

1          A.       Correct.

2          Q.       And also during this call, the next

3    entry, borrower inquired about credit reporting in

4    2013, correct?

5          A.       Okay.

6          Q.       And OCWEN tells him that for July the

7    loan was reported correctly as current, correct?

8          A.       Borrower inquired about credit reporting

9    in 2013 for March.  The loan was reported correctly

10   as current.  For June the loan was reported correctly

11   as current.  For July the loan was reported correctly

12   as current.

13         Q.       Then the last sentence of that paragraph

14   states, borrower disagreed with credit reporting,

15   correct?

16         A.       Yes.

17         Q.       And then, thereafter, OCWEN received

18   Exhibit 15?

19         A.       Yes.

20         Q.       There is a date at the top of Exhibit 15

21   that says 3-19-14, 11:29 a.m. --

22         A.       Okay.

23         Q.       -- indicating page 1.

24                  And on page 1716 OCWEN notes an entry

25   dated 3-19-2014 at 3:22:50 p.m., written customer

Lyew, Sandra                                      August 28, 2015

95

1    correspondence received via fax, correct?

2        A.      Correct.

3        Q.      This was sent to the research

4    department, correct?

5        A.      Yes.

6        Q.      Did the research department handle this

7    dispute from there or did they ship it to the credit

8    reporting department?

9        A.      Well, on the same day there was an ACDV

10   being received in the credit -- in the credit

11   department.  And let's see here.  Correspondence

12   received the same day, which is what you provided me,

13   Exhibit 15.

14           Research department, the bottom of 1716,

15   put a notation in the account, the borrower's

16   dispute.  It looks like it was forwarded to the

17   credit department.

18       Q.      Okay.  Let's look at Exhibit 15.

19       A.      Okay.  I am at Exhibit 15.

20       Q.      On page 2 of Exhibit 15 Mr. Daugherty

21   has attached a creditscore.com printout.

22       A.      Okay.

23       Q.      Correct?  And he's highlighted some

24   inaccuracies on -- regarding his OCWEN Loan Servicing

25   account, correct?

Lyew, Sandra

August 28, 2015

96

1       A.      For -- okay.  Equifax.

2       Q.      On page 3 of this exhibit Mr. Daugherty

3    provides a narrative explanation of what he claims is

4    inaccurate on his credit report, correct?

5       A.      Okay.

6       Q.      Have you had a chance to review this

7    before today?

8       A.      I reviewed a lot of documents.

9            MR. MANNING:  Take your time and read it

10   if you want to.

11   BY MR. NOLAN:

12      Q.      Please.

13      A.      He stated how Equifax has made an error,

14   consistent error, based on information he's claiming

15   OCWEN sent in to them; however, OCWEN has always been

16   reporting the account accurately to all bureaus,

17   which is the same information that Equifax would

18   receive, other bureaus would receive.  Based on the

19   disputes that was provided and how it was

20   responded --

21      Q.      So on 1716 there is a -- a final

22   notation on March 21st, 2014 that says there is an

23   acknowledgment letter request submitted.  It says AUD

24   control number, and gives a number.

25      A.      I'm sorry.  What page?

97

```
 1        Q.      1716.

 2        A.      Okay.

 3        Q.      The final entry lists an AUD control

 4   number?

 5        A.      Uh-huh.

 6        Q.      Was an AUD submitted at this time

 7   regarding OCWEN's reports to Equifax of

 8   Mr. Daugherty?

 9        A.      According to the notes, yes.

10        Q.      And that was sent from the research

11   department?

12        A.      It was sent -- it would be sent by the

13   credit reporting department.  And it was sent to all

14   bureaus.

15        Q.      Below that it states it updated and

16   reported the current balance of the loan, correct?

17        A.      Yes.

18        Q.      But it didn't address Mr. Daugherty's

19   concern that there were reports of foreclosure on his

20   account, correct?

21             MR. MANNING:  Object to the form.

22             THE WITNESS:  I'm sorry.  Repeat that

23   question.

24   BY MR. NOLAN:

25        Q.      OCWEN reported that they updated the
```

Lyew, Sandra

August 28, 2015

98

1    current balance of Mr. Daugherty's loan, correct?

2        A.      To the bureaus.  It is sent an AUD as

3    far as updating the information that has been -- was

4    being sent each month to the bureaus.

5        Q.     And, now, is it fair to say that

6    Mr. Daugherty's dispute that you just read does not

7    contain any dispute regarding the amount of the

8    balance of his loan?

9                MR. MANNING:  Objection to the form.

10               You can answer.

11               THE WITNESS:  His letter has amounts in

12   regards to his balances in the letter.

13   BY MR. NOLAN:

14       Q.     The past due amounts?

15       A.      As far as past due amounts, it has been

16   reporting -- there's been no difference how OCWEN has

17   been reported.  As I mentioned earlier, they reported

18   accurately each month and not reporting late, with

19   the exception of the last reporting -- the last

20   reporting after he brought the loan current, which

21   was a 30-day late.

22       Q.     So can you tell me what other steps were

23   taken to investigate whether there was a foreclosure

24   notation on Mr. Daugherty's account based on this

25   letter?

Lyew, Sandra

August 28, 2015

99

1        A.       At this time the loan was not in

2   foreclosure.  That's how -- again, that's how the

3   request came in from Equifax.  And based on his

4   letter, and based on OCWEN's review --

5        Q.       What was that review?

6        A.       In a letter that's dated March 26th,

7   2014, on page 1720, advising Mr. Daugherty the office

8   of the Consumer Ombudsman would like to take the --

9   would like to thank you for the recent inquiry

10  regarding the above-referenced loan received through

11  the Consumer Financial Protection Bureau.  The office

12  will review the servicing of the loan in relation to

13  the issue raised.

14              And further down it says --

15       Q.       That's in response to a separate

16  department from a third-party reporting agency?

17       A.       That's from the Consumer Financial

18  Bureau.

19       Q.       I'm trying to figure out what OCWEN did

20  when they received Mr. Daugherty's letter where he

21  circled and highlighted the inaccuracies that are

22  currently showing on his credit report.

23       A.       He was responded on 4-19-2014,

24  page 1723.  This is after the response to the

25  Consumer Financial Bureau because he -- Mr. Daugherty

Lyew, Sandra

August 28, 2015

100

1    also sent an email, some type of correspondence, to

2    the Financial Protection Bureau, as well, as well as

3    the written response to OCWEN directly.

4         Q.     So you're saying this April 19th

5    letter --

6         A.     It responded -- it responded back

7    through the email that Mr. Daugherty sent through the

8    Consumer Financial Protection Bureau on 4-8, as well

9    as responded directly to the bureau via mail on

10   4-19-2014.

11        Q.     So that was in response to the bureau's

12   request for investigation, correct?

13        A.     He sent the email.  Hi.  I have a

14   mortgage loan with OCWEN Financial Loan Services.

15        Q.     And to be clear, this is what he sent to

16   the CFPB, correct?

17        A.     That is correct.  And OCWEN responded

18   direct -- responded back through that to

19   Mr. Daugherty, as well as responded by correspondence

20   on page 1723.

21        Q.     I'm still trying to figure out what did

22   OCWEN do to respond to the letter faxed on

23   March 19th, 2014 directly by Mr. Daugherty.

24             MR. MANNING:  Objection.  Asked and

25   answered.