Lyew, Sandra

August 28, 2015

101

1          You can answer.

2          THE WITNESS:  The document speaks for

3    itself as far as based on his -- based on both

4    responses, so, I mean, if you want me to read the

5    response through the Consumer Financial to

6    Mr. Daugherty, as well as the letter that was

7    provided to him on the 19th, we can put that in the

8    record.  He was responded back in regards to any

9    research received, as well as he wanted --

10   Mr. Daugherty went through the Consumer Financial

11   Protection Bureau, and it was responded to him in

12   regards to his account.

13   BY MR. NOLAN:

14      Q.     So there was one response on April 19th

15   for both disputes?

16      A.     April 8th.

17          MR. MANNING:  One second.  Let him

18   finish his question.

19   BY MR. NOLAN:

20      Q.     I'm not trying to be difficult with you.

21   I want to make sure what was responded to and when.

22          So there is a letter -- so Mr. Daugherty

23   did send several disputes at one time.  He sent one

24   directly, and he sent one through the ombudsman, as

25   well, within a week of each other it appears.  March

Lyew, Sandra

August 28, 2015

102

1   26th was the dispute with the Financial Protection

2   Bureau, correct?

3        A.    Correct.

4        Q.    And March 19th is the fax he sent to

5   Equifax direct -- OCWEN directly, correct?

6        A.    Correct.  And the letter from OCWEN to

7   Mr. Daugherty directly via mail was sent -- is dated

8   April 19th, page 1723.

9        Q.    Okay.  And on April 8th, on 1722, there

10  is a letter from OCWEN to the CFPB, correct?

11       A.    Correct, responding to Mr. Daugherty's

12  email through the Consumer Financial Protection

13  Bureau on April -- I'm sorry -- March the 26th, 2014,

14  page 1720 up top.

15            OCWEN responded to that on April 8th,

16  and responded to the written research that

17  Mr. Daugherty sent in on the 19th, on April 19th.

18            MR. NOLAN:  Can you mark this as 16?

19                 (Exhibit No. 16 was marked for

20                 identification.)

21  BY MR. NOLAN:

22       Q.    I'm giving you No. 16, which if we can

23  look at the third page of this sheet.  This exhibit

24  has an envelope attached with a mailing date.  On the

25  top right corner, this was sent out on March 19,

Henderson Legal Services, Inc.

202-220-4158                www.hendersonlegalservices.com

Lyew, Sandra                                             August 28, 2015

103

1    2014, correct?

2         A.      Okay.   It's the same letter he faxed in.

3    He mailed it.

4         Q.      He mailed in a copy, and faxed in a

5    copy, and talked to the CFPB during this time period,

6    correct?

7         A.      Within that same time period, yes.

8                 (Exhibit No. 17 was marked for

9                 identification.)

10                MR. MANNING:  So Exhibit 17, I have 1343

11   and 1344.

12                MR. NOLAN:   Correct.

13   BY MR. NOLAN:

14        Q.      Are you familiar with this form?

15        A.      I've seen this document.

16        Q.      Is it fair to say this is OCWEN's ACDV

17   response form?

18        A.      Yes.  Through the e-Oscar system.

19        Q.      So OCWEN would have prepared this when

20   reviewing and investigating a dispute from Equifax,

21   correct?

22        A.      This would be -- this would be the

23   system that they used to respond back to Equifax on

24   how it was -- you have the request data and the

25   response data.  OCWEN responded in gray, shaded in

```
1    gray.

2         Q.      Okay.  And the response code is a 2,

3    which states modify account information as indicated,

4    correct?

5         A.      Where are you?  Where do you see that?

6         Q.      I'm in the top box, third one down.

7         A.      Okay.

8         Q.      And so what you're saying is that the

9    information in the gray shaded box is -- would be

10   OCWEN's directions to modify this account?

11        A.      Response, yes.

12        Q.      In response to the dispute?

13        A.      Correct.  Based on what was received by

14   e-Oscar.

15        Q.      And this dispute was 106, disputes

16   previous account status, payment history profile,

17   payment rating, correct?

18        A.      Yes.

19        Q.      And then looking ahead to OCWEN comment

20   log 1727, there is an April 23rd, 2014 date at

21   1:19:25 a.m. by Rajina Robert regarding this control

22   number and this dispute.  Do you see where we're at?

23        A.      Yes.  I'm looking at the top of the page

24   beginning where it's showing being received.

25        Q.      Sure.
```

Lyew, Sandra                                        August 28, 2015

105

1          And that's at 1:19:20 a.m.  And that

2   indicates the reporting received from credit bureau

3   was a code 82.  Do you know what code 82 is?

