Lyew, Sandra

August 28, 2015

126

1   number indicates?

2        A.    No.  This is probably referring --

3   Equifax's number.  Experian has -- this is reporting

4   to those bureaus.

5        Q.    So what specifically --

6        A.    So it could go back to what you

7   initially asked me of what was called the subscriber

8   code number.

9        Q.    So what information on this form was

10  updated?  Let me back that up.

11          This form is telling -- is OCWEN telling

12  the credit reporting agencies that you need to update

13  the following information, correct?

14       A.    It just is providing, how I called it

15  earlier, an escalation.

16       Q.    So if there is information on this form,

17  OCWEN is telling the credit reporting agency here is

18  what you need to report?

19       A.    Figuring the AUD will coincide in their

20  brains more than an ACDV report.

21       Q.    So what specifically was updated on this

22  form?

23       A.    Okay.  As the document says in the notes

24  what was updated, so what it's saying is showing paid

25  as agreed has been reported.  So it's a paid as

Lyew, Sandra                                        August 28, 2015

127

1    agreed and current.  And then this is for the months

2    March, June, July, October, December 2013, per

3    request.  And then the response went back to the

4    Consumer Financial Protection Bureau stating the

5    same.

6        Q.     Is there any reason OCWEN didn't delete

7    the extra account from Mr. Daugherty's account as

8    opposed to updating the current account?

9        A.     I don't know what extra account you're

10   talking about.

11       Q.     The account that Mr. Daugherty and the

12   CFPB indicated that OCWEN was showing up on his

13   credit report.

14       A.     We don't have control how the credit

15   bureaus report in their system.  We only reported one

16   trade line to each bureau.

17       Q.     On the form and several of the other

18   forms, just above the account history there is a box

19   marked balloon payment due date.  Do you see where

20   that box is on the AUDF?

21       A.     On which one?

22       Q.     On the universal data form, just above

23   the account history box on the right side there are

24   two boxes.  One says balloon payment due date.  One

25   says balloon payment amount.  You see where I'm at?

Lyew, Sandra                                          August 28, 2015

128

1        A.        Okay.

2        Q.        Why are those boxes empty?

3                  MR. MANNING:  Object to the form.

4                  You can answer.

5                  THE WITNESS:  I believe this is a fixed

6    rate mortgage and not a balloon.

7    BY MR. NOLAN:

8        Q.        If it was a balloon, would OCWEN be

9    required to record something in that box?

10       A.        But it's not a balloon, so we can speak

11   about this account.  So how it -- how it reports is

12   based on the note.  This is the information in

13   regards to the actual mortgage, whether it was a

14   fixed rate, adjustable rate, balloon, there is a

15   maturity date.

16       Q.        So if I had a hypothetical where there

17   was a balloon due, would it be inaccurate to leave

18   that box blank?

19                 MR. MANNING:  Objection to the form.

20   Calls for a legal conclusion.

21                 You can answer.

22                 THE WITNESS:  If there is a balloon

23   amount, I don't know how -- how they would -- how

24   it's completed.

25

Henderson Legal Services, Inc.

202-220-4158                    www.hendersonlegalservices.com

Lyew, Sandra                                         August 28, 2015

129

```
 1    BY MR. NOLAN:
 2         Q.     Okay.
 3                   (Exhibit No. 23 was marked for
 4                identification.)
 5    BY MR. NOLAN:
 6         Q.     This is Exhibit No. 23.  Do you need a
 7    break?  I saw you reaching for your drink.
 8         A.     I'm just taking a sip.
 9         Q.     If you want to take a break -- we've
10    been going for a little while here.
11                MR. MANNING:  I can take a break.
12                MR. NOLAN:  Okay.  Good.
13                (A recess was taken.)
14    BY MR. NOLAN:
15         Q.     I think we left off and I just handed
16    out Exhibit 23.  So the response date -- this is
17    another ACDV response from OCWEN dated August 8th,
18    2014, correct?
19         A.     A response date, yes.
20         Q.     And the response code was account
21    information accurate as of date, correct?
22         A.     Yes.
23         Q.     Okay.
24                MR. NOLAN:  Can we mark this Exhibit 24?
25
```

