Lyew, Sandra

August 28, 2015

151

1    use this letter as evidence that the request has been

2    submitted.

3         Q.    That's good.

4              So that -- there is a bunch of things in

5    there.  One thing that I wanted to ask about is this

6    is identifying a second AUD.  So we talked about one.

7    But this appears to be identifying a second one

8    because it has a different control number.  Is that

9    your understanding?

10        A.    Yes.

11        Q.    So that AUD is something that we haven't

12   seen produced in this case.  Have you seen it?

13        A.    No.

14        Q.    Okay.  The date of this is -- so this is

15   in the April 2014 time period.  And Mr. Nolan had

16   asked you some concerns in terms of sequential

17   timing.  This was shortly after the letter from the

18   borrower.  Do you recall that letter?

19        A.    Yes.

20        Q.    So I'll show you the letter.  It's

21   Exhibit 15.  And keep that Exhibit 5 open, because

22   I'm going to ask you another question about it.  But

23   Exhibit 15 is the letter that was sent by

24   Mr. Daugherty to the research department?

25        A.    Yes.

Lyew, Sandra                                    August 28, 2015

152

1          Q.      And in it he says that he's got --
2     Equifax -- this is a quote from the letter --
3     "Equifax showing that we owe a total of $168,750."
4                  Maybe it will help if you have the
5     letter.
6          A.      Okay.
7          Q.      So it's like midway through -- right
8     here.  Do you see where Mr. Daugherty is saying that?
9          A.      Yes.
10         Q.      But if you turn to two documents further
11    back in that same exhibit, it's OLS 574, where it
12    shows the account balance that's being reported by
13    Equifax.  It appears to indicate a balance of
14    $85,000 --
15         A.      I'm looking at what he mailed in.  I'm
16    sorry.
17         Q.      That's okay.
18         A.      Okay.
19         Q.      So he's circled it on page 571.  And the
20    arrow -- and just above that arrow it has a balance.
21    Do you see that balance amount?
22         A.      I see it.
23         Q.      And the amount is about 85,000 and
24    change, right?
25         A.      Yes.

Lyew, Sandra

August 28, 2015

153

1    Q.    So that's inconsistent with what this

2    letter says, right?

3    A.    Yes.

4    Q.    And when a borrower makes a

5    representation in a letter, OCWEN has an obligation

6    to investigate it?  They just can't take the borrower

7    at their word, correct?

8    A.    Correct.

9    Q.    Then he's pointing to -- 574, there is

10   also another circle with a bunch of arrows.  It

11   appears to be pointing to March through December of

12   2013.  Do you see that?

13   A.    Yes.

14   Q.    So he's saying it's inaccurate that he

15   was reported as late.  I can't make out the document,

16   but, if you look at the letter, the letter shows he

17   was late in 2013?

18   A.    Yes.

19   Q.    So that would be another inconsistency

20   with his letter, right?

21   A.    Yes.

22   Q.    So when it's saying that he's being

23   reported by Equifax as late April through December,

24   in this Exhibit 5 comment OCWEN is responding that

25   there was only one month in that time period that was

Lyew, Sandra                                    August 28, 2015

154

1    late, and that was March 2013, right?

2         A.    **March and June.  In June I believe he**

3    **was 30 days late.**

4         Q.    Let's look back to this monthly data

5    tape, which is Exhibit 26.  It would have been

6    June 2013, which I believe is -- would that be 621?

7         A.    **Yes.  So I was right.  May.  May he was**

8    **30 days past due.  As of March 2012 his loan was**

9    **delinquent and in foreclosure proceedings at that**

10   **point.**

11        Q.    Well, I'm asking specifically about

12   2013.  So --

13        A.    **Oh.  2013.**

14        Q.    Yes.  So March, you'll see that

15   Mr. Daugherty states he was late March 2013 in this

16   letter marked as Exhibit 15, which is different from

17   what he's representing in the Equifax report.  But

18   now I'm asking you about 2013.

19        A.    **Okay.**

20        Q.    Were there any other months -- you had

21   maybe June when he was late.  Does it appear that

22   OCWEN reported him as late in June of 2013?

23        A.    **No.  It was March 2013.**

24        Q.    Okay.  How do you know that?  What are

25   you looking at, for the record?

Lyew, Sandra                                      August 28, 2015

155

1      A.      I'm looking at the history, the account
2  history information.
3      Q.      And that's Exhibit 26?
4      A.      Page 619.
5      Q.      Okay.  There were a number of instances
6  in which OCWEN responded to customer disputes; is
7  that fair to say?
8      A.      Yes.
9      Q.      And a number of those disputes were
10 repetitive or duplicative, right?
11     A.      Yes.
12     Q.      Nonetheless, OCWEN undertook an
13 investigation for each one of them?
14     A.      Yes.  OCWEN did it.
15     Q.      And that has a cost associated with it,
16 right?
17     A.      Yes.  And can I say for the record that
18 as of page 635, which is for May -- May 1st, 2014
19 removed the late, 30-day late, for March 2013.
20     Q.      Okay.  So I'm there now.  How do you
21 know that?
22     A.      Because it's showing on the account
23 information and OCWEN's records.
24     Q.      Okay.
25     A.      And so that's how -- if there was

Lyew, Sandra                                          August 28, 2015

156

1    changes made at that point, that's what would have

2    been sent to the credit bureaus.

3         Q.     Do the credit analysts at OCWEN have

4    access to these screen shots, the monthly reporting

5    data, which has been marked as Exhibit 26, when

6    they're undertaking their review?

7         A.     Yes.

8         Q.     So is that part of the review process if

9    that dispute is identified regarding things like

10   account history or account information?

11        A.     Yes.  And dealing with credit reporting

12   based on the amount of disputes that comes -- came in

13   per month on this account.

14        Q.     You mentioned a number of systems, but,

15   when a credit analyst receives the dispute, what

16   information is available to them as part of their

17   investigation of that dispute?

18        A.     Real Servicing, which is the OCWEN

19   system.

