| Account | Date | Time | Name | Code | Code2 | Description |
|---|---|---|---|---|---|---|
| 709224537 | 4/6/2013 | 6:56:13 AM | Vijay Raj | ES | | NEPQ |

Non-Escrowed Payment Quote:
Effective Date = 4/2/2013
Escrow Payment = $199
Total Deposit = $986
Shortage / Deposit =$986
Delinquent Tax =$0
# 1 = 30

(?)

(?)                                                                                         Tax P

| Account | Date | Time | Name | Code | Code2 | Description |
|---|---|---|---|---|---|---|
| 709224537 | 4/10/2013 | 10:57:44 PM | Justin Bryson | SU | LXVAL1DI | Loan Setup Validation Initiation (1) |
| 709224537 | 4/11/2013 | 9:21:45 PM | Seepnali Apre | SU | LXVAL1DC | Loan Setup Validation Completion - This Comment was auto-generated in batch mode. |
| 709224537 | 4/11/2013 | 9:21:47 PM | Background Processor | BNOT | 300Y | (1) As of 04/11/2013 Past Due 1,985.32 Curr Due 980.16 Total Due 2,965.48 Requested By Auto-Bk REQUESTED 30 DAY DEMAND BE SENT |
| 709224537 | 4/12/2013 | 11:58:08 PM | Background Processor | CORR | LSURVW | Loan Setup review to update level 1 fields based on loan verification Setup review to update level 1 fields based on loan verification results (1) |
| 709224537 | 4/12/2013 | 11:58:10 PM | Justin Bryson | SU | LSURVW | ation results |
| 709224537 | 4/16/2013 | 9:46:48 PM | Syed Varooi Rijaz | SU | LSURVWC | Loan Setup review of loan verification results complete; Loan Setup review of loan verification results complete, correct based on QC results / Loan Setup review of loan verification results complete, correct based on QC results |
| 709224537 | 4/16/2013 | 9:48:18 PM | Justin Bryson | SU | | |
| 709224537 | 4/17/2013 | 7:20:04 PM | Background Processor | CORR | EILT | (1) Loan Setup Loan Verification PARTIALLY Complete (1) Early Intervention letter sent. |
| 709224537 | 4/18/2013 | 5:32:15 PM | Alex Lombardo | CC | | (1) Account Reported To Credit Bureau (as of 03/30/13)UPD: 01/26/13 UPB: 82,920 Mthly Pmt: 980 Amt Past Due: 1,985 First Occurrence: 02/26/13 Status: 71 | DLq I Pmt | Original Charge Off Amt: 0 Payment History(24 Mons): 000000000010632BBBBBBBBBB |

| Account | Date | Time | User | | | Comment |
|---|---|---|---|---|---|---|
| 7092244537 | 4/26/2013 | 6:39:15 AM | Vijay Raj | ES | NBPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period:<br>Effective Date = 4/23/2013<br>Escrow Payment = $198.88<br>Total Shortage = $0<br>Total Capitalization = $0<br>Borrower Paid MI Premium = $0<br><br>Escrow Balance = $-2.29 | Interim TAX Disbursements = $0 | Total TAX Disbursements During Trial Period = $178.2 | Hazard Disbursements During Trial Period = $1117.44 | Tax Payment #1 During Trial Period = $0 | Tax Payment #2 During Trial Period = $604.56 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0<br>(?)<br>(?)<br>Tax P |
| 7092244537 | 4/28/2013 | 11:43:16 PM | Vijay Raj | ES | NBPQ | New-Escrowed Payment Quote:<br>Breakdown as Follows:<br>Effective Date = 4/23/2013<br>Escrow Payment = $199<br>Total Deposit = $1185<br>Shortage / Deposit = $1185<br>Delinquent Tax = $0<br>& 1 = $0<br>(?) |
| 7092244537 | 4/29/2013 | 2:59:18 PM | Background Processor | IVR | IVRC | CUSTOMER CONTACT VIA IVR<br>- This Comment was auto-generated in batch mode. |
| 7092244537 | 4/29/2013 | 3:01:04 PM | Gatla, Rajiv | CU | CUST | IBR RCM: 4590 RCD: 4703689ANNI: 3046153238<br>Phone Call In; Customer Contact; Talked to David Daugherty and verified last 4 digits of their SSN.. SCRIPT ID: VERIFSSN |
| 7092244537 | 4/29/2013 | 3:01:55 PM | Gatla, Rajiv | CL | PT1Q | Phone Call In; Payment Inquiry; Provided the customer with the current outstanding balance of $2955.48. Asked if they had any questions about the outstanding balance amount. Customer did not have any questions. Script ID: AMOUNT DUE |
| 7092244537 | 4/29/2013 | 3:02:28 PM | Gatla, Rajiv | CL | PT1Q | Phone Call In; Payment Inquiry; Caller asked about payment application for last month's payment. Advised caller the specific amounts of payment applied to principal, interest, escrow, insurance, and other fees, charges and expenses. SCRIPT ID: PAYMENT APPLICATION2 |
| 7092244537 | 4/29/2013 | 3:06:04 PM | Gatla, Rajiv | CL | PT1Q | Phone Call In; Payment Inquiry; Advised cust .abt pymt return in the month of march & return chk fees of $25.00 on the acct... |
| 7092244537 | 4/29/2013 | 3:10:26 PM | Gatla, Rajiv | CL | SPPD | Caller made payment by SpeedPay. Payment Information: Intended for: (02/26/2013) Pmt Speedpay Amount: 2000.00; Payment Date: 04/29/2013, Confirmation Number: 11203187, SCRIPT ID: SPEEDPAY SUBMIT |
| 7092244537 | 4/29/2013 | 3:11:29 PM | Gatla, Rajiv | NO | PT1Q | Phone Call In; Payment Inquiry; cust will make pymt for the month of April as soon as possible.... SCRIPT ID: END SCRIPT |
| 7092244537 | 4/29/2013 | 3:12:21 PM | Gatla, Rajiv | NO | PT1Q | Phone Call In; Mortgage Keeper Direct Denied; Told caller MK info is free and gave website for Mortgage Instant Help Center www.ocwen.com. Script ID: Mortgage Keeper 2 |
| 7092244537 | 4/29/2013 | 3:12:46 PM | Gatla, Rajiv | NO | | Phone Call In; Payment Inquiry; Premium Date: 04/20/2013; Follow up Date: 05/02/2013), ERROR, Call Ended. SCRIPT ID: END SCRIPT |
| 7092244537 | 4/30/2013 | 5:51:57 PM | Gatla, Rajiv | PYMT | | Payment received from Outsource for $2,000.00 Source S97 - spR030 and was forwarded to: Cashier queue, user-id: Cashier Via Agent Confirmation Number = 11203187 |

709224537 | 4/30/2013 | 5:51:59 PM | Background Processor | BNOT

As of 04/30/2013 Past Due 1,005.16 Curr Due 940.48 Total Due 1,945.64
Requested By Admin-B

05/02/2013
Early Late Notice

709224537 | 5/1/2013 | 1:33:44 AM | Background Processor | FORM | EARL

709224537 | 5/4/2013 | 6:44:34 AM | Dinesh Subhanna | ES | NEPQ3

New-Escrowed Payment Quote HMP 3 Month Trial Period:

Effective Date = 5/3/2013

Escrow Payment = $199

Total Shortage = $0

Total Capitalization = $1782

Borrower Paid MI Premium = $0

Escrow Balance = $225 | Interim T&I Disbursements = $0 | Total T&I
Disbursements During Trial Period = $1782 | Hazard Disbursements During Trial
Period = $171 | Flood Disbursements During Trial Period = $0 | Tax Payment #1
During Trial Period = $605 | Tax Payment #2 During Trial Period = $0 | Tax
Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0
| Delinquent Taxes Due = $0

Breakdown as Follows:

709224537 | 5/5/2013 | 11:04:35 PM | Dinesh Subhanna | ES | NEPQ

(?)
New-Escrowed Payment Quote:

Effective Date = 5/3/2013

Escrow Payment = $199

Total Deposit = $960

Shortage / Deposit = $960

Delinquent Tax =$0

4 I = $0

(?)

(?)                                                        Tax P

709224537 | 5/16/2013 | 11:56:23 PM | Background Processor | IMTN

NOTICE OF INTENT - NOTE         - This Comment was auto-generated in batch mode.

Account Reported To Credit Bureau (as of 04/20/13)LPI: 01/26/13 UPB: 82,533
Mthly Pmt: 980 Status: 11 | Current | Original Charge Off Amt: 0 Payment
History/24 Month: 1 100000001142338888888
New-Escrowed Payment Quote HMP 3 Month Trial Period:

Effective Date = 5/16/2013

Escrow Payment = $206

Total Shortage = $13

Total Capitalization = $3151

Borrower Paid MI Premium = $0

Escrow Balance = $225 | Interim T&I Disbursements = $2771 | Total T&I
Disbursements During Trial Period = $605 | Hazard Disbursements During Trial
Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1
During Trial Period = $605 | Tax Payment #2 During Trial Period = $0 | Tax
Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0
| Delinquent Taxes Due = $0

709224537 | 5/17/2013 | 5:49:52 PM | Alex Lombardo | GC

709224537 | 5/19/2013 | 11:56:19 PM | Dinesh Subhanna | ES | NEPQ3

Breakdown as Follows:

(7)

| Loan | Date | Time | User | Code | Code2 | Description |
|---|---|---|---|---|---|---|
| 7092244537 | 5/22/2013 | 8:14:04 PM | Background Processor | FORM | | EILETTER Requested 04/17/2013<br>Printed 05/21/2013<br>LATE Requested 05/16/2013 |
| 7092244537 | 5/24/2013 | 7:13:22 PM | Background Processor | FORM | | Printed 05/23/2013<br>Non-Escrowed Payment Quote: |
| 7092244537 | 5/25/2013 | 4:40:03 AM | Dinesh Subbana | ES | NEPQ | Effective Date = 5/16/2013<br>Escrow Payment = $206<br>Total Deposit = $0<br>Shortage / Deposit =$0<br>Delinquent Tax =$0<br>& 1 = $0<br>(7)    Tax P |
| 7092244537 | 5/29/2013 | 12:24:38 AM | Background Processor | CORR | 30DY | REQUESTED 30 DAY DEMAND BE SENT - This Comment was auto-generated in batch mode. |
| 7092244537 | 5/30/2013 | 6:46:46 PM | Background Processor | PYMT | | Payment received from Outsource (for $1,945.64 Source SP7 - sp0530 and was forwarded to: Cashier queue, user-id: Cashier Via Web Confirmation Number = 11446108 |
| 7092244537 | 5/30/2013 | 6:46:48 PM | Background Processor | BMOT | | As of 05/30/2013 Past Due .00 Curr Due 980.16 Total Due 980.16 Requested By Auto-Sch<br>Form Completed and Sent Electronically (it is not mailed); |
| 7092244537 | 6/2/2013 | 11:52:13 PM | Daniel Wesley | RS | ACOVYC | BWR Automated CDV<br>DAVID MAX DAUGHERTY<br>Control Number: 9999315106543103<br>Subscriber Code: 4657301690<br>Borrower's concern with reporting:001;Not his/hers. Provide or confirm complete ID.<br>Reporting received from Credit Bureau;received from DAVID MAX DAUGHERTY<br>SSN: 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<br>Reporting to Credit Bureau;Borrower has signed the note, hence responsible.<br>SSN matches, checked C18 |
| 7092244537 | 6/2/2013 | 11:52:15 PM | Daniel Wesley | RS | CRINV | Discrepancy (NAME, ADD, SSN); Add Details: d)<br>INVALID/ERRONEOUS CR DISPUTE. |
| 7092244537 | 6/2/2013 | 11:52:17 PM | Daniel Wesley | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |

| 7092244537 | 6/2/2013 | 11:54:22 PM | Daniel Wesley | RS | ACDVPC | BMR Automated CDV |
|---|---|---|---|---|---|---|

DAVID MAX DAUGHERTY

Control Number:9999131500654310 2

Subscriber Code:465F001690

Borrower's concern with reporting:001:Not his/hers. Provide or confirm
complete ID.

