Return this dispute response to:
**Equifax**
1550 Peachtree St/Atlanta, GA 30309

Date: 09-03-2014
Control #: 999942460176761137

FAX #: (678) 795-7895
Account Number: 1290740R
Subscriber Code: Ocwen Loan Servicing, LLC/605FM50178

FCRA Response Due Date: 09-26-2014
Response Date: 09-19-2014
Response Code: 01:Account information accurate as of date reported

In the lines below, S indicates all Response elements are the Same as in the Request; U indicates all are Unknown; otherwise D indicates one or more are Different or Unknown

### Request Data / Response Data

| Request | | | | | Response | | |
|---|---|---|---|---|---|---|---|
| Name: | DAVID | MAX | DAUGHERTY | D | Name: DAVID | | DAUGHERTY |
| Address: 35 VALLEY VIEW DR 35, VIENNA, WV, 26105 | | | | D | Address: 35 VALLEY VIEW DR, VIENNA, WV, 26105-3327 | | |
| Prev. Name: | | | | U | Prev. Name: | | |
| Prev. Address: PO BOX 816, PARKERSBURG, WV, 26102 | | | | U | Prev. Address: | | |
| SSN: 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 | | | | S | SSN: | | |
| DOB: 12-14-1957 | | | | U | DOB: | | |
| Telephone Number: (304) 295-6161 | | | | U | Telephone Number: | | |
| 2nd Prev. Address: VALLEYVIEW DR, VIENNA, WV, 26105 | | | | | | | |

Consumer States/Comments:
Dispute Code 1: 001:Not his/hers. Provide or confirm complete ID.
Dispute Code 2:
FCRA Relevant Information: CONSUMER STATES RAY CAN PROVE THIS ACCOUNT IS INACCURATE.

| Account Status | Pay. Rate | MOP | Cond./Cumm. Status | Date Opened | Balance | Amount Past Due | High Cr./Org. | Credit Limit | Original Charge-Off Amount |
|---|---|---|---|---|---|---|---|---|---|
| 11 | 0 | 01 | | 08-17-1999 | $0 | | $100813 | | |

| ount e | Interest Type | Port. Type | Term Dur. | Freq. | Date of Account Information | Date Closed | Date of Last Payment | Sch. Payment | ECOA | CII | FCRA DOFD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | | M | | M | 10-01-2011 | 11-01-2011 | 09-01-2011 | $1077 | 2 | | |
| | | | | | | | | | 2 | | |

| Compliance Condition Code | SCC | Original Cr. Name | Original Cr. Class | Spec. Payment Ind. | Deferred Start Date | Balloon Date | Balloon Amount |
|---|---|---|---|---|---|---|---|
| | O | | | | | | |

| Agency ID | Sec. Marketing Agency Account # | Mortgage ID | Actual Payment | Portfolio Indicator | Purchased from/Sold to |
|---|---|---|---|---|---|
| | | | | 2 | OCWEN |

Remarks:                                                                                      DF Contact #:

### Account History - Request / Response

| | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| - | - | - | - | D | E | D | E | D | 0 | 0 | 0 | - | - | - | - | - | - | - | - | - | - | - |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | - | - | - | - | - | - | - | - | - | - |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | - | - | - | - | - | - | - | - | - | - |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 2 | 2 | 1 | - | - | - | - | - | - | - | - | - | - | - | - |
| 1 | D | 1 | 1 | 2 | 1 | 2 | 1 | 1 | D | D | D | - | - | - | - | - | - | - | - | - | - | - |
| D | D | 1 | 1 | 1 | 1 | 1 | 1 | 1 | D | D | D | - | - | - | - | - | - | - | - | - | - | - |
| D | D | D | 1 | 1 | B | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |

### Associated Consumer 1 / Associated Consumer 2

| | |
|---|---|
| Name: | Name: |
| Address: | Address: |
| SSN:       DOB: | SSN:       DOB: |
| Telephone Number: | Telephone Number: |
| ECOA/Consumer Information Indicator: | ECOA/Consumer Information Indicator: |
| Associated Images: Yes    Image Access Indicators: | #1 Yes    #2    #3    #4    #5 |

Submitted By: Sudiya Syedi                                      Tel#: (561) 682-7675      Date: 09-19-2014

By submitting this ACDV, you certify that you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect the changes noted.

CONFIDENTIAL                              DD/OLS 000320


EXHIBIT Lyew 9 DATE: 8-28-15 P. Wile, RPR, RMR, CRR

## ACDV Response:

332814626055004

| Field | Value | Field | Value |
|---|---|---|---|
| Account Number: | 7092244537 | SSN: | 232049020 |
| Consumer Name: | DAVID MAX DAUGHERTY | Control Number: | 332814626055004 |
| Response Code: | 01:Account information accurate as of date | Subscriber Code: | 813P004 |
| Response Date: | 11/13/2014 | DF Contact Number: | |
| Response Due Date: | 12/07/2014 | DF Authorized Name: | V Kusum |

## Dispute Information:

| Field | Value |
|---|---|
| Dispute Code 1: | 001:Not his/hers. Provide or confirm complete ID. |
| Dispute Code 2: | |
| FCRA Relevant Information: | |

