TransUnion

REPORT DATE 3-16-2014

**OCWEN LOAN SERVICING** | Experian | Equifax | TransUnion

Potentially Negative

800-746-2936
1661 WORTHINGTON RD SUITE 100
WEST PALM BEACH, FL 33409

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| *Account Name* | | OCWEN LOAN SERVICING | |
| *Account #* | | 709224XXXX | |
| *Account Type* | | Real Estate | |
| *Balance* | | $85,639.00 | |
| *Past Due* | | $6,128.00 | |
| *Date Opened* | | 8/1/1999 | |
| *Account Status* | | Open | |
| *Mo. Payment* | | $1,077.00 | |
| *Payment Status* | | At least 120 days or more than four payments past due | |
| *High Balance* | | $100,813.00 | |
| *Limit* | | | |
| *Terms* | | | |
| *Comments* | | CONSUMER DISPUTES - REINVESTIGATION IN PROGRESS REAL ESTATE MORTGAGE | |

INACCURATE

**24/Mo Payment History**

| Month | 2012 JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | 2013 JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Experian | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax | 90 | 60 | 90 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 120 | OK | OK | 120 | 120 | OK | OK | 120 | OK | 120 |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |

INACCURATE

CONFIDENTIAL DD/OLS 000567

David Daugherty
35 Valley View Dr
Vienna, WV. 26105

7013 3020 0000 0814 2342

U.S. POSTAGE
PAID
VIENNA, WV
26105
MAR 19, 14
AMOUNT
$6.49
00098057-17

1000 33416

RETURN RECEIPT REQUESTED

Ocwen Loan Servicing
c/o Research Dept.
P.O. Box 24736
West Palm Beach, FL, 33416-4736

33416473636

**ACDV Response** 99994091031165125

| | | | |
|---|---|---|---|
| **Account Number:** | 7092244537 | **SSN:** | 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 |
| **Consumer Name:** | DAVID MAX DAUGHERTY | **Control Number:** | 99994091031165125 |
| **Response Code:** | 02:Modify account information as indicated | **Subscriber Code:** | 465FS01690 |
| **Response Date:** | 04/24/2014 | **DF Contact Number:** | |
| **Response Due Date:** | 04/25/2014 | **DF Authorized Name:** | Robert Rajna |

**Dispute Information**

| | |
|---|---|
| **Dispute Code 1:** | 106:Disputes present/previous Account Status/Payment History Profile/Payment Rating. Verify Payment History Profile, Account Status, and Payment Rating. |
| **Dispute Code 2:** | |
| **FCRA Relevant Information:** | |

**Consumer Information**

| | Request Data | Response Data | Same Diff |
|---|---|---|---|
| **Last Name:** | DAUGHERTY | DAUGHERTY | Same |
| **First Name:** | DAVID | DAVID | Same |
| **Middle Name:** | MAX | | Unknown |
| **Generation Code:** | | | Unknown |
| **Prev. Last Name:** | CD | | Unknown |
| **Prev. First Name:** | AB | | Unknown |
| **Prev. Middle Name:** | | | Unknown |
| **Prev.Generation Code:** | | | |
| **SSN:** | 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 | 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 | Same |
| **Date Of Birth:** | 12/14/1957 | | Unknown |
| **Telephone Number:** | 3042956161 | | Unknown |
| **ECOA Code:** | 1:Individual | 1:Individual | |
| **Street Address:** | 35 VALLEY VIEW DR 35 | 35 VALLEY VIEW DR | Different |
| **City:** | VIENNA | VIENNA | |
| **State:** | WV:West Virginia | WV:West Virginia | |
| **Zip:** | 26105 | 26105 | |
| **Prev. Street Address:** | PO BOX 816 | | Unknown |
| **Prev. City:** | PARKERSBURG | | |
| **Prev. State:** | WV:West Virginia | | |
| **Prev. Zip:** | 26102 | | |
| **2nd Prev. Street Address:** | VALLEYVIEW DR | | |
| **2nd Prev. City:** | VIENNA | | |
| **2nd Prev. State:** | WV:West Virginia | | |
| **2nd Prev. Zip:** | 26105 | | |

