

OCWEN Loan Servicing, LLC
P.O. Box 785063
Orlando, FL 32878-5063
*(Do not send any correspondence or payment to the above address)*

WWW.OCWEN.COM

Ocwen Loan Servicing, LLC
Attention: Research Department
P.O. Box 24736
West Palm Beach, FL 33416-4736

Sincerely,

K, Lokesh S
Research Department
Ocwen Loan Servicing, LLC

RRCMAINLTRM.13  2

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.

Loan Number: 7092244537

**CONFIDENTIAL**

NMLS # 1852
DD/OLS 000224

**ACDV Response:**

| | | | | 99994154012191129 |
|---|---|---|---|---|
| Account Number: | 7092244537 | SSN: | 232049020 | |
| Consumer Name: | DAVID MAX DAUGHERTY | Control Number: | 99994154012191129 | |
| Response Code: | 02:Modify account information as indicated | Subscriber Code: | 465FS01690 | |
| Response Date: | 06/20/2014 | DF Contact Number: | | |
| Response Due Date: | 06/23/2014 | DF Authorized Name: | Shalini Singh | |

**Dispute Information:**

| Dispute Code 1: | 106:Disputes present/previous Account Status/Payment History Profile/Payment Rating. Verify Payment History Profile, Account Status, and Payment Rating. |
|---|---|
| Dispute Code 2: | |
| FCRA Relevant Information: | |

**Consumer Information:**

| | Request Data | Response Data | Same / Diff |
|---|---|---|---|
| Last Name: | DAUGHERTY | DAUGHERTY | Same |
| First Name: | DAVID | DAVID | Same |
| Middle Name: | MAX | | Unknown |
| Generation Code: | | | Unknown |
| Prev. Last Name: | | | Unknown |
| Prev. First Name: | | | Unknown |
| Prev. Middle Name: | | | Unknown |
| Prev. Generation Code: | | | |
| SSN: | 232049020 | 232049020 | Same |
| Date Of Birth: | 12/14/1957 | | Unknown |
| Telephone Number: | 3042956161 | | Unknown |
| ECOA Code: | 1:Individual | 1:Individual | |
| Street Address: | 35 VALLEY VIEW DR 35 | 35 VALLEY VIEW DR | Different |
| City: | VIENNA | VIENNA | |
| State: | WV:West Virginia | WV:West Virginia | |
| Zip: | 26105 | 26105 | |
| Prev. Street Address: | PO BOX 616 | | Unknown |
| Prev. City: | PARKERSBURG | | |
| Prev. State: | WV:West Virginia | | |
| Prev. Zip: | 26102 | | |
| 2nd Prev. Street Address: | VALLEYVIEW DR | | |
| 2nd Prev. City: | VIENNA | | |
| 2nd Prev. State: | WV:West Virginia | | |
| 2nd Prev. Zip: | 26105 | | |

**Account Information:**

| | Request Data | Response Data |
|---|---|---|
| Account Status: | 82:Account 120 days past the due date. | 11:Current account. |
| Payment Rating: | | |
| Cond. / Cum. Status: | | |
| CII: | | |
| MOP: | 05:Pays over 120 days; 5 or more payments past due | |
| CCC: | | XR:Removes the most recently reported Compliance Condition Code. |

