OCWEN
MSX-SHSC

Detail Transaction History

LOAN#: 7092244537 INVESTOR#: 3310 POOL#: 1 NEXT DUE DT:08/26/2014 INTEREST RATE: 9.75000 PRIN BAL: 79,198.72
BORR1: David Daugherty ESC BAL: 706.35
BORR2:
PROP: 35 Valley View Dr, Vienna WV 26105 MAIL: 35 Valley View Dr, Vienna WV 26105

| EFFECTIVE | TIME | RV | TRN | DESCRIPTION | NXT DUE/REF | REVERSED | AFTER TRANS. BALANCES PRINCIPAL | AFTER TRANS. BALANCES ESCROW | TOTAL AMTOUNT | APPLIED PRINCIPAL | APPLIED INTEREST | APPLIED ESCROW | SUSPENSE | OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/14/2011 | 23:59:01 | | NLD | Loan Disbursement | NL NewLoan S | | 85,976.27 | .00 | 85,976.27- | 85,976.27- | .00 | .00 | 0.00 | 0.00 |
| 09/14/2011 | 23:59:04 | | ESA | Escrow Balance Adjus | NL NewLoan S | | 85,976.27 | 549.83- | 549.83- | .00 | .00 | 549.83- | 0.00 | 0.00 |
| 01/20/2012 | 23:59:01 | | RMS | Regular Multiple/Spr | 10/26/2011 | | 85,808.29 | 339.34- | 1,077.03 | 167.98 | 698.56 | 210.49 | 0.00 | 0.00 |
| 01/20/2012 | 23:59:04 | | RMS | Regular Multiple/Spr | 11/26/2011 | | 85,638.94 | 128.85- | 1,077.03 | 169.35 | 697.19 | 210.49 | 0.00 | 0.00 |
| 02/10/2012 | 09:14:30 | | ETD | Tax Escrow Disbursem | 31 | | 85,638.94 | 733.24- | 604.39- | .00 | .00 | 604.39- | 0.00 | 0.00 |
| 03/27/2012 | 12:56:56 | | MS | Misc Susp Payment | | | 85,638.94 | 733.24- | 200.00 | .00 | .00 | .00 | 200.00 | 0.00 |
| 03/27/2012 | 13:00:07 | | MSA | Miscellaneous Suspen | | | 85,638.94 | 733.24- | 200.00- | .00 | .00 | .00 | 200.00- | 0.00 |
| 03/27/2012 | 13:00:10 | | EXP | Expense Payment | | | 85,638.94 | 733.24- | 200.00 | .00 | .00 | .00 | 0.00 | 200.00 |
| 04/20/2012 | 23:59:01 | | RMR | Regular Multiple/Rei | 12/26/2011 | | 85,468.22 | 522.75- | 1,087.03 | 170.72 | 695.82 | 210.49 | 0.00 | 10.00 |
| 04/20/2012 | 23:59:04 | | RMR | Regular Multiple/Rei | 01/26/2012 | | 85,296.11 | 395.24- | 994.05 | 172.11 | 694.43 | 127.51 | 0.00 | 0.00 |
| 04/20/2012 | 23:59:07 | | RMR | Regular Multiple/Rei | 02/26/2012 | | 85,122.60 | 267.73- | 994.05 | 173.51 | 693.03 | 127.51 | 0.00 | 0.00 |
| 04/20/2012 | 23:59:10 | | RMR | Regular Multiple/Rei | 03/26/2012 | | 84,947.68 | 140.22- | 994.05 | 174.92 | 691.62 | 127.51 | 0.00 | 0.00 |
| 04/20/2012 | 23:59:13 | | RMR | Regular Multiple/Rei | 04/26/2012 | | 84,771.34 | 12.71- | 994.05 | 176.34 | 690.20 | 127.51 | 0.00 | 0.00 |
| 06/25/2012 | 21:20:01 | | RMS | Regular Multiple/Spr | 05/26/2012 | | 84,593.57 | 114.80 | 994.05 | 177.77 | 688.77 | 127.51 | 0.00 | 0.00 |
| 06/25/2012 | 21:20:04 | | RMS | Regular Multiple/Spr | 06/26/2012 | | 84,414.35 | 242.31 | 999.05 | 179.22 | 687.32 | 127.51 | 0.00 | 5.00 |
| 06/25/2012 | 21:20:07 | | PRP | Principal Payment | | | 84,407.45 | 242.31 | 6.90 | 6.90 | .00 | .00 | 0.00 | 0.00 |
| 07/19/2012 | 19:37:57 | | R | Regular Payment | 07/26/2012 | | 84,226.72 | 369.82 | 994.05 | 180.73 | 685.81 | 127.51 | 0.00 | 0.00 |
| 08/09/2012 | 18:25:06 | | R | Regular Payment | 08/26/2012 | | 84,044.52 | 497.33 | 994.05 | 182.20 | 684.34 | 127.51 | 0.00 | 0.00 |
| 08/10/2012 | 09:48:47 | | ETD | Tax Escrow Disbursem | 31 | | 84,044.52 | 107.23- | 604.56- | .00 | .00 | 604.56- | 0.00 | 0.00 |
| 08/29/2012 | 17:40:28 | | EID | Insurance Escrow Dis | 56 Lender pl | | 84,044.52 | 555.69- | 448.46- | .00 | .00 | 448.46- | 0.00 | 0.00 |
| 09/04/2012 | 18:58:04 | | R | Regular Payment | 09/26/2012 | | 83,860.84 | 428.18- | 994.05 | 183.68 | 682.86 | 127.51 | 0.00 | 0.00 |
| 09/06/2012 | 16:48:44 | | EIC | Insurance Escrow Cre | 56 Lender pl | | 83,860.84 | 20.28 | 448.46 | .00 | .00 | 448.46 | 0.00 | 0.00 |
| 10/01/2012 | 19:35:03 | | R | Regular Payment | 10/26/2012 | | 83,675.67 | 147.79 | 994.05 | 185.17 | 681.37 | 127.51 | 0.00 | 0.00 |
| 11/02/2012 | 22:06:21 | | R | Regular Payment | 11/26/2012 | | 83,488.99 | 261.41 | 980.16 | 186.68 | 679.86 | 113.62 | 0.00 | 0.00 |
| 12/14/2012 | 18:10:48 | | R | Regular Payment | 12/26/2012 | | 83,300.80 | 375.03 | 980.16 | 188.19 | 678.35 | 113.62 | 0.00 | 0.00 |
| 01/14/2013 | 18:07:14 | | R | Regular Payment | 01/26/2013 | | 83,111.08 | 488.65 | 980.16 | 189.72 | 676.82 | 113.62 | 0.00 | 0.00 |
| 02/04/2013 | 18:17:59 | | R | Regular Payment | 02/26/2013 | | 82,919.82 | 602.27 | 980.16 | 191.26 | 675.28 | 113.62 | 0.00 | 0.00 |
| 02/07/2013 | 09:38:32 | | ETD | Tax Escrow Disbursem | 31 | | 82,919.82 | 2.29- | 604.56- | .00 | .00 | 604.56- | 0.00 | 0.00 |
| 03/15/2013 | 19:02:57 | ** | R | Regular Payment | 03/26/2013 | 03/20/2013 | 82,727.00 | 111.33 | 980.16 | 192.82 | 673.72 | 113.62 | 0.00 | 0.00 |
| 03/20/2013 | 17:21:24 | CB | R | Regular Payment | 02/26/2013 | | 82,919.82 | 2.29- | 980.16- | 192.82- | 673.72- | 113.62- | 0.00 | 0.00 |
| 03/20/2013 | 17:21:27 | | RET | Payment Returned | 02/26/2013 | | 82,919.82 | 2.29- | 980.16 | .00 | .00 | .00 | 0.00 | 980.16 |
| 04/30/2013 | 17:57:21 | | RMS | Regular Multiple/Spr | 03/26/2013 | | 82,727.00 | 111.33 | 1,019.84 | 192.82 | 673.72 | 113.62 | 0.00 | 39.68 |
| 04/30/2013 | 17:57:24 | | RMS | Regular Multiple/Spr | 04/26/2013 | | 82,532.62 | 224.95 | 980.16 | 194.38 | 672.16 | 113.62 | 0.00 | 0.00 |
| 05/30/2013 | 18:49:58 | | RMS | Regular Multiple/Spr | 05/26/2013 | | 82,336.66 | 338.57 | 965.48 | 195.96 | 670.58 | 113.62 | 0.00 | 14.68- |
| 05/30/2013 | 18:50:01 | | RMS | Regular Multiple/Spr | 06/26/2013 | | 82,139.11 | 452.19 | 980.16 | 197.55 | 668.99 | 113.62 | 0.00 | 0.00 |
| 07/01/2013 | 23:26:31 | | R | Regular Payment | 07/26/2013 | | 81,939.95 | 565.81 | 980.16 | 199.16 | 667.38 | 113.62 | 0.00 | 0.00 |
| 08/01/2013 | 21:59:36 | | R | Regular Payment | 08/26/2013 | | 81,739.17 | 679.43 | 980.16 | 200.78 | 665.76 | 113.62 | 0.00 | 0.00 |
| 08/15/2013 | 10:59:43 | | ETD | Tax Escrow Disbursem | 31 | | 81,739.17 | 65.53 | 613.90- | .00 | .00 | 613.90- | 0.00 | 0.00 |
| 08/31/2013 | 21:59:58 | ** | R | Regular Payment | 09/26/2013 | 09/06/2013 | 81,536.76 | 179.15 | 980.16 | 202.41 | 664.13 | 113.62 | 0.00 | 0.00 |
| 09/06/2013 | 19:25:29 | CB | R | Regular Payment | 08/26/2013 | | 81,739.17 | 65.53 | 980.16- | 202.41- | 664.13- | 113.62- | 0.00 | 0.00 |
| 09/06/2013 | 19:25:32 | | RET | Payment Returned | 08/26/2013 | | 81,739.17 | 65.53 | 980.16 | .00 | .00 | .00 | 0.00 | 980.16 |
| 09/16/2013 | 18:04:51 | | R | Regular Payment | 09/26/2013 | | 81,536.76 | 179.15 | 980.16 | 202.41 | 664.13 | 113.62 | 0.00 | 0.00 |
| 10/01/2013 | 22:26:37 | | R | Regular Payment | 10/26/2013 | | 81,332.71 | 292.77 | 980.16 | 204.05 | 662.49 | 113.62 | 0.00 | 0.00 |
| 11/01/2013 | 22:21:24 | | R | Regular Payment | 11/26/2013 | | 81,127.00 | 406.39 | 980.16 | 205.71 | 660.83 | 113.62 | 0.00 | 0.00 |
| 12/02/2013 | 17:36:50 | | R | Regular Payment | 12/26/2013 | | 80,919.62 | 507.93 | 968.08 | 207.38 | 659.16 | 101.54 | 0.00 | 0.00 |
| 12/31/2013 | 22:11:22 | | R | Regular Payment | 01/26/2014 | | 80,710.55 | 609.47 | 968.08 | 209.07 | 657.47 | 101.54 | 0.00 | 0.00 |
