| Loan | Date | Time | User | Type | Code | Comment |
|---|---|---|---|---|---|---|
| 7092244537 | 10/21/2012 | 4:13:40 AM | Vijay Raj | ES | NEPQ | New-Escrowed Payment Quote:<br>Effective Date = 10/16/2012<br>Escrow Payment = $199<br>Total Deposit = $449<br>Shortage / Deposit =$449<br>Delinquent Tax =$0<br>& I = $0<br>(7)<br>Tax P |
| 7092244537 | 11/1/2012 | 9:53:55 PM | Background Processor | CS | ACHW | -- This Comment was auto-generated in batch mode.<br>ACH Creation through WEB |
| 7092244537 | 11/1/2012 | 9:53:57 PM | Background Processor | CS | ACHW | ACH Creation through WEB |
| 7092244537 | 11/2/2012 | 9:54:24 PM | Background Processor | PYMT | | Payment received from Outsource for $980.16  Source OAC - oach1102 and was forwarded to: Cashier queue, user-id: Cashier Confirmation Number = 20121101000882288 |
| 7092244537 | 11/2/2012 | 9:54:26 PM | Background Processor | BNOT | | As of 11/02/2012 Past Due .00 Curr Due 980.16 Total Due 980.16 Requested By Auto-B |
| 7092244537 | 11/5/2012 | 3:22:02 AM | Vijay Raj | ES | NEPQ3 | 11/05/2012<br>New-Escrowed Payment Quote HMP 3 Month Trial Period:<br>Effective Date = 11/2/2012<br>Escrow Payment = $199<br>Total Shortage = $441<br>Total Capitalization = $604<br>Borrower Paid MI Premium = $0<br>Escrow Balance = $148 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $604 | Hazard Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $604 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0<br>Breakdown as Follows: |
| 7092244537 | 11/5/2012 | 6:13:02 AM | Vijay Raj | ES | NEPQ | (7)<br>New-Escrowed Payment Quote:<br>Effective Date = 11/2/2012<br>Escrow Payment = $199<br>Total Deposit = $449<br>Shortage / Deposit =$449<br>Delinquent Tax =$0<br>& I = $0<br>(7)<br>Tax P |

DD/OLS 001656

| 7092244537 | 11/14/2012 | 7:07:27 PM | Alex Lombardo | GC | | - This Comment was auto-generated in batch mode. |
| --- | --- | --- | --- | --- | --- | --- |
| 7092244537 | 11/19/2012 | 12:35:31 AM | Vijay Raj | ES | NEPQ3 | Account Reported To Credit Bureau (as of 10/31/12)LPI: 09/26/12 UPB: 83,676 Mthly Pmt: 980 Status: 11 | Current | Original Charge Off Amt: 0 Payment History[24 Mons]: 0000104323BBBBBBBBBBB New-Escrowed Payment Quote HMP 3 Month Trial Period: Effective Date = 11/16/2012 Escrow Payment = $199 Total Shortage = $526 Total Capitalization = $604 Borrower Paid MI Premium = $0 Escrow Balance = $261 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $604 | Hazard Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $604 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0 Breakdown as Follows: (7) |
| 7092244537 | 11/19/2012 | 5:55:24 AM | Vijay Raj | ES | NEPQ | New-Escrowed Payment Quote: Effective Date = 11/16/2012 Escrow Payment = $199 Total Deposit = $534 Shortage / Deposit =$534 Delinquent Tax =$0 & I = $0 (7) Tax P - This Comment was auto-generated in batch mode. |

