DD/OLS 001671

7092244537 4/26/2013 6:39:15 AM Vijay Raj ES NEPQ3

New-Escrowed Payment Quote 3MP 3 Month Trial Period:

Effective Date = 4/23/2013

Escrow Payment = $198.86

Total Shortage = $0

Total Capitalization = $1784.29

Borrower Paid MI Premium = $0

Escrow Balance = $-2.29 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $1782 | Hazard Disbursements During Trial Period = $1177.44 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $604.56 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0

Breakdown as Follows:

(7)

7092244537 4/28/2013 11:43:16 PM Vijay Raj ES NEPQ

New-Escrowed Payment Quote:

Effective Date = 4/23/2013

Escrow Payment = $199

Total Deposit = $1185

Shortage / Deposit = $1185

Delinquent Tax = $0
& I = $0                                                                 Tax P

(7)

7092244537 4/29/2013 2:59:18 PM Background Processor IVR IVRC

-- This Comment was auto-generated in batch mode.
CUSTOMER CONTACT VIA IVR

ISN RCH: 4590 RCD: 470368(3AR1: 3046153238
7092244537 4/29/2013 3:01:04 PM Garia, Rajiv CU CUST
Phone Call In: Customer Contact: Talked to David Daugherty and verified last 4 digits of their SSN. SCRIPT ID: VRXIYYSSN
7092244537 4/29/2013 3:01:55 PM Garia, Rajiv CL PYIQ
Phone Call In: Payment Inquiry: Provided the customer with the current outstanding balances of $2965.48. Asked if they had any questions about the outstanding balance amount. Customer did not have any questions. Script ID: AMOUNT DUE
7092244537 4/29/2013 3:02:28 PM Garia, Rajiv CL PYIQ
Phone Call In: Payment Inquiry: Caller asked about payment application for last month's payment. Advised caller the specific amounts of payment applied to principal, interest, escrow, insurance, and other fees, charges and expenses. SCRIPT ID: PAYMENT APPLICATION2
7092244537 4/29/2013 3:06:04 PM Garia, Rajiv CL PYIQ
Phone Call In: Payment Inquiry: Advised cust abt pymt return in the month of march a return chk fees of $25.00 on the acct...
7092244537 4/29/2013 3:10:26 PM Garia, Rajiv CL SPPD
Caller made payment by Speedpay. Payment information: Intended for: [02/26/2013] Pmt Speedpay Amount: 2000.00; Payment Date: 04/30/2013, ERROR; Process Date: 04/30/2013, Followup Date: 05/02/2013, Confirmation Number: 11230187.  SCRIPT ID: SPEEDPAY SUBMIT
7092244537 4/29/2013 3:11:29 PM Garia, Rajiv CL PYIQ
Phone Call In: Payment Inquiry: cust will make pymt for the month of April as soon as possible...
7092244537 4/29/2013 3:12:21 PM Garia, Rajiv WQ NQ
Phone Call In: Mortgage Keeper Direct: Denied: Told caller MK info is free and gave website for Mortgage Instant Help Center www.ocwen.com.  Script ID: Mortgage Keeper 2
7092244537 4/29/2013 3:12:46 PM Garia, Rajiv WQ NQ
Call Ended. SCRIPT ID: END SCRIPT
7092244537 4/30/2013 5:51:57 PM Background Processor PYMT
Payment received from Outsource for $2,000.00 Source SP7 - sp0430 and was forwarded to: Cashier queue, user-id: Cashier Via Agent Confirmation Number = 11230187

DD/OLS 001672

7092244537 | 4/30/2013 | 5:51:59 PM | Background Processor | BNOT

As of 04/30/2013 Past Due 1,005.16 Curr Due 940.48 Total Due 1,945.64
Requested By Auto-R

7092244537 | 5/1/2013 | 1:33:44 AM | Background Processor | FORM | EARL

05/22/2013
Early Late Notice

7092244537 | 5/4/2013 | 6:44:34 AM | Dinesh Subbanna | ES | NEPQ3

New-Escrowed Payment Quote BMP 3 Month Trial Period:

Effective Date = 5/3/2013

Escrow Payment = $199

Total Shortage = $0

Total Capitalization = $1782

Borrower Paid MI Premium = $0

Escrow Balance = $225 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $1782 | Hazard Disbursements During Trial Period = $1177 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $605 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0

Breakdown as Follows:

7092244537 | 5/5/2013 | 11:04:35 PM | Dinesh Subbanna | ES | NEPQ

(7)
New-Escrowed Payment Quote:

Effective Date = 5/3/2013

Escrow Payment = $199

Total Deposit = $960

Shortage / Deposit -$960

Delinquent Tax =$0
& I -$0

(7)                Tax P

7092244537 | 5/16/2013 | 11:56:23 PM | Background Processor | CORR | GC | INTN

NOTICE OF INTENT - NOTE    - This Comment was auto-generated in batch mode.

Account Reported To Credit Bureau (as of 04/30/13)LPI: 03/26/13 UPB: 82,533
Mthly Pmt: 980 Status: 11 | Current | Original Charge Off Amt: 0 Payment
History:24 Mon:11000000001432BBBBBBBB

7092244537 | 5/17/2013 | 5:49:52 PM | Alex Lombardo | GC

7092244537 | 5/19/2013 | 11:54:19 PM | Dinesh Subbanna | ES | NEPQ3

New-Escrowed Payment Quote BMP 3 Month Trial Period:

Effective Date = 5/16/2013

Escrow Payment = $206

Total Shortage = $13

Total Capitalization = $3151

Borrower Paid MI Premium = $0

Escrow Balance = $225 | Interim T&I Disbursements = $2771 | Total T&I Disbursements During Trial Period = $605 | Hazard Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $605 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0

DD/OLS 001673

Breakdown as Follows:

(7)

| Acct | Date | Time | User | Code | | Comment |
|---|---|---|---|---|---|---|
| 7092244537 | 5/22/2013 | 8:14:04 PM | Background Processor | FORM | | EILETTER Requested 04/17/2013 |
| 7092244537 | 5/24/2013 | 7:13:22 PM | Background Processor | FORM | | Printed 05/21/2013 LATE Requested 05/16/2013 |
| 7092244537 | 5/25/2013 | 4:40:03 AM | Dinesh Subbanna | ES | NBPQ | Printed 05/23/2013 New-Escrowed Payment Quote: Effective Date = 5/16/2013 Escrow Payment = $206 Total Deposit = $0 Shortage / Deposit = $0 Delinquent Tax = $0 & I = $0  Tax P (7) |

| Acct | Date | Time | User | Code | | Comment |
|---|---|---|---|---|---|---|
| 7092244537 | 5/29/2013 | 12:24:38 AM | Background Processor | CORR | 300Y | - This Comment was auto-generated in batch mode. REQUESTED 30 DAY DEMAND BE SENT |
| 7092244537 | 5/30/2013 | 6:46:46 PM | Background Processor | PYMT | | Payment received from Outsource for $1,945.64  Source SPT - sp0530 and was forwarded to: Cashier queue, user-id: Cashier Via Web Confirmation Number = 1746138 |
| 7092244537 | 5/30/2013 | 6:46:48 PM | Background Processor | BNOT | | As of 05/30/2013 Past Due .00 Curr Due 980.16 Total Due 980.16 Requested By Auto-B |
| 7092244537 | 6/2/2013 | 11:52:13 PM | Daniel Wesley | RS | ACDVPC | Form Completed and Sent Electronically (it is not mailed). BWR Automated CDV  DAVID MAX DAUGHERTY  Control Number: 9993151006543103  Subscriber Code: 465FS01690  Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.  Reporting received from Credit Bureau:received from DAVID MAX DAUGHERTY  SSN: 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  Reporting to Credit Bureau:Borrower has signed the note, hence responsible, SSN matches, checked CIS |
| 7092244537 | 6/2/2013 | 11:52:15 PM | Daniel Wesley | RS | CRINV | Discrepancy (NAME, ADD, SSN):; Add Details: dj INVALID/ERRONEOUS CR DISPUTE |
| 7092244537 | 6/2/2013 | 11:52:17 PM | Daniel Wesley | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |

