| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 12/2/2013 | 11:54:38 PM | S V, Akshatha | RS | ACDVFC | Form Completed and Sent Electronically (It is not mailed); |
| | | | | | BWR Automated CDV |
| | | | | | DAVID MAX DAUGHERTY |
| | | | | | Control Number: 9999331803203 0123 |
| | | | | | Subscriber Code: 465FS01690 |
| | | | | | Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID. |
| | | | | | Reporting received from Credit Bureau:Received from.DAVID MAX DAUGHERTY |
| | | | | | SSN: 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 |
| | | | | | Reporting to Credit Bureau: Checked CIS No signature docs found in CIS verified signature in mortgage & the borrower's SSN is matching, Verified in real servicing. Hence He/She is Responsible/Liable on the Account |
| | | | | | Discrepancy (NAME, ADD, SSN):; Address |
| | | | | | Details: SV |
| 7092244537 | 12/2/2013 | 11:54:40 PM | S V, Akshatha | GC | CRIVL | Invalid/Inaccurate Credit Dispute Received |
| 7092244537 | 12/2/2013 | 11:54:42 PM | S V, Akshatha | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 12/2/2013 | 11:54:44 PM | S V, Akshatha | RS | ACDVRC | BWR Automated CDV |
| | | | | | DAVID MAX DAUGHERTY |
| | | | | | Control Number: 9999331803203 0122 |
| | | | | | Subscriber Code: 465FS01690 |
| | | | | | Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID. |
| | | | | | Reporting received from Credit Bureau:Received from.DAVID MAX DAUGHERTY |
| | | | | | SSN: 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 |
| | | | | | Reporting to Credit Bureau: Checked CIS No signature docs found in CIS verified signature in mortgage & the borrower's SSN is matching, Verified in real servicing. Hence He/She is Responsible/Liable on the Account |
| | | | | | Discrepancy (NAME, ADD, SSN):; Address Details: sv |

DD/OLS 001696

| Account | Date | Time | User | Code | Details |
|---|---|---|---|---|---|
| 7092244537 | 12/2/2013 | 11:54:46 PM | S V, Akshatha | RS | ACDVFC — Form Completed and Sent Electronically (It is not mailed); BWR Automated CDV; DAVID MAX DAUGHERTY; Control Number: 999933180320301222; Subscriber Code: 465FS01690; Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID. Reporting received from Credit Bureau:Received from.DAVID MAX DAUGHERTY SSN: 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 Reporting to Credit Bureau: Checked CIS No signature docs found in CIS verified signature in mortgage & the borrower's SSN is matching, Verified in real servicing. Hence He/She is Responsible/Liable on the Account |
| 7092244537 | 12/2/2013 | 11:54:48 PM | S V, Akshatha | RS | CRRPT — Discrepency (NAME, ADD, SSN):; Address Details: sv REPEAT DISPUTE |
| 7092244537 | 12/2/2013 | 11:54:50 PM | S V, Akshatha | RS | CRINQ — CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 12/2/2013 | 11:54:52 PM | Kusum V | RS | ACDVRC — BWR Automated CDV; TINA MARIE DAUGHERTY; Control Number: 0764191934005; Subscriber Code: 3900947; Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID Reporting received from Credit Bureau:Received fromTINA MARIE DAUGHERTY SSN: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 Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account. Discrepency (NAME, ADD, SSN): Address and SSN. "Please note: Litton loan, information updated as per LSAMS and RADAR." Details: k |

DD/OLS 001697

| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 12/2/2013 | 11:54:54 PM | Kusum V | RS | ACDVFC | Form Completed and Sent Electronically (It is not mailed); |

BWR Automated CDV

TINA MARIE DAUGHERTY

Control Number: 0764191934005

Subscriber Code: 3900947

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID

Reporting received from Credit Bureau:Received fromTINA MARIE DAUGHERTY

SSN: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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepency (NAME, ADD, SSN): Address and SSN.

| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 12/2/2013 | 11:54:56 PM | Kusum V | RS | CRINQ |

"Please note: Litton loan, information updated as per LSAMS and RADAR."
Details: k
CR - CREDIT INQUIRY DISPUTE RECEIVED

| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 12/2/2013 | 11:54:58 PM | Background processor | PYMT | |

