| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 3/14/2014 | 7:12:34 AM | Anjali Balakrishnan | GC | CRLTON | Credit Reporting Dispute Due Prior Servicier Litton Root Cause Unknown. |
| 7092244537 | 3/14/2014 | 7:12:36 AM | Anjali Balakrishnan | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 3/17/2014 | 7:10:35 PM | Background processor | IVR | IVRC | CUSTOMER CONTACT VIA IVR |
| 7092244537 | 3/17/2014 | 7:16:57 PM | Background processor | IVR | IVRC | ISN RCK: 2714 RCD: 8041758IANI: 3046153238 CUSTOMER CONTACT VIA IVR |
| 7092244537 | 3/17/2014 | 7:32:48 PM | Rajani T R | CU | CUST | ISN RCK: 3120 RCD: 8041809SANI: 3046153238 Phone Call In; Customer Contact; Talked to David Daugherty and verified full name.. SCRIPT ID: VERIFYSSN |
| 7092244537 | 3/17/2014 | 7:39:20 PM | Rajani T R | CL | CNOC | Phone Call In; Customer Contact-No Commitment; Customer inquired about the payment due on the account. Advised customer the amount due and customer stated they would not be able to make a payment at this time. Asked customer if they wanted a breakdown of the total reinstatement amount and customer stated no. . SCRIPT ID: PAYMENT 21 |
| 7092244537 | 3/17/2014 | 7:45:08 PM | Rajani T R | WQ | | Phone Call In; Contact Info Provided; Caller wanted the fax number for the Research Department. Advised it was 1-407-737-6375.   SCRIPT ID: FAX NUMBER LIST |
| 7092244537 | 3/17/2014 | 7:47:02 PM | Rajani T R | CS | ICRR | Phone Call In; Credit Reporting Inquiry; Borrower inquired about credit reporting in 2013. For March, the loan was reported correctly as Current.For June, the loan was reported correctly as Current.For July, the loan was reported correctly as Current.  SCRIPT ID: CREDIT REPORT 3 |
| 7092244537 | 3/17/2014 | 7:47:35 PM | Rajani T R | CS | ICRR | Phone Call In; Credit Reporting Inquiry; Borrower inquired about credit reporting in 2013. For March, the loan was reported correctly as Current.For June, the loan was reported correctly as Current.For July, the loan was reported correctly as Current.  SCRIPT ID: CREDIT REPORT 3 |
| 7092244537 | 3/17/2014 | 7:47:35 PM | Rajani T R | WQ | | Phone Call In; Contact Info Provided; Borrower disagreed with credit reporting. Provided borrower with contact information for Research Department to dispute the reporting. SCRIPT ID: CREDIT REPORT 3 |
| 7092244537 | 3/17/2014 | 7:49:27 PM | Rajani T R | WQ | | Call Ended.  SCRIPT ID: END SCRIPT |
| 7092244537 | 3/17/2014 | 7:50:38 PM | Rajani T R | WQ | | |
| 7092244537 | 3/17/2014 | 7:57:29 PM | Rajani T R | CS | ICRR | Phone Call In; Note: RSHS not raised as cust will send the proof to research 2013.please ignore the previous comment for march 2013 |
| 7092244537 | 3/18/2014 | 2:42:56 AM | Kusum V | RS | ACDVRC | BWR Automated CDV |

DAVID MAX DAUGHERTY

Control Number:  3396064030060 3

Subscriber Code:  9823004

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY SSN: 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

Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching. Verified in RADAR. Hence He/She is Responsible/Liable on the Account.

Discrepency (NAME, ADD, SSN): Address

"Please note: Litton loan, information updated as per LSAMS and RADAR." Details: k

