| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 5/4/2014 | 1:47:04 AM | Rajina Robert | GC | CRIVL | Reporting received from Credit Bureau:received from DAVID MAX DAUGHERTY SSN: 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 |
| 7092244537 | 5/4/2014 | 1:47:06 AM | Rajina Robert | RS | CRINQ | Reporting to Credit Bureau:The brw has signed the note, hence responsible, SSN matches, checked CIS |
| 7092244537 | 5/5/2014 | 10:59:48 AM | Deepak Shukla | CL | NOACTION | Discrepency (NAME, ADD, SSN):; Address Details: m |
| 7092244537 | 5/6/2014 | 1:51:34 AM | Anjali Balakrishnan | RS | ACDVRC | Invalid/Inaccurate Credit Dispute Received |
| | | | | | | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| | | | | | | No Action Taken On Collection Screen |
| | | | | | | BWR Automated CDV |
| | | | | | | DAVID MAX DAUGHERTY |
| | | | | | | Control Number:999941070538o7121 |
| | | | | | | Subscriber Code: 605FM50178 |
| | | | | | | Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID. |
| | | | | | | Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY SSN: 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 |
| | | | | | | Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account. |
| | | | | | | Discrepency (NAME, ADD, SSN): Address. |
| | | | | | | "Please note: Litton loan, information updated as per LSAMS and RADAR." Details: 0 |
| 7092244537 | 5/6/2014 | 1:52:23 AM | Anjali Balakrishnan | RS | ACDVFC | Form Completed and Sent Electronically (It is not mailed); |
| | | | | | | BWR Automated CDV |
| | | | | | | DAVID MAX DAUGHERTY |
| | | | | | | Control Number:999941070538o7121 |
| | | | | | | Subscriber Code: 605FM50178 |
| | | | | | | Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID. |
| | | | | | | Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY SSN: 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 |
| | | | | | | Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account. |
| | | | | | | Discrepency (NAME, ADD, SSN): Address. |
| | | | | | | "Please note: Litton loan, information updated as per LSAMS and RADAR." Details: 0 |
| 7092244537 | 5/6/2014 | 1:52:38 AM | Anjali Balakrishnan | GC | CRLTON | Credit Reporting Dispute Due Prior Servicier Litton Root Cause Unknown. |

DD/OLS 001731

| Account | Date | Time | User | Type | Code | Details |
|---|---|---|---|---|---|---|
| 7092244537 | 5/6/2014 | 1:52:39 AM | Anjali Balakrishnan | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 5/8/2014 | 12:23:50 AM | Suresh V K | RS | ACDVRC | BWR Automated CDV<br><br>DAVID MAX DAUGHERTY<br>Control Number: 3328146260355002<br>Subscriber Code: 813P004<br>Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.<br>Reporting received from Credit Bureau:DAVID MAX DAUGHERTY  SSN: 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<br>SSN: 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<br>Reporting to Credit Bureau:DAVID MAX DAUGHERTY has signed the note, hence responsible, checked CIS, SSN number matches. |
| 7092244537 | 5/8/2014 | 12:23:56 AM | Suresh V K | RS | ACDVFC | Discrepency (NAME, ADD, SSN):Address    Details:  ,<br>Form Completed and Sent Electronically (It is not mailed);<br><br>BWR Automated CDV<br><br>DAVID MAX DAUGHERTY<br>Control Number: 3328146260355002<br>Subscriber Code: 813P004<br>Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.<br>Reporting received from Credit Bureau:DAVID MAX DAUGHERTY  SSN: 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<br>SSN: 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<br>Reporting to Credit Bureau:DAVID MAX DAUGHERTY has signed the note, hence responsible, checked CIS, SSN number matches.<br>Discrepency (NAME, ADD, SSN):Address    Details:  ,<br>Invalid/Inaccurate Credit Dispute Received |
| 7092244537 | 5/8/2014 | 12:23:58 AM | Suresh V K | GC | CRIVL | |
| 7092244537 | 5/8/2014 | 12:24:00 AM | Suresh V K | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 5/8/2014 | 12:34:13 AM | Suresh V K | CL | NOACTION | No Action Taken On Collection Screen |
| 7092244537 | 5/9/2014 | 4:19:11 AM | Shalini Singh | RS | ACDVRC | BWR Automated CDV<br><br>DAVID MAX DAUGHERTY<br>Control Number: 3328146260355001<br>Subscriber Code: 9823004<br>Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.<br>Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY |

| Loan # | Date | Time | User | Code | Details |
|---|---|---|---|---|---|
| 7092244537 | 5/9/2014 | 4:19:16 AM | Shalini Singh | RS | SSN: 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<br>Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.<br>Discrepency (NAME, ADD, SSN): Address.<br>"Please note: Litton loan, information updated as per LSAMS and RADAR."<br>Details: S |
| | | | | ACDVFC | Form Completed and Sent Electronically (It is not mailed); |
| | | | | | BWR Automated CDV<br>DAVID MAX DAUGHERTY<br>Control Number: 33281462603501<br>Subscriber Code: 9823004<br>Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.<br>Reporting received from Credit Bureau:Received from DAVID MAX DAUGHERTY<br>SSN: 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<br>Reporting to Credit Bureau: Borrower's SSN last 4 digits are matching, Verified in RADAR. Hence He/She is Responsible/Liable on the Account.<br>Discrepency (NAME, ADD, SSN): Address.<br>"Please note: Litton loan, information updated as per LSAMS and RADAR."<br>Details: S |
| 7092244537 | 5/9/2014 | 4:19:18 AM | Shalini Singh | GC | Credit Reporting Dispute Due Prior Servicier Litton Root Cause Unknown. |
| 7092244537 | 5/9/2014 | 4:19:20 AM | Shalini Singh | RS | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 5/13/2014 | 4:14:17 PM | Syed Abdul Jabbar | ES | Researched and to confirm the end date for insurance entered is correct. |
| 7092244537 | 5/13/2014 | 4:14:46 PM | Syed Abdul Jabbar | ES | Researched and to confirm the end date for insurance entered is correct. |
| 7092244537 | 5/13/2014 | 9:22:57 PM | Background processor | FORM | ACKNOWL Requested 03/20/2014 |
| 7092244537 | 5/17/2014 | 7:05:43 AM | Daniel A Rochford | ES | Printed 04/01/2014<br>New-Escrowed Payment Quote:<br>Effective Date = 5/16/2014<br>Escrow Payment = $224.9<br>Total Deposit = $0<br>Shortage / Deposit = $0<br>Delinquent Tax = $0<br>P & I = $0<br>Tax<br>- This Comment was auto-generated in batch mode. |

