Ocwen

Loan Servicing

c/o Research Dept.

David Daugherty
Loan # 7092244537

1 of 3 Pages

CONFIDENTIAL                          DD/OLS 000570

03/19/14  11:29 AM

)AVID MAX DAUGHERTY
eport As Of: 3/16/2014

Page 2
CreditScore.com

## Credit Cards, Loans & Other Debt

ere you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on you port indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues.

### FIDELITY PROPERTIES IN

Potentially Negative

330-821-9700
220 E MAIN ST
ALLIANCE, OH 44601

|  | Experian | Equifax | TransUnion |
|---|---|---|---|
| Account Name | FIDELITY PROPERTIES IN | | FID COLECT |
| Account # | 431XXXX | | 431XXXX |
| Account Type | Collection Department / Agency / Attorney | | Collection Account |
| Balance | $115.00 | | $115.00 |
| Past Due | $115.00 | | |
| Date Opened | 7/1/2013 | | 7/24/2013 |
| Account Status | Closed | | Open |
| Mo. Payment | | | |
| Payment Status | Seriously past due date / assigned to attorney, collection agency, or credit grantor's internal collection department | | Collection account |
| High Balance | | | |
| Limit | | | |
| Terms | 1 Month | | |
| Comments | | | Placed for collection |

24/Mo Payment History

```
            2012                              2013                              2014
Month  APR MAY JUN JUL AUG SEP OCT NOV DEC JAN FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC JAN FEB MAR
Experian                                                                        KD  KD  KD  KD  KD  KD
Equifax
TransUnion
```

---

### OCWEN LOAN SERVICING

Potentially Negative

800-746-2936
1661 WORTHINGTON RD SUITE 100
WEST PALM BEACH, FL 33409

|  | Experian | Equifax | TransUnion |
|---|---|---|---|
| Account Name | | OCWEN LOAN SERVICING | |
| Account # | | 709224XXXX | |
| Account Type | | Real Estate | |
| Balance | | $85,639.00 | |
| Past Due | | $6,738.00 | |
| Date Opened | | 8/1/1999 | |
| Account Status | | Open | |
| Mo. Payment | | $1,077.00 | |
| Payment Status | | At least 120 days or more than four payments past due | |
| High Balance | | $100,813.00 | |
| Limit | | | |
| Terms | | | |
| Comments | | CONSUMER DISPUTES - REINVESTIGATION IN PROGRESS REAL ESTATE MORTGAGE | |

*INACCURATE* (handwritten, pointing to Equifax column)

24/Mo Payment History

```
            2012                              2013
Month  JAN FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC JAN FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC
Experian
Equifax      OK  OK  OK  OK  OK  OK  OK  OK  OK  OK       OK  OK         OK  OK      OK
TransUnion
```

*INACCURATE* (handwritten, with arrows pointing to MAR-DEC 2013 Equifax entries)

CONFIDENTIAL

DD/OLS 000571

David M. Daugherty
35 Valley View Dr.
Vienna, WV. 26105
(304) 615-3138
Fireboy1@suddenlink.net
March 17, 2014

Sir,
Research Dept.
Ocwen Loan Servicing
PO Box 24736
West Palm Beach, Fl. 33416-4736

Dear Sir,

This letter is to complain about service I recently received from Ocwen Loan Servicing and Equifax for this past year. Ocwen has my mortgage account #7092244537 that matures July 2014 with a balloon payment due at that time. That will require me to refinance the mortgage with the balance of $80,000.00. I have been working to secure a loan and came across in my credit report problems with the reporting of information on my account. Equifax has placed information on my credit report stating my account with Ocwen was 120 days late in the month of March 2013. They show it was 120 days late in the months of June and July 2013. They show it was 120 days late in the month of October 2013 and December of 2013. These statements are completely false! Equifax also shows that I have a past due balance right now of $6,128.00. I sure can see why I am having problems securing a new loan. I noticed on my account that there is no account statement listed on your website for June and July 2013. I was late in March 2013 when Ocwen's payment did not go through because my automatic payroll deposit did not go in the accounts on time, but it was paid the same day that was realized. We have disputed these reporting inaccuracies with Equifax several times and that claim they are correct. I also have a complaint with the total mortgage debt listed by Equifax showing that we owe a total of $168,750.00. We paid $105,000.00 originally for the house. I really appreciate those numbers too! My house has a value of $165,000.00, so I can understand why the negative reporting could be coming from Ocwen. I can only imagine Ocwen would want to have this corrected ASAP if the company is innocent. I had a consultation with a consumer credit attorney whom advised me to send Ocwen and Equifax notice that my rights concerning consumer credit are being extremely violated. Ocwen should immediately update all 3 credit agencies concerning my account and send letters to me showing this. I am planning to file a lawsuit if these inaccuracies cause a problem with the refinancing process with my house.

Sincerely,


David M. Daugherty