# Universal Data Form

| AUD Correction Indicator: | Update ☑ | Delete ☐ | Delete due to fraud ☐ | | |
|---|---|---|---|---|---|
| Subscriber Name: | Ocwen Loan Servicing, LLC | | | Equifax SC: | 447YC03611 |
| Subscriber Address: | 1661 Worthington Road / Suite 100, West Palm Beach, FL 33409 | | | Experian SC: | 6110081 |
| | | | | Innovis SC: | 2101391 |
| | | | | TU SC: | 813P004 |

## Consumer Information

| Last Name | First Name | Middle Name | Gen. | SSN | DOB |
|---|---|---|---|---|---|
| Daugherty | David | | | 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 | |

| Current Address | City | State | Zip+4 |
|---|---|---|---|
| 35 Valley View Drive | Vienna | WV | 26105 |

| Previous Last Name | Previous First Name | Previous Middle Name | Previous Gen. |
|---|---|---|---|
| | | | |

| Previous Address | City | State | Zip+4 |
|---|---|---|---|
| | | | |

| Consumer Information Indicator: | ECOA: 1 | Phone: |
|---|---|---|

## Employment Information

| Employer Name: | | Occupation: | |
|---|---|---|---|
| Current Address | City | State | Zip+4 |
| | | | |

## Associated Consumer Information

| Last Name | First Name | Middle Name | Gen. | SSN | DOB |
|---|---|---|---|---|---|
| | | | | | |

| Current Address | City | State | Zip+4 |
|---|---|---|---|
| | | | |

| Consumer Information Indicator: | ECOA: | Phone: |
|---|---|---|

| Last Name | First Name | Middle Name | Gen. | SSN | DOB |
|---|---|---|---|---|---|
| | | | | | |

| Address | City | State | Zip+4 |
|---|---|---|---|
| | | | |

| Consumer Information Indicator: | ECOA: | Phone: |
|---|---|---|

## Account Information

| Account Number | Date Opened | Current Balance | Amount Past Due | Portfolio Type | Credit Limit | High Credit | Schedule Monthly | SCC | CCC |
|---|---|---|---|---|---|---|---|---|---|
| 7092244537 | 07-20-1999 | $79857 | $0 | M | | $100860 | $968 | | XH |

| Term Dur./Freq. | Date Closed | Actual Payment | Date of Last Payment | Account Status | Payment Rating | Account Type | Interest Type Indicator | Date of Account Information | FCRA 1st Date of Delinquency | Original Charge-off Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 360/M | | $968 | 05-01-2014 | 11 | | 26 | | 05-31-2014 | | |

| Original Creditor Name | Creditor Classification | Mortgage Agency Identifier | Sec. Marketing Agency Id Account # | Specialized Payment Indicator |
|---|---|---|---|---|
| | | | | |

| Purchased Portfolio or Sold Name | Portfolio Indicator | Deferred Payment Start Date | Balloon Payment Due Date | Balloon Payment Amount |
|---|---|---|---|---|
| | | | | |

| Mortgage Id # | | AUD Control # | 70571752 |
|---|---|---|---|

## Account History

| D | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 1 | 0 | 4 | 3 | 2 | 3 | B | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - | - | - | - |

Submitted By: IVONNE HUMPHREYS  Tel#: (800) 390-4656
Date: 07-02-2014

By submitting this AUD, you certify that you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect the changes noted.

CONFIDENTIAL

DD/OLS 000310