### ACDV Response:

9999421003008813 8

| Account Number: | 7092244537 | SSN: | 232049020 |
|---|---|---|---|
| Consumer Name: | DAVID MAX DAUGHERTY | Control Number: | 99994210030088138 |
| Response Code: | 01:Account information accurate as of date | Subscriber Code: | 465FS01690 |
| Response Date: | 08/08/2014 | DF Contact Number: | |
| Response Due Date: | 08/15/2014 | DF Authorized Name: | Daniel John |

### Dispute Information:

| Dispute Code 1: | 001:Not his/hers. Provide or confirm complete ID. |
|---|---|
| Dispute Code 2: | 106:Disputes present/previous Account Status/Payment History Profile/Payment Rating. Verify Payment History Profile, Account Status, and Payment Rating. |
| FCRA Relevant Information: | |

### Consumer Information:

| | Request Data | Response Data | Same / Diff |
|---|---|---|---|
| Last Name: | DAUGHERTY | DAUGHERTY | Same |
| First Name: | DAVID | DAVID | Same |
| Middle Name: | MAX | | Unknown |
| Generation Code: | | | Unknown |
| Prev. Last Name: | | | Unknown |
| Prev. First Name: | | | Unknown |
| Prev. Middle Name: | | | Unknown |
| Prev. Generation Code: | | | |
| SSN: | 232049020 | 232049020 | Same |
| Date Of Birth: | 12/14/1957 | | Unknown |
| Telephone Number: | 3042956161 | | Unknown |
| ECOA Code: | 1:Individual | 1:Individual | |
| Street Address: | 35 VALLEY VIEW DR 35 | 35 VALLEY VIEW DR | Different |
| City: | VIENNA | VIENNA | |
| State: | WV:West Virginia | WV:West Virginia | |
| Zip: | 26105 | 26105 | |
| Prev. Street Address: | PO BOX 816 | | Unknown |
| Prev. City: | PARKERSBURG | | |
| Prev. State: | WV:West Virginia | | |
| Prev. Zip: | 26102 | | |
| 2nd Prev. Street Address: | VALLEYVIEW DR | | |
| 2nd Prev. City: | VIENNA | | |
| 2nd Prev. State: | WV:West Virginia | | |
| 2nd Prev. Zip: | 26105 | | |

### Account Information:

| | Request Data | Response Data |
|---|---|---|
| Account Status: | 82:Account 120 days past the due date. | |
| Payment Rating: | | |
| Cond. / Cum. Status: | | |
| CII: | | |
| MOP: | 05:Pays over 120 days; 5 or more payments past due | |
| CCC: | | |

DD/OLS 001363

9999421003008813B

| SCC: | BO:Foreclosure proceedings started. |
|---|---|
| Portfolio Type: | M:Mortgage |
| Account Type: | 08:Real Estate - Specific Type Unknown |
| Terms Duration: | 30 |
| Terms Frequency: | M:Monthly |
| Date Opened: | 08/01/1999 |
| Date of Account Information: | 06/23/2014 |
| Date of Last Payment: | 01/01/2012 |
| Date Closed: | |
| FCRA DOFD: | 10/01/2011 |
| Current Balance: | 85639 |
| Amount Past Due: | 6128 |
| High Credit / Original Amt.: | 100813 |
| Credit Limit: | |
| Original Charge Off Amount: | |
| Actual Payment: | 200 |
| Scheduled Monthly Payment: | 1077 |
| Original Creditor Name: | |
| Creditor Classification: | |
| Agency ID: | |
| Sec. Mktg. Agency Acct Num: | |
| Mortgage ID Number (MIN): | |
| Specialized Payment Ind.: | |
| Defrd. Payment Start Date: | |
| Balloon Payment Amt.: | |
| Balloon Payment Due Date: | |
| Portfolio Indicator: | |
| Purchased From / Sold To: | |
| Narrative / Remarks: | |

### Account History

| Year | | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | Req. | | | | | | - | - | 0 | 0 | 0 | 0 | 0 |
| | Resp. | | | | | | - | - | - | - | - | - | - |
| 2013 | Req. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | D | D |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2012 | Req. | D | D | D | D | D | D | D | D | D | 3 | 2 | 2 |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2011 | Req. | B | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2010 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2009 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2008 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2007 | Req | - | - | - | - | - | | | | | | | |
| | Res | - | - | - | - | - | | | | | | | |

### Associated Consumer Information

| Last Name: | | |
|---|---|---|
| First Name: | | |
| Middle Name: | | |
| Generation Code: | | |
| SSN: | | |
| Date Of Birth: | | |
| Telephone Number: | | |
| ECOA Code: | | |
| CII: | | |
| Street Address: | | |
| City: | | |
| State: | | |
| Zip: | | |
| Authorized Name: | Daniel John | |
| Date: | 08/08/2014 | |

When you sign this form, you certify that you have verified the accuracy of the entire item in compliance with all legal requirements and that your computer and/or manual records will be adjusted to reflect changes noted above.

V1.29

DD/OLS 001364