Alerts Center | CreditScore

Page 1 of 2

## CreditScore.com

Edit Profile · Logout

| HOME | ALERTS | SCORE | REPORT | ID PROTECTION | SAVINGS | RESOURCES |

### Alerts Center

We monitor your Experian®, Equifax®, and TransUnion® Credit Reports on a daily basis and will notify you every time a key change occurs. If you receive an Alert, be sure you review it right away to:

- Stay informed of new activity on your Credit Reports
- Compare your activity on all 3 Reports and Scores
- Know when your Experian Credit Score changes
- Catch early signs of suspicious activity

### Alert Settings

Customize the type of alerts you receive any time by updating your preferences in Edit Profile

Give yourself a NEW credit card that GIVES BACK
See the top cash-back and travel rewards cards.

Compare Cards Fast

View: All Alerts

Your Experian Credit Score dropped by 5 point(s)
Reported on 5/17/2014 by Experian — View Details

Your Risk Level changed to Very High
Reported on 5/17/2014 by Experian — View Details

NEW! A public record has been posted to your Credit Report
Reported on 5/13/2014 by TransUnion — View Details

NEW! CCB/BML has requested a copy of your Credit Report
Reported on 5/13/2014 by Equifax — View Details

NEW! A public record has been posted to your Credit Report
Reported on 5/10/2014 by Equifax — View Details

NEW! CHASE BANK USA N.A has requested a copy of your Credit Report
Reported on 5/9/2014 by Equifax — View Details

Potentially negative information has been posted to your Credit Report
Reported on 5/8/2014 by Equifax — View Details

NEW! CHASE BANK NA has requested a copy of your Credit Report
Reported on 5/8/2014 by Experian — View Details

NEW! A public record has been posted to your Credit Report
Reported on 5/8/2014 by Experian — View Details

NEW! Credco has requested a copy of your Credit Report
Reported on 4/26/2014 by Equifax — View Details

### Alert Details
Click on any Alert to the left to see details.



**Potentially Negative Alert**
Reported on 5/8/2014 by Equifax

| Company: | OCWEN LOAN SERVICING, LLC. |
| Balance Date: | 10/1/2011 |
| Current Balance: | $85639 |
| Status Date: | 5/1/2014 |
| Payment Status: | At least 120 days or more than four payments past due (5) |
| Company Phone: | 8007462936 |
| Company Address: | Attn: Research Dept 12650 Ingenuity Dr Orlando, FL 328262703 |

**What is Potentially Negative Information?**
An item is "potentially negative" when a creditor reports that you have not met the terms of your credit agreement. Negatively reported items include late payments, accounts that have been charged off, and accounts that have been sent to a collection agency. Most negative information remains on your Credit Report for seven years.

**What do I do now?**
If you believe that the information listed above is in anyway inaccurate, please contact the Dispute Center immediately.

Dispute Center

previous 1 2 3 4 5 6 next



**Are there changes to my Credit?**
Make sure all 3 of my Reports are accurate and up-to-date.
Get my 3 FREE Credit Scores for the whole picture.

Fast, secure delivery online!

See My 3!