Page 26

1    large refinance, such as the one at issue here,

2    simply on the basis of the consumer's

3    relationship with the bank; is that correct?

4        A.    Correct.

5        Q.    And so the last paragraph here,

6    paragraph 6, says:  "The Credit Union cannot

7    proceed with the loan after noting that Ocwen

8    reported to Equifax that his home is in

9    foreclosure."

10              Is that right?

11       A.    That's correct.

12       Q.    So what would be the next step --

13   after a credit report is run -- what would be

14   the next step in proceeding with the loan

15   application?

16       A.    They would make sure that the --

17   probably the next thing would be is make sure

18   that the debt-to-income ratio would fall in

19   line.

20       Q.    And how about after that?

21              MR. WOOFTER:  Jon, this is Andrew

22   Woofter.

23              Just to clarify, you're asking in the

24   event there would not have been a foreclosure or

1    bankruptcy listed on the credit report, correct?

2                    MR. KENNEY:   That's right.

3    BY MR. KENNEY:

4        Q.     I'm asking in your typical -- in your

5    typical loan, such as the one at issue here,

6    after a credit report is run, I'm just wondering

7    what the next steps are to proceed with the loan

8    application that would ultimately lead to

9    approve or denial.

10       A.     Yeah, you've got several factors that

11   would be involved.  You'd have to look at a

12   debt-to-income ratio.  You'd have to look at the

13   loan-to-value ratio.  Okay.  You'd have to look

14   at the number of tradelines the member may or

15   may not have.  There's several factors involved

16   in going through whether you're going to approve

17   or deny a loan.

18       Q.     And it's my understanding that there

19   was no debt-to-income ratio analysis that

20   occurred here, correct, with Mr. Daugherty?

21       A.     Correct.  Once the foreclosure was

22   reported, everything stopped at that point.

23       Q.     And there was no loan-to-value

24   analysis with Mr. Daugherty; is that correct?

Page 28

1      A.      Correct.

2      Q.      So even if Mr. Daugherty had no

3   foreclosure appearing on his credit report, it

4   is possible that he could have still been

5   ultimately denied for the loan depending on his

6   debt-to-income ratio and the loan-to-value?

7      A.      Yes, that's true.

8      Q.      Did Mr. Daugherty ever fill out a

9   formal credit application?

10     A.      I don't know, I wasn't in when Debbie

11  Lee took the application.  But I'm assuming he

12  did.

13     Q.      Is this a common practice that a

14  consumer would fill out a formal loan

15  application before a credit inquiry would be

16  run?

17     A.      Yes.

18     Q.      And when One Community runs their

19  credit check, is there a particular service that

20  they use?  For example, do they typically check

21  the TransUnion FICO score, Equifax or Experian?

22     A.      On the mortgages?  Mortgage loans are

23  what they call a Tri-Merge, they pull all three.

24  And then on the consumer side, we pull a

Page 29

1   TransUnion credit score.

2       Q.   I'm sorry, so who pulls the

3   TransUnion?

4       A.   On the consumer side, it's TransUnion.

5       Q.   Oh, for consumer loans it's a

6   TransUnion report, and for the mortgage loans,

7   it's a Tri-Merge; is that right?

8       A.   Yes, sir.

9       Q.   Okay.  I understand.

10          So going -- I'd like to discuss the

11  TransUnion report now that was produced.

12              MR. KENNEY:  And this is behind, I

13  believe this was produced in response to the

14  subpoena.  Let's just mark the documents that

15  were produced by One Community in response to

16  the subpoena -- and this is the file that's

17  behind tab 5.  We can just mark this as

18  Exhibit -- I believe we're on Exhibit 5 or 6; is

19  that right?

20              THE COURT REPORT:  This will be

21  Exhibit 5.

22                  *   *   *

23          (Whereupon, Napier Deposition Exhibit 5

24  was marked for purposes of

Page 30

1    identification.)

2                        *   *   *

3    BY MR. KENNEY:

4        Q.      Mr. Napier, the first page here of

5    Exhibit 5 is a CBCInnovis.  Do you see that?

6        A.      Yes, sir.

7        Q.      And it looks like it says:  "In File

8    Credit Report."

9                Is that right?

10       A.      Correct.

11       Q.      Can you tell me what that document is?

12       A.      This is the Tri-Merge report that

13   would be pulled for a mortgage application.

14       Q.      Okay.

15               And is this done -- is this done

16   internally within the bank?  Or how do you --

17   how does One Community obtain a Tri-Merge

18   report?

19       A.      We input the system, put the

20   information into the system.  And then it

21   creates the Tri-Merge report, and then we can

22   print it off for review.

23       Q.      When you say "the system," do you mean

24   One Community's own computer systems?

Page 31

1      A.      Yes.    And I think that ties in with

2    the CBC.

3      Q.      Okay.

4              And it looks like there's, on this

5    first page, there's a date received and a date

6    completed.   Do you see that?

7      A.      Yes, sir.

8      Q.      What are the differences between these

9    two dates?   What does "date received" mean?

10     A.      The date received I think is when it

11   was actually pulled.

12     Q.      And what does "date completed" mean?

13     A.      That, I'm not exactly sure.

14     Q.      So is it possible that this Tri-Merge

15   report was pulled on May 21, 2015, which is the

16   date completed date?

17     A.      No, more than likely it was done on

18   July of 2014.

19     Q.      Okay.

20             There looks like there's three bureaus

21   here, maybe.   It has Beacon, Empirica and Fair

22   Isaac score.   Can you tell what those are?

23     A.      Those would be the credit reports from

24   the -- if you look to the right of that, the

Page 32

1    EFX01, on that same Beacon 5.0 -- if you go to

2    the far right.  That EFX01 would be Equifax.  If

3    you drop down to the next block, the TRU would

4    be a TransUnion.  And then the XPN would be the

5    Experian credit reports.

6         Q.    And on the next page, it looks like

7    there are a couple entries here about tax liens;

8    is that right?

9         A.    Yes, sir.

10        Q.    And on the page after that, the next

11   page, it looks like there are some entries here

12   for Ocwen Loan Servicing.  Do you see that?

13        A.    Yes, sir, on the bottom of the page.

14        Q.    Yes.

15              And one of them says:  "Foreclosure

16   process started."

17              Do you see that one?

18        A.    Yes, sir.

19        Q.    And to the right of that, it says

20   EFX01; is that correct?

21        A.    Correct.

22        Q.    Does that mean that this foreclosure

23   was appearing on the Equifax report?

24        A.    Yes.

Page 33

1      Q.     And the entry above that, it also says

2   Ocwen Loan, and it has the same number.  Do you

3   see that?

4      A.     Correct.

5      Q.     Does that mean that these two entries

6   are for the same loan?

7      A.     That's what we weren't clear on.  It

8   could be.  I'm not real, real sure.  But if you

9   notice, the balances owing are different on

10  there, as far as the dollar amounts.

11     Q.     Right.

12            And this one also says EFX01; is that

13  right?

14     A.     Correct.

15     Q.     What does the TRU in parentheses mean?

16     A.     That, I'm not sure.

17     Q.     So other than this Tri-Merge report,

18  was there ever a formal, solely Equifax report

19  run by One Community?

20     A.     No, sir.

21     Q.     So where it says here the foreclosure

22  process started, is this how One Community knew

23  that Mr. Daugherty's credit file was showing a

24  foreclosure?

Page 34

1      A.      Correct.

2      Q.      Did you review any other documents

3  that indicated that Mr. Daugherty's credit file

4  was showing a foreclosure?

5      A.      No, sir.

6      Q.      And so is it fair to say that the only

7  way One Community knew that Equifax was

8  reporting a foreclosure is just by this

9  Tri-Merge report?

10     A.      Correct.

11     Q.      And I'd like to just -- if we keep

12  turning a couple pages, I believe it's actually

13  the last, the last three pages here.  This looks

14  to be another credit report.  It looks like a

15  TransUnion credit report.

16          And just let me know when you're

17  there.

18     A.      (Witness complies.)

19          Okay.

20     Q.      And the inquiry date here is May 21,

21  2015, as well; is that right?

22     A.      Yes, sir.

23     Q.      Do you know what that date means,

24  what's the significance of that date?

Page 35

1    A.    That's when the credit report would

2    have been pulled.

3    Q.    So this credit report wasn't pulled

4    until May 21, 2015?

5    A.    Correct.

6    Q.    And do you recall why this particular

7    credit report was pulled?

8    A.    I think this had to do with the

9    consumer loan that Mr. Daugherty applied for in

10   regards to his van repairs.

11   Q.    So it's your understanding that this

12   TransUnion report was irrelevant with regard to

13   the refinance, the mortgage loan; is that right?

14   A.    That is correct.

15   Q.    And as we discussed, the inquiry date

16   here, 5/21/15 -- and just going back to that

17   Tri-Merge report, we discussed the date

18   completed says 5/21/15 as well.

19   A.    Right.

20   Q.    Is it possible that both of these

21   reports were run on the same day?

22   A.    It's possible, but I wouldn't see why.

23   But, again, I wasn't in with the initial

24   interview with Mr. Daugherty on his refinance of

Page 36

1   his mortgage, or his inquiry on the consumer

2   loan.

3        Q.    And so this consumer loan that we're

4   talking about is for the vehicle, correct?

5        A.    Correct.

6        Q.    And under the report date here, it

7   says 7/22/2014.  Is it possible that that could

8   have been the date that this credit report was

9   pulled?

10       A.    It's possible, but more than likely it

11  was probably May 21 of 2015.

12       Q.    Well, going back to those computer

13  notes that we had previously discussed, I know

14  those notes were regarding the consumer loan,

15  the car loan.  And those notes were dated

16  July 23, '14, which is the day after this credit

17  report report date is dated.

18       A.    Uh-huh.

19       Q.    Is it possible that this report was

20  run with regard to the consumer loan in July

21  2014?

22       A.    Yes.

23       Q.    And going through this TransUnion

24  report, you would agree that there's no mention

Page 37

1  of a foreclosure on this report, correct?

2       A.    No mention of a foreclosure on this

3  one.

4       Q.    I know we had talked earlier about

5  how -- because you saw the foreclosure on the

6  Tri-Merge report, the application process ended

7  there, correct?

8       A.    Yes, sir.

9       Q.    Was there any formal denial letter

10  that was sent to Mr. Daugherty?

11      A.    I'm not so sure if there was one or

12  not.  I'd have to check with Debbie Lee and see.

13  Generally there's an adverse -- what we call an

14  adverse action that's sent.

15      Q.    Sure.

16            I just have a few more questions for

17  you.  I appreciate your patience.

18      A.    No problem.

19      Q.    I'd like to just turn to some notes.

20            MR. KENNEY:  This is behind tab 9,

21  and these look to be just handwritten notes.

22  Let's mark this Exhibit 6.

23                    *   *   *

24            (Whereupon, Napier Deposition Exhibit 6

Page 38

1    was marked for purposes of

2    identification.)

3                           *   *   *

4    BY MR. KENNEY:

5         Q.    Mr. Napier, are you familiar with

6    these notes?

7         A.    Yes, sir.

8         Q.    And who are those noted created by?

9         A.    Created my me.

10        Q.    Is that your signature at the bottom

11   of the page?

12        A.    Yes, sir, it is.

13        Q.    And the notes say -- the notes say --

14   it looks like it was dated June 5, 2015,

15   correct?

16        A.    Correct.

17        Q.    And it says -- looks like it says:

18   "Dave gave me permission to talk to Jed

19   concerning any of his accounts.  I gave Dave a

20   copy of this packet and informed him he

21   needed -- if he needed anything, to let us

22   know."

23              Is that right?

24        A.    Correct.

Page 39

1      Q.     And did you ever speak directly with

2  Mr. Daugherty's attorney?

3      A.     Yes.

4      Q.     And what was the nature of that

5  conversation?

6      A.     He just basically was filling me in on

7  what was going on, as far as Mr. Daugherty's

8  complaint.

9      Q.     And how many times would you say that

10  you had met with Mr. Daugherty's attorney?

11      A.     I think I only talked to him once, on

12  the phone.

13      Q.     And during that conversation when you

14  talked about the basis of the complaint, did you

15  talk about anything else?

16      A.     No, not really.

17      Q.     And did you tell Mr. Daugherty's

18  attorney that he was denied a refinance loan?

19      A.     Yes, I did.

20      Q.     And did you tell him that the formal

21  application was never completed because the

22  tradelines -- or the Tri-Merge report showed a

23  foreclosure?

24      A.     I don't remember if I told him that or

Page 40

1    not.   I just know that once we saw the
2    foreclosure, we would have stopped the process.
3         Q.    Do you recall if you ever told him
4    that the TransUnion report was not showing a
5    foreclosure on it?
6         A.    I don't recall.
7         Q.    Did you speak with Mr. Daugherty's
8    attorney regarding anything that we have not
9    previously discussed?
10        A.    Not that I'm aware of.
11        Q.    And did you seek assistance from
12   anyone outside of One Community when reviewing
13   or working on Mr. Daugherty's credit file?
14        A.    No, we did not.
15        Q.    Okay.
16             And is there anything that you talked
17   about with Mr. Daugherty or his attorney that
18   we've not discussed here today?
19        A.    Not that I'm aware of.
20        Q.    Okay.
21             I think that's all the questions I
22   have for you, Mr. Napier.
23        A.    All right, sir.
24        Q.    I'll turn you over to Jed, if he has

Page 41

1   any questions for you.

2                       *   *   *

3                 E X A M I N A T I O N

4   BY MR. NOLAN:

5       Q.    Hello, Mr. Napier.  Thanks for meeting

6   with us today.

7       A.    No problem.

8       Q.    I have just a couple questions.

9             You denied Mr. Daugherty's mortgage

10  loan application because of foreclosure,

11  correct?

12      A.    Yes, sir.

13      Q.    Now, when you pulled his consumer

14  credit report from TransUnion, there was no

15  foreclosure, correct?

16      A.    Correct.

17      Q.    But the TransUnion file did have other

18  adverse tradelines, correct?

19      A.    Yes, sir.

20      Q.    Such as tax liens and medical bills;

21  is that correct?

22      A.    Yes, sir.

23      Q.    And despite those other negative

24  tradelines on his credit report, you still

Page 42

1   extended a loan to Mr. Daugherty; is that

2   correct?

3       A.    Yes, we did.

4       Q.    Had there been a foreclosure on the

5   TransUnion report, would you have extended him a

6   loan on the consumer application?

7       A.    Repeat that again, please.

8       Q.    Sorry.

9           If the foreclosure had appeared on his

10  TransUnion credit report during his consumer

11  loan application, would you have granted his

12  application?

13      A.    For a consumer loan?  Probably not.

14      Q.    So but for the foreclosure -- strike

15  that.

16          Once One Community saw the foreclosure

17  notation on the Tri-Merge application, they

18  immediately denied his application, correct?

19      A.    Correct.

20              MR. NOLAN:  I don't have any

21  further questions.

22                  *   *   *

23

24

Page 43

1                    E X A M I N A T I O N

2    BY MR. KENNEY:

3       Q.    Mr. Napier, I have a few follow-up

4    questions.

5             We discussed earlier that the

6    processes for applying for a consumer loan are

7    different than the processes for applying for a

8    mortgage loan, correct?

9       A.    Correct.

10      Q.    And is it fair to say that the

11   processes for applying for a mortgage loan is a

12   bit more strict than applying for a consumer

13   loan of lesser value?

14      A.    Yes, that would be a fair assessment.

15      Q.    And you had previously said that had

16   the foreclosure appeared on Mr. Daugherty's

17   TransUnion report, you would likely have denied

18   him the consumer loan; is that right?

19      A.    Correct.

20      Q.    Is it fair to say that despite the

21   fact that the foreclosure was not appearing on

22   the TransUnion report, you knew that there was a

23   foreclosure appearing on his Equifax report, or

24   at least on a Tri-Merge report, at the time the

Page 44

1    loan was granted?

2        A.     Yes.

3        Q.     So despite the fact that you knew that

4    there was a foreclosure report appearing on his

5    credit report, One Community still offered the

6    loan to him simply because that foreclosure

7    didn't appear on the TransUnion report?

8        A.     No, chances are if we had pulled only

9    a TransUnion credit report, we would not have

10   known.  But for conversation sake, if the

11   foreclosure was on the TransUnion report and he

12   had applied for a consumer loan, he would have

13   been denied.

14       Q.     So before the TransUnion report was

15   run, One Community knew that a foreclosure was

16   appearing on the Tri-Merge report, correct?

17       A.     Correct.

18       Q.     So One Community knew that the

19   foreclosure was appearing, but offered the loan

20   for the -- the consumer loan, because it didn't

21   show up on the TransUnion report; is that right?

22       A.     That, and the circumstances.

23       Q.     And what circumstances are those?

24       A.     That he was trying to dispute that on

Page 45

1    his credit report.

2        Q.    Okay.

3              I don't think I have any further

4    questions for you.

5        A.    Okay.  Thank you.

6        Q.    I appreciate your time.  Thanks again,

7    we really do appreciate it.

8        A.    All right, sir.

9        Q.    Oh, I'm sorry, Jed has another

10   question for you.

11             MR. NOLAN:  I'm sorry.  It will be

12   quick.

13                    *   *   *

14             E X A M I N A T I O N

15   BY MR. NOLAN:

16       Q.    You testified that the foreclosure was

17   a stop sign, so to speak, on his credit

18   application, correct?

19       A.    Repeat that again.  Was a what sign?

20       Q.    A stop sign.

21       A.    Yes.  Yes.

22       Q.    Is a tax lien a stop sign on a

23   mortgage application?

24       A.    Not always.

```
                                              Page 46
 1      Q.     And were other negative tradelines a
 2   stop sign on his mortgage application?
 3      A.     Not in every circumstance, no.
 4              MR. NOLAN:  That's all I have.
 5              MR. KENNEY:  I'll just follow up
 6   with one last thing.
 7                    *   *   *
 8              E X A M I N A T I O N
 9   BY MR. KENNEY:
10      Q.     You said "not always."  But it is
11   possible that tax liens could be a stop sign on
12   a mortgage application; is that correct?
13      A.     Yes, sir.
14      Q.     Okay.
15      A.     Again, it's going to have to be looked
16   at on an individual case.
17      Q.     Sure, sure.
18      A.     If it's a small tax lien or a large
19   tax lien, you know.
20      Q.     Sure.
21              And I think that's all the questions
22   we have for you.
23      A.     Okay, gentlemen.  Appreciate it.
24              MR. WOOFTER:  He'll waive review
```

Page 47

1    and signature.

2                    THE COURT REPORTER:  Are you

3    gentlemen ordering your transcripts?

4                    MR. KENNEY:  Yes.  This is Jon

5    Kenney.  I'd like an E-tran with electronic

6    exhibits.  I'm sorry, we don't need any

7    exhibits, I have all those.  So just an E-tran

8    and just regular delivery.

9                    THE COURT REPORTER:  Mr. Nolan?

10                    MR. NOLAN:  Yes, I'll take a

11    condensed copy, regular delivery is fine.

12                    THE COURT REPORTER:  Thank you.

13                        *   *   *

14                    (Whereupon, this deposition was

15    concluded at 2:54 p.m.)

16                        *   *   *

17

18

19

20

21

22

23

24

Page 48

```
 1   THE STATE OF    :
     WEST VIRGINIA   :
 2                   :   SS:   C E R T I F I C A T E
     COUNTY OF OHIO  :
 3
 4           I, CONNIE M. NICHOLS, Registered
     Professional Reporter, do hereby certify that
 5   the testimony given by the within-named witness,
     STEVEN F. NAPIER, was by me reduced to stenotype
 6   in the presence of the witness; afterwards
     reduced to Computer Aided Transcription under my
 7   direction and control; that the foregoing is a
     true and correct transcription of the testimony
 8   given by said witness.
 9           I do further certify that this
     testimony was taken at the time and place in the
10   foregoing caption specified; that the reading
     and signing was not requested, and this
11   deposition was completed without adjournment.
12           I do further certify that I am not a
     relative, counsel or attorney of either party,
13   or otherwise interested in the event of this
     action.
14
             I, to the best of my ability, do
15   further certify that the attached transcript
     meets the requirements set forth within
16   Article 27, Chapter 47 of the West Virginia
     Code.
17
             IN WITNESS THEREOF, I have hereunto
18   set my hand in Wheeling, West Virginia, on the
     1st day of September, 2015.
19
20
                     _____
21                   CONNIE M. NICHOLS
                     Registered Professional Reporter
22
23
24
```

Page 49

```
1    THE STATE OF      :
     WEST VIRGINIA     :
2                      :   SS:   C E R T I F I C A T E
     COUNTY OF OHIO    :
3
4            I, CONNIE M. NICHOLS, Notary Public
     within and for the State of West Virginia, duly
5    commissioned and qualified, do hereby certify
     that the within-named witness, STEVEN F. NAPIER,
6    was by me duly sworn to testify to the truth,
     the whole truth and nothing but the truth in the
7    cause aforesaid.
8
             I do further certify that I am not a
9    relative, counsel or attorney of either party,
     or otherwise interested in the event of this
10   action.
11
             I, to the best of my ability, do
12   further certify that the attached transcript
     meets the requirements set forth within
13   Article 27, Chapter 47 of the West Virginia
     Code.
14
15           I further certify that the reading and
     signing of the transcript was not requested.
16
17           IN WITNESS THEREOF, I have hereunto
     set my hand and affixed my seal of office at
18   Wheeling, West Virginia, on the 1st day of
     September, 2015.
19
20
                       _____
21                     CONNIE M. NICHOLS
                       Notary Public within and for the
22                     State of West Virginia
23   My Commission expires:
     October 16, 2016
24
```

[& - bankruptcy]

| & | |
| --- | --- |
| **&** 2:3 | |

**0**

**001** 19:1,2

**1**

**1** 3:9 11:24 12:2
**10** 14:7,9
**10:38** 19:16
**12** 3:9,11
**14** 36:16
**1502** 1:20
**16** 49:23
**18** 3:13
**1995** 9:17
**1st** 48:18 49:18

**2**

**2** 3:11 12:17,19
**2000** 2:9
**2006** 9:16
**201** 2:14
**2014** 17:15 19:15
  21:6 22:17 31:18
  36:21
**2015** 1:22 31:15
  34:21 35:4 36:11
  38:14 48:18 49:18
**2016** 49:23
**21** 1:22 31:15 34:20
  35:4 36:11
**2123679** 1:24
**222** 2:9
**23** 3:14 19:15 36:16
**23462** 2:9
**24** 21:5 22:16
**24506** 1:4
**25840** 2:4
**26101** 2:14
**27** 48:16 49:13
**29** 3:15
**2:06** 1:22
**2:54** 47:15

**3**

**3** 3:13 11:23 18:6,8
**30** 4:21 5:2
**304** 2:5,15
**37** 3:17

**4**

**4** 3:4,14 23:2,4,17
**41** 3:5
**429** 2:14
**43** 3:4
**45** 3:5
**46** 3:4
**47** 48:16 49:13

**5**

**5** 3:15 24:18 29:17
  29:18,21,23 30:5
  38:14
**5.0** 32:1
**5/14/1965** 4:10
**5/21/15** 35:16,18
**5493** 2:4
**574-8038** 2:5
**5:14** 1:4

**6**

**6** 3:17 4:21 5:2 23:1
  26:6 29:18 37:22,24
**687-7500** 2:10

**7**

**7** 18:5
**7/22/2014** 36:7
**731** 19:2
**757** 2:10

**8**

**834-1145** 2:15

**9**

**9** 37:20

**a**

**a.m.** 19:16
**ability** 6:10 48:14
  49:11

**able** 8:22
**accounts** 38:19
**accurately** 6:11
**action** 1:4 37:14
  48:13 49:10
**address** 22:10
**adjournment** 48:11
**administration** 9:11
**adverse** 25:16,22
  37:13,14 41:18
**affect** 6:14
**affidavit** 3:14 22:24
  23:12,15 24:17
**affixed** 49:17
**aforesaid** 49:7
**agent** 5:7
**ago** 13:24 14:1,4,9
**agree** 36:24
**aided** 48:6
**allowed** 15:18
**amended** 3:11 12:15
**amounts** 33:10
**analysis** 27:19,24
**andrew** 2:13,13
  6:19 26:21
**answer** 5:13,14,24
**answers** 13:15
**anyway** 5:10
**appear** 44:7
**appeared** 15:11
  42:9 43:16
**appearing** 16:15
  19:23 24:3,9 25:17
  28:3 32:23 43:21,23
  44:4,16,19
**appears** 19:15 20:23
**applicant** 23:20
**application** 22:4,8
  22:10 24:5 26:15
  27:8 28:9,11,15
  30:13 37:6 39:21
  41:10 42:6,11,12,17
  42:18 45:18,23 46:2
  46:12

**applied** 18:19 21:23
  35:9 44:12
**applying** 15:10
  21:17,21 43:6,7,11
  43:12
**appreciate** 37:17
  45:6,7 46:23
**approve** 25:11,19,24
  27:9,16
**approved** 22:20
**approximately** 6:20
  11:12
**approximation** 14:6
**article** 48:16 49:13
**asking** 5:12 20:10
  26:23 27:4
**assessment** 43:14
**assistance** 40:11
**assistant** 11:9,14
**assuming** 28:11
**attached** 48:15
  49:12
**attempting** 15:22
**attention** 15:24
**attorney** 2:6,16 4:12
  7:10 39:2,10,18
  40:8,17 48:12 49:9
**attorneys** 2:11
**august** 1:22
**avenue** 1:21 2:9
**aware** 8:2 19:23
  40:10,19

**b**

**b** 3:7 4:21 5:2
**bachelor's** 9:10
  10:14
**back** 24:17 35:16
  36:12
**balances** 33:9
**bank** 10:20 25:21
  26:3 30:16
**bankruptcy** 15:17
  23:20 27:1

[basically - daugherty]                                                                 Page 2

**basically** 8:14 11:10
16:19 18:18 39:6
**basis** 25:20 26:2
39:14
**beach** 2:9
**beacon** 31:21 32:1
**beckley** 1:3
**believe** 11:22 17:1
18:4 20:11 21:7
29:13,18 34:12
**belongs** 19:3
**best** 48:14 49:11
**bills** 41:20
**binding** 13:16
**birth** 4:9
**bit** 43:12
**block** 32:3
**bottom** 25:7 32:13
38:10
**branches** 11:15
**break** 6:5
**briefly** 7:15
**brooks** 7:14
**brought** 15:23
**bureau** 8:12,21
**bureaus** 31:20
**burgess** 2:3
**business** 9:10,16
21:8

**c**

**c** 2:1,13,13 48:2,2
49:2,2
**call** 28:23 37:13
**capacity** 5:4 13:12
**caption** 48:10
**car** 14:22 15:2 20:17
36:15
**care** 5:15
**case** 4:13 8:3,19
13:22 46:16
**cause** 49:7
**cbc** 31:2
**cbcinnovis** 30:5

**central** 1:21 2:9
**ceo** 7:11
**certainty** 25:3
**certify** 48:4,9,12,15
49:5,8,12,15
**chance** 6:24 8:5 12:7
12:24
**chances** 44:8
**chapter** 48:16 49:13
**check** 22:12,15
28:19,20 37:12
**circumstance** 46:3
**circumstances**
44:22,23
**civil** 1:4
**clarify** 26:23
**clear** 33:7
**client** 8:18
**code** 48:16 49:13
**collection** 11:17
**collections** 5:6 11:3
11:10 24:20
**college** 9:11
**come** 21:22,24
**comes** 21:10
**comfortable** 22:2
**commencing** 1:22
**comments** 18:19
**commission** 49:23
**commissioned** 49:5
**common** 25:11
28:13
**community** 2:16
3:12 4:22 9:14,15
9:19,22 10:1 11:2,4
11:5 12:15 13:13,17
14:12,13,15,20,24
15:15,21 16:5,8,14
16:23 17:7 18:24
23:18 25:4,12,19,24
28:18 29:15 30:17
33:19,22 34:7 40:12
42:16 44:5,15,18
**community's** 30:24

**complaint** 8:3,6
39:8,14
**completed** 31:6,12
31:16 35:18 39:21
48:11
**complies** 34:18
**computer** 3:13 18:3
30:24 36:12 48:6
**concerning** 38:19
**concluded** 47:15
**condensed** 47:11
**condition** 6:10
**connection** 24:13
**connie** 1:17 48:4,21
49:4,21
**consumer** 19:13
20:23 21:18,19 22:5
25:19 28:14,24 29:4
29:5 35:9 36:1,3,14
36:20 41:13 42:6,10
42:13 43:6,12,18
44:12,20
**consumer's** 25:17
25:23 26:2
**context** 24:1
**control** 48:7
**conversation** 7:16
39:5,13 44:10
**copy** 38:20 47:11
**correct** 16:12,19
19:10,12,13,20
20:19,24 21:1 22:21
23:13,14 24:6,23
25:5,6 26:3,4,11
27:1,20,21,24 28:1
30:10 32:20,21 33:4
33:14 34:1,10 35:5
35:14 36:4,5 37:1,7
38:15,16,24 41:11
41:15,16,18,21 42:2
42:18,19 43:8,9,19
44:16,17 45:18
46:12 48:7
**corrected** 8:23

**correctly** 21:24
**counsel** 48:12 49:9
**county** 48:2 49:2
**couple** 5:9 9:6 13:20
14:20 17:24 19:22
32:7 34:12 41:8
**court** 1:1 5:16,19
29:20 47:2,9,12
**cover** 21:9
**created** 38:8,9
**creates** 30:21
**credit** 2:16 4:22
8:12,21,23 9:16
10:9,16 11:5,7,8
14:1,3 15:10,11
16:8,11,16,18,20
19:24 22:12,15
23:18 24:3,10,11,14
24:19,20,22 25:9,17
25:23 26:6,13 27:1
27:6 28:3,9,15,19
29:1 30:8 31:23
32:5 33:23 34:3,14
34:15 35:1,3,7 36:8
36:16 40:13 41:14
41:24 42:10 44:5,9
45:1,17
**cross** 3:2
**curious** 7:17
**current** 9:18
**cv** 1:4

**d**

**d** 3:1
**darling** 19:4,7 21:23
**date** 4:9 19:18 31:5
31:5,9,10,12,16,16
34:20,23,24 35:15
35:17 36:6,8,17
**dated** 19:15 21:5
36:15,17 38:14
**dates** 16:6 17:21
31:9
**daugherty** 1:6 8:3
13:22,23 14:13,14

[daugherty - generally]                                                Page 3

14:19 15:20 16:22
17:7 19:8 21:17
24:12,18,21 25:8
27:20,24 28:2,8
35:9,24 37:10 40:17
42:1
**daugherty's** 19:24
24:3 33:23 34:3
39:2,7,10,17 40:7
40:13 41:9 43:16
**dave** 21:7 38:18,19
**david** 1:6 15:4
**day** 35:21 36:16
48:18 49:18
**dealt** 15:4,5
**debbie** 15:14,23
17:1,11,18 18:23
24:11 28:10 37:12
**debt** 26:18 27:12,19
28:6
**defendant** 4:13
**defendants** 1:12
2:11
**degree** 9:10
**delivery** 47:8,11
**denial** 27:9 37:9
**denied** 15:10 28:5
39:18 41:9 42:18
43:17 44:13
**deny** 27:17
**depending** 28:5
**depends** 25:14
**deposed** 4:3
**deposition** 1:8 3:9
3:11 4:15,15,19,22
6:18 7:7,10,18,21
11:21 12:2,15,19
13:5 18:8 23:4
29:23 37:24 47:14
48:11
**depositions** 5:1,2,3
**describe** 18:16
**description** 3:8
**designated** 13:4,8

**despite** 41:23 43:20
44:3
**differences** 31:8
**different** 33:9 43:7
**direct** 3:2 19:8
**direction** 48:7
**directly** 15:5,6 39:1
**discuss** 7:7 16:23
29:10
**discussed** 15:9
35:15,17 36:13 40:9
40:18 43:5
**dispute** 44:24
**district** 1:1,2
**division** 1:3
**document** 7:2 12:8
13:1 23:10 30:11
**documents** 3:15
6:22 7:1 17:24
29:14 34:2
**doing** 15:19
**dollar** 33:10
**dozen** 4:20
**drop** 32:3
**duly** 4:3 49:4,6
**duties** 10:5,7

**e**

**e** 2:1,1 3:1,7 4:6
41:3 43:1 45:14
46:8 47:5,7 48:2,2
49:2,2
**earlier** 11:1 37:4
43:5
**education** 9:8,9
**efforts** 11:18
**efx01** 32:1,2,20
33:12
**either** 10:21 48:12
49:9
**electronic** 47:5
**empirica** 31:21
**employee** 18:24
**employees** 17:6

**employment** 10:1
11:4
**ended** 37:6
**ends** 23:19
**entered** 19:19
**entire** 9:24
**entitled** 1:16
**entries** 32:7,11 33:5
**entry** 21:4,14 33:1
**equifax** 1:9 26:8
28:21 32:2,23 33:18
34:7 43:23
**error** 8:12,22 16:11
**esq** 2:3,8,13
**event** 26:24 48:13
49:9
**exact** 16:6
**exactly** 17:21 31:13
**examined** 4:3
**example** 28:20
**executed** 23:13
**exhibit** 3:9,11,13,14
3:15,17 11:24 12:2
12:17,19 18:6,8
23:2,4 29:18,18,21
29:23 30:5 37:22,24
**exhibits** 47:6,7
**experian** 28:21 32:5
**expires** 49:23
**explained** 7:20,23
**extended** 42:1,5

**f**

**f** 1:9 3:3,10 4:2,10
48:2,5 49:2,5
**fact** 15:8 43:21 44:3
**factors** 27:10,15
**fair** 9:24 31:21 34:6
43:10,14,20
**fall** 26:18
**familiar** 18:13 23:9
38:5
**far** 10:7,9,17 15:18
32:2 33:10 39:7

**fayetteville** 2:4
**federal** 2:16 4:22
11:5,7 20:5,6 23:18
**fico** 28:21
**field** 5:6
**file** 19:12 29:16 30:7
33:23 34:3 40:13
41:17
**filed** 8:3
**fill** 28:8,14
**filling** 39:6
**fine** 47:11
**first** 4:3 8:8 13:23
15:14,21 16:4 17:17
18:1 19:14 30:4
31:5
**follow** 43:3 46:5
**follows** 4:4
**foreclosure** 15:17
16:2,9 23:21 24:3,9
26:9,24 27:21 28:3
32:15,22 33:21,24
34:4,8 37:1,2,5
39:23 40:2,5 41:10
41:15 42:4,9,14,16
43:16,21,23 44:4,6
44:11,15,19 45:16
**foregoing** 48:7,10
**formal** 22:4 28:9,14
33:18 37:9 39:20
**former** 14:1
**formerly** 11:8
**forth** 13:4 48:15
49:12
**frame** 17:16
**friday** 1:22
**further** 15:19 16:3
24:4,7 42:21 45:3
48:9,12,15 49:8,12
49:15

**g**

**general** 10:8
**generally** 18:16
37:13

[gentlemen - m]                                                                                      Page 4

**gentlemen** 46:23
  47:3
**getting** 9:3
**give** 5:15,24 13:16
**given** 4:15,18,21 5:1
  48:5,8
**glenville** 9:11
**go** 5:9 6:6 22:9 32:1
**going** 19:21 24:17
  27:16,16 29:10
  35:16 36:12,23 39:7
  46:15
**gotten** 14:22
**grand** 1:20
**granted** 42:11 44:1
**granting** 22:2
**ground** 5:9
**guess** 14:8 17:14

**h**

**h** 3:7
**half** 4:20 6:20
**hamilton** 2:3
**hamiltonburgess.c...**
  2:5
**hand** 48:18 49:17
**handwritten** 3:17
  37:21
**happy** 6:3,6
**hard** 9:3
**he'll** 46:24
**held** 1:19
**hello** 41:5
**hereunto** 48:17
  49:17
**heritage** 11:7
**highest** 9:8
**hinder** 6:10
**hired** 9:21
**history** 24:21 25:9
**home** 26:8
**hour** 6:10
**house** 15:13 20:12
**huh** 36:18

**i**

**identification** 12:4
  12:21 18:10 23:6
  30:1 38:2
**iii** 2:13,13
**imagine** 20:18
**immediately** 42:18
**important** 5:22
**included** 21:8
**income** 21:8 22:11
  26:18 27:12,19 28:6
**incorrectly** 8:13
**indicated** 34:3
**individual** 25:15
  46:16
**industry** 11:3
**info** 2:15
**information** 1:9
  30:20
**informed** 38:20
**initial** 35:23
**input** 30:19
**inquiry** 24:4,14
  28:15 34:20 35:15
  36:1
**institutions** 10:23
**interact** 15:1
**interaction** 19:8
**interested** 48:13
  49:9
**internal** 10:19
**internally** 30:16
**interview** 35:24
**involve** 22:8
**involved** 27:11,15
**irrelevant** 35:12
**irs** 11:8
**isaac** 31:22
**issue** 26:1 27:5
**issues** 16:11

**j**

**jed** 2:3 38:18 40:24
  45:9

**jnolan** 2:5
**job** 1:24
**jon** 2:8 4:12 26:21
  47:4
**jon.kenney** 2:10
**july** 19:15 21:5
  22:16 31:18 36:16
  36:20
**june** 38:14

**k**

**keep** 34:11
**kenney** 2:8 3:4 4:7
  4:12 11:22 12:6,16
  12:23 18:4,12 23:1
  23:8 27:2,3 29:12
  30:3 37:20 38:4
  43:2 46:5,9 47:4,5
**kind** 6:9,20
**knew** 33:22 34:7
  43:22 44:3,15,18
**know** 6:2,6 11:1
  15:9,24 17:10 24:8
  28:10 34:16,23
  36:13 37:4 38:22
  40:1 46:19
**known** 21:6 44:10

**l**

**lane** 2:4
**large** 26:1 46:18
**lawsuit** 8:10
**lead** 27:8
**league** 10:22
**lee** 15:14,23 17:1,11
  17:18 18:23 24:11
  28:11 37:12
**lending** 23:19
**lesser** 43:13
**letter** 37:9
**level** 9:8
**lien** 45:22 46:18,19
**liens** 19:22,23 20:3,5
  20:6,8,9,12 24:19
  32:7 41:20 46:11

**line** 26:19
**lines** 5:5
**list** 13:8
**listed** 27:1
**listen** 5:23
**llc** 1:10,11
**llp** 2:8
**loan** 1:10 4:14 9:4
  11:17 15:2,3,6,12
  15:18,19 18:18,19
  19:3,10,13 20:16,18
  20:23 21:9,18,19,21
  21:23 22:1,2,6,13
  22:20 24:21 25:4,8
  25:19 26:7,14 27:5
  27:7,13,17,23 28:5
  28:6,14 32:12 33:2
  33:6 35:9,13 36:2,3
  36:14,15,20 39:18
  41:10 42:1,6,11,13
  43:6,8,11,13,18
  44:1,6,12,19,20
**loans** 14:20,23,23
  15:2 25:11 28:22
  29:5,6
**long** 9:13 11:11
  14:15,16 21:7
**look** 11:20 12:14
  15:7 18:2 27:11,12
  27:13 31:24 37:21
**looked** 46:15
**looking** 15:13
**looks** 18:2 20:14
  21:5,6,11 22:19
  30:7 31:4,20 32:6
  32:11 34:13,14
  38:14,17
**ltv** 20:17

**m**

**m** 1:6,17 2:8 4:6
  41:3 43:1 45:14
  46:8 48:4,21 49:4
  49:21

[manager - possibilities]

manager  9:20,23
  10:2,6 11:9,14
maple  2:4
mark  11:24 12:16
  23:2 29:14,17 37:22
marked  11:23 12:3
  12:20 18:5,6,9 23:5
  29:24 38:1
market  2:14
matter  1:16
matters  12:11 13:4
  13:8
mean  30:23 31:9,12
  32:22 33:5,15
means  34:23
medical  6:9 41:20
medication  6:13
meet  16:23
meeting  41:5
meets  48:15 49:12
member  14:16
  20:16 27:14
members  14:2
memory  6:14
mention  36:24 37:2
mentioned  11:1
mentions  19:22
merge  24:10 28:23
  29:7 30:12,17,21
  31:14 33:17 34:9
  35:17 37:6 39:22
  42:17 43:24 44:16
met  6:19 7:5,6 13:23
  17:1 39:10
month  17:20
months  18:21
morning  8:8
mortgage  15:12
  17:9 19:10 28:22
  29:6 30:13 35:13
  36:1 41:9 43:8,11
  45:23 46:2,12
mortgages  28:22
mountain  11:7

moved  14:11,13
movement  10:16
multiple  10:7 11:15

**n**

n  2:1 3:1 4:6,6 41:3
  41:3 43:1,1 45:14
  45:14 46:8,8
name  4:9,12 7:13
  21:11 22:10
named  19:4 48:5
  49:5
napier  1:9 3:3,10
  4:2,10,11 11:21
  12:2,19,24 18:8,13
  23:4,9 29:23 30:4
  37:24 38:5 40:22
  41:5 43:3 48:5 49:5
nature  7:16 10:18
  39:4
need  6:5 47:6
needed  38:21,21
negative  41:23 46:1
never  39:21
new  20:17
nichols  1:17 48:4,21
  49:4,21
nolan  2:3 3:5 41:4
  42:20 45:11,15 46:4
  47:9,10
nonpaid  20:7
normal  22:9 25:18
  25:24
notary  1:18 49:4,21
notated  20:15
notation  42:17
note  3:17 19:18
  20:14 21:4
noted  38:8
notes  1:15 3:13 6:21
  18:3,20 19:5,11,14
  19:21 20:22 21:4,20
  36:13,14,15 37:19
  37:21 38:6,13,13

notice  3:9,11 11:21
  12:11,15 33:9
noting  26:7
number  3:8 22:11
  27:14 33:2
nutshell  8:15

**o**

o  4:6 41:3 43:1
  45:14 46:8
oath  5:19
obtain  30:17
occurred  27:20
october  49:23
ocwen  1:10 4:13
  8:19 16:15,17 26:7
  32:12 33:2
offered  24:20 25:4,8
  44:5,19
office  17:2 49:17
officer  19:3
officer's  18:18
officers  15:3
offices  1:20
oh  29:5 45:9
ohio  48:2 49:2
okay  5:8,16,21 6:3,7
  6:8,16 7:4,12,19 8:1
  8:16,24 9:5,12 10:4
  10:11,24 11:19
  12:13 13:19 14:5,10
  14:17 16:21 17:22
  19:6 20:13,21 21:2
  22:22 23:22 27:13
  29:9 30:14 31:3,19
  34:19 40:15,20 45:2
  45:5 46:14,23
once  27:21 39:11
  40:1 42:16
operational  11:10
operations  9:20,23
  10:2,5,8
ordering  47:3
outside  40:12

outstanding  20:7,9
overall  10:8
oversight  10:8
owing  33:9

**p**

p  2:1,1
p.m.  1:22 47:15
packet  38:20
page  3:8 21:3 30:4
  31:5 32:6,10,11,13
  38:11
pages  34:12,13
paragraph  23:17
  24:18 26:5,6
parentheses  33:15
park  2:9
parkersburg  2:14
part  20:10
particular  28:19
  35:6
party  10:22 48:12
  49:9
patience  37:17
pay  20:12 21:7
payment  20:17
period  22:16
permission  38:18
person  13:3 15:14
  15:16
personal  5:3 13:12
phone  39:12
place  48:9
plaintiff  1:7 2:6 8:2
  13:22
please  4:8,9 6:2 42:7
pllc  2:3,13
point  27:22
policies  10:10 11:17
pollard  2:3
position  9:18,22
  10:14
positive  22:14
possibilities  17:4

[possible - seal]                                                                                                    Page 6

**possible**  28:4 31:14
  35:20,22 36:7,10,19
  46:11
**possibly**  17:15
**practice**  25:11,18,24
  28:13
**prepare**  6:18
**presence**  48:6
**previously**  5:2 18:5
  36:13 40:9 43:15
**print**  18:14 30:22
**private**  22:5
**probably**  4:20 14:9
  17:15,19 26:17
  36:11 42:13
**problem**  6:4 37:18
  41:7
**procedures**  10:10
  11:17 15:16 23:19
**proceed**  15:18 16:2
  24:6 26:7 27:7
**proceeding**  26:14
**proceedings**  1:16
**process**  21:18,21
  22:9 23:19 24:5,7
  32:16 33:22 37:6
  40:2
**processes**  43:6,7,11
**produced**  3:15 18:1
  29:11,13,15
**professional**  1:18
  48:4,21
**property**  15:22 16:9
**provided**  7:1,1
**public**  1:19 49:4,21
**pull**  28:23,24
**pulled**  16:20 24:11
  30:13 31:11,15 35:2
  35:3,7 36:9 41:13
  44:8
**pulls**  29:2
**purposes**  12:3,20
  18:9 23:5 29:24
  38:1

**push**  21:10
**put**  18:20 30:19

**q**

**qualified**  49:5
**question**  5:23 6:1
  45:10
**questions**  5:12 9:7
  13:21 17:24 37:16
  40:21 41:1,8 42:21
  43:4 45:4 46:21
**quick**  45:12
**quickly**  8:7
**quote**  17:20

**r**

**r**  2:1,3 48:2 49:2
**randall**  7:14
**ratio**  26:18 27:12,13
  27:19 28:6
**read**  6:20 8:7
**reading**  48:10 49:15
**real**  33:8,8
**really**  39:16 45:7
**reason**  6:2,6 20:10
**reasonable**  25:3
**recall**  13:23 15:20
  16:4 17:12,17 35:6
  40:3,6
**receive**  10:12
**received**  9:9 31:5,9
  31:10
**record**  4:9 5:11 6:7
**recross**  3:2
**redirect**  3:2
**reduced**  48:5,6
**refinance**  15:13,22
  16:5,24 17:8 20:11
  20:11 24:13 26:1
  35:13,24 39:18
**refinanced**  9:4
**reflecting**  16:9
**regard**  20:22 21:19
  22:5,13 35:12 36:20
**regarding**  15:21
  36:14 40:8

**regards**  35:10
**registered**  1:18 48:4
  48:21
**regular**  47:8,11
**relationship**  13:21
  25:12,20 26:3
**relative**  48:12 49:9
**remember**  16:6 17:5
  18:21 21:24 39:24
**repair**  20:16,23
**repairs**  22:3 35:10
**repeat**  6:3 42:7
  45:19
**rephrase**  25:21
**report**  8:23 15:11
  16:8,11,16,18 19:24
  24:4,11,19 25:17,23
  26:13 27:1,6 28:3
  29:6,11,20 30:8,12
  30:18,21 31:15
  32:23 33:17,18 34:9
  34:14,15 35:1,3,7
  35:12,17 36:6,8,17
  36:17,19,24 37:1,6
  39:22 40:4 41:14,24
  42:5,10 43:17,22,23
  43:24 44:4,5,7,9,11
  44:14,16,21 45:1
**reported**  8:12,21
  26:8 27:22
**reporter**  1:18 5:16
  47:2,9,12 48:4,21
**reporting**  34:8
**reports**  31:23 32:5
  35:21
**repossession**  5:7
**representative**
  13:13
**representing**  4:13
**requested**  48:10
  49:15
**requests**  15:7
**require**  23:19
**requirements**  48:15
  49:12

**resolved**  8:14,23
**response**  3:15 7:2
  18:1 29:13,15
**responsibilities**
  11:13
**responsive**  5:24
**result**  9:2 15:11
**revamped**  11:16
**review**  6:22,24 8:5
  12:7 13:1 30:22
  34:2 46:24
**reviewing**  19:12
  40:12
**right**  14:21 19:9,16
  21:12 22:20 23:23
  24:5,15 25:13 26:10
  27:2 29:7,19 30:9
  31:24 32:2,8,19
  33:11,13 34:21
  35:13,19 38:23
  40:23 43:18 44:21
  45:8
**road**  18:21
**rule**  4:21
**rules**  5:10
**run**  24:14 26:13
  27:6 28:16 33:19
  35:21 36:20 44:15
**runs**  28:18

**s**

**s**  2:1 3:7
**sake**  44:10
**sanders**  2:8
**saw**  37:5 40:1 42:16
**says**  20:15 21:6
  23:18 24:18 26:6
  30:7 32:15,19 33:1
  33:12,21 35:18 36:7
  38:17,17
**score**  28:21 29:1
  31:22
**screen**  18:14
**seal**  49:17

[security - tru]

| | | | |
|---|---|---|---|
| security  22:11 | solely  33:18 | sure  17:21 22:1 | think  11:6 14:14,15 |
| see  19:22 30:5 31:6 | sorry  29:2 42:8 45:9 | 26:16,17 31:13 33:8 | 14:22 20:5 31:1,10 |
| 32:12,17 33:3 35:22 | 45:11 47:6 | 33:16 37:11,15 | 35:8 39:11 40:21 |
| 37:12 | sort  7:20 10:12 | 46:17,17,20 | 45:3 46:21 |
| seek  40:11 | sought  16:4 | sworn  4:3 49:6 | third  10:22 |
| seen  8:8 | southern  1:2 | system  30:19,20,23 | three  14:19 28:23 |
| seminars  10:17 | span  10:1 | systems  30:24 | 31:20 34:13 |
| sent  37:10,14 | speak  39:1 40:7 | **t** | ties  31:1 |
| separate  18:24 | 45:17 | | time  8:8 9:3 14:12 |
| september  48:18 | specialized  10:13 | t  3:7 4:6 41:3 43:1 | 14:16,24 15:3 17:2 |
| 49:18 | specifically  14:14 | 45:14 46:8 48:2,2 | 17:3,16 21:7 22:16 |
| service  28:19 | 16:14 | 49:2,2 | 43:24 45:6 48:9 |
| services  1:9 10:22 | specified  48:10 | tab  11:23 18:5 23:1 | times  4:18,20 16:22 |
| servicing  1:10 4:14 | spoken  15:21 17:11 | 29:17 37:20 | 17:5 39:9 |
| 32:12 | 17:11,12,18 21:20 | take  11:20 47:10 | today  4:14 5:13,18 |
| set  12:11 13:4,8 | square  19:2 | taken  1:17 48:9 | 6:11,18 13:12,16 |
| 48:15,18 49:12,17 | ss  48:2 49:2 | talk  38:18 39:15 | 40:18 41:6 |
| shove  21:10 | stacy  19:4 21:23,24 | talked  7:9 15:15 | told  16:1 39:24 40:3 |
| show  44:21 | staff  10:10 11:18 | 17:3 21:22 22:1 | topics  13:9 |
| showed  24:10 39:22 | stands  20:18 | 37:4 39:11,14 40:16 | total  17:4 |
| showing  33:23 34:4 | started  32:16 33:22 | talking  36:4 | tradelines  16:15 |
| 40:4 | state  1:19 4:8 9:11 | tax  19:22,23 20:3,5 | 25:16,22 27:14 |
| side  28:24 29:4 | 11:16 20:5 24:19 | 20:6,12 24:19 32:7 | 39:22 41:18,24 46:1 |
| sign  45:17,19,20,22 | 48:1 49:1,4,22 | 41:20 45:22 46:11 | training  10:13,15,19 |
| 46:2,11 | states  1:1 | 46:18,19 | tran  47:5,7 |
| signature  38:10 | stenographic  1:15 | teleconference  2:6 | transcript  1:15 |
| 47:1 | stenotype  48:5 | 2:11 | 48:15 49:12,15 |
| significance  34:24 | step  26:12,14 | tell  9:7 16:7,13,14 | transcription  48:6,7 |
| signing  48:10 49:15 | steps  15:19 27:7 | 30:11 31:22 39:17 | transcripts  47:3 |
| simply  25:11,20 | steve  11:21 | 39:20 | transunion  28:21 |
| 26:2 44:6 | steven  1:9 3:3,10 4:2 | teller  19:3 | 29:1,3,4,6,11 32:4 |
| sir  4:17,24 5:17,20 | 4:10 48:5 49:5 | testified  45:16 | 34:15 35:12 36:23 |
| 6:15 10:3 13:14,18 | stop  45:17,20,22 | testify  6:11 12:10 | 40:4 41:14,17 42:5 |
| 18:15 19:1,17 20:1 | 46:2,11 | 13:4,7 49:6 | 42:10 43:17,22 44:7 |
| 20:9,20 21:13 22:18 | stopped  27:22 40:2 | testifying  13:12 | 44:9,11,14,21 |
| 23:11,24 24:24 29:8 | street  2:14 | testimony  4:16,19 | tri  24:10 28:23 29:7 |
| 30:6 31:7 32:9,13 | strict  43:12 | 48:5,7,9 | 30:12,17,21 31:14 |
| 32:18 33:20 34:5,22 | strike  42:14 | thank  4:11 6:8 45:5 | 33:17 34:9 35:17 |
| 37:8 38:7,12 40:23 | submitted  22:24 | 47:12 | 37:6 39:22 42:17 |
| 41:12,19,22 45:8 | subpoena  3:16 7:2,2 | thanks  41:5 45:6 | 43:24 44:16 |
| 46:13 | 18:1 29:14,16 | thereof  48:17 49:17 | troutman  2:8 |
| situation  25:14 | suite  2:9,14 | thing  16:10,17 | troutmansanders.c... |
| small  46:18 | supervision  10:9 | 26:17 46:6 | 2:10 |
| social  22:10 | 11:18 | things  10:17 16:18 | tru  32:3 33:15 |

[true - young]                                                                                       Page 8

| | | |
|---|---|---|
| **true**   28:7 48:7 | 49:13,18,22 | **years**   10:16 11:12 |
| **truth**   49:6,6,6 | **vs**   1:8 | 13:24 14:1,3,7,7,9 |
| **trying**   8:13 15:2 | | 14:19 |
| 44:24 | **w** | **yesterday**   6:19 |
| **turn**   22:23 23:17 | **w**   7:14 | **young**   2:3 |
| 37:19 40:24 | **waive**   46:24 | |
| **turning**   34:12 | **want**   5:13 25:2 | |
| **twenty**   14:7 | **wanted**   15:24 22:1 | |
| **two**   11:12 17:4 | **wants**   20:16 | |
| 18:21 31:9 33:5 | **way**   34:7 | |
| **typical**   27:4,5 | **we've**   40:18 | |
| **typically**   28:20 | **webinars**   10:17 | |
| | **west**   1:2,19,21 2:4 | |
| **u** | 2:14 11:16 48:1,16 | |
| **uh**   36:18 | 48:18 49:1,4,13,18 | |
| **ultimately**   22:19 | 49:22 | |
| 27:8 28:5 | **wheeling**   48:18 | |
| **underneath**   21:4 | 49:18 | |
| **understand**   5:18 6:1 | **willing**   12:10 13:7 | |
| 7:5 13:11,15 14:19 | **wingate**   1:20 | |
| 24:1 25:1 29:9 | **witness**   3:2 34:18 | |
| **understanding**   7:22 | 48:5,6,8,17 49:5,17 | |
| 7:23 8:9,11,18,20 | **wondering**   27:6 | |
| 9:2 20:2,4 27:18 | **woofter**   2:13,13 | |
| 35:11 | 6:19 7:6 26:21,22 | |
| **union**   2:16 4:23 | 46:24 | |
| 9:16 10:9,16 11:6,8 | **woofterlaw.com** | |
| 11:8 14:1,3 23:18 | 2:15 | |
| 24:20,22 25:9 26:6 | **word**   25:2 | |
| **united**   1:1 | **work**   11:11 14:2,3 | |
| **unsecured**   14:23 | **worked**   17:7 | |
| **use**   28:20 | **working**   9:13 11:6 | |
| | 40:13 | |
| **v** | **write**   23:15 | |
| **value**   20:18 21:9 | **written**   25:1 | |
| 27:13,23 28:6 43:13 | **wrong**   8:19 | |
| **van**   20:15,16,23 | **wyndham**   1:20 | |
| 21:9,19 22:3 35:10 | | |
| **variables**   25:6 | **x** | |
| **various**   10:15 | **x**   3:1,7 4:6 41:3 43:1 | |
| **vehicle**   36:4 | 45:14 46:8 | |
| **verbalize**   5:15 | **xpn**   32:4 | |
| **vienna**   1:21 | | |
| **virginia**   1:2,19,21 | **y** | |
| 2:4,9,9,14 11:16 | **yeah**   7:22 27:10 | |
| 48:1,16,18 49:1,4 | | |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2014.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.