

OCWEN

2/5/2014

David Daugherty
35 Valley View Dr
Vienna, WV 26105

RE: Balloon Letter                                                                 Loan Number 7092244537

Dear Borrower:

This letter is to notify you that your loan is due to mature on 7/26/2014. We are providing you notice of the upcoming maturity date to allow you sufficient time to secure alternate financing for your loan. This loan must be paid in full on or before the maturity date. Only the total payoff amount will be accepted once the loan matures. We will not accept any mortgage payments beyond the maturity date.

Providing all payments are made on the due date in accordance with your Note, the payoff amount will include the unpaid principal balance of your mortgage plus any accrued interest and any applicable trustee, reconveyance and recording fees. These figures are subject to change. You are responsible for contacting our office prior to remitting a payoff to obtain an actual payoff statement.

Your final payment should be made payable to Ocwen Loan Servicing and be mailed or delivered to The following address.

Mailing Address/Delivery Address:

| Ocwen Loan Servicing |
| 1661 Worthington Road Suite 100 |
| West Palm Beach, Florida 33409 |

If you have any questions relating to this notice, please contact our Customer Care Center with any questions at (800) 746-2936 Monday to Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 9:00 am to 9:00 pm ET.

Sincerely,

Customer Care Center

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*                    *NMLS # 1852*