# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Beckley
Date: 10/16/2015                                                                                  Case Number 5:14-cv-24506
Case Style: Daugherty vs. Equifax Information Services, LLC
Type of hearing Mediation
Before the honorable: 25BD-VanDervort
Court Reporter Catherine Schutte-Stant                                        Courtroom Deputy Law Clerk
Attorney(s) for the Plaintiff or Government Jed Nolan & Ralph Young


Attorney(s) for the Defendant(s) Jason Manning


Law Clerk Mary Beth Niday                                                               Probation Officer

### Trial Time


### Non-Trial Time
Other non-evidentiary hearing. Type: Mediation


### Court Time
10:35 am   to 12:40 pm
Total Court Time: 2 Hours 5 Minutes Non-Trial Time/Uncontested Time

### Courtroom Notes
Also present was David M. Daugherty, Plaintiff and Sandra Lyew, on behalf of Defendant Ocwen Loan Servicing, LLC.
The parties engaged in mediation in good faith, but were unable to resolve all issues.