4          **A.     Code 82 is based on the request that was**

5   **sent by the bureau.  Their request is stating account**

6   **120 days past due date, past the due date.  Account**

7   **update information 3-24-2014.**

8          Q.     This is the first dispute we've noted --

9   we've reviewed that actually noted an account went

10  into 120 days past the due date on the ACDV, correct?

11         **A.     Yes.**

12         Q.     All the prior disputes that Equifax sent

13  back, OCWEN never noted receiving an account 120 days

14  past the due date in this block, correct?

15         MR. MANNING:  Object to the form.

16         You can answer.

17         THE WITNESS:  Based on the other

18  requests.  This is a separate -- this is a new

19  request.

20  BY MR. NOLAN:

21         Q.     Why was that account code included in

22  the section on this dispute?

23         **A.     Because that's the -- that's how the**

24  **request came in.**

25         Q.     But the other request also indicated --

Henderson Legal Services, Inc.

202-220-4158                    www.hendersonlegalservices.com

Lyew, Sandra                                                     August 28, 2015

106

1          A.        This is a separate request.  I told you

2     each request is handled differently.  It's not

3     handled as the same.  This is a new request.  And

4     this is how -- this is how -- this is where they're

5     going to conduct their investigation, based on the

6     new request that comes in.

7          Q.        I'm asking you can you tell me why this

8     was included on this dispute as opposed to every

9     other dispute where this same information was

10    provided by Equifax?

11         A.        I can't speak for the bureau.  This is

12    how the request came in.

13         Q.        So based on Exhibit 17, on the bottom

14    under account status, the data states it's 120 past

15    due, but OCWEN appears to indicate a change to a

16    current account; is that correct?

17         A.        They responded current account.

18         Q.        And this is under the modify account

19    information, as indicated in response code?

20         A.        That is -- that is the bureau's request

21    to OCWEN.  The only thing that OCWEN completed is the

22    shaded area and the response date.

23         Q.        The response date on the OCWEN log 1727

24    is April 23, 2014, correct?

25         A.        April 24, 2014 is the response date.

Lyew, Sandra                                          August 28, 2015

107

1          Q.     On OCWEN's logs it's 4-23.

2          A.     I'm sorry?

3          Q.     On OCWEN's logs, on 1727.

4                 Let's look at the account information.

5     There is a section marked MOP.  Do you know what that

6     means?

7          A.     Where is that information?

8          Q.     It's in the last box on the page,

9     account information.  It's the second from the

10    bottom.

11         A.     I don't know what that means; however,

12    the white shade is the -- is the bureau's request to

13    OCWEN.

14         Q.     And OCWEN didn't have any changes on

15    that box, correct?

16                MR. MANNING:  Object to the form.

17                You can answer.

18                THE WITNESS:  The document speaks for

19    itself.  It's blank.

20    BY MR. NOLAN:

21         Q.     It's the box claimed five or more

22    installments past due, correct?

23         A.     OCWEN did not respond to that.

24         Q.     And on the second page of this exhibit,

25    1344, the top box says SCC.  Do you know what that

Lyew, Sandra                                        August 28, 2015

108

1    stands for?

2          A.      I don't remember.

3          Q.      Is that a special compliance code?

4          A.      This is an ACDV form.  This is an

5    e-Oscar form, so based on how it's responded --

6    requested, that's how it's responded.  As I mentioned

7    earlier, the shaded gray is OCWEN's response.

8          Q.      And OCWEN did not have a response for

9    foreclosure proceedings started to this dispute,

10   correct?

11         A.      Correct.

12         Q.      OCWEN did have other changes?  They

13   changed the date open to the proper date, correct?

14         A.      That is correct.

15         Q.      They updated the date of last payment,

16   correct?

17         A.      Yes.  They have updated that.

18         Q.      They even modified the amount past due

19   from 6,128 to zero, correct?

20         A.      I'm sorry?  Where are you looking?

21         Q.      I'm a little bit below there.

22         A.      Because --

23         Q.      Past due --

24         A.      I was going down the line.

25         Q.      Sure.

Lyew, Sandra                                          August 28, 2015

109

1          A.        That is correct.

2          Q.        Is there any reason why OCWEN would

3    change the amount past due to zero, yet leave the

4    foreclosure proceedings notation?

5               MR. MANNING:  Object to the form.

6               You can answer.

7               THE WITNESS:  As of the account

8    information to April 24, 2014, the borrower is

9    current.

10   BY MR. NOLAN:

11        Q.        I understand that.  But OCWEN continued

12   to -- did not update the foreclosure proceeding

13   started notation, correct?

14              MR. MANNING:  Objection to the form.

15              You can answer.

16              THE WITNESS:  OCWEN each month reported

17   the account accurately.  As far as how the request

18   comes in from the bureau, from the -- foreclosure

19   proceedings did start back in 2012 when the account

20   was delinquent, before the borrower reinstated and

21   brought the loan current in April 2012.

22   BY MR. NOLAN:

23        Q.        In April 2014 Mr. Daugherty disputed

24   that he was behind at all on his credit account with

25   OCWEN, correct?

Lyew, Sandra                                                    August 28, 2015

110

1          A.      At the time I believe the borrower was

2     not in default.  He was current and -- according to

3     OCWEN's records.  And for what I've reviewed, that

4     they've reported to each bureau accurately, not being

5     behind.

6          Q.      So when OCWEN got a dispute from

7     Mr. Daugherty saying he wasn't behind, why would it

8     not update the information on page 1 which says five

9     or more payments past due?

10              MR. MANNING:  Object to the form.

11     Assumes facts not in evidence.

12              You can answer.

13              THE WITNESS:  Because at one point he

14     was past due over 120 days.  So that's not going to

15     change his credit report -- credit on how OCWEN

16     reported the credit at that time.

17     BY MR. NOLAN:

18          Q.      But it did change the amount past due of

19     6,000 down to zero, correct?

20          A.      That is correct, because he was past due

21     that amount back in 2012.

22          Q.      Why would they change that now if it was

23     correct for the other issues back in 2012 but was

24     changed -- wasn't changed for the mortgage

25     foreclosure proceedings and for the five or more

Lyew, Sandra

August 28, 2015

111

1   payments past due?  Those were not changed because

2   you claim those were correct.  Why was the $6,000

3   changed to zero if it was correct at one point in

4   time?

5              MR. MANNING:  Object to the form.

6              You can answer.

7              THE WITNESS:  I don't know.

8              MR. NOLAN:  Can we mark this one?

9                 (Exhibit No. 18 was marked for

10              identification.)

11             MR. MANNING:  18, I've got 1349 and

12   1350.

13   BY MR. NOLAN:

14       Q.     So this is a dispute from -- created

15   April 2014, correct?

16       A.     Yes.

17       Q.     And it was responded to May 5th, 2014,

18   correct?

19              I'm sorry.  I thought I asked.  This

20   response was turned in May 5th, 2014, correct?

21       A.     Yes.

22       Q.     Now, this is after OCWEN previously

23   updated the information to remove certain pieces of

24   account information, correct?

25       A.     Okay.  You want to reflect back to

Lyew, Sandra                                          August 28, 2015

112

1     **another document?**

2          Q.        Back to the prior exhibit.  For example,

3     on the second page the amount past due was modified

4     from 6,128 to zero.

5          **A.        Okay.**

6          Q.        And on the current exhibit the amount

7     past due was back to 6,128, correct?

8          **A.        Okay.**

9          Q.        How did that reappear?

10               MR. MANNING:  Object to the form.

11               You can answer.

12               THE WITNESS:  I don't know.

13    BY MR. NOLAN:

14         Q.        What steps did OCWEN take to ensure that

15    once this account was updated Mr. Daugherty's account

16    would remain accurate?

17               MR. MANNING:  Object to the form.

18               You can answer.

19               THE WITNESS:  Okay.  OCWEN has already

20    notified Mr. Daugherty that OCWEN has been reporting

21    to the bureaus accurately, and they have no control

22    on how the credit bureaus handle it on their end in

23    other words.  I can read the verbatim as far as how

24    the correspondence to Mr. Daugherty was responded in

25    regards to, you know, the dates in question of his

Lyew, Sandra                                    August 28, 2015

113

1    research.

2    BY MR. NOLAN:

3         Q.    And OCWEN even went so far as to

4    remove -- modify certain information pursuant to the

5    ACDV in the prior dispute, correct?

6         **A.    They repeated the information by sending**

7    **the information back to the bureau in regards to the**

8    **response.**

9         Q.    After Mr. Daugherty has notified OCWEN

10   that there is a problem with his credit report after

11   the CFPB has asked OCWEN to investigate this in May

12   of 2014, OCWEN is once again verifying that

13   Mr. Daugherty is $6,128 past due, correct?

14             MR. MANNING:  Object to the form.

15             Assumes facts not in evidence.  It's not

16   the testimony.

17             You can answer.

18             THE WITNESS:  Again, there has been no

19   changes, other than an open date, which would not

20   affect how OCWEN accurately reports to the bureaus.

21   And to my knowledge -- as far as what I've reviewed

22   in regards to these records, that Experian and

23   TransUnion -- there is no issues with Experian and

24   TransUnion.  Can't control on how Equifax reads and

25   understands and how they, you know, input -- inputs

Lyew, Sandra

August 28, 2015

114

1    information into their system.

2    BY MR. NOLAN:

3        Q.    But OCWEN can control what it verifies

4    as accurate, correct?

5        **A.    They have verified --**

6        Q.    That's correct.

7        **A.    -- and out of courtesy went back and**

8    **reported the full information to Equifax.**

9        Q.    So OCWEN was performing a courtesy when

10   it reported the correct information regarding Mr. --

11       **A.    They've been doing it -- they've been**

12   **doing it every month.  And they did it again after a**

13   **full initial response through the Consumer Financial**

14   **Protection Bureau, as well as advising the borrower**

15   **the same information via mail in April.**

16       Q.    And, nonetheless, the incorrect account

17   information was verified again in May 2014, correct?

18            MR. MANNING:  Objection.  Misstates

19   testimony.

20            You can answer.

21            THE WITNESS:  I already responded to

22   that.

23   BY MR. NOLAN:

24       Q.    Let's look at OCWEN 1728.  On 5-2-2014

25   at 5:22:51 p.m. there is a note from Allwyn.  This is

Lyew, Sandra                                          August 28, 2015

115

1    a phone call Mr. Daugherty placed to OCWEN, correct?

2         A.    Yes.

3         Q.    With a credit reporting inquiry,

4    correct?

5         A.    Yes.

6         Q.    So he's calling in to continue to try to

7    fix his credit report at this point, correct?

8         **A.    Yes, because he didn't like the response**

9    **we provided to him.  And that's an assumption, but we**

10   **did respond.  He must have been calling in response**

11   **to the correspondence that he received back from**

12   **OCWEN.**

13              MR. NOLAN:  Mark this.

14                   (Exhibit No. 19 was marked for

15                   identification.)

16   BY MR. NOLAN:

17        Q.    19.  This is another ACDV response

18   completed June 16, 2014, correct?

19        A.    Yes.

20        Q.    Again, Rajkumar verified the information

21   contained in this report as accurate, correct?

22        A.    Yes.

23        Q.    The information contained in this report

24   included the account was 120 past the due date,

25   correct?

116

```
1              MR. MANNING:  Object to the form.

2              You can answer.

3              THE WITNESS:  Yes, on how OCWEN

4    initially reported from 2012.

5    BY MR. NOLAN:

6        Q.    And continued to report the amount past

7    due was $6,128, correct?

8              MR. MANNING:  Objection; form.

9              THE WITNESS:  There is no response.

10   BY MR. NOLAN:

11       Q.    I want to look at OCWEN log 1733.

12       A.    Okay.

13       Q.    This spills over, I believe, onto 1734.

14   Near the bottom, on June 9th, 2014, at 10:51:20 a.m.

15   Wilma Varona received a call from Mr. Daugherty,

16   correct?

17       A.    Okay.

18       Q.    And over onto page 1734 this call

19   continues.

20       A.    Okay.

21       Q.    The section I'm looking at starts 11:00

22   and 13 seconds a.m.  It states, borrower asking for a

23   letter stating that account has been current because

24   he will refi and need to show that March, June, July,

25   September, and October of 2013 is showing current,
```

Lyew, Sandra

August 28, 2015

117

1    correct?

2         A.     Okay.

3         Q.     So Mr. Daugherty asked OCWEN for a

4    letter stating that he was current, correct?

5         A.     That's what the document says.

6         Q.     Specifically referring to March, June,

7    July, September, October of 2013 as dates that he

8    needs to show that he's current, correct?

9         A.     Okay.  And he received a response letter

10   April 19th in response to his complaint.

11        Q.     With an account balance?

12               I've got that letter.  We can go ahead

13   and mark it.

14                    (Exhibit No. 20 was marked for

15                    identification.)

16   BY MR. NOLAN:

17        Q.     Here is a copy of the April 19th letter

18   that you referred to.

19        A.     Okay.  It shows his unpaid balance.

20               Okay.  Sorry.

21               He made the request -- he made the

22   request, but she should have told him he needed to

23   send the request in writing.

24        Q.     These are the same months that

25   Mr. Daugherty referred to in his March 2014 dispute

1    letter to OCWEN, correct?

2        A.    This is -- this is -- he phoned in.  Let

3    me see here.  Go back to his letter and see if he

4    made the request in his letter.

5            It doesn't show that he made that

6    request.

7        Q.    Please look at the second page of the

8    letter he sent.

9            MR. MANNING:  What exhibit are we

10   talking about?

11           THE WITNESS:  This is 16.

12           Right.  But he didn't -- you went from a

13   comment, him requesting a letter from OCWEN on these

14   certain months; however, OCWEN has responded to his

15   letter advising that he -- that OCWEN has reported

16   accurately to the three bureaus.  And they don't have

17   control on how the bureaus input that information

18   into their system.

19   BY MR. NOLAN:

20       Q.    So he asked in March, and then he asked

21   again in June, for --

22       A.    On June 9th he requested a letter

23   stating these months being current.  I don't see

24   where the agent asked him that he would need to send

25   that in writing.

Lyew, Sandra                                           August 28, 2015

119

1        Q.     So after he mailed a dispute in March,

2   he is still asking OCWEN to fix this issue in June,

3   correct?

4        A.     OCWEN has already told him that it's

5   been accurately reported to the three bureaus or four

6   bureaus correctly, accurately.  And they don't have

7   control on how the credit bureau, in this case

8   Equifax, inputs their information when it's received

9   from the creditor, meaning OCWEN.

10            MR. NOLAN:  Mark this.

11                (Exhibit No. 21 was marked for

12            identification.)

13   BY MR. NOLAN:

14        Q.     This is Exhibit 21.  This is a dispute

15   responded to on June 20th, 2014, correct?

16        A.     Yes.

17        Q.     And on 1736 the final entry by Shalini

18   Singh reports this dispute as reporting 120 days past

19   the due date, correct?

20        A.     Reporting received from credit bureau.

21   That's what -- that's what the comment is.

22        Q.     And on 1737 the report notes reporting

23   to credit bureau, this current account as of

24   May 2014, correct?

25        A.     Yes.

Henderson Legal Services, Inc.

202-220-4158                    www.hendersonlegalservices.com

Lyew, Sandra

August 28, 2015

120

1      Q.      And on this ACDV, Exhibit 21, again am I

2  correct that the gray shaded boxes are OCWEN's

3  updates and response to the dispute?

4      A.      Yes.

5      Q.      So OCWEN again updates the account

6  status on the bottom of the page from 120 past due to

7  current?

8      A.      So 120 days past due is what was

9  received from the credit bureau.

10     Q.      And it was modified by current to OCWEN?

11     A.      It was responded as current -- a current

12  account.

13     Q.      I used the term modified because the

14  response code at the very top says modified account

15  information as indicated.  You're saying these are

16  responses from OCWEN, not modifications?

17     A.      They have their codes.  But this is the

18  response.  The gray shaded area is the response that

19  OCWEN -- so whether it's a modified or based on the

20  information that OCWEN has in their system, this is

21  how -- how it's responded.

22     Q.      OCWEN did not respond to the five or

23  more payments past due notation?

24     A.      OCWEN responded based on what's in their

25  system.  Based on their system, the account was

Lyew, Sandra                                    August 28, 2015

121

1    current as of June 20th, 2014, and that's how it was

2    responded.

3         Q.    OCWEN's reinvestigation did not lead

4    them to correct a notation on a current account that

5    says it was five or more payments past due?

6              MR. MANNING:  Objection to the form.

7    Asked and answered.

8              You can answer.

9              THE WITNESS:  I feel like I'm repeating

10   myself.

11             MR. MANNING:  You can answer.

12             THE WITNESS:  OCWEN responds to all

13   bureaus every month, on a monthly basis, and one

14   responds accordingly and accurately.  In this case it

15   was done accurately on this account to all three

16   bureaus.  You don't have control on what the credit

17   bureau, in this case -- how Equifax inputs their

18   information in their system.

19   BY MR. NOLAN:

20        Q.    The only thing OCWEN can control is its

21   reinvestigation, correct?

22        A.    Each time a dispute is received it gets

23   responded accordingly and investigated based on their

24   review on how many disputes were received prior to

25   the date of the new request being perceived.

Lyew, Sandra

August 28, 2015

122

1      Q.      So OCWEN only has to correct the
2  inaccuracies that its codes match as opposed to all
3  inaccuracies on this borrower's account?
4              MR. MANNING:  Object to the form.
5              You can answer.
6              THE WITNESS:  It's responded by each new
7  ACDV that is being received from the credit bureau.
8  BY MR. NOLAN:
9      Q.      Let's go on the comment logs to 1738.
10 On June 26th, 2014, the final entry at 10:49:42 a.m.,
11 Richard Hightower input a note regarding a request
12 from the CFPB, correct?
13     A.      Yes.
14     Q.      The CFPB was requesting additional
15 information?
16     A.      Yes.
17     Q.      Specifically whether the account was
18 120 days delinquent in March, June, July, October,
19 and December 2013, correct?
20     A.      Yes.  And also requesting to provide a
21 copy of the payment history for 2013.
22     Q.      So this is a follow-up by the CFPB, I
23 assume, from April --
24     A.      No.  This is a new request.
25     Q.      And then on the next page, 1739 --

Lyew, Sandra

August 28, 2015

123

1      A.      It was responded.  And they were also

2  provided a copy of the payment history, as well.

3      Q.      So OCWEN responded that in 2012:  March,

4  June, July, October, and December, the loan was

5  current?  Is that what the response indicates?

6      A.      In March 2012, June 2012, July 2012, and

7  October 2012, December 2012.

8      Q.      Why did OCWEN respond with information

9  regarding 2012 when the CFPB asked for information

10  regarding 2013?

11      A.      The CFPB -- I don't know why they have

12  2012; however, they did attach a copy of the payment

13  history, which is called payment reconciliation

14  history.

15      Q.      And further down that page, on June 30,

16  2014, at 9:19:29 a.m. Rose Kaplan has an entry about

17  a further follow-up request from the CFPB, correct?

18      A.      We have determined that additional

19  information is needed to complete our review of this

20  matter.  They request please submit the following

21  information to aid us in further evaluating this

22  complaint.

23          You indicated that your records show

24  that the credit reporting correctly reflected the

25  loan as current for the months of March, June, July,

Lyew, Sandra

August 28, 2015

124

1  October, and December 2013; however, the attached

2  documents shows an Equifax report where the consumer

3  is reported as 120 days late March, June, July,

4  October, December 2013.  Please provide documentation

5  that's showing that you have reported the consumer...

6  Please respond.

7      Q.     So here again OCWEN is being presented

8  evidence that there is an outstanding report showing

9  Mr. Daugherty as delinquent during these months that

10  he's complained of, correct?

11          MR. MANNING:  Object to the form.

12          You can answer.

13          THE WITNESS:  That is from the Consumer

14  Financial Protection Bureau requesting additional

15  information in regards to those months.

16  BY MR. NOLAN:

17      Q.     And indicating they've attached a

18  document showing the incorrect reports during those

19  months, correct?

20      A.     They provided in the first request

21  their -- the payment history, payment reconciliation

22  history.  They're providing additional information.

23  And let's see here.  And they sent -- they did an AUD

24  on July 2nd, 2014.

25      Q.     We'll look at that in just a minute.

Lyew, Sandra

August 28, 2015

125

1            MR. NOLAN:   Can we go ahead and mark
2     this at this time?
3                 (Exhibit No. 22 was marked for
4            identification.)
5     BY MR. NOLAN:
6         Q.    This is No. 22.  This is an AUDF sent on
7     July 2nd, 2014.  Is that the one referenced in the
8     notes on 1740?
9         A.    **That is correct.  And they're responded**
10    **back to the CFPB of what they've done.**
11        Q.    Now, on this AUD, on the top line it
12    indicates it was an update as opposed to a delete or
13    delete due to fraud, correct?
14        A.    **Yes.**
15        Q.    Do you know what the Equifax SC number
16    means?
17        A.    **No.  That's something through Equifax.**
18        Q.    But OCWEN generated the universal data
19    form, correct?
20        A.    **Yes, through e-Oscar.**
21        Q.    Which is a standardized system for
22    disputes for furnishers and for credit reporting
23    agencies, correct?
24        A.    **Yes.**
25        Q.    But you're not sure what the Equifax SC