Lyew, Sandra                                        August 28, 2015

130

```
 1                (Exhibit No. 24 was marked for

 2           identification.)

 3   BY MR. NOLAN:

 4       Q.    This is another ACDV response dated

 5   September 19, 2014, correct?

 6       A.    Yes.

 7       Q.    And this states that -- down in the

 8   account information toward the bottom of the page, it

 9   states he has a current account, correct?

10       A.    Yes.

11       Q.    I have one more from earlier I wanted to

12   double-back to.

13                (Exhibit No. 25 was marked for

14           identification.)

15           MR. NOLAN:  I didn't make copies of this

16   one, Jason.  It's Bates 576, dispute letter.

17           MR. MANNING:  576 and 577.

18           MR. NOLAN:  Sorry.  That's correct.

19   BY MR. NOLAN:

20       Q.    Earlier we were discussing, I believe it

21   was Exhibit 4, there was a response letter sent by

22   OCWEN regarding a dispute in March of 2013.  I wanted

23   to introduce this.  The date at the top of the page

24   indicates March of 2013, correct?

25       A.    Yes.
```

Lyew, Sandra                                        August 28, 2015

131

1        Q.      It appears to have been faxed at
2    8:36 p.m. that evening?
3        A.      Yes.
4        Q.      And it indicates that he was informing
5    OCWEN that his Equifax report indicated he was $6,128
6    behind and in foreclosure with OCWEN, correct?
7        A.      Yes.
8        Q.      And he asked that Equifax correct those
9    records, correct?
10       A.      Yeah.  Based on the document.  It speaks
11   for itself.
12       Q.      And then the second page he attached a
13   printout indicating the incorrect reporting; is that
14   correct, as well?
15       A.      Yes.  It's Equifax.  All of this is
16   dealing with Equifax.  How come Equifax didn't do a
17   research on their end based on the same disputes that
18   they keep sending to OCWEN?  It could have been --
19   how come -- I mean, obviously it's an error they did
20   on their end.  How come they didn't conduct a
21   research on their end?
22       Q.      We talked with Equifax, as well.
23       A.      Okay.
24       Q.      That's all I've got today.
25       A.      That's all you have?

Lyew, Sandra                                          August 28, 2015

132

1        Q.      If that wasn't enough, Mr. Manning may

2    have some questions for you.

3                      EXAMINATION

4    BY MR. MANNING:

5        Q.      One of the documents that was produced

6    in this was -- it's often referred to as monthly

7    reporting data.  It is in the production as OLS 602

8    through 645.

9               MR. NOLAN:  I've got that.

10   BY MR. MANNING:

11       Q.      I'm going to hand you a copy.

12              MR. MANNING:  Let's mark it as the next

13   one, just for identification purposes.

14                      (Exhibit No. 26 was marked for

15                      identification.)

16   BY MR. MANNING:

17       Q.      So take a minute and look over what's

18   been marked as Exhibit 26.  And then just tell me

19   when you can identify what these documents appear to

20   be.

21       **A.      These are screen prints for OCWEN's**

22   **system, Real Servicing, of the screen prints of what**

23   **the credit reporting department at OCWEN uses.**

24       Q.      When you say screen prints of what the

25   credit reporting that OCWEN uses, what does this

Lyew, Sandra                                    August 28, 2015

133

1    information reflect?

2         A.      This reflects the account history and

3    how -- and how it is reported to the bureaus each

4    month.

5         Q.      During your testimony you've identified

6    that there is a -- I can't remember your

7    terminology -- something like 30 days in arrears,

8    like the reporting happens for the previous 30 days.

9    Am I saying that right?

10        A.      Right.  So if they're reporting to the

11   credit bureau the 30th, say of, in this case,

12   November 30th, then it's being reported as -- to

13   reflect as of October 30th -- up to October 30th.

14        Q.      The screens here, do they use the same

15   codes that we saw appearing on some of these

16   automated forms, either the AUD or the ACDVs?

17        A.      Yes.

18        Q.      Were there any instances in which OCWEN

19   reporting on the account for Mr. Daugherty, that upon

20   your review evidence that OCWEN was reporting this

21   trade line twice at any time?

22        A.      Not at all.  Only one trade line was

23   reported to each bureau.  And they all get reported

24   on a monthly data the same day each month.

25        Q.      Do all the credit reporting agencies

Lyew, Sandra                                      August 28, 2015

134

1    receive the same data from this packet of

2    information?

3         A.     Yes.  It gets sent on what they call a

4    monthly data report.

5         Q.     Were there any instances in these

6    monthly data reports in which OCWEN reported a

7    compliance condition code of XB?

8         A.     Yes.

9         Q.     Could you identify those?

10             Let me ask you this way.  Turn to

11   page 639.  You tell me if I'm reading this document

12   correctly.  It says OLS 639.  There is two screen

13   prints.  And towards the bottom there is one that

14   says compliance condition code.  And then it appears

15   to have a code next to it.  Do you see that?

16        A.     Yes, I do.

17        Q.     And what is that code?

18        A.     XB.

19        Q.     And what does XB mean?

20        A.     XB is that if the loan was in default,

21   not to report it.

22        Q.     I'm not going to ask you to go through

23   everything.  Is that an example of an instance in

24   which on the monthly data tape OCWEN was reporting

25   this account with a compliance condition code as XB?

Lyew, Sandra                                        August 28, 2015

135

1          A.      Yes.   It identifies what month that --
2     which month that it was reported as an XB code.
3          Q.      It appears the last month in this
4     packet, the monthly reporting data has reporting
5     period for March 31st, 2015.  I'm looking at Bates
6     stamp 645.  Do you see that?
7          A.      Okay.
8          Q.      So top of the page, do you see the
9     reporting period?
10         A.      Yes.
11         Q.      What's the reporting period?
12         A.      It is up through March 31st, 2015.
13         Q.      Now, if you look towards the bottom,
14    since this is the most recent of the monthly data, if
15    you go to the account history, I just want to see if
16    you can help us understand.
17         A.      Yes.
18         Q.      The account history, when it says --
19    there is a number of digits or numerals in that
20    bottom right-hand corner.  There is a 1, a number 1,
21    in the box from May 2012.  Do you see that?
22         A.      Correct.
23         Q.      What does the number 1 reflect?
24         A.      Thirty days past due.
25         Q.      And then April has a zero.  What does --

Lyew, Sandra

August 28, 2015

136

1    again, for the record, April 2012 has a zero.   What

2    does that reflect?

3           A.      Current.

4           Q.      March 2012?

5           A.      He was in default and was 120 days past

6    due.

7           Q.      And so when it says a 4 for March 2012,

8    that is four times 30 days to get to the 120 you

9    said?

10          A.      That is correct.

11          Q.      After that period, it appears that there

12   are no other numbers other than zeros?

13          A.      That is correct.

14          Q.      So that would reflect, at least

15   according to this monthly data reporting, he was

16   current for each of those months?

17          A.      Yes.

18          Q.      Is there a compliance condition code on

19   this report?

20          A.      Yes, there is.

21          Q.      What is it?

22          A.      XB.

23          Q.      How about the prior month, for the

24   reporting period February 2015, is there an XB code

25   there?

Lyew, Sandra                                    August 28, 2015

137

1       A.      Yes, there is.

2       Q.      It looks like there is an XB code for

3   the next series of pages, 641 through 645, and that's

4   for the reporting period November 2014 through

5   March 2015; is that accurate?

6       A.      Yes.

7       Q.      At the beginning of the deposition you

8   were asked about background or qualifications for the

9   credit analysts.  What -- from a very broad

10  perspective, what training do those new-hire analysts

11  receive?

12      A.      It's a one-month training, two weeks

13  class training, and an additional two weeks shadowing

14  training.

15      Q.      Okay.  So the first two weeks is in a

16  classroom.  What is the substance of that classroom

17  training?

18      A.      How to operate the OCWEN system,

19  policies and procedures for credit reporting, as well

20  as -- as well as for credit reporting.  I did say

21  that, credit reporting.  And for e-Oscar.

22      Q.      And then after the classroom, you said

23  shadowing.  What do you mean by shadowing?

24      A.      Yes.  They sit down with a most current

25  credit reporting analyst for additional training as

Lyew, Sandra                                        August 28, 2015

138

1   far as how they operate.

2        Q.    After the two-week classroom training,

3   two-week shadowing, and that individual goes live in

4   the system, is there any further training or

5   supervision of that individual?

6        A.    Yes.   There is always ongoing training,

7   whether it's online training within the company, for

8   continuous training on policy and procedures, as well

9   as codes and things like that.

10       Q.    What about a quality control program?

11  Is there any supervision of the actual work these

12  people are doing when they undertake a credit dispute

13  review?

14       A.    Yes.   There is a supervisor for teams

15  that they have.   I'm not sure how many number of

16  teams are in that department that handle different

17  functions, as well as consumer escalation, which

18  means -- also means ombudsman escalation.

19       Q.    When you say ombudsman escalation, I

20  think we saw some of that in the notes.   What is

21  that?

22       A.    They deal with the actual consuming; for

23  instance, from the Credit Financial Protection

24  Bureau.

25       Q.    There was some testimony about an

Lyew, Sandra                                    August 28, 2015

139

1    opening date.  So I wanted to have you explain,

2    what's the deal with this opening date?  There was a

3    change in the opening date.  How does that work or

4    how did that occur?

5        A.     The reason for the change for the

6    opening date, because it was reviewed, looks like,

7    according to the notes, around the time the loan was

8    being reinstated, and additional, I want to say,

9    quality assurance was done, and it was noted that the

10   account opening date was incorrect from the prior

11   servicer based on the documents that we have in our

12   business records, which includes the note, the

13   mortgage.

14       Q.     Would that change appear in the monthly

15   data reporting?

16       A.     It would show -- it would show the

17   change in the monthly reporting, in that the credit

18   reporting department uses; however, the changes

19   cannot be made by the credit reporting department.

20   It has to be made by the loan setup department.

21              MR. NOLAN:  I'm sorry.  Can you repeat

22   that?

23              THE WITNESS:  It has to be -- the

24   accounts are not altered as far as opening dates.

25   Anything dealing with the loan information by the

Lyew, Sandra                                August 28, 2015

140

1    credit reporting gets -- an email is sent, as well as

2    coded in the notes to the setup department to make

3    that change.

4    BY MR. MANNING:

5        Q.     If you can look at Exhibit 26 on

6    page 606, Bates stamped at the right-hand is 606,

7    you'll see there is a date opened, about halfway down

8    the page, August 26, 1999?

9        A.     Yes.

10       Q.     And then on the next page, 607, it says

11   date opened July 20th, 1999?

12       A.     Yes.

13       Q.     So is that -- does that reflect the time

14   period in which this opened date changed in the

15   system as it was reported to the CRAs?

16       A.     It was changed within that time

17   between -- yes, between March 31st, 2012 and

18   April 30th, which was then reported with the correct

19   open date because, due to the reinstatement, the

20   borrower reinstated the account to bring it back

21   current.

22       Q.     So in March 2012 that open date changed.

23   What was the status of the borrower's account at that

24   time?

25       A.     It brought the -- at April 30th, 2012,

Lyew, Sandra

August 28, 2015

141

1  because it's still reporting as of March, it would

2  still show as delinquent; however, reporting period

3  for May 31st, 2012 it would show the loan as current.

4      Q.     Okay.  So for the record, when you say

5  reporting period April 30th, 2012 it's being reported

6  as delinquent, that's the number 4 for the March 2012

7  account history box, right?

8      A.     That is correct.

9      Q.     So at that point in time when the

10 opening date changed, the account was 120 days late?

11     A.     That is correct.

12     Q.     And then the next month Mr. Daugherty

13 brought the account current, and OCWEN for its part

14 on its monthly data reported him as current?

15     A.     That is correct.

16     Q.     Okay.  Knowing how OCWEN is reporting it

17 and the fact that Equifax was reporting it

18 incorrectly, what were you able to determine as the

19 cause of Equifax's error?

20            MR. NOLAN:  Objection.  Calls for a

21 legal conclusion.

22 BY MR. MANNING:

23     Q.     What, if anything, according to your

24 review of the documents, were you able to determine

25 was the cause of this inconsistency with Equifax's

Lyew, Sandra                                        August 28, 2015

142

1   credit reporting?

2        A.     **There is no inconsistency how OCWEN was**

3   **reporting.  The only thing that changed was the open**

4   **date on the account.**

5        Q.     How did the CRAs interpret that open

6   date change?

7             MR. NOLAN:  Objection.  Speculation.

8   BY MR. MANNING:

9        Q.     If you can tell based on your review of

10  the documents, did the three national credit

11  reporting agencies all interpret that opening date

12  the same?

13       A.     **All except for Equifax apparently.**

14       Q.     And what did Equifax interpret

15  differently?

16       A.     **They added a trade line.**

17       Q.     When you say they added a trade line,

18  what do you mean?

19       A.     **Based on my review.**

20       Q.     Right.  What do you mean by that?

21       A.     **They are showing two accounts under the**

22  **same loan number, under Equifax, when Experian and**

23  **TransUnion did not.**

24       Q.     Is that reporting by Equifax something

25  that OCWEN can control?

Henderson Legal Services, Inc.

202-220-4158                    www.hendersonlegalservices.com

Lyew, Sandra

August 28, 2015

143

1      A.      No.

2      Q.      Did Equifax ever tell -- according to

3  any of these documents that have been produced, did

4  it ever tell OCWEN that it was reporting this trade

5  line twice?

6      A.      No.

7      Q.      According to any of the documents that

8  you've seen produced by the plaintiff or any other

9  defendant, did Mr. Daugherty ever tell OCWEN that

10 Equifax was reporting the same account twice on his

11 credit report?

12     A.      No.  **Mr. Daugherty complained that**

13 **Equifax is reporting or did report or is reporting**

14 **inaccurate or not reporting correctly and showing him**

15 **as late when he is not.**

16     Q.      There were a number of documents that

17 you were shown that were produced by Equifax.  Do you

18 recall that?

19     A.      Yes.

20     Q.      I'm going to see if I can just pull

21 these together.  It looks like it was Exhibit 7, 8,

22 11, 12, 13, and 14.  I've got them here.  I just want

23 to make sure I've got the numbers right.  So

24 Exhibit 7, 8, 11, 12, 13, and 14 all at the top have

25 this Equifax Credit Information Services header with

Lyew, Sandra                                      August 28, 2015

144

1     a statement Automated Consumer Dispute Verification.

2     Do you see that?

3          A.     Yes.

4          Q.     Okay.  So you were asked a number of

5     questions about these.  Are these OCWEN's documents?

6          A.     No.

7          Q.     Does OCWEN have any control over these

8     documents?

9          A.     No.  And I've stated that earlier.

10         Q.     Does OCWEN have any input as to how

11    Equifax creates, generates, or maintains these

12    documents?

13         A.     No.

14         Q.     For example, you were asked about this

15    box here that says verified as reported, where it's

16    checked.  It appears to be a form on each of these.

17    Is that something that OCWEN controls?

18         A.     No.

19         Q.     Similarly, with these disputes, dispute

20    1, dispute 2, just because it appears on this

21    document does that necessarily mean it appeared in

22    what was transmitted to OCWEN?

23         A.     No.  They have verified based on the

24    comment notes.  So I retract.  They have based in

25    their comment notes, as well as part of the ACDV,

Lyew, Sandra                                            August 28, 2015

145

1    that the account has been verified showing that it's

2    Mr. Daugherty's account.

3         Q.    Right.   And let me -- let me clarify

4    that.  So when you say it's been verified -- let's

5    look at one of these ACDVs.  Exhibit 18 is one of

6    them.  I just want to make sure our terminology is

7    consistent.

8              So you say -- do you have 18 in front of

9    you?

10        A.    18?  That's the notes.

11        Q.    So here, if you look at the top of this

12   ACDV, it's got a Bates stamp 1349 and 1350.  It says

13   dispute information.  Dispute code 001, not his/hers.

14   Provide or confirm complete ID.  Do you see that?

15        A.    Yes.

16        Q.    So when this ACDV is received, this

17   request from, in this case -- I guess it doesn't

18   say -- from the CRA, that is what OCWEN is being

19   asked to do, correct?

20        A.    Yes.

21        Q.    Okay.  So when it says provide or

22   confirm complete ID, that's the inquiry that OCWEN is

23   tasked with undertaking, correct?

24        A.    Yes.

25        Q.    So from a very high level, when OCWEN

Lyew, Sandra                                    August 28, 2015

146

1    receives that inquiry how does it handle that

2    dispute?

3        A.      Based on the dispute code, not his or

4    hers, provide or confirm complete ID, so provided a

5    complete ID confirming that this account belongs to

6    the borrower.

7        Q.      And then when you refer to the comment

8    log, which is marked as Exhibit 5, and you said it

9    was verified, that's what you're referring to, that

10   it was verified as to that dispute, correct?

11       A.      That is correct.

12       Q.      Could you pull out Exhibit 22, please?

13   This is that second AUD that was sent.  And it's

14   dated at the bottom July 2nd, 2014.  Do you have that

15   in front of you?

16       A.      Yes.

17       Q.      Okay.  So on this form it says -- OCWEN

18   is sending in an AUD.  What is the effect of that

19   when it's sent into the e-Oscar system?  What happens

20   to it?

21       A.      What happens to?

22       Q.      To the information on the form.

23       A.      The AUD -- the universal data form?

24       Q.      Yes.

25       A.      It gets sent -- it gets sent to all

Lyew, Sandra

August 28, 2015

147

1    bureaus.

2         Q.      So this -- the same information on this

3    goes through e-Oscar to all of the bureaus, right?

4         A.      Yes.

5         Q.      So that would mean Equifax would be

6    receiving it, as well?

7         A.      That is correct.

8         Q.      All right.  So on this AUD it has

9    account information.  Do you see the section about

10   account information?

11        A.      Yes.

12        Q.      And it lists amount past due.  Do you

13   see that?

14        A.      Yes.

15        Q.      What's the amount that's listed as being

16   past due?

17        A.      Zero.

18        Q.      What's the account status below that

19   listed as?

20        A.      Eleven.

21        Q.      Do you know what that code stands for?

22        A.      I don't quite know.  I believe it's

23   current, but -- oh.  Current based on the ACDV.  Yes.

24        Q.      Okay.  So at this point in this AUD

25   OCWEN is telling the CRAs again that this is a

Lyew, Sandra

August 28, 2015

148

1    current zero dollar past due account, right?

2        **A.**    **Yes.**

3        Q.    And that information also appears in the

4    account history below, right?

5        **A.**    **Yes.**

6        Q.    And how did you do this account history

7    where it has these numerals again -- we looked at

8    this earlier on the last exhibit, the monthly data

9    tape, Exhibit 26.  Is that the same account history

10   information that's being reproduced here as from the

11   monthly data tape?

12       **A.**    **Yes.**

13       Q.    In this account history on this AUD,

14   does it identify the borrower as being late any time

15   in the last, looks like, 24 months?

16       **A.**    **No.**

17       Q.    So if a CRA continued to report this

18   account as being past due or late, it would be

19   inconsistent with what OCWEN is saying in this AUD,

20   right?

21       **A.**    **Yes.**

22       Q.    And does OCWEN have any control over

23   what that CRA reports?

24       **A.**    **No.**

25       Q.    Could you turn back to Exhibit 5,

Lyew, Sandra

August 28, 2015

149

1    please?  This is the comment log.  You had mentioned

2    this -- I can't remember if I'm pronouncing it

3    right -- Consumer Ombudsman office?

4         A.    Yes.

5         Q.    Turn to OLS 1722, please.  There is a

6    notation here from the office of the Consumer

7    Ombudsman for OCWEN.

8         A.    Okay.

9         Q.    So on the entry for April 8th, 2014

10   there is what appears to be a reproduction of a note

11   from that office; is that right?

12        A.    Yes.

13        Q.    And it appears to be a response, but who

14   is -- based on your review of these documents, who is

15   this response directed to?

16        A.    To the Consumer Financial Protection

17   Bureau.

18        Q.    Okay.  And so from that entry, right

19   below where it says Consumer Financial Protection

20   Bureau dispute completed, could you read that --

21   those three paragraphs, and then I'll ask you a

22   question about it?

23        A.    The office of the Consumer Ombudsman for

24   OCWEN Loan Servicing, LLC would like to take this

25   opportunity to respond to your recent concern

Henderson Legal Services, Inc.

202-220-4158                    www.hendersonlegalservices.com

Lyew, Sandra

August 28, 2015

150

1    regarding the referenced loan.

2            The Consumer Ombudsman was created to

3    provide OCWEN customers with a resource to assist

4    with unresolved concerns and issues.  OCWEN is

5    obligated to report the loan accurately to the credit

6    bureaus based on the contractual due date.

7            Further, if payments are not received

8    within the 30 days of the month, then the account

9    would be reported as delinquent.  The March -- the

10   March 26, 2013 payment was received on April 30th,

11   2013, which was 30 to 59 days past due; therefore,

12   the credit reporting is valid.

13           A further review indicates that on

14   March 21st, 2014 our office submitted a request to

15   the four major credit reporting agencies:  Equifax,

16   TransUnion, Experian, and Innovis, to reflect the

17   current balance on the loan in the amount of

18   80,499.78.  The confirmation number for this

19   electronically submitted update is 69189581.  OCWEN

20   reports to Equifax, TransUnion, Experian, and

21   Innovis.  These bureaus provide information to the

22   local credit bureaus to update and current -- and

23   collect the credit file.  Unfortunately, OCWEN is

24   unable to control when the credit reporting agencies

25   will update their records.  In the interim you may