20        Q.     Before you move on, tell us what type of

21   information is available on Real Servicing.

22        A.     The payment history.  Retrieving the

23   payment history.  Reviewing the payment history.

24   Reviewing the notes in the system.  Again, should

25   they have the capability of reviewing based on their

Lyew, Sandra                                      August 28, 2015

157

1    authority for OCWEN -- for any additional
2    information, like escrow.
3         Q.    So that's --
4         A.    Normally it's payment history and loan
5    history in regards to the account.
6         Q.    That's Real Servicing.  And then are
7    there other systems or programs available?
8         A.    They have the system that was once
9    called CIS.  It's now called The Vault, which has the
10   imaging documents of the borrower's account, and the
11   mortgage origination, closing documents, any
12   correspondence received, sent out by OCWEN.
13        Q.    So the Real Servicing, CIS, also known
14   as The Vault.  Any other systems or programs
15   available?
16        A.    The credit reporting also, again
17   e-Oscar, which does the communication to credit
18   bureaus.
19        Q.    On this loan there was an additional
20   system or systems because it was a
21   Litton-formerly-serviced account.
22        A.    Yes.
23        Q.    What were those systems called?
24        A.    RADAR and LSAMS.
25        Q.    Okay.  But would that be available for

Lyew, Sandra                                          August 28, 2015

158

1    any account or would it just be available for Litton

2    accounts?

3        A.    No.   Just the Litton -- Litton is the

4    only company.

5        Q.    So as part of the training policies,

6    practices, the credit analyst is to review all the

7    systems -- all available information in order to

8    determine the response to the dispute?

9        A.    To conduct the full investigation to

10   respond to the dispute.

11       Q.    There were a number of -- obviously

12   there was a number of disputes in this case.  And

13   there are notes pertaining to those disputes.

14   Sometimes the notes appear to be incomplete.  Do the

15   notes reflect everything that is being done or what

16   is being transcribed in these notes?

17       A.    In most cases they verified on what they

18   did in order to verify that this account belongs to

19   Mr. Daugherty.

20       Q.    If the dispute was more than what is an

21   01, not his, not hers, if there was something

22   additional, would there be an additional inquiry?

23       A.    Inquiry in the note log?

24       Q.    By the credit analyst to respond.

25       A.    Yes.   So if the ACDV was received with

Lyew, Sandra                                   August 28, 2015

159

1    more than one dispute, that's how they would go ahead

2    and investigate, based on each dispute that is

3    received.

4         Q.    So I'll give you an example.  Exhibit 17

5    is an ACDV response.

6         A.    I have one.

7         Q.    And this has a different code.  This one

8    is -- it's not the 001, not his.  It's 106.  And it's

9    described as disputes present/previous account

10   balance, payment history profile, payment rating.

11   And then the instruction is verify payment history

12   profile, account status, and payment rating.

13        A.    Yes.

14        Q.    And each of those is a field; is that

15   right?

16        A.    Yes.

17        Q.    So specifically this dispute is asking

18   OCWEN to verify the payment history profile, the

19   account status, and the payment rating; is that

20   right?

21        A.    Yes.

22        Q.    So if you go towards the bottom, account

23   status, it has been filled in with an 11 code, as

24   current account; is that right?

25        A.    Yes.

Lyew, Sandra                                        August 28, 2015

160

1        Q.      And that's different from what was sent

2    to OCWEN; is that right?

3        A.      **Yes.  Different from the request.**

4        Q.      Okay.  So that means somebody at OCWEN

5    reviewed the information after an investigation, they

6    responded with an update on this form, right?

7        A.      **Yes.**

8        Q.      Okay.  The next thing is payment rating.

9    There was no payment rating in this request, correct,

10   under account information?

11       A.      **No.**

12       Q.      It's blank on the request side?

13       A.      **Yes.**

14       Q.      Okay.  So then the third thing that's

15   being specified here is account -- we already did

16   account status -- payment history profile.  So if we

17   turn to the account history, which is on the second

18   page, do you see the account history profile there?

19   It's that table about middle of the page.

20       A.      **Yes.**

21       Q.      So it has a list of years.  And just for

22   the record, this is Bates 1344.  It is -- the white,

23   again, is the requested information, and that's the

24   information that came over through e-Oscar to OCWEN

25   from the CRA, and then the gray is OCWEN's response;

Lyew, Sandra                                        August 28, 2015

161

1     is that right?

2          A.     Yes.

3          Q.     Okay.  So in 2013 you've got a number of

4     white and gray boxes.  If we look at really 2014 and

5     2013, there isn't a single gray box indicating late,

6     except for March 2013; is that right?

7          A.     Yes.

8          Q.     And that's different from the request

9     data?

10         A.     The request data?

11         Q.     The white boxes.

12         A.     Yes.  Yes.

13         Q.     The white boxes have either the number 4

14    or the letter D in them, do you see that?

15         A.     Yes.

16         Q.     And then the gray boxes for those same

17    two years, 2014 and 2013, have zeros in every box,

18    with the exception of March 2013 which is a 1?

19         A.     That is correct.

20         Q.     So that reflects that OCWEN has

21    responded that the information that came over from

22    the CRA showing late of 120 days should be updated to

23    being current?

24         A.     Yes.

25         Q.     And those were the three fields that are

Henderson Legal Services, Inc.

202-220-4158                    www.hendersonlegalservices.com

Lyew, Sandra

August 28, 2015

162

1    identified on this dispute code 1 on page 1, Bates

2    1343, right?

3         A.    Yes.

4         Q.    What was the date of this ACDV response?

5         A.    April 24, 2014.

6               And just to reflect back to March,

7    30-day, 2013.

8         Q.    Yes.

9         A.    It was removed; however, the reason why

10   it was -- it was marked as 30 days, because the

11   borrower did send a payment in; however, it was

12   returned due to insufficient funds.

13        Q.    So did OCWEN -- was OCWEN required to

14   change that from late to current?

15        A.    No.  They're not required to do that.

16        Q.    Then why did they do it?

17        A.    I don't know.  I personally would have

18   left it.

19        Q.    Because it was late, but perhaps as --

20        A.    Yes.

21        Q.    -- an accommodation to the borrower?

22        A.    Yes.

23        Q.    Based on your review of these documents,

24   were there any monthly data tapes that were reported

25   by OCWEN to the CRAs that were inaccurate?

Lyew, Sandra                                      August 28, 2015

                                                              163

1        A.      No.

2        Q.      Okay.   That's all the questions I have.

3   Thank you.

4                      EXAMINATION

5   BY MR. NOLAN:

6        Q.      I just have a couple of quick

7   follow-ups.

8                You discussed policies and procedures

9   and training.   Are these written down somewhere at

10  OCWEN?

11       A.      Yes.

12               MR. NOLAN:   Can you-all provide those to

13  us, so we can review them, pursuant to our discovery

14  request?   I believe we've requested those.

15               MR. MANNING:   I'll make a note of that.

16  BY MR. NOLAN:

17       Q.      I wanted to follow up, too, about the

18  changing of the date open.   Look at Exhibit 5 of the

19  comment log on page 1644.

20       A.      Yes.   The date change was April 30th,

21  2012.

22       Q.      It's noted here -- SU is the code.   Is

23  that the department that would be reviewing this?

24       A.      Setup.

25       Q.      Setup?

Lyew, Sandra                                    August 28, 2015

164

1          A.       Yes.

2          Q.       Where is setup in relation to credit

3     reporting?

4          A.       Setup is when the loans are transferred,

5     it goes to the loan setup department as part of the

6     transfer boarding process.

7          Q.       So setup noticed a discrepancy in the

8     open date and kindly made correction in RS is their

9     note here.  Is that research?

10         A.       Yes.

11         Q.       So setup requested that research change

12    the date open on the account from August to July?

13         A.       The email -- the response probably came

14    from the research department to -- in regards to the

15    open date being in error by the prior servicer.

16         Q.       And so --

17         A.       And sent it to setup to make the

18    changes.

19         Q.       Okay.  So research asked setup to make

20    these changes?

21         A.       Yes.

22         Q.       And then what would setup have -- how

23    would they have made that change?

24         A.       They have -- they're the only ones that

25    have access to make that change to the loan history

Lyew, Sandra                                                    August 28, 2015

165

1    in Real Servicing.

2         Q.      And then what would have happened to

3    that prior open date?

4         A.      And that's based on the business

5    records, the note, the mortgage, is dated -- it has

6    to go -- the open date is the date of the note, the

7    mortgage.

8         Q.      And it had been reported incorrectly up

9    to that point by Litton, correct?

10        A.      That is correct.

11        Q.      And so when setup makes that change,

12   what happens to the prior date?  Do they just

13   override a field in a spreadsheet?  How do they

14   effectuate that change?

15        A.      The date gets corrected in the system,

16   and they notify that the changes have been made, and

17   then it's when it's time to report, the next

18   reporting date to -- through e-Oscar to the bureaus,

19   it will identify the correct open date.

20        Q.      Okay.  Exhibit 26, I just quickly wanted

21   to ask, page 645, the last page -- it's the one you

22   went over with Mr. Manning.  What does the D indicate

23   or -- in the account history where there are numerals

24   and letters and there is a code for D, what does

25   that --

Lyew, Sandra                                              August 28, 2015

166

```
 1          A.      The D was dispute.

 2          Q.      Okay.  And then what does a B indicate?

 3          A.      I don't remember what B is.  I think

 4   those -- I can only assume that those months were not

 5   being -- those months did not get reported, but

 6   that's, you know, guessing based on -- based on 2009

 7   through 2011, prior to OCWEN receiving it.

 8          Q.      So that would be Litton's reportings

 9   during that time?

10          A.      Yeah.  Prior to OCWEN.

11          Q.      And the information just didn't transfer

12   when the loan got transferred?

13          A.      It has a separate trade line.

14          Q.      Okay.  That's it.  We're done.

15          A.      Done?

16                  MR. MANNING:  Okay.  Nothing else from

17   me.

18                  We're going to read and sign.

19

20                  (Whereupon, the deposition was concluded

21          at 3:40 p.m.)

22

23

24

25
```

Lyew, Sandra                                    August 28, 2015

167

```
1               ACKNOWLEDGMENT OF DEPONENT

2

3            I, _____, do hereby

4    acknowledge that I have read and examined the

5    foregoing testimony, and the same is a true, correct

6    and complete transcription of the testimony given by

7    me, and any corrections appear on the attached Errata

8    Sheet signed by me.

9

10

11   _____      _____

12      (DATE)            (SIGNATURE)

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Lyew, Sandra

August 28, 2015

168

1                    C E R T I F I C A T E

2

3    COMMONWEALTH OF VIRGINIA,

4    CITY OF NORFOLK, to wit:

5

6             I, Penny C. Wile, RPR, RMR, CRR, a

7    Notary Public in and for the Commonwealth of

8    Virginia at Large, do hereby certify that the

9    foregoing deposition was duly taken and sworn to

10   before me at the time and place in the caption

11   mentioned, and that the deposition is a true record

12   of the testimony given by the witness.

13            I further certify that I am neither

14   attorney or counsel for, nor related to or employed

15   by any of the parties to the action in which this

16   deposition is taken, nor am I a relative or employee

17   of any attorney or counsel employed by the parties

18   hereto, nor am I financially interested in the

19   action.

20            Given under my hand this 8th day of

21   September, 2015.

22

23            _____

24                    Notary Public, #212528

25   My Commission expires:  January 31, 2017

Lyew, Sandra

August 28, 2015

1

**A**

able 6:22 9:12
23:4 25:2
69:5 70:6,18
71:14 75:19
75:22 79:13
79:23 80:2,8
80:9 81:8,16
92:2 141:18
141:24
aboverefere...
99:10
ac 21:13 46:23
accept 66:9
access 22:25
23:13,20,23
23:24 77:22
79:24 80:7,8
80:9 156:4
164:25
accessed 24:6
accommoda...
162:21
account 10:25
11:14 12:1,7
12:13 13:12
15:20 16:13
16:15,16,16
16:20 21:23
22:15 27:2,2
28:7 29:8,9
29:23 30:4,9
30:11,18,20
31:5,11,13
31:17,17,18
31:21 32:4,8
32:12 33:3
33:19 35:1
40:12,13
50:8 54:5,8
55:9,24 56:1
56:12,14
57:5 58:8,14
58:20,22

59:11,24
68:16,16
70:12 71:15
72:18,22
73:9,15 75:8
76:19,22
77:24 81:17
81:21 83:7
83:14 84:8
84:11 85:4,5
85:11,15,24
85:24 86:17
86:20 87:3
87:23 88:7
89:20 90:1
90:17 91:1
91:12,14,17
92:4,10,13
93:2,4 95:15
95:25 96:16
97:20 98:24
101:12 104:3
104:10,16
105:5,6,9,13
105:21
106:14,16,18
106:18 107:4
107:9 109:7
109:17,19,24
111:24
112:15,15
114:16
115:24
116:23
117:11
119:23 120:5
120:12,14,25
121:4,15
122:3,17
127:7,7,8,9
127:11,18,23
128:11
129:20 130:8
130:9 133:2

133:19
134:25
135:15,18
139:10
140:20,23
141:7,10,13
142:4 143:10
145:1,2
146:5 147:9
147:10,18
148:1,4,6,9
148:13,18
150:8 152:12
155:1,22
156:10,10,13
157:5,10,21
158:1,18
159:9,12,19
159:22,24
160:10,15,16
160:17,18
164:12
165:23
accounts 9:7
32:20 33:6
59:7 73:22
139:24
142:21 158:2
accurate 55:1
62:21 70:7
89:25 112:16
114:4 115:21
129:21 137:5
accurately
40:16 96:16
98:18 109:17
110:4 112:21
113:20
118:16 119:5
119:6 121:14
121:15 150:5
acdv 3:21,22
3:24 4:3,4,5
4:6,12,13,14

4:17,20,21
19:19 20:2,5
20:12,23
21:13 26:3,4
26:8,11,11
26:18,23,24
27:6,8,23
28:2,4,15
30:1 31:7
36:24 38:17
45:5,11 46:3
46:12,13,24
49:7,20 63:5
64:10 65:3
66:23 68:9
72:7,9 74:22
78:20 88:6
91:25 95:9
103:16
105:10 108:4
113:5 115:17
120:1 122:7
126:20
129:17 130:4
144:25
145:12,16
147:23
158:25 159:5
162:4
acdvs 36:17
36:24 45:10
63:10 66:17
66:20 79:7
80:15 133:16
145:5
acknowledge
167:4
acknowledg...
12:8
acknowledg...
12:7 43:8
96:23 167:1
acquired
22:24

action 1:6
168:15,19
actual 9:7,9,13
15:19 27:3
27:24 39:16
43:10 65:20
128:13
138:11,22
ad 28:11
add 24:12,13
added 31:12
142:16,17
additional
16:18 23:18
23:23 28:14
31:10 68:3
83:13 85:18
85:18 122:14
123:18
124:14,22
137:13,25
139:8 157:1
157:19
158:22,22
address 22:9
36:4 51:15
97:18
adjustable
128:14
advising 43:8
99:7 114:14
118:15
affect 113:20
affirmed 31:14
affirming
21:23
agencies
18:16 20:5
28:1 35:3
36:7 44:9
45:6 46:18
48:8 52:12
68:1 125:23
126:12

Lyew, Sandra

August 28, 2015

2

133:25
142:11
150:15,24
**agency** 10:22
11:3,7,19,22
18:1,8,12
19:8,11 22:5
22:11 25:25
26:7 27:8,23
28:21 31:8
35:14 36:16
52:15 68:6
99:16 126:17
**agencys** 20:16
26:14
**agent** 118:24
**agents** 79:7
**ago** 61:10
**agree** 58:20
**agreed** 126:25
127:1
**ahead** 52:1
63:6 78:7
88:10 90:22
104:19
117:12 125:1
159:1
**aid** 123:21
**akshatha**
86:14
**allocates** 9:11
**allowed** 25:8
**allwyn** 114:25
**altered** 66:24
139:24
**amount** 9:10
40:1 54:19
54:22 56:5
64:11,11
98:7 108:18
109:3 110:18
110:21 112:3
112:6 116:6
127:25

128:23
147:12,15
150:17
152:21,23
156:12
**amounts**
64:23 71:17
98:11,14,15
**analyst** 44:22
137:25
156:15 158:6
158:24
**analysts** 137:9
137:10 156:3
**analyzes**
14:12
**anjali** 72:5
74:4
**annual** 9:3
**annually** 7:20
**answer** 25:12
31:24 33:13
36:6 57:13
58:17 59:9
61:14 65:1
65:17 67:6
67:19 68:20
69:11 70:21
71:21 79:1
81:12 85:7
86:24 87:9
87:18 88:3
92:7 98:10
101:1 105:16
107:17 109:6
109:15
110:12 111:6
112:11,18
113:17
114:20 116:2
121:8,11
122:5 124:12
128:4,21
**answered**

57:12 85:22
100:25 121:7
**anyway** 29:20
**apologize** 5:23
42:11 52:4
72:6 76:7
**apparently**
142:13
**appear** 132:19
139:14
154:21
158:14 167:7
**appearances**
2:1
**appeared**
144:21
**appearing**
133:15
**appears** 41:13
51:22 53:3
59:14 91:9
93:16 101:25
106:15 131:1
134:14 135:3
136:11
144:16,20
148:3 149:10
149:13 151:7
152:13
153:11
**apply** 34:21
35:7
**applying** 33:3
**april** 4:15
45:14 100:4
101:14,16
102:8,9,13
102:15,17
104:20
106:24,25
109:8,21,23
111:15
114:15
117:10,17

122:23
135:25 136:1
140:18,25
141:5 149:9
150:10
151:15
153:23 162:5
163:20
**archived** 74:17
**area** 106:22
120:18
**arisen** 25:1
**arrears** 90:5,5
90:13 91:6,7
133:7
**arrow** 152:20
152:20
**arrows** 153:10
**asked** 5:24
57:11,14
59:4 100:24
111:19
113:11 117:3
118:20,20,24
121:7 123:9
126:7 131:8
137:8 144:4
144:14
145:19
151:16
164:19
**asking** 33:5
51:9 76:13
106:7 116:22
119:2 154:11
154:18
159:17
**assigned** 48:6
76:23 78:5
79:10
**assigns** 48:3
48:11
**assist** 150:3
**associated**

155:15
**assume** 8:24
8:25 10:9
25:25 29:11
48:24 83:5
122:23 166:4
**assumes** 92:6
110:11
113:15
**assumption**
15:13 115:9
**assurance**
139:9
**assure** 22:14
**attach** 21:3
123:12
**attached** 4:7
47:8 95:21
102:24 124:1
124:17
131:12 167:7
**attachments**
20:4
**attention** 29:6
**attorney** 11:15
168:14,17
**aud** 27:11,15
27:23 29:7
29:10 46:11
96:23 97:3,6
98:2 124:23
125:11
126:19
133:16
146:13,18,23
147:8,24
148:13,19
151:6,11
**audf** 28:9,14
28:17 29:5
29:11 125:6
127:20
**august** 1:18
5:6 37:24

Henderson Legal Services, Inc.

202-220-4158

www.hendersonlegalservices.com

Lyew, Sandra

August 28, 2015

3

39:6,11
54:12 68:16
129:17 140:8
164:12
**authority**
12:24 157:1
**authorized**
11:11,12,16
19:3
**automated**
19:20,24
26:5 27:11
36:18 45:22
46:10 51:19
66:7,9 69:25
88:22 133:16
144:1
**available** 37:7
156:16,21
157:7,15,25
158:1,7
**avenue** 2:15
5:7

**B**
**b** 1:15 3:8 4:1
5:1 166:2,3
**back** 17:22
18:17,25
20:10 22:4
25:24 26:7
26:11 27:9
29:15 46:5
49:19 50:13
51:25 52:6
52:14 53:14
58:6 60:11
60:14 65:4,6
66:16 67:22
67:25,25
71:25 72:3,4
77:1,9,20
82:9 83:10
83:20 86:7

88:6 90:1,21
90:22 91:21
92:1,2 100:6
100:18 101:8
103:23
105:13
109:19
110:21,23
111:25 112:2
112:7 113:7
114:7 115:11
118:3 125:10
126:6,10
127:3 140:20
148:25
152:11 154:4
162:6
**background**
14:10 15:12
44:21 88:12
137:8
**backgrounds**
14:3
**backwards**
43:6
**balakrishnan**
72:5 74:4
**balance** 97:16
98:1,8
117:11,19
150:17
152:12,13,20
152:21
159:10
**balances**
71:16 98:12
**balloon** 127:19
127:24,25
128:6,8,10
128:14,17,22
**ballpark** 7:22
9:1 35:11,19
**based** 12:21
13:11 14:6

14:18 16:11
17:12,23
20:7,15 21:7
21:13,18,18
21:19 22:5
25:6,8,17
26:6,23 27:3
28:13 30:18
31:11 32:1,1
32:21 34:24
35:1 36:9
37:13 40:12
40:14,20
44:24 45:4
48:9,9,14
54:24 55:24
57:15 58:23
59:14,25
60:15 63:14
65:9,18
67:23,24
68:12 69:21
70:17 81:7
81:13,17
84:13,21
85:16 87:12
88:5 91:16
91:24 92:10
92:14,17
96:14,18
98:24 99:3,4
101:3,3
104:13 105:4
105:17 106:5
106:13 108:5
120:19,24,25
121:23
128:12
131:10,17
139:11 142:9
142:19
144:23,24
146:3 147:23
149:14 150:6

156:12,25
159:2 162:23
165:4 166:6
166:6
**basically**
26:12
**basis** 9:3
66:19 121:13
**bates** 40:20
41:7 60:22
130:16 135:5
140:6 145:12
160:22 162:1
**beach** 1:17
2:16 5:8
14:20 44:25
**bear** 37:3
45:11
**beckley** 1:2
**beginning**
104:24 137:7
**begun** 88:1
**behalf** 1:16 5:2
5:12 11:13
32:2
**believe** 8:15
27:11 34:18
42:17 65:3
73:6 82:14
89:11 90:18
110:1 116:13
128:5 130:20
147:22 154:2
154:6 163:14
**belong** 22:15
**belongs** 16:13
16:20 17:5
17:15 21:24
57:5 146:5
158:18
**beyond** 17:19
**bit** 108:21
**blank** 50:15
51:12 107:19

128:18
160:12
**block** 53:15
87:4 105:14
**boarding**
164:6
**boards** 6:15
**bogged** 6:23
**borrow** 61:19
**borrower**
10:21 11:5
11:13,16,22
12:11 16:14
16:20 17:6
17:16,23
18:2,19,21
18:25 19:6
21:17,24
22:15 28:21
30:5 32:3,22
40:13 43:8
44:3 51:14
51:19 52:9
55:8,10 57:5
57:6 62:12
64:19 69:6
69:13,14
71:3 84:1
88:15,20,23
88:24 89:1
94:3,8,14
109:8,20
110:1 114:14
116:22
140:20 146:6
148:14
151:18 153:4
153:6 162:11
162:21
**borrowers**
11:1 12:25
16:16 18:10
21:15 22:8
28:7 36:3

Lyew, Sandra

August 28, 2015

4

52:19 55:9
88:8,20
95:15 122:3
140:23
157:10
**bottom** 39:4
41:12 43:19
43:22 47:22
73:13,24
83:9 87:4
95:14 106:13
107:10
116:14 120:6
130:8 134:13
135:13,20
146:14
159:22
**bouncing**
45:10
**box** 39:6 73:13
89:20 104:6
104:9 107:8
107:15,21,25
127:18,20,23
128:9,18
135:21 141:7
144:15 161:5
161:17
**boxes** 120:2
127:24 128:2
161:4,11,13
161:16
**brains** 126:20
**break** 6:5 82:5
129:7,9,11
**breaks** 6:6,12
**breeze** 6:22
**bring** 140:20
**broad** 137:9
**broader** 23:20
**broadly** 7:17
**broadwater**
2:5
**brought** 32:23

32:25 40:14
98:20 109:21
140:25
141:13
**bump** 78:7
**bumping**
51:25
**bunch** 151:4
153:10
**bureau** 28:12
28:13 29:18
43:21 50:13
50:15,22,25
51:10,13
52:8 61:18
65:4,7 78:10
79:19 99:11
99:18,25
100:2,8,9
101:11 102:2
102:13 105:2
105:5 106:11
109:18 110:4
113:7 114:14
119:7,20,23
120:9 121:17
122:7 124:14
127:4,16
133:11,23
138:24
149:17,20
**bureaus** 30:12
40:16 66:20
66:21 90:3
90:11 96:16
96:18 97:14
98:2,4
100:11
106:20
107:12
112:21,22
113:20
118:16,17
119:5,6

121:13,16
126:4 127:15
133:3 147:1
147:3 150:6
150:21,22
156:2 157:18
165:18
**burgess** 2:3
**business**
12:25 13:2
16:17 22:13
22:16,25
39:1,2,2
43:10 46:1,2
62:2 139:12
165:4
**butcher** 5:22

— **C** —
c 5:3 168:1,1,6
**call** 27:14,15
27:22 41:13
49:9 93:16
94:2 115:1
116:15,18
134:3
**called** 123:13
126:7,14
157:9,9,23
**caller** 93:21
**calling** 115:6
115:10
**calls** 33:8,10
67:5 128:20
141:20
**cant** 8:23 9:8
24:12,13
35:23 48:11
106:11
113:24 133:6
149:2 153:6
153:15
**capability**
156:25

**caption** 168:10
**car** 6:16
**case** 16:13
22:23,24
32:3,18
34:23 37:10
38:3 45:21
48:2 51:3
68:14 79:4
84:16 90:6
91:14 92:21
119:7 121:14
121:17
133:11
145:17
151:12
158:12
**cases** 158:17
**cause** 141:19
141:25
**cdv** 51:19
69:25 78:16
**center** 92:14
**central** 2:15
5:7
**certain** 21:7
24:4 28:8
60:3 111:23
113:4 118:14
**certify** 168:8
168:13
**cfpb** 100:16
102:10 103:5
113:11
122:12,14,22
123:9,11,17
125:10
127:12
**chance** 7:13
96:6
**change** 25:2
29:13 106:15
109:3 110:15
110:18,22

139:3,5,14
139:17 140:3
142:6 152:24
162:14
163:20
164:11,23,25
165:11,14
**changed**
108:13
110:24,24
111:1,3
140:14,16,22
141:10 142:3
**changes** 29:8
29:9 30:11
107:14
108:12
113:19
139:18 156:1
164:18,20
165:16
**changing**
163:18
**charge** 89:2,6
**check** 30:7,14
59:10 87:19
**checked** 59:5
62:1,2,11,16
64:21 69:16
69:20 71:4
84:2 144:16
**checking** 71:3
**chronology**
45:14
**circle** 153:10
**circled** 99:21
152:19
**circumstance**
32:11
**circumstanc...**
28:8
**cis** 62:16,16
62:17 64:21
69:16 71:4

Lyew, Sandra

August 28, 2015

5

| | | | | |
|---|---|---|---|---|
| 78:11 79:13 | 106:19 108:3 | 5:5 | 10:8,9 | 128:20 |
| 79:22 84:2 | 120:14 126:8 | **comment** | **compensation** | 141:21 |
| 157:9,13 | 129:20 134:7 | 36:23 41:1,6 | 10:14 | **condition** |
| **city** 168:4 | 134:14,15,17 | 45:10 46:5 | **complained** | 134:7,14,25 |
| **civil** 1:6 5:9 | 134:25 135:2 | 48:17 49:12 | 124:10 | 136:18 |
| **claim** 5:16 | 136:18,24 | 50:4 53:22 | 143:12 | **conduct** 15:21 |
| 111:2 | 137:2 145:13 | 57:15,16 | **complaint** | 16:12 31:2,5 |
| **claimed** | 146:3 147:21 | 69:22 72:3 | 45:4 117:10 | 34:5 92:24 |
| 107:21 | 159:7,23 | 73:9 74:20 | 123:22 | 106:5 131:20 |
| **claiming** 13:12 | 162:1 163:22 | 75:11 77:3 | **complaints** | 158:9 |
| 96:14 | 165:24 | 78:8 82:11 | 30:4 | **conducted** |
| **claims** 96:3 | **coded** 140:2 | 82:23 83:25 | **complete** 50:6 | 12:10 30:23 |
| **clarify** 24:3 | **codes** 21:7 | 86:13 87:11 | 68:10 71:12 | 50:11 77:24 |
| 42:11 145:3 | 33:4 34:14 | 88:10 93:11 | 123:19 | 79:2 |
| **class** 137:13 | 34:15,15,19 | 104:19 | 145:14,22 | **confirm** 27:1 |
| **classroom** | 49:3 51:1 | 118:13 | 146:4,5 | 29:12 50:6 |
| 137:16,16,22 | 54:17 60:8 | 119:21 122:9 | 167:6 | 52:21 71:12 |
| 138:2 | 77:15 78:4 | 144:24,25 | **completed** | 89:19 145:14 |
| **clear** 7:4 11:12 | 120:17 122:2 | 146:7 149:1 | 25:19 51:18 | 145:22 146:4 |
| 55:2 100:15 | 133:15 138:9 | 153:24 | 85:2 106:21 | **confirmation** |
| **closing** 16:18 | **coincide** | 163:19 | 115:18 | 150:18 |
| 22:20 23:3 | 126:19 | **comments** | 128:24 | **confirmed** |
| 23:21 39:17 | **collaborate** | 56:19 71:17 | 149:20 | 65:12 69:7 |
| 157:11 | 24:17 | 79:21,21 | **completes** | **confirming** |
| **code** 21:8 | **collect** 150:23 | **commercial** | 25:24 | 29:7 146:5 |
| 31:12,16 | **com** 2:9,10,18 | 8:16 | **compliance** | **confirms** |
| 32:8 33:3,7 | 95:21 | **commission** | 31:12,16 | 27:24 |
| 33:18 34:5 | **come** 6:12 | 168:25 | 32:8 34:5,23 | **conformity** |
| 34:22,24,24 | 8:22 9:2 | **commonwe...** | 34:24 108:3 | 36:2 |
| 35:1,7 47:23 | 10:21,25 | 5:4 168:3,7 | 134:7,14,25 | **confused** |
| 47:25 48:1,3 | 11:9 20:1 | **communicate** | 136:18 | 18:18 |
| 48:6,12,25 | 35:20 84:20 | 21:5 24:16 | **complied** | **consider** 35:6 |
| 49:4,6 51:20 | 131:16,19,20 | 26:1,2 | 41:10 | **considered** |
| 54:2,8 57:23 | **comes** 9:5 | **communicat...** | **composite** | 30:6 |
| 58:10,15 | 12:20 13:7 | 48:10 65:22 | 57:21 | **consisted** 71:2 |
| 63:9,13 | 19:17 21:14 | **communicat...** | **concern** 40:1 | **consistent** |
| 65:10 70:3 | 30:19 36:9 | 69:1 157:17 | 52:19 97:19 | 96:14 145:7 |
| 72:10,13,19 | 66:21 72:22 | **communicat...** | 149:25 | **consumer** |
| 73:8 74:23 | 84:19 85:17 | 18:15 19:13 | **concerns** | 18:6 19:21 |
| 75:14,17,20 | 106:6 109:18 | **company** | 150:4 151:16 | 21:3 25:7 |
| 76:2,23 77:6 | 156:12 | 138:7 158:4 | **concluded** | 28:11 29:17 |
| 77:12 80:16 | **coming** 6:16 | **comparing** | 17:23 62:20 | 31:20 45:22 |
| 104:2 105:3 | 7:13 20:9 | 60:10 | 166:20 | 46:10,19,20 |
| 105:3,4,21 | **commencing** | **compensated** | **conclusion** | 54:7 66:9,18 |

Henderson Legal Services, Inc.

202-220-4158
www.hendersonlegalservices.com

Lyew, Sandra

August 28, 2015

6

| | | | | |
|---|---|---|---|---|
| 99:8,11,17 | 64:4 69:19 | 39:7,11,13 | 89:21 90:20 | 136:10,13 |
| 99:25 100:8 | 69:25 70:4 | 40:2 41:20 | 91:15 93:22 | 140:18 141:8 |
| 101:5,10 | 79:10,11 | 42:7,15 43:5 | 93:25 94:1,4 | 141:11,15 |
| 102:12 | 82:24 84:5 | 44:7,10 49:7 | 94:7,15 95:1 | 145:19,23 |
| 114:13 124:2 | 96:24 97:3 | 49:20,23 | 95:2,4,23,25 | 146:10,11 |
| 124:5,13 | 104:21 | 50:2,4,9,16 | 96:4 97:16 | 147:7 153:7 |
| 127:4 138:17 | 112:21 | 52:10 53:2 | 97:20 98:1 | 153:8 160:9 |
| 144:1 149:3 | 113:24 114:3 | 53:16,19,22 | 100:12,16,17 | 161:19 165:9 |
| 149:6,16,19 | 118:17 119:7 | 54:1,3,4,20 | 102:2,3,5,6 | 165:10,19 |
| 149:23 150:2 | 121:16,20 | 54:23 55:12 | 102:10,11 | 167:5 |
| **consumers** | 127:14 | 55:13,15,25 | 103:1,6,12 | **corrected** |
| 35:13 | 138:10 | 56:2,9,20,25 | 103:21 104:4 | 165:15 |
| **consuming** | 142:25 144:7 | 57:7,23 58:1 | 104:13,17 | **correction** |
| 138:22 | 148:22 | 58:4,8,11,25 | 105:10,14 | 24:23,24 |
| **contact** 23:11 | 150:24 151:8 | 59:16,17 | 106:16,24 | 164:8 |
| 23:13 80:7 | **controls** | 60:20 61:19 | 107:15,22 | **corrections** |
| **contain** 76:1 | 144:17 | 61:22 62:7 | 108:10,11,13 | 167:7 |
| 98:7 | **convoluted** | 62:22 63:10 | 108:14,16,19 | **correctly** |
| **contained** | 25:16 | 63:19,23 | 109:1,13,25 | 30:13 35:4 |
| 66:23 67:17 | **copies** 130:15 | 64:11,21,24 | 110:19,20,23 | 35:15 36:12 |
| 69:18 70:15 | **copy** 42:3,19 | 65:10,11,24 | 111:2,3,15 | 41:16 50:17 |
| 81:20 115:21 | 43:14 103:4 | 66:18 68:17 | 111:18,20,24 | 58:24 94:7,9 |
| 115:23 | 103:5 117:17 | 69:8,19 70:1 | 112:7 113:5 | 94:10,11 |
| **contemplated** | 122:21 123:2 | 70:4,10,13 | 113:13 114:4 | 119:6 123:24 |
| 59:23 | 123:12 | 70:14,16 | 114:6,10,17 | 134:12 |
| **contempora...** | 132:11 | 71:5,6,8 72:7 | 115:1,4,7,18 | 143:14 |
| 45:13 | **corner** 39:5 | 72:10,19 | 115:21,25 | **correspond...** |
| **content** 17:10 | 102:25 | 73:15,16,19 | 116:7,16 | 12:4,5,8,12 |
| **continue** | 135:20 | 73:23 74:19 | 117:1,4,8 | 13:7 15:16 |
| 115:6 | **corporate** 5:25 | 74:23 75:2 | 118:1 119:3 | 15:19 16:2,4 |
| **continued** 4:1 | **correct** 8:7 | 76:17,20,24 | 119:15,19,24 | 16:6,8 17:4 |
| 109:11 116:6 | 10:22,23 | 77:6,12,16 | 120:2 121:4 | 20:22 40:8 |
| 148:17 | 11:20 12:14 | 77:19,25 | 121:21 122:1 | 41:23 43:9 |
| **continues** | 12:17 13:18 | 78:6,11,21 | 122:12,19 | 43:20 95:1 |
| 116:19 | 14:16 17:7 | 79:10,14 | 123:17 | 95:11 100:1 |
| **continuous** | 17:17 18:9 | 80:19,21,24 | 124:10,19 | 100:19 |
| 138:8 | 19:1 20:13 | 81:5,9,18,21 | 125:9,13,19 | 112:24 |
| **contractual** | 20:25 21:22 | 83:2,15,17 | 125:23 | 115:11 |
| 150:6 | 21:25 25:21 | 83:21,24 | 126:13 | 157:12 |
| **control** 47:14 | 28:18,22 | 84:2,6,9,12 | 129:18,21 | **corresponds** |
| 47:19 49:6 | 29:11 30:25 | 85:12 86:15 | 130:5,9,18 | 53:21 64:5 |
| 51:19,25 | 36:10,11 | 86:18,22 | 130:24 131:6 | 82:25 |
| 57:20,21 | 37:7,13,21 | 87:7,16,23 | 131:8,9,14 | **cost** 155:15 |
| 58:11 63:8 | 37:25 38:1 | 88:1 89:7,17 | 135:22 | **couldnt** 14:22 |

Lyew, Sandra

August 28, 2015

7

**counsel** 2:11
2:19 168:14
168:17
**couple** 163:6
**course** 7:5
11:24 13:1
15:3
**court** 1:1
**courtesy** 114:7
114:9
**cr** 53:4
**cra** 34:16
145:18
148:17,23
160:25
161:22
**cras** 140:15
142:5 147:25
162:25
**created** 47:12
47:17,18
56:8 57:25
63:5 81:5
82:23 83:19
111:14 150:2
**creates** 144:11
**credit** 4:24
7:19 9:7
10:20,21
11:2,6,22
12:23 13:3,8
13:12,14
14:13,14,17
15:17 16:7
16:24,25
17:1,4,14
18:1,8,11,13
19:7,11,12
19:17 20:5,7
20:14,16,17
22:4,10,11
22:12 24:5,6
24:7,9,15,25
25:2,5,8,18

25:23,25
26:7,13 27:8
27:23,25
29:25 31:8
32:18,19
33:20 34:16
34:20 35:3
35:14 36:16
40:2,10
43:21,21
44:9 45:5
48:8,22 49:4
50:15,22,25
51:10,13
52:8,12,15
59:3 60:1,4,5
61:18 66:20
67:21 68:1,6
68:7 78:10
79:19 88:20
94:3,8,14
95:7,10,10
95:17 96:4
97:13 99:22
105:2 109:24
110:15,15,16
112:22
113:10 115:3
115:7 119:7
119:20,23
120:9 121:16
122:7 123:24
125:22
126:12,17
127:13,14
132:23,25
133:11,25
137:9,19,20
137:21,25
138:12,23
139:17,19
140:1 142:1
142:10
143:11,25

150:5,12,15
150:22,23,24
156:2,3,11
156:15
157:16,17
158:6,24
164:2
**creditor** 119:9
**creditors** 8:9
8:11
**creditscore**
95:21
**crr** 5:3 168:6
**cure** 39:10
**current** 30:6
30:18 32:23
32:25 35:12
40:14 50:8
55:11 58:25
61:2,3,6
62:22 71:16
83:23 90:20
94:7,10,11
94:12 97:16
98:1,20
106:16,17
109:9,21
110:2 112:6
116:23,25
117:4,8
118:23
119:23 120:7
120:10,11,11
121:1,4
123:5,25
127:1,8
130:9 136:3
136:16
137:24
140:21 141:3
141:13,14
147:23,23
148:1 150:17
150:22

159:24
161:23
162:14
**currently**
60:16 68:17
77:8 99:22
**customer**
41:23 94:25
155:6
**customers**
150:3

**D**

**d** 3:1 161:14
165:22,24
166:1
**daniel** 63:18
63:21,23
64:1,18 69:5
69:5,23
**data** 4:18
29:22 36:1
56:9 74:17
92:13 103:24
103:25
106:14
125:18
127:22 132:7
133:24 134:1
134:4,6,24
135:4,14
136:15
139:15
141:14
146:23 148:8
148:11 154:4
156:5 161:9
161:10
162:24
**date** 37:10
38:5,6 39:6,9
39:15,16
47:12 53:19
54:11 55:19

55:21 56:5
56:12,14,17
57:25 63:5
63:25 68:15
69:4,25 71:8
72:24 74:2
81:5,5 83:7
83:11,14
84:11 85:4,5
85:14 86:17
86:20 87:3
89:19,23
90:17,20
91:1,14
92:15,15
94:20 102:24
104:20 105:6
105:6,10,14
106:22,23,25
108:13,13,15
113:19
115:24
119:19
121:25
127:19,24
128:15
129:16,19,21
130:23 139:1
139:2,3,6,10
140:7,11,14
140:19,22
141:10 142:4
142:6,11
150:6 151:14
162:4 163:18
163:20 164:8
164:12,15
165:3,6,6,12
165:15,18,19
167:12
**dated** 3:15,19
4:10,15,22
37:24 39:24
43:2,15 56:7

Henderson Legal Services, Inc.

202-220-4158

www.hendersonlegalservices.com