Reporting received from Credit Bureau:received from DAVID MAX DAUGHERTY

SSN: 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

Reporting to Credit Bureau:Borrower has signed the note, hence responsible,
SSN matches, checked CIS

Discrepancy (NNME, ADD, SSN):: Add   Details:   dj
Form Completed and Sent Electronically (it is not mailed);

| 7092244537 | 6/2/2013 | 11:54:27 PM | Daniel Wesley | RS | ACDVPC | BMR Automated CDV |
|---|---|---|---|---|---|---|

DAVID MAX DAUGHERTY

Control Number:9999131500654310 2

Subscriber Code:465F001690

Borrower's concern with reporting:001:Not his/hers. Provide or confirm
complete ID.

Reporting received from Credit Bureau:received from DAVID MAX DAUGHERTY

SSN: 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

Reporting to Credit Bureau:Borrower has signed the note, hence responsible,
SSN matches, checked CIS

| 7092244537 | 6/2/2013 | 11:54:29 PM | Daniel Wesley | RS | CRINV | Discrepancy (NNME, ADD, SSN):: Add   Details:   dj |
|---|---|---|---|---|---|---|
| 7092244537 | 6/2/2013 | 11:54:31 PM | Daniel Wesley | RS | CRINO | INVALID/ERRONEOUS CR DISPUTE |
| 7092244537 | 6/7/2013 | 1:24:15 AM | Daniel Wesley | RS | ACDVPC | CR - CREDIT INQUIRY DISPUTE RECEIVED |

BMR Automated CDV

DAVID MAX DAUGHERTY

Control Number: 9999131500654310 1

Subscriber Code: 465F001700

Borrower's concern with reporting:001:Not his/hers. Provide or confirm
complete ID.

Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY

SSN: 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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching,
Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepancy (NNME, ADD, SSN): Address.

Please note: Litton loan, information updated as per LSAMS and RADAR."

Details:   dj

DD/OLS 001674

| 7092244537 | 6/7/2013 | 1:24:19 AM | Daniel Wesley | RS | ACOVFC | Form Completed and Sent Electronically (it is not mailed); BWR Automated CDV DAVID MAX DAUGHERTY Control Number: 9999315100654310L Subscriber Code: 6059PH6U78 Borrower's concern with reporting:001:Hob his/hers. Provide or confirm complete ID. Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY SSN: 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 Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account. Discrepancy (NNWE, AUD, SSN): Address. |
| 7092244537 | 6/7/2013 | 1:24:21 AM | Dinesh Subbanna | ES | NEPQ3 | Please note: Litton loan, Information updated as per LSAMS and RADAR." CR - CREDIT INQUIRY DISPUTE RECEIVED   Details: dj New-Escrowed Payment Quote HMP 3 Month Trial Period: |
| 7092244537 | 6/7/2013 | 5:29:47 AM | Dinesh Subbanna | | | Effective Date = 6/4/2013 Escrow Payment = $206 Total Shortage = $13 Total Capitalization = $2924 Borrower Paid MI Premium = $0 Escrow Balance = $452 \| Interim TXI Disbursements = $2771 \| Total TXI Disbursements During Trial Period = $605 \| Hazard Disbursements During Trial Period = $0 \| Flood Disbursements During Trial Period = $0 \| Tax Payment #1 During Trial Period = $405 \| Tax Payment #2 During Trial Period = $0 \| Tax Payment #3 During Trial Period = $0 \| Tax Payment #4 During Trial Period = $0 \| Delinquent Taxes Due = $0 |
| | | | | | | Breakdown as Follows: |
| 7092244537 | 6/7/2013 | 10:04:11 AM | Background Processor | IVR | IVRC | [7] CUSTOMER CONTACT VIA IVR ISM RCM: 3151 RCD: 52765637NXI: 3042956161 |
| 7092244537 | 6/7/2013 | 10:06:15 AM | Steffi Susan S | CU | CUST | Phone Call In: Customer Contact; Talked to David Daugherty and verified last 4 digits of their SSN., SCRIPT ID: VERIFYSSN. |
| 7092244537 | 6/7/2013 | 10:13:18 AM | Steffi Susan S | CF | ACMOD | Phone Call In: ACH Offer Denied; Cust. denied ACH and did not want to Enroll account in ACH. |
| 7092244537 | 6/7/2013 | 10:13:20 AM | Steffi Susan S | CL | CNDC | Phone Call In: Customer Contact-No Commitment; |
| 7092244537 | 6/7/2013 | 10:31:35 AM | Steffi Susan S | CS | 98GE | Phone Call In: 1098 General Question; cust wanted 1098 tax form for 2012 sent it from 24 cust to sent email address 'fixboy@suddenlink.net' gave irs int and taxes paid to cust as well cust stated film.... |
| 7092244537 | 6/7/2013 | 10:31:51 AM | Steffi Susan S | NQ | | Phone Call In: OP CNSI Recently Offered customer the Optional Product of CNSI marketing option, but they were not interested. SCRIPT ID: CLOSING WEB MARKET |
| 7092244537 | 6/7/2013 | 10:32:01 AM | Steffi Susan S | NQ | | Call Ended. Manual Notes due to CMS error.. SCRIPT ID: END SCRIPT |

| 7092244537 | 6/12/2013 | 4:00:45 AM | Dinesh Subhanna | ES | NEPQ | New-Escrowed Payment Quote:<br>Effective Date = 6/10/2013<br>Escrow Payment = $205.75<br>Total Deposit = $0<br>Shortage / Deposit =$0<br>& I = $0<br>Delinquent Tax =$0<br>(?) |
|---|---|---|---|---|---|---|
| 7092244537 | 6/19/2013 | 5:10:48 AM | Dinesh Subhanna | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period:<br>Effective Date = 6/17/2013<br>Escrow Payment = $205.75<br>Total Shortage = $0<br>Total Capitalization = $604.56<br>Borrower Paid MI Premium = $0<br>Escrow Balance = $453.19 | Interim Tax Disbursements = $0 | Total Tax Disbursements During Trial Period = $604.56 | Hazard Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $604.56 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0 |
| 7092244537 | 6/21/2013 | 6:40:51 AM | Dinesh Subhanna | ES | NEPQ | (?)<br>New-Escrowed Payment Quote:<br>Effective Date = 6/17/2013<br>Escrow Payment = $205.75<br>Total Deposit = $0<br>Shortage / Deposit =$0<br>& I = $0<br>Delinquent Tax =$0<br>(?)<br>Breakdown as Follows: |
| 7092244537 | 6/21/2013 | 6:17:55 PM | Alex Lombardo | GC | | - This Comment was auto-generated in batch mode. |
| 7092244537 | 7/1/2013 | 12:33:02 AM | Background Processor | FORM | EARL | Account Reported To Credit Bureau (as of 05/31/2013): Delinq Days: 82,139 Mthly Pmt: 980 Status: 11 | Current: 11 | Original Charge Off Amt: 0 Payment. History(24 Mons): 010000000001042238BBBBBB Early Late Notice |
| 7092244537 | 7/1/2013 | 9:45:12 PM | Background Processor | CS | ACRM | ACH Creation through WEB |

| | | | | | |
|---|---|---|---|---|---|
| 709244537 | 7/1/2013 | 9:45:19 PM | Background Processor | PYMT | Payment received from Outsource for $980.16 Source OAC - 0ach0701 and was forwarded to: Cashier Queue, user-id: Cashier Confirmation Number = 20130630129357B As of 07/01/2013 Past Due .00 Curr Due 980.16 Total Due 980.16 Requested By Auto-B |
| 709244537 | 7/1/2013 | 9:45:21 PM | Background Processor | BNOT | |
| 709244537 | 7/5/2013 | 12:43:14 AM | Rajkumar Singh | RS | ACDVRC | 07/04/2013 BMR Automated CDV |
| 709244537 | 7/5/2013 | 12:43:29 AM | Rajkumar Singh | RS | ACDVRC | BMR Automated CDV | Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID. | Subscriber Code: 4659501690 | Control Number: 9999318400703410X | DAVID MAX DAUGHERTY | Reporting received from Credit Bureau:DAVID MAX DAUGHERTY SSN: 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 matching. Verified in real servicing. Hence He/She is Responsible/Liable on the Account. | Discrepancy (NAME, ADD, SSN);: ADD Details: R | Form Completed and Sent Electronically (it is not mailed). |
| 709244537 | 7/5/2013 | 12:43:42 AM | Rajkumar Singh | RS | CRINV | DAVID MAX DAUGHERTY | Control Number: 9999318400703410X | Subscriber Code: 4659501690 | Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID. |
| 709244537 | 7/5/2013 | 12:43:46 AM | Rajkumar Singh | RS | CRING | CH - CREDIT INQUIRY DISPUTE RECEIVED | INVALID/ERRONEOUS CR DISPUTE | Reporting to Credit Bureau:(No signature does in CIS) & the borrower's SSN is matching.Verified in real servicing. Hence He/She is Responsible/Liable on the Account |
| 709244537 | 7/5/2013 | 12:45:02 AM | Rajkumar Singh | RS | ACDVRC | BMR Automated CDV | DAVID MAX DAUGHERTY | Control Number: 9999318400703410X | Subscriber Code: 4659501690 | Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID. |

DD/OLS 001677

| 7092244537 | 7/8/2013 | 6:42:25 AM | Suresh V K | RS | ACDVFC | BMR Automated CDV |

Reporting received from Credit Bureau:DAVID MAX DAUGHERTY SSN: 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

Discrepancy (NAME, ADD, SSN);; SSN #Name Details: ,
Form Completed and Sent Electronically (it is not mailed);

Reporting to Credit Bureau:DAVID MAX DAUGHERTY has signed the note, hence responsible, checked CIS. SSN number matches.

SSN: 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
Reporting received from Credit Bureau:DAVID MAX DAUGHERTY SSN: 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

Borrower's concern with reporting: 001:Not his/hers. Provide or confirm complete ID.

Subscriber Code: 8139004

Control Number: 3328146260104

| 7092244537 | 7/8/2013 | 6:42:20 AM | Suresh V K | RS | ACDVFC | BMR Automated CDV |

CR - CREDIT INQUIRY DISPUTE RECEIVED

Discrepancy (NAME, ADD, SSN);; ADD Details: R
REPORT DISPUTE.

Control Number: 3328146260104

| 7092244537 | 7/5/2013 | 12:45:32 AM | Rajkumar Singh | RS | CRINQ |
| 7092244537 | 7/5/2013 | 12:45:28 AM | Rajkumar Singh | RS | CRRPT |

Reporting to Credit Bureau:(No signature docs in CIS) & the borrower's SSN is matching, Verified in real servicing, Hence He/She is Responsible/liable on the Account.

Reporting received from Credit Bureau:DAVID MAX DAUGHERTY SSN: 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

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Subscriber Code: 4657501690

Control Number: 599931840070034103

| 7092244537 | 7/5/2013 | 12:45:07 AM | Rajkumar Singh | RS | ACDVFC |

DAVID MAX DAUGHERTY

BMR Automated CDV

Form Completed and Sent Electronically (it is not mailed);

Discrepancy (NAME, ADD, SSN);; ADD Details: R

Reporting to Credit Bureau:(No signature docs in CIS) & the borrower's SSN is matching, Verified in real servicing, Hence He/She is Responsible/liable on the Account.

Reporting received from Credit Bureau:DAVID MAX DAUGHERTY SSN: 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

DD/OLS 001678

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 7/8/2013 | 6:42:27 AM | Suresh V K | RS | CRINV | INVALID/ERRONEOUS CR DISPUTE |
| 7092244537 | 7/8/2013 | 6:42:29 AM | Suresh V K | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 7/9/2013 | 6:16:42 AM | Shalini Singh | RS | ACDVRC | BNR Automated CDV |

DAVID MAX DAUGHERTY

Control Number: 99993184007034101

Subscriber Code: 605FM50178

Borrower's concern with reporting:001:Not his/hers. Provide or confirm
complete ID.

Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY

SSN: 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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching,
Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepancy (NAME, ADD, SSN): Address.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 7/9/2013 | 6:16:53 AM | Shalini Singh | RS | ACDVFC | |

Details:  $
Form Completed and Sent Electronically (It is not mailed);
BNR Automated CDV (It is not mailed);

DAVID MAX DAUGHERTY

Control Number: 99993184007034101

Subscriber Code: 605FM50178

Borrower's concern with reporting:001:Not his/hers. Provide or confirm
complete ID.

Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY

SSN: 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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching,
Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepancy (NAME, ADD, SSN): Address.

"Please note: Litton loan, information updated as per LSAMS and RADAR."

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 7/9/2013 | 6:16:55 AM | Shalini Singh | RS | CRINQ | |

Details:  $
CR - CREDIT INQUIRY DISPUTE RECEIVED

"Please note: Litton loan, information updated as per LSAMS and RADAR."

SSN: 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

Reporting to Credit Bureau:DAVID MAX DAUGHERTY has signed the note, hence
responsible, checked CIS, SSN number matches.

Discrepancy (NAME, ADD, SSN):Name         Details:  ,

| Account | Date | Time | User | Code | Code2 | Details |
|---|---|---|---|---|---|---|
| 7092244537 | 7/11/2013 | 6:10:47 AM | Shalini Singh | RS | ACDVRC | BWR Automated CDV<br>DAVID MAX DAUGHERTY<br>Control Number:33281462601103<br>Subscriber Code: 9823004<br>Borrower's concern with reporting:001;Not his/hers. Provide or confirm complete ID.<br>Reporting received from Credit Bureau;Received from DAVID MAX DAUGHERTY<br>SSN: 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<br>Reporting to Credit Bureau; Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.<br>Discrepancy (NAME, ADD, SSN): Address.<br><br>"Please note: Litton loan, information updated as per LSMS and RADAR." |
| 7092244537 | 7/11/2013 | 6:10:56 AM | Shalini Singh | RS | ACDVTC | Details: *<br>Form Completed and Sent Electronically (it is not mailed)<br>BWR Automated CDV<br>DAVID MAX DAUGHERTY<br>Control Number:33281462601103<br>Subscriber Code: 9823004<br>Borrower's concern with reporting:001;Not his/hers. Provide or confirm complete ID.<br>Reporting received from Credit Bureau;Received from DAVID MAX DAUGHERTY<br>SSN: 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<br>Reporting to Credit Bureau; Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.<br>Discrepancy (NAME, ADD, SSN): Address. |
| 7092244537 | 7/11/2013 | 6:10:58 AM | Shalini Singh | RS | CRINQ | Details: S<br>CR - CREDIT INQUIRY DISPUTE RECEIVED<br>DENANDWF Requested 05/29/2013 |
| 7092244537 | 7/12/2013 | 10:27:10 PM | Background Processor | FORM | | Printed 06/03/2013 |
| 7092244537 | 7/12/2013 | 10:27:10 PM | Background Processor | FB | F895 | "Please note: Litton loan, information updated as per LSMS and RADAR."<br>Cert Mail # 71901085972001674469<br>Certified Mail Cost (we assessed, Amount: 0.00<br>Expiration Date 07/06/2013 IAO $   1,945.64 |

| Account | Date | Time | User | | Code | Comment |
|---|---|---|---|---|---|---|
| 7092244537 | 7/14/2013 | 6:23:51 PM | Dinesh Subbanna | ES | NEPQ3 | New-Escrowed Payment Quote MMP 3 Month Trial Period:<br>Effective Date = 7/8/2013<br>Escrow Payment = $205.75<br>Total Shortage = $0<br>Total Capitalization = $604.56<br>Borrower Paid MI Premium = $0<br>Escrow Balance = $565.81 \| Interim Tax Disbursements = $0 \| Total Tax Disbursements During Trial Period = $604.56 \| Hazard Disbursements During Trial Period = $0 \| Flood Disbursement During Trial Period = $0 \| Tax Payment #1 During Trial Period = $604.56 \| Tax Payment #2 During Trial Period = $0 \| Tax Payment #3 During Trial Period = $0 \| Tax Payment #4 During Trial Period = $0 \| Delinquent Taxes Due = $0 |
| 7092244537 | 7/15/2013 | 5:57:41 AM | Dinesh Subbanna | ES | NEPQ | Breakdown as Follows:<br>New-Escrowed Payment Quote:<br>Effective Date = 7/8/2013<br>Escrow Payment = $205.75<br>Total Deposit = $0<br>Shortage / Deposit = $0<br>Delinquent Tax = $0<br>$ 1 = $0 |
| 7092244537 | 7/17/2013 | 6:06:37 PM | Alex Lombardo | GC | NEPQ3 | - This Comment was auto-generated in batch mode.<br>Account Reported To Credit Bureau (as of 06/29/13)AP?: 05/26/13 XPR: $2,139<br>Mthly Pmt: 980 Status: 11 \| Current \| Original Charge Off Amt: 0 Payment<br>History(24 Mons): 001000000000104323BBBBBB<br>MT12 letter requested to print. |
| 7092244537 | 7/26/2013 | 12:41:32 AM | Background processor | COBR | MT12 | New-Escrowed Payment Quote MMP 3 Month Trial Period:<br>Effective Date = 7/25/2013<br>Escrow Payment = $205.75<br>Total Shortage = $617.26<br>Total Capitalization = $39.75<br>Borrower Paid MI Premium = $0<br>Escrow Balance = $565.81 \| Interim Tax Disbursements = $604.56 \| Total Tax Disbursements During Trial Period = $0 \| Hazard Disbursements During Trial Period = $0 \| Flood Disbursement During Trial Period = $0 \| Tax Payment #1 During Trial Period = $0 \| Tax Payment #2 During Trial Period = $0 \| Tax Payment #3 During Trial Period = $0 \| Tax Payment #4 During Trial Period = $0 \| Delinquent Taxes Due = $0 |
| 7092244537 | 7/28/2013 | 11:57:47 PM | Dinesh Subbanna | ES | NEPQ3 | Breakdown as Follows: |

| Account | Date | Time | User | Code | Code2 | Description |
|---|---|---|---|---|---|---|
| 7092244537 | 7/29/2013 | 3:52:30 AM | Dinesh Subbanna | ES | NETQ | New-Escrowed Payment Quote: |
| | | | | | | Effective Date = 7/26/2013 |
| | | | | | | Escrow Payment = $205.75 |
| | | | | | | Total Deposit = $0 |
| | | | | | | Shortage / Deposit =$0 |
| | | | | | | Delinquent Tax =$0 |
| | | | | | | 4 I = $0 |
| 7092244537 | 7/30/2013 | 6:43:29 AM | Rajkumar Singh | CL | HDACTION | No Action Taken On Collection  - This Comment was auto-generated in batch mode. |
| 7092244537 | 7/30/2013 | 6:44:44 AM | Rajkumar Singh | CL | HDACTION | No Action Taken On Collection Screen |
| 7092244537 | 7/30/2013 | 6:46:30 AM | Rajkumar Singh | CL | HDACTION | No Action Taken On Collection Screen |
| 7092244537 | 7/31/2013 | 12:27:41 AM | FORM | EARL | Early Late Notice |
| 7092244537 | 7/31/2013 | 8:48:08 AM | Background processor | IVR | 1VRC | CUSTOMER CONTACT VIA IVR |
| 7092244537 | 8/1/2013 | 8:58:18 PM | Background processor | FORM | | ISM RCK: 1426 RCD: 1536748253AM1: 3042954161 |
| | | | | | | MAT0N12 Requested 07/26/2013 |
| 7092244537 | 8/1/2013 | 9:37:27 PM | Background processor | CS | ACBM | Printed 08/01/2013 |
| | | | | | | ACH Creation through WEB |
| 7092244537 | 8/1/2013 | 9:42:04 PM | Background processor | PYMT | | Payment received from Outsource         for $980.16  Source OAC - each$001 and was forwarded to: Cashier queue, user-id: Cashier Confirmation Number = 20130701361958552 |
| 7092244537 | 8/1/2013 | 9:42:06 PM | Background processor | BMOT | | Past Due .00 Curr Due 980.16 Total Due 980.16 |
| 7092244537 | 8/7/2013 | 4:11:16 PM | Background processor | IVR | 1VRC | As of 08/01/2013 Past Due .00 Curr Due 980.16 Total Due 980.16 Requested By auto-bu |
| | | | | | | CUSTOMER CONTACT VIA IVR |
| 7092244537 | 8/18/2013 | 11:38:36 PM | Dinesh Subbanna | ES | NEFQ3 | ISM RCK: 3535 RCD: 1587100208AM1: 3046153238 |
| | | | | | | New-Escrowed Payment Quote NMP 3 Month Trial Period: |
| | | | | | | Effective Date = 8/16/2013 |
| | | | | | | Escrow Payment = $206.53 |
| | | | | | | Total Shortage = $760.58 |
| | | | | | | Total Capitalization = $0 |
| | | | | | | Borrower Paid MI Premium = $0 |
| | | | | | | Escrow Balance = $65.53 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $0 | Hazard Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $0 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0 |

Breakdown as follows:

| Account | Date | Time | User | Code | Type | Description |
|---|---|---|---|---|---|---|
| 7092244537 | 8/22/2013 | 7:05:21 AM | Diresh Subbanna | ES | NEFQ | New-Escrowed Payment Quote:<br>Effective Date = 8/16/2013<br>Escrow Payment = $206.53<br>Total Deposit = $140.99<br>Shortage / Deposit =$140.99<br>& I = 50<br>Delinquent Tax =$0<br>Tax P |
| 7092244537 | 8/26/2013 | 7:01:44 AM | Suresh V K | RS | ACDVRC | Account Reported To Credit Bureau as of 07/23/13 LPI: 06/26/13 UPB: $1,940 History/24 Mon(s): 000100000000010412200BBB<br>BNR Automated CDV |
| 7092244537 | 8/23/2013 | 6:05:43 PM | Alex Lombardo | GC | | Control Number: 9999323202221S107<br>Subscriber Code: 465PS01690<br>Borrower's concern with reporting: 001:No; his/hers. Provide or confirm complete ID.<br>Reporting received from Credit Bureau:DAVID MAX DAUGHERTY SSN: 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<br>SSN: 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 |
| 7092244537 | 8/26/2013 | 7:03:52 AM | Suresh V K | RS | ACDVRC | Control Number: 9999323202221S107<br>Subscriber Code: 465PS01690<br>Borrower's concern with reporting: 001:No; his/hers. Provide or confirm complete ID.<br>Reporting received from Credit Bureau:DAVID MAX DAUGHERTY SSN: 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<br>SSN: 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<br>Reporting to Credit Bureau:DAVID MAX DAUGHERTY has signed the note, hence responsible, checked CIS, SSN number matches.<br>Discrepency (NAME, ADD, SSN):Name, Address Details: ,<br>Form Completed and Sent Electronically (it is not mailed)<br>BNR Automated CDV |
| 7092244537 | 8/26/2013 | 7:03:54 AM | Suresh V K | GC | CRIVL | Control Number: 9999324022221S107<br>Subscriber Code: 465PS01690<br>Borrower's concern with reporting: 001:No; his/hers. Provide or confirm complete ID.<br>Reporting received from Credit Bureau:DAVID MAX DAUGHERTY SSN: 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<br>SSN: 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<br>Reporting to Credit Bureau:DAVID MAX DAUGHERTY has signed the note, hence responsible, checked CIS, SSN number matches.<br>Discrepency (NAME, ADD, SSN):Name, Address Details: , |
| 7092244537 | 8/26/2013 | 7:03:56 AM | Suresh V K | RS | CRINQ | Invalid/Inaccurate Credit Dispute Received |
| 7092244537 | 8/27/2013 | 4:31:31 AM | Subasini B | CORR | | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 8/31/2013 | 12:19:21 AM | Background processor | FORM | ESCAP | ESCROW ANALYSIS COMPLETED |
| 7092244537 | 8/31/2013 | 9:57:58 PM | Background processor | PYMT | EARL | Early Late Notice<br>Payment received from Outsource for $980.16 Source SP - sp0831 and was forwarded to: Cashier queue, user-id: Cashier via Web Confirmation Number = 1219931 |

DD/OLS 001683

709224537 8/31/2013 9:58:00 PM Background processor BHOT

As of 08/31/2013 Past Due .00 Curr Due 980.16 Total Due 980.16 Requested By auto-bu

09/04/2013
BMR Automated CDV
DAVID MAX DAUGHERTY

7092244537 9/3/2013 2:31:26 AM RajKumar Singh RS ACDVVRC

Control Number: 332814626501504
Subscriber Code: 8139004
Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.
Reporting received from Credit Bureau:DAVID MAX DAUGHERTY SSN: 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
Reporting to Credit Bureau:No signature docs in CIB) & the Borrower's SSN is matching. Verified in real servicing. Hence He/She is Responsible/Liable on the Account.
Discrepancy (NAME, ADD, SSN):; add Details: F
Form Completed and Sent Electronically (it is not mailed).

7092244537 9/3/2013 2:31:30 AM RajKumar Singh RS ACDVVRC

BMR Automated CDV
DAVID MAX DAUGHERTY

7092244537 9/3/2013 2:31:34 AM RajKumar Singh GC CRIVL

Control Number: 332814626501591
Subscriber Code: 9823004
Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.
Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY
SSN: 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
Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.
Discrepancy (NAME, ADD, SSN): Address.

7092244537 9/3/2013 2:31:38 AM RajKumar Singh RS CRINQ

CR - CREDIT INQUIRY DISPUTE RECEIVED

Discrepancy (NAME, ADD, SSN):; add Details: F
Invalid/Inaccurate Credit Dispute Received

7092244537 9/3/2013 11:59:23 PM Anjali Balakrishnan RS ACDVVRC

*Please note: Litton loan. Information updated as per LSNMS and RADAR.*

Details: 0

| | | | | | | Details |
|---|---|---|---|---|---|---|
| 7092244537 | 9/3/2013 | 11:57:42 PM | Anjali Balakrishnan | RS | ACSVFC | Form Completed and Sent Electronically (it is not mailed). BHR Automated CDV. Control Number: 3328146269150I. Subscriber Code: 9823004. Borrower's concern with reporting1001:Not his/hers. Provide or confirm complete ID. Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY. SSN: 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. Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching. Verified in RADAR. Hence He/She is Responsible/Liable on the Account. Discrepancy (NAME, ADD, SSN): Address. |
| 7092244537 | 9/3/2013 | 11:57:57 PM | Raghav Nayak | RS | CRINQ NEFC1 | Details: 0 CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 9/6/2013 | 7:25:39 PM | Anjali Balakrishnan | FORM | | Insufficient Funds. Check Number: SPFD. Check Amount: 980.16. Check Date: 08/31/13. Chargecheck Amount: 980.16 |
| 7092244537 | 9/6/2013 | 7:25:41 PM | Background processor | BNOT | | "Please note: Litton loan, information updated as per LOANS and RADAR." Eff Date: 08/31/13 As of 09/06/2013 Past Due 980.16 Curr Due 980.16 Total Due 1,960.32 Requested By auto-bu New-Escrowed Payment Quote HMP 3 Month Trial Period: Effective Date = 9/6/2013 Escrow Payment = $206.53 Total Shortage = $646.96 Total Capitalization = $0 Borrower Paid MI Premium = $0 Escrow Balance = $179.15 | Interim Tax Disbursements = $0 | Total Tax Disbursements During Trial Period = $0 | Hazard Disbursements During Trial Period #1 = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $0 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0 Breakdown as Follows: |
| 7092244537 | 9/7/2013 | 7:30:31 AM | Dinesh Subbanna | ES | NEFO3 | |

| Loan # | Date | Time | User | Code | Code2 | Description |
|---|---|---|---|---|---|---|
| 709224537 | 9/8/2013 | 11:04:17 PM | Dinesh Subhanna | ES | NEPQ | New-Escrowed Payment Quote:<br>Effective Date = 9/6/2013<br>Escrow Payment = $206.53<br>Total Deposit = $0<br>Shortage / Deposit = $27.37<br>Delinquent Tax = $0<br>4 I = $0<br>Tax P |
| 709224537 | 9/13/2013 | 7:06:20 PM | Background processor | FORM | | - This Comment was auto-generated in batch mode.<br>NETLET Requested 09/06/2013<br><br>Printed 09/12/2013<br>NOTICE OF INTENT - NOTE |
| 709224537 | 9/16/2013 | 11:56:01 PM | Background processor | CORR | INTN | Payment received from Outsource for $980.16 Source SP7 - sp0916 and was forwarded to: Cashier queue, user-id: Cashier via Web Confirmation Number = 12321231 |
| 709224537 | 9/16/2013 | 11:56:03 PM | Background processor | PYMT | | Account Reported To Credit Bureau (as of 08/31/13)LPI: 08/26/13 UPB: 81,537 Mthly Pmt: 780 Status: 11 Current ] Original Charge Off Amt: 0 Payment History(24 Mons): 000010000000001021200000 |
| 709224537 | 9/18/2013 | 6:47:03 PM | Alex Lombardo | CC | | LATE Requested 09/16/2013 |
| 709224537 | 9/19/2013 | 7:13:15 PM | Background processor | FORM | | Printed 09/18/2013<br>New-Escrowed Payment Quote NEW 3 Month Trial Period: |
| 709224537 | 9/20/2013 | 7:40:34 AM | Dinesh Subhanna | ES | NEPQ3 | Effective Date = 9/18/2013<br>Escrow Payment = $206.53<br>Total Shortage = $967.11<br>Total Capitalization = $0<br>Borrower Paid NI Premium = $0<br>Escrow Balance = $65.53 | Interim Tdi Disbursements = $0 | Total Tdi Disbursements During Trial Period = $0 | Hazard Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $0 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0 |
| 709224537 | 9/22/2013 | 12:03:19 AM | Dinesh Subhanna | ES | NEPQ | Breakdown as follows:<br>New-Escrowed Payment Quote:<br>Effective Date = 9/18/2013<br>Escrow Payment = $206.53<br>Total Deposit = $347.52<br>Shortage / Deposit = $347.52<br>Delinquent Tax = $0<br>4 I = $0<br>Tax P |

DD/OLS 001686

- This Comment was auto-generated in batch mode.

| Account | Date | Time | User | | Code | Description |
|---|---|---|---|---|---|---|
| 709224537 | 9/23/2013 | 2:50:08 PM | Sayed Abbas | ES | AOHCCR | CANC OF INTEREST - LETTER SENT; |

INS CO        : AAA
POL #         : N00042608346
ISSUE DATE    : 09/16/2013
EFFE DATE     : 09/13/2013
REASON        : MORTGAGEE DELETION

SENT H309 LETTER

| 709224537 | 9/24/2013 | 6:22:21 PM | Alex Lombardo | GC | | |

.........-ABAVZ0/HIPC.
Account Reported To Credit Bureau (As of 08/31/13)131LR1; 08/26/13 UPB; 81,537
Mthly Pmt; 980 Status; 11 | Current) Original Charge Off Amt; 0 Payment;
History(24 Month); 000010000000001(4321BBB0

| 709224537 | 10/1/2013 | 2:50:33 AM | Background processor | FORM | EARL | Early Late Notice |
| 709224537 | 10/1/2013 | 10:03:49 PM | Background processor | CS | ACRM | ACH Creation through WEB |
| 709224537 | 10/1/2013 | 10:06:22 PM | Background processor | PYMT | ACRM | |

Payment received from Customer for $986.16 Source ONC - cash(00) and was
forwarded to: Cashier queue, user-id: Cashier Confirmation Number =
2013100101307986

| 709224537 | 10/1/2013 | 10:06:24 PM | Background processor | CM | PRIVAB | Annual Privacy Statement Mailed with Billing Statement |
| 709224537 | 10/1/2013 | 10:06:26 PM | Background processor | BNOT | | |

As of 10/01/2013 Past Due .00 Curr Due 986.16 Total Due 986.16 Requested By
auto-bu

| 709224537 | 10/2/2013 | 7:07:15 AM | Dinesh Subbanna | ES | NEPQ3 | |

New-Escrowed Payment Quote (NPP 3 Month Trial Period)

Effective Date - 10/2/2013

Escrow Payment = $206.53

Total Shortage = $853.49

Total Capitalization = 0

Borrower Paid MI Premium = $0

Escrow Balance = $179.15 | Interim TII Disbursements = $0 | Total Tax
Disbursements During Trial Period = $0 | Flood Disbursements During Trial
Period = $0 | Hazard Disbursements During Trial Period = $0 | Tax Payment #1
During Trial Period = $0 | Tax Payment #2 During Trial Period = $0 | Tax
Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0
| Delinquent Taxes Due = $0

Breakdown as Follows:

DD/OLS 001687

| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 10/10/2013 | 1:06:18 AM | Kusum V | RS | ACDVRC |

BMR Automated CDV

DAVID MAX DAUGHERTY

Control Number: 999932740262515113

Subscriber Code: 465FS01690

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:DAVID MAX DAUGHERTY SSN: 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

Reporting to Credit Bureau:Borrower has signed the note, hence responsible, ssn matches, checked CIS.

| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 10/10/2013 | 1:06:21 AM | Kusum V | RS | ACDVRC |

Discrepancy (NNME, ADD, SSN):; Address,       Details: k

Form Completed and Sent Electronically (it is not mailed)

| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 10/10/2013 | 1:08:05 AM | Kusum V | CC | CRTVL |
| 7092244537 | 10/10/2013 | 1:08:06 AM | Kusum V | RS | CRINQ |
| 7092244537 | 10/10/2013 | 1:10:13 AM | Kusum V | RS | ACDVRC |

BMR Automated CDV

CR - CREDIT INQUIRY DISPUTE RECEIVED

Invalid/Inaccurate Credit Dispute Received

Discrepancy (NNME, ADD, SSN):; Address,       Details: jk

Reporting to Credit Bureau:Borrower has signed the note, hence responsible, ssn matches, checked CIS.

Reporting received from Credit Bureau:DAVID MAX DAUGHERTY SSN: 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

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Subscriber Code: 465FS01690

Control Number: 999932740265151114

DAVID MAX DAUGHERTY

DD/OLS 001688

| 7092244537 | 10/15/2013 | 1:10:23 AM | Kusum V | RS | ACOVFC | BHR Automated CDV | Form Completed and Sent Electronically (It is not mailed.) |

DAVID MAX DAUGHERTY
Control Number: 99993274026515114
Subscriber Code: 465F301690
Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.
Reporting received from Credit Bureau:DAVID MAX DAUGHERTY SSN: 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 ssn matches, checked CIS.
Reporting to Credit Bureau:Borrower has signed the note, hence responsible, checked CIS.

| 7092244537 | 10/10/2013 | 1:10:47 AM | Kusum V | RS | CRHPT | Discrepancy (NAME, ADD, SSN):; Address.    Details: k  REPEAT DISPUTE |
| 7092244537 | 10/13/2013 | 1:10:50 AM | Kusum V | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED):  . |
| 7092244537 | 10/13/2013 | 9:05:10 PM | Dinesh Subhanna | ES | NEFQ | New-Escrowed Payment Quote; |

Effective Date = 10/8/2013
Escrow Payment = $206.53
Total Deposit = $120.28
Shortage / Deposit =$120.28
Delinquent Tax =$0
# 1 = 90                              Tax P

| 7092244537 | 10/14/2013 | 3:48:39 AM | Anjali Balakrishnan | RS | ACOVFC | BHR Automated CDV    - This Comment was auto-generated in batch mode. |

DAVID MAX DAUGHERTY
Control Number: 33281462601902
Subscriber Code: 8139004
Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.
Reporting received from Credit Bureau:Received from.DAVID MAX DAUGHERTY
SSN: 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
Reporting to Credit Bureau: Checked CIS No signature does found in CIS verified signature in mortgage & the Borrower's SSN is matching, Verified in real servicing. Hence He/She is Responsible/Liable on the Account.

| Account | Date | Time | User | | Code | |
|---|---|---|---|---|---|---|
| 7092244537 | 10/14/2013 | 3:48:44 AM | Anjali Balakrishnan | RS | ACOVFC | Form Completed and Sent Electronically (it is not mailed); |

Details: 0

Discrepancy (NAME, ADD, SSN);; Address

BMR Automated CDV
DAVID MAX DAUGHERTY
Control Number: 332814626019902

Subscriber Code: 8139804

Borrower's concern with reporting;001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau;Received from:DAVID MAX DAUGHERTY

SSN: 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

Reporting to Credit Bureau: Checked CIS No signature does found in CIS verified signature in mortgage & the borrower's SSN is matching. Verified in real servicing. Hence He/She is Responsible/Liable on the Account.

Discrepancy (NAME, ADD, SSN);; Address

Details: 0
Invalid/Inaccurate Credit Dispute Received
CR - CREDIT INQUIRY DISPUTE RECEIVED

Account Reported To Credit Bureau (as of 09/30/13)LPI: 08/26/13 UPB: 81,537 Mthly Pmt: 980 Status: 11 ( Current ) Original Charge Off Amt: 0 Payment History;74 Mos;1: 000010000000000101623888
No Action Taken on Collection Screen

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 10/14/2013 | 3:48:46 AM | Anjali Balakrishnan | GC | | |
| 7092244537 | 10/14/2013 | 3:48:49 AM | Anjali Balakrishnan | RS | CRITU CRINQ | |
| 7092244537 | 10/16/2013 | 7:09:49 PM | Alex Lombardo | GC | | |
| 7092244537 | 10/17/2013 | 11:51:22 PM | Suresh V K | CL | NONCTION | No Action Taken On Collection Screen |
| 7092244537 | 10/17/2013 | 11:56:09 PM | Suresh V K | CL | NONCTION | No Action Taken On Collection Screen |

| 7092244537 | 10/17/2013 | 11:56:22 PM | Shalini Singh | RS | ACDVPC |

BNR Automated CDV
DAVID MAX DAUGHERTY
Subscriber Code: 3900947
Control Number: 295906436007
Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.
Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY
SSN: 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
Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.
Discrepancy (NAME, ADD, SSN): Address.

"Please note: Litton loan, information updated as per LSAMS and RADAR."

| 7092244537 | 10/17/2013 | 11:56:27 PM | Shalini Singh | RS | ACDVPC |

Details: S
Form Completed and Sent Electronically (It is not mailed);
BNR Automated CDV
DAVID MAX DAUGHERTY
Subscriber Code: 3900947
Control Number: 295906436007
Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.
Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY
SSN: 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
Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.
Discrepancy (NAME, ADD, SSN): Address.

"Please note: Litton loan, information updated as per LSAMS and RADAR."

| 7092244537 | 10/17/2013 | 11:56:28 PM | Shalini Singh | RS | CRINQ |

Details: S
CR - CREDIT INQUIRY DISPUTE RECEIVED

| 7092244537 | 10/21/2013 | 11:05:41 PM | Anjali Balakrishnan | RS | ACDVPC |

BNR Automated CDV
DAVID MAX DAUGHERTY
Subscriber Code: 60SMSOJ78
Control Number: 9999327402651112
Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.
Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY
SSN: 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
Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.
Discrepancy (NAME, ADD, SSN): Address.

DD/OLS 001691

709244537 | 10/21/2013 | 11:05:46 PM | Anjali Balakrishnan | RS | ACEVPFC

"Please note: Litton loan, information updated as per LSNAS and RADAR."
Details: 0

Form Completed and Sent Electronically (it is not mailed);
BOR Automated CDV
DAVID MAX DAUGHERTY
Control Number: 99993274026515112
Subscriber Code: 609SYH501178
Borrower's concern with reporting:001;Hoc his/hers. Provide or confirm complete ID
Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY
SSN: 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
Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.
Discrepancy (NAME, ADD, SSN): Address.

709244537 | 10/21/2013 | | | RS | CRINQ
709244537 | 10/22/2013 | 3:17:27 AM | Daniel Wesley | RS | ACEVPFC

"Please note: Litton loan, information updated as per LSNAS and RADAR."
Details: 0

CR - CREDIT INQUIRY DISPUTE RECEIVED
BOR Automated CDV
DAVID MAX DAUGHERTY
Control Number: 33281462601901
Subscriber Code:99823004
Borrower's concern with reporting:001;his/hers. Provide or confirm complete ID
Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY
SSN: 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
Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.
Discrepancy (NAME, ADD, SSN): Address.

"Please note: Litton loan, information updated as per LSNAS and RADAR."
Details: DJ

| Loan # | Date | Time | User | | | Description |
|---|---|---|---|---|---|---|
| 7092244537 | 10/22/2013 | 3:17:31 AM | Daniel Wesley | RS | ACOVFC | Form Completed and Sent Electronically (It is not mailed); BWR Automated COV DAVID MAX DAUGHERTY Control Number: 3328146260190 Subscriber Code:9823004 Borrower's concern with reporting(001)Not his/hers. Provide or confirm complete ID Reporting received from Credit Bureau;Received from DAVID MAX DAUGHERTY SSN: 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 Reporting to Credit Bureau; Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account. Discrepancy (NAME, ADD, SSN); Address. |
| 7092244537 | 10/26/2013 | 5:47:24 AM | Dinesh Subhanna | RS | CRINQ | "Please note: Litton loan, information updated as per LSAMS and RADAR." Details: N/A CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 10/27/2013 | 3:17:36 AM | Dinesh Subhanna | ES | NEPQ3 | New-Escrowed Payment Quote BWR 3 Month Trial Period: Effective Date = 10/19/2013 Escrow Payment = $206.53 Total Shortage = $391.84 Total Capitalization = $604.56 Borrower Paid MI Premium = $0 Escrow Balance = $292.77 \| Interim Tax Disbursements = $0 \| Total Tax Disbursements During Trial Period = $604.56 \| Hazard Disbursements During Trial Period = $0 \| Flood Disbursements During Trial Period = $0 \| Tax Payment #1 During Trial Period = $604.56 \| Tax Payment #2 During Trial Period = $0 \| Tax Payment #3 During Trial Period = $0 \| Tax Payment #4 During Trial Period = $0 \| Delinquent Taxes Due = $0   Tax P |
| 7092244537 | 10/27/2013 | 10:52:57 PM | Dinesh Subhanna | ES | NEPQ | Breakdown as Follows: New-Escrowed Payment Quote: Effective Date = 10/25/2013 Escrow Payment = $206.53 Total Deposit = $326.81 Shortage / Deposit =$326.81 Delinquent Tax =$0 & I = $0   Tax P |
| 7092244537 | 10/31/2013 | 12:59:23 AM | Background processor | FORM | EARL | Early Late Notice - This Comment was auto-generated in batch mode. |
| 7092244537 | 10/31/2013 | 9:49:08 PM | Background processor | CS | ACHW | ACH Creation through WEB |

| Loan | Date | Time | User | Code | Comment |
|---|---|---|---|---|---|
| 7092244537 | 11/1/2013 | 9:57:10 PM | Background processor | PYMT | Payment, received from Outsource for $980.16. Source OKC - oakch1101 and was forwarded to: Cashier queue, user-id: Cashier Confirmation Number = 20131010189795| |
| 7092244537 | 11/1/2013 | 9:57:12 PM | Background processor | SNOT | As of 12/01/2013 Past Due .00 Curr Due 968.08 Total Due $68.08 Requested by auto-bu |
| 7092244537 | 11/4/2013 | 10:47:38 PM | Binok Chellan | CSH | OACHKCONF |
| 7092244537 | 11/10/2013 | 12:00:18 AM | Dinesh Subbana | ES | One-Time ACH created in Web. Re-triggering letter since the automated letter generation failed. New-Escrowed Payment Quote HMP 3 Month Trial Period: Effective Date = 11/7/2013 Escrow Payment = $206.53 Total Shortage = $228.22 Total Capitalization = $604.56 Borrower Paid MI Premium = $0 Escrow Balance = $406.39 | Interim Tax Disbursements = $0 | Total Tax Disbursements During Trial Period = $604.56 | Hazard Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $604.56 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0 |
| 7092244537 | 11/11/2013 | 5:05:34 AM | Dinesh Subbana | NBPQ | Breakdown as Follows: New-Escrowed Payment Quote: Effective Date = 11/7/2013 Escrow Payment = $206.53 Total Deposit = $213.19 Shortage / Deposit = $213.19 Delinquent Tax = $0 Tax P |
| 7092244537 | 11/18/2013 | 6:01:05 PM | Alex Lombardo | GC | Account Reported To Credit Bureau (as of 10/31/13)LP1: 09/26/13 DPB: 81,233 Mthly Pmt_980 Status: 11 | Current ) Compliance Cond. Code: XB1Acct in Dispute| Original Charge Off Amt; 0 Payment History(24 Mons): 000000100000000001632BBB |
| 7092244537 | 11/24/2013 | 9:13:43 PM | Dinesh Subbana | NBPQ3 | - This Comment was auto-generated in batch mode. New-Escrowed Payment Quote(HMP 3 Month Trial Period: Effective Date = 11/25/2013 Escrow Payment = $206.53 Total Shortage = $434.75 Total Capitalization = $604.56 Borrower Paid MI Premium = $0 Escrow Balance = $406.39 | Interim Tax Disbursements = $0 | Total Tax Disbursements During Trial Period = $604.56 | Hazard Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $604.56 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = |

DD/OLS 001694

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 11/27/2013 | 6:12:40 AM | Dinesh Subhamna | ES | NEPQ | New-Escrowed Payment Quote:<br>Effective Date = 11/20/2013<br>Escrow Payment = $206.53<br>Total Deposit = $419.72<br>Shortage / Deposit =$419.72<br>Delinquent Tax =$0<br>4 I = $0 |

$0 | Delinquent Taxes Due = $0

Breakdown as Follows:

Tax P

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537<br>7092244537 | 12/2/2013<br>12/2/2013 | 11:54:34 PM<br>11:54:36 PM | Background processor<br>S V. Akshatha | FORM<br>RS | EARL<br>ACDVMC | Early Late Notice - This Comment was auto-generated in batch mode.<br>BMR Automated CDV<br>DAVID MAX DAUGHERTY<br>Control Number: 9999313803203503123<br>Subscriber Code: 465F301690<br>Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID. |

Reporting received from Credit Bureau:Received from.DAVID MAX DAUGHERTY
SSN: 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

Reporting to Credit Bureau: Checked CIS No signature docs found in CIS
verified signature in mortgage & the borrower's SSN is matching. Verified in
real servicing. Hence We/She is responsible/liable on the Account.

Discrepancy (NAME, ADD, SSN):; Address

Details: SV

| 7092244537 | 12/2/2013 | 11:54:38 PM | S V, Akshatha | RS |  | ACOVYC | Form Completed and Sent Electronically (It is not mailed) |
|---|---|---|---|---|---|---|---|

BNR Automated CDV
DAVID MAX DAUGHERTY
Control Number: 99993318020301223
Subscriber Code: 465F801690
Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:Received from:DAVID MAX DAUGHERTY
SSN: 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

Reporting to Credit Bureau: Checked CIS No signature does found in CIS verified signature in mortgage & the borrower's SSN is matching. Verified in real servicing. Hence He/She is Responsible/Liable on the Account.

| 7092244537 | 12/2/2013 | 11:54:40 PM | S V, Akshatha | RS | CRIVL | Discrepancy (NAME, ADD, SSN):;  Address |
|---|---|---|---|---|---|---|

Details:: SV
Invalid/Inaccurate Credit Dispute Received

| 7092244537 | 12/2/2013 | 11:54:42 PM | S V, Akshatha | CC | CR3NO | CR - CREDIT INQUIRY DISPUTE RECEIVED |
|---|---|---|---|---|---|---|

| 7092244537 | 12/2/2013 | 11:54:44 PM | S V, Akshatha | RS | ACOVNC | BNR Automated CDV |
|---|---|---|---|---|---|---|

DAVID MAX DAUGHERTY
Control Number: 99993318020301222
Subscriber Code: 465F801690
Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:Received from:DAVID MAX DAUGHERTY
SSN: 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

Reporting to Credit Bureau: Checked CIS No signature does found in CIS verified signature in mortgage & the borrower's SSN is matching. Verified in real servicing. Hence He/She is Responsible/Liable on the Account.

Discrepancy (NAME, ADD, SSN):;  Address  Detail: sv

| 7092244537 | 12/2/2013 | 11:54:46 PM | S V, Akshatha | RS | ACDVYC | Form Completed and Sent Electronically (it is not mailed); |

BNR Automated CDV

DAVID MAX DAUGHERTY

Control Number: 99993180320030122

Subscriber Code: 4657301690

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:Received from:DAVID MAX DAUGHERTY
SSN: 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

Reporting to Credit Bureau: Checked CIS No signature docs found in CIS verified signature in mortgage & the borrower's SSN is matching. Verified in real servicing. Hence He/She is Responsible/Liable on the Account.

| 7092244537 | 12/2/2013 | 11:54:48 PM | S V, Akshatha | RS | CRDPT | Discrepancy (NAME, ADD, SSN): Address Details: av |

REPEAT DISPUTE

| 7092244537 | 12/2/2013 | 11:54:50 PM | S V, Akshatha | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |

| 7092244537 | 12/2/2013 | 11:54:52 PM | Kusum V | RS | ACDVRC | BNR Automated CDV |

TINA MARIE DAUGHERTY

Control Number: 07641319314005

Subscriber Code: 3900947

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID

Reporting received from Credit Bureau:Received from:TINA MARIE DAUGHERTY

SSN: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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching. Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepancy (NAME, ADD, SSN): Address and SSN.

"Please note: Litton loan, information updated as per LSAMS and RADAR."
Details: X

| 7092244537 | 12/2/2013 | 11:54:56 PM | Kusum V | RS | ACDVTC | Form Completed and Sent Electronically (it is not mailed); |
| | | | | | | BWR Automated CDV |
| | | | | | | TINA MARIE DAUGHERTY |
| | | | | | | Control Number: 0764191934605 |
| | | | | | | Subscriber Code: 3900947 |
| | | | | | | Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID |
| | | | | | | Reporting received from Credit Bureau:Received from TINA MARIE DAUGHERTY |
| | | | | | | SSN: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 |
| | | | | | | Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account. |
| | | | | | | Discrepancy (NAME, ADD, SSN): Address and SSN. |
| 7092244537 | 12/2/2013 | 11:54:56 PM | Kusum V | RS | CRINQ | "Please note: Litton loan, information updated as per LSAMS and RADAR." Details: X |
| 7092244537 | 12/2/2013 | 11:54:59 PM | Background processor | FYMT | | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 12/2/2013 | 11:55:00 PM | Background processor | BMOT | | Payment received from Outsource for $968.08 Source 887 - epi202 and was forwarded to: Cashier queue, user-id: Cashier Via Web Confirmation Number - 130519413. As of 12/02/2013 Past Due .00 Curr Due 968.08 Total Due 968.08 Requested By auto-bu |
| 7092244537 | 12/3/2013 | 5:56:12 AM | Anjali Balakrishnan | RS | ACDVRC | 12/04/2013 |
| | | | | | | BWR Automated CDV |
| | | | | | | TINA M DAUGHERTY |
| | | | | | | Control Number: 9990331802059064 |
| | | | | | | Subscriber Code: 6050M50178 |
| | | | | | | Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID. |
| | | | | | | Reporting received from Credit Bureau:Received from TINA M DAUGHERTY |
| | | | | | | SSN: 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 |
| | | | | | | Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account. |
| | | | | | | Discrepancy (NAME, ADD, SSN):none |
| | | | | | | "Please note: Litton loan, information updated as per LSAMS and RADAR." Details: 01 |

7092244537 | 12/7/2013 | 5:58:17 AM | Anjali Balakrishnan | RS | ACDVPC

Form Completed and Sent Electronically (it is not mailed);
BWR Automated CDV
TINA N DAUGHERTY
Control Number: 99993318012055064
Subscriber Code: 6059FN5OL78
Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.
Reporting received from Credit Bureau:Received from TINA N DAUGHERTY
SSN: 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
Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.
Discrepancy (NAME, ADD, SSN):none

7092244537 | 12/7/2013 | 5:58:19 AM | Anjali Balakrishnan | RS | CRING
CR - CREDIT INQUIRY DISPUTE RECEIVED
7092244537 | 12/7/2013 | 6:00:25 AM | Anjali Balakrishnan | RS | ACDVPC
BWR Automated CDV

DAVID MAX DAUGHERTY
Control Number: 99993318032030121
Subscriber Code: 6059FN5OL78
Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.
Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY
SSN: 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
Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.
Discrepancy (NAME, ADD, SSN): Address.

"Please note: Litton loan, information updated as per LSAMS and RADAR."
Details: 0
Form Completed and Sent Electronically (it is not mailed);

7092244537 | 12/7/2013 | 6:00:33 AM | Anjali Balakrishnan | RS | ACDVPC
Details: 0
Form Completed and Sent Electronically (it is not mailed);
BWR Automated CDV

DAVID MAX DAUGHERTY
Control Number: 99993318032030121
Subscriber Code: 6059FN5OL78
Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.
Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY
SSN: 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
Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.
Discrepancy (NAME, ADD, SSN): Address.

"Please note: Litton loan, information updated as per LSAMS and RADAR."

DD/OLS 001699

| 7092244537 | 12/3/2013 | 6:00:35 AM | Anjali Balakrishnan | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
|---|---|---|---|---|---|---|

"Please note: Litton loan, information updated as per LSAMS and RASAR."

Details: 0

| 7092244537 | 12/3/2013 | 6:50:03 AM | Rajina Robert | RS | ACDVPC | BWR Automated CDV |
|---|---|---|---|---|---|---|

DAVID MAX DAUGHERTY
Control Number: 3328146260230L
Subscriber Code: 8139004

Borrower's concern with reporting(00):Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:RECEIVED FROM DAVID MAX DAUGHERTY SSN: 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

Reporting to Credit Bureau:Checked CIS No signature does found in CIS & the borrower's SSN is matching, Verified in real servicing. Hence He/She is Responsible/Liable on the Account.

| 7092244537 | 12/3/2013 | 6:50:12 AM | Rajina Robert | RS | ACDVPC | Discrepancy (NAME, ADD, SSN): Address Details: M |
|---|---|---|---|---|---|---|

Form Completed and Sent Electronically (it is not mailed).
BWR Automated CDV

DAVID MAX DAUGHERTY
Control Number: 3328146260230L
Subscriber Code: 8139004

Borrower's concern with reporting(00):Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:RECEIVED FROM DAVID MAX DAUGHERTY SSN: 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

Reporting to Credit Bureau:Checked CIS No signature does found in CIS & the borrower's SSN is matching, Verified in real servicing. Hence He/She is Responsible/Liable on the Account.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 12/7/2013 | 6:50:15 AM | Rajina Robert | GC | CRIVL | Invalid/Inaccurate Credit Dispute Received |
| 7092244537 | 12/7/2013 | 6:50:17 AM | Rajina Robert | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 12/7/2013 | 8:30:32 AM | Kusum V | RS | ACDVRC | BWR Automated CDV |

Discrepancy (NAME, ADD, SSN): Address Details: M

DAVID MAX DAUGHERTY
Control Number: 3328146260230
Subscriber Code: 9823004
Borrower's concern with reporting:001.Not his/hers. Provide or confirm complete ID.
Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY
SSN: 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
Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.
Discrepancy (NAME, ADD, SSN): none.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 12/7/2013 | 8:30:36 AM | Kusum V | RS | ACDVFC | BWR Automated CDV |

"Please note: Litton loan, information updated as per LSAMS and RADAR." Form Completed and Sent Electronically (it is not mailed).
Details: JK

Discrepancy (NAME, ADD, SSN): none.
Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.
SSN: 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
Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY
Borrower's concern with reporting:001.Not his/hers. Provide or confirm complete ID.
Subscriber Code: 9823004
Control Number: 3328146260230
DAVID MAX DAUGHERTY

| 7092244537 | 12/3/2013 | 8:30:37 AM | Kumar V | RS | CRINQ |
| 7092244537 | 12/4/2013 | 12:01:20 AM | Anjali Balakrishnan | RS | ACDVRC |

BWR Automated CDV

TINA MARIE DAUGHERTY

Control Number: 3396064030020101

Subscriber Code: 9823004

Borrower's concern with reporting:001:Not him/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:Received from TINA MARIE DAUGHERTY

SSN: 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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching. Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepancy (NAME, ADD, SSN): Address.

"Please note: Litton loan, information updated as per LSAMS and RADAR."
Details: 0

CR - CREDIT INQUIRY DISPUTE RECEIVED

| 7092244537 | 12/4/2013 | 12:01:24 AM | Anjali Balakrishnan | RS | ACDVTC |

Form Completed and Sent Electronically (It is not mailed):

BWR Automated CDV

TINA MARIE DAUGHERTY

Control Number: 3396064030030101

Subscriber Code: 9823004

Borrower's concern with reporting:001:Not him/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:Received from TINA MARIE DAUGHERTY

SSN: 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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching. Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepancy (NAME, ADD, SSN): Address.

"Please note: Litton loan, information updated as per LSAMS and RADAR."
Details: 0

| 7092244537 | 12/4/2013 | 12:01:27 AM | Anjali Balakrishnan | RS | CRINQ |

CR - CREDIT INQUIRY DISPUTE RECEIVED

"Please note: Litton loan, information updated as per LSAMS and RADAR."
Details: 0

7092244537 12/8/2013 10:39:48 PM Dinesh Subbanna ES NEPQ3

Breakdown as Follows:
New-Escrowed Payment Quote HMP 3 Month Trial Period:
Effective Date = 12/4/2013
Escrow Payment = $206.53
Total Shortage = $434.75
Total Capitalization = $604.56
Borrower Paid MI Premium = $0
Escrow Balance = $606.39 | Interim Tax Disbursements = $0 | Total Tax Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period = $0 | Hazard Disbursements During Trial Period = $604.56 | Hazard Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $0 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0

7092244537 12/15/2013 10:59:42 PM Dinesh Subbanna ES NEPQ

Breakdown as Follows:
New-Escrowed Payment Quote:
Effective Date = 12/19/2013
Escrow Payment = $206.53
Total Deposit = $318.18
Shortage / Deposit = $318.18
Delinquent Tax = $0
& I = $0    Tax P

7092244537 12/26/2013 5:33:12 AM Daniel A Rochford ES NEPQ3

- This Comment was auto-generated in batch mode.
New-Escrowed Payment Quote HMP 3 Month Trial Period:
Effective Date = 12/19/2013
Escrow Payment = $206.53
Total Shortage = $539.74
Total Capitalization = $604.56
Borrower Paid MI Premium = $0
Escrow Balance = $557.93 | Interim Tax Disbursements = $0 | Total Tax Disbursements During Trial Period = $604.56 | Hazard Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $604.56 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0

Breakdown as Follows:

DD/OLS 001703

| Account | Date | Time | User | Form | Code | Comment |
|---|---|---|---|---|---|---|
| 7092244537 | 12/28/2013 | 5:46:35 AM | Daniel A Rochford | ES | NEPQ | New-Escrowed Payment Quote:<br>Effective Date = 12/28/2013<br>Escrow Payment = $206.53<br>Total Deposit = $524.71<br>Shortage / Deposit = $524.71<br>& I = $0<br>Delinquent Tax = $0<br>Tax P |
| 7092244537 | 12/31/2013 | 12:56:12 AM | Background processor | EARL | | Early Late Notice    - This Comment was auto-generated in batch mode. |
| 7092244537 | 12/31/2013 | 9:55:56 PM | Background processor | PYMT | | Payment received from Outsource for $568.08  Source OAC - ouch1231 and was forwarded to: Cashier queue, user-id: Cashier Confirmation Number - 201325308073936 ACH Creation through WEB |
| 7092244537 | 12/31/2013 | 9:56:45 PM | Background processor | CS | ACHW | ACH Creation through WEB |
| 7092244537 | 1/2/2013 | 5:45:23 PM | Alex Lombardo | GC | | Account. Reported To Credit Bureau (As of 11/30/13)LPI: 10/26/13 UPB: PL,127 Mthly Pmt: 568 Status: 11 | Current | Compliance Cond. Code: XBlAcc. in Dispute) Original Charge-Off Amt: 0 Payment History(24 Mons): 000000010000000001042238 |
| 7092244537 | 1/3/2014 | 11:08:21 PM | Birut Chelian | CSN | ONCHKCONF | One-Time ACH created in Web. Re-triggering letter since the automated letter generation failed. |
| 7092244537 | 1/12/2014 | 7:58:51 PM | Daniel A Rochford | ES | NEPQ3 | One-Time ACH created in Web. Re-triggering letter since the automated letter generation failed.<br>New-Escrowed Payment Quote MHP 3 Month Trial Period:<br>Effective Date = 1/1/2014<br>Escrow Payment = $206.53<br>Total Shortage = $438.2<br>Total Capitalization = $604.56<br>Borrower Paid MT Premium = $0<br>Borrower Balance = $609.47 | Interim Txl Disbursements = $0 | Total Txl Disbursements During Trial Period = $604.56 | Hazard Disbursements During Trial Period = $0 | Fixed Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $604.56 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0 |
| 7092244537 | 1/13/2014 | 1:43:57 AM | Daniel A Rochford | ES | NEPQ | Breakdown as Follows:<br>New-Escrowed Payment Quote:<br>Effective Date = 1/3/2014<br>Escrow Payment = $206.53<br>Total Deposit = $423.17<br>Shortage / Deposit =$423.17<br>& I = $0<br>Delinquent Tax =$0<br>Tax P |

-- This Comment was auto-generated in batch mode.

7092244537   1/15/2014   5:17:39 AM   Anjali Balakrishnan   RS   ACDVMC

BWR Automated CDV
DAVID MAX DAUGHERTY
Control Number: 210931336001
Subscriber Code: 3900947
Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.
Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY
SSN: 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
Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.
Discrepancy (NAME, ADD, SSN): Address.

7092244537   1/15/2014   5:17:45 AM   Anjali Balakrishnan   RS   ACDVVC

"Please note: Litton loan, information updated as per LSAMS and RADAR."
Details: 0
Form Completed and Sent Electronically (it is not mailed);

BWR Automated CDV
DAVID MAX DAUGHERTY
Control Number: 210931336001
Subscriber Code: 3900947
Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.
Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY
SSN: 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
Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.
Discrepancy (NAME, ADD, SSN): Address.

7092244537   1/15/2014   5:17:47 AM   Anjali Balakrishnan   RS

7092244537   1/15/2014   6:15:55 PM   Alex Lombardo   GC   CRINQ

"Please note: Litton loan, information updated as per LSAMS and RADAR."
Details: 0
CR - CREDIT INQUIRY DISPUTE RECEIVED

Account Reported To Credit Bureau (as of 12/31/13)1&#F1; 12/26/13 UPB: $0,711 Mthly Pmt: $68 Status: 11 [ Current ] Compliance Cond. Code: XBfAcct in Dispute] Original Charge Off Amt: 0 Payment History[24 Mons]: 000000010000000010X123

709224537        1/16/2014        5:55:11 AM    Suresh V K        RS        ACOVRC    BWR Automated CDV

DAVID MAX DAUGHERTY

Control Number: 99994010017721125

Subscriber Code: 6059M50178

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:11:Current account.

Date of Account Information 09-01-2011

Reporting to Credit Bureau:05:Account transferred to another office as of 11-01-2011.

Payment Rating 0:Current account

Discrepancy (NAME, AUD, SSN):address

"Please note: Litton loan, information updated as per LSAMS and RADAR" Details: ,/ ,
Form Completed and Sent Electronically (it is not mailed)

BWR Automated CDV

709224537        1/16/2014        5:55:17 AM    Suresh V K        RS        ACOVFC

DAVID MAX DAUGHERTY

Control Number: 99994010017721125

Subscriber Code: 6059M50178

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:11:Current account.

Date of Account Information 09-01-2011

Reporting to Credit Bureau:05:Account transferred to another office as of 11-01-2011.

Payment Rating 0:Current account.

Discrepancy (NAME, AUD, SSN):address

"Please note: Litton loan, information updated as per LSAMS and RADAR" Details: ,/ ,
CR - CREDIT INQUIRY DISPUTE RECEIVED

709224537        1/16/2014        5:55:18 AM    Suresh V K        RS        CRINQ

DD/OLS 001706

| | | | | | | Details |
|---|---|---|---|---|---|---|
| 7092244537 | 1/16/2014 | 7:04:54 AM | | | RS | ACDVRC | BMR Automated CDV<br>TINA MARIE DAUGHERTY<br>Control Number: 3394064030603<br>Subscriber Code: 9823004<br>Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.<br>Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY<br>SSN: 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<br>Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.<br>Discrepancy (NAME, ADD, SSN): Address and First Name. |
| 7092244537 | 1/16/2014 | 7:05:00 AM | Kusum V | RS | ACDVYC | BMR Automated CDV<br>TINA MARIE DAUGHERTY<br>Control Number: 3394064030603<br>Subscriber Code: 9823004<br>Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.<br>Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY<br>SSN: 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<br>Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.<br>Discrepancy (NAME, ADD, SSN): Address and First Name.<br>"Please note: Litton loan, information updated as per LEANS and RADAR." Details: X<br>Form Completed and Sent Electronically (It is not mailed). |
| 7092244537 | 1/16/2014 | 7:05:03 AM | Kusum V | RS | CRINQ | "Please note: Litton loan, information updated as per LEANS and RADAR."<br>Details: X<br>CR - CREDIT INQUIRY DISPUTE RECEIVED |

DD/OLS 001707

7092244537   1/16/2014   7:54:43 AM   Suresh V K   RS   ACDVRC   BNR Automated CDV

DAVID MAX DAUGHERTY
Control Number: 332814626O2705
Subscriber Code: 9823004
Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.
Reporting received from Credit Bureau:11:Current account.
Date of Account Information 09-30-2011
Reporting to Credit Bureau:05:Account transferred to another office as of 11-01-2011.
Payment Rating - 0:Current account.
Discrepancy (NAME, ADD, SSN):Address

7092244537   1/16/2014   7:54:48 AM   Suresh V K   RS   ACDVFC   BNR Automated CDV
"Please note: Litton loan. Information updated as per LSAMS and RADAR"
Details: ,
Form Completed and Sent Electronically (it is not mailed).

7092244537   1/16/2014   7:54:50 AM   Suresh V K   RS   CRIMQ
DAVID MAX DAUGHERTY
Control Number: 332814626O2705
Subscriber Code: 9823004
Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.
Reporting received from Credit Bureau:11:Current account.
Date of Account Information 09-30-2011
Reporting to Credit Bureau:05:Account transferred to another office as of 11-01-2011.
Payment Rating - 0:Current account.
Discrepancy (NAME, ADD, SSN):Address
CR - CREDIT INQUIRY DISPUTE RECEIVED
Details:
"Please note: Litton loan. Information updated as per LSAMS and RADAR"

7092244537   1/17/2014   12:45:16 AM   Suresh V K   RS   ACDVNC

BMR Automated CDV
Reporting received from Credit Bureau:DAVID MAX DAUGHERTY   SSN: 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
Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.
Reporting to Credit Bureau:DAVID MAX DAUGHERTY has signed the note, hence responsible, checked CIS, SSN number matches.
Discrepancy (NAME, ADD, SSN):Name, Address      Details: ,
Form Completed and Sent Electronically (it is not mailed);
SSN: 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
Subscriber Code: 465FS01690
Control Number: 9999401001721127
DAVID MAX DAUGHERTY

7092244537   1/17/2014   12:45:22 AM   Suresh V K   RS   ACDVYC

Reporting received from Credit Bureau:DAVID MAX DAUGHERTY   SSN: 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
Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.
Reporting received from Credit Bureau:DAVID MAX DAUGHERTY   SSN: 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

7092244537   1/17/2014   12:45:36 AM   Suresh V K   GC   CRIVL
7092244537   1/17/2014   12:45:44 AM   Suresh V K   RS   CRINQ
7092244537   1/17/2014   12:48:12 AM   Suresh V K   RS   ACDVNC

BMR Automated CDV
CR - CREDIT INQUIRY DISPUTE RECEIVED
Invalid/Inaccurate Credit Dispute Received
Subscriber Code: 465FS01690
Control Number: 9999401001721126
DAVID MAX DAUGHERTY
Reporting received from Credit Bureau:DAVID MAX DAUGHERTY SSN: 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
SSN: 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

DD/QLS 001709

| 709224537 | 1/17/2014 | 12:48:38 AM | Suresh V K | R5 | ACDVFC | BWR Automated CDV |
| | | | | | | Form Completed and Sent Electronically (it is not mailed); |
| | | | | | | Reporting to Credit Bureau:DAVID MAX DAUGHERTY has signed the note, hence responsible, checked CIS, SSN number matches. |
| | | | | | | Discrepancy (NAME, ADD, SSN);Name, Address     Details: , |

| | | | | | | DAVID MAX DAUGHERTY |
| | | | | | | Control Number: 99994010017721126 |
| | | | | | | Subscriber Code: 465FS01690 |
| | | | | | | Borrower's concern with reporting:001.Not his/hers. Provide or confirm complete ID. |
| | | | | | | Reporting received from Credit Bureau:DAVID MAX DAUGHERTY SSN: 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 |
| | | | | | | SSN: 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 |
| | | | | | | Reporting to Credit Bureau:DAVID MAX DAUGHERTY has signed the note, hence responsible, Checked CIS, SSN number matches. |

| 709224537 | 1/17/2014 | 12:48:49 AM | Suresh V K | GC | CREDL | Discrepancy (NAME, ADD, SSN);Name, Address     Details: , |
| | | | | | | Invalid/Inaccurate Credit Dispute Received |
| 709224537 | 1/17/2014 | 12:48:56 AM | Suresh V K | R5 | CRINO | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 709224537 | 1/17/2014 | 5:00:21 AM | A, Shanu | R5 | ACDVRC | BWR Automated CDV |
| | | | | | | DAVID MAX DAUGHERTY |
| | | | | | | Control Number: 33281462602701 |
| | | | | | | Subscriber Code: 813P004 |
| | | | | | | Borrower's concern with reporting:001.Not his/hers. Provide or confirm complete ID |
| | | | | | | Reporting received from Credit Bureau:Received from.DAVID MAX DAUGHERTY |
| | | | | | | SSN: 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 |
| | | | | | | Reporting to Credit Bureau: The brw has signed the note, hence responsible, SSN matches, checked CIS |
| | | | | | | Discrepancy (NAME, ADD, SSN);; Address |
| | | | | | | Details: , |

DD/OLS 001710

7092244537   1/17/2014   5:00:25 AM   A. Shamu   RS   ACOVFC

BMR Automated COV

Form Completed and Sent Electronically (it is not mailed)

DAVID HAX DAUGHERTY
Control Number: 332814626203701
Subscriber Code: 8120664
Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID

7092244537   1/17/2014   5:00:28 AM   A. Shamu   RS
Reporting received from Credit Bureau:Received from:DAVID HAX DAUGHERTY
SSN: 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

7092244537   1/17/2014   5:00:26 AM   A. Shamu   GC   CRIVL
Reporting to Credit Bureau: The bew has signed the note, hence responsible, SSN matches, checked CIS

Discrepancy (NAME, ADD, SSN):; Address Details: ,
Invalid/Inaccurate Credit Dispute Received

7092244537   1/17/2014   5:01:20 AM   A. Shamu   RS   CRIMO
CR - CREDIT INQUIRY DISPUTE RECEIVED

7092244537   1/17/2014   6:37:40 AM   Daniel Wesley   RS   ACOVFC

BMR Automated COV

TIHA M DAUGHERTY
Control Number: 9999401201398067
Subscriber Code: 60SYM50178

Reporting received from Credit Bureau:Received from TIHA M DAUGHERTY
SSN: 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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepancy (NAME, ADD, SSN): SSN not matching

"Please note: litten loan, information updated as per LOANS and RADAR."

Details: dj
Form Completed and Sent Electronically (it is not mailed)

7092244537   1/17/2014   6:37:16 AM   Daniel Wesley   RS   ACOVFC

BMR Automated COV

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

TIHA M DAUGHERTY
Control Number: 9999401201398067
Subscriber Code: 60SYM50178

Reporting received from Credit Bureau:Received from TIHA M DAUGHERTY
SSN: 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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepancy (NAME, ADD, SSN): SSN not matching

"Please note: Litton loan, information updated as per LSAMS and RADAR."

Details: crinq

| Account | Date | Time | Name | Code | | Details |
|---|---|---|---|---|---|---|
| 7092244537 | 1/17/2014 | 6:37:51 AM | Daniel Wesley | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 1/18/2014 | 5:04:25 PM | Background processor | BNOT | | As of 01/18/2014 Past Due .00 Curr Due 968.00 Total Due 968.08 Requested By auto-bu |
| 7092244537 | 1/31/2014 | 12:57:35 AM | Background processor | FORN | EARL | Early Late Notice |
| 7092244537 | 2/3/2014 | 7:40:09 PM | Background processor | PYMT | | Payment received from Outsource   for $968.08   Source SP7 - sp0203 and was forwarded to: Cashier Queue, user-id: Cashier Via Web Confirmation Number = 13676107 |
| 7092244537 | 2/3/2014 | 7:40:11 PM | Background processor | BNOT | | As of 02/03/2014 Past Due .00 Curr Due 968.08 Total Due 968.08 Requested By auto-bu |
| 7092244537 | 2/5/2014 | 8:44:15 PM | Arjun Nap, R | AR | ANML | ANM Department Sent Correspondence |
| | | | | | | 120 day balloon letter sent |
| 7092244537 | 2/11/2014 | 10:16:54 PM | Dawn Stoner | GC | | - This Comment was auto-generated in batch mode. Account Reported to Credit Bureau (as of 01/31/14)LPI: 12/26/13 UPB: 80,711 Mthly Pmt: 968 Status: 11 | Current | Original Charge Off Amt: 0 Payment History/24 Month: 000000001000000001432 |
| 7092244537 | 2/23/2014 | 9:52:48 PM | Daniel A Rochford | ES | NEPO3 | New-Escrowed Payment Oonte NMP 3 Month Trial Period: |

Effective Date = 2/20/2014

Escrow Payment = $207.31

Total Shortage = $102.17

Total Capitalization = $1259.89

Borrower Paid NI Premium = $0

Escrow Balance = $97.11 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $1259.89

Breakdown as Follows:

| Hazard Disbursements During Trial Period = $1259.89 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $0 | Tax Payment #2 During Trial Period = $0

| Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0

| Delinquent Taxes Due = $0

DD/OLS 001712

| 709224457 | 2/26/2014 | 7:14:57 AM | Daniel A Rochford | ES | NEPQ | New-Escrowed Payment Quote:<br>Effective Date = 2/19/2014<br>Escrow Payment = $207.31<br>Total Deposit = $740.13<br>Shortage / Deposit = $740.13<br>Delinquent Tax = $0<br>P & I = $0 | Tax |
| 709224457 | 3/3/2014 | 2:32:48 AM | Background processor | FORM | EARL | Early Late Notice<br>- This Comment was auto-generated in batch mode. | |
| 709224457 | 3/4/2014 | 9:42:09 PM | Background processor | PYMT | | Payment received from Outsource for $968.08 Source ONC - oach030d and was forwarded to: Cashier queue, user-Id: Cashier Confirmation Number = 20140323202175355<br>An of 03/04/2014 Past Due .00 Curr Due 968.08 Total Due 968.08 Requested By auto-index through MER<br>ACH Creation through MER | |
| 709224457 | 3/4/2014 | 9:42:11 PM | Background processor | BMOT | ACHN | | |
| 709224457 | 3/4/2014 | 9:42:13 PM | Background processor | CS | | Account Reported To Credit Bureau (As of 02/28/14)1281 01/26/14 UPB: 80,50 Mthly Pmt: 968 Status: 11 | Current ] Original Charge Off Amt: 0 Payment History(24 Mons): 000000000100000000000101 | |
| 709224457 | 3/9/2014 | 4:44:56 AM | Anu Kurian | GC | | New-Escrowed Payment Quote UPP 3 Month Trial Period:<br>Effective Date = 3/4/2014<br>Escrow Payment = $207.31<br>Total Shortage = $1362.06<br>Total Capitalization = $0<br>Borrower Paid MI Premium = $0<br>Escrow Balance = $97.11 | Interim Tax Disbursements = $0 | Total Tax Disbursements During Trial Period = $0 | |
| 709224457 | 3/9/2014 | 10:46:53 PM | Daniel A Rochford | ES | NEPQ3 | Breakdown as Follows:<br><br>| Hazard Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period =$0 | Tax Payment #1 During Trial Period = $0 | Tax Payment #2 During Trial Period = $0<br><br>| Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0<br><br>| Delinquent Taxes Due = $0 | |

DD/OLS 001713

709224537  3/10/2014  6:56:41 AM  Daniel A Rochford  ES  NEFQ

New-Escrowed Payment Quote:
- This Comment was auto-generated in batch mode.
Effective Date = 3/4/2014
Escrow Payment = $207.31
Total Deposit = $740.13
Shortage / Deposit = $740.13
Shortage = $740.13
P & I = $0
Delinquent Tax = $0
P & I = $0

Tax

709224537  3/13/2014  4:07:22 AM  Mohammed Sabir  SU  ACDVYC

Verified from DMC website, but not on Active duty.

709224537  3/14/2014  7:22:26 AM  Anjali Balakrishnan  RS  ACDVYC

BNR Automated CDV
DAVID MAX DAUGHERTY
Control Number: 9599406080068130
Subscriber Code: 605PH50178
Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.
Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY
SSN: 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
Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching,
Verified in RADAR. Hence He/She is Responsible/Liable on the Account.
Discrepancy (NAME, ADD, SSN): Address.

709224537  3/14/2014  7:12:31 AM  Anjali Balakrishnan  RS  ACDVYC

"Please note: Litton loan, information updated as per LSAMS and RADAR."
Details: 0
Form Completed and Sent Electronically (It is not mailed:)

Discrepancy (NAME, ADD, SSN): Address.
Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching,
Verified in RADAR. Hence He/She is Responsible/Liable on the Account.
SSN: 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
Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY
Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.
Subscriber Code: 605PH50178
Control Number: 9599406080068130
DAVID MAX DAUGHERTY
BNR Automated CDV

"Please note: Litton loan, information updated as per LSAMS and RADAR."
Details: 0

| | | | | | | |
|---|---|---|---|---|---|---|
| 709244537 | 3/14/2014 | 7:12:34 AM | Anjali Balakrishnan | GC | CRLTON | Credit Reporting Dispute Due Prior Servicier Litton Root Cause Unknown. |
| 709244537 | 3/14/2014 | 7:12:16 AM | Anjali Balakrishnan | RS | CRTNO | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 709244537 | 3/17/2014 | 7:10:35 PM | Anjali Balakrishnan | IVR | IVRC | CUSTOMER CONTACT VIA IVR |
| 709244537 | 3/17/2014 | 7:10:35 PM | Background processor | IVR | IVRC | CUSTOMER CONTACT VIA IVR |
| 709244537 | 3/17/2014 | 7:16:57 PM | Background processor | IVR | IVRC | CUSTOMER CONTACT VIA IVR |
| 709244537 | 3/17/2014 | 7:32:48 PM | Rajani T R | CU | CUST | ISN RCK: 3120 RCD: 8041809SAWI: 304653238 |
| 709244537 | 3/17/2014 | 7:39:20 PM | Rajani T R | CL | CMOC | ISN RCK: 2714 RCD: 8041761SAWI: 304653238 CUSTOMER CONTACT VIA IVR Phone Call In; Customer Contact-No Commitment; Customer inquired about the name.- SCRIPT ID: VERIFYSSN Phone Call In; Customer Contact-No Commitment; Customer inquired about the payment due on the account. Advised customer the amount due and customer stated they would not be able to make a payment at this time. Asked customer if they wanted a breakdown of the total reinstatement amount and customer stated no. - SCRIPT ID: PAYMENT 2. |
| 709244537 | 3/17/2014 | 7:45:08 PM | Rajani T R | WQ | | Phone Call In; Contact Info Provided; Caller wanted the fax number for the Research Department. Advised it was 1-407-737-6475. SCRIPT ID: FAX NUMBER LIST |
| 709244537 | 3/17/2014 | 7:47:02 PM | Rajani T R | CS | ICDR | Phone Call In; Credit Reporting Inquiry; Borrower inquired about credit reporting in 2013 for March. The loan was reported correctly as Current.For June, the loan was reported correctly as Current.For July, the loan was reported correctly as Current. - SCRIPT ID: CREDIT REPORT 3 |
| 709244537 | 3/17/2014 | 7:47:35 PM | Rajani T R | CS | ICDR | Phone Call In; Credit Reporting Inquiry; Borrower inquired about credit reporting in 2013. For March, the loan was reported correctly as Current.For June, the loan was reported correctly as Current.For July, the loan was reported correctly as Current. - SCRIPT ID: CREDIT REPORT 3 |
| 709244537 | 3/17/2014 | 7:47:35 PM | Rajani T R | WQ | | Phone Call In; Credit Reporting Inquiry; Borrower inquired about credit reporting in 2013. For March, the loan was reported correctly as Current.For June, the loan was reported correctly as Current.For July, the loan was reported correctly as Current. - SCRIPT ID: CREDIT REPORT 3 |
| 709244537 | 3/17/2014 | 7:49:27 PM | Rajani T R | WQ | | Phone Call In; Contact Info Provided; Borrower disagreed with credit reporting. Provided Borrower with contact information for Research Department. Call Ended. - SCRIPT ID: END SCRIPT |
| 709244537 | 3/17/2014 | 7:50:38 PM | Rajani T R | WQ | | Phone Call In; Note; RBHS not raised as cust.will send the proof to research to dispute the reporting. SCRIPT ID: CREDIT REPORT 3 |
| 709244537 | 3/17/2014 | 7:57:29 PM | Rajani T R | CS | ICDR | Phone Call In; Credit Reporting Inquiry; reported as 30 days late in march |
| 709244537 | 3/18/2014 | 2:42:56 AM | Kusum V | RS | ACSVRC | RMR Automated CDV |

DAVID MAX DAUGHERTY

Control Number:  339606403506603

Subscriber Code:  9823004

Borrower's concern with reporting:001;Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau;Received from DAVID MAX DAUGHERTY SSN: 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

Reporting to Credit Bureau; Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepancy (NAME, ADD, SSN): Address

"Please note: Litton loan, Information updated as per LSMRS and RADAR."
Details: K

DD/OLS 001715