## Consumer Information:

| | Request Data | Response Data | Same / Diff |
|---|---|---|---|
| Last Name: | DAUGHERTY | DAUGHERTY | Same |
| First Name: | DAVID | DAVID | Same |
| Middle Name: | MAX | | Unknown |
| Generation Code: | | | Unknown |
| Prev. Last Name: | DAUGHERTY | | Unknown |
| Prev. First Name: | DAVID | | Unknown |
| Prev. Middle Name: | ANDTINA | | Unknown |
| Prev. Generation Code: | | | |
| SSN: | 232049020 | 232049020 | Same |
| Date Of Birth: | 12/14/1957 | | Unknown |
| Telephone Number: | 3042956161 | | Unknown |
| ECOA Code: | 1:Individual | 1:Individual | |
| Street Address: | 35 VALLEY VIEW DR | 35 VALLEY VIEW DR | Different |
| City: | VIENNA | VIENNA | |
| State: | WV:West Virginia | WV:West Virginia | |
| Zip: | 261053327 | 26105 | |
| Prev. Street Address: | PO BOX 816 | | Unknown |
| Prev. City: | PARKERSBURG | | |
| Prev. State: | WV:West Virginia | | |
| Prev. Zip: | 261020816 | | |
| 2nd Prev. Street Address: | 600 34TH ST | | |
| 2nd Prev. City: | VIENNA | | |
| 2nd Prev. State: | WV:West Virginia | | |
| 2nd Prev. Zip: | 261052548 | | |

## Account Information:

| | Request Data | Response Data |
|---|---|---|
| Account Status: | 11:Current account. | |
| Payment Rating: | | |
| Cond. / Cum. Status: | | |
| CII: | | |
| MOP: | | |
| CCC: | XH:Account previously in dispute - now resolved, reported by credit grantor. | |

V1.29        1 of 2

DD/OLS 001333

EXHIBIT 10 WIT: [signature] DATE: 8/28/15 P. Wie, RPR, RMR, CRR

332814626055004

| Field | Value |
|---|---|
| SCC: | |
| Portfolio Type: | M:Mortgage |
| Account Type: | 26:Conventional Real Estate Mortgage including Purchase Money First (Terms Duration in years) |
| Terms Duration: | 360 |
| Terms Frequency: | M:Monthly |
| Date Opened: | 07/20/1999 |
| Date of Account Information: | 05/31/2014 |
| Date of Last Payment: | 05/01/2014 |
| Date Closed: | |
| FCRA DOFD: | |
| Current Balance: | 79857 |
| Amount Past Due: | 0 |
| High Credit / Original Amt.: | 100860 |
| Credit Limit: | |
| Original Charge Off Amount: | |
| Actual Payment: | 968 |
| Scheduled Monthly Payment: | 968 |
| Original Creditor Name: | |
| Creditor Classification: | |
| Agency ID: | |
| Sec. Mktg. Agency Acct Num: | |
| Mortgage ID Number (MIN): | |
| Specialized Payment Ind.: | |
| Defrd. Payment Start Date: | |
| Balloon Payment Amt.: | |
| Balloon Payment Due Date: | |
| Portfolio Indicator: | |
| Purchased From / Sold To: | |
| Narrative / Remarks: | |

**Account History**

| Year | | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | Req. | | | D | D | D | D | D | D | 0 | 0 | 0 | 0 |
| | Resp. | | | - | - | - | - | - | - | - | - | - | - |
| 2013 | Req. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2012 | Req. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 4 | 3 | 2 |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2011 | Req. | 3 | 8 | - | - | - | - | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2010 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2009 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2008 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2007 | Req | - | - | - | - | - | - | - | - | - | - | - | - |
| | Res | - | - | - | - | - | - | - | - | - | - | - | - |

**Associated Consumer Information**

| Field | Value |
|---|---|
| Last Name: | |
| First Name: | |
| Middle Name: | |
| Generation Code: | |
| SSN: | |
| Date Of Birth: | |
| Telephone Number: | |
| ECOA Code: | |
| CII: | |
| Street Address: | |
| City: | |
| State: | |
| Zip: | |
| Authorized Name: | V Kusum |
| Date: | 11/13/2014 |

When you sign this form, you certify that you have verified the accuracy of the entire item in compliance with all legal requirements and that your computer and/or manual records will be adjusted to reflect changes noted above.

V1.29     2 of 2     DD/OLS 001334

EXHIBIT 14ew
WIT:
DATE: 8-28-15
P. Wife, RPR, RMR, CRR

# EQUIFAX CREDIT INFORMATION SERVICES

## AUTOMATED CONSUMER DISPUTE VERIFICATION

### TRADE

| Control Number | 99993184007034103 | | |
|---|---|---|---|
| Origin NCRA | EFX | Bureau Code | 9999 |
| Date Created | 07/03/2013 | Response Due | 07/24/2013 |
| Subscriber Code | 465PS01690 | | |
| Account Number | 709244537 | | |
| Grantor Name | Ocwen Loan Servicing, LLC | | |
| Responder Name | Raj Kumar | | |
| Responder Phone | 561-682-7675 | Response Date | 07/05/2013 |
| Response Code | [V] Verified As Reported | [ ] Modify As Shown | |

Dispute 1: [001] NOT HIS/HERS. PROVIDE COMPLETE ID
Dispute 2:
[ ] FCRA Relevant Information
[ ] Delete Account  [ ] Delete Fraud

**Reported Consumer Identity**
- Name: DAUGHERTY DAVID MAX
- AKA/FH:
- Addr: 35 VALLEY VIEW DR 35, VIENNA, WV 26105
- Prev: PO BOX 816, PARKERSBURG, WV 26102
- SSN: 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
- DOB: 12/14/1957
- Phone: 304-295-6161

**Modified Consumer Identity** (Same)
- Name: DAUGHERTY DAVID
- AKA/FH:
- Addr: 35 VALLEY VIEW DR, VIENNA, WV 26105
- Prev:
- SSN: 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
- DOB:
- Phone: 304-295-6161

| Account Type | ECOA | High Credit | Date Open | Type & Rate | Narratives |
|---|---|---|---|---|---|
| 08 | I | $100813 | 08/1999 | M- | [451] [272] |

| Credit Limit | Date 1st Delinquency | Current Balance | Last Payment Date | Past Due | Date Closed |
|---|---|---|---|---|---|
| | 10/2011 | $85613 | 01/2012 | $6128 | |

Activity Designator: [2] Invalid activity design '2'

| Terms Duration | Term Frequency | Sched Monthly Pmt | Actual Payment | Deferred Pay Start Date | Balloon Payment | Balloon Pay Due Date |
|---|---|---|---|---|---|---|
| 30 | [M] Monthly | $1077 | $200 | | | |

| Date of Account Info | Pmt Hist Months 1-12 | Pmt Hist Months 13-24 | Pmt Hist Months 25-36 | Pmt Hist Months 37-48 | Pmt Hist Months 49-60 | Pmt Hist Months 61-72 | Pmt Hist Months 73-84 |
|---|---|---|---|---|---|---|---|
| 06/2013 | -DD4DDDDDDDD | DDD323B------ | | | | | |

Consumer Info Indicator:
Compliance Condition Code:
Special Comment Code: [BO] Foreclosure proceedings started
Account Status: [621] Account 120 days past the due date
Payment Rating:

Purchased/Sold To Name/Original Creditor:
Mortgage Id Number:
Purchase Indicator:

Printed 07/23/2014

Proprietary and Confidential to Equifax Information Services LLC - Use Pursuant to Company Instructions

Page 1

EIS-DAUGHERTY-000089

# TRADE

## AUTOMATED CONSUMER DISPUTE VERIFICATION

**EQUIFAX** CREDIT INFORMATION SERVICES

| Field | Value |
|---|---|
| Control Number | 9999184007034102 |
| Origin NCRA | EFK |
| Bureau Code | 9999 |
| Date Created | 07/03/2013 |
| Response Due | 07/24/2013 |
| Subscriber Code | 465FS01690 |
| Account Number | 7092244537 |
| Grantor Name | Ocwen Loan Servicing, LLC |
| Responder Name | Raj Kumar |
| Responder Phone | 561-682-7675 |
| Response Date | 07/05/2013 |
| Response Code | [V] Verified As Reported / [ ] Modify As Shown |
| Dispute 1 | [001] NOT HIS/HERS. PROVIDE COMPLETE ID |
| Dispute 2 | |
| | [ ] FCRA Relevant Information |
| | [ ] Delete Account / [ ] Delete Fraud |

### Reported Consumer Identity
- Name: DAUGHERTY DAVID MAX
- AKA/FN:
- Addr: 35 VALLEY VIEW DR 35, VIENNA, WV 26105
- Prev: PO BOX 816, PARKERSBURG, WV 26102
- SSN: 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
- DOB: 12/14/1957
- Phone: 304-295-6161

### Modified Consumer Identity (Same)
- Name: DAUGHERTY DAVID [V]
- AKA/FN: [ ]
- Addr: 35 VALLEY VIEW DR, VIENNA, WV 26105 [V]
- Prev: [ ]
- SSN: 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 [V]
- DOB: [ ]
- Phone: 304-295-6161 [V]

Narratives: [271]

| Field | Value |
|---|---|
| Account Type | 26 |
| ECOA | I |
| Date Open | 07/1999 |
| Type & Rate | M- |
| Credit Limit | |
| High Credit | $100860 |
| Current Balance | $83111 |
| Past Due | |
| Original Charge-Off | |
| Date 1st Delinquency | |
| Last Payment Date | 01/2013 |
| Date Closed | |
| Activity Designator | [1] Invalid activity_desgn (1) |
| Creditor Classification | |
| Purchased / Sold To Name / Original Creditor | |
| Purchase Indicator | |
| Mortgage Id Number | |
| Terms Duration | 30 |
| Term Frequency | [M] Monthly |
| Sched Monthly Pmt | $980 |
| Actual Payment | $980 |
| Deferred Pay Start Date | |
| Balloon Pay Due Date | |
| Balloon Payment | |
| Date of Account Info | 01/2013 |
| Pmt Hist Months 1-12 | -D0D0000000 |
| Pmt Hist Months 13-24 | 0003222B------ |
| Pmt Hist Months 25-36 | |
| Pmt Hist Months 37-48 | |
| Pmt Hist Months 49-60 | |
| Pmt Hist Months 61-72 | |
| Pmt Hist Months 73-84 | |
| Consumer Info Indicator | |
| Compliance Condition Code | |
| Special Comment Code | |
| Account Status | [11] Current account |
| Payment Rating | [0] Current account |

Printed 07/28/2014

Proprietary and Confidential to Equifax Information Services LLC - Use Pursuant to Company Instructions

Page 13

EIS-DAUGHERTY-000101

## AUTOMATED CONSUMER DISPUTE VERIFICATION

**EQUIFAX** CREDIT INFORMATION SERVICES

### TRADE

| Field | Value |
|---|---|
| Control Number | 9999327402651513 |
| Origin NCRA | EFX |
| Bureau Code | 9999 |
| Date Created | 10/01/2013 |
| Response Due | 10/21/2013 |
| Subscriber Code | 465FSD1690 |
| Account Number | 7092244537 |
| Grantor Name | Ocwen Loan Servicing, LLC |
| Responder Name | V Kusum |
| Responder Phone | 561-682-7675 |
| Response Date | 10/11/2013 |
| Response Code | [V] Verified As Reported / Modify As Shown |

**Dispute 1** (0011) NOT HIS/HERS. PROVIDE COMPLETE ID
**Dispute 2**
FCRA Relevant information

### Reported Consumer Identity

| | |
|---|---|
| Name | DAUGHERTY DAVID MAX |
| AKA/FN | |
| Addr | 35 VALLEY VIEW DR 35, VIENNA, WV 26105 |
| Prev | PO BOX 816, PARKERSBURG, WV 26102 |
| SSN | 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 |
| DOB | 12/14/1957 |
| Phone | 304-295-6161 |

### Modified Consumer Identity

| | |
|---|---|
| Name | DAUGHERTY DAVID |
| AKA/FN | |
| Addr | 35 VALLEY VIEW DR, VIENNA, WV 26105 |
| Prev | |
| SSN | 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 |
| DOB | |
| Phone | |

[ ] Delete Fraud [ ] Delete Account

[127] REAL ESTATE MORTGAGE
[152] CONVENTIONAL MORTGAGE

| Field | Value |
|---|---|
| Date Opened | 07/1999 |
| Credit Limit | 26 |
| High Credit | $100860 |
| Current Balance | $83111 |
| Past Due | |
| Date 1st Delinquency | |
| Last Payment Date | 01/2013 |
| Date Closed | |
| Term Duration | 30 |
| Term Frequency | [M] Monthly |
| Sched Monthly Pmt | $980 |
| Actual Payment | $980 |
| Pmt Hist Months 1-12 | --00D00D0000 |
| Pmt Hist Months 13-24 | 000000322D-- |
| Pmt Hist Months 25-36 | |
| Pmt Hist Months 37-48 | |
| Pmt Hist Months 49-60 | |
| Pmt Hist Months 61-72 | |
| Pmt Hist Months 73-84 | |
| Date of Account Info | 01/2013 |
| Consumer Info Indicator | |
| Compliance Condition Code | |
| Special Comment Code | |
| Account Status | [11] Current account |
| Payment Rating | [0] Current account |

Printed 07/23/2014

Proprietary and Confidential to Equifax Information Services LLC - Use Pursuant to Company Instructions

Page 1

EXHIBIT 12
WIT: Wood
DATE: 8-28-15
P. Wile, RPR, RMR, CRR

EIS-DAUGHERTY-000157

# EQUIFAX CREDIT INFORMATION SERVICES

## AUTOMATED CONSUMER DISPUTE VERIFICATION

### TRADE

| Control Number | 9999327402651514 | | Dispute 1 | (001) NOT HIS/HERS. PROVIDE COMPLETE ID |
| --- | --- | --- | --- | --- |
| Origin/HCRA | EPX | Bureau Code 9999 | | |
| Date Created | 10/01/2013 | Response Due 10/21/2013 | Dispute 2 | |
| Subscriber Code | 465FS01690 | | | |
| Account Number | 7092244537 | | FCRA Relevant Information | |
| Grantor Name | Ocwen Loan Servicing, LLC | | | |
| Responder Name | V Kusum | | | |
| Responder Phone | 561-682-7675 | Response Date 10/11/2013 | | |
| Response Code | ☑ Verified As Reported ☐ Modify As Shown | | ☐ Delete Account | ☐ Delete Fraud |

**Reported Consumer Identity**

| Name | DAUGHERTY DAVID MAX | | | | Same | **Modified Consumer Identity** | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| AKA/FN | | | | | ☑ | Name | DAUGHERTY DAVID |
| Addr | 35 VALLEY VIEW DR 35, VIENNA, WV 26105 | | | | ☐ | AKA/FN | |
| Prev | PO BOX 816, PARKERSBURG, WV 26102 | | | | ☐ | Addr | 35 VALLEY VIEW DR, VIENNA, WV 26105 |
| SSN | 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 | | | | ☑ | Prev | |
| DOB | 12/14/1957 | | | | ☑ | SSN | 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 |
| Phone | 304-295-6161 | | | | ☐ | DOB | |
| | | | | | ☐ | Phone | |

**Inquiries**

[245] FORECLOSURE PROCESS STARTED
[127] REAL ESTATE MORTGAGE
[262] 120 DAYS PAST DUE

| | | Date Reported | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 08 | I | 08/1999 | N5 | Past Due | $6128 | | |
| Credit Limit | | | | Current Balance | | | Date Closed |
| | | | | $85639 | | | |
| High Credit | | Date 1st Delinquency | | Last Payment Date | | Credit Classification | Purchased / Sold To / Name Of Original Creditor |
| $100813 | | 10/2011 | | 01/2012 | | | |
| Original Charge-Off | | Account Designator | | Term Frequency | | Sched Monthly Pmt | Actual Payment | Deferred Pay Start Date | Mortgage Id Number |
| | | | | (M) Monthly | | $1077 | $200 | | |
| Term Duration | | Pmt Hist Months 1-12 | | Pmt Hist Months 13-24 | | Pmt Hist Months 25-36 | Pmt Hist Months 37-48 | Pmt Hist Months 49-60 | Pmt Hist Months 61-72 | Pmt Hist Months 73-84 |
| 30 | | ----4DD4DDDDD | | DDDDDD323B-- | | | | | | |
| Date of Account Info | | | | | | | | | | |
| 07/2013 | | | | | | | | | | |
| Consumer Info Indicator | | | | | | | | | | |
| Compliance Condition Code | | | | | | | | | | |
| Special Comment Code | [BO] Foreclosure proceedings started | | | | | | | | | |
| Account Status | [82] Account 120 days past the due date | | | | | | | | | |
| Payment Rating | | | | | | | | | | |

Printed 07/23/2014

Proprietary and Confidential to Equifax Information Services LLC - Use Pursuant to Company Instructions

Page 1

EIS-DAUGHERTY-000159

EIS-DAUGHERTY-000192

EQUIFAX CREDIT INFORMATION SERVICES

AUTOMATED CONSUMER DISPUTE VERIFICATION

**TRADE**

| Control Number | 9999331803030123 | | | | |
|---|---|---|---|---|---|
| Origin NCRA | EFX | Bureau Code | 9999 | Dispute 1 | [0011] NOT HIS/HERS. PROVIDE COMPLETE ID |
| Date Created | 11/14/2013 | Response Date | 12/06/2013 | Dispute 2 | |
| Subscriber Code | 465FS01690 | | | | |
| Account Number | 7092244537 | | | FCRA Relevant Information | |
| Grantor Name | Ocwen Loan Servicing, LLC | | | | |
| Responder Name | Akshatha SV | | | | |
| Responder Phone | 561-682-7675 | Response Date | 12/02/2013 | | |
| Response Code | [V] Verified As Reported [ ] Modify As Shown | | | [ ] Delete Account | [ ] Delete Fraud |

**Reported Consumer Identity** / **Notified Consumer Identity**

| | Reported | Same | Notified |
|---|---|---|---|
| Name | DAUGHERTY DAVID MXX | | DAUGHERTY DAVID |
| AKA/FN | | | |
| Addr | 35 VALLEY VIEW DR #35, VIENNA, WV 26105 | | 35 VALLEY VIEW DR, VIENNA, WV 26105 |
| Prev | PO BOX 816, PARKERSBURG, WV 26102 | | |
| SSN | 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 | | 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 |
| DOB | 12/16/1957 | | |
| Phone | 304-295-6161 | | |

| | | |
|---|---|---|
| | 08/1959 | [245] FORECLOSURE PROCESS STARTED |
| | | [127] REAL ESTATE MORTGAGE |
| | | [262] 120 DAYS PAST DUE |

| | | Past Due | |
|---|---|---|---|
| 38 | | $6128 | MS |
| | $100813 | $85639 | |
| | | Last Payment Date | Date Closed |
| | | 10/2011 | 01/2012 |

| | Sched Mnth Pmt | Actual Payment | |
|---|---|---|---|
| 30 | [H] Monthly | $200 | $1077 |

| 10/2013 | -DD40DD4DDDD | DDDDDDD323B- | |
|---|---|---|---|

Consumer Info Indicator

Compliance Condition Code

Special Comment Code [BO] Foreclosure proceedings started

Account Status [82] Account 120 days past the due date

Payment Rating

Printed 07/23/2014 Proprietary and Confidential to Equifax Information Services LLC - Use Pursuant to Company Instructions Page 1

EXHIBIT 13
WIT: [signature]
DATE: 8-28-15
P. Wile, RPR, RMR, CRR

EIS-DAUGHERTY-000227

# TRADE

## AUTOMATED CONSUMER DISPUTE VERIFICATION

**EQUIFAX** CREDIT INFORMATION SERVICES

| | |
|---|---|
| Control Number | 93994010017721127 |
| Origin NCRA | EFX |
| Date Created | 01/10/2014 |
| Subscriber Code | 465F501690 |
| Account Number | 7092244537 |
| Grantor Name | Ocwen Loan Servicing, LLC |
| Responder Name | Suresh Krishnamurthy |
| Responder Phone | 561-682-7675 |
| Response Code | [✓] Verified As Reported  [ ] Modify As Shown |
| Bureau Code | 9999 |
| Response Due | 02/01/2014 |
| Response Date | 01/17/2014 |

Dispute 1: [001] NOT HIS/HERS. PROVIDE COMPLETE ID
Dispute 2:
FCRA Relevant Information
[ ] Delete Account

### Reported Consumer Identity
- Name: DAUGHERTY DAVID MAX
- AKA/FN:
- Addr: 35 VALLEY VIEW DR 35, VIENNA, WV 26105
- Prev: PO BOX 816, PARKERSBURG, WV 26102
- SSN: 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
- DOB: 12/14/1957
- Phone: 304-295-6161

### Modified Consumer Identity (Same)
- Name: DAUGHERTY DAVID
- AKA/FN:
- Addr: 35 VALLEY VIEW DR, VIENNA, WV 26105
- Prev:
- SSN: 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
- DOB:
- Phone: 304-295-6161
- [ ] Delete Fraud

[245] FORECLOSURE PROCESS STARTED
[127] REAL ESTATE MORTGAGE
[262] 120 DAYS PAST DUE

| | | | | |
|---|---|---|---|---|
| OR | I | 08/1999 | | M5 |
| | | High Credit | Current Balance | Past Due |
| | I | $100813 | $85639 | $6128 |
| Date 1st Delinquency | Last Payment Date | | | Date Closed |
| 10/2011 | 01/2012 | | | |
| | Pmt Frequency | Credit Classification | Sched Monthly Pmt | |
| | [M] Monthly | | $1077 | |
| Date of Account Info | Pmt Hist Months 1-12 | Pmt Hist Months 13-24 | Pmt Hist Months 25-36 | Pmt Hist Months 37-48 |
| 12/2013 | -D4D44DD4DD | DDDDDDDD323 | B-------- | |

| | |
|---|---|
| Consumer Info Indicator | |
| Compliance Condition Code | |
| Special Comment Code | [90] Foreclosure proceedings started |
| Account Status | [82] Account 120 days past the due date |
| Payment Rating | |

Purchased/Sold To Name/Original Creditor:
Arrears Payment: $200
Deferred Pay Start Date:
Pmt Hist Months 49-60:
Pmt Hist Months 61-72:
Purchase Indicator:
Balloon Payment:
Mortgage Id Number:
Balloon Pay Due Date:
Pmt Hist Months 73-84:

EXHIBIT 14 yew
WIT:
DATE: 6-2-15
P. Wile, RPR, RMR, CRR

Printed 07/23/2014

Proprietary and Confidential to Equifax Information Services LLC - Use Pursuant to Company Instructions

Page 1

OCWEN

LOAN SERVICING

C/O RESEARCH DEPT.

DAVID DAUGHERTY
LOAN # 7092244537

1 of 3 PAGES

EXHIBIT 15
WIT: [illegible]
DATE: 8-28-15
P. Wile, RPR, RMR, CRR

CONFIDENTIAL                    DD/OLS 000570

03/19/14  11:29 AM

)AVID MAX DAUGHERTY
eport As Of: 3/16/2014

## Credit Cards, Loans & Other Debt

ere you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on you port indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues.

**FIDELITY PROPERTIES IN**

Experian | Equifax | TransUnion

Potentially Negative

330-821-9700
220 E MAIN ST
ALLIANCE, OH 44601

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| Account Name | FIDELITY PROPERTIES IN | | FID COLECT |
| Account # | 431XXXX | | 431XXXX |
| Account Type | Collection Department / Agency / Attorney | | Collection Account |
| Balance | $115.00 | | $115.00 |
| Past Due | $115.00 | | |
| Date Opened | 7/1/2013 | | 7/24/2013 |
| Account Status | Closed | | Open |
| Mo. Payment | | | |
| Payment Status | Seriously past due date / assigned to attorney, collection agency, or credit grantor's internal collection department | | Collection account |
| High Balance | | | |
| Limit | | | |
| Terms | 1 Month | | |
| Comments | | | Placed for collection |

24/Mo Payment History

        2012                                      2013                                         2014
Month  APR MAY JUN JUL AUG SEP OCT NOV DEC  JAN FEB MAR APR MAY JUN JUL AUG SEP  OCT NOV DEC  JAN FEB MAR
Experian
Equifax
TransUnion                                                                        KD  KD  KD  KD  KD  KD

---

**OCWEN LOAN SERVICING**

Experian | Equifax | TransUnion

Potentially Negative

800-746-2936
1661 WORTHINGTON RD SUITE 100
WEST PALM BEACH, FL 33409

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| Account Name | | OCWEN LOAN SERVICING | |
| Account # | | 709224XXXX | |
| Account Type | | Real Estate | |
| Balance | | $85,839.00 | |
| Past Due | | $6,198.00 | |
| Date Opened | | 8/1/1999 | |
| Account Status | | Open | |
| Mo. Payment | | $1,077.00 | |
| Payment Status | | At least 120 days or more than four payments past due | |
| High Balance | | $100,813.00 | |
| Limit | | | |
| Terms | | | |
| Comments | | CONSUMER DISPUTES - REINVESTIGATION IN PROGRESS REAL ESTATE MORTGAGE | |

*INACCURATE* (handwritten annotation)

24/Mo Payment History

        2012                                        2013
Month  JAN FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC  JAN FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC
Experian
Equifax         OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK    OK  OK  ..  ..  OK  OK  ..  OK  ..
TransUnion

*INACCURATE* (handwritten annotation)

03/19/14 11:29 AM

Page 3

David M. Daugherty
35 Valley View Dr.
Vienna, WV. 26105
(304) 615-3138
Fireboy1@suddenlink.net
March 17, 2014

Sir,
Research Dept.
Ocwen Loan Servicing
PO Box 24736
West Palm Beach, Fl. 33416-4736

Dear Sir,

This letter is to complain about service I recently received from Ocwen Loan Servicing and Equifax for this past year. Ocwen has my mortgage account #7092244537 that matures July 2014 with a balloon payment due at that time. That will require me to refinance the mortgage with the balance of $80,000.00. I have been working to secure a loan and came across in my credit report problems with the reporting of information on my account. Equifax has placed information on my credit report stating my account with Ocwen was 120 days late in the month of March 2013. They show it was 120 days late in the months of June and July 2013. They show it was 120 days late in the month of October 2013 and December of 2013. These statements are completely false! Equifax also shows that I have a past due balance right now of $6,128.00. I sure can see why I am having problems securing a new loan. I noticed on my account that there is no account statement listed on your website for June and July 2013. I was late in March 2013 when Ocwen's payment did not go through because my automatic payroll deposit did not go in the accounts on time, but it was paid the same day that was realized. We have disputed these reporting inaccuracies with Equifax several times and that claim they are correct. I also have a complaint with the total mortgage debt listed by Equifax showing that we owe a total of $168,750.00. We paid $105,000.00 originally for the house. I really appreciate those numbers too! My house has a value of $165,000.00, so I can understand why the negative reporting could be coming from Ocwen. I can only imagine Ocwen would want to have this corrected ASAP if the company is innocent. I had a consultation with a consumer credit attorney whom advised me to send Ocwen and Equifax notice that my rights concerning consumer credit are being extremely violated. Ocwen should immediately update all 3 credit agencies concerning my account and send letters to me showing this. I am planning to file a lawsuit if these inaccuracies cause a problem with the refinancing process with my house.

Sincerely,


David M. Daugherty

CONFIDENTIAL                    DD/OLS 000572

03/19/14  11:29 AM                                                    Page 1

Ocwen

Loan Servicing

c/o Research Dept.

David Daugherty
Loan # 7092244537

1 of 3 Pages

CONFIDENTIAL                    DD/OLS 000573

03/19/14  11:29 AM                                                                                                    Page 2
                                                                                                                      CreditScore.com
)AVID MAX DAUGHERTY
eport As Of: 3/16/2014

## Credit Cards, Loans & Other Debt

ere you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on you port indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues.

### FIDELITY PROPERTIES IN

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| Potentially Negative | **Account Name** FIDELITY PROPERTIES IN | | FID COLECT |
| | **Account #** 431XXXX | | 431XXXX |
| 330-821-9700 | **Account Type** Collection Department / Agency / Attorney | | Collection Account |
| 220 E MAIN ST | **Balance** $115.00 | | $115.00 |
| ALLIANCE, OH 44601 | **Past Due** $115.00 | | |
| | **Date Opened** 7/1/2013 | | 7/24/2013 |
| | **Account Status** Closed | | Open |
| | **Mo. Payment** | | |
| | **Payment Status** Seriously past due date / assigned to attorney, collection agency, or credit grantor's internal collection department | | Collection account |
| | **High Balance** | | |
| | **Limit** | | |
| | **Terms** 1 Month | | |
| | **Comments** | | Placed for collection |

**24/Mo Payment History**

```
          2012                                  2013                                              2014
Month  APR MAY JUN JUL AUG SEP OCT NOV DEC JAN FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC JAN FEB MAR
Experian
Equifax                                                                                 KD  KD  KD  KD  KD  KD
TransUnion
```

---

### OCWEN LOAN SERVICING

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| Potentially Negative | **Account Name** | OCWEN LOAN SERVICING | |
| | **Account #** | 709224XXXX | |
| 800-746-2936 | **Account Type** | Real Estate | |
| 1661 WORTHINGTON RD SUITE 100 | **Balance** | $85,639.00 | |
| WEST PALM BEACH, FL 33409 | **Past Due** | $6,428.00 | |
| | **Date Opened** | 8/1/1999 | |
| | **Account Status** | Open | |
| | **Mo. Payment** | $1,077.00 | |
| | **Payment Status** | At least 120 days or more than four payments past due | INACCURATE |
| | **High Balance** | $100,613.00 | |
| | **Limit** | | |
| | **Terms** | | |
| | **Comments** | CONSUMER DISPUTES - REINVESTIGATION IN PROGRESS REAL ESTATE MORTGAGE | |

**24/Mo Payment History**

```
          2012                                  2013
Month  JAN FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC JAN FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC
Experian
Equifax        OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK     OK  OK           OK  OK     OK
TransUnion
```

INACCURATE

CONFIDENTIAL                                                                      DD/OLS 000574

03/19/14  11:29 AM                                                                                          Page 3

David M. Daugherty
35 Valley View Dr.
Vienna, WV. 26105
(304) 615-3138
Fireboy1@suddenlink.net
March 17, 2014

Sir,
Research Dept.
Ocwen Loan Servicing
PO Box 24736
West Palm Beach, Fl. 33416-4736

Dear Sir,

This letter is to complain about service I recently received from Ocwen Loan Servicing and Equifax for this past year. Ocwen has my mortgage account #7092244537 that matures July 2014 with a balloon payment due at that time. That will require me to refinance the mortgage with the balance of $80,000.00. I have been working to secure a loan and came across in my credit report problems with the reporting of information on my account. Equifax has placed information on my credit report stating my account with Ocwen was 120 days late in the month of March 2013. They show it was 120 days late in the months of June and July 2013. They show it was 120 days late in the month of October 2013 and December of 2013. These statements are completely false! Equifax also shows that I have a past due balance right now of $6,128.00. I sure can see why I am having problems securing a new loan. I noticed on my account that there is no account statement listed on your website for June and July 2013. I was late in March 2013 when Ocwen's payment did not go through because my automatic payroll deposit did not go in the accounts on time, but it was paid the same day that was realized. We have disputed these reporting inaccuracies with Equifax several times and that claim they are correct. I also have a complaint with the total mortgage debt listed by Equifax showing that we owe a total of $168,750.00. We paid $105,000.00 originally for the house. I really appreciate those numbers too! My house has a value of $165,000.00, so I can understand why the negative reporting could be coming from Ocwen. I can only imagine Ocwen would want to have this corrected ASAP if the company is innocent. I had a consultation with a consumer credit attorney whom advised me to send Ocwen and Equifax notice that my rights concerning consumer credit are being extremely violated. Ocwen should immediately update all 3 credit agencies concerning my account and send letters to me showing this. I am planning to file a lawsuit if these inaccuracies cause a problem with the refinancing process with my house.

Sincerely,


David M. Daugherty


CONFIDENTIAL                              DD/OLS 000575

03/14/13  8:36 PM                                                                                   Page 1

: OCWEN   RESEACH   DEPARTMENT

March 14, 20

David M. Daugherty

35 Valley View Drive

Vienna, WV. 26105

Dear sir,

    I am writing you concerning my credit report with Equifax, it states that I am currently behind $6,128.00 dollars with Ocwen Loan Services and that I am in foreclosure. Please correct those records as soon as possible. I have a professional company assisting fixing my credit past so please clear that record.

Thank you,

David M. Daugherty

Ocwen loan number : 7092244537

CONFIDENTIAL                                                   DD/OLS 000576

03/14/13    8:36 PM                                                                                                         Page 2

*Equifax* ↓

| | Account Name | | OCWEN LOAN SERVICING |
|---|---|---|---|
| OCWEN LOAN SERVICING<br>*Potentially Negative*<br>Closed<br>800-746-2936<br>Mailing Address: 1661 WORTHINGTON RD SUITE 100 WEST PALM BEACH, FL 33409<br><br>Show Account Details | Account # | | 709224XXXX |
| | Account Type | | Real Estate |
| | Balance | | $85,839.00 |
| | Date Opened | | 8/1/1999 |
| | Account Status | No Data Returned For This Bureau | Closed | No Data Returned For This Bureau |
| | Mo. Payment | | $1,077.00 |
| | Past Due | | $4,131.00 |
| | Payment Status | | At least 120 days or more than four payments past due |
| | High Balance | | $100,813.00 |
| | Limit | | |
| | Terms | | |
| | Comments | | FORECLOSURE PROCESS STARTED REAL ESTATE MORTGAGE |

24-Month Payment History

```
                2010                              2011                              2012
Month     MAR APR MAY JUN JUL AUG SEP OCT NOV DEC JAN FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC JAN FEB
Experian
Equifax    OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  90  60  90
TransUnion
```

CONFIDENTIAL                                       DD/OLS 000577

LOAN #
7092244537

David M. Daugherty
35 Valley View Dr.
Vienna, WV. 26105
(304) 615-3138
Fireboy1@suddenlink.net
March 17, 2014

Sir,
Research Dept.
Ocwen Loan Servicing
PO Box 24736
West Palm Beach, Fl. 33416-4736

Dear Sir,

This letter is to complain about service I recently received from Ocwen Loan Servicing and Equifax for this past year. Ocwen has my mortgage account #7092244537 that matures July 2014 with a balloon payment due at that time. That will require me to refinance the mortgage with the balance of $80,000.00. I have been working to secure a loan and came across in my credit report problems with the reporting of information on my account. Equifax has placed information on my credit report stating my account with Ocwen was 120 days late in the month of March 2013. They show it was 120 days late in the months of June and July 2013. They show it was 120 days late in the month of October 2013 and December of 2013. These statements are completely false! Equifax also shows that I have a past due balance right now of $6,128.00. I sure can see why I am having problems securing a new loan. I noticed on my account that there is no account statement listed on your website for June and July 2013. I was late in March 2013 when Ocwen's payment did not go through because my automatic payroll deposit did not go in the accounts on time, but it was paid the same day that was realized. We have disputed these reporting inaccuracies with Equifax several times and that claim they are correct. I also have a complaint with the total mortgage debt listed by Equifax showing that we owe a total of $168,750.00. We paid $105,000.00 originally for the house. I really appreciate those numbers too! My house has a value of $165,000.00, so I can understand why the negative reporting could be coming from Ocwen. I can only imagine Ocwen would want to have this corrected ASAP if the company is innocent. I had a consultation with a consumer credit attorney whom advised me to send Ocwen and Equifax notice that my rights concerning consumer credit are being extremely violated. Ocwen should immediately update all 3 credit agencies concerning my account and send letters to me showing this. I am planning to file a lawsuit if these inaccuracies cause a problem with the refinancing process with my house.

Sincerely,


David M. Daugherty

*David M. Daugherty* (signature)

EXHIBIT 16
WIT: Lyew
DATE: 8-28-15
P. Wile, RPR, RMR, CRR

CONFIDENTIAL                    DD/OLS 000566