**Account Information**

| | Request Data | Response Data |
|---|---|---|
| **Account Status:** | 82:Account 120 days past the due date. | 11:Current account. |
| **Payment Rating:** | | |
| **Cond. / Cum. Status:** | | |
| **CII:** | | |
| **MOP:** | 05:Pays over 120 days; 5 or more payments past due | |
| **CCC:** | | XR:Removes the most recently reported Compliance Condition Code. |

V1.29



EXHIBIT 17
WIT: Crew
DATE: 8-28-15
P. Wile, RPR, RMR, CRR

DD/OLS 001343

| | | 99994091031165125 |
|---|---|---|
| SCC: | BO:Foreclosure proceedings started. | |
| Portfolio Type: | M:Mortgage | M:Mortgage |
| Account Type: | 08:Real Estate - Specific Type Unknown | 26:Conventional Real Estate Mortgage including Purchase Money First (Terms Duration in years) |
| Terms Duration: | 30 | 360 |
| Terms Frequency: | M:Monthly | M:Monthly |
| Date Opened: | 08/10/1999 | 07/20/1999 |
| Date of Account Information: | 03/24/2014 | 04/24/2014 |
| Date of Last Payment: | 01/01/2012 | 03/31/2014 |
| Date Closed: | | |
| FCRA DOFD: | 10/01/2011 | |
| Current Balance: | 85639 | 80073 |
| Amount Past Due: | 6128 | 0 |
| High Credit / Original Amt.: | 100813 | 100813 |
| Credit Limit: | | |
| Original Charge Off Amount: | | |
| Actual Payment: | 200 | 1936 |
| Scheduled Monthly Payment: | | 968 |
| Original Creditor Name: | | |
| Creditor Classification: | | |
| Agency ID: | | |
| Sec. Mktg. Agency Acct Num: | | |
| Mortgage ID Number (MIN): | | |
| Specialized Payment Ind.: | | |
| Defrd. Payment Start Date: | | |
| Balloon Payment Amt.: | | |
| Balloon Payment Due Date: | | |
| Portfolio Indicator: | | |
| Purchased From / Sold To: | | |
| Narrative / Remarks: | | |

**Account History**

| Year | | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | Req. | | | | | | | | | | - | D | 4 |
| | Resp. | | | | | | | | | | 0 | 0 | 0 |
| 2013 | Req. | 4 | D | 4 | D | D | 4 | 4 | D | D | 4 | D | D |
| | Resp. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| 2012 | Req. | D | D | D | D | D | D | D | D | D | 3 | 2 | 3 |
| | Resp. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 4 | 3 | 2 |
| 2011 | Req. | 5 | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | 3 | 0 | - | - | - | - | - | - | - | - | - | - |
| 2010 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2009 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2008 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2007 | Req | - | - | - | - | - | - | - | - | - | | | |
| | Res | - | - | - | - | - | - | - | - | - | | | |

**Associated Consumer Information**

| | | |
|---|---|---|
| Last Name: | | |
| First Name: | | |
| Middle Name: | | |
| Generation Code: | | |
| SSN: | | |
| Date Of Birth: | | |
| Telephone Number: | | |
| ECOA Code: | | |
| CII: | | |
| Street Address: | | |
| City: | | |
| State: | | |
| Zip: | | |

| | |
|---|---|
| Authorized Name: | Robert Rajina |
| Date: | 04/24/2014 |

When you sign this form, you certify that you have verified the accuracy of the entire item in compliance with all legal requirements and that your computer and/or manual records will be adjusted to reflect changes noted above.

| ACDV Response | | | 99994107053807123 |
|---|---|---|---|
| **Account Number:** | 7092244537 | **SSN:** | 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 |
| **Consumer Name:** | DAVID MAX DAUGHERTY | **Control Number:** | 99994107053807123 |
| **Response Code:** | 01:Account information accurate as of date | **Subscriber Code:** | 465FS01690 |
| **Response Date:** | 05/05/2014 | **DF Contact Number:** | |
| **Response Due Date:** | 05/07/2014 | **DF Authorized Name:** | Robert Rajina |

| Dispute Information | |
|---|---|
| **Dispute Code 1:** | 001:Not his/hers. Provide or confirm complete ID. |
| **Dispute Code 2:** | |
| **FCRA Relevant Information:** | |

| Consumer Information | Request Data | Response Data | Same / Diff |
|---|---|---|---|
| **Last Name:** | DAUGHERTY | DAUGHERTY | Same |
| **First Name:** | DAVID | DAVID | Same |
| **Middle Name:** | MAX | | Unknown |
| **Generation Code:** | | | Unknown |
| **Prev. Last Name:** | | | Unknown |
| **Prev. First Name:** | | | Unknown |
| **Prev. Middle Name:** | | | Unknown |
| **Prev.Generation Code:** | | | |
| **SSN:** | 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 | 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 | Same |
| **Date Of Birth:** | 12/14/1957 | | Unknown |
| **Telephone Number:** | 3042956161 | | Unknown |
| **ECOA Code:** | 1:Individual | 1:Individual | |
| **Street Address:** | 35 VALLEY VIEW DR 35 | 35 VALLEY VIEW DR | Different |
| **City:** | VIENNA | VIENNA | |
| **State:** | WV:West Virginia | WV:West Virginia | |
| **Zip:** | 26105 | 26105 | |
| **Prev. Street Address:** | PO BOX 816 | | Unknown |
| **Prev. City:** | PARKERSBURG | | |
| **Prev. State:** | WV:West Virginia | | |
| **Prev. Zip:** | 26102 | | |
| **2nd Prev. Street Address:** | VALLEYVIEW DR | | |
| **2nd Prev. City:** | VIENNA | | |
| **2nd Prev. State:** | WV:West Virginia | | |
| **2nd Prev. Zip:** | 26105 | | |

| Account Information | Request Data | Response Data |
|---|---|---|
| **Account Status:** | 82:Account 120 days past the due date. | |
| **Payment Rating:** | | |
| **Cond. / Cum. Status:** | | |
| **CII:** | | |
| **MOP:** | 05:Pays over 120 days; 5 or more payments past due | |
| **CCC:** | | |





99994107053807123

| Field | Value |
|---|---|
| SCC: | BO:Foreclosure proceedings started. |
| Portfolio Type: | M:Mortgage |
| Account Type: | 08:Real Estate - Specific Type Unknown |
| Terms Duration: | 30 |
| Terms Frequency: | M:Monthly |
| Date Opened: | 08/10/1999 |
| Date of Account Information: | 03/24/2014 |
| Date of Last Payment: | 01/01/2012 |
| Date Closed: | |
| FCRA DOFD: | 10/01/2011 |
| Current Balance: | 85639 |
| Amount Past Due: | 6128 |
| High Credit / Original Amt.: | 100813 |
| Credit Limit: | |
| Original Charge Off Amount: | |
| Actual Payment: | 200 |
| Scheduled Monthly Payment: | 1077 |
| Original Creditor Name: | |
| Creditor Classification: | |
| Agency ID: | |
| Sec. Mktg. Agency Acct Num: | |
| Mortgage ID Number (MIN): | |
| Specialized Payment Ind.: | |
| Defrd. Payment Start Date: | |
| Balloon Payment Amt.: | |
| Balloon Payment Due Date: | |
| Portfolio Indicator: | |
| Purchased From / Sold To: | |
| Narrative / Remarks: | |

Account History

| Year | | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | Req. | | | | | | | | | - | - | D | 4 |
| | Resp. | | | | | | | | | - | - | - | - |
| 2013 | Req. | 4 | D | 4 | D | D | 4 | 4 | D | D | 4 | D | D |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2012 | Req. | D | D | D | D | D | D | D | D | D | 3 | 2 | 3 |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2011 | Req. | B | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2010 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2009 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2008 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2007 | Req | - | - | - | - | - | - | - | - | - | | | |
| | Res | - | - | - | - | - | - | - | - | - | | | |

Associated Consumer Information

| Field | | |
|---|---|---|
| Last Name: | | |
| First Name: | | |
| Middle Name: | | |
| Generation Code: | | |
| SSN: | | |
| Date Of Birth: | | |
| Telephone Number: | | |
| ECOA Code: | | |
| CII: | | |
| Street Address: | | |
| City: | | |
| State: | | |
| Zip: | | |

| | |
|---|---|
| Authorized Name: | Robert Rajina |
| Date: | 05/05/2014 |

When you sign this form, you certify that you have verified the accuracy of the entire item in compliance with all legal requirements and that your computer and/or manual records will be adjusted to reflect changes noted above.

ACDV Response: 99994149043988129

| | | | |
|---|---|---|---|
| Account Number: | 7092244537 | SSN: | 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 |
| Consumer Name: | DAVID MAX DAUGHERTY | Control Number: | 99994149043988129 |
| Response Code: | 01:Account information accurate as of date | Subscriber Code: | 465FS01690 |
| Response Date: | 06/16/2014 | DF Contact Number: | |
| Response Due Date: | 06/18/2014 | DF Authorized Name: | Raj Kumar |

Dispute Information:

| | |
|---|---|
| Dispute Code 1: | 001:Not his/hers. Provide or confirm complete ID. |
| Dispute Code 2: | |
| FCRA Relevant Information: | |

Consumer Information:

| | Request Data | Response Data | Same / Diff |
|---|---|---|---|
| Last Name: | DAUGHERTY | DAUGHERTY | Same |
| First Name: | DAVID | DAVID | Same |
| Middle Name: | MAX | | Unknown |
| Generation Code: | | | Unknown |
| Prev. Last Name: | | | Unknown |
| Prev. First Name: | | | Unknown |
| Prev. Middle Name: | | | Unknown |
| Prev.Generation Code: | | | |
| SSN: | 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 | | Same |
| Date Of Birth: | 12/14/1957 | | Unknown |
| Telephone Number: | 3042956161 | | Same |
| ECOA Code: | 1:Individual | 1:Individual | |
| Street Address: | 35 VALLEY VIEW DR 35 | | Same |
| City: | VIENNA | | |
| State: | WV:West Virginia | | |
| Zip: | 26105 | | |
| Prev. Street Address: | PO BOX 816 | | Unknown |
| Prev. City: | PARKERSBURG | | |
| Prev. State: | WV:West Virginia | | |
| Prev. Zip: | 26102 | | |
| 2nd Prev. Street Address: | VALLEYVIEW DR | | |
| 2nd Prev. City: | VIENNA | | |
| 2nd Prev. State: | WV:West Virginia | | |
| 2nd Prev. Zip: | 26105 | | |

Account Information:

| | Request Data | Response Data |
|---|---|---|
| Account Status: | 82:Account 120 days past the due date. | |
| Payment Rating: | | |
| Cond. / Cum. Status: | | |
| CII: | | |
| MOP: | 05:Pays over 120 days; 5 or more payments past due | |
| CCC: | | |

V1.29



EXHIBIT 19
WIT: Cyew
DATE: 8-28-19
P. Wile, RPR, RMR, CRR

99934149043958129

| | | |
|---|---|---|
| **SCC:** | BO:Foreclosure proceedings started. | |
| **Portfolio Type:** | M:Mortgage | |
| **Account Type:** | 08:Real Estate - Specific Type Unknown | |
| **Terms Duration:** | 30 | |
| **Terms Frequency:** | M:Monthly | |
| **Date Opened:** | 08/01/1999 | |
| **Date of Account Information:** | 05/06/2014 | |
| **Date of Last Payment:** | 01/01/2012 | |
| **Date Closed:** | | |
| **FCRA DOFD:** | 10/01/2011 | |
| **Current Balance:** | 85639 | |
| **Amount Past Due:** | 6128 | |
| **High Credit / Original Amt.:** | 100813 | |
| **Credit Limit:** | | |
| **Original Charge Off Amount:** | | |
| **Actual Payment:** | 200 | |
| **Scheduled Monthly Payment:** | 1077 | |
| **Original Creditor Name:** | | |
| **Creditor Classification:** | | |
| **Agency ID:** | | |
| **Sec. Mktg. Agency Acct Num:** | | |
| **Mortgage ID Number (MIN):** | | |
| **Specialized Payment Ind.:** | | |
| **Defrd. Payment Start Date:** | | |
| **Balloon Payment Amt.:** | | |
| **Balloon Payment Due Date:** | | |
| **Portfolio Indicator:** | | |
| **Purchased From / Sold To:** | | |
| **Narrative / Remarks:** | | |

**Account History**

| Year | | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | Req. | | | | | | | | - | 0 | 0 | 0 | 0 |
| | Resp. | | | | | | | | - | - | - | - | - |
| 2013 | Req. | D | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | D | D |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2012 | Req. | D | D | D | D | D | D | D | D | D | 3 | 2 | 2 |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2011 | Req. | B | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2010 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2009 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2008 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2007 | Req | - | - | - | - | - | - | - | - | | | | |
| | Res | - | - | - | - | - | - | - | - | | | | |

**Associated Consumer Information**

| | | |
|---|---|---|
| **Last Name:** | | |
| **First Name:** | | |
| **Middle Name:** | | |
| **Generation Code:** | | |
| **SSN:** | | |
| **Date Of Birth:** | | |
| **Telephone Number:** | | |
| **ECOA Code:** | | |
| **CII:** | | |
| **Street Address:** | | |
| **City:** | | |
| **State:** | | |
| **Zip:** | | |

| | |
|---|---|
| **Authorized Name:** | Raj Kumar |
| **Date:** | 06/16/2014 |

**When you sign this form, you certify that you have verified the accuracy of the entire item in compliance with all legal requirements and that your computer and/or manual records will be adjusted to reflect changes noted above.**






*OCWEN Loan Servicing, LLC*
*P.O. Box 785063*
*Orlando, FL 32878-5063*
*(Do not send any correspondence or payment to the above address)*

WWW.OCWEN.COM

April 19, 2014

David Daugherty

35 Valley View Drive
Vienna, WV 26105

RE: Loan Number: 7092244537
Property Address: 35 Valley View Dr
Vienna, WV 26105

Dear Mr. David Daugherty :

OCWEN would like to take this opportunity to thank you for your recent communication regarding the above referenced loan. We appreciate the time and effort on your part to bring your concern to our attention. Pursuant to your concern, we have reviewed the loan and below is the recap of our response to the concern raised:

**Concern#1** You requested us to remove the delinquent reporting referenced in your correspondence.

**Response** When a payment is not received within thirty (30) days from the due date, the loan is reported as delinquent to the credit bureaus. A review of the loan indicates that the payment for the month of March 2013 was delinquent and that the credit reporting submitted correctly reflected the delinquent status. We are obligated to report true and accurate information to the credit bureaus and therefore the credit reporting cannot be changed. If you still believe the reporting is incorrect and you have evidence that the payment(s) was received on time, please provide us with this evidence so that we may research this matter further.

We have submitted a request for the Ocwen's Payment Reconciliation History to be sent to your attention which reflects all credits and disbursements made to the loan by Ocwen and the resulting loan status.

As indicated in the Ombudsman letter dated April 8, 2014, 'on March 21, 2014, our office submitted a request to the four major credit reporting agencies, Equifax, TransUnion, Experian, and Innovis, to reflect the current balance on the loan in the amount of $80,499.78. The confirmation number for this electronically submitted update is 69189581.

Ocwen reports to Equifax, TransUnion, Experian and Innovis. These bureaus provide information to the local credit bureaus to update and correct your credit file. Unfortunately, Ocwen is unable to control when the credit reporting agencies will update their records. In the interim, you may use this letter as evidence that the request has been submitted.

As of the date of this letter, your loan is due for the April 26, 2014 payment. If you require any further assistance regarding your loan, you may contact Ocwen's Customer Care Center at (800) 746-2936.

We trust the information provided has fully addressed your concern. Please visit our website (www.ocwen.com) which is available 24 hours a day, seven days a week, as many of the answers to your account specific questions may be found there. However, should you have any further questions in regards to this issue, please contact our Research Department at (800) 241-9960. If after speaking with our Research Department you still have questions or concerns, please feel free to contact the OCWEN consumer advocate by email through OCWEN's website or by phone at (800) 390-4656. You may also send written correspondence to the following address:



*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*