V1.29          1 of 2

EXHIBIT 21
WIT: Lyew
DATE: 8-28-15
P. Wile, RPR, RMR, CRR

DD/OLS 001357

9999415401219129

| Field | Account 1 | Account 2 |
|---|---|---|
| SCC: | | |
| Portfolio Type: | M:Mortgage | M:Mortgage |
| Account Type: | 26:Conventional Real Estate Mortgage including Purchase Money First (Terms Duration in years) | 26:Conventional Real Estate Mortgage including Purchase Money First (Terms Duration in years) |
| Terms Duration: | 30 | 360 |
| Terms Frequency: | M:Monthly | M:Monthly |
| Date Opened: | 08/01/1999 | 07/20/1999 |
| Date of Account Information: | 05/29/2014 | 06/20/2014 |
| Date of Last Payment: | 01/01/2012 | |
| Date Closed: | | |
| FCRA DOFD: | 10/01/2011 | |
| Current Balance: | 85639 | 79857 |
| Amount Past Due: | 6128 | 0 |
| High Credit / Original Amt.: | 100813 | 100813 |
| Credit Limit: | | |
| Original Charge Off Amount: | | |
| Actual Payment: | 200 | 968 |
| Scheduled Monthly Payment: | 1077 | 968 |
| Original Creditor Name: | | |
| Creditor Classification: | | |
| Agency ID: | | |
| Sec. Mktg. Agency Acct Num: | | |
| Mortgage ID Number (MIN): | | |
| Specialized Payment Ind.: | | |
| Defrd. Payment Start Date: | | |
| Balloon Payment Amt.: | | |
| Balloon Payment Due Date: | | |
| Portfolio Indicator: | | |
| Purchased From / Sold To: | | |
| Narrative / Remarks: | | |

### Account History

| Year | | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | Reg. | | | | | | | | - | 0 | 0 | 0 | 0 |
|      | Resp.| | | | | | | | 0 | 0 | 0 | 0 | 0 |
| 2013 | Reg. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | D | 0 |
|      | Resp.| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | D | D |
| 2012 | Reg. | D | D | D | D | D | D | D | D | D | 3 | 2 | D |
|      | Resp.| D | D | D | D | D | D | D | D | D | 3 | 3 | 2 |
| 2011 | Reg. | B | - | - | - | - | - | - | - | - | - | - | - |
|      | Resp.| 3 | - | - | - | - | - | - | - | - | - | - | - |
| 2010 | Reg. | - | - | - | - | - | - | - | - | - | - | - | - |
|      | Resp.| - | - | - | - | - | - | - | - | - | - | - | - |
| 2009 | Reg. | - | - | - | - | - | - | - | - | - | - | - | - |
|      | Resp.| - | - | - | - | - | - | - | - | - | - | - | - |
| 2008 | Reg. | - | - | - | - | - | - | - | - | - | - | - | - |
|      | Resp.| - | - | - | - | - | - | - | - | - | - | - | - |
| 2007 | Reg. | - | - | - | - | - | - | - | - | - | - | - | - |
|      | Resp.| - | - | - | - | - | - | - | - | - | - | - | - |

### Associated Consumer Information

| Field | Value 1 | Value 2 |
|---|---|---|
| Last Name: | | |
| First Name: | | |
| Middle Name: | | |
| Generation Code: | | |
| SSN: | | |
| Date Of Birth: | | |
| Telephone Number: | | |
| ECOA Code: | | |
| CII: | | |
| Street Address: | | |
| City: | | |
| State: | | |
| Zip: | | |
| Authorized Name: | Shalini Singh | |
| Date: | 06/20/2014 | |

When you sign this form, you certify that you have verified the accuracy of the entire item in compliance with all legal requirements and that your computer and/or manual records will be adjusted to reflect changes noted above.

V1.29  2 of 2

## Universal Data Form

AUD Correction Indicator: Update [x]  Delete [ ]  Delete due to fraud [ ]

| Subscriber Name: | Ocwen Loan Servicing, LLC | Equifax SC: | 447YC03611 |
|---|---|---|---|
| Subscriber Address: | 1661 Worthington Road / Suite 100, West Palm Beach, FL 33409 | Experian SC: | 6110081 |
| | | Innovis SC: | 2101391 |
| | | TU SC: | 813P004 |

### Consumer Information

| Last Name | First Name | Middle Name | Gen. | SSN | DOB |
|---|---|---|---|---|---|
| Daugherty | David | | | 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 | |

| Current Address | City | State | Zip+4 |
|---|---|---|---|
| 35 Valley View Drive | Vienna | WV | 26105 |

| Previous Last Name | Previous First Name | Previous Middle Name | Previous Gen. |
|---|---|---|---|
| | | | |

| Previous Address | City | State | Zip+4 |
|---|---|---|---|
| | | | |

Consumer Information Indicator:    ECOA: 1    Phone:

### Employment Information

| Employer Name: | | Occupation: | |
|---|---|---|---|
| Current Address | City | State | Zip+4 |

### Associated Consumer Information

| Last Name | First Name | Middle Name | Gen. | SSN | DOB |
|---|---|---|---|---|---|
| | | | | | |

| Current Address | City | State | Zip+4 |
|---|---|---|---|

Consumer Information Indicator:    ECOA:    Phone:

| Last Name | First Name | Middle Name | Gen. | SSN | DOB |
|---|---|---|---|---|---|
| Address | City | State | Zip+4 | | |

Consumer Information Indicator:    ECOA:    Phone:

### Account Information

| Account Number | Date Opened | Current Balance | Amount Past Due | Portfolio Type | Credit Limit | High Credit | Schedule Monthly | SCC | CCC |
|---|---|---|---|---|---|---|---|---|---|
| 7092244537 | 07-20-1999 | $79857 | $0 | M | | $100860 | $968 | | XH |

| Term Dur.-Freq. | Date Closed | Actual Payment | Date of Last Payment | Account Status | Payment Rating | Account Type | Interest Type Indicator | Date of Account Information | FCRA 1st Date of Delinquency | Original Charge-off Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 360/M | | $968 | 05-01-2014 | 11 | | 26 | | 05-31-2014 | | |

| Original Creditor Name | Creditor Classification | Mortgage Agency Identifier | Sec. Marketing Agency Id Account # | Specialized Payment Indicator |
|---|---|---|---|---|
| | | | | |

| Purchased Portfolio or Sold Name | Portfolio Indicator | Deferred Payment Start Date | Balloon Payment Due Date | Balloon Payment Amount |
|---|---|---|---|---|

| Mortgage Id # | | AUD Control # | 70571752 |
|---|---|---|---|

### Account History

| D | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 1 | 0 | 4 | 3 | 2 | 3 | B | - | - | - | - |

Prepared By: IVONNE HUMPHREYS    Tel#: (800) 390-4656
Date: 07-02-2014

By submitting this AUD, you certify that you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect the changes noted.

EXHIBIT 22
WIT: [signature]
DATE: 8-28-15
P. Wile, RPR, RMR, CRR

CONFIDENTIAL    DD/OLS 000310

### ACDV Response

| | | | | 99994210030088138 |
|---|---|---|---|---|
| Account Number: | 7092244537 | SSN: | 232049020 | |
| Consumer Name: | DAVID MAX DAUGHERTY | Control Number: | 99994210030088138 | |
| Response Code: | 01:Account information accurate as of date | Subscriber Code: | 465FS01690 | |
| Response Date: | 08/08/2014 | DF Contact Number: | | |
| Response Due Date: | 08/15/2014 | DF Authorized Name: | Daniel John | |

### Dispute Information:

| Dispute Code 1: | 001:Not his/hers. Provide or confirm complete ID. |
|---|---|
| Dispute Code 2: | 106:Disputes present/previous Account Status/Payment History Profile/Payment Rating. Verify Payment History Profile, Account Status, and Payment Rating. |
| FCRA Relevant Information: | |

### Consumer Information:

| | Request Data | Response Data | Same / Diff |
|---|---|---|---|
| Last Name: | DAUGHERTY | DAUGHERTY | Same |
| First Name: | DAVID | DAVID | Same |
| Middle Name: | MAX | | Unknown |
| Generation Code: | | | Unknown |
| Prev. Last Name: | | | Unknown |
| Prev. First Name: | | | Unknown |
| Prev. Middle Name: | | | Unknown |
| Prev. Generation Code: | | | Unknown |
| SSN: | 232049020 | 232049020 | Same |
| Date Of Birth: | 12/14/1957 | | Unknown |
| Telephone Number: | 3042956161 | | Unknown |
| ECOA Code: | 1:Individual | 1:Individual | |
| Street Address: | 35 VALLEY VIEW DR 35 | 35 VALLEY VIEW DR | Different |
| City: | VIENNA | VIENNA | |
| State: | WV:West Virginia | WV:West Virginia | |
| Zip: | 26105 | 26105 | |
| Prev. Street Address: | PO BOX 816 | | Unknown |
| Prev. City: | PARKERSBURG | | |
| Prev. State: | WV:West Virginia | | |
| Prev. Zip: | 26102 | | |
| 2nd Prev. Street Address: | VALLEYVIEW DR | | |
| 2nd Prev. City: | VIENNA | | |
| 2nd Prev. State: | WV:West Virginia | | |
| 2nd Prev. Zip: | 26105 | | |

### Account Information:

| | Request Data | Response Data |
|---|---|---|
| Account Status: | 82:Account 120 days past the due date. | |
| Payment Rating: | | |
| Cond. / Cum. Status: | | |
| CII: | | |
| MOP: | 05:Pays over 120 days; 5 or more payments past due | |
| CCC: | | |

V1.29     1 of 2


EXHIBIT 23
WIT: [signature]
DATE: 8-28-15
P. Wile, RPR, RMR, CRR

DD/OLS 001363

| Field | Value |
|---|---|
| SCC: | |
| | BO:Foreclosure proceedings started. |
| Portfolio Type: | M:Mortgage |
| Account Type: | 08:Real Estate - Specific Type Unknown |
| Terms Duration: | 30 |
| Terms Frequency: | M:Monthly |
| Date Opened: | 06/01/1999 |
| Date of Account Information: | 06/23/2014 |
| Date of Last Payment: | 01/01/2012 |
| Date Closed: | |
| FCRA DOFD: | 10/01/2011 |
| Current Balance: | 85639 |
| Amount Past Due: | 6128 |
| High Credit / Original Amt.: | 100613 |
| Credit Limit: | |
| Original Charge Off Amount: | |
| Actual Payment: | 200 |
| Scheduled Monthly Payment: | 1077 |
| Original Creditor Name: | |
| Creditor Classification: | |
| Agency ID: | |
| Sec. Mktg. Agency Acct Num: | |
| Mortgage ID Number (MIN): | |
| Specialized Payment Ind.: | |
| Defrd. Payment Start Date: | |
| Balloon Payment Amt.: | |
| Balloon Payment Due Date: | |
| Portfolio Indicator: | |
| Purchased From / Sold To: | |
| Narrative / Remarks: | |

**Account History**

| Year | | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | Reg. | | | | | | - | - | 0 | 0 | 0 | 0 | 0 |
| | Resp. | | | | | | | | | | | | |
| 2013 | Reg. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | D | D |
| | Resp. | | | | | | | | | | | | |
| 2012 | Reg. | D | D | D | D | D | D | D | D | D | 3 | 2 | 2 |
| | Resp. | | | | | | | | | | | | |
| 2011 | Reg. | 0 | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | | | | | | | | | | | | |
| 2010 | Reg. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | | | | | | | | | | | | |
| 2009 | Reg. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | | | | | | | | | | | | |
| 2008 | Reg. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | | | | | | | | | | | | |
| 2007 | Reg. | | - | - | - | - | | | | | | | |
| | Res. | | | | | | | | | | | | |

**Associated Consumer Information**

| Field | Value |
|---|---|
| Last Name: | |
| First Name: | |
| Middle Name: | |
| Generation Code: | |
| SSN: | |
| Date Of Birth: | |
| Telephone Number: | |
| ECOA Code: | |
| CII: | |
| Street Address: | |
| City: | |
| State: | |
| Zip: | |
| Authorized Name: | Daniel John |
| Date: | 08/08/2014 |

When you sign this form, you certify that you have verified the accuracy of the entire item in compliance with all legal requirements and that your computer and/or manual records will be adjusted to reflect changes noted above.

V1.29   2 of 2

DD/OLS 001364

## ACDV Response:

| | | | | 99994246017676137 |
|---|---|---|---|---|
| Account Number: | 12907408 | SSN: | 232049020 | |
| Consumer Name: | DAVID MAX DAUGHERTY | Control Number: | 999942460176761370 | |
| Response Code: | 01:Account information accurate as of date | Subscriber Code: | 605FM50178 | |
| Response Date: | 09/19/2014 | DF Contact Number: | | |
| Response Due Date: | 09/26/2014 | DF Authorized Name: | Sadiya Syedi | |

### Dispute Information:

| Dispute Code 1: | 001:Not his/hers. Provide or confirm complete ID. |
|---|---|
| Dispute Code 2: | |
| FCRA Relevant Information: | CONSUMER STATES RAY CAN PROVE THIS ACCOUNT IS INACCURATE. |

### Consumer Information:

| | Request Data | Response Data | Same / Diff |
|---|---|---|---|
| Last Name: | DAUGHERTY | DAUGHERTY | Same |
| First Name: | DAVID | DAVID | Same |
| Middle Name: | MAX | | Unknown |
| Generation Code: | | | Unknown |
| Prev. Last Name: | | | Unknown |
| Prev. First Name: | | | Unknown |
| Prev. Middle Name: | | | Unknown |
| Prev. Generation Code: | | | |
| SSN: | 232049020 | | Same |
| Date Of Birth: | 12/14/1957 | | Unknown |
| Telephone Number: | 3042956161 | | Unknown |
| ECOA Code: | 2:Joint Contractual Liability | 2:Joint Contractual Liability | |
| Street Address: | 35 VALLEY VIEW DR 35 | 35 VALLEY VIEW DR | Different |
| City: | VIENNA | VIENNA | |
| State: | WV:West Virginia | WV:West Virginia | |
| Zip: | 26105 | 261053327 | |
| Prev. Street Address: | PO BOX 816 | | Unknown |
| Prev. City: | PARKERSBURG | | |
| Prev. State: | WV:West Virginia | | |
| Prev. Zip: | 26102 | | |
| 2nd Prev. Street Address: | VALLEYVIEW DR | | |
| 2nd Prev. City: | VIENNA | | |
| 2nd Prev. State: | WV:West Virginia | | |
| 2nd Prev. Zip: | 26105 | | |

### Account Information:

| | Request Data | Response Data |
|---|---|---|
| Account Status: | 11:Current account. | |
| Payment Rating: | 0:Current account | |
| Cond. / Cum. Status: | | |
| CII: | | |
| MOP: | 01:As agreed; not more than 1 payment past due | |
| CCC: | | |

V1.29          1 of 2          EXHIBIT 04   WIT: [signature]   DATE: 8/28/15   P. Wile, RPR, RMR, CRR          DD/OLS 001365

| Field | Value |
|---|---|
| SCC: | O:Account transferred to another lender. |
| Portfolio Type: | M:Mortgage |
| Account Type: | 26:Conventional Real Estate Mortgage Including Purchase Money First (Terms Duration in years) |
| Terms Duration: | |
| Terms Frequency: | M:Monthly |
| Date Opened: | 08/17/1999 |
| Date of Account Information: | 10/01/2011 |
| Date of Last Payment: | 09/01/2011 |
| Date Closed: | 11/01/2011 |
| FCRA DOFD: | |
| Current Balance: | 0 |
| Amount Past Due: | |
| High Credit / Original Amt.: | 100613 |
| Credit Limit: | |
| Original Charge Off Amount: | |
| Actual Payment: | |
| Scheduled Monthly Payment: | 1077 |
| Original Creditor Name: | |
| Creditor Classification: | |
| Agency ID: | |
| Sec. Mktg. Agency Acct Num: | |
| Mortgage ID Number (MIN): | |
| Specialized Payment Ind.: | |
| Defrd. Payment Start Date: | |
| Balloon Payment Amt.: | |
| Balloon Payment Due Date: | |
| Portfolio Indicator: | 2:Sold To Name |
| Purchased From / Sold To: | OCWEN |
| Narrative / Remarks: | |

### Account History

| Year | | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | Reg. | | | | | | | | | D | E | D | E |
| | Resp. | | | | | | | | | | | | |
| 2013 | Reg. | D | 0 | 0 | 0 | 0 | 0 | D | D | 0 | 0 | 0 | 0 |
| | Resp. | | | | | | | | | | | | |
| 2012 | Reg. | 0 | 0 | 0 | 0 | D | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Resp. | | | | | | | | | | | | |
| 2011 | Reg. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Resp. | | | | | | | | | | | | |
| 2010 | Reg. | 3 | 2 | 2 | 1 | 1 | D | 1 | 1 | 2 | 1 | 2 | 1 |
| | Resp. | | | | | | | | | | | | |
| 2009 | Reg. | 1 | D | D | D | D | D | 1 | 1 | 1 | 1 | 1 | 1 |
| | Resp. | | | | | | | | | | | | |
| 2008 | Reg. | 1 | D | D | D | D | D | D | 1 | 1 | B | - | - |
| | Resp. | | | | | | | | | | | | |
| 2007 | Reg. | - | - | - | - | - | | | | | | | |
| | Resp. | | | | | | | | | | | | |

### Associated Consumer Information

| Field | Value |
|---|---|
| Last Name: | |
| First Name: | |
| Middle Name: | |
| Generation Code: | |
| SSN: | |
| Date Of Birth: | |
| Telephone Number: | |
| ECOA Code: | |
| CII: | |
| Street Address: | |
| City: | |
| State: | |
| Zip: | |
| Authorized Name: | Sadiya Syedi |
| Date: | 09/19/2014 |

When you sign this form, you certify that you have verified the accuracy of the entire item in compliance with all legal requirements and that your computer and/or manual records will be adjusted to reflect changes noted above.

V1.29    2 of 2

DD/OLS 001366

03/14/13 8:36 PM

: OCWEN RESEACH DEPARTMENT

Page 1

March 14, 20

David M. Daugherty

35 Valley View Drive

Vienna, WV. 26105

Dear sir,

    I am writing you concerning my credit report with Equifax, it states that I am currently behind $6,128.00 dollars with Ocwen Loan Services and that I am in foreclosure. Please correct those records as soon as possible. I have a professional company assisting fixing my credit past so please clear that record.

Thank you,

David M. Daugherty

Ocwen loan number : 7092244537

EXHIBIT 25
WIT: Lyle
DATE: 8-28-15
P. Wile, RPR, RMR, CRR

CONFIDENTIAL

DD/OLS 000576

03/14/13  8:36 PM                                                                 Page 2



Equifax ↓

| | | | |
|---|---|---|---|
| OCWEN LOAN SERVICING | Account Name | | OCWEN LOAN SERVICING |
| 800-746-2936 | Account # | | 709224XXXX |
| Mailing Address: 1661 WORTHINGTON RD SUITE 100 WEST PALM BEACH, FL 33409 | Account Type | | Real Estate |
| | Balance | | $95,859.00 |
| | Date Opened | | 9/1/1999 |
| | Account Status | No Data Returned For This Bureau | Closed |
| Show Account Details | Mo. Payment | | $1,077.00 |
| | Past Due | | |
| | Payment Status | | At least 120 days or more than four payments past due |
| | High Balance | | $100,813.00 |
| | Limit | | |
| | Terms | | |
| | Comments | | FORECLOSURE PROCESS STARTED REAL ESTATE MORTGAGE |

24-Month Payment History

| | 2010 | 2011 | 2012 |
|---|---|---|---|
| Month | MAR APR MAY JUN JUL AUG SEP OCT NOV DEC | JAN FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC | JAN FEB |
| Experian | | | |
| Equifax | OK OK OK OK OK OK OK OK OK OK | OK OK OK OK OK OK OK OK OK OK OK OK | 30 60 90 |
| TransUnion | | | |

CONFIDENTIAL                    DD/OLS 000577