| 02/03/2014 | 19:46:18 | | R | Regular Payment | 02/26/2014 | | 80,499.78 | 711.01 | 968.08 | 210.77 | 655.77 | 101.54 | 0.00 | 0.00 |
| 02/07/2014 | 08:50:08 | | ETD | Tax Escrow Disbursem | 31 | | 80,499.78 | 97.11 | 613.90- | .00 | .00 | 613.90- | 0.00 | 0.00 |
| 03/04/2014 | 21:43:07 | | R | Regular Payment | 03/26/2014 | | 80,287.30 | 198.65 | 968.08 | 212.48 | 654.06 | 101.54 | 0.00 | 0.00 |
| 03/31/2014 | 22:15:24 | | R | Regular Payment | 04/26/2014 | | 80,073.09 | 300.19 | 968.08 | 214.21 | 652.33 | 101.54 | 0.00 | 0.00 |
| 05/01/2014 | 23:03:21 | | R | Regular Payment | 05/26/2014 | | 79,857.14 | 401.73 | 968.08 | 215.95 | 650.59 | 101.54 | 0.00 | 0.00 |
| 06/02/2014 | 23:18:05 | | R | Regular Payment | 06/26/2014 | | 79,639.44 | 503.27 | 968.08 | 217.70 | 648.84 | 101.54 | 0.00 | 0.00 |
| 06/30/2014 | 22:26:51 | | R | Regular Payment | 07/26/2014 | | 79,419.97 | 604.81 | 968.08 | 219.47 | 647.07 | 101.54 | 0.00 | 0.00 |
| 08/01/2014 | 23:45:26 | | R | Regular Payment | 08/26/2014 | | 79,198.72 | 706.35 | 968.08 | 221.25 | 645.29 | 101.54 | 0.00 | 0.00 |

| Loan Number | Comment Date | Comment Time | User Name | Comment Class | Stdcalias | Comment |
|---|---|---|---|---|---|---|
| 7092244537 | 10/15/2011 | 8:06:51 AM | Patricia Chavez | SU | WPBSHELL | Loan shell boarded on 10/14/2011 |
| 7092244537 | 10/17/2011 | 5:59:17 AM | Patricia Chavez | LT | GDBYEHELLO | A combined goodbye-welcome letter was mailed to |
| | | | | | | borrower by new servicer |
| | | | | | | {1} |
| | | | | | | {2} |
| 7092244537 | 10/17/2011 | 6:22:28 AM | Patricia Chavez | SU | LADTEDD | Expected Transfer date is 11/05/2011 |
| 7092244537 | 10/17/2011 | 6:46:28 AM | Patricia Chavez | LT | WELM | WELCOME LETTER MAILED. |
| | | | | | | {1} |
| | | | | | | {2} |
| 7092244537 | 10/17/2011 | 8:19:39 AM | Patricia Chavez | SU | PSLITT | PRIOR SERVICER INFORMATION: |
| | | | | | | LITTON LOAN SERVICING |
| | | | | | | 4828 LOOP CENTRAL DRIVE |
| | | | | | | HOUSTON, TX 77081 |
| | | | | | | 1-800-247-9727 |
| | | | | | | Prior to Litton this loan was serviced by PROVIDEN with loan number 3581261 |
| | | | | | | {2} |
| 7092244537 | 11/5/2011 | 12:13:02 PM | Lalith Gurulingaswamy | ES | AGHSR | Hazard Insurance Policy Setup Required - Document in Imaging |
| 7092244537 | 11/8/2011 | 10:37:26 PM | Background Processor | BNOT | | As of 11/08/2011 Past Due 2,154.06 Curr Due 1,077.03 Total Due 3,231.09 Requested By Auto-B |
| | | | | | | 11/11/2011 |
| 7092244537 | 11/10/2011 | 7:29:26 AM | Wendy Parente | coll | DVOCN | DEBT VALIDATION LETTER SENT TO PRINT VENDOR |
| | | | | | | Letters mailed 11/8/2011 |
| | | | | | | {2} |
| 7092244537 | 11/10/2011 | 7:40:09 AM | Wendy Parente | coll | DVOCNM | DEBT VALIDATION LETTER MAILED TO CUSTOMER |
| | | | | | | Letters mailed 11/8/2011 |
| | | | | | | {2} |
| 7092244537 | 11/16/2011 | 4:37:31 AM | Background Processor | SU | PRIVI | Initial Privacy Statement Mailed |
| 7092244537 | 11/16/2011 | 10:46:43 PM | Background Processor | CS | EMANP | The customer requested that no information be sent via email. |
| 7092244537 | 11/16/2011 | 10:46:44 PM | Background Processor | CS | EAAP | The customer has provided email address. |
| 7092244537 | 11/17/2011 | 12:12:05 AM | | CS | WECO | WEB; Welcome Call Completed; Possible discrepancy in Property Zip |
| 7092244537 | 11/17/2011 | 10:46:46 PM | | CS | LSII | Loan Setup issue identified Web; Customer states that: Property Address Zip should be 26105 instead of 26104 |
| 7092244537 | 11/17/2011 | 11:49:26 PM | Manisha Rawool | CS | LSIC | Loan setup issue closed Details: Zip code corrected as indicated by county assessor website. |
| 7092244537 | 11/21/2011 | 3:12:21 AM | Dinesh Subbanna | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period: |
| | | | | | | Effective Date = 11/17/2011 |
| | | | | | | Escrow Payment = $99.44 |
| | | | | | | Total Shortage = $108.19 |
| | | | | | | Total Capitalization = $1137.67 |
| | | | | | | Borrower Paid MI Premium = $0 |
| | | | | | | Escrow Balance = $-549.83 \| Interim T&I Disbursements = $0 \| Total T&I Disbursements During Trial Period = $587.84 \| Hazard Disbursements During Trial Period = $0 \| Flood Disbursements During Trial Period = $0 \| Tax Payment #1 During Trial Period = $587.84 \| Tax Payment #2 During Trial Period = $0 \| |

| Loan | Date | Time | User | Dept | Code | Comment |
|---|---|---|---|---|---|---|
| | | | | | | Tax Payment #3 During Trial Period = $0 \| Tax Payment #4 During Trial Period = $0 \| Delinquent Taxes Due = $0<br>Breakdown as Follows:<br>{7} |
| 7092244537 | 11/21/2011 | 6:24:32 AM | Dinesh Subbanna | ES | NEPQ | New-Escrowed Payment Quote:<br>Effective Date = 11/17/2011<br>Escrow Payment = $99.44<br>Total Deposit = $397.71<br>Shortage / Deposit =$397.71<br>Delinquent Tax =$0 Tax P & I = $0<br>{7}<br>- This Comment was auto-generated in batch mode. |
| 7092244537 | 11/22/2011 | 7:34:48 PM | Background Processor | FORM | | PRIVGEN Requested 11/16/2011<br>Printed 11/21/2011 |
| 7092244537 | 11/24/2011 | 7:32:24 AM | Dinesh Subbanna | ES | AGHIA | Hazard Insurance Line Added to Loan<br>Hazard Insurance Line Added to Loan |
| 7092244537 | 11/29/2011 | 5:19:36 AM | Background Processor | LS | PIREQ | Property Inspection Required |
| 7092244537 | 12/1/2011 | 10:43:10 PM | Basavaraj Patil | LS | PIORD | Property Inspection Ordered |
| 7092244537 | 12/5/2011 | 7:59:49 AM | Background Processor | COLL | CRRS | CREDIT BUREAU REPORT REQUEST SENT |
| 7092244537 | 12/8/2011 | 11:56:07 AM | Nagaraj Y | LS | PIREC | Property Inspection Received<br>{1};<br>Vendor Name Corelogic<br>Loan Number 7092244537<br>Order Date 12/01/2011<br>Completed Date 12/06/2011<br>Occupancy Status Occupied Name Unknown<br>Occupancy Determined By Visual<br>Utility - Electric Y<br>Utility - Water Y<br>Utility - Gas Y |
| 7092244537 | 12/12/2011 | 1:21:00 PM | Background Processor | BNOT | | As of 12/12/2011 Past Due 3,231.09 Curr Due 994.05 Total Due 4,225.14<br>Requested By Auto-B<br>12/14/2011 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 12/13/2011 | 3:17:06 AM | Background Processor | FB | FB31 | Property Inspection Fee fee assessed. Amount: 0.00 |
| 7092244537 | 12/16/2011 | 1:33:45 AM | Background Processor | CL | LALR | Loans Assigned to LRC |
| 7092244537 | 12/16/2011 | 1:33:45 AM | Background Processor | CORR | ALTR2 | ALT LETTER REQUESTED |
| 7092244537 | 12/21/2011 | 8:54:47 PM | Background Processor | FORM | | ALTLTR2 Requested 12/16/2011 Printed 12/20/2011 |
| 7092244537 | 1/2/2012 | 2:48:19 AM | Background Processor | CORR | 30DY | REQUESTED 30 DAY DEMAND BE SENT |
| 7092244537 | 1/10/2012 | 2:35:32 PM | Alex Lombardo | GC | | Account Reported To Credit Bureau (as of 12/31/11)LPI: 08/26/11 UPB: 85,976 Mthly Pmt: 1,077 Amt Past Due: 4,858 First occurance: 10/26/11 Status: 80 [ Dlq 3 Pmts ] Original Charge Off Amt: 0 Payment History[24 Mons]: BBBBBBBBBBBBBBBBBBBBBBBB |
| 7092244537 | 1/10/2012 | 9:02:16 PM | Background Processor | FORM | | DEMANDWV Requested 01/02/2012 Printed 01/09/2012 Cert Mail # 71069017515149767707 Expiration Date 02/11/2012 IAO $ 4,225.14 |
| 7092244537 | 1/10/2012 | 9:02:16 PM | Background Processor | FB | FB95 | Certified Mail Cost fee assessed. Amount: 0.00 |
| 7092244537 | 1/11/2012 | 9:23:59 PM | Alex Lombardo | GC | | Account Reported To Credit Bureau (as of 12/31/11)LPI: 08/26/11 UPB: 85,976 Mthly Pmt: 1,077 Amt Past Due: 4,858 First occurance: 10/26/11 Status: 80 [ Dlq 3 Pmts ] Original Charge Off Amt: 0 Payment History[24 Mons]: BBBBBBBBBBBBBBBBBBBBBBBB |
| 7092244537 | 1/11/2012 | 11:44:30 PM | Background Processor | CL | LTCH | 'Loan Reviewed for Late Charge' 5.00 Assessed |
| 7092244537 | 1/11/2012 | 11:44:32 PM | Background Processor | BNOT | | As of 01/11/2012 Past Due 4,230.14 Curr Due 994.05 Total Due 5,224.19 Requested By Auto-B 01/19/2012 |
| 7092244537 | 1/17/2012 | 10:36:21 AM | Background Processor | IVR | IVRC | CUSTOMER CONTACT VIA IVR ISN RCK: 2629 RCD: 68326830ANI: 3042956161 |
| 7092244537 | 1/17/2012 | 10:41:16 AM | Frederick Foy | CL | CRFD | Phone Call In; Reason for Default; Spoke with David Daugherty. Customer contact; inquired what the customer's reason for default was; customer stated Illness of Principal Mortgagor-ILP; Script ID: ASK-CRE |
| 7092244537 | 1/17/2012 | 10:41:42 AM | Frederick Foy | WQ | | Phone Call In; Mortgage Keeper Direct Denied; Spoke with David Daugherty. Inquired if customer would like information that might assist them with their financial situation. Customer declined the information. Script ID: PMT0704 |
| 7092244537 | 1/17/2012 | 10:41:52 AM | Frederick Foy | WQ | | Phone Call In; Mortgage Keeper Direct Denied; Spoke with David Daugherty. Inquired if customer would like information that might assist them with their financial situation. Customer declined the information. Script ID: PMT0704 |
| 7092244537 | 1/17/2012 | 10:41:56 AM | Frederick Foy | WQ | | spoke with David Daugherty verified borrower's ssn, home and work telephone numbers; Script ID: PreClose |
| 7092244537 | 1/20/2012 | 8:48:54 PM | Background Processor | PYMT | | Payment received from Outsource for $2,154.06 Source ULK - ulk0120 and was forwarded to: Collector queue, user-id: Collector |
| 7092244537 | 1/23/2012 | 5:23:17 AM | Sandeep Shivaji Lotle | LR | PYMTQ | Payment received in Queue; funds recd iao $ 2154.06 as on 1/20 ... loan in dm ... amt satisfy total regular ... hence posted |
| 7092244537 | 1/23/2012 | 5:23:20 AM | Sandeep Shivaji Lotle | LR | ACCEPT | Funds accepted ; Against Regular |
| 7092244537 | 1/23/2012 | 6:24:45 AM | Sandeep Shivaji Lotle | ACCE | | Accepted- OK to POST By user : Collector/shivlsan Loan number : 7092244537, Amount 2,154.06 Forwarded to user : Cashier Queue : Cashier Status : A Batch Number: 0302 Date : 01/20/12 Batch Name: ULK - ulk0120 Rule : 23-3081650059 |
| 7092244537 | 1/23/2012 | 8:38:40 PM | Background Processor | CORR | EILT | Early intervention letter sent (1) |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 1/24/2012 | 1:09:47 AM | Background Processor | CORR | 30DY | REQUESTED 30 DAY DEMAND BE SENT |
| 7092244537 | 1/27/2012 | 8:56:43 PM | Background Processor | FB | FB95 | Certified Mail Cost fee assessed. Amount: 0.00 |
| 7092244537 | 1/27/2012 | 8:56:43 PM | Background Processor | FORM | | DEMANDWV Requested 01/24/2012 |
| | | | | | | Printed 01/26/2012 |
| | | | | | | Cert Mail # 71069017515150875040 |
| | | | | | | Expiration Date 02/28/2012 IAO $ 2,076.08 |
| 7092244537 | 1/30/2012 | 7:11:43 AM | Background Processor | LS | DIREQ | Doorknocks Required |
| 7092244537 | 1/31/2012 | 7:21:28 PM | Background Processor | FORM | | EILETTER Requested 01/23/2012 |
| | | | | | | Printed 01/30/2012 |
| 7092244537 | 2/2/2012 | 7:58:02 PM | Bijumon Michael | LS | DIORD | Doorknocks Ordered |
| | | | | | | {1} |
| 7092244537 | 2/13/2012 | 5:06:55 AM | Sujesh N V | LS | DIREC | Doorknocks Received |
| | | | | | | {1}; |
| | | | | | | Vendor Name Corelogic |
| | | | | | | Loan Number 7092244537 |
| | | | | | | Order Date 2/3/2012 |
| | | | | | | Completed Date 2/7/2012 |
| | | | | | | Occupancy Status Occupied Name Unknown |
| | | | | | | Occupancy Determined By Visual |
| | | | | | | Utility - Electric Y |
| | | | | | | Utility - Water Y |
| | | | | | | Utility - Gas Y |
| 7092244537 | 2/13/2012 | 5:06:57 AM | Background Processor | CL | LTCH | 'Loan Reviewed for Late Charge' 5.00 Assessed |
| 7092244537 | 2/13/2012 | 5:06:59 AM | Background Processor | BNOT | | As of 02/13/2012 Past Due 3,075.13 Curr Due 994.05 Total Due 4,069.18<br>Requested By Auto-B |
| | | | | | | 02/17/2012 |
| 7092244537 | 2/15/2012 | 1:15:04 AM | Background Processor | CL | LALR | Loans Assigned to LRC |
| 7092244537 | 2/15/2012 | 1:15:04 AM | Background Processor | CORR | ALTR2 | ALT LETTER REQUESTED |
| 7092244537 | 2/15/2012 | 6:45:48 PM | Alex Lombardo | GC | | Account Reported To Credit Bureau (as of 01/31/12)LPI: 10/26/11 UPB: 85,639<br>Mthly Pmt: 1,077 First occurance: 10/26/11 Status: 78 [ Dlq 2 Pmts ] Original<br>Charge Off Amt: 0 Payment History[24 Mons]: 3BBBBBBBBBBBBBBBBBBBBBBB |
| 7092244537 | 2/23/2012 | 1:40:37 AM | Background Processor | FB | FB31 | Property Inspection Fee fee assessed. Amount: 0.00 |
| 7092244537 | 2/27/2012 | 10:26:53 PM | Alex Lombardo | GC | | Account Reported To Credit Bureau (as of 01/31/12)LPI: 10/26/11 UPB: 85,639<br>Mthly Pmt: 1,077 Amt Past Due: 3,365 First occurance: 10/26/11 Status: 78 [<br>Dlq 2 Pmts ] Original Charge Off Amt: 0 Payment History[24 Mons]:<br>3BBBBBBBBBBBBBBBBBBBBBBB |
| 7092244537 | 2/29/2012 | 4:28:27 AM | Kumar Iyer | CL | NOACTION | No Action Taken On Collection Screen |
| 7092244537 | 2/29/2012 | 4:28:49 AM | Kumar Iyer | CL | NOACTION | No Action Taken On Collection Screen |
| 7092244537 | 2/29/2012 | 4:29:11 AM | Kumar Iyer | FC | BFRC | "B" Section Foreclosure Review Completed |
| 7092244537 | 2/29/2012 | 4:29:16 AM | Kumar Iyer | FC | SCRFRC | Servicemembers Civil Relief Foreclosure Referral Check Completed. |
| 7092244537 | 3/1/2012 | 2:21:30 AM | Background Processor | | | Foreclosure Initiated |
| 7092244537 | 3/2/2012 | 6:33:10 PM | Alex Lombardo | GC | | Account Reported To Credit Bureau (as of 01/31/12)LPI: 10/26/11 UPB: 85,639<br>Mthly Pmt: 1,077 Amt Past Due: 3,365 First occurance: 10/26/11 Status: 78 [<br>Dlq 2 Pmts ] Original Charge Off Amt: 0 Payment History[24 Mons]:<br>3BBBBBBBBBBBBBBBBBBBBBBB |
| 7092244537 | 3/6/2012 | 11:35:46 PM | Usha P | FC | FCIN | Wells Fargo Bank, National Association, successor by merger to Wells Fargo<br>Bank Minnesota, National Association, f/k/a Norwest Bank Minnesota, National<br>Association, solely in its capacity as Trustee for Provident Bank Home Equity |

Loan Asset-Backed Certificates, Series 1999-3

| Loan | Date | Time | User | Code | Type | Notes |
|---|---|---|---|---|---|---|
| 7092244537 | 3/6/2012 | 11:35:53 PM | Usha P | fc | MCFC | [redacted] |
| 7092244537 | 3/6/2012 | 11:36:13 PM | Usha P | TITL | RFTS | R[redacted] |
| 7092244537 | 3/6/2012 | 11:36:21 PM | Usha P | TITL | TSOPT | [redacted] |
| 7092244537 | 3/8/2012 | 4:09:18 AM | Gupta L Chotelal | WFCAN | | [redacted] |
| 7092244537 | 3/8/2012 | 10:08:02 AM | outside counsel | TIME | TODO | [redacted] |
| 7092244537 | 3/8/2012 | 3:28:42 PM | chethan.g | FC | | [redacted] |
| 7092244537 | 3/12/2012 | 11:59:41 PM | Alex Lombardo | GC | | Account Reported To Credit Bureau (as of 02/29/12)LPI: 10/26/11 UPB: 85,639 Mthly Pmt: 1,077 Amt Past Due: 5,051 First occurance: 10/26/11 Status: 80 [ Dlq 3 Pmts ] Original Charge Off Amt: 0 Payment History[24 Mons]: 23BBBBBBBBBBBBBBBBBBBBBB |
| 7092244537 | 3/13/2012 | 6:45:50 PM | Alex Lombardo | GC | | Account Reported To Credit Bureau (as of 02/29/12)LPI: 10/26/11 UPB: 85,639 Mthly Pmt: 1,077 Amt Past Due: 5,051 First occurance: 10/26/11 Status: 80 [ Dlq 3 Pmts ] Original Charge Off Amt: 0 Payment History[24 Mons]: 23BBBBBBBBBBBBBBBBBBBBBB |
| 7092244537 | 3/13/2012 | 6:45:52 PM | Background Processor | BNOT | | As of 03/13/2012 Past Due 4,069.18 Curr Due 994.05 Total Due 5,063.23 Requested By Auto-B |
| 7092244537 | 3/15/2012 | 4:06:05 PM | outside counsel | TIME | TODO | 03/19/2012 [redacted] |
| 7092244537 | 3/15/2012 | 6:58:22 PM | Alex Lombardo | GC | | Account Reported To Credit Bureau (as of 02/29/12)LPI: 10/26/11 UPB: 85,639 Mthly Pmt: 1,077 Amt Past Due: 5,051 First occurance: 10/26/11 Status: 80 [ Dlq 3 Pmts ] Original Charge Off Amt: 0 Payment History[24 Mons]: 23BBBBBBBBBBBBBBBBBBBBBB |
| 7092244537 | 3/15/2012 | 9:46:50 PM | Kishore Lad Venugopal | TITL | TSENTN | [redacted] |
| 7092244537 | 3/16/2012 | 2:45:01 PM | chethan.g | CL | RIRQ | [redacted] ; [redacted] EMAIL: [redacted] Details: |
| 7092244537 | 3/16/2012 | 2:45:01 PM | chethan.g | CL | ARIQG | Route the letter to Automatic Queue |
| 7092244537 | 3/16/2012 | 2:45:01 PM | chethan.g | CORR | ARIQD | Automated Reinstatement Quote Generated |
| 7092244537 | 3/16/2012 | 9:35:42 PM | Background Processor | CL | ARICP | Reinstatement Quote successfully executed By REALDoc |
| 7092244537 | 3/19/2012 | 4:10:37 PM | Ashok R Thalla | | | F/c transferred from G, Chethan to Thalla , Ashok on 03/19/2012 |
| 7092244537 | 3/19/2012 | 4:10:39 PM | Background Processor | FB | FB33 | Title Report Fee fee assessed. Amount: 200.00 |
| 7092244537 | 3/21/2012 | 12:07:40 PM | outside counsel | TIME | TODO | NOTICE OF DEFAULT SENT TO THE BORROWER:[redacted] |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 3/21/2012 | 12:08:06 PM | outside counsel | TIME | TODO | |
| 7092244537 | 3/21/2012 | 12:08:26 PM | outside counsel | TIME | TODO | |
| 7092244537 | 3/26/2012 | 3:05:19 AM | Neelam Kantharia | fc | | |
| 7092244537 | 3/26/2012 | 1:16:50 PM | Ashok R Thalla | fc | | |
| 7092244537 | 3/27/2012 | 12:56:55 PM | Arun Kumar G | PYMT | | Payment posted via manual/automated process. for $200.00 Batch WV_032712 |
| 7092244537 | 3/29/2012 | 10:38:37 AM | Shalini Choudhary | WQ | | Tele Residence, No Answer; The person that answered hung up the phone. |
| 7092244537 | 3/29/2012 | 10:38:39 AM | Background Processor | LS | DIREQ | Doorknocks Required |
| 7092244537 | 4/2/2012 | 5:46:53 AM | Satish Waghmare | fc | | |
| 7092244537 | 4/2/2012 | 11:47:15 AM | Ashok R Thalla | fc | | |
| 7092244537 | 4/2/2012 | 12:17:40 PM | outside counsel | CL | TSR | TITLE SEARCH RECEIVED(TSR) FOLLOW UP::Title Search Received:03/28/2012 |
| 7092244537 | 4/2/2012 | 10:17:47 PM | Bijumon Michael | LS | DIORD | Doorknocks Ordered |
| 7092244537 | 4/4/2012 | 3:41:24 PM | Background Processor | CORR | ATPTR | (1)<br>Attempt Letter Request; |
| 7092244537 | 4/5/2012 | 3:41:24 PM | Background Processor | LR | ATPTS | Mailed 04/05/2012<br>Attempt Letter sent;<br>(1) |
| 7092244537 | 4/6/2012 | 9:54:48 PM | Justin Bryson | SU | LSOCRI | Mailed 04/05/2012<br>Loan Setup OCR Initiation |
| 7092244537 | 4/9/2012 | 5:20:17 AM | Madhukumar L | LS | DIREC | Doorknocks Received<br>(1)<br>;<br>Inspection Information<br>--------------------------------------------------<br>Occupancy Status - Occupied<br>Verification Type - Drive-By inspec<br>Property Type - SF<br>Violations identified during inspections - No<br>For sale sign - No<br>Inspection Date - 04/07/2012<br>Property Details<br>--------------------------------------------------<br>Electric On - Yes<br>Gas On - Yes<br>Water On - Yes<br>Exterior Condition - Good<br>Maintenance Recommended - No |

| Loan | Date | Time | User | Code | Sub | Comment |
|---|---|---|---|---|---|---|
| 7092244537 | 4/9/2012 | 1:33:08 PM | Angesh Ashok Pandey | | | F/c transferred from Thalla, Ashok to Pandey , Angesh on 04/09/2012 |
| 7092244537 | 4/9/2012 | 1:33:10 PM | Background Processor | FB | FB31 | Property Inspection Fee fee assessed. Amount: 0.00 |
| 7092244537 | 4/10/2012 | 7:13:53 PM | Alex Lombardo | GC | | Account Reported To Credit Bureau (as of 03/31/12)LPI: 10/26/11 UPB: 85,639 Mthly Pmt: 1,077 Amt Past Due: 6,128 First occurance: 10/26/11 Status: 82 [ Dlq 4 Pmts ] Original Charge Off Amt: 0 Payment History[24 Mons]: 323BBBBBBBBBBBBBBBBBBBBB |
| 7092244537 | 4/11/2012 | 1:44:44 PM | Background Processor | BNOT | | As of 04/11/2012 Past Due 5,063.23 Curr Due 994.05 Total Due 6,057.28 Requested By Auto-B |
| 7092244537 | 4/19/2012 | 10:27:43 AM | Background Processor | CORR | POWEB | 04/16/2012 Requestor Details Are As Follows:<br><br>Requestor Name:<br><br>Requestor Company :<br><br>Requestor Telephone :<br><br>Good through Date : 05/18/2012<br><br>Requested Letter To Be Sent Through<br><br>EMAIL:<br><br>EMAIL Address1: fireboy@suddenlink.net<br><br>Manual payoff processing required due to: Loan was in Foreclosure or Bankruptcy for the last 45 days<br><br>Loan is in Foreclosure or Bankruptcy.<br><br>Satisfaction record not setup on the loan. |
| 7092244537 | 4/19/2012 | 10:27:45 AM | Background Processor | PO | POQ02 | PPP not set up on loan Payoff Processing Requires:<br><br>(1) Legal Fees & Appraisal Cost<br><br>- This Comment was auto-generated in batch mode. |
| 7092244537 | 4/19/2012 | 4:34:29 PM | Background Processor | IVR | IVRC | CUSTOMER CONTACT VIA IVR |
| 7092244537 | 4/19/2012 | 4:39:43 PM | Silvana Prendez | CL | CRFD | ISN RCK: 3398 RCD: 3283479ANI: 3046153238 Phone Call In; Reason for Default; Spoke with David Daugherty. Customer contact; inquired what the customer's reason for default was; customer stated Illness of Principal Mortgagor-ILP; |
| 7092244537 | 4/19/2012 | 4:42:25 PM | Silvana Prendez | WQ | | Script ID: ASK-CRE Phone Call In; Note; email acct to FC dept. Customer will be paying off loan by may with 401K money. FC on the acct for 04/12/12 |
| 7092244537 | 4/19/2012 | 4:45:30 PM | Silvana Prendez | CL | CNOC | Phone Call In; Customer Contact-No Commitment; customer will payoff loan by may with wife's 401k money |
| 7092244537 | 4/19/2012 | 4:46:05 PM | Silvana Prendez | WQ | | Phone Call In; Note; customer will go through heart surgery next week |
| 7092244537 | 4/19/2012 | 8:46:42 PM | Background Processor | IVR | IVRC | CUSTOMER CONTACT VIA IVR |
| 7092244537 | 4/19/2012 | 8:50:04 PM | Smitha A Iyer | CS | CNOL | ISN RCK: 3190 RCD: 3297635ANI: 3046153238 Phone Call In; Caller Not on Line; Call was disconnected |
| 7092244537 | 4/20/2012 | 8:16:50 AM | Background Processor | IVR | IVRC | CUSTOMER CONTACT VIA IVR |
| 7092244537 | 4/20/2012 | 8:20:52 AM | Marquette Evans | CL | CNOC | ISN RCK: 4423 RCD: 3303418ANI: 3042956161 Phone Call In; Customer Contact-No Commitment; Spoke with David Daugherty. The customer was advised your next payment is due on 11/26/2011 in the amount of $1082.03. Asked the caller when will they be making their next payment. The caller provided the next payment information:<br><br>Payment Method: Western Union<br><br>Payment Date: 04202012<br><br>Payment Amount: $5063.23 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Check/Ref Number: na |
| | | | | | | Script ID: PMT0703 |
| 7092244537 | 4/20/2012 | 11:33:11 AM | Background Processor | IVR | 1VRC | CUSTOMER CONTACT VIA IVR |
| | | | | | | ISN RCK: 3637 RCD: 88003932ANI: 3046153238 |
| 7092244537 | 4/20/2012 | 11:38:53 AM | Arul Nadar | CL | CNOC | Phone Call In; Customer Contact-No Commitment; Spoke with David Daugherty. The customer stated they are unable to make their payment at this time. The consequences of not making a payment are: late charges will be applied after the grace period; follow up calls will take place; default notices will be sent to the mailing address on file; negative credit bureau reporting will take place if the payment is not received before the next payment is due; if the account goes into further delinquency, then additional fees and expenses will be assessed to the account.<br><br>Inquired if caller wanted the breakdown of the total reinstatement amount; caller declined. Also advised, |
| | | | | | | Script ID: PMT0703 |
| 7092244537 | 4/20/2012 | 11:40:29 AM | Arul Nadar | WQ | | Phone Call In; Mortgage Keeper Direct Denied; Spoke with David Daugherty. Inquired if customer would like information that might assist them with their financial situation. Customer declined the information. |
| | | | | | | Script ID: PMT0704 |
| 7092244537 | 4/20/2012 | 11:40:34 AM | Arul Nadar | WQ | | Phone Call In; *;<br><br>Refinance not offered. |
| | | | | | | Script ID: Preclose |
| 7092244537 | 4/20/2012 | 11:47:17 AM | Arul Nadar | LR | RNST | REINSTATEMENT PENDING RESOLUTION Details: Phone Call In; Reinstatement Pending; informed brw abt the reinst amt which is $5063.23 brw sd that he made that amt in 2 paymnt's through WU provided the information about same First AMT : $5000 , control #575-852-1316...Second AMT : $63.23 , control #522-850-8419....AN |
| 7092244537 | 4/20/2012 | 11:47:40 AM | Arul Nadar | WQ | | spoke with David Daugherty<br><br>verified borrower's ssn, home and work telephone numbers; |
| | | | | | | Script ID: PreClose |
| 7092244537 | 4/20/2012 | 12:29:00 PM | Sachin Satpute | SU | LSCM | LOAN SETUP COMMENT:<br><br>(1)<br><br>(2)<br><br>; The OPB has been updated as indicated in the note.<br><br>recd email from 622 - Payoff and Customer Service on Fri 4/20/2012 9:23 AM to Kindly make correction in RS as per docs in CIS for OPB difference for loan no 7092244537 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 4/20/2012 | 2:50:52 PM | Tushar | SU | LSCM | LOAN SETUP COMMENT:<br>(1)<br>(2)<br>; Received email from 622 - Payoff and Customer Service, SC, on Fri 4/20/2012 9:14 AM stating On the below loan no.closing date as per RS is 08/26/1999and as per CIS closing date is 07/20/1999 Kindly make correction is RS.<br>Closing date has been updated with the reference to the Note. |
| 7092244537 | 4/20/2012 | 7:27:53 PM | Background Processor | Autoc | | Payment received from Lockbox WU Batch WU - wu0420<br>for 5,063.23 sent to Collector. |
| 7092244537 | 4/20/2012 | 7:27:53 PM | Background Processor | PYMT | | Payment received from outsource file for $5,063.23 Source WU - wu0420 and was forwarded to: Collector queue, user-id: Collector |
| 7092244537 | 4/21/2012 | 7:27:55 PM | | LR | HMPDWN | HMP downloaded on Web on - 04/21/2012. FC sale date unalatered. |
| 7092244537 | 4/23/2012 | 6:06:40 AM | Jayashree Acharya | LR | PYMTQ | Payment received in Queue; Funds recd iao 5,063.23 as on 4/20/2012...loan in fc, amt satisfy reins, reins quote ordered, hence posted |
| 7092244537 | 4/23/2012 | 6:06:46 AM | Jayashree Acharya | LR | ACCEPT | Funds accepted<br>; satisfy reins |
| 7092244537 | 4/23/2012 | 6:07:55 AM | Jayashree Acharya | CL | RRIRQ | RUSH REINSTATEMENT REQUEST RECEIVED;<br>;<br>Requestor Details Are As Follows:<br>Requestor Name: jayashree<br>Requestor Company : .<br>Requestor Phone: 1111111111<br>Good Through Date : 04/30/12<br>EMAIL:<br>EMAIL Address1: jayashree.acharya@ocwen.com<br>Details: . |
| 7092244537 | 4/23/2012 | 6:07:55 AM | Jayashree Acharya | CORR | ARIQD | Automated Reinstatement Quote Generated |
| 7092244537 | 4/23/2012 | 6:07:55 AM | Jayashree Acharya | CL | ARIQG | Route the letter to Automatic Queue |
| 7092244537 | 4/23/2012 | 6:08:03 AM | Jayashree Acharya | LR | LRCTL | LR REQUEST TO TIMELINE Details: LR REQUEST TO TIMELINE; mail sent to fc |
| 7092244537 | 4/23/2012 | 6:08:42 AM | Jayashree Acharya | COLL | REINST | AUTH.REINSTATEMENT IAO :$5,063.23<br>__________ WHICH INCLUDES ATTY. FEES AND COSTS IAO:$__________. Details: Reinstatement;<br>teama (cc) |
| 7092244537 | 4/23/2012 | 6:10:34 AM | Jayashree Acharya | ACCE | | Accepted- OK to POST By user : Collector/acharyaj Loan number : 7092244537, Amount 5,063.23 Forwarded to user : Cashier Queue : Cashier Status : A Batch Number: 0462 Date : 04/20/12 Batch Name: WU - wu0420 Rule : 23-10204270 |
| 7092244537 | 4/23/2012 | 6:20:31 AM | Vikas Nanuram Kankheria | FC | WFPDR | Workflow assigned to TLC is pending for Reason; Waiting for the due date to be current. |
| 7092244537 | 4/23/2012 | 6:21:22 AM | Sunita Chaurasiya | CS | SFSU | Satisfaction Fee Set-up; cl id 3 |
| 7092244537 | 4/23/2012 | 6:27:37 AM | Sunita Chaurasiya | CL | PAY | Payoff Quote Processed/Pending Approval; as per litton sheet Details: . |
| 7092244537 | 4/23/2012 | 11:57:16 PM | Vikas Nanuram Kankheria | FC | FCSR | |
| 7092244537 | 4/23/2012 | 11:57:51 PM | Vikas Nanuram Kankheria | | | |

DD/OLS 001644

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 4/23/2012 | 11:58:00 PM | Vikas Nanuram Kankheria | FC | LRCMP | LR request to Timeline Completed; [redacted] |
| 7092244537 | 4/24/2012 | 5:41:20 AM | Vinod Patil | LR | QCPYMT | Kindly close and bill and confirm back.<br>QC Payment received in Queue; |
| 7092244537 | 4/24/2012 | 5:59:24 AM | Mahesh Dalvi | PO | POQ09 | Payoff Quote Incorrect because:<br>(1)GTD<br>(2)PPP<br>(3)Quote Fees<br>(4)Fax Fee<br>(5)Legal Fees<br>(6)Late Charge<br>(7)Appraisal Costs<br>(8)Other<br>;<br>PPP1 comment not passed. |
| 7092244537 | 4/24/2012 | 8:53:46 AM | Background Processor | CL | ARICP | Correct: Prepayment Rider in misc pg 25 of 62 Details: .<br>Reinstatement Quote successfully executed By REALDoc |
| 7092244537 | 4/24/2012 | 12:54:02 PM | Angesh Ashok Pandey | FC | FCWN | [redacted] |
| 7092244537 | 4/24/2012 | 5:02:04 PM | Singh, Shailesh I | pp | LNPPP | Kindly close and bill the file and confirm back.<br>Loan Docs Reviewed for Pre Payment Penalty; |
| 7092244537 | 4/24/2012 | 5:02:39 PM | Singh, Shailesh I | CL | PAY | Payoff Quote Processed/Pending Approval; as per docs in cis Details: . |
| 7092244537 | 4/24/2012 | 5:30:26 PM | Bipin Patel | CU | PAYS | [redacted] |
| 7092244537 | 4/24/2012 | 5:30:31 PM | Bipin Patel | pp | LNPPP2 | [redacted]<br>2nd Review of Loan Docs for Pre Payment Penalty<br>(1)<br>(2); |
| 7092244537 | 4/24/2012 | 5:30:45 PM | Bipin Patel | CU | POEX | Payoff Executed and sent to:; fireboy@suddenlink.net |
| 7092244537 | 4/25/2012 | 10:57:17 PM | Background Processor | CU | APOEX | Payoff Quote successfully executed By REALDoc |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 4/27/2012 | 5:45:45 AM | Pallavi Anand | FB | FCFB |  |
| 7092244537 | 4/30/2012 | 6:45:30 AM | Sonali Chorge | CM | TAGGED | ; CMS Data complete; |
| 7092244537 | 5/1/2012 | 2:34:42 AM | Background Processor | FORM | EARL | Early Late Notice |
| 7092244537 | 5/3/2012 | 7:22:08 PM | Background Processor | FORM | | EARLY_LT Requested 05/01/2012 |
| 7092244537 | 5/14/2012 | 10:15:44 PM | Background Processor | FORM | | Printed 05/02/2012 ALTLTR2 Requested 02/15/2012 |
| 7092244537 | 5/14/2012 | 10:15:46 PM | Background Processor | CL | LTCH | Printed 02/17/2012 'Loan Reviewed for Late Charge' 5.00 Assessed |
| 7092244537 | 5/14/2012 | 10:15:48 PM | Background Processor | BNOT | | As of 05/14/2012 Past Due 999.05 Curr Due 994.05 Total Due 1,993.10 Requested By Auto-B |
| 7092244537 | 5/16/2012 | 1:08:16 AM | Background Processor | CORR | INTN | 05/23/2012 NOTICE OF INTENT - NOTE |
| 7092244537 | 5/17/2012 | 10:50:37 PM | Shabaz Ali S | SU | LSOCRC | Loan Setup OCR Completion |
| 7092244537 | 5/23/2012 | 7:09:19 PM | Background Processor | FORM | | LATE Requested 05/16/2012 |
| 7092244537 | 5/25/2012 | 9:16:47 PM | Alex Lombardo | GC | | Printed 05/22/2012 Account Reported To Credit Bureau (as of 04/30/12)LPI: 03/26/12 UPB: 84,771 Mthly Pmt: 994 Status: 11 [ Current ] Original Charge Off Amt: 0 Payment History[24 Mons]: 4323BBBBBBBBBBBBBBBBBBBB |
| 7092244537 | 5/29/2012 | 12:54:18 AM | Background Processor | CORR | 30DY | REQUESTED 30 DAY DEMAND BE SENT |
| 7092244537 | 6/11/2012 | 8:58:32 PM | Background Processor | FB | FB95 | Certified Mail Cost fee assessed. Amount: 0.00 |
| 7092244537 | 6/11/2012 | 8:58:41 PM | Background Processor | FORM | | DEMANDWV Requested 05/29/2012 Printed 06/11/2012 Cert Mail # 71069017515154905163 |
| 7092244537 | 6/11/2012 | 8:58:43 PM | Background Processor | BNOT | | Expiration Date 07/14/2012 IAO $ 1,993.10 As of 06/11/2012 Past Due 1,993.10 Curr Due 994.05 Total Due 2,987.15 Requested By Auto-B |
| 7092244537 | 6/14/2012 | 2:18:25 PM | Deepak Y | WQ | | 06/14/2012 Davox Phone Call Out; Tele Residence, No Answer; No answer at number. SCRIPT ID: OUTBOUND GREETING |
| 7092244537 | 6/14/2012 | 7:32:20 PM | Alex Lombardo | GC | | Account Reported To Credit Bureau (as of 05/31/12)LPI: 03/26/12 UPB: 84,771 Mthly Pmt: 994 Amt Past Due: 1,993 First occurance: 04/26/12 Status: 71 [ Dlq 1 Pmt ] Original Charge Off Amt: 0 Payment History[24 Mons]: 04323BBBBBBBBBBBBBBBBBBB |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 6/15/2012 | 2:46:13 PM | Gopalkrishnan Ramanathan | ES | AGCANC | POLICY CANCELLATION RECEIVED - NON-PAYMENT / NON-RENEWAL;<br><br>State Auto Mutual<br><br>Pol # : HWV0032632<br><br>issue date: 06/06/12<br><br>canc date: 06/12/12<br><br>Reason : Non renewal<br><br>.......gramanathan/hipc |
| 7092244537 | 6/15/2012 | 7:21:36 PM | Background Processor | CORR | EILT | Early intervention letter sent<br><br>(1) |
| 7092244537 | 6/16/2012 | 4:12:44 PM | | COLL | PTPYM | PROMISE TO PAY MAILED<br><br>Borrower 1 notified Ocwen via Web that a payment was in the amount of $2,000.00 was sent on 06/16/2012 via Regular mail.<br><br>Check/Money Order Number = 1036684 |
| 7092244537 | 6/19/2012 | 10:39:16 AM | Background Processor | ES | AUD | INSURANCE AUDIT NOTICE - 1ST LETTER SENT |
| 7092244537 | 6/21/2012 | 7:09:02 PM | Background Processor | FORM | | EILETTER Requested 06/15/2012<br><br>Printed 06/20/2012 |
| 7092244537 | 6/25/2012 | 8:01:18 PM | Background Processor | PYMT | | Payment received from Outsource for $2,000.00 Source ULK - ulk0625 and was forwarded to: Collector queue, user-id: PerfColl |
| 7092244537 | 6/25/2012 | 8:10:43 PM | Background Processor | IVR | IVRC | CUSTOMER CONTACT VIA IVR<br><br>ISN RCK: 2688 RCD: 98777955ANI: 3046153238 |
| 7092244537 | 6/25/2012 | 8:14:10 PM | Nisar Choudhary | CU | CUST | Phone Call In; Customer Contact; Talked to David Daugherty and verified last 4 digits of their SSN.. SCRIPT ID: VERIFYSSN. |
| 7092244537 | 6/25/2012 | 8:14:36 PM | Nisar Choudhary | CL | PYIQ | Phone Call In; Payment Inquiry; Provided the customer with the current outstanding balances of $1993.10. Asked if they had any questions about the outstanding balance amount. Customer did not have any questions. Script ID: AMOUNT DUE |
| 7092244537 | 6/25/2012 | 8:19:04 PM | Nisar Choudhary | WQ | | Call Ended. Script ID: END SCRIPT |
| 7092244537 | 6/25/2012 | 8:19:58 PM | Nisar Choudhary | CL | CRFD | Phone Call In; Reason for Default; bwr said his receivables was stuck thats why was not able to make the pymt on time..nc |
| 7092244537 | 6/25/2012 | 8:22:37 PM | Nisar Choudhary | CL | PYIQ | Phone Call In; Payment Inquiry; bwr called in and said he has sent in the pymt last week inthe amt of $2000.00..hw wanted to know if we have received the pymt,,informed him we have received the paymt, and allow us 24 to 48 hrs to update this in our records,,nc |
| 7092244537 | 6/25/2012 | 8:23:52 PM | Nisar Choudhary | CL | LSIQ | Phone Call In; Loan Status Inquiry; gave Qa para,informed abt FP1, bwr said he will send the proof the insurance policy,,informed him abt account status..nc |
| 7092244537 | 6/25/2012 | 8:56:41 PM | Rathnamma Anjappa | ACCE | | Accepted- OK to POST<br><br>By user : PerfColl/anjappar Loan number : 7092244537, Amount 2,000.00 Forwarded to user : Cashier Queue : Cashier Status : A Batch Number: 0388 Date : 06/25/12 Batch Name: ULK - ulk0625 Rule : 23-3081650059 |
| 7092244537 | 6/25/2012 | 8:56:43 PM | Background Processor | BNOT | | As of 06/25/2012 Past Due .00 Curr Due 994.05 Total Due 994.05 Requested By Auto-B<br><br>06/28/2012 |
| 7092244537 | 7/2/2012 | 5:55:57 AM | Background Processor | FORM | EARL | Early Late Notice |
| 7092244537 | 7/6/2012 | 7:58:24 PM | Background Processor | FORM | | EARLY_LT Requested 07/02/2012<br><br>Printed 07/05/2012 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 7/9/2012 | 5:09:26 AM | Vijay Raj | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period:<br>Effective Date = 7/6/2012<br>Escrow Payment = $331.66<br>Total Shortage = $148.3<br>Total Capitalization = $604.39<br>Borrower Paid MI Premium = $0<br>Escrow Balance = $242.31 \| Interim T&I Disbursements = $0 \| Total T&I Disbursements During Trial Period = $604.39 \| Hazard Disbursements During Trial Period = $0 \| Flood Disbursements During Trial Period = $0 \| Tax Payment #1 During Trial Period = $604.39 \| Tax Payment #2 During Trial Period = $0 \| Tax Payment #3 During Trial Period = $0 \| Tax Payment #4 During Trial Period = $0 \| Delinquent Taxes Due = $0<br>Breakdown as Follows:<br>(7) |
| 7092244537 | 7/9/2012 | 7:58:54 AM | Vijay Raj | ES | NEPQ | New-Escrowed Payment Quote:<br>Effective Date = 7/6/2012<br>Escrow Payment = $331.66<br>Total Deposit = $89.37<br>Shortage / Deposit =$89.37<br>Delinquent Tax =$0 Tax P & I = $0<br>(7) |
| 7092244537 | 7/12/2012 | 1:26:39 PM | Background Processor | BNOT | | - This Comment was auto-generated in batch mode.<br>As of 07/12/2012 Past Due 994.05 Curr Due 994.05 Total Due 1,988.10 Requested By Auto-B |
| 7092244537 | 7/16/2012 | 9:23:52 AM | Background Processor | CORR | INTN | 07/18/2012<br>NOTICE OF INTENT - NOTE |
| 7092244537 | 7/19/2012 | 7:35:11 PM | Background Processor | PYMT | | Payment received from Outsource for $994.05 Source SP7 - sp0719 and was forwarded to: Cashier queue, user-id: Cashier Via Web Confirmation Number = 9712991 |
| 7092244537 | 7/19/2012 | 8:01:59 PM | Background Processor | FORM | | LATE Requested 07/16/2012<br>Printed 07/18/2012 |
| 7092244537 | 7/23/2012 | 4:51:22 AM | Vijay Raj | ES | NEPQ | New-Escrowed Payment Quote:<br>Effective Date = 7/16/2012<br>Escrow Payment = $331.66<br>Total Deposit = $0<br>Shortage / Deposit =$0<br>Delinquent Tax =$0 Tax P & I = $0<br>(7) |

- This Comment was auto-generated in batch mode.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 7/24/2012 | 9:56:37 AM | Background Processor | ES | LTR2 | INSURANCE AUDIT NOTICE - 2ND LETTER SENT VIA CERTIFIED MAIL |
| 7092244537 | 7/27/2012 | 8:01:23 PM | Jacqueline Henriquez | GC | | Account Reported To Credit Bureau (as of 06/30/12)LPI: 05/26/12 UPB: 84,407 Mthly Pmt: 994 Status: 11 [ Current ] Original Charge Off Amt: 0 Payment History[24 Mons]: 104323BBBBBBBBBBBBBBBBBB |
| 7092244537 | 7/28/2012 | 12:08:05 PM | | CS | EAAP | The customer has provided email address. |
| 7092244537 | 7/29/2012 | 1:07:19 AM | Vijay Raj | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period:<br><br>Effective Date = 7/16/2012<br><br>Escrow Payment = $331.66<br><br>Total Shortage = $1053.93<br><br>Total Capitalization = $362.08<br><br>Borrower Paid MI Premium = $0<br><br>Escrow Balance = $242.31 \| Interim T&I Disbursements = $604.39 \| Total T&I Disbursements During Trial Period = $0 \| Hazard Disbursements During Trial Period = $0 \| Flood Disbursements During Trial Period = $0 \| Tax Payment #1 During Trial Period = $0 \| Tax Payment #2 During Trial Period = $0 \| Tax Payment #3 During Trial Period = $0 \| Tax Payment #4 During Trial Period = $0 \| Delinquent Taxes Due = $0<br><br>Breakdown as Follows:<br><br>(7) |
| 7092244537 | 7/31/2012 | 12:44:55 AM | Background Processor | FORM | EARL | Early Late Notice |
| 7092244537 | 8/2/2012 | 7:32:46 PM | Background Processor | FORM | | EARLY_LT Requested 07/31/2012<br><br>Printed 08/01/2012 |
| 7092244537 | 8/9/2012 | 2:36:50 PM | Niranjan R | ES | AGCUST | CUSTOMER SERVICE INSURANCE CALL RECEIVED;<br><br>H/O called in regard to inform that he Got his Own iNs Pol, Advised him we will call the Agt and update it on our records.<br><br>Nraja/hipc |
| 7092244537 | 8/9/2012 | 2:43:42 PM | Niranjan R | ES | AGINS | INSURANCE COMMENT;<br><br>Called Ins Agt to update the Pol info, She stated that the Person who provides the Pol info is not Available at this Moment and She wanted us to call him Tomorrow, Advised her we will call back. Hence could not update Ins Info.<br><br>Agent: April<br><br>Agy: Kiger INs<br><br>Ph#: 304-422-7505 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Nraja/hipc |
| 7092244537 | 8/9/2012 | 6:21:28 PM | Background Processor | PYMT | | Payment received from Outsource for $994.05 Source SP7 - sp0809 and was forwarded to: Cashier queue, user-id: Cashier Via Web Confirmation Number = 9790221 |
| 7092244537 | 8/9/2012 | 6:21:30 PM | Background Processor | BNOT | | As of 08/09/2012 Past Due .00 Curr Due 994.05 Total Due 994.05 Requested By Auto-B |
| 7092244537 | 8/10/2012 | 9:55:00 AM | Niranjan R | ES | AGINS | 08/14/2012<br>INSURANCE COMMENT;<br><br>Called in regard to Update POI, But the Agt Stated that the he will fax the Dec page, So provided the Fax # and advised the TAT.<br><br>Agent: Zack<br><br>Agy: Kiger INs<br><br>Ph#: 304-422-7505<br><br>Nraja/hipc |
| 7092244537 | 8/10/2012 | 9:56:39 AM | Niranjan R | ES | AGINS | INSURANCE COMMENT; Please Ignore my previous AGINS Comment<br><br>Called up Agt in regard to Update POI, But the Agt Stated that the he will fax the Dec page, So provided the Fax # and advised the TAT.<br><br>Agent: Zack<br><br>Agy: Kiger INs<br><br>Ph#: 304-422-7505<br><br>Nraja/hipc |
| 7092244537 | 8/15/2012 | 8:18:39 AM | Sarah Patton | ES | AGSI | INSURANCE INFORMATION RECEIVED VIA FAX; aaa |
| 7092244537 | 8/15/2012 | 7:27:22 PM | Alex Lombardo | GC | | Account Reported To Credit Bureau (as of 07/31/12)LPI: 06/26/12 UPB: 84,227 Mthly Pmt: 994 Status: 11 [ Current ] Original Charge Off Amt: 0 Payment History[24 Mons]: 0104323BBBBBBBBBBBBBBBBB |
| 7092244537 | 8/16/2012 | 3:26:59 PM | Mohsin Shaikh | ES | AGINS | INSURANCE COMMENT;<br><br>RECD FAX<br><br>AAA INSURANCE<br><br>POL # HOM042608346<br><br>TERM: 2012-2013<br><br>LINE 50 UPDATED |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Mshaikh/HIPC |
| 7092244537 | 8/16/2012 | 3:27:12 PM | Mohsin Shaikh | ES | AGINRC | POLICY INCLUDES REPLACEMENT COST COVERAGE;<br><br>RECD FAX<br>AAA INSURANCE<br>POL # HOM042608346<br>TERM: 2012-2013<br><br>REPLACEMENT COST IS INCLUDED IN THE POLICY<br><br>Mshaikh/HIPC |
| 7092244537 | 8/20/2012 | 2:33:21 AM | Vijay Raj | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period:<br>Effective Date = 8/17/2012<br>Escrow Payment = $331.68<br>Total Shortage = $1385.47<br>Total Capitalization = $107.23<br>Borrower Paid MI Premium = $0<br>Escrow Balance = $-107.23 \| Interim T&I Disbursements = $0 \| Total T&I Disbursements During Trial Period = $0 \| Hazard Disbursements During Trial Period = $0 \| Flood Disbursements During Trial Period = $0 \| Tax Payment #1 During Trial Period = $0 \| Tax Payment #2 During Trial Period = $0 \| Tax Payment #3 During Trial Period = $0 \| Tax Payment #4 During Trial Period = $0 \| Delinquent Taxes Due = $0<br><br>Breakdown as Follows:<br><br>{7} |
| 7092244537 | 8/20/2012 | 5:20:39 AM | Vijay Raj | ES | NEPQ | New-Escrowed Payment Quote:<br>Effective Date = 8/17/2012<br>Escrow Payment = $331.68<br>Total Deposit = $390.43<br>Shortage / Deposit =$390.43<br>Delinquent Tax =$0 Tax P<br>& I = $0<br>{7} |

DD/OLS 001651

- This Comment was auto-generated in batch mode.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 8/29/2012 | 9:39:42 PM | Jamie Ciavarro | ES | AGBFL | FP Insurance Premium Paid - Bill for Lapse policy |
| 7092244537 | 8/31/2012 | 1:30:51 AM | Background Processor | FORM | EARL | Early Late Notice |
| 7092244537 | 9/4/2012 | 6:53:24 PM | Background Processor | PYMT | | Payment received from Outsource for $994.05 Source SP7 - sp0904 and was forwarded to: Cashier queue, user-id: Cashier Via Web Confirmation Number = 9913565 |
| 7092244537 | 9/4/2012 | 6:53:26 PM | Background Processor | BNOT | | As of 09/04/2012 Past Due .00 Curr Due 994.05 Total Due 994.05 Requested By Auto-B |
| 7092244537 | 9/6/2012 | 12:23:23 PM | Vijaya Bhaskar | CORR | ESCAP | ESCROW ANALYSIS COMPLETED |
| 7092244537 | 9/6/2012 | 8:41:26 PM | Background Processor | FORM | | EARLY_LT Requested 08/31/2012<br><br>Printed 09/05/2012 |
| 7092244537 | 9/14/2012 | 5:55:50 AM | Sreejisha N S | ES | FPRBR | Forced Place Refund Being Reviewed |
| 7092244537 | 9/14/2012 | 6:40:07 AM | Sreejisha N S | ES | ESCAD | ESCROW ANALYSIS DELETED, NEW ANALYSIS REQUIRED |
| 7092244537 | 9/14/2012 | 6:40:07 AM | Sreejisha N S | ES | ESCAD | ESCROW ANALYSIS DELETED, NEW ANALYSIS REQUIRED |
| 7092244537 | 9/14/2012 | 6:40:29 AM | Sreejisha N S | CORR | ESCAP | ESCROW ANALYSIS COMPLETED |
| 7092244537 | 9/19/2012 | 6:31:15 AM | Vijay Raj | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period:<br><br>Effective Date = 9/17/2012<br><br>Escrow Payment = $198.87<br><br>Total Shortage = $974.02<br><br>Total Capitalization = $0<br><br>Borrower Paid MI Premium = $0<br><br>Escrow Balance = $20.28 \| Interim T&I Disbursements = $0 \| Total T&I Disbursements During Trial Period = $0 \| Hazard Disbursements During Trial Period = $0 \| Flood Disbursements During Trial Period = $0 \| Tax Payment #1 During Trial Period = $0 \| Tax Payment #2 During Trial Period = $0 \| Tax Payment #3 During Trial Period = $0 \| Tax Payment #4 During Trial Period = $0 \| Delinquent Taxes Due = $0<br><br>Breakdown as Follows: |
| 7092244537 | 9/21/2012 | 8:01:33 PM | Alex Lombardo | GC | | {7}<br>Account Reported To Credit Bureau (as of 08/31/12)LPI: 07/26/12 UPB: 84,045 Mthly Pmt: 994 Status: 11 [ Current ] Original Charge Off Amt: 0 Payment History(24 Mons): 00104323BBBBBBBBBBBBBBB |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7092244537 | 9/24/2012 | 6:47:56 AM | Vijay Raj | ES | NEPQ | New-Escrowed Payment Quote:<br>Effective Date = 9/18/2012<br>Escrow Payment = $199<br>Total Deposit = $377<br>Shortage / Deposit =$377<br>Delinquent Tax =$0<br>& I = $0<br>(7)<br>- This Comment was auto-generated in batch mode. | Tax P |
| 7092244537 | 9/27/2012 | 10:45:17 AM | Marvin Moreyra | WQ | | Davox Phone Call Out; Tele Residence, No Answer; The person that answered hung up the phone. SCRIPT ID: HUNG UP | |
| 7092244537 | 9/27/2012 | 8:52:07 PM | Mallik Raihan H M | SU | LSOCRI | Loan Setup OCR Initiation | |
| 7092244537 | 10/1/2012 | 2:33:57 PM | Background Processor | CIVR | CSURV1 | CSURV1 comment CSURV1,5,3,3,5,1 | |
| 7092244537 | 10/1/2012 | 6:53:17 PM | Background Processor | PYMT | | Payment received from Outsource for $994.05 Source SP7 - sp1001 and was forwarded to: Cashier queue, user-id: Cashier Via Web Confirmation Number = 10057448 | |
| 7092244537 | 10/1/2012 | 6:53:19 PM | Background Processor | CM | PRIVAB | Annual Privacy Statement Mailed with Billing Statement | |
| 7092244537 | 10/1/2012 | 6:53:21 PM | Background Processor | BNOT | | As of 10/01/2012 Past Due .00 Curr Due 980.16 Total Due 980.16 Requested By Auto-B<br>10/03/2012 | |
| 7092244537 | 10/8/2012 | 6:51:32 AM | Vijay Raj | ES | NEPQ | New-Escrowed Payment Quote:<br>Effective Date = 10/1/2012<br>Escrow Payment = $199<br>Total Deposit = $377<br>Shortage / Deposit =$377<br>Delinquent Tax =$0<br>& I = $0<br>(7)<br>- This Comment was auto-generated in batch mode. | Tax P |
| 7092244537 | 10/12/2012 | 7:22:36 PM | Alex Lombardo | GC | | Account Reported To Credit Bureau (as of 08/31/12)LPI: 07/26/12 UPB: 84,045 Mthly Pmt: 994 Status: 11 [ Current ] Original Charge Off Amt: 0 Payment History[24 Mons]: 00104323BBBBBBBBBBBBBBBB | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 10/13/2012 | 10:23:08 PM | Vijay Raj | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period:<br><br>Effective Date = 10/1/2012<br><br>Escrow Payment = $199<br><br>Total Shortage = $974<br><br>Total Capitalization = $0<br><br>Borrower Paid MI Premium = $0<br><br>Escrow Balance = $20 \| Interim T&I Disbursements = $0 \| Total T&I Disbursements During Trial Period = $0 \| Hazard Disbursements During Trial Period = $0 \| Flood Disbursements During Trial Period = $0 \| Tax Payment #1 During Trial Period = $0 \| Tax Payment #2 During Trial Period = $0 \| Tax Payment #3 During Trial Period = $0 \| Tax Payment #4 During Trial Period = $0 \| Delinquent Taxes Due = $0<br><br>Breakdown as Follows: |
| 7092244537 | 10/15/2012 | 9:31:56 PM | Mallik Raihan H M | SU | LSOCRC | (7)<br>Loan Setup OCR Completion.<br><br>(1) |
| 7092244537 | 10/16/2012 | 7:21:50 PM | Alex Lombardo | GC | | (2)<br>Account Reported To Credit Bureau (as of 09/29/12)LPI: 08/26/12 UPB: 83,861 Mthly Pmt: 994 Status: 11 [ Current ] Original Charge Off Amt: 0 Payment History[24 Mons]: 000104323BBBBBBBBBBBBBBB |
| 7092244537 | 10/17/2012 | 1:21:41 PM | Magali Alonso | CL | NOACTION | No Action Taken On Collection Screen |
| 7092244537 | 10/19/2012 | 7:31:59 AM | Vijay Raj | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period:<br><br>Effective Date = 10/16/2012<br><br>Escrow Payment = $199<br><br>Total Shortage = $441<br><br>Total Capitalization = $604<br><br>Borrower Paid MI Premium = $0<br><br>Escrow Balance = $148 \| Interim T&I Disbursements = $0 \| Total T&I Disbursements During Trial Period = $604 \| Hazard Disbursements During Trial Period = $0 \| Flood Disbursements During Trial Period = $0 \| Tax Payment #1 During Trial Period = $604 \| Tax Payment #2 During Trial Period = $0 \| Tax Payment #3 During Trial Period = $0 \| Tax Payment #4 During Trial Period = $0 \| Delinquent Taxes Due = $0<br><br>Breakdown as Follows: |
| 7092244537 | 10/19/2012 | 9:27:02 PM | Mallik Raihan H M | SU | LSULVPC | (7)<br>Loan Setup Loan Verification PARTIALLY Complete (1) |