| Account | Date | Time | User | Code | Message |
|---|---|---|---|---|---|
| 7092244537 | 12/10/2012 | 6:17:13 AM | Vijay Raj | ES | NEPQ3 New-Escrowed Payment Quote HMP 3 Month Trial Period:<br>Effective Date = 12/3/2012<br>Escrow Payment = $199<br>Total Shortage = $526<br>Total Capitalization = $604<br>Borrower Paid MI Premium = $0<br>Escrow Balance = $261 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $604 | Hazard Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $604 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0<br><br>Breakdown as Follows: |
| 7092244537 | 12/10/2012 | 7:37:32 AM | Vijay Raj | ES | (7) NEPQ New-Escrowed Payment Quote:<br>Effective Date = 12/4/2012<br>Escrow Payment = $199<br>Total Deposit = $534<br>Shortage / Deposit =$534<br>Delinquent Tax =$0<br>& I = $0<br>(7)   Tax P |
| 7092244537 | 12/12/2012 | 1:41:47 PM | Background Processor | BNOT | -- This Comment was auto-generated in batch mode.<br>As of 12/12/2012 Past Due 980.16 Curr Due 980.16 Total Due 1,960.32 Requested By Auto-B |
| 7092244537 | 12/13/2012 | 7:17:08 PM | Alex Lombardo | GC | 12/14/2012<br>Account Reported To Credit Bureau (as of 11/30/12)LPI: 10/26/12 UPB: 83,489 Mthly Pmt: 980 Status: 11 [ Current ]  Original Charge Off Amt: 0 Payment History[24 Mons]: 000001043238BBBBBBBBBBB |
| 7092244537 | 12/14/2012 | 5:53:50 PM | Background Processor | PYMT | Payment received from Outsource for $980.16  Source SP7 - spl214 and was forwarded to: Cashier queue, user-id: Cashier Via Web Confirmation Number = 10404366 |
| 7092244537 | 12/19/2012 | 7:28:16 AM | Vijay Raj | ES | NEPQ3 New-Escrowed Payment Quote HMP 3 Month Trial Period:<br>Effective Date = 12/17/2012<br>Escrow Payment = $199<br>Total Shortage = $611<br>Total Capitalization = $604<br>Borrower Paid MI Premium = $0<br>Escrow Balance = $375 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $604 | Hazard Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $604 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0 |

DD/OLS 001657

| Loan | Date | Time | User | Code | Comment |
|---|---|---|---|---|---|
| 7092244537 | 12/20/2012 | 7:45:39 AM | Vijay Raj | ES | Breakdown as Follows: (7) |
| | | | | NEPQ | New-Escrowed Payment Quote: Effective Date = 12/17/2012 Escrow Payment = $199 Total Deposit = $619 Shortage / Deposit =$619 Delinquent Tax =$0 & I = $0 Tax P (7) |
| 7092244537 | 12/27/2012 | 2:20:37 PM | Savio Monte | CU | -- This Comment was auto-generated in batch mode. Davox Phone Call Out; Customer Contact; Spoke with David Daugherty, verified borrowers ssn. SCRIPT ID: RPC VERIFY SSN |
| 7092244537 | 12/27/2012 | 2:21:18 PM | Savio Monte | CUST | |
| | | | | PYIQ | Davox Phone Call Out; Payment Inquiry; Provided the customer with the current outstanding balances of $980.16. Asked if they had any questions about the outstanding balance amount. Customer did not have any questions. Script ID: AMOUNT DUE |
| 7092244537 | 12/27/2012 | 2:22:04 PM | Savio Monte | CL | |
| | | | | CNOC | Davox Phone Call Out; Customer Contact-No Commitment; Advised customer the outstanding amount and asked if they were able to pay it and they indicated they cannot. Add notes: Script ID: HELP YOU 1 |
| 7092244537 | 12/27/2012 | 2:22:42 PM | Savio Monte | CL | |
| | | | | PTPYS | Customer provided the following payment information: Speedpay via WEB payment of $ 980.16 on or before 12/31/2012. Promise date: 12/31/2012 Followup date: 01/02/2013  Script ID: PAYMENT 19A |
| 7092244537 | 12/27/2012 | 2:23:38 PM | Savio Monte | WQ | Call Ended.  Script ID: END SCRIPT |
| 7092244537 | 1/7/2013 | 1:33:11 AM | Vijay Raj | ES | |
| | | | | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period: Effective Date = 1/2/2013 Escrow Payment = $199 Total Shortage = $611 Total Capitalization = $604 Borrower Paid MI Premium = $0 Escrow Balance = $375 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $604 | Hazard Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $604 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $604 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0 Breakdown as Follows: |

DD/OLS 001658

| Loan # | Date | Time | User | Code | Comment |
|---|---|---|---|---|---|
| 7092244537 | 1/7/2013 | 7:31:56 AM | Vijay Raj | ES | NEPQ New-Escrowed Payment Quote:<br>Effective Date = 1/2/2013<br>Escrow Payment = $199<br>Total Deposit = $619<br>Shortage / Deposit =$619<br>Delinquent Tax =$0<br>& I = $0<br>Tax P<br>{7} |
| 7092244537 | 1/11/2013 | 3:43:29 AM | Background Processor | BNOT | - This Comment was auto-generated in batch mode.<br>As of 01/11/2013 Past Due 980.16 Curr Due 980.16 Total Due 1,960.32 Requested By Auto-B |
| 7092244537 | 1/14/2013 | 5:59:25 PM | Background Processor | PYMT | Payment received from Outsource    for $980.16  Source SP7 - sp0114 and was forwarded to: Cashier queue, user-id: Cashier Via Web Confirmation Number = 10542291 |
| 7092244537 | 1/14/2013 | 6:51:06 PM | Alex Lombardo | GC | Account Reported To Credit Bureau (as of 12/31/12)LPI: 11/26/12 UPB: 83,301 Mthly Pmt: 980 Status: 11 [ Current ]  Original Charge Off Amt: 0 Payment History[24 Mons]: 000000104323BBBBBBBBBB |
| 7092244537 | 1/20/2013 | 11:16:03 PM | Vijay Raj | ES | NEPQ3 New-Escrowed Payment Quote HMP 3 Month Trial Period:<br>Effective Date = 1/16/2013<br>Escrow Payment = $199<br>Total Shortage = $1185<br>Total Capitalization = $116<br>Borrower Paid MI Premium = $0<br>Escrow Balance = $489 | Interim T&I Disbursements = $604 | Total T&I Disbursements During Trial Period = $0 | Hazard Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $0 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0<br>Breakdown as Follows:<br>{7} |

DD/OLS 001659

| Loan # | Date | Time | User | Code | Comments |
|---|---|---|---|---|---|
| 7092244537 | 1/21/2013 | 4:40:37 AM | Vijay Raj | NEPQ | New-Escrowed Payment Quote: Effective Date = 1/16/2013 Escrow Payment = $199 Total Deposit = $100 Shortage / Deposit =$100 Delinquent Tax =$0 & I = $0 (7) Tax P |
| 7092244537 | 2/4/2013 | 6:13:50 PM | Background Processor | PYMT | Payment received from Outsource for $980.16 Source SP7 -- sp0204 and was forwarded to: Cashier queue, user-id: Cashier Via Web Confirmation Number = 10659795 |
| 7092244537 | 2/4/2013 | 6:13:52 PM | Background Processor | BNOT | As of 02/04/2013 Past Due .00 Curr Due 980.16 Total Due 980.16 Requested By Auto-B -- This Comment was auto-generated in batch mode. |
| 7092244537 | 2/9/2013 | 1:57:28 PM | Background Processor | CS | 02/06/2013 The customer has provided email address. |
| 7092244537 | 2/12/2013 | 10:04:32 PM | Background Processor | 1098C | New 2012 1098 year end statement generated and sent. |
| 7092244537 | 2/21/2013 | 7:05:10 AM | Vijay Raj | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period: Effective Date = 2/19/2013 Escrow Payment = $199 Total Shortage = $207 Total Capitalization = $1180 Borrower Paid MI Premium = $0 Escrow Balance = $-2 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $1177 | Hazard Disbursements During Trial Period = $1177 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $0 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0 Breakdown as Follows: (7) |
| 7092244537 | 2/21/2013 | 7:01:46 PM | Alex Lombardo | GC | Account Reported To Credit Bureau (as of 01/31/13)LPI: 12/26/12 UPB: 83,111 Mthly Pmt: 980 Status: 11 (Current) Original Charge Off Amt: 0 Payment History[24 Mons]: 000000010423BBBBBBBBBBBB |
| 7092244537 | 2/25/2013 | 12:35:15 AM | Vijay Raj | ES | New-Escrowed Payment Quote: Effective Date = 2/20/2013 Escrow Payment = $199 Total Deposit = $788 Shortage / Deposit =$788 Delinquent Tax =$0 & I = $0 (7) Tax P |

DD/OLS 001660

| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 3/4/2013 | 12:18:06 AM | Background Processor | FORM | Early Late Notice - This Comment was auto-generated in batch mode. |
| 7092244537 | 3/4/2013 | 5:51:46 AM | Vijay Raj | ES | NEPQ3 New-Escrowed Payment Quote HMP 3 Month Trial Period:<br><br>Effective Date = 3/1/2013<br><br>Escrow Payment = $199<br><br>Total Shortage = $1384<br><br>Total Capitalization = $2<br><br>Borrower Paid MI Premium = $0<br><br>Escrow Balance = $-2 \| Interim T&I Disbursements = $0 \| Total T&I Disbursements During Trial Period = $0 \| Hazard Disbursements During Trial Period = $0 \| Flood Disbursements During Trial Period = $0 \| Tax Payment #1 During Trial Period = $0 \| Tax Payment #2 During Trial Period = $0 \| Tax Payment #3 During Trial Period = $0 \| Tax Payment #4 During Trial Period = $0 \| Delinquent Taxes Due = $0<br><br>Breakdown as Follows:<br><br>(7) |
| 7092244537 | 3/7/2013 | 5:55:21 AM | Vijay Raj | ES | NEPQ New-Escrowed Payment Quote:<br><br>Effective Date = 3/1/2013<br><br>Escrow Payment = $199<br><br>Total Deposit = $788<br><br>Shortage / Deposit =$788<br><br>Delinquent Tax =$0<br>& I = $0<br><br>(7)<br><br>Tax P |
| 7092244537 | 3/11/2013 | 6:01:52 PM | Background Processor | IVR | IVRC CUSTOMER CONTACT VIA IVR - This Comment was auto-generated in batch mode. |
| 7092244537 | 3/12/2013 | 1:07:30 PM | Background Processor | IVR | IVRC ISN RCK: 3343 RCD: 4063O088ANI: 3046153238<br>CUSTOMER CONTACT VIA IVR |
| 7092244537 | 3/12/2013 | 1:09:02 PM | Shahbaz Hussain | CU | CUST ISN RCK: 3772 RCD: 40667134ANI: 3046153238<br>Phone Call In; Customer Contact; Talked to David Daugherty and verified last 4 digits of their SSN.. SCRIPT ID: VERIFYSSN. |
| 7092244537 | 3/12/2013 | 1:09:26 PM | Shahbaz Hussain | CL | PYIQ Phone Call In; Payment Inquiry; Provided the customer with the current outstanding balances of $980.16. Asked if they had any questions about the outstanding balance amount. Customer did not have any questions. Script ID: AMOUNT DUE |

| Loan # | Date | Time | User | Code | Description |
|---|---|---|---|---|---|
| 7092244537 | 3/12/2013 | 1:09:52 PM | Shahbaz Hussain | CL | PTPYS | Customer provided the following payment information: Speedpay via WEB payment of $ 980.16 on or before 03/14/2013. Promise date: 03/14/2013 Followup date: 03/16/2013    Script ID: PAYMENT 19A |
| 7092244537 | 3/12/2013 | 1:10:59 PM | Shahbaz Hussain | WQ | | Phone Call In; Contact Info Provided; Caller wanted the fax number for the Research Department. Advised it was 1-407-737-6375. SCRIPT ID: DEPARTMENT FAX |
| 7092244537 | 3/12/2013 | 1:11:39 PM | Shahbaz Hussain | WQ | | Phone Call In; OP CMSI Recently Offered; Offered customer the Optional Product of CMSI marketing option, but they were not interested. SCRIPT ID: CLOSING WEB MARKET |
| 7092244537 | 3/12/2013 | 1:11:45 PM | Shahbaz Hussain | WQ | | Call Ended.  SCRIPT ID: END SCRIPT |
| 7092244537 | 3/14/2013 | 2:24:25 PM | Background Processor | BNOT | | As of 03/14/2013 Past Due 980.16 Curr Due 980.16 Total Due 1,960.32 Requested By Auto-B |
| 7092244537 | 3/15/2013 | 6:38:20 AM | Rajkumar Singh | RS | WCCRF | 03/19/2013 Written Customer Correspondence Received via Fax |
| 7092244537 | 3/15/2013 | 6:38:51 AM | Rajkumar Singh | RS | WCCD | Customer Credit Inquiry |
| 7092244537 | 3/15/2013 | 6:38:56 AM | Rajkumar Singh | RS | RSDR | Customer Dispute Received |
| 7092244537 | 3/15/2013 | 6:56:12 PM | Background Processor | PYMT | | Payment received from Outsource     for $980.16  Source SP7 - sp0315 and was forwarded to: Cashier queue, user-id: Cashier Via Web Confirmation Number - 10896204 |
| 7092244537 | 3/15/2013 | 7:32:58 PM | Alex Lombardo | GC | | Account Reported To Credit Bureau (as of 02/28/13)LPI: 01/26/13 UPB: 82,920 Mthly Pmt: 980 Status: 11 [ Current ]  Original Charge Off Amt: 0 Payment History[24 Mons]: 000000010432323BBBBBBBBB |
| 7092244537 | 3/16/2013 | 2:22:03 AM | Chandra Kumar | PD | RECM | Research Comment; S:\Residential Servicing 2\RESEARCH\RESEARCH\Research 1\Research Faxes\2012\2013\March-2013\15 March 2013\3-15-13\7092244537 |
| 7092244537 | 3/16/2013 | 3:17:18 AM | Chandra Kumar | CL | NOACTION | No Action Taken On Collection Screen |
| 7092244537 | 3/18/2013 | 11:26:28 PM | Kodanda M | RS | CRINV | INVALID/ERRONEOUS CR DISPUTE |
| 7092244537 | 3/18/2013 | 11:26:28 PM | Kodanda M | CS | INVALID | Invalid Research Request. |

DD/OLS 001662

7092244537  3/18/2013  11:26:50 PM  Kodanda M  CORR  WCDC

CUSTOMER INQUIRY COMPLETED;Please refer to RLML/ RLFX/ RLEL/ RELM execution codes for letter dispatch confirmation. Details:

March 18, 2013

David Daugherty

35 Valley View Drive

Vienna, WV 26105

RE: LOANNUMBER: 7092244537

Property Address: 35 Valley View Dr

Vienna, WV 26105

Dear David Daugherty

OCWEN would like to take this opportunity to thank you for your recent communication regarding the above referenced loan. We appreciate the time and effort on your part to bring your concern to our attention. Pursuant to your concern, we have reviewed the loan and below is the recap of our response to the concern raised:

Concern: You expressed concern regarding the past due amount reflected in the credit report made on March 2012.

Response: Please note the amount reflecting on credit report is calculated, as follows:

Past due amount= monthly mortgage payment X the no. of months' delinquent + late charges + other advances + escrow advances- suspense (partial payment) credit.

Our records indicate that the credit reporting made for the month of March 2012, reflected the total past due amount as $6,128.39. As of March 2012, your loan was due for the November 26, 2011 contractual payment and the total amount past due on the loan was in the amount of $6,128.39.

Please note that, Ocwen is obligated to report true and accurate information to the credit bureaus and therefore the credit reporting cannot be changed.

Please note that, we have reviewed and it was determined that the past due amount reflecting on the credit reporting made for the month of March 2012 is correct. However, foreclosure proceedings were initiated on the loan on April 18, 2012, as the loan was past due for the November 26, 2012 payment as of that date. Further, the foreclosure proceedings were stopped on April 23, 2012, as the loan was reinstated. Our records indicate that the foreclosure reporting made on the loan is valid and cannot be altered.

We report to Equifax, TransUnion, Experian and Innovis. These bureaus provide information to the local credit bureaus to update and correct your credit file. However, if you believe that there is a discrepancy in the way the loan has been reported by the credit bureaus, please contact the concerned credit

DD/OLS 001663

bureaus directly

As of the date of this letter, the loan is due for the March 26, 2013 payment .For any further concerns regarding the loan; please contact our Customer Care Center at (800) 746-2936.

We trust the information provided has fully addressed your concern. Please visit our website (www.ocwen.com) which is available 24 hours a day, seven days a week, as many of the answers to your account specific questions may be found there. However, should you have any further questions in regards to this issue, please contact our Research Department at (800) 241-9960. If after speaking with our Research Department you still have questions or concerns, please feel free to contact the OCWEN consumer advocate by email through OCWEN's website or by phone at (800) 390-4656. You may also send written correspondence to the following address:

Sincerely,

Chandra Kumar

Research Department

OCWEN

Details:

| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 3/18/2013 | 11:37:03 PM | Kodanda M | PD | DISR | DISPUTE RESOLVED/COMPLETED |
| 7092244537 | 3/18/2013 | 11:37:05 PM | Chandra Kumar | CL | NOACTION | No Action Taken On Collection Screen |
| 7092244537 | 3/18/2013 | 11:37:07 PM | Background Processor | CORR | WCDR | WRITTEN DISPUTE CORRESPONDENCE RECEIVED |
| 7092244537 | 3/20/2013 | 1:40:41 AM | Harish Rao | RS | ACDVRC | - ACKNOWLEDGEMENT LETTER REQUEST SUBMITTED BWR Automated CDV Control Number: 9999307803269988 Subscriber Code: 465FS01690 Borrower's concern with reporting:Not his/hers. Provide or confirm complete ID. |

DD/OLS 001664

| Loan # | Date | Time | User | Type | Code | Details |
|---|---|---|---|---|---|---|
| 7092244537 | 3/20/2013 | 1:40:46 AM | Harish Rao | RS | ACDVFC | Reporting received from Credit Bureau: Reporting to Credit Bureau:Verified, hence bwr is responsible. Discrepency (NAME, ADD, SSN):; Details: . Form Completed and Sent Electronically (It is not mailed); BWR Automated CDV Control Number: 999930780329088 Subscriber Code: 465FS01690 Borrower's concern with reporting:Not his/hers. Provide or confirm complete ID. Reporting received from Credit Bureau: Reporting to Credit Bureau:Verified, hence bwr is responsible. |
| 7092244537 | 3/20/2013 | 1:40:47 AM | Harish Rao | RS | CRINV | Discrepency (NAME, ADD, SSN):; Details: . INVALID/ERRONEOUS CR DISPUTE |
| 7092244537 | 3/20/2013 | 2:08:50 AM | Rajkumar Singh | RS | ACDVRC | BWR Automated CDV DAVID M DAUGHERTY Control Number: 9999307803269907 Subscriber Code: 465FS01690 Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID. Reporting received from Credit Bureau:DAVID M DAUGHERTY SSN: 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 Reporting to Credit Bureau:brw has signed the note, hence responsible, ssn matches, checked CIS |
| 7092244537 | 3/20/2013 | 2:08:55 AM | Rajkumar Singh | RS | ACDVFC | Discrepency (NAME, ADD, SSN):; none Details: r Form Completed and Sent Electronically (It is not mailed); BWR Automated CDV DAVID M DAUGHERTY Control Number: 9999307803269907 Subscriber Code: 465FS01690 Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID. Reporting received from Credit Bureau:DAVID M DAUGHERTY SSN: 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 Reporting to Credit Bureau:brw has signed the note, hence responsible, ssn matches, checked CIS |
| 7092244537 | 3/20/2013 | 2:08:57 AM | Rajkumar Singh | RS | CRINV | Discrepency (NAME, ADD, SSN):; none Details: r INVALID/ERRONEOUS CR DISPUTE |
| 7092244537 | 3/20/2013 | 2:08:59 AM | Rajkumar Singh | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 3/20/2013 | 5:21:39 PM | Girish Thorat | FORM | NSFC1 | Insufficient Funds Check Number: SPPD Check Amount: 980.16 Check Date: 03/15/13 Chargeback Amount: 980.16 |

DD/OLS 001665

Eff Date: 03/15/13

| Account | Date | Time | User | Role | Code | Details |
|---|---|---|---|---|---|---|
| 7092244537 | 3/20/2013 | 9:15:04 PM | Tushar Mathkar | PD | RLML | Research Letter Mailed Previous Business Day |
| 7092244537 | 3/20/2013 | 9:15:06 PM | Background Processor | BNOT | | (1)<br>As of 03/20/2013 Past Due 1,005.16 Curr Due 980.16 Total Due 1,985.32 Requested By Auto-B |
| 7092244537 | 3/21/2013 | 2:05:11 AM | Anjali Balakrishnan | RS | ACDVRC | 03/22/2013<br>BWR Automated CDV<br>Control Number: 999930780326990B6<br>Subscriber Code: 605FM50178<br>Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.<br>Reporting received from Credit Bureau:Received from DAVID M DAUGHERTY<br>SSN: 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<br>Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.<br>Discrepency (NAME, ADD, SSN): Address.<br>"Please note: Litton loan, information updated as per LSAMS and RADAR." |
| 7092244537 | 3/21/2013 | 2:05:18 AM | Anjali Balakrishnan | RS | ACDVFC | Details: .<br>Form Completed and Sent Electronically (It is not mailed);<br>BWR Automated CDV<br>Control Number: 999930780326990B6<br>Subscriber Code: 605FM50178<br>Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.<br>Reporting received from Credit Bureau:Received from DAVID M DAUGHERTY<br>SSN: 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<br>Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.<br>Discrepency (NAME, ADD, SSN): Address.<br>"Please note: Litton loan, information updated as per LSAMS and RADAR." |
| 7092244537 | 3/21/2013 | 2:05:22 AM | Anjali Balakrishnan | RS | CRINQ | Details: .<br>CR - CREDIT INQUIRY DISPUTE RECEIVED |

DD/OLS 001666

| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 3/21/2013 | 5:50:58 AM | Vijay Raj | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period:<br><br>Effective Date = 3/18/2013<br><br>Escrow Payment = $199<br><br>Total Shortage = $294<br><br>Total Capitalization = $1177<br><br>Borrower Paid MI Premium = $0<br><br>Escrow Balance = $111 \| Interim T&I Disbursements = $0 \| Total T&I Disbursements During Trial Period = $1177 \| Hazard Disbursements During Trial Period = $1177 \| Flood Disbursements During Trial Period = $0 \| Tax Payment #1 During Trial Period = $0 \| Tax Payment #2 During Trial Period = $0 \| Tax Payment #3 During Trial Period = $0 \| Tax Payment #4 During Trial Period = $0 \| Delinquent Taxes Due = $0<br><br>Breakdown as Follows: |
| 7092244537 | 3/21/2013 | 11:21:05 PM | Rajkumar Singh | RS | ACDVRC | (7)<br>BWR Automated CDV<br>DAVID MAX DAUGHERTY<br>Control Number: 1554212536008<br>Subscriber Code: 3900947<br>Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.<br>Reporting received from Credit Bureau:Borrower:DAVID MAX DAUGHERTY  SSN: 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<br>Reporting to Credit Bureau:Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.<br><br>Discrepency (NAME, ADD, SSN):; none |
| 7092244537 | 3/21/2013 | 11:21:09 PM | Rajkumar Singh | RS | ACDVFC | "Please note: Litton loan, information updated as per LSAMS and RADAR."<br>Details: r<br>Form Completed and Sent Electronically (It is not mailed);<br>BWR Automated CDV<br>DAVID MAX DAUGHERTY<br>Control Number: 1554212536008<br>Subscriber Code: 3900947<br>Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.<br>Reporting received from Credit Bureau:DAVID MAX DAUGHERTY  SSN: 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<br>Reporting to Credit Bureau:Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account. |

DD/OLS 001667

| Loan # | Date | Time | User | Code | Type | Details |
|---|---|---|---|---|---|---|
| 7092244537 | 3/21/2013 | 11:21:11 PM | Rajkumar Singh | | RS | Discrepency (NAME, ADD, SSN):; none |
| 7092244537 | 3/22/2013 | 6:22:55 AM | Vijay Raj | | ES | "Please note: Litton loan, information updated as per LSAMS and RADAR." Details: r |
| | | | | CRINQ | | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| | | | | NEPQ | | New-Escrowed Payment Quote: Effective Date = 3/18/2013 Escrow Payment = $199 Total Deposit = $875 Shortage / Deposit =$875 Delinquent Tax =$0 & I = $0 Tax P (7) |
| 7092244537 | 3/25/2013 | 3:24:59 AM | Harish Rao | | RS | BWR Automated CDV  - This Comment was auto-generated in batch mode. Control Number: 3328146260031l Subscriber Code: 813P004 Borrower's concern with reporting:Not his/hers. Provide or confirm complete ID. Reporting received from Credit Bureau: Reporting to Credit Bureau:Verified, hence bwr is responsible. |
| | | | | ACDVRC | | Discrepency (NAME, ADD, SSN):;   Details: . Form Completed and Sent Electronically (It is not mailed); |
| 7092244537 | 3/25/2013 | 3:25:03 AM | Harish Rao | | RS | BWR Automated CDV Control Number: 3328146260031l Subscriber Code: 813P004 Borrower's concern with reporting:Not his/hers. Provide or confirm complete ID. Reporting received from Credit Bureau: Reporting to Credit Bureau:Verified, hence bwr is responsible. |
| | | | | ACDVFC | | |
| 7092244537 | 3/25/2013 | 3:25:20 AM | Harish Rao | | RS | Discrepency (NAME, ADD, SSN):;   Details: . INVALID/ERRONEOUS CR DISPUTE |
| | | | | CRINV | | |

DD/OLS 001668

| Loan # | Date | Time | User | Code | Description |
|---|---|---|---|---|---|
| 7092244537 | 3/25/2013 | 4:21:46 AM | Daniel Wesley | RS | ACDVRC — BWR Automated CDV<br>DAVID MAX DAUGHERTY<br>Control Number: 3328146260030l<br>Subscriber Code: 9823004<br>Borrower's concern with reporting:Not his/hers. Provide or confirm complete ID.<br>Reporting received from Credit Bureau:DAVID MAX DAUGHERTY<br>SSN: 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<br>Reporting to Credit Bureau:Verified, hence bwr is responsible. |
| 7092244537 | 3/25/2013 | 4:21:55 AM | Daniel Wesley | RS | ACDVFC — Discrepency (NAME, ADD, SSN):; none  Details: dj<br>Form Completed and Sent Electronically (It is not mailed);<br>BWR Automated CDV<br>DAVID MAX DAUGHERTY<br>Control Number: 3328146260030l<br>Subscriber Code: 9823004<br>Borrower's concern with reporting:Not his/hers. Provide or confirm complete ID.<br>Reporting received from Credit Bureau:DAVID MAX DAUGHERTY<br>SSN: 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<br>Reporting to Credit Bureau:Verified, hence bwr is responsible. |
| 7092244537 | 3/25/2013 | 4:21:59 AM | Daniel Wesley | RS | CRINQ — Discrepency (NAME, ADD, SSN):; none  Details: dj<br>CR – CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 3/26/2013 | 7:06:41 PM | Background Processor | FORM | NSFLET Requested 03/20/2013 |
| 7092244537 | 3/26/2013 | 8:52:06 PM | Background Processor | FORM | Printed 03/25/2013<br>ACKNOWL Requested 03/18/2013 |
| 7092244537 | 4/1/2013 | 10:54:09 PM | Justin Bryson | SU | LSOCRI — Printed 03/25/2013<br>Loan Setup OCR Initiation (1) |
| 7092244537 | 4/3/2013 | 9:31:29 PM | Qureshi Uzma Mohd. Ayub | SU | LSOCRC — Loan Setup OCR Completion.<br>(1) |
| 7092244537 | 4/5/2013 | 6:21:04 AM | Vijay Raj | ES | NEPQ3 — (2)<br>New-Escrowed Payment Quote HMP 3 Month Trial Period:<br>Effective Date = 4/1/2013<br>Escrow Payment = $199<br>Total Shortage = $406<br>Total Capitalization = $1180<br>Borrower Paid MI Premium = $0<br>Escrow Balance = $-2 \| Interim T&I Disbursements = $0 \| Total T&I Disbursements During Trial Period = $1177 \| Hazard Disbursements During Trial Period = $1177 \| Flood Disbursements During Trial Period = $0 \| Tax Payment #1 During Trial Period = $0 \| Tax Payment #2 During Trial Period = $0 \| Tax Payment #3 During Trial Period = $0 \| Tax Payment #4 During Trial Period = $0 \| Delinquent Taxes Due = $0<br>Breakdown as Follows: |

DD/OLS 001669

| Loan | Date | Time | User | Code | Comment |
|---|---|---|---|---|---|
| 7092244537 | 4/6/2013 | 6:56:13 AM | Vijay Raj | ES | NEPQ New-Escrowed Payment Quote: Effective Date = 4/2/2013  Escrow Payment = $199  Total Deposit = $986  Shortage / Deposit =$986  Delinquent Tax =$0  & I = $0  Tax P (7) (7) |
| 7092244537 | 4/10/2013 | 10:57:44 PM | Justin Bryson | SU | LSVALIDI   - This Comment was auto-generated in batch mode. Loan Setup Validation Initiation (1) |
| 7092244537 | 4/11/2013 | 9:23:45 PM | Swapnali Agre | SU | LSVALIDC Loan Setup Validation Completion (1) |
| 7092244537 | 4/11/2013 | 9:23:47 PM | Background Processor | BNOT | 30DY As of 04/11/2013 Past Due 1,985.32 Curr Due 980.16 Total Due 2,965.48 Requested By Auto-B REQUESTED 30 DAY DEMAND BE SENT |
| 7092244537 | 4/12/2013 | 11:58:08 PM | Background Processor | CORR | |
| 7092244537 | 4/12/2013 | 11:58:10 PM | Justin Bryson | SU | LSURVW Loan Setup review to update level I fields based on loan verificLoan Setup review to update level I fields based on loan verification results (1) |
| 7092244537 | 4/16/2013 | 9:46:48 PM | Syed wardul Hijaz | SU | LSURVWC ation results Loan Setup review of loan verification results complete; correct based on QC results Loan Setup review of loan verification results complete; correct based on QC results |
| 7092244537 | 4/16/2013 | 9:48:18 PM | Justin Bryson | SU | LSULVPC (1) Loan Setup Loan Verification PARTIALLY Complete (1) |
| 7092244537 | 4/17/2013 | 7:20:04 PM | Background Processor | CORR | EILT Early intervention letter sent |
| 7092244537 | 4/18/2013 | 5:32:15 PM | Alex Lombardo | GC | (1) Account Reported To Credit Bureau (as of 03/30/13)LPI: 01/26/13 UPB: 82,920 Mthly Pmt: 980 Amt Past Due: 1,985 First occurance: 02/26/13 Status: 71 [ Dlq 1 Pmt ] Original Charge Off Amt: 0 Payment History(24 Mons): 00000000010432BBBBBBBBB |

DD/OLS 001670