DD/OLS 001674

| Account | Date | Time | User | | Code | Description |
|---|---|---|---|---|---|---|
| 7092244537 | 6/2/2013 | 11:54:22 PM | Daniel Wesley | RS | ACDVRC | BWR Automated CDV<br>DAVID MAX DAUGHERTY<br>Control Number:99993151006543102<br>Subscriber Code:465FS01690<br>Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.<br>Reporting received from Credit Bureau:received from DAVID MAX DAUGHERTY<br>SSN: 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<br>Reporting to Credit Bureau:Borrower has signed the note, hence responsible, SSN matches, checked CIS |
| 7092244537 | 6/2/2013 | 11:54:27 PM | Daniel Wesley | RS | ACDVPC | Discrepancy (NAME, ADD, SSN):; Add Details: dj<br>Form Completed and Sent Electronically (it is not mailed);<br>BWR Automated CDV<br>DAVID MAX DAUGHERTY<br>Control Number:99993151006543102<br>Subscriber Code:465FS01690<br>Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.<br>Reporting received from Credit Bureau:received from DAVID MAX DAUGHERTY<br>SSN: 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<br>Reporting to Credit Bureau:Borrower has signed the note, hence responsible, SSN matches, checked CIS |
| 7092244537 | 6/2/2013 | 11:54:29 PM | Daniel Wesley | RS | CRINV | Discrepancy (NAME, ADD, SSN):; Add Details: dj<br>INVALID/ERRONEOUS CR DISPUTE |
| 7092244537 | 6/2/2013 | 11:54:31 PM | Daniel Wesley | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 6/7/2013 | 1:24:15 AM | Daniel Wesley | RS | ACDVRC | BWR Automated CDV<br>DAVID MAX DAUGHERTY<br>Control Number: 99993151006543101<br>Subscriber Code: 605FS50178<br>Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.<br>Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY<br>SSN: 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<br>Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching. Verified in RADAR, Hence He/She is Responsible/Liable on the Account.<br>Discrepancy (NAME, ADD, SSN): Address.<br>Please note: Litton loan, information updated as per LSAMS and RADAR."<br>Details: dj |

DD/OLS 001675

| 7092244537 | 6/7/2013 | 1:24:19 AM | Daniel Wesley | RS | ACCVFC | Form Completed and Sent Electronically (it is not mailed); |
| | | | | | | BWR Automated COV |
| | | | | | | DAVID MAX DAUGHERTY |
| | | | | | | Control Number: 9999151006543101 |
| | | | | | | Subscriber Code: 60SFMS0178 |
| | | | | | | Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID. |
| | | | | | | Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY |
| | | | | | | SSN: 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 |
| | | | | | | Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/liable on the Account. |
| | | | | | | Discrepancy (NAME, ADD, SSN): Address. |
| | | | | | | Please note: Litton loan, information updated as per LSAMS and RADAR." |
| 7092244537 | 6/7/2013 | 1:24:21 AM | Daniel Wesley | RS | CRINQ | Detail:: dj |
| | | | | | | CR - CREDIT INQUIRY DISPUTE RECEIVED) |
| 7092244537 | 6/7/2013 | 5:29:47 AM | Dinesh Szabanna | ES | NETQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period: |
| | | | | | | Effective Date = 6/4/2013 |
| | | | | | | Escrow Payment = $206 |
| | | | | | | Total Shortage = $13 |
| | | | | | | Total Capitalization = $2924 |
| | | | | | | Borrower Paid MI Premium = $0 |
| | | | | | | Escrow Balance = $452 | Interim T&I Disbursements = $2771 | Total T&I Disbursements During Trial Period = $605 | Hazard Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $605 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0 |
| | | | | | | Breakdown as Follows: |
| 7092244537 | 6/7/2013 | 10:04:11 AM | Background Processor | IVR | IVRC | (7) CUSTOMER CONTACT VIA IVR |
| 7092244537 | 6/7/2013 | 10:06:15 AM | Steffi Susan S | CU | CUST | ISM RCPt 3151 RCPt 527656537ANT: 3042956161 Phone Call In; Customer Contact; Talked to David Daugherty and verified last 4 digits of their SSN... SCRIPT ID VERIFYSSN |
| 7092244537 | 6/7/2013 | 10:13:18 AM | Steffi Susan S | CF | ACH00 | Phone Call In; ACH Offer Denied; Cust denied ACH and did not want to Enroll account in ACH. |
| 7092244537 | 6/7/2013 | 10:13:20 AM | Steffi Susan S | CL | CNOC | Phone Call In; Customer Contact-No Commitment; |
| 7092244537 | 6/7/2013 | 10:31:35 AM | Steffi Susan S | CS | 98GE | Phone Call In; 1098 General Question; cust wanted 1098 tax form for 2012 sent. it from 24 cust to cust email address "lifeboyt@sundenlink.net" gave its int and taxes paid to cust as well cust stated fine... |
| 7092244537 | 6/7/2013 | 10:31:51 AM | Steffi Susan S | HQ | | Phone Call In; OP CMSI Recently Offered; Offered customer the Optional Product of CMSI marketing option, but they were not interested. SCRIPT ID: CLOSING WEB MARKET |
| 7092244537 | 6/7/2013 | 10:32:01 AM | Steffi Susan S | HQ | | Call Ended. Manual Notes due to CMS error... SCRIPT ID: END SCRIPT |

DD/OLS 001676

| 7092244537 | 6/12/2013 | 4:00:45 AM | Dinesh Subbanna | ES | NEPQ | New-Escrowed Payment Quote: <br> Effective Date = 6/10/2013 <br> Escrow Payment. = $205.75 <br> Total Deposit = $0 <br> Shortage / Deposit =$0 <br> Delinquent Tax =$0 <br> & I = $0 <br> (7) | Tax P |
| 7092244537 | 6/19/2013 | 5:10:48 AM | Dinesh Subbanna | ES | NEPQ3 | - This Comment was auto-generated in batch mode. <br> New-Escrowed Payment Quote HMP 3 Month Trial Period: <br> Effective Date = 6/17/2013 <br> Escrow Payment. = $205.75 <br> Total Shortage = $0 <br> Total Capitalization. = $604.56 <br> Borrower Paid MI Premium = $0 <br> Escrow Balance = $452.19 | Interim Trl Disbursements = $0 | Total Trl <br> Disbursements During Trial Period = $604.56 | Hazard Disbursements During <br> Trial Period = $604.56 | Flood Disbursements During Trial Period = $0 | Tax Payment <br> #1 During Trial Period = $604.56 | Tax Payment #2 During Trial Period = $0 | <br> Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = <br> $0 | Delinquent Taxes Due = $0 <br> Breakdown as Follows: | |
| 7092244537 | 6/21/2013 | 6:40:51 AM | Dinesh Subbanna | ES | NEPQ | New-Escrowed Payment Quote: <br> Effective Date = 6/17/2013 <br> Escrow Payment. = $205.75 <br> Total Deposit = $0 <br> Shortage / Deposit =$0 <br> Delinquent Tax =$0 <br> & I = $0 <br> (7) | Tax P |
| 7092244537 | 6/21/2013 | 6:17:55 PM | Alex Lombardo | GC | FORM | - This Comment was auto-generated in batch mode. <br> Account Reported To:Credit Bureau <br> Mthly Pmt: 980 Status: 11 ( Current ) Original Charge Off Amt: 0 Payment <br> History:[24 Mons]: 010000000001043233BBBBBBB | |
| 7092244537 | 7/1/2013 | 12:33:02 AM | Background Processor | FORM | EARL | Early Late Notice | |
| 7092244537 | 7/1/2013 | 9:45:12 PM | Background Processor | CS | ACRW | ACH Creation through WEB | |

DD/OLS 001677

| Account | Date | Time | User | Type | Code | Description |
|---|---|---|---|---|---|---|
| 7092244537 | 7/1/2013 | 9:45:19 PM | Background Processor | PYMT | | Payment received from Outsource for $980.16  Source OAC - oac0u0701 and was forwarded to: Cashier queue, user-id: Cashier Confirmation Number = 20130630012935T8 |
| 7092244537 | 7/1/2013 | 9:45:21 PM | Background Processor | BNOT | | As of 07/01/2013 Past Due .00 Curr Due 980.16 Total Due 980.16 Requested By Auto-B |
| 7092244537 | 7/5/2013 | 12:43:14 AM | Rajkumar Singh | RS | ACCVRC | 07/04/2013 BWR Automated CDV |

DAVID MAX DAUGHERTY

Control Number: 999931840070034102

Subscriber Code: 465FS01690

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:DAVID MAX DAUGHERTY   SSN: 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

Reporting to Credit Bureau:(No signature docs in CIS)  & the borrower's SSN is matching, Verified in real servicing. Hence He/She is Responsible/Liable on the Account.

Discrepancy (NAME, ADD, SSN):; ADD Details:  Details:  R Form Completed and Sent Electronically (It is not mailed).

| Account | Date | Time | User | Type | Code | Description |
|---|---|---|---|---|---|---|
| 7092244537 | 7/5/2013 | 12:43:29 AM | Rajkumar Singh | RS | ACCVPC | BWR Automated CDV |

DAVID MAX DAUGHERTY

Control Number: 999931840070034102

Subscriber Code: 465FS01690

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:DAVID MAX DAUGHERTY   SSN: 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

Reporting to Credit Bureau:(No signature docs in CIS)  & the borrower's SSN is matching, Verified in real servicing. Hence He/She is Responsible/Liable on the Account.

Discrepancy (NAME, ADD, SSN):; ADD Details:  R INVALID/ERRONEOUS CR DISPUTE

| Account | Date | Time | User | Type | Code | Description |
|---|---|---|---|---|---|---|
| 7092244537 | 7/5/2013 | 12:43:42 AM | Rajkumar Singh | RS | CRINV | |
| 7092244537 | 7/5/2013 | 12:43:46 AM | Rajkumar Singh | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 7/5/2013 | 12:45:02 AM | Rajkumar Singh | RS | ACCVRC | BWR Automated CDV |

DAVID MAX DAUGHERTY

Control Number: 999931840070034103

Subscriber Code: 465FS01690

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

DD/OLS 001678

| Account | Date | Time | Name | | Code | Details |
|---|---|---|---|---|---|---|
| 7092244537 | 7/5/2013 | 12:45:07 AM | Rajkumar Singh | RS | ACDVFC | Reporting received from Credit Bureau:DAVID MAX DAUGHERTY  SSN: 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<br>Reporting to Credit Bureau:No signature docs in CIS) & the borrower's SSN is matching, Verified in real servicing. Hence He/She is Responsible/Liable on the Account<br>Discrepancy (NAME, ADD, SSN):; ADD Details: R<br>Form Completed and Sent Electronically (it is not mailed);<br>BWR Automated CDV<br>DAVID MAX DAUGHERTY<br>Control Number: 99533184007034103<br>Subscriber Code: 465FS01690<br>Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.<br>Reporting received from Credit Bureau:DAVID MAX DAUGHERTY  SSN: 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<br>Reporting to Credit Bureau:No signature docs in CIS) & the borrower's SSN is matching, Verified in real servicing. Hence He/She is Responsible/Liable on the Account |
| 7092244537 | 7/5/2013 | 12:45:28 AM | Rajkumar Singh | RS | CRRPT | Discrepancy (NAME, ADD, SSN):; ADD Details: R<br>REPEAT DISPUTE |
| 7092244537 | 7/5/2013 | 12:45:32 AM | Rajkumar Singh | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 7/8/2013 | 6:42:20 AM | Suresh V K | RS | ACDVRC | BWR Automated CDV<br>Control Number: 33281462601104<br>Subscriber Code: 813P004<br>Borrower's concern with reporting: 001:Not his/hers. Provide or confirm complete ID.<br>Reporting received from Credit Bureau:DAVID MAX DAUGHERTY SSN: 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<br>SSN: 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<br>Reporting to Credit Bureau:DAVID MAX DAUGHERTY has signed the note, hence responsible, checked CIS, SSN number matches. |
| 7092244537 | 7/8/2013 | 6:42:25 AM | Suresh V K | RS | ACDVFC | Discrepancy (NAME, ADD, SSN):Name  Details: ,<br>Form Completed and Sent Electronically (it is not mailed);<br>BWR Automated CDV<br>Control Number: 33281462601104<br>Subscriber Code: 813F004<br>Borrower's concern with reporting: 001:Not his/hers. Provide or confirm complete ID.<br>Reporting received from Credit Bureau:DAVID MAX DAUGHERTY SSN: 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 |

DD/OLS 001679

| 7092244537 | 7/8/2013 | 6:42:27 AM | Suresh V K | CRINV | RS |
| 7092244537 | 7/8/2013 | 6:42:29 AM | Suresh V K | CRINQ | RS |
| 7092244537 | 7/9/2013 | 6:16:42 AM | Shalini Singh | ACDVRC | RS |

SSN: 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
Reporting to Credit Bureau:DAVID MAX DAUGHERTY has signed the note, hence responsible, checked CIS, SSN number matches.
Discrepency (NAME, ADD, SSN):Name   Details:   ,

CRINV - INVALID/ERRONEOUS CR DISPUTE
CRINQ - CR - CREDIT INQUIRY DISPUTE RECEIVED
ACDVRC - BWR Automated CDV
DAVID MAX DAUGHERTY
Control Number: 9999318400703410J
Subscriber Code: 605FM50178
Borrower's concern with reporting:00J:Not his/hers. Provide or confirm complete ID.
Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY
SSN: 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
Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in PACAM. Hence He/She is Responsible/Liable on the Account.
Discrepency (NAME, ADD, SSN): Address.

"Please note: Litton loan, information updated as per LSANS and RADAR."

| 7092244537 | 7/9/2013 | 6:16:53 AM | Shalini Singh | ACDVFC | RS |

Details: s
Form Completed and Sent Electronically (It is not mailed);
BWR Automated CDV
DAVID MAX DAUGHERTY
Control Number: 9999318400703410J
Subscriber Code: 605FM50178
Borrower's concern with reporting:00J:Not his/hers. Provide or confirm complete ID.
Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY
SSN: 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
Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in PACAM. Hence He/She is Responsible/Liable on the Account.
Discrepency (NAME, ADD, SSN): Address.

"Please note: Litton loan, information updated as per LSANS and RADAR."

| 7092244537 | 7/9/2013 | 6:16:55 AM | Shalini Singh | CRINQ | RS |

Details: S
CR - CREDIT INQUIRY DISPUTE RECEIVED

DD/OLS 001680

| Account | Date | Time | User | Code | Type | Details |
|---|---|---|---|---|---|---|
| 7092244537 | 7/11/2013 | 6:10:47 AM | Shalini Singh | RS | ACDVRC | BWR Automated CDV<br>DAVID MAX DAUGHERTY<br>Subscriber Code: 9823004<br>Control Number:332814626011I03<br>Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.<br>Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY<br>SSN: 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<br>Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.<br>Discrepancy (NAME, ADD, SSN): Address.<br>"Please note: Litton loan, Information updated as per LSAMS and RADAR." |
| 7092244537 | 7/11/2013 | 6:10:56 AM | Shalini Singh | RS | ACDVFC | Details: a<br>Form Completed and Sent Electronically (It is not mailed);<br>BWR Automated CDV<br>DAVID MAX DAUGHERTY<br>Subscriber Code: 9823004<br>Control Number:332814626011I03<br>Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.<br>Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY<br>SSN: 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<br>Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.<br>Discrepancy (NAME, ADD, SSN): Address.<br>"Please note: Litton loan, Information updated as per LSAMS and RADAR." |
| 7092244537 | 7/11/2013 | 6:10:58 AM | Shalini Singh | RS | CRINQ | Details: S<br>CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 7/12/2013 | 10:27:10 PM | Background Processor | FORM | | DEMANDV Requested 05/29/2013<br>Printed 06/03/2013<br>Cert Mail # 71901085597200167J4469 |
| 7092244537 | 7/12/2013 | 10:27:10 PM | Background Processor | FB | FB95 | Expiration Date 07/06/2013 IAO $   1,945.64<br>Certified Mail Cost fee assessed. Amount: 0.00 |

DD/OLS 001681

7092244537   7/14/2013   6:23:51 PM   Dinesh Subbanna   ES   NEPQ3

New-Escrowed Payment Quote HMP 3 Month Trial Period:

Effective Date = 7/8/2013

Escrow Payment = $205.75

Total Shortage = $0

Total Capitalization = $604.56

Borrower Paid MI Premium = $0

Escrow Balance = $565.81 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $0 | Hazard Disbursements During Trial Period = $604.56 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $604.56 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0

7092244537   7/15/2013   5:57:41 AM   Dinesh Subbanna   ES   NEPQ

Breakdown as Follows:
New-Escrowed Payment Quote:

Effective Date = 7/8/2013

Escrow Payment = $205.75

Total Deposit = $0

Shortage / Deposit =$0

Delinquent Tax =$0
& T = $0                                                                          Tax P

7092244537   7/17/2013   6:06:37 PM   Alex Lombardo   GC   MT12

-- This Comment was auto-generated in batch mode.
Account Reported To Credit Bureau (As of 06/29/13)LPI: 05/26/13 UPB: 82,139
Mthly Pmt: 980 Status: 11 [Current ] Original Charge Off Amt: 0 Payment History 124 Monthl 001C0000000001043238BBBBB
MT12 letter requested to print.

7092244537   7/26/2013   12:41:32 AM   Background processor   CORR   NEPQ3

New-Escrowed Payment Quote HMP 3 Month Trial Period:

Effective Date = 7/25/2013

Escrow Payment = $205.75

Total Shortage = $617.26

Total Capitalization = $38.75

Borrower Paid MI Premium = $0

Escrow Balance = $565.81 | Interim T&I Disbursements = $604.56 | Total T&I Disbursements During Trial Period = $0 | Hazard Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $0 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0

7092244537   7/28/2013   11:57:47 PM   Dinesh Subbanna   ES

Breakdown as Follows:

DD/OLS 001682

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 7/29/2013 | 3:52:30 AM | Dinesh Subbanna | ES | NEPQ | New-Escrowed Payment Quote:<br>Effective Date = 7/26/2013<br>Escrow Payment = $205.75<br>Total Deposit = $0<br>Shortage / Deposit =$0<br>Delinquent Tax =$0<br>& I = $0<br>Tax P |
| 7092244537 | 7/30/2013 | 6:43:29 AM | Rajkumar Singh | CL | NOACTION | - This Comment was auto-generated in batch mode.<br>No Action Taken On Collection Screen |
| 7092244537 | 7/30/2013 | 6:44:44 AM | Rajkumar Singh | CL | NOACTION | No Action Taken On Collection Screen |
| 7092244537 | 7/30/2013 | 6:46:30 AM | Rajkumar Singh | CL | NOACTION | No Action Taken On Collection Screen |
| 7092244537 | 7/31/2013 | 12:27:41 AM | Background processor | FORM | EARL | Early Late Notice |
| 7092244537 | 7/31/2013 | 8:48:48 AM | Background processor | IVR | IVRC | CUSTOMER CONTACT VIA IVR |
| 7092244537 | 8/1/2013 | 8:58:18 PM | Background processor | FORM | | ISN PCM: 3426 MCD: 1576748Z5ANI: 3042956161 MATOR12 Requested 07/26/2013 |
| 7092244537 | 8/1/2013 | 9:37:27 PM | Background processor | CS | | Printed 08/01/2013 ACH Creation through WEB |
| 7092244537 | 8/1/2013 | 9:42:04 PM | Background processor | PYMT | ACRM | Payment received from Outsource for $980.16 Source OAC - oach0801 and was forwarded to: Cashier queue, user-id: Cashier Confirmation Number = 2013073310135?552 |
| 7092244537 | 8/1/2013 | 9:42:06 PM | Background processor | BNOUT | | As of 08/01/2013 Past Due .00 Curr Due 980.16 Total Due 980.16 Requested By autobu |
| 7092244537 | 8/7/2013 | 4:11:16 PM | Background processor | IVR | IVRC | CUSTOMER CONTACT VIA IVR |
| 7092244537 | 8/18/2013 | 11:18:36 PM | Dinesh Subbanna | ES | NEPQ3 | ISN PCM: 3635 MCD: 1587100Z8ANI: 3046153238 New-Escrowed Payment Quote HMT 3 Month Trial Period:<br>Effective Date = 8/16/2013<br>Escrow Payment = $206.53<br>Total Shortage = $760.58<br>Total Capitalization = $0<br>Borrower Paid MI Premium =$0<br>Escrow Balance = $65.53 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $0 | Hazard Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $0 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0<br><br>Breakdown as follows: |

DD/OLS 001683

| 7092244537 | 8/22/2013 | 7:05:21 AM | Dinesh Subbanna | ES | NEPQ | New Escrowed Payment Quote:<br>Effective Date = 8/16/2013<br>Escrow Payment = $206.53<br>Total Deposit = $140.99<br>Shortage / Deposit =$140.99<br>Delinquent Tax =$0<br>& I = $0 |
| | | | | | | Tax P |
| 7092244537 | 8/23/2013 | 6:05:43 PM | Alex Lombardo | GC | ACCVPC | Account Reported. This Comment was auto-generated in batch mode. Reported TO Credit Bureau (as of 07/31/13)LP1: 06/26/13 UPB: 81,940 Mthly Pmt: 980 Status: 11 | Current | Original Charge Off Amt: 0 Payment History124 Month1: 000100000000010432BBBBB<br>BWR Automated CDV |
| 7092244537 | 8/26/2013 | 7:03:44 AM | Suresh V K | RS | ACCVPC | Control Number: 9993234022215107<br>Subscriber Code: 465FS01690<br>Borrower's concern with reporting: 001:Not his/hers. Provide or confirm complete ID.<br>Reporting received from Credit Bureau:DAVID MAX DAUGHERTY SSN: 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<br>SSN: 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<br>Reporting to Credit Bureau:DAVID MAX DAUGHERTY has signed the note, hence responsible, checked CIS, SSN number matches. |
| 7092244537 | 8/26/2013 | 7:03:52 AM | Suresh V K | RS | ACCVPC | Discrepancy (NAME, ADD, SSN):Name, Address  Details:  ,<br>Form Completed and Sent Electronically (It is not mailed);<br>BWR Automated CDV<br><br>Control Number: 9993234022215107<br>Subscriber Code: 465FS01690<br>Borrower's concern with reporting: 001:Not his/hers. Provide or confirm complete ID.<br>Reporting received from Credit Bureau:DAVID MAX DAUGHERTY SSN: 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<br>SSN: 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<br>Reporting to Credit Bureau:DAVID MAX DAUGHERTY has signed the note, hence responsible, checked CIS, SSN number matches. |
| 7092244537 | 8/26/2013 | 7:03:54 AM | Suresh V K | GC | CRIVL | Discrepancy (NAME, ADD, SSN):Name, Address  Details:  ,<br>Invalid/Inaccurate Credit Dispute Received |
| 7092244537 | 8/26/2013 | 7:03:56 AM | Suresh V K | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 8/29/2013 | 4:31:31 AM | Sohasini B | COBR | ESCAV | ESCROW ANALYSIS COMPLETED |
| 7092244537 | 8/31/2013 | 12:19:21 AM | Background processor | FORM | EARL | Early Late Notice |
| 7092244537 | 8/31/2013 | 9:57:58 PM | Background processor | PYMT | PYMT | Payment received from Outsource  for $980.16  Source SP - sp0831 and was forwarded to: Cashier queue, user-id: Cashier Via Web Confirmation Number = 121176931 |

| 7092244537 | 8/31/2013 | 9:58:00 PM | Background processor | BNOT | | As of 08/31/2013 Past Due .00 Curr Due 980.16 Total Due 980.16 Requested By auto-bu |
| 7092244537 | 9/3/2013 | 2:31:26 AM | Rajkumar Singh | RS | ACDVRC | 09/04/2013<br>BNR Automated CDV<br>DAVID MAX DAUGHERTY<br><br>Control Number: 3328146260l504<br>Subscriber Code: 8137004<br>Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.<br>Reporting received from Credit Bureau:DAVID MAX DAUGHERTY  SSN: 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<br>Reporting to Credit Bureau:No signature docs in CIS)  & the borrower's SSN is matching, Verified in real servicing. Hence He/She is Responsible/Liable on the Account |
| 7092244537 | 9/3/2013 | 2:31:30 AM | Rajkumar Singh | RS | ACDVPC | Discrepency (NAME, ADD, SSN):; add Details:  r<br>Form Completed and Sent Electronically (it is not mailed);<br><br>BNR Automated CDV<br>DAVID MAX DAUGHERTY<br><br>Control Number: 3328146260l504<br>Subscriber Code: 8137004<br>Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.<br>Reporting received from Credit Bureau:DAVID MAX DAUGHERTY  SSN: 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<br>Reporting to Credit Bureau:No signature docs in CIS)  & the borrower's SSN is matching, Verified in real servicing. Hence He/She is Responsible/Liable on the Account |
| 7092244537 | 9/3/2013 | 2:31:34 AM | Rajkumar Singh | GC | CRIVL | Discrepency (NAME, ADD, SSN):; add Details:  r<br>Invalid/Inaccurate Credit Dispute Received |
| 7092244537 | 9/3/2013 | 2:31:38 AM | Rajkumar Singh | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 9/3/2013 | 11:57:23 PM | Anjali Balakrishnan | RS | ACDVRC | BNR Automated CDV<br><br>Control Number: 3328146260l501<br>Subscriber Code: 9823004<br>Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.<br>Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY<br>SSN: 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<br>Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.<br>Discrepency (NAME, ADD, SSN): Address.<br><br>"Please note: Litton loan, information updated as per LSAMS and RADAR." |

DD/OLS 001684

DD/OLS 001685

Details: 0

| Loan | Date | Time | Name | | Code | Details |
|---|---|---|---|---|---|---|
| 7092244537 | 9/3/2013 | 11:57:42 PM | Anjali Balakrishnan | RS | ACDVPC | Form Completed and Sent Electronically (it is not mailed); BNR Automated CDV; Control Number: 332814626015O1; Subscriber Code: 9823DO04; Borrower's concern with reporting:OO1:Not his/hers. Provide or confirm complete ID.; Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY; SSN: 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; Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching. Verified in RADAR. Hence He/She is Responsible/Liable on the Account.; Discrepancy (NAME, ADD, SSN): Address. |
| 7092244537 | 9/3/2013 | 11:57:57 PM | Anjali Balakrishnan | RS | CRINQ | "Please note: Litton loan, information updated as per LSAMS and RADAR." Details: 0 CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 9/6/2013 | 7:25:39 PM | Raghhav Nayak | FORM | NSFC1 | Insufficient Funds; Check Number: SPPD; Check Amount: 980.16; Check Date: 08/31/13; Chargeback Amount: 980.16 |
| 7092244537 | 9/6/2013 | 7:25:41 PM | Background processor | BMGT | NEPQ3 | Eff Date: 08/31/13; As of 09/06/2013 Past Due 980.16 Curr Due 980.16 Total Due 1,960.32 Requested By auto-bu; New-Escrowed Payment Quote HMP 3 Month Trial Period:; Effective Date = 9/6/2013; Escrow Payment = $206.53; Total Shortage = $646.96; Total Capitalization = $0; Borrower Paid MI Premium = $0; Escrow Balance = $179.15 \| Interim T&I Disbursements = $0 \| Total T&I Disbursements During Trial Period = $0 \| Hazard Disbursements During Trial Period = $0 \| Flood Disbursements During Trial Period = $0 \| Tax Payment #1 During Trial Period = $0 \| Tax Payment #2 During Trial Period = $0 \| Tax Payment #3 During Trial Period = $0 \| Tax Payment #4 During Trial Period = $0 \| Delinquent Taxes Due = $0; Breakdown as Follows: |
| 7092244537 | 9/7/2013 | 7:30:31 AM | Dinesh Subbanna | ES | NEPQ3 | |

DD/OLS 001686

| Account | Date | Time | User | Code | Code2 | Comments |
|---|---|---|---|---|---|---|
| 7092244537 | 9/8/2013 | 11:04:17 PM | Dinesh Subbanna | ES | NEPQ | New-Escrowed Payment Quote:<br>Effective Date = 9/6/2013<br>Escrow Payment = $206.53<br>Total Deposit = $0<br>Shortage / Deposit =$227.37<br>Delinquent Tax =$0<br>& I = $0<br>Tax P |
| 7092244537 | 9/13/2013 | 7:06:30 PM | Background processor | FORM | | NSPLT Requested 09/06/2013 ----This Comment was auto-generated in batch mode. |
| 7092244537 | 9/16/2013 | 11:56:01 PM | Background processor | COBR | INTN | Printed 09/12/2013<br>NOTICE OF INTENT - NOTE |
| 7092244537 | 9/16/2013 | 11:56:10 PM | Background processor | PYMT | | Payment received from Outsource for $980.16. Source SP7 - mp0016 and was forwarded to: Cashier queue, user-id: Cashier Via Web Confirmation Number = 12321211 |
| 7092244537 | 9/18/2013 | 6:47:03 PM | Alex Lombardo | GC | | Account Reported To Credit Bureau (as of 08/31/13)LPI: 08/26/13 UPB: 81,537 Mthly Pmt: 980 Status: 11 | Current 1 Original Charge Off Amt: 0 Payment History[24 Mons]: 000210000000000100323N8BB |
| 7092244537 | 9/19/2013 | 7:13:15 PM | Background processor | FORM | | LATE Requested 09/16/2013 |
| 7092244537 | 9/20/2013 | 7:40:34 AM | Dinesh Subbanna | ES | NEPQ3 | Printed 09/18/2013<br>New-Escrowed Payment Quote DMP 3 Month Trial Period:<br>Effective Date = 9/18/2013<br>Escrow Payment = $206.53<br>Total Shortage = $967.11<br>Total Capitalization = $0<br>Borrower Paid MI Premium = $0<br>Escrow Balance = 465.53 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $0 | Hazard Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period = $0 Tax Payment #1 During Trial Period = $0 Tax Payment #2 During Trial Period = $0 Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0 |
| 7092244537 | 9/22/2013 | 12:03:19 AM | Dinesh Subbanna | ES | NEPQ | Breakdown as Follows:<br>New-Escrowed Payment Quote:<br>Effective Date = 9/18/2013<br>Escrow Payment = $206.53<br>Total Deposit = $347.52<br>Shortage / Deposit =$347.52<br>Delinquent Tax =$0<br>& I = $0<br>Tax P |

DD/OLS 001687

7092244537   9/23/2013   2:50:08 PM   Sayed Abbas   ES   AGNCCR   CANC OF INTEREST - LETTER SENT;

- This Comment was auto-generated in batch mode.

INS CO        : AAA

FOL #         : M00042608346

ISSUE DATE    : 09/16/2013

EFFE DATE     : 09/13/2013

REASON        : MORTAGEE DELETION

SENT M329 LETTER

7092244537   9/24/2013   6:22:21 PM   Alex Lombardo   GC   ASAYED/HIFC.
Account Reported To Credit Bureau (as of 08/31/13)LDT: 08/26/13 UPB: 81,537
Mthly Pmt: 980 Status:11 | Current | Original Charge Off Amt: 0 Payment
History:I24 Monsl: 00001000000000104323BBBB

7092244537   10/1/2013   2:56:33 AM   Background processor   FORM   EARL   Early Late Notice

7092244537   10/1/2013   10:03:49 PM   Background processor   CS   ACHW   ACH Creation through WEB

7092244537   10/1/2013   10:06:22 PM   Background processor   PYMT
Payment received from Outsource  for $980.16  Source OAC - oach1001  and was
forwarded to: Cashier queue, user-id: Cashier Confirmation Number =
2013101101507986

7092244537   10/1/2013   10:06:24 PM   Background processor   CM   PRIVAS   Annual Privacy Statement Mailed with Billing Statement.

7092244537   10/1/2013   10:06:26 PM   Background processor   BNGT
As of 10/01/2013 Past Due .00 Curr Due 980.16 Total Due 980.16 Requested By
auto-bu

7092244537   10/3/2013   7:07:15 AM   Dinesh Subbanna   ES   NEPQ3   New-Escrowed Payment Quote HMP 3 Month Trial Period:

Effective Date = 10/2/2013

Escrow Payment = $206.53

Total Payment = $853.49

Total Shortage = $853.49

Total Capitalization = $0

Borrower Paid MI Premium = $0

Escrow Balance = $179.15 | Interim T&I Disbursements = $0 | Total T&I
Disbursements During Trial Period = $0 | Hazard Disbursements During Trial
Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1
During Trial Period = $0 | Tax Payment #2 During Trial Period = $0 | Tax
Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0
| Delinquent Taxes Due = $0

Breakdown as Follows:

DD/OLS 001688

| Account | Date | Time | User | Code1 | Code2 | Description |
|---|---|---|---|---|---|---|
| 7092244537 | 10/10/2013 | 1:06:18 AM | Kusum V | RS | ACDVRC | BWR Automated CDV<br><br>DAVID MAX DAUGHERTY<br>Control Number: 9999327402651511113<br>Subscriber Code: 465FS01690<br>Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.<br>Reporting received from Credit Bureau:DAVID MAX DAUGHERTY SSN: 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<br>Reporting to Credit Bureau:Borrower has signed the note, hence responsible, ssn matches, checked CIS. |
| 7092244537 | 10/10/2013 | 1:06:21 AM | Kusum V | RS | ACDVFC | Discrepancy (NAME, ADD, SSN):; Address. Details: k<br>Form Completed and Sent Electronically (it is not mailed);<br><br>BWR Automated CDV<br><br>DAVID MAX DAUGHERTY<br>Control Number: 9999327402651511113<br>Subscriber Code: 465FS01690<br>Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.<br>Reporting received from Credit Bureau:DAVID MAX DAUGHERTY SSN: 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<br>Reporting to Credit Bureau:Borrower has signed the note, hence responsible, ssn matches, checked CIS. |
| 7092244537 | 10/10/2013 | 1:08:05 AM | Kusum V | GC | CRIVL | Discrepancy (NAME, ADD, SSN):; Address. Details: 3k<br>Invalid/Inaccurate Credit Dispute Received |
| 7092244537 | 10/10/2013 | 1:08:06 AM | Kusum V | RS | CRIRQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 10/10/2013 | 1:10:13 AM | Kusum V | RS | ACDVRC | BWR Automated CDV<br><br>DAVID MAX DAUGHERTY<br>Control Number: 9999327402651511114<br>Subscriber Code: 465FS01690<br>Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.<br>Reporting received from Credit Bureau:DAVID MAX DAUGHERTY SSN: 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<br>Reporting to Credit Bureau:Borrower has signed the note, hence responsible, ssn matches, checked CIS.<br>Discrepancy (NAME, ADD, SSN):; Address. Details: k |

DD/OLS 001689

| Account | Date | Time | Name | | | Comment |
|---|---|---|---|---|---|---|
| 7092244537 | 10/10/2013 | 1:10:23 AM | Kusum V | RS | ACDVPC | Form Completed and Sent Electronically (It is not mailed); BWR Automated CDV — DAVID MAX DAUGHERTY — Control Number: 99993274026515114 — Subscriber Code: 465FS01690 — Borrower's concern with reporting;001:Not his/hers. Provide or confirm complete ID. — Reporting received from Credit Bureau:DAVID MAX DAUGHERTY SSN: 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 — Reporting to Credit Bureau:Borrower has signed the note, hence responsible, ssn matches, checked CIS. |
| 7092244537 | 10/10/2013 | 1:10:47 AM | Kusum V | RS | CRRPT | Discrepancy (NAME, ADD, SSN);  Address.    Details:   k  REPEAT DISPUTE |
| 7092244537 | 10/10/2013 | 1:10:50 AM | Kusum V | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED; . |
| 7092244537 | 10/13/2013 | 9:05:10 PM | Dinesh Subbanna | ES | NEPQ | New-Escrowed Payment Quote: — Effective Date = 10/8/2013 — Escrow Payment. = $206.53 — Total Deposit = $120.28 — Shortage / Deposit =$120.28 — Delinquent Tax -$0 — Tax P & T - $0 |
| 7092244537 | 10/14/2013 | 3:48:39 AM | Anjali Balakrishnan | RS | ACDVRC | BWR Automated CDV  . This Comment was auto-generated in batch mode. — DAVID MAX DAUGHERTY — Control Number: 33281462601902 — Subscriber Code: 813D004 — Borrower's concern with reporting;001:Not his/hers. Provide or confirm complete ID. — Reporting received from Credit Bureau:Received from.DAVID MAX DAUGHERTY — SSN: 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 — Reporting to Credit Bureau: Checked CIS No signature docs found in CIS verified signature in mortgage & the borrower's SSN is matching. Verified in real servicing. Hence He/She is Responsible/Liable on the Account |

DD/OLS 001690

7092244537   10/14/2013   3:48:44 AM   Anjali Balakrishnan   RS   ACDVPC

Discrepancy (NAME, ADD, SSN);;   Address

Details: 0

Form Completed and Sent Electronically (It is not mailed);

BWA Automated CDV

DAVID MAX DAUGHERTY

Control Number: 33281462601902

Subscriber Code: 813P004

Borrower's concern with reporting;001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:Received from;DAVID MAX DAUGHERTY

SSN: 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

Reporting to Credit Bureau: Checked CIS No signature does found in CIS verified signature in mortgage & the borrower's SSN is matching. Verified in real servicing. Hence He/She is Responsible/Liable on the Account.

7092244537   10/14/2013   3:48:46 AM   Anjali Balakrishnan   GC   CRIVL

Discrepancy (NAME, ADD, SSN);;   Address

Details: 0

Invalid/Inaccurate Credit Dispute Received

7092244537   10/14/2013   3:48:49 AM   Anjali Balakrishnan   RS   CRINQ

CR - CREDIT INQUIRY DISPUTE RECEIVED

7092244537   10/16/2013   7:09:49 PM   Alex Lombardo   GC   CRINQ

Account Reported To Credit Bureau (as of 09/30/13)EFT: 09/26/13 UPB: 81,537 Mthly Pmt: 960 Status: 11 | Current | Original Charge Off Amt: 0 Payment History(24 Mons): 000001000000000104323BBB

7092244537   10/17/2013   11:51:22 PM   Suresh V K   CL   NOACTION

No Action Taken On Collection Screen

7092244537   10/17/2013   11:56:09 PM   Suresh V K   CL   NOACTION

No Action Taken On Collection Screen

DD/OLS 001691

| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 10/17/2013 | 11:56:22 PM | Shalini Singh | RS | ACDVPRC |

BWR Automated CDV

DAVID MAX DAUGHERTY

Control Number: 2929064366007

Subscriber Code: 3900947

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY

SSN: 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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepancy (NAME, ADD, SSN): Address.

"Please note: Litton loan, information updated as per LSAMS and RADAR."

| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 10/17/2013 | 11:56:27 PM | Shalini Singh | RS | ACDVPRC |

Details: S

Form Completed and Sent Electronically (It is not mailed):

BWR Automated CDV

DAVID MAX DAUGHERTY

Control Number: 2929064366007

Subscriber Code: 3900947

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY

SSN: 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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepancy (NAME, ADD, SSN): Address.

"Please note: Litton loan, information updated as per LSAMS and RADAR."

| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 10/17/2013 | 11:56:28 PM | Shalini Singh | RS | CRINQ |
| 7092244537 | 10/21/2013 | 11:05:41 AM | Anjali Balakrishnan | RS | ACDVPRC |

Details: S

CR - CREDIT INQUIRY DISPUTE RECEIVED

BWR Automated CDV

DAVID MAX DAUGHERTY

Control Number: 9959327402651S112

Subscriber Code: 6OSFMS0178

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID

Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY

SSN: 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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepancy (NAME, ADD, SSN): Address.

DD/OLS 001692

| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 10/21/2013 | 11:05:46 PM | Anjali Balakrishnan | RS | ACD/FC |

"Please note: Litton loan, information updated as per LSAMS and RADAR."
Details: 0

Form Completed and Sent Electronically (It is not mailed)

BWR Automated CDV

DAVID MAX DAUGHERTY

Control Number: 605PM50178

Subscriber Code: 999932740265511512

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID

Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY

SSN: 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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching. Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepency (NAME, ADD, SSN): Address.

| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 10/21/2013 | 11:05:48 PM | Anjali Balakrishnan | RS | CRIMQ |
| | 10/22/2013 | 3:17:27 AM | Daniel Wesley | RS | ACD/RC |

"Please note: Litton loan, information updated as per LSAMS and RADAR."
Details: 0
CR - CREDIT INQUIRY DISPUTE RECEIVED

BWR Automated CDV

DAVID MAX DAUGHERTY

Control Number: 332BY46261901

Subscriber Code:9823004

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID

Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY

SSN: 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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching. Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepency (NAME, ADD, SSN): Address.

"Please note: Litton loan, information updated as per LSAMS and RADAR."
Details: DJ

DD/OLS 001693

| Account | Date | Time | User | | Code | Description |
|---|---|---|---|---|---|---|
| 7092244537 | 10/22/2013 | 3:17:31 AM | Daniel Wesley | RS | ACCVPC | Form Completed and Sent Electronically (It is not mailed); BWR Automated CDV; DAVID MAX DAUGHERTY; Control Number: 3328146260190I; Subscriber Code:9823004; Borrower's concern with reporting(001;Not his/hers. Provide or confirm complete ID.; Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY; SSN: 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; Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching. Verified in RADAR. Hence He/She is Responsible/Liable on the Account.; Discrepancy (NAME, ADD, SSN): Address. |
| 7092244537 | 10/22/2013 | 3:17:36 AM | Daniel Wesley | RS | CRLMQ | "Please note: Litton loan, information updated as per LSAMS and RADAR." Details: DJ; CR - CREDIT INQUIRY DISPUTE RECEIVED; |
| 7092244537 | 10/26/2013 | 5:47:24 AM | Dinesh Subbanna | ES | NEPQ3 | New-Escrowed Payment Quote BMP 3 Month Trial Period: Effective Date = 10/19/2013; Escrow Payment = $206.53; Total Shortage = $341.84; Total Capitalization = $604.56; Borrower Paid MI Premium = $0; Escrow Balance = $292.77 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $604.56 | Hazard Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $604.56 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0 |
| 7092244537 | 10/27/2013 | 10:52:57 PM | Dinesh Subbanna | ES | NEPQ | Breakdown as Follows: New-Escrowed Payment Quote: Effective Date = 10/25/2013; Escrow Payment = $206.53; Total Deposit = $326.81; Shortage / Deposit =$326.8); Delinquent Tax =$0; & I = $0   Tax P |
| 7092244537 | 10/31/2013 | 12:59:23 AM | Background processor | FORM | EARL | Early Late Notice   - This Comment was auto-generated in batch mode. |
| 7092244537 | 10/31/2013 | 9:49:08 PM | Background processor | CS | ACHW | ACH Creation through WEB |

DD/OLS 001694

| Account | Date | Time | User | Code | Type | Comment |
|---|---|---|---|---|---|---|
| 7092244537 | 11/1/2013 | 9:57:10 PM | Background processor | PYMT | | Payment received from Outsource (for $980.16  Source OAC - oach101) and was 2013103101587951 Cashier queue, user-id: Cashier Confirmation Number = |
| 7092244537 | 11/1/2013 | 9:57:12 PM | Background processor | BNOT | | As of 11/01/2013 Past Due .00 Curr Due 968.08 Total Due 968.08 Requested By auto-bu |
| 7092244537 | 11/4/2013 | 10:47:38 PM | BinuK Cheilan | CSR | OACHWCONF | One-Time ACH created in Web. Re-triggering letter since the automated letter generation failed. |
| 7092244537 | 11/10/2013 | 12:00:18 AM | Dinesh Subbanna | ES | NEPQ3 | One-Time ACH created in Web. Re-triggering letter since the automated letter generation failed. New-Escrowed Payment Quote HMP 3 Month Trial Period:<br>Effective Date = 11/7/2013<br>Escrow Payment = $206.53<br>Total Shortage = $228.22<br>Total Capitalization = $604.56<br>Borrower Paid MI Premium = $0<br><br>Escrow Balance = $406.39 \| Interim T&I Disbursements = $0 \| Total T&I Disbursements During Trial Period = $604.56 \| Hazard Disbursements During Trial Period = $0 \| Flood Disbursements During Trial Period = $0 \| Tax Payment #1 During Trial Period = $604.56 \| Tax Payment #2 During Trial Period = $0 \| Tax Payment #3 During Trial Period = $0 \| Tax Payment #4 During Trial Period = $0 \| Delinquent Taxes Due = $0 |
| 7092244537 | 11/11/2013 | 5:05:34 AM | Dinesh Subbanna | ES | NEPQ | Breakdown as Follows:<br>New-Escrowed Payment Quote:<br>Effective Date = 11/7/2013<br>Escrow Payment = $206.53<br>Total Deposit = $213.19<br>Shortage / Deposit =$213.19<br><br>Delinquent Tax =$0<br>& I = $0<br><br>Tax P |
| 7092244537 | 11/18/2013 | 6:01:05 PM | Alex Lombardo | GC | | - This Comment was auto-generated in batch mode.<br>Account Reported To Credit Bureau (as of 10/31/13)LPI: 09/26/13 UPB: 81,333 Mthly Pmt: 980 Status: 11 \| Current \| Compliance Cond. Code: XB(Acct in Dispute) Original Charge-Off Amt: 0 Payment History(24 Mon]: 000000100000000010432388 |
| 7092244537 | 11/24/2013 | 9:13:43 PM | Dinesh Subbanna | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period:<br>Effective Date = 11/20/2013<br>Escrow Payment = $206.53<br>Total Shortage = $434.75<br>Total Capitalization = $604.56<br>Borrower Paid MI Premium = $0<br><br>Escrow Balance = $406.39 \| Interim T&I Disbursements = $0 \| Total T&I Disbursements During Trial Period = $604.56 \| Hazard Disbursements During Trial Period = $0 \| Flood Disbursements During Trial Period = $0 \| Tax Payment #1 During Trial Period = $604.56 \| Tax Payment #2 During Trial Period = $0 \| Tax Payment #3 During Trial Period = $0 \| Tax Payment #4 During Trial Period = |

DD/OLS 001695

7092244537   11/27/2013   6:12:40 AM   Dinesh Subbanna   ES   NEPQ

$0 I Delinquent Taxes Due = $0

Breakdown as Follows:

New-Escrowed Payment Quote:
Effective Date = 11/20/2013
Escrow Payment = $206.53
Total Deposit = $419.72
Shortage / Deposit =$419.72

Delinquent Tax =$0
& I = $0

Tax P

7092244537   12/2/2013   11:54:34 PM   Background processor   FORM   EARL
7092244537   12/2/2013   11:54:36 PM   S V, Akshatha   AS   ACCVMC

Early Late Notice    - This Comment was auto-generated in batch mode.

BWR Automated CDV

DAVID MAX DAUGHERTY

Control Number: 99893318023030123

Subscriber Code: 465FS01690

Borrower's concern with reporting:001:Not his/hers. Provide or confirm
complete ID.

Reporting received from Credit Bureau:Received from.DAVID MAX DAUGHERTY

SSN: 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

Reporting to Credit Bureau: Checked CIS No signature docs found in CIS
verified signature in mortgage & the borrower's SSN is matching. Verified in
real servicing. Hence He/She is Responsible/Liable on the Account

Discrepancy (NAME, ADD, SSN):;   Address

Details:   SV