Payment received from Outsource   for $968.08   Source SP7 - sp1202 and was forwarded to: Cashier queue, user-id: Cashier Via Web Confirmation Number = 13051943
As of 12/02/2013 Past Due .00 Curr Due 968.08 Total Due 968.08 Requested By auto-bu

| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 12/2/2013 | 11:55:00 PM | Background processor | BNOT | |

12/04/2013
BWR Automated CDV

| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 12/3/2013 | 5:58:12 AM | Anjali Balakrishnan | RS | ACDVRC |

TINA M DAUGHERTY

Control Number: 9999331803205906 4

Subscriber Code: 605FM50178

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:Received from TINA M DAUGHERTY

SSN: 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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepency (NAME, ADD, SSN):none

"Please note: Litton loan, information updated as per LSAMS and RADAR."

Details: 01

DD/OLS 001698

| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 12/3/2013 | 5:58:17 AM | Anjali Balakrishnan | RS | ACDVFC |

Form Completed and Sent Electronically (It is not mailed);

BWR Automated CDV

TINA M DAUGHERTY

Control Number: 999933180320S9064

Subscriber Code: 605FM50178

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:Received from TINA M DAUGHERTY

SSN: 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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepency (NAME, ADD, SSN):none

"Please note: Litton loan, information updated as per LSAMS and RADAR."

Details: 0

| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 12/3/2013 | 5:58:19 AM | Anjali Balakrishnan | RS | CRINQ |

CR - CREDIT INQUIRY DISPUTE RECEIVED

| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 12/3/2013 | 6:00:25 AM | Anjali Balakrishnan | RS | ACDVRC |

BWR Automated CDV

DAVID MAX DAUGHERTY

Control Number: 999933180320301Z1

Subscriber Code: 605FM50178

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY

SSN: 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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepency (NAME, ADD, SSN): Address.

"Please note: Litton loan, information updated as per LSAMS and RADAR."

Details: 0

| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 12/3/2013 | 6:00:33 AM | Anjali Balakrishnan | RS | ACDVFC |

Form Completed and Sent Electronically (It is not mailed);

BWR Automated CDV

DAVID MAX DAUGHERTY

Control Number: 999933180320301Z1

Subscriber Code: 605FM50178

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY

SSN: 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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepency (NAME, ADD, SSN): Address.

DD/OLS 001699

"Please note: Litton loan, information updated as per LSAMS and RADAR."

Details: 0

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 12/3/2013 | 6:00:35 AM | Anjali Balakrishnan | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 12/3/2013 | 6:50:03 AM | Rajina Robert | RS | ACDVRC | BWR Automated CDV |

DAVID MAX DAUGHERTY

Control Number: 3328146260230l
Subscriber Code: 813P004

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:RECEIVED FROM DAVID MAX DAUGHERTY SSN: 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

Reporting to Credit Bureau:Checked CIS No signature docs found in CIS & the borrower's SSN is matching, Verified in real servicing. Hence He/She is Responsible/Liable on the Account.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 12/3/2013 | 6:50:12 AM | Rajina Robert | RS | ACDVFC | Discrepency (NAME, ADD, SSN):; Address Details: M |

Form Completed and Sent Electronically (It is not mailed);

BWR Automated CDV

DAVID MAX DAUGHERTY

Control Number: 3328146260230l
Subscriber Code: 813P004

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:RECEIVED FROM DAVID MAX DAUGHERTY SSN: 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

Reporting to Credit Bureau:Checked CIS No signature docs found in CIS & the borrower's SSN is matching, Verified in real servicing. Hence He/She is Responsible/Liable on the Account.

DD/OLS 001700

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 12/3/2013 | 6:50:15 AM | Rajina Robert | GC | CRIVL | Invalid/Inaccurate Credit Dispute Received |
| 7092244537 | 12/3/2013 | 6:50:17 AM | Rajina Robert | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 12/3/2013 | 8:30:32 AM | Kusum V | RS | ACDVRC | BWR Automated CDV<br><br>DAVID MAX DAUGHERTY<br>Control Number: 3328146260230 2<br>Subscriber Code: 9823004<br>Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.<br>Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY<br>SSN: 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<br>Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.<br>Discrepency (NAME, ADD, SSN): none.<br><br>"Please note: Litton loan, information updated as per LSAMS and RADAR."<br>Details: jk<br>Form Completed and Sent Electronically (It is not mailed); |
| 7092244537 | 12/3/2013 | 8:30:36 AM | Kusum V | RS | ACDVFC | BWR Automated CDV<br><br>DAVID MAX DAUGHERTY<br>Control Number: 3328146260230 2<br>Subscriber Code: 9823004<br>Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.<br>Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY<br>SSN: 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<br>Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.<br>Discrepency (NAME, ADD, SSN): none. |

Discrepency (NAME, ADD, SSN):;; Address Details: M

DD/OLS 001701

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 12/3/2013 | 8:30:37 AM | Kusum V | RS | | "Please note: Litton loan, information updated as per LSAMS and RADAR." Details: k |
| 7092244537 | 12/4/2013 | 12:01:20 AM | Anjali Balakrishnan | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| | | | | | ACDVRC | BWR Automated CDV |
| | | | | | | TINA MARIE DAUGHERTY |
| | | | | | | Control Number: 33960640300301 |
| | | | | | | Subscriber Code: 9823004 |
| | | | | | | Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID. |
| | | | | | | Reporting received from Credit Bureau:Received from TINA MARIE DAUGHERTY |
| | | | | | | SSN: 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 |
| | | | | | | Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account. |
| | | | | | | Discrepency (NAME, ADD, SSN): Address. |
| | | | | | | "Please note: Litton loan, information updated as per LSAMS and RADAR." Details: 0 |
| 7092244537 | 12/4/2013 | 12:01:24 AM | Anjali Balakrishnan | RS | ACDVFC | Form Completed and Sent Electronically (It is not mailed); |
| | | | | | | BWR Automated CDV |
| | | | | | | TINA MARIE DAUGHERTY |
| | | | | | | Control Number: 33960640300301 |
| | | | | | | Subscriber Code: 9823004 |
| | | | | | | Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID. |
| | | | | | | Reporting received from Credit Bureau:Received from TINA MARIE DAUGHERTY |
| | | | | | | SSN: 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 |
| | | | | | | Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account. |
| | | | | | | Discrepency (NAME, ADD, SSN): Address. |
| | | | | | | "Please note: Litton loan, information updated as per LSAMS and RADAR." Details: 0 |
| 7092244537 | 12/4/2013 | 12:01:27 AM | Anjali Balakrishnan | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |

DD/OLS 001702

| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 12/8/2013 | 10:39:48 PM | Dinesh Subbanna | ES | NEPQ3 |

New-Escrowed Payment Quote HMP 3 Month Trial Period:

Effective Date = 12/4/2013

Escrow Payment = $206.53

Total Shortage = $434.75

Total Capitalization = $604.56

Borrower Paid MI Premium = $0

Escrow Balance = $406.39 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $604.56 | Hazard Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $604.56 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0

| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 12/15/2013 | 10:50:42 PM | Dinesh Subbanna | ES | NEPQ |

Breakdown as Follows:
New-Escrowed Payment Quote:

Effective Date = 12/5/2013

Escrow Payment = $206.53

Total Deposit = $318.18

Shortage / Deposit =$318.18

Delinquent Tax =$0
& I = $0

Tax P

| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 12/26/2013 | 5:33:12 AM | Daniel A Rochford | ES | NEPQ3 |

-- This Comment was auto-generated in batch mode.

New-Escrowed Payment Quote HMP 3 Month Trial Period:

Effective Date = 12/19/2013

Escrow Payment = $206.53

Total Shortage = $539.74

Total Capitalization = $604.56

Borrower Paid MI Premium = $0

Escrow Balance = $507.93 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $604.56 | Hazard Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $604.56 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0

Breakdown as Follows:

| Account | Date | Time | User | Type | Code | Comment |
|---|---|---|---|---|---|---|
| 7092244537 | 12/28/2013 | 5:46:35 AM | Daniel A Rochford | ES | NEPQ | New-Escrowed Payment Quote:<br>Effective Date = 12/20/2013<br>Escrow Payment = $206.53<br>Total Deposit = $524.71<br>Shortage / Deposit =$524.71<br>Delinquent Tax =$0<br>& I = $0<br>Tax P |
| 7092244537 | 12/31/2013 | 12:56:32 AM | Background processor | FORM | EARL | Early Late Notice – This Comment was auto-generated in batch mode. |
| 7092244537 | 12/31/2013 | 9:55:56 PM | Background processor | PYMT | | Payment received from Outsource for $968.08 Source OAC - oach1231 and was forwarded to: Cashier queue, user-id: Cashier Confirmation Number = 20131231018073 94 |
| 7092244537 | 12/31/2013 | 9:56:45 PM | Background processor | CS | ACHW | ACH Creation through WEB |
| 7092244537 | 1/2/2014 | 5:45:23 PM | Alex Lombardo | GC | | Account Reported To Credit Bureau (as of 11/30/13)LPI: 10/26/13 UPB: 81,127 Mthly Pmt: 968 Status: 11 [ Current ] Compliance Cond. Code: XB[Acct in Dispute] Original Charge Off Amt: 0 Payment History[24 Mons]: 000000010000000000104323B |
| 7092244537 | 1/3/2014 | 11:08:21 PM | Binuk Chellan | CSH | OACHWCONF | One-Time ACH created in Web. Re-triggering letter since the automated letter generation failed. |
| 7092244537 | 1/12/2014 | 7:58:51 PM | Daniel A Rochford | ES | NEPQ3 | One-Time ACH created in Web. Re-triggering letter since the automated letter generation failed.<br>New-Escrowed Payment Quote HMP 3 Month Trial Period:<br>Effective Date = 1/3/2014<br>Escrow Payment = $206.53<br>Total Shortage = $438.2<br>Total Capitalization = $604.56<br>Borrower Paid MI Premium = $0<br>Escrow Balance = $609.47 \| Interim T&I Disbursements = $0 \| Total T&I Disbursements During Trial Period = $604.56 \| Hazard Disbursements During Trial Period = $0 \| Flood Disbursements During Trial Period = $0 \| Tax Payment #1 During Trial Period = $604.56 \| Tax Payment #2 During Trial Period = $0 \| Tax Payment #3 During Trial Period = $0 \| Tax Payment #4 During Trial Period = $0 \| Delinquent Taxes Due = $0 |
| 7092244537 | 1/13/2014 | 1:43:57 AM | Daniel A Rochford | ES | NEPQ | Breakdown as Follows:<br>New-Escrowed Payment Quote:<br>Effective Date = 1/3/2014<br>Escrow Payment = $206.53<br>Total Deposit = $423.17<br>Shortage / Deposit =$423.17<br>Delinquent Tax =$0<br>& I = $0<br>Tax P |

| Account | Date | Time | User | Code | Comment |
|---|---|---|---|---|---|
| 7092244537 | 1/15/2014 | 5:17:39 AM | Anjali Balakrishnan | RS | ACDVRC — This Comment was auto-generated in batch mode.<br>BWR Automated CDV<br>DAVID MAX DAUGHERTY<br>Control Number: 2109313360001<br>Subscriber Code: 3900947<br>Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.<br>Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY<br>SSN: 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<br>Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching. Verified in RADAR. Hence He/She is Responsible/Liable on the Account.<br>Discrepency (NAME, ADD, SSN): Address.<br>"Please note: Litton loan, information updated as per LSAMS and RADAR."<br>Details: 0<br>Form Completed and Sent Electronically (It is not mailed); |
| 7092244537 | 1/15/2014 | 5:17:45 AM | Anjali Balakrishnan | RS | ACDVFC — BWR Automated CDV<br>DAVID MAX DAUGHERTY<br>Control Number: 2109313360001<br>Subscriber Code: 3900947<br>Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.<br>Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY<br>SSN: 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<br>Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching. Verified in RADAR. Hence He/She is Responsible/Liable on the Account.<br>Discrepency (NAME, ADD, SSN): Address.<br>"Please note: Litton loan, information updated as per LSAMS and RADAR."<br>Details: 0 |
| 7092244537 | 1/15/2014 | 5:17:47 AM | Anjali Balakrishnan | RS | CRINQ — CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 1/15/2014 | 6:15:55 PM | Alex Lombardo | GC | Account Reported To Credit Bureau (as of 12/31/13)LPI: 12/26/13 UPB: 80,711 Mthly Pmt: 968 Status: 11 [ Current ] Compliance Cond. Code: XB[Acct in Dispute] Original Charge Off Amt: 0 Payment History[24 Mons]: 000000001000000000010432J |

DD/OLS 001705

| 7092244537 | 1/16/2014 | 5:55:11 AM | Suresh V K | RS | ACDVRC | BWR Automated CDV |
|---|---|---|---|---|---|---|
| | | | | | | DAVID MAX DAUGHERTY |
| | | | | | | Control Number: 9999401001772l125 |
| | | | | | | Subscriber Code: 605FM50178 |
| | | | | | | Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID. |
| | | | | | | Reporting received from Credit Bureau:11:Current account. |
| | | | | | | Date of Account Information 09-01-2011 |
| | | | | | | Reporting to Credit Bureau:05:Account transferred to another office as of 11-01-2011. |
| | | | | | | Payment Rating 0:Current account |
| | | | | | | Discrepency (NAME, ADD, SSN):address |
| | | | | | | "Please note: Litton loan, information updated as per LSAMS and RADAR" Details: , Form Completed and Sent Electronically (It is not mailed); |
| 7092244537 | 1/16/2014 | 5:55:17 AM | Suresh V K | RS | ACDVFC | BWR Automated CDV |
| | | | | | | DAVID MAX DAUGHERTY |
| | | | | | | Control Number: 9999401001772l125 |
| | | | | | | Subscriber Code: 605FM50178 |
| | | | | | | Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID. |
| | | | | | | Reporting received from Credit Bureau:11:Current account. |
| | | | | | | Date of Account Information 09-01-2011 |
| | | | | | | Reporting to Credit Bureau:05:Account transferred to another office as of 11-01-2011. |
| | | | | | | Payment Rating 0:Current account |
| | | | | | | Discrepency (NAME, ADD, SSN):address |
| | | | | | | "Please note: Litton loan, information updated as per LSAMS and RADAR" Details: , CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 1/16/2014 | 5:55:18 AM | Suresh V K | RS | CRINQ | |

DD/OLS 001706

| Account | Date | Time | User | Code | Description |
|---|---|---|---|---|---|
| 7092244537 | 1/16/2014 | 7:04:54 AM | Kusum V | RS | ACDVRC — BWR Automated CDV<br><br>TINA MARIE DAUGHERTY<br>Control Number: 3396040300603<br>Subscriber Code: 9823004<br><br>Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.<br>Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY<br>SSN: 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<br>Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.<br>Discrepency (NAME, ADD, SSN): Address and First Name.<br><br>"Please note: Litton loan, information updated as per LSAMS and RADAR."<br>Details: k<br>Form Completed and Sent Electronically (It is not mailed); |
| 7092244537 | 1/16/2014 | 7:05:00 AM | Kusum V | RS | ACDVFC — BWR Automated CDV<br><br>TINA MARIE DAUGHERTY<br>Control Number: 3396040300603<br>Subscriber Code: 9823004<br><br>Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.<br>Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY<br>SSN: 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<br>Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.<br>Discrepency (NAME, ADD, SSN): Address and First Name.<br><br>"Please note: Litton loan, information updated as per LSAMS and RADAR."<br>Details: k<br>CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 1/16/2014 | 7:05:03 AM | Kusum V | RS | CRINQ |

| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 1/16/2014 | 7:54:43 AM | Suresh V K | RS | ACDVRC | BWR Automated CDV |

DAVID MAX DAUGHERTY
Control Number: 3328146260270S
Subscriber Code: 9823004
Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.
Reporting received from Credit Bureau:11:Current account.
Date of Account Information 09-30-2011
Reporting to Credit Bureau:05:Account transferred to another office as of 11-01-2011.
Payment Rating - 0:Current account
Discrepency (NAME, ADD, SSN):Address

"Please note: Litton loan, information updated as per LSAMS and RADAR"
Details: ,
Form Completed and Sent Electronically (It is not mailed);

| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 1/16/2014 | 7:54:48 AM | Suresh V K | RS | ACDVFC | BWR Automated CDV |

DAVID MAX DAUGHERTY
Control Number: 3328146260270S
Subscriber Code: 9823004
Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.
Reporting received from Credit Bureau:11:Current account.
Date of Account Information 09-30-2011
Reporting to Credit Bureau:05:Account transferred to another office as of 11-01-2011.
Payment Rating - 0:Current account
Discrepency (NAME, ADD, SSN):Address

"Please note: Litton loan, information updated as per LSAMS and RADAR"
Details: ,
CR - CREDIT INQUIRY DISPUTE RECEIVED

| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 1/16/2014 | 7:54:50 AM | Suresh V K | RS | CRINQ | |

DD/OLS 001708

| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 1/17/2014 | 12:45:16 AM | Suresh V K | RS | ACDVRC | BWR Automated CDV |

DAVID MAX DAUGHERTY

Control Number: 999940100177211127

Subscriber Code: 465FS01690

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:DAVID MAX DAUGHERTY  SSN: 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

SSN: 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

Reporting to Credit Bureau:DAVID MAX DAUGHERTY has signed the note, hence responsible, checked CIS, SSN number matches.

| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 1/17/2014 | 12:45:22 AM | Suresh V K | RS | ACDVFC | |

Discrepancy (NAME, ADD, SSN):Name, Address    Details: ,
Form Completed and Sent Electronically (It is not mailed);

BWR Automated CDV

DAVID MAX DAUGHERTY

Control Number: 999940100177211127

Subscriber Code: 465FS01690

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:DAVID MAX DAUGHERTY  SSN: 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

SSN: 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

Reporting to Credit Bureau:DAVID MAX DAUGHERTY has signed the note, hence responsible, checked CIS, SSN number matches.

| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 1/17/2014 | 12:45:36 AM | Suresh V K | GC | CRIVL | Discrepancy (NAME, ADD, SSN):Name, Address    Details: , Invalid/Inaccurate Credit Dispute Received |
| 7092244537 | 1/17/2014 | 12:45:44 AM | Suresh V K | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 1/17/2014 | 12:48:32 AM | Suresh V K | RS | ACDVRC | BWR Automated CDV |

DAVID MAX DAUGHERTY

Control Number: 999940100177211126

Subscriber Code: 465FS01690

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:DAVID MAX DAUGHERTY SSN: 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

SSN: 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

DD/OLS 001709

DD/OLS 001710

| Loan # | Date | Time | User | Code | Details |
|---|---|---|---|---|---|
| 7092244537 | 1/17/2014 | 12:48:38 AM | Suresh V K | RS | Reporting to Credit Bureau:DAVID MAX DAUGHERTY has signed the note, hence responsible, checked CIS, SSN number matches. Discrepancy (NAME, ADD, SSN):Name, Address  Details:  , |
| | | | | ACDVFC | Form Completed and Sent Electronically (It is not mailed); BWR Automated CDV |
| | | | | | DAVID MAX DAUGHERTY Control Number: 9999401001772l126 Subscriber Code: 465FS01690 Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID. Reporting received from Credit Bureau:DAVID MAX DAUGHERTY SSN: 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 SSN: 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 Reporting to Credit Bureau:DAVID MAX DAUGHERTY has signed the note, hence responsible, checked CIS, SSN number matches. Discrepancy (NAME, ADD, SSN):Name, Address  Details:  , Invalid/Inaccurate Credit Dispute Received |
| 7092244537 | 1/17/2014 | 12:48:49 AM | Suresh V K | GC | |
| 7092244537 | 1/17/2014 | 12:48:56 AM | Suresh V K | CRIVL | |
| | | | | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 1/17/2014 | 5:00:21 AM | A, Shanu | RS | BWR Automated CDV |
| | | | | ACDVRC | DAVID MAX DAUGHERTY Control Number: 3328146260270l Subscriber Code: 813P004 Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID Reporting received from Credit Bureau:Received from.DAVID MAX DAUGHERTY SSN: 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 Reporting to Credit Bureau: The brw has signed the note, hence responsible, SSN matches, checked CIS Discrepancy (NAME, ADD, SSN):; Address  Details:  , |

| Account | Date | Time | User | Code | Details |
|---|---|---|---|---|---|
| 7092244537 | 1/17/2014 | 5:00:25 AM | A, Shanu | RS | ACDVFC Form Completed and Sent Electronically (It is not mailed); BWR Automated CDV DAVID MAX DAUGHERTY Control Number: 3328146260270l Subscriber Code: 813P004 Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID Reporting received from Credit Bureau:Received from.DAVID MAX DAUGHERTY SSN: 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 Reporting to Credit Bureau: The brw has signed the note, hence responsible, SSN matches, checked CIS |
| 7092244537 | 1/17/2014 | 5:00:26 AM | A, Shanu | GC | CRIVL Discrepency (NAME, ADD, SSN):; Address Details: , Invalid/Inaccurate Credit Dispute Received |
| 7092244537 | 1/17/2014 | 5:00:28 AM | A, Shanu | RS | CRINQ CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 1/17/2014 | 6:37:40 AM | Daniel Wesley | RS | ACDVRC BWR Automated CDV TINA M DAUGHERTY Control Number: 9999401201398806 7 Subscriber Code: 605FM50178 Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID. Reporting received from Credit Bureau:Received from TINA M DAUGHERTY SSN: 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 Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account. Discrepency (NAME, ADD, SSN): SSN not matching "Please note: Litton loan, information updated as per LSAMS and RADAR." Details: dj |
| 7092244537 | 1/17/2014 | 6:37:48 AM | Daniel Wesley | RS | ACDVFC Form Completed and Sent Electronically (It is not mailed); BWR Automated CDV TINA M DAUGHERTY Control Number: 9999401201398806 7 Subscriber Code: 605FM50178 Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID. Reporting received from Credit Bureau:Received from TINA M DAUGHERTY SSN: 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 Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account. Discrepency (NAME, ADD, SSN): SSN not matching |

DD/OLS 001711

| Loan # | Date | Time | User | Code | Type | Comment |
|---|---|---|---|---|---|---|
| 7092244537 | 1/17/2014 | 6:37:51 AM | Daniel Wesley | RS | CRINQ | "Please note: Litton loan, information updated as per LSAMS and RADAR." Details: crinq<br><br>CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 1/18/2014 | 5:04:25 PM | Background processor | BNOT | | As of 01/18/2014 Past Due .00 Curr Due 968.08 Total Due 968.08 Requested By auto-bu |
| 7092244537 | 1/31/2014 | 12:57:35 AM | Background processor | FORM | EARL | Early Late Notice |
| 7092244537 | 2/3/2014 | 7:40:09 PM | Background processor | PYMT | | Payment received from Outsource for $968.08 Source SP7 - sp0203 and was forwarded to: Cashier queue, user-id: Cashier Via Web Confirmation Number = 13676107 |
| 7092244537 | 2/3/2014 | 7:40:11 PM | Background processor | BNOT | | As of 02/03/2014 Past Due .00 Curr Due 968.08 Total Due 968.08 Requested By auto-bu |
| 7092244537 | 2/5/2014 | 8:44:15 PM | Arjun Nag, R | AR | ARML | ARM Department Sent Correspondence<br><br>120 day balloon letter sent |
| 7092244537 | 2/11/2014 | 10:16:54 PM | Dawn Stoner | GC | | -- This Comment was auto-generated in batch mode.<br>Account Reported To Credit Bureau (as of 01/31/14)LPI: 12/26/13 UPB: 80,711 Mthly Pmt: 968 Status: 11 [ Current ] Original Charge Off Amt: 0 Payment History[24 Mons]: 000000001000000000010432 |
| 7092244537 | 2/23/2014 | 9:52:48 PM | Daniel A Rochford | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period:<br><br>Effective Date = 2/20/2014<br><br>Escrow Payment = $207.31<br><br>Total Shortage = $102.17<br><br>Total Capitalization = $1259.89<br><br>Borrower Paid MI Premium = $0<br><br>Escrow Balance = $97.11 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $1259.89<br><br>Breakdown as Follows:<br><br>| Hazard Disbursements During Trial Period = $1259.89 | Flood Disbursements During Trial Period =$0 | Tax Payment #1 During Trial Period = $0 | Tax Payment #2 During Trial Period = $0<br><br>| Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0<br><br>| Delinquent Taxes Due = $0 |

DD/OLS 001712

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 2/26/2014 | 7:14:57 AM | Daniel A Rochford | ES | NEPQ | New-Escrowed Payment Quote: Effective Date = 2/19/2014 Escrow Payment = $207.31 Total Deposit = $740.13 Shortage / Deposit = $740.13 Delinquent Tax = $0 P & I = $0 Tax |
| 7092244537 | 3/3/2014 | 2:32:48 AM | Background processor | FORM | | Early Late Notice - This Comment was auto-generated in batch mode. |
| 7092244537 | 3/4/2014 | 9:42:09 PM | Background processor | PYMT | EARL | Payment received from Outsource for $968.08 Source OAC - oach0304 and was forwarded to: Cashier queue, user-id: Cashier Confirmation Number = 20140303021753555 |
| 7092244537 | 3/4/2014 | 9:42:11 PM | Background processor | BNOT | | As of 03/04/2014 Past Due .00 Curr Due 968.08 Total Due 968.08 Requested By auto-bu |
| 7092244537 | 3/4/2014 | 9:42:13 PM | Background processor | CS | ACHW | ACH Creation through WEB |
| 7092244537 | 3/9/2014 | 4:44:56 AM | Anu Kurian | GC | | Account Reported To Credit Bureau (as of 02/28/14)LPI: 01/26/14 UPB: 80,500 Mthly Pmt: 968 Status: 11 [Current ] Original Charge Off Amt: 0 Payment History[24 Mons]: 000000000100000000001043 |
| 7092244537 | 3/9/2014 | 10:46:53 PM | Daniel A Rochford | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period: Effective Date = 3/4/2014 Escrow Payment = $207.31 Total Shortage = $1362.06 Total Capitalization = $0 Borrower Paid MI Premium = $0 Escrow Balance = $97.11 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $0 Breakdown as Follows: | Hazard Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period =$0 | Tax Payment #1 During Trial Period = $0 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0 |

DD/OLS 001713

| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 3/10/2014 | 6:56:41 AM | Daniel A Rochford | ES | NEPQ | New-Escrowed Payment Quote:<br><br>Effective Date = 3/4/2014<br>Escrow Payment = $207.31<br>Total Deposit = $740.13<br>Shortage / Deposit = $740.13<br>Delinquent Tax = $0<br>P & I = $0 | Tax |
| 7092244537 | 3/13/2014 | 4:07:22 AM | Mohammed Sabir | SU | SCRANACT | - This Comment was auto-generated in batch mode. Verified from DMDC website, but not on Active duty |
| 7092244537 | 3/14/2014 | 7:12:26 AM | Anjali Balakrishnan | RS | ACDVRC | BWR Automated CDV<br><br>DAVID MAX DAUGHERTY<br>Control Number: 9999406800806813O<br>Subscriber Code: 605FM50178<br>Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.<br>Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY<br>SSN: 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<br>Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.<br>Discrepancy (NAME, ADD, SSN): Address.<br><br>"Please note: Litton loan, information updated as per LSAMS and RADAR."<br>Details: 0<br>Form Completed and Sent Electronically (It is not mailed); |
| 7092244537 | 3/14/2014 | 7:12:31 AM | Anjali Balakrishnan | RS | ACDVFC | BWR Automated CDV<br><br>DAVID MAX DAUGHERTY<br>Control Number: 9999406800806813O<br>Subscriber Code: 605FM50178<br>Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.<br>Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY<br>SSN: 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<br>Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.<br>Discrepancy (NAME, ADD, SSN): Address.<br><br>"Please note: Litton loan, information updated as per LSAMS and RADAR."<br>Details: 0 |