DD/OLS 001715

| Loan # | Date | Time | User | Type | Code | Comments |
|---|---|---|---|---|---|---|
| 7092244537 | 3/18/2014 | 2:42:58 AM | Kusum V | RS | ACDVFC | Form Completed and Sent Electronically (It is not mailed); BWR Automated CDV  DAVID MAX DAUGHERTY  Control Number: 33960640300603  Subscriber Code: 9823004  Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.  Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY SSN: 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  Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account. Discrepency (NAME, ADD, SSN): Address |
| 7092244537 | 3/18/2014 | 2:43:02 AM | Kusum V | GC | CRLTON | "Please note: Litton loan, information updated as per LSAMS and RADAR." Details: k  Credit Reporting Dispute Due Prior Servicier Litton Root Cause Unknown. |
| 7092244537 | 3/18/2014 | 2:43:05 AM | Kusum V | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 3/19/2014 | 3:22:20 PM | Adeep Pradhan | CL | NOACTION | No Action Taken On Collection Screen |
| 7092244537 | 3/19/2014 | 3:22:50 PM | Adeep Pradhan | RS | WCCRF | Written Customer Correspondence Received via Fax |
| 7092244537 | 3/19/2014 | 3:23:04 PM | Adeep Pradhan | RS | WCCD | Customer Credit Inquiry |
| 7092244537 | 3/19/2014 | 3:23:07 PM | Adeep Pradhan | RS | RSDR | Customer Dispute Received |
| 7092244537 | 3/20/2014 | 7:13:51 AM | K, Lokesh S | RS | RACRR | Please refer to the PDRACRR or the comments below. (1); |
| 7092244537 | 3/20/2014 | 7:14:05 AM | K, Lokesh S | CL | NOACTION | borrower states that a report from Equifax shows incorrect details of the loan(balance owed by borrower), please report as per the contractual status to all the 4 credit Bureaus. Details: .  No Action Taken On Collection Screen |
| 7092244537 | 3/20/2014 | 7:14:07 AM | Background processor | CORR | WCDR | WRITTEN DISPUTE CORRESPONDENCE RECEIVED |
| 7092244537 | 3/21/2014 | 2:40:25 AM | Suresh V K | RS | RACC | - ACKNOWLEDGEMENT LETTER REQUEST SUBMITTED  Research agent credit request complete;  AUD Control Number: 69189581  Updated and reported the current balance of the loan as 80,499.78 as per transaction history to all the 4 credit bureaus.  Reason: Borrower states that a report from Equifax shows incorrect details of the loan(balance owed by borrower), please report as per the contractual status to all the 4 credit Bureaus. |

DD/OLS 001716

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 3/21/2014 | 2:40:30 AM | Suresh V K | | GC | CROTH |

Details: ,

Credit Reporting Dispute Due To Other: Explanation Required
;

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 3/21/2014 | 2:40:33 AM | Suresh V K | | RS | CRINQ |

Updated and reported the current balance of the loan as 80,499.78 as per transaction history to all the 4 credit bureaus.
CR - CREDIT INQUIRY DISPUTE RECEIVED

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 3/21/2014 | 8:11:43 AM | K, Lokesh S | | CL | NOACTION |

No Action Taken On Collection Screen

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 3/22/2014 | 6:37:58 AM | Daniel A Rochford | | ES | NEPQ3 |

New-Escrowed Payment Quote HMP 3 Month Trial Period:

Effective Date = 3/20/2014

Escrow Payment = $207.31

Total Shortage = $207.94

Total Capitalization = $1259.89

Borrower Paid MI Premium = $0

Escrow Balance = $198.65 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $1259.89

Breakdown as Follows:

| Hazard Disbursements During Trial Period = $1259.89 | Flood Disbursements During Trial Period =$0 | Tax Payment #1 During Trial Period = $0 | Tax Payment #2 During Trial Period = $0

| Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 3/23/2014 | 11:29:37 PM | Rajkumar Singh | | RS | ACDVRC |

| Delinquent Taxes Due = $0
BWR Automated CDV

DAVID MAX DAUGHERTY

Control Number: 9999406800806132

Subscriber Code: 465FS01690

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:DAVID MAX DAUGHERTY   SSN: 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

Reporting to Credit Bureau:brw has signed the note, hence responsible, ssn matches, checked CIS

Discrepancy (NAME, ADD, SSN):;   add   Details:   r

DD/OLS 001717

| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 3/23/2014 | 11:29:41 PM | Rajkumar Singh | RS | ACDVFC | Form Completed and Sent Electronically (It is not mailed); |
| | | | | | BWR Automated CDV |
| | | | | | DAVID MAX DAUGHERTY |
| | | | | | Control Number: 9999406800068132 |
| | | | | | Subscriber Code: 465FS01690 |
| | | | | | Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID. |
| | | | | | Reporting received from Credit Bureau:DAVID MAX DAUGHERTY SSN: 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 |
| | | | | | Reporting to Credit Bureau:brw has signed the note, hence responsible, ssn matches, checked CIS |
| 7092244537 | 3/23/2014 | 11:29:42 PM | Rajkumar Singh | GC | CRIVL | Discrepency (NAME, ADD, SSN):; add Details: r Invalid/Inaccurate Credit Dispute Received |
| 7092244537 | 3/23/2014 | 11:29:44 PM | Rajkumar Singh | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 3/23/2014 | 11:31:40 PM | Rajkumar Singh | RS | ACDVRC | BWR Automated CDV |
| | | | | | DAVID MAX DAUGHERTY |
| | | | | | Control Number: 9999406800068131 |
| | | | | | Subscriber Code: 465FS01690 |
| | | | | | Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID. |
| | | | | | Reporting received from Credit Bureau:DAVID MAX DAUGHERTY SSN: 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 |
| | | | | | Reporting to Credit Bureau:brw has signed the note, hence responsible, ssn matches, checked CIS |
| 7092244537 | 3/23/2014 | 11:31:44 PM | Rajkumar Singh | RS | ACDVFC | Discrepency (NAME, ADD, SSN):; add Details: r Form Completed and Sent Electronically (It is not mailed); |
| | | | | | BWR Automated CDV |
| | | | | | DAVID MAX DAUGHERTY |
| | | | | | Control Number: 9999406800068131 |
| | | | | | Subscriber Code: 465FS01690 |
| | | | | | Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID. |
| | | | | | Reporting received from Credit Bureau:DAVID MAX DAUGHERTY SSN: 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 |
| | | | | | Reporting to Credit Bureau:brw has signed the note, hence responsible, ssn matches, checked CIS |
| 7092244537 | 3/23/2014 | 11:31:45 PM | Rajkumar Singh | GC | CRIVL | Discrepency (NAME, ADD, SSN):; add Details: r Invalid/Inaccurate Credit Dispute Received |
| 7092244537 | 3/23/2014 | 11:31:47 PM | Rajkumar Singh | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |

DD/OLS 001718

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 3/24/2014 | 4:41:46 AM | Daniel A Rochford | ES | NEPQ | New-Escrowed Payment Quote:<br>Effective Date = 3/19/2014<br>Escrow Payment = $207.31<br>Total Deposit = $845.9<br>Shortage / Deposit = $845.9<br>Delinquent Tax = $0<br>P & I = $0 Tax |
| 7092244537 | 3/24/2014 | 6:32:57 AM | Puttur, Rahul | RS | ACDVRC | BWR Automated CDV - This Comment was auto-generated in batch mode.<br><br>DAVID MAX DAUGHERTY<br>Control Number:33281462603104<br>Subscriber Code: 813P004<br>Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.<br>Reporting received from Credit Bureau:DAVID MAX DAUGHERTY   SSN: 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<br>Reporting to Credit Bureau:brw has signed the note, hence responsible, ssn matches, checked CIS |
| 7092244537 | 3/24/2014 | 6:33:02 AM | Puttur, Rahul | RS | ACDVFC | Discrepency (NAME, ADD, SSN):; ADD Details: 0<br>Form Completed and Sent Electronically (It is not mailed);   BWR Automated CDV<br><br>DAVID MAX DAUGHERTY<br>Control Number:33281462603104<br>Subscriber Code: 813P004<br>Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.<br>Reporting received from Credit Bureau:DAVID MAX DAUGHERTY   SSN: 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<br>Reporting to Credit Bureau:brw has signed the note, hence responsible, ssn matches, checked CIS |
| 7092244537 | 3/24/2014 | 6:33:04 AM | Puttur, Rahul | GC | CRIVL | Discrepency (NAME, ADD, SSN):; ADD Details: .0<br>Invalid/Inaccurate Credit Dispute Received |
| 7092244537 | 3/24/2014 | 6:33:11 AM | Puttur, Rahul | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 3/26/2014 | 12:13:36 PM | Kirstein, Ryan | RS | WCCRM | Written Customer Correspondence Received via Mail |
| 7092244537 | 3/26/2014 | 2:18:26 PM | Sunil Kumar | PD | RECM | Research Comment<br>(1)<br>(2); Additional correspondence received via PO.Batch, please incorporate with the ongoing research |

DD/OLS 001719

| 7092244537 | 3/26/2014 | 3:34:58 PM | Yanira Febres | OM | CPBR | Consumer Financial Protection Bureau Dispute Received; rEFNUM 4094931 ; Hi, I have a mortgage loan with Ocwen Financial Loan Services that matures in July 2014 with a balloon payment due at that time. My balance is roughly $80,000 and the value of my house is $165,000. I will need to refinance to keep my house. We did have some bad financial times a few years ago and just recently I have about all of my accounts paid off. I hired a credit repair company that helped a good bit. I have been not getting very good responses with finance companies. I usually getting monthly reports from Experion , but a couple weeks ago I ordered credit reports from all 3 reporting agencies. Equifax shows on my credit report that I was late on my mortgage payment by 120 days in March, June, July, October and December 2014. They also show that I am currently past due by $6,178.00. The only time I was late was the first week of March when our pension check did not get processed in time and a week went by when we caught it. It was paid immediately when discovered. We have not been late at anytime since then and we do not owe any past due amount.. The problem is that we have disputed this 3 times with Equifax and they will not remove it insisting it is correct. I called Ocwen and they claim I need to take my complaint to Equifax. I told Ocwen that we have disputed it. I sent a fax with my complaint to Ocwen stating this and I sent a copy also by registered mail as a backup. I believe my consumer rights are being violated and with this false information being posted there is no way I will be able to refinance. I would also consider this being done by Ocwen to profit from my equity. I noticed on Ocwen website where you can look up your monthly statements and account information, June and July are blank. I have copies of the credit report and Ocwen monthly statements if you need them. I am going to also file a complaint against Equifax. Acknowledgement letter sent; March 26, 2014 |
| 7092244537 | 3/26/2014 | 3:35:50 PM | Yanira Febres | OM | 1ACE | |

David Daugherty

35 Valley View Dr.

Vienna, WV 26105

RE: Case No: 140326-000036

OLS Loan No.: 7092244537

Dear David Daugherty:

The Office of the Consumer Ombudsman would like to thank you for your recent inquiry regarding the above referenced loan received through the Consumer Financial Protection Bureau (CFPB). This office will review the servicing of the loan in relation to the issues raised. It is our goal to complete this review within ten (10) business days from receipt of your correspondence.

If the servicing of the loan was assigned, sold or transferred to Ocwen from a prior servicer, we may be required to obtain information concerning the loan from the prior servicer. The process of obtaining this information takes time, but we are committed to responding within the aforementioned ten (10) business day period.

Upon completion of our review, we will provide a written response via the Consumer Financial Protection Bureau (CFPB) Website.

Sincerely,

DD/OLS 001720

Office of the Consumer Ombudsman

Ocwen Loan Servicing, LLC

NMLS # 1852

| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 3/27/2014 | 1:55:57 AM | Background processor | CORR | WCDR | WRITTEN DISPUTE CORRESPONDENCE RECEIVED |
| 7092244537 | 3/31/2014 | 12:14:21 AM | Background processor | FORM | EARL | - ACKNOWLEDGEMENT LETTER REQUEST SUBMITTED Early Late Notice |
| 7092244537 | 3/31/2014 | 9:46:54 PM | Background processor | CS | ACHW | ACH Creation through WEB |
| 7092244537 | 3/31/2014 | 9:55:17 PM | Background processor | PYMT | | Payment received from Outsource for $968.08 Source OAC - oach0331 and was forwarded to: Cashier queue, user-id: Cashier Confirmation Number = 20140331023370B4 |
| 7092244537 | 3/31/2014 | 9:55:19 PM | Background processor | BNOT | | As of 03/31/2014 Past Due .00 Curr Due 968.08 Total Due 968.08 Requested By auto-bu |
| 7092244537 | 4/3/2014 | 6:55:46 AM | Daniel A Rochford | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period: |

Effective Date = 4/2/2014

Escrow Payment = $207.31

Total Shortage = $207.94

Total Capitalization = $1259.89

Borrower Paid MI Premium = $0

Escrow Balance = $198.65 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $1259.89

Breakdown as Follows:

| Hazard Disbursements During Trial Period = $1259.89 | Flood Disbursements During Trial Period =$0 | Tax Payment #1 During Trial Period = $0 | Tax Payment #2 During Trial Period = $0

| Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0

| Delinquent Taxes Due = $0

DD/OLS 001721

| Loan | Date | Time | User | Code | Action |
|---|---|---|---|---|---|
| 7092244537 | 4/7/2014 | 8:28:22 AM | K, Lokesh S | CL | NOACTION — No Action Taken On Collection Screen |
| 7092244537 | 4/7/2014 | 8:40:13 AM | K, Lokesh S | CL | NOACTION — No Action Taken On Collection Screen |
| 7092244537 | 4/8/2014 | 10:53:20 AM | Isha Parashar | CL | NOACTION — No Action Taken On Collection Screen |
| 7092244537 | 4/8/2014 | 10:53:47 AM | Isha Parashar | WFCAN | Take clari from OMB team if they will research as the OMB WF is open ont he loan.Task: Please see response letter in the database, Has Been Cancelled On: 04/08/2014 |
| 7092244537 | 4/8/2014 | 3:25:58 PM | Richard Hightower | OM | CPBC — Consumer Financial Protection Bureau Dispute Completed; ; The Office of the Consumer Ombudsman for Ocwen Loan Servicing, LLC (Ocwen) would like to take this opportunity to respond to your recent concern regarding the referenced loan. The Consumer Ombudsman was created to provide Ocwen's customers with a resource to assist with unresolved concerns and issues.

Ocwen is obligated to report the loan accurately to the credit bureaus, based on the contractual due date. Further, if payments are not received within the thirty (30) days of the month, then the account would be reported as delinquent. The March 26, 2013 payment was received on April 30, 2013, which was 30-59 days past due, therefore, the credit reporting is valid.

A further review indicates that on March 21, 2014, our office submitted a request to the four major credit reporting agencies, Equifax, TransUnion, Experian, and Innovis, to reflect the current balance on the loan in the amount of $80,499.78. The confirmation number for this electronically submitted update is 6918958I. Ocwen reports to Equifax, TransUnion, Experian and Innovis. These bureaus provide information to the local credit bureaus to update and correct your credit file. Unfortunately, Ocwen is unable to control when the credit reporting agencies will update their records. In the interim, you may use this letter as evidence that the request has been submitted.

As of the date of this letter, your loan is due for the April 26, 2014 payment. If you require any further assistance regarding your loan, you may contact Ocwen's Customer Care Center at (800) 746-2936.

The Office of the Consumer Ombudsman is your advocate in ensuring that Ocwen's servicing of the loan remains fair, reasonable and proper. If you still have unresolved issues, please feel free to contact this office at (800) 390-4656.

Sincerely,

The Office of the Consumer Ombudsman

Ocwen Loan Servicing

NMLS # 1852 |
| 7092244537 | 4/8/2014 | 11:04:54 PM | Chandra Kumar | CL | NOACTION — No Action Taken On Collection Screen |
| 7092244537 | 4/8/2014 | 11:04:56 PM | Mohammed Sabir | SU | SCRANACT — Verified from DMDC website, but not on Active duty |
| 7092244537 | 4/10/2014 | 5:39:06 AM | Chandra Kumar | CL | NOACTION — No Action Taken On Collection Screen |
| 7092244537 | 4/11/2014 | 2:38:15 AM | Background processor | CS | 2ACK — Second Acknowledgement letter sent |
| 7092244537 | 4/18/2014 | 5:28:01 AM | Sai Nennuru | WFCAN | reject closed Task: Please see details in the database, Has Been Cancelled On: 04/18/2014 |

DD/OLS 001722

| 7092244537 | 4/19/2014 | 3:38:22 AM | Sufaija Valavath | PD | RECM | Research Comment |
| | | | | | | (1) |
| | | | | | | (2); S:\Residential Servicing 2\RESEARCH\RESEARCH\Research 1\Research Faxes\2012\2014\MARCH 2014\03-26-14\Mail\7092244537 |
| 7092244537 | 4/19/2014 | 3:44:28 AM | Sufaija Valavath | CS | INVALID | S:\Residential Servicing 2\RESEARCH\RESEARCH\Research 1\Research Faxes\2012\2014\MARCH 2014\03-19-14\Fax\7092244537 Invalid Research Request. |
| 7092244537 | 4/19/2014 | 3:44:28 AM | Sufaija Valavath | RS | CRINV | INVALID/ERRONEOUS CR DISPUTE |
| 7092244537 | 4/19/2014 | 3:44:30 AM | Sufaija Valavath | CORR | WCDC | CUSTOMER INQUIRY COMPLETED;Please refer to RLML/ RLFX/ RLEL/ RELM execution codes for letter dispatch confirmation.   Details: . |

April 19, 2014

David Daugherty

35 Valley View Drive

Vienna, WV 26105

RE: LOANNUMBER: 7092244537

Property Address: 35 Valley View Dr

Vienna, WV 26105

Dear Mr.David Daugherty

OCWEN would like to take this opportunity to thank you for your recent communication regarding the above referenced loan. We appreciate the time and effort on your part to bring your concern to our attention. Pursuant to your concern, we have reviewed the loan and below is the recap of our response to the concern raised:

Concern: You requested us to remove the delinquent reporting referenced in your correspondence.

Response: When a payment is not received within thirty (30) days from the due date, the loan is reported as delinquent to the credit bureaus.  A review of the loan indicates that the payment for the month of March 2013 was delinquent and that the credit reporting submitted correctly reflected the delinquent status.  We are obligated to report true and accurate information to the credit bureaus and therefore the credit reporting cannot be changed.  If you still believe the reporting is incorrect and you have evidence that the payment(s) was received on time, please provide us with this evidence so that we may research this matter further.

We have submitted a request for the Ocwen's Payment Reconciliation History to be sent to your attention which reflects all credits and disbursements made to the loan by Ocwen and the resulting loan status.

As indicated in the Ombudsman letter dated April 8, 2014, 'on March 21, 2014, our office submitted a request to the four major credit reporting agencies, Equifax, TransUnion, Experian, and Innovis, to reflect the current balance on the loan in the amount of $80,499.78.  The confirmation number for this

DD/OLS 001723

electronically submitted update is 69189581.

Ocwen reports to Equifax, TransUnion, Experian and Innovis. These bureaus provide information to the local credit bureaus to update and correct your credit file. Unfortunately, Ocwen is unable to control when the credit reporting agencies will update their records. In the interim, you may use this letter as evidence that the request has been submitted.

As of the date of this letter, your loan is due for the April 26, 2014 payment. If you require any further assistance regarding your loan, you may contact Ocwen's Customer Care Center at (800) 746-2936.

We trust the information provided has fully addressed your concern. Please visit our website (www.ocwen.com) which is available 24 hours a day, seven days a week, as many of the answers to your account specific questions may be found there. However, should you have any further questions in regards to this issue, please contact our Research Department at (800) 241-9960. If after speaking with our Research Department you still have questions or concerns, please feel free to contact the OCWEN consumer advocate by email through OCWEN's website or by phone at (800) 390-4656. You may also send written correspondence to the following address:

Sincerely,

K, Lokesh S
Research Department
OCWEN

Details: ,,

| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 4/19/2014 | 3:44:41 AM | Sufaija Valavath | RS | RSISUM | Research- Incoming issue summary; disputed the reporting |
| 7092244537 | 4/19/2014 | 3:44:48 AM | Sufaija Valavath | RS | RSOSUM | Research - Outgoing response summary; Validated the same |
| 7092244537 | 4/19/2014 | 3:45:12 AM | Sufaija Valavath | CS | RTNO | Request Taken No Fee ; For FEE73 - Transaction History Amount $0.00 |
| 7092244537 | 4/19/2014 | 3:45:14 AM | Sufaija Valavath | CORR | RLTP | Verbal Request for Transaction History Received |

Requestor Details Are As Follows:
Requestor Name: David
Requestor Company :
Requestor Phone: 1111111111
Requested Letter To Be Sent Through

DD/OLS 001724

| Loan | Date | Time | User | Code | Comment |
|---|---|---|---|---|---|
| 7092244537 | 4/19/2014 | 3:45:28 AM | Sufaija Valavath | CL | NOACTION — MAIL: Mail Address1: 35 Valley View Dr, Vienna, WV, 26105  Details: sv  No Action Taken On Collection Screen |
| 7092244537 | 4/19/2014 | 3:55:28 AM | Sufaija Valavath | PD | DISR — DISPUTE RESOLVED/COMPLETED |
| 7092244537 | 4/21/2014 | 12:39:26 AM | Background processor | CU | LHEX — Payment History successfully executed By REALDoc |
| 7092244537 | 4/22/2014 | 5:48:08 AM | Daniel A Rochford | ES | NEPQ3 — New-Escrowed Payment Quote HMP 3 Month Trial Period:  Effective Date = 4/22/2014  Escrow Payment = $207.31  Total Shortage = $0  Total Capitalization = $1873.79  Borrower Paid MI Premium = $0  Escrow Balance = $300.19 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $1873.79  Breakdown as Follows:  | Hazard Disbursements During Trial Period = $1259.89 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $613.9 | Tax Payment #2 During Trial Period = $0  | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0  | Delinquent Taxes Due = $0 |
| 7092244537 | 4/22/2014 | 12:54:23 PM | Risha Surve | PD | RLML — Research Letter Mailed Previous Business Day |
| 7092244537 | 4/22/2014 | 6:29:50 PM | Daniel A Rochford | ES | NEPQ — (1) New-Escrowed Payment Quote:  Effective Date = 4/18/2014  Escrow Payment = $207.31  Total Deposit = $951.67  Shortage / Deposit = $951.67  Delinquent Tax = $0  P & I = $0  Tax — This Comment was auto-generated in batch mode. |

DD/OLS 001725

| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 4/23/2014 | 1:15:29 AM | Rajina Robert | RS | ACDVRC | BWR Automated CDV |

DAVID MAX DAUGHERTY

Control Number: 9999409103116S124
Subscriber Code: 465FS01690

Borrower's concern with reporting: 106:Disputes present/previous Account Status/Payment History Profile/Payment Rating. Verify Payment History Profile, Account Status, and Payment Rating.

Reporting received from Credit Bureau:11:Current account.

Date of Account Information 01-01-2013

Reporting to Credit Bureau:11:Current account. AS OF 03/2014

| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 4/23/2014 | 1:15:40 AM | Rajina Robert | RS | ACDVFC | Discrepency (NAME, ADD, SSN):; Address Details: M Form Completed and Sent Electronically (It is not mailed); |

BWR Automated CDV

DAVID MAX DAUGHERTY

Control Number: 9999409103116S124
Subscriber Code: 465FS01690

Borrower's concern with reporting: 106:Disputes present/previous Account Status/Payment History Profile/Payment Rating. Verify Payment History Profile, Account Status, and Payment Rating.

Reporting received from Credit Bureau:11:Current account.

Date of Account Information 01-01-2013

Reporting to Credit Bureau:11:Current account. AS OF 03/2014

| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 4/23/2014 | 1:15:41 AM | Rajina Robert | GC | CRIVL | Discrepency (NAME, ADD, SSN):; Address Details: M Invalid/Inaccurate Credit Dispute Received |
| 7092244537 | 4/23/2014 | 1:15:57 AM | Rajina Robert | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |

DD/OLS 001726

| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 4/23/2014 | 1:19:20 AM | Rajina Robert | RS | ACDVRC | BWR Automated CDV |
| | | | | | | DAVID MAX DAUGHERTY |
| | | | | | | Control Number: 9999409103165125 |
| | | | | | | Subscriber Code: 465FS01690 |
| | | | | | | Borrower's concern with reporting: 106:Disputes present/previous Account Status/Payment History Profile/Payment Rating. Verify Payment History Profile, Account Status, and Payment Rating. |
| | | | | | | Reporting received from Credit Bureau: 82:Account 120 days past the due date. |
| | | | | | | Date of Account Information 03-24-2014 |
| | | | | | | Reporting to Credit Bureau:11:Current account. AS OF 03/2014 |
| 7092244537 | 4/23/2014 | 1:19:25 AM | Rajina Robert | RS | ACDVFC | Discrepency (NAME, ADD, SSN):; Address Details: M Form Completed and Sent Electronically (It is not mailed); |
| | | | | | | BWR Automated CDV |
| | | | | | | DAVID MAX DAUGHERTY |
| | | | | | | Control Number: 9999409103165125 |
| | | | | | | Subscriber Code: 465FS01690 |
| | | | | | | Borrower's concern with reporting: 106:Disputes present/previous Account Status/Payment History Profile/Payment Rating. Verify Payment History Profile, Account Status, and Payment Rating. |
| | | | | | | Reporting received from Credit Bureau: 82:Account 120 days past the due date. |
| | | | | | | Date of Account Information 03-24-2014 |
| | | | | | | Reporting to Credit Bureau:11:Current account. AS OF 03/2014 |
| 7092244537 | 4/23/2014 | 1:19:27 AM | Rajina Robert | RS | CRRPT | Discrepency (NAME, ADD, SSN):; Address Details: M REPEAT DISPUTE |
| 7092244537 | 4/23/2014 | 1:19:30 AM | Rajina Robert | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 4/28/2014 | 11:54:10 AM | Deepak Shukla | CL | NOACTION | No Action Taken On Collection Screen |
| 7092244537 | 4/28/2014 | 12:24:43 PM | Deepak Shukla | CL | NOACTION | No Action Taken On Collection Screen |
| 7092244537 | 4/28/2014 | 2:33:43 PM | Deepak Shukla | CL | NOACTION | No Action Taken On Collection Screen |
| 7092244537 | 5/1/2014 | 12:24:18 AM | Background processor | FORM | EARL | Early Late Notice |
| 7092244537 | 5/1/2014 | 7:46:08 AM | Lakshmi Hiriyannna | SU | SCRANACT | Verified from DMDC website, but not on Active duty |
| 7092244537 | 5/1/2014 | 10:08:31 PM | Background processor | PYMT | | Payment received from Outsource for $968.08 Source OAC - oach0501 and was forwarded to: Cashier queue, user-id: Cashier Confirmation Number = 201404300255241 |

DD/OLS 001727

| Loan | Date | Time | User | Role | Code | Description |
|---|---|---|---|---|---|---|
| 7092244537 | 5/1/2014 | 10:08:33 PM | Background processor | BNOT | NEPQ | As of 05/01/2014 Past Due .00 Curr Due 968.08 Total Due 968.08 Requested By auto-bu<br>New-Escrowed Payment Quote:<br>Effective Date = 5/2/2014<br>Escrow Payment = $207.31<br>Total Deposit = $951.67<br>Shortage / Deposit = $951.67<br>Delinquent Tax = $0<br>P & I = $0 Tax |
| 7092244537 | 5/2/2014 | 6:46:43 AM | Daniel A Rochford | ES | | |
| 7092244537 | 5/2/2014 | 5:16:24 PM | Background processor | IVR | IVRC | CUSTOMER CONTACT VIA IVR - This Comment was auto-generated in batch mode. |
| 7092244537 | 5/2/2014 | 5:18:12 PM | Allwyn | CU | CUST | ISN RCK: 2948 RCD: 184771306ANI: 3046153238 Phone Call In; Customer Contact; Talked to David Daugherty and verified last 4 digits of their SSN.. SCRIPT ID: VERIFYSSN |
| 7092244537 | 5/2/2014 | 5:21:45 PM | Allwyn | CF | ACHOD | Phone Call In; ACH Offer Denied; |
| 7092244537 | 5/2/2014 | 5:22:50 PM | Background processor | IVR | IVRC | CUSTOMER CONTACT VIA IVR |
| 7092244537 | 5/2/2014 | 5:22:51 PM | Allwyn | CS | ICRR | ISN RCK: 3294 RCD: 184771993ANI: 3046153238 Phone Call In; Credit Reporting Inquiry; bwr called to get reserahc dept number as there was wcdc letter sent advsd bwr to call research number in that letter bwr said he will call research Call Ended. SCRIPT ID: END SCRIPT |
| 7092244537 | 5/2/2014 | 5:22:54 PM | Allwyn | WQ | | ACH Creation through WEB |
| 7092244537 | 5/2/2014 | 5:22:56 PM | Background processor | CS | ACHW | BWR Automated CDV |
| 7092244537 | 5/4/2014 | 1:44:55 AM | Rajina Robert | RS | ACDVRC | DAVID MAX DAUGHERTY<br>Control Number: 999941070538071 23<br>Subscriber Code: 465FS01690<br><br>Borrower's concern with reporting: 001:Not his/hers. Provide or confirm complete ID.<br><br>Reporting received from Credit Bureau:received from DAVID MAX DAUGHERTY SSN: 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<br><br>Reporting to Credit Bureau:The brw has signed the note, hence responsible, SSN matches, checked CIS<br><br>Discrepancy (NAME, ADD, SSN):; Address Details: m |

DD/OLS 001728

| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 5/4/2014 | 1:45:02 AM | Rajina Robert | RS | ACDVFC | Form Completed and Sent Electronically (It is not mailed); BWR Automated CDV<br><br>DAVID MAX DAUGHERTY<br>Control Number: 99994107053807123<br>Subscriber Code: 465FS01690<br><br>Borrower's concern with reporting: 001:Not his/hers. Provide or confirm complete ID.<br><br>Reporting received from Credit Bureau:received from DAVID MAX DAUGHERTY SSN: 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<br><br>Reporting to Credit Bureau:The brw has signed the note, hence responsible, SSN matches, checked CIS |
| 7092244537 | 5/4/2014 | 1:45:03 AM | Rajina Robert | GC | CRIVL | Discrepency (NAME, ADD, SSN):; Address Details: m<br>Invalid/Inaccurate Credit Dispute Received |
| 7092244537 | 5/4/2014 | 1:45:05 AM | Rajina Robert | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 5/4/2014 | 1:46:56 AM | Rajina Robert | RS | ACDVRC | BWR Automated CDV<br><br>DAVID MAX DAUGHERTY<br>Control Number: 9999410705380712 2<br>Subscriber Code: 465FS01690<br><br>Borrower's concern with reporting: 001:Not his/hers. Provide or confirm complete ID.<br><br>Reporting received from Credit Bureau:received from DAVID MAX DAUGHERTY SSN: 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<br><br>Reporting to Credit Bureau:The brw has signed the note, hence responsible, SSN matches, checked CIS |
| 7092244537 | 5/4/2014 | 1:47:03 AM | Rajina Robert | RS | ACDVFC | Discrepency (NAME, ADD, SSN):; Address Details: m<br>Form Completed and Sent Electronically (It is not mailed);<br><br>BWR Automated CDV<br><br>DAVID MAX DAUGHERTY<br>Control Number: 9999410705380712 2<br>Subscriber Code: 465FS01690<br><br>Borrower's concern with reporting: 001:Not his/hers. Provide or confirm complete ID. |

DD/OLS 001729