| Loan # | Date | Time | User | Type | Code | Comment |
|---|---|---|---|---|---|---|
| 7092244537 | 5/17/2014 | 5:06:19 PM | Daniel A Rochford | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period:<br>Effective Date = 5/17/2014<br>Escrow Payment = $224.9<br>Total Shortage = $0<br>Total Capitalization = $613.9<br>Borrower Paid MI Premium = $0<br>Escrow Balance = $401.73 \| Interim T&I Disbursements = $0 \| Total T&I Disbursements During Trial Period = $613.9 \| Hazard Disbursements During Trial Period = $0 \| Flood Disbursements During Trial Period = $0 \| Tax Payment #1 During Trial Period = $613.9 \| Tax Payment #2 During Trial Period = $0 \| Tax Payment #3 During Trial Period = $0 \| Tax Payment #4 During Trial Period = $0 \| Delinquent Taxes Due = $0 |
| 7092244537 | 5/31/2014 | 1:49:01 AM | R, Sindhu | CL | NOACTION | Breakdown as Follows:<br>No Action Taken On Collection Screen |
| 7092244537 | 5/31/2014 | 2:00:42 AM | R, Sindhu | CL | NOACTION | No Action Taken On Collection Screen |
| 7092244537 | 5/31/2014 | 3:44:07 AM | Background processor | FORM | EARL | Early Late Notice |
| 7092244537 | 6/2/2014 | 10:10:03 PM | Background processor | CS | ACHW | ACH Creation through WEB |
| 7092244537 | 6/2/2014 | 10:31:21 PM | Background processor | PYMT | | Payment received from Outsource for $968.08 Source OAC - oach0602 and was forwarded to: Cashier queue, user-id: Cashier Confirmation Number = 201405310279908 |
| 7092244537 | 6/3/2014 | 3:32:25 AM | Background processor | BNOT | | As of 06/03/2014 Past Due .00 Curr Due 968.08 Total Due 968.08 Requested By auto-bu |
| 7092244537 | 6/5/2014 | 3:58:00 AM | Daniel A Rochford | ES | NEPQ | New-Escrowed Payment Quote:<br>Effective Date = 6/6/2014<br>Escrow Payment = $224.9<br>Total Deposit = $0<br>Shortage / Deposit =$0<br>Delinquent Tax =$0<br>& I = $0<br>Tax P |
| 7092244537 | 6/9/2014 | 10:43:11 AM | Background processor | IVR | IVRC | CUSTOMER CONTACT VIA IVR -- This Comment was auto-generated in batch mode. |
| 7092244537 | 6/9/2014 | 10:49:38 AM | Background processor | IVR | IVRC | ISN RCK: 3110 RCD: 90970786ANI: 3042956161<br>CUSTOMER CONTACT VIA IVR |
| 7092244537 | 6/9/2014 | 10:51:20 AM | Varona, Wilma | CU | CUST | ISN RCK: 3803 RCD: 189910657ANI: 3042956161<br>Phone Call In; Customer Contact; Talked to David Daugherty and verified last 4 digits of their SSN.. SCRIPT ID: VERIFYSSN |
| 7092244537 | 6/9/2014 | 10:57:28 AM | Varona, Wilma | CORR | CRL | Phone Call In; Last 12 months reporting; Provided information about the most recent 12 months reporting that was provided to the 4 major credit bureaus.<br>SCRIPT ID: AUTO LETTERS 1 B<br>Requestor Details Are As Follows:<br>Requestor Name: david daugtherty<br>Requestor Company : none<br>Requestor Phone: 3042956161 |

DD/OLS 001733

| Account | Date | Time | User | Code | Notes |
|---|---|---|---|---|---|
| 7092244537 | 6/9/2014 | 10:58:32 AM | Varona, Wilma | CL | Requested Letter To Be Sent Through<br>EMAIL:<br>EMAIL Address1: fireboyl@suddenlink.net |
| 7092244537 | 6/9/2014 | 11:00:13 AM | Varona, Wilma | WQ | CNOC Phone Call In; Customer Contact-No Commitment; Customer inquired about the payment due on the account. Advised customer the amount due and customer stated they would not be able to make a payment at this time. Asked customer if they wanted a breakdown of the total reinstatement amount and customer stated no. . SCRIPT ID: PAYMENT 21<br>Call Ended. borr asking for a ltr stating acct has been current; bec he will refi need to show that march ,june, july , sept & oct of 2013 is showing current; so will send pmt for june within the nest 2 wks SCRIPT ID: END SCRIPT |
| 7092244537 | 6/16/2014 | 8:30:35 AM | Rajkumar Singh | RS | ACDVRC BWR Automated CDV<br>DAVID MAX DAUGHERTY<br>Control Number: 9999414904398129<br>Subscriber Code: 465FS01690<br>Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.<br>Reporting received from Credit Bureau:DAVID MAX DAUGHERTY SSN: 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<br>Reporting to Credit Bureau:brw has signed the note, hence responsible, ssn matches, checked CIS |
| 7092244537 | 6/16/2014 | 8:30:39 AM | Rajkumar Singh | RS | ACDVFC Discrepency (NAME, ADD, SSN):; NOne Details: r<br>Form Completed and Sent Electronically (It is not mailed);<br>BWR Automated CDV<br>DAVID MAX DAUGHERTY<br>Control Number: 9999414904398129<br>Subscriber Code: 465FS01690<br>Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.<br>Reporting received from Credit Bureau:DAVID MAX DAUGHERTY SSN: 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<br>Reporting to Credit Bureau:brw has signed the note, hence responsible, ssn matches, checked CIS |
| 7092244537 | 6/16/2014 | 8:30:40 AM | Rajkumar Singh | GC | CRIVL Discrepency (NAME, ADD, SSN):; NOne Details: r<br>Invalid/Inaccurate Credit Dispute Received |
| 7092244537 | 6/16/2014 | 8:30:42 AM | Rajkumar Singh | RS | CRINQ CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 6/16/2014 | 8:32:55 AM | Rajkumar Singh | RS | ACDVRC BWR Automated CDV<br>DAVID MAX DAUGHERTY<br>Control Number: 9999414904398128<br>Subscriber Code: 465FS01690<br>Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID. |

DD/OLS 001734

| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 6/16/2014 | 8:32:59 AM | Rajkumar Singh | RS | Reporting received from Credit Bureau:DAVID MAX DAUGHERTY SSN: 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 |
| | | | | | Reporting to Credit Bureau:brw has signed the note, hence responsible, ssn matches, checked CIS |
| | | | | | Discrepency (NAME, ADD, SSN):; add Details: r |
| | | | | ACDVFC | Form Completed and Sent Electronically (It is not mailed); |
| | | | | | BWR Automated CDV |
| | | | | | DAVID MAX DAUGHERTY |
| | | | | | Control Number: 9999149043988128 |
| | | | | | Subscriber Code: 465FS01690 |
| | | | | | Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID. |
| | | | | | Reporting received from Credit Bureau:DAVID MAX DAUGHERTY SSN: 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 |
| | | | | | Reporting to Credit Bureau:brw has signed the note, hence responsible, ssn matches, checked CIS |
| 7092244537 | 6/16/2014 | 8:33:16 AM | Rajkumar Singh | GC | Discrepency (NAME, ADD, SSN):; add Details: r |
| | | | | | Invalid/Inaccurate Credit Dispute Received |
| 7092244537 | 6/16/2014 | 8:33:25 AM | Rajkumar Singh | RS | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 6/17/2014 | 1:30:52 PM | Yanira Febres | CL | No Action Taken On Collection Screen |
| 7092244537 | 6/19/2014 | 4:24:16 AM | Shalini Singh | RS | BWR Automated CDV |
| | | | | | DAVID MAX DAUGHERTY |
| | | | | | Control Number: 33281462604D001 |
| | | | | | Subscriber Code: 813P004 |
| | | | | | Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID. |
| | | | | | Reporting received from Credit Bureau:received from DAVID MAX DAUGHERTY |
| | | | | | SSN: 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 |
| | | | | | Reporting to Credit Bureau:Checked in CIS Brwr has signed the note hence liable. |
| 7092244537 | 6/19/2014 | 4:24:20 AM | Shalini Singh | RS | Discrepency (NAME, ADD, SSN):; add Details: s |
| | | | | ACDVFC | Form Completed and Sent Electronically (It is not mailed); |
| | | | | | BWR Automated CDV |
| | | | | | DAVID MAX DAUGHERTY |
| | | | | | Control Number: 33281462604D001 |
| | | | | | Subscriber Code: 813P004 |
| | | | | | Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID. |
| | | | | | Reporting received from Credit Bureau:received from DAVID MAX DAUGHERTY |
| | | | | | SSN: 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 |

| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 6/19/2014 | 4:24:29 AM | Shalini Singh | GC | CRIVL | Reporting to Credit Bureau:Checked in CIS Brwr has signed the note hence liable. Discrepency (NAME, ADD, SSN):; add Details: s |
| 7092244537 | 6/19/2014 | 4:24:31 AM | Shalini Singh | RS | CRINQ | Invalid/Inaccurate Credit Dispute Received |
| 7092244537 | 6/19/2014 | 4:29:38 AM | Shalini Singh | RS | ACDVRC | CR - CREDIT INQUIRY DISPUTE RECEIVED BWR Automated CDV DAVID MAX DAUGHERTY Control Number: 9999415401219 1128 Subscriber Code: 465FS01690 Borrower's concern with reporting:106:Disputes present/previous Account Status/Payment History Profile/Payment Rating. Verify Payment History Profile, Account Status, and Payment Rating. Reporting received from Credit Bureau:11:Current account. Date of Account Information 01-01-2013 Reporting to Credit Bureau:11:Current account.As of May 2014 |
| 7092244537 | 6/19/2014 | 4:29:42 AM | Shalini Singh | RS | ACDVFC | Discrepency (NAME, ADD, SSN):; add Details: s Form Completed and Sent Electronically (It is not mailed); BWR Automated CDV DAVID MAX DAUGHERTY Control Number: 9999415401219 1128 Subscriber Code: 465FS01690 Borrower's concern with reporting:106:Disputes present/previous Account Status/Payment History Profile/Payment Rating. Verify Payment History Profile, Account Status, and Payment Rating. Reporting received from Credit Bureau:11:Current account. Date of Account Information 01-01-2013 Reporting to Credit Bureau:11:Current account.As of May 2014 |
| 7092244537 | 6/19/2014 | 4:29:54 AM | Shalini Singh | GC | CRIVL | Discrepency (NAME, ADD, SSN):; add Details: S Invalid/Inaccurate Credit Dispute Received |
| 7092244537 | 6/19/2014 | 4:29:57 AM | Shalini Singh | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 6/19/2014 | 4:46:08 AM | Shalini Singh | RS | ACDVRC | BWR Automated CDV DAVID MAX DAUGHERTY Control Number: 9999415401219 1129 Subscriber Code: 465FS01690 Borrower's concern with reporting:106:Disputes present/previous Account Status/Payment History Profile/Payment Rating. Verify Payment History Profile, Account Status, and Payment Rating. Reporting received from Credit Bureau:82:Account 120 days past the due date. |

DD/OLS 001736

| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 6/19/2014 | 4:46:12 AM | Shalini Singh | RS | ACDVFC |

Date of Account Information 05-29-2014

Reporting to Credit Bureau:11:Current account.As of May 2014

Discrepency (NAME, ADD, SSN):; add Details: s

Form Completed and Sent Electronically (It is not mailed);

BWR Automated CDV

DAVID MAX DAUGHERTY

Control Number: 9999415401219 1129

Subscriber Code: 465FS01690

Borrower's concern with reporting:106:Disputes present/previous Account Status/Payment History Profile/Payment Rating. Verify Payment History Profile, Account Status, and Payment Rating.

Reporting received from Credit Bureau:82:Account 120 days past the due date.

Date of Account Information 05-29-2014

Reporting to Credit Bureau:11:Current account.As of May 2014

| | | | | |
|---|---|---|---|---|
| 7092244537 | 6/19/2014 | 4:46:14 AM | Shalini Singh | GC | CRIVL |
| 7092244537 | 6/19/2014 | 4:46:16 AM | Shalini Singh | RS | CRINQ |
| 7092244537 | 6/20/2014 | 5:24:08 AM | Daniel A Rochford | ES | NEPQ3 |

Discrepency (NAME, ADD, SSN):; add Details: s
Invalid/Inaccurate Credit Dispute Received

CR - CREDIT INQUIRY DISPUTE RECEIVED

New-Escrowed Payment Quote HMP 3 Month Trial Period:

Effective Date = 6/19/2014

Escrow Payment = $224.9

Total Shortage = $0

Total Capitalization = $613.9

Borrower Paid MI Premium = $0

Escrow Balance = $503.27 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $613.9

Breakdown as Follows:

| Hazard Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period =$0 | Tax Payment #1 During Trial Period = $613.9 | Tax Payment #2 During Trial Period = $0

| Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0

| Delinquent Taxes Due = $0

DD/OLS 001737

| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 6/20/2014 | 5:26:57 AM | Daniel A Rochford | ES | NEPQ |

New-Escrowed Payment Quote:

Effective Date = 6/18/2014

Escrow Payment = $224.9

Total Deposit = $0

Shortage / Deposit = $0

Delinquent Tax = $0
P & I = $0

Tax

| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 6/25/2014 | 1:38:50 PM | Richard Hightower | CL | NOACTION |
| 7092244537 | 6/26/2014 | 12:28:02 AM | Background processor | CORR | MT30 |
| 7092244537 | 6/26/2014 | 10:49:42 AM | Richard Hightower | OM | CPBR |

- This Comment was auto-generated in batch mode.

No Action Taken On Collection Screen

MT30 letter requested to print

Consumer Financial Protection Bureau Dispute Received;Reference Number : 4105491

; CFPB request for additional information

We have determined that additional information is needed to complete our review of this matter.

Please submit the following information to aid us in further evaluating this complaint:

-Indicate whether the consumer was 120 days delinquent in March, June, July, October, and December 2013. If not, indicate whether you submitted a request to the credit reporting agencies to update this information. If you have submitted a request, please provide a copy of documentation showing that the request was made to update the information.

-Provide a copy of the payment history for 2013.

Please respond to our request within ten (10) calendar days of the receipt of this request.

Consumer Response Specialist 1157

DD/OLS 001738

Case 5:14-cv-24506 Document 101-27 Filed 09/25/15 Page 10 of 17 PageID #: 1188

| Loan # | Date | Time | User | Code | Description |
|---|---|---|---|---|---|
| 7092244537 | 6/26/2014 | 10:50:18 AM | Richard Hightower | OM | CPBC — Consumer Financial Protection Bureau Dispute Completed; |

; The Office of the Consumer Ombudsman for Ocwen Loan Servicing, LLC (Ocwen) would like to take this opportunity to respond to your recent concern regarding the referenced loan. The Consumer Ombudsman was created to provide Ocwen's customers with a resource to assist with unresolved concerns and issues.

When a payment is not received within thirty (30) days from the due date, the loan is reported as delinquent to the credit bureaus. Ocwen is obligated to report true and accurate information to the credit bureaus. Ocwen's records show that the credit reporting correctly reflected the loan as current for the months March 2012, June 2012, July 2012, October 2012, and December 2012. Ocwen's records do not indicate that you are currently receiving account statements.

Attached is an Ocwen Payment Reconciliation History which reflects all credits and disbursements made to the loan by Ocwen and the resulting loan status. It also reflects the details of and fees / expenses assessed and satisfied on the loan.

The Office of the Consumer Ombudsman is your advocate in ensuring that Ocwen's servicing of the loan remains fair, reasonable and proper. If you still have unresolved issues, please feel free to contact this office at (800) 390-4656.

Sincerely,

The Office of the Consumer Ombudsman

Ocwen Loan Servicing

NMLS # 1852

| 7092244537 | 6/30/2014 | 9:10:14 AM | Rose Kaplan | CL | NOACTION — No Action Taken On Collection Screen |
| 7092244537 | 6/30/2014 | 9:19:29 AM | Rose Kaplan | OM | CPBR — Consumer Financial Protection Bureau Dispute Received; Refnum 4105737 |

; CFPB request for additional information

We have determined that additional information is needed to complete our review of this matter.

Please submit the following information to aid us in further evaluating this complaint:

-You indicated that your records show that the credit reporting correctly reflected the loan as current for the months of March, June, July, October, and December 2013. However, the attached document shows an Equifax report where the consumer is reported as 120 days delinquent in March, June, July, October, and December 2013. Please provide documentation that showing that you have reported the consumer as current for those months.

Please respond to our request within ten (10) calendar days of the receipt of this request.

Consumer Response Specialist 1157

| 7092244537 | 6/30/2014 | 12:46:33 PM | Richard Hightower | CL | NOACTION — No Action Taken On Collection Screen |
| 7092244537 | 6/30/2014 | 9:45:37 PM | Background processor | CS | ACHW — ACH Creation through WEB |

DD/OLS 001739

| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 6/30/2014 | 10:13:51 PM | Background processor | PYMT | Payment received from Outsource for $968.08 Source OAC - oach0630 and was forwarded to: Cashier queue, user-id: Cashier Confirmation Number = 20140630030010867 |
| 7092244537 | 7/1/2014 | 3:48:54 AM | Background processor | BNOT | As of 07/01/2014 Past Due .00 Curr Due 968.08 Total Due 968.08 Requested By auto-bu |
| 7092244537 | 7/2/2014 | 11:58:03 AM | Richard Hightower | CL | No Action Taken On Collection Screen |
| 7092244537 | 7/2/2014 | 12:17:27 PM | Ivonne Humphreys | RS | E-OSCAR Credit Update Completed; AUD CONTROL NO.: 70571752. Reported loan 'Paid as Agreed and Current' for hte months of March, June, July, October and December 2013, per request of RH-OCO. |
| 7092244537 | 7/2/2014 | 2:30:13 PM | Richard Hightower | OM | Consumer Financial Protection Bureau Dispute Completed; |

;

The Office of the Consumer Ombudsman for Ocwen Loan Servicing, LLC (Ocwen) would like to take this opportunity to respond to your recent concern regarding the referenced loan. The Consumer Ombudsman was created to provide Ocwen's customers with a resource to assist with unresolved concerns and issues.

Ocwen is obligated to report true and accurate information to the credit bureaus and therefore the credit reporting cannot be changed. We report to Equifax, Trans Union, Experian and Innovis. These bureaus provide information to the local credit bureaus to update and correct the credit file.

However, in an effort to assist David Daugherty Ocwens records indicate that on July 2, 2014, this office submitted a credit update to the four (4) major credit reporting agencies Equifax, TransUnion, Experian, and Innovis, to reflect your loan as 'Current' for the months of March June, July, October and December 2013. Once Ocwen submits an update it takes time for the credit bureaus to update their records. The confirmation number for this electronically submitted update is 70571752. Unfortunately, Ocwen is unable to control when the credit reporting agencies will update their records. In the interim, you may use this letter as evidence that the request has been submitted.

If you have any questions regarding the servicing of your loan, please contact Ocwen's Customer Care Center at (800)746-2936.

The Office of the Consumer Ombudsman is your advocate in ensuring that Ocwen's servicing of the loan remains fair, reasonable and proper. If you still have unresolved issues, please feel free to contact this office at (800) 390-4656.

Sincerely,

Richard Hightower

The Office of the Consumer Ombudsman

Ocwen Loan Servicing

NMLS # 1852

NC Permit #3946

DD/OLS 001740

| 7092244537 | 7/8/2014 | 6:52:47 AM | Centeno, Byron | ES | NEPQ3 | New-Escrowed Payment Quote HMP 3 Month Trial Period: |
| | | | | | | Effective Date = 7/9/2014 |
| | | | | | | Escrow Payment = $224.9 |
| | | | | | | Total Shortage = $0 |
| | | | | | | Total Capitalization = $613.9 |
| | | | | | | Borrower Paid MI Premium = $0 |
| | | | | | | Escrow Balance = $604.81 | Interim T&I Disbursements = $0 | Total T&I Disbursements During Trial Period = $613.9 | Hazard Disbursements During Trial Period = $0 | Flood Disbursements During Trial Period = $0 | Tax Payment #1 During Trial Period = $613.9 | Tax Payment #2 During Trial Period = $0 | Tax Payment #3 During Trial Period = $0 | Tax Payment #4 During Trial Period = $0 | Delinquent Taxes Due = $0 |
| 7092244537 | 7/14/2014 | 5:51:32 AM | Centeno, Byron | ES | NEPQ | Breakdown as Follows: New-Escrowed Payment Quote: |
| | | | | | | Effective Date = 7/7/2014 |
| | | | | | | Escrow Payment = $224.9 |
| | | | | | | Total Deposit = $0 |
| | | | | | | Shortage / Deposit = $0 |
| | | | | | | Delinquent Tax = $0 Tax |
| | | | | | | P & I = $0 |
| 7092244537 | 7/14/2014 | 6:36:49 AM | Centeno, Byron | ES | NEPQ | -- This Comment was auto-generated in batch mode. New-Escrowed Payment Quote: |
| | | | | | | Effective Date = 7/7/2014 |
| | | | | | | Escrow Payment = $224.9 |
| | | | | | | Total Deposit = $0 |
| | | | | | | Shortage / Deposit = $0 |
| | | | | | | Delinquent Tax = $0 Tax |
| | | | | | | P & I = $0 |
| | | | | | | - This Comment was auto-generated in batch mode. |

DD/OLS 001741

| Loan # | Date | Time | User | Code | Comments |
|---|---|---|---|---|---|
| 7092244537 | 7/18/2014 | 6:13:37 AM | Centeno, Byron | ES | NEPQ3 — New-Escrowed Payment Quote HMP 3 Month Trial Period:<br><br>Effective Date = 7/18/2014<br>Escrow Payment = $224.9<br>Total Shortage = $674.75<br>Total Capitalization = $9.09<br>Borrower Paid MI Premium = $0<br><br>Escrow Balance = $604.81 \| Interim T&I Disbursements = $613.9 \| Total T&I Disbursements During Trial Period = $0 \| Hazard Disbursements During Trial Period = $0 \| Flood Disbursements During Trial Period = $0 \| Tax Payment #1 During Trial Period = $0 \| Tax Payment #2 During Trial Period = $0 \| Tax Payment #3 During Trial Period = $0 \| Tax Payment #4 During Trial Period = $0 \| Delinquent Taxes Due = $0 |
| 7092244537 | 7/18/2014 | 6:28:17 AM | Centeno, Byron | ES | NEPQ — Breakdown as Follows:<br>New-Escrowed Payment Quote:<br><br>Effective Date = 7/18/2014<br>Escrow Payment = $224.9<br>Total Deposit = $0<br>Shortage / Deposit = $0<br><br>Delinquent Tax = $0<br>& I = $0<br>Tax P |
| 7092244537 | 7/28/2014 | 12:40:26 PM | Angel Grace | TX | TCTL — This Comment was auto-generated in batch mode.<br>BACKSEARCH COMPLETE - TAXES CURRENT - PHONE CALL; |
| 7092244537 | 7/28/2014 | 12:40:28 PM | Background processor | CS | MATPQ — 31WV107 county<br>2014 Tax year<br>1st Inst base amt $ 645.02 due by 09/01/2014 (FA will Report )<br>2nd Inst base amt $ 645.02 due by 03/01/2015<br>No priors<br><br>Info by : smart web/ web http://129.71.205.120/webtax/<br>Matured Loan, Payoff Quote auto-generated showing borrower's name as requestor name.<br><br>Requestor Details Are As Follows:<br>Requestor Name: David Daugherty<br>Requestor Company :<br>Good through Date : 08/27/14<br>Requested Letter To Be Sent Through |

DD/OLS 001742

| | | | | | | |
|---|---|---|---|---|---|---|
| 7092244537 | 7/28/2014 | 12:40:30 PM | Background processor | CS | APAY | EMAIL:<br>EMAIL Address1: fireboy1@suddenlink.net<br><br>Automated Payoff Quote In Process<br>Requestor Details Are As Follows:<br>Requestor Name: David Daugherty<br>Requestor Company :<br>Requestor Phone:<br>Good Through Date : 08/27/14<br>EMAIL: |
| 7092244537 | 7/28/2014 | 12:40:32 PM | Background processor | CU | APAYS | EMAIL Address1: fireboy1@suddenlink.net<br>Automated Payoff Quote Generated |
| 7092244537 | 7/29/2014 | 3:27:48 AM | Background processor | CU | APOEX | Payoff Quote successfully executed By REALDoc |
| 7092244537 | 7/30/2014 | 10:56:50 AM | Alan Finian | LG | LITO | |
| 7092244537 | 7/31/2014 | 1:00:27 AM | Background processor | FORM | EARL | Early Late Notice |
| 7092244537 | 8/1/2014 | 9:42:16 PM | Background processor | CS | ACHW | ACH Creation through WEB |
| 7092244537 | 8/1/2014 | 9:48:56 PM | Background processor | PYMT | | Payment received from Outsource for $968.08 Source OAC - oach0801 and was forwarded to: Cashier queue, user-id: Cashier Confirmation Number = 20140731O3244970 |
| 7092244537 | 8/7/2014 | 1:47:04 AM | Daniel Wesley | RS | ACDVRC | BWR Automated CDV<br>DAVID MAX DAUGHERTY<br>Control Number: 9999421003008137<br>Subscriber Code:465FS01690<br>Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.<br>Reporting received from Credit Bureau:received from DAVID MAX DAUGHERTY<br>SSN: 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<br>Reporting to Credit Bureau:Checked in CIS Brwr has signed the note hence liable. |
| 7092244537 | 8/7/2014 | 1:47:09 AM | Daniel Wesley | RS | ACDVFC | Discrepency (NAME, ADD, SSN);; add Details: s Details: DJ Form Completed and Sent Electronically (It is not mailed);<br>BWR Automated CDV<br>DAVID MAX DAUGHERTY<br>Control Number: 9999421003008137<br>Subscriber Code:465FS01690<br>Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.<br>Reporting received from Credit Bureau:received from DAVID MAX DAUGHERTY<br>SSN: 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<br>Reporting to Credit Bureau:Checked in CIS Brwr has signed the note hence liable. |

| | | | | | |
|---|---|---|---|---|---|
| 7092244537 | 8/7/2014 | 1:47:11 AM | Daniel Wesley | GC | CRIVL | Discrepancy (NAME, ADD, SSN):; add Details: s Details: DJ Invalid/Inaccurate Credit Dispute Received |
| 7092244537 | 8/7/2014 | 1:47:13 AM | Daniel Wesley | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 8/7/2014 | 1:49:04 AM | Daniel Wesley | RS | ACDVRC | BWR Automated CDV

DAVID MAX DAUGHERTY

Control Number:999942100300881388

Subscriber Code:465FS01690

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:received from DAVID MAX DAUGHERTY

SSN: 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

Reporting to Credit Bureau:Checked in CIS Brwr has signed the note hence liable. |
| 7092244537 | 8/7/2014 | 1:49:09 AM | Daniel Wesley | RS | ACDVFC | Discrepancy (NAME, ADD, SSN):; add Details: s Details: DJ Form Completed and Sent Electronically (It is not mailed);

BWR Automated CDV

DAVID MAX DAUGHERTY

Control Number:999942100300881388

Subscriber Code:465FS01690

Borrower's concern with reporting:001:Not his/hers. Provide or confirm complete ID.

Reporting received from Credit Bureau:received from DAVID MAX DAUGHERTY

SSN: 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

Reporting to Credit Bureau:Checked in CIS Brwr has signed the note hence liable. |
| 7092244537 | 8/7/2014 | 1:49:11 AM | Daniel Wesley | GC | CRIVL | Discrepancy (NAME, ADD, SSN):; add Details: DJ Invalid/Inaccurate Credit Dispute Received |
| 7092244537 | 8/7/2014 | 1:49:14 AM | Daniel Wesley | RS | CRINQ | CR - CREDIT INQUIRY DISPUTE RECEIVED |
| 7092244537 | 8/8/2014 | 6:37:32 AM | Arshiya Kauser | TDAQ | TDAQ1 | REQUEST APPROVAL FOR ESC DISB OF 645.02 ESCROW TYPE 31 VENDOR WOOD CO ** LOAN HAS A HOLD CODE WITH NO-TAXDISB = 'Y' ** |

DD/OLS 001744

| LOANNUMBER | EFFECTIVE | RV | TRN | DESCRIPTION | NXT DUE/REF | REVERSED | PRINCIPAL | ESCROW | AMOUNT | PRINCIPAL | INTEREST | ESCROW | SUSPENSE | OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7092244537 | 9/14/2011 | | NLD | Loan Disbursement | NL NewLoan Setup Balances | | 85976.27 | 0 | -85976.27 | -85976.27 | 0 | 0 | 0 | 0 |
| 7092244537 | 9/14/2011 | | ESA | Escrow Balance Adjustment | NL NewLoan Setup Balances | | 85976.27 | -549.83 | -549.83 | 0 | 0 | -549.83 | 0 | 0 |
| 7092244537 | 1/20/2012 | | RMS | Regular Multiple/Spread Paymen | 10/26/2011 | | 85808.29 | -339.34 | 1077.03 | 167.98 | 698.56 | 210.49 | 0 | 0 |
| 7092244537 | 1/20/2012 | | RMS | Regular Multiple/Spread Paymen | 11/26/2011 | | 85638.94 | -128.85 | 1077.03 | 169.35 | 697.19 | 210.49 | 0 | 0 |
| 7092244537 | 2/10/2012 | | ETD | Tax Escrow Disbursement | 31 | | 85638.94 | -733.24 | -604.39 | 0 | 0 | -604.39 | 0 | 0 |
| 7092244537 | 3/27/2012 | | MS | Misc Susp Payment | | | 85638.94 | -733.24 | 200 | 0 | 0 | 0 | 200 | 0 |
| 7092244537 | 3/27/2012 | | MSA | Miscellaneous Suspense Adjustm | | | 85638.94 | -733.24 | -200 | 0 | 0 | 0 | -200 | 0 |
| 7092244537 | 3/27/2012 | | EXP | Expense Payment | | | 85638.94 | -733.24 | 200 | 0 | 0 | 0 | 0 | 200 |
| 7092244537 | 4/20/2012 | | RMR | Regular Multiple/Reinstatement | 12/26/2011 | | 85468.22 | -522.75 | 1087.03 | 170.72 | 695.82 | 210.49 | 0 | 10 |
| 7092244537 | 4/20/2012 | | RMR | Regular Multiple/Reinstatement | 1/26/2012 | | 85296.11 | -395.24 | 994.05 | 172.11 | 694.43 | 127.51 | 0 | 0 |
| 7092244537 | 4/20/2012 | | RMR | Regular Multiple/Reinstatement | 2/26/2012 | | 85122.6 | -267.73 | 994.05 | 173.51 | 693.03 | 127.51 | 0 | 0 |
| 7092244537 | 4/20/2012 | | RMR | Regular Multiple/Reinstatement | 3/26/2012 | | 84947.68 | -140.22 | 994.05 | 174.92 | 691.62 | 127.51 | 0 | 0 |
| 7092244537 | 4/20/2012 | | RMR | Regular Multiple/Reinstatement | 4/26/2012 | | 84771.34 | -12.71 | 994.05 | 176.34 | 690.2 | 127.51 | 0 | 0 |
| 7092244537 | 6/25/2012 | | RMS | Regular Multiple/Spread Paymen | 5/26/2012 | | 84593.57 | 114.8 | 994.05 | 177.77 | 688.77 | 127.51 | 0 | 0 |
| 7092244537 | 6/25/2012 | | RMS | Regular Multiple/Spread Paymen | 6/26/2012 | | 84414.35 | 242.31 | 999.05 | 179.22 | 687.32 | 127.51 | 0 | 5 |
| 7092244537 | 6/25/2012 | | PRP | Principal Payment | | | 84407.45 | 242.31 | 6.9 | 6.9 | 0 | 0 | 0 | 0 |
| 7092244537 | 7/19/2012 | | R | Regular Payment | 7/26/2012 | | 84226.72 | 369.82 | 994.05 | 180.73 | 685.81 | 127.51 | 0 | 0 |
| 7092244537 | 8/9/2012 | | R | Regular Payment | 8/26/2012 | | 84044.52 | 497.33 | 994.05 | 182.2 | 684.34 | 127.51 | 0 | 0 |
| 7092244537 | 8/10/2012 | | ETD | Tax Escrow Disbursement | 31 | | 84044.52 | -107.23 | -604.56 | 0 | 0 | -604.56 | 0 | 0 |
| 7092244537 | 8/29/2012 | | EID | Insurance Escrow Disb | 56 Lender placed Hazard Insurance | | 84044.52 | -555.69 | -448.46 | 0 | 0 | -448.46 | 0 | 0 |
| 7092244537 | 9/4/2012 | | R | Regular Payment | 9/26/2012 | | 83860.84 | -428.18 | 994.05 | 183.68 | 682.86 | 127.51 | 0 | 0 |
| 7092244537 | 9/6/2012 | | EIC | Insurance Escrow Credit | 56 Lender placed Hazard Insurance | | 83860.84 | 20.28 | 448.46 | 0 | 0 | 448.46 | 0 | 0 |
| 7092244537 | 10/1/2012 | | R | Regular Payment | 10/26/2012 | | 83675.67 | 147.79 | 994.05 | 185.17 | 681.37 | 127.51 | 0 | 0 |
| 7092244537 | 11/2/2012 | | R | Regular Payment | 11/26/2012 | | 83488.99 | 261.41 | 980.16 | 186.68 | 679.86 | 113.62 | 0 | 0 |
| 7092244537 | 12/14/2012 | | R | Regular Payment | 12/26/2012 | | 83300.8 | 375.03 | 980.16 | 188.19 | 678.35 | 113.62 | 0 | 0 |
| 7092244537 | 1/14/2013 | | R | Regular Payment | 1/26/2013 | | 83111.08 | 488.65 | 980.16 | 189.72 | 676.82 | 113.62 | 0 | 0 |
| 7092244537 | 2/4/2013 | | R | Regular Payment | 2/26/2013 | | 82919.82 | 602.27 | 980.16 | 191.26 | 675.28 | 113.62 | 0 | 0 |
| 7092244537 | 2/7/2013 | | ETD | Tax Escrow Disbursement | 31 | | 82919.82 | -2.29 | -604.56 | 0 | 0 | -604.56 | 0 | 0 |
| 7092244537 | 3/15/2013 | ** | R | Regular Payment | 3/26/2013 | 3/20/2013 | 82727 | 111.33 | 980.16 | 192.82 | 673.72 | 113.62 | 0 | 0 |
| 7092244537 | 3/20/2013 | CB | R | Regular Payment | 2/26/2013 | | 82919.82 | -2.29 | -980.16 | -192.82 | -673.72 | -113.62 | 0 | 0 |
| 7092244537 | 3/20/2013 | | RET | Payment Returned | 2/26/2013 | | 82919.82 | -2.29 | 980.16 | 0 | 0 | 0 | 0 | 980.16 |
| 7092244537 | 4/30/2013 | | RMS | Regular Multiple/Spread Paymen | 3/26/2013 | | 82727 | 111.33 | 1019.84 | 192.82 | 673.72 | 113.62 | 0 | 39.68 |

DD/OLS 001745

| Account | Date | | Type | Description | Post Date | Balance | Amount1 | Amount2 | Amount3 | Amount4 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7092244537 | 4/30/2013 | | RMS | Regular Multiple/Spread Paymen | 4/26/2013 | 82532.62 | 224.95 | 980.16 | 194.38 | 672.16 | 113.62 | 0 | 0 |
| 7092244537 | 5/30/2013 | | RMS | Regular Multiple/Spread Paymen | 5/26/2013 | 82336.66 | 338.57 | 965.48 | 195.96 | 670.58 | 113.62 | 0 | -14.68 |
| 7092244537 | 5/30/2013 | | RMS | Regular Multiple/Spread Paymen | 6/26/2013 | 82139.11 | 452.19 | 980.16 | 197.55 | 668.99 | 113.62 | 0 | 0 |
| 7092244537 | 7/1/2013 | | R | Regular Payment | 7/26/2013 | 81939.95 | 565.81 | 980.16 | 199.16 | 667.38 | 113.62 | 0 | 0 |
| 7092244537 | 8/1/2013 | | R | Regular Payment | 8/26/2013 | 81739.17 | 679.43 | 980.16 | 200.78 | 665.76 | 113.62 | 0 | 0 |
| 7092244537 | 8/15/2013 | | ETD | Tax Escrow Disbursement | 31 | 81739.17 | 65.53 | -613.9 | 0 | 0 | -613.9 | 0 | 0 |
| 7092244537 | 8/31/2013 | ** | R | Regular Payment | 9/6/2013 9/26/2013 | 81536.76 | 179.15 | 980.16 | 202.41 | 664.13 | 113.62 | 0 | 0 |
| 7092244537 | 9/6/2013 | CB | R | Regular Payment | 8/26/2013 | 81739.17 | 65.53 | -980.16 | -202.41 | -664.13 | -113.62 | 0 | 0 |
| 7092244537 | 9/6/2013 | | RET | Payment Returned | 8/26/2013 | 81739.17 | 65.53 | 980.16 | 0 | 0 | 0 | 0 | 980.16 |
| 7092244537 | 9/16/2013 | | R | Regular Payment | 9/26/2013 | 81536.76 | 179.15 | 980.16 | 202.41 | 664.13 | 113.62 | 0 | 0 |
| 7092244537 | 10/1/2013 | | R | Regular Payment | 10/26/2013 | 81332.71 | 292.77 | 980.16 | 204.05 | 662.49 | 113.62 | 0 | 0 |
| 7092244537 | 11/1/2013 | | R | Regular Payment | 11/26/2013 | 81127 | 406.39 | 980.16 | 205.71 | 660.83 | 113.62 | 0 | 0 |
| 7092244537 | 12/2/2013 | | R | Regular Payment | 12/26/2013 | 80919.62 | 507.93 | 968.08 | 207.38 | 659.16 | 101.54 | 0 | 0 |
| 7092244537 | 12/31/2013 | | R | Regular Payment | 1/26/2014 | 80710.55 | 609.47 | 968.08 | 209.07 | 657.47 | 101.54 | 0 | 0 |
| 7092244537 | 2/3/2014 | | R | Regular Payment | 2/26/2014 | 80499.78 | 711.01 | 968.08 | 210.77 | 655.77 | 101.54 | 0 | 0 |
| 7092244537 | 2/7/2014 | | ETD | Tax Escrow Disbursement | 31 | 80499.78 | 97.11 | -613.9 | 0 | 0 | -613.9 | 0 | 0 |
| 7092244537 | 3/4/2014 | | R | Regular Payment | 3/26/2014 | 80287.3 | 198.65 | 968.08 | 212.48 | 654.06 | 101.54 | 0 | 0 |
| 7092244537 | 3/31/2014 | | R | Regular Payment | 4/26/2014 | 80073.09 | 300.19 | 968.08 | 214.21 | 652.33 | 101.54 | 0 | 0 |
| 7092244537 | 5/1/2014 | | R | Regular Payment | 5/26/2014 | 79857.14 | 401.73 | 968.08 | 215.95 | 650.59 | 101.54 | 0 | 0 |
| 7092244537 | 6/2/2014 | | R | Regular Payment | 6/26/2014 | 79639.44 | 503.27 | 968.08 | 217.7 | 648.84 | 101.54 | 0 | 0 |
| 7092244537 | 6/30/2014 | | R | Regular Payment | 7/26/2014 | 79419.97 | 604.81 | 968.08 | 219.47 | 647.07 | 101.54 | 0 | 0 |
| 7092244537 | 8/1/2014 | | R | Regular Payment | 8/26/2014 | 79198.72 | 706.35 | 968.08 | 221.25 | 645.29 | 101.54 | 0 | 0 |

DD/OLS 001746