IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

DAVID M. DAUGHERTY,                 PLAINTIFF

V.                                                            CIVIL ACTION NO. 5:14-24506

OCWEN LOAN SERVICING, LLC,      DEFENDANT

# JURY VERDICT FORM
*Special Interrogatories*

1. Did Ocwen violate the Fair Credit Reporting Act?

   Yes _____    No _____

2. If you answered "Yes" to Question 1, please state whether Ocwen's violation of the FCRA was:

   Negligent _____    Willful _____

3. Did Ocwen breach a duty to Plaintiff?

   Yes _____    No _____

4. Was Ocwen's conduct atrocious, intolerable, and so extreme and outrageous as to exceed the bounds of decency?

   Yes _____    No _____

5. Should Plaintiff be required to forfeit the equity in his home?

   Yes _____    No _____

If the answer to any of the above questions is "Yes," please answer Number 6 below. If you answered "No" to ***all*** questions, then go no further and inform the Bailiff that you have reached a verdict.

6. We, the Jury, find in favor of Plaintiff and against Ocwen and award Mr. Daugherty damages in the amount of $_____.

7. If you answered "Willful" to question 2 and/or answered "Yes" to questions 3-4, we the jury award punitive damages against Ocwen in the amount of $_____.

_____
**Jury Foreperson**

**DAVID DAUGHERTY**

BY COUNSEL

HAMILTON, BURGESS, YOUNG
    & POLLARD, *pllc*


BY: /s/ Jed R. Nolan_____
    Ralph C. Young *(W. Va. Bar #4176)*
ryoung@hamiltonburgess.com
    Christopher B. Frost *(W. Va. Bar #9411)*
cfrost@hamiltonburgess.com
    Steven R. Broadwater, Jr. (*W. Va. Bar #11355*)
sbroadwater@hamiltonburgess.com
    Jed R. Nolan *(W. Va. Bar #10833)*
jnolan@hamiltonburgess.com
    *Counsel for Plaintiff*
    P. O. Box 959
    Fayetteville, WV 25840
    304-574-2727

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

DAVID M. DAUGHERTY,                      PLAINTIFF

V.                                                CIVIL ACTION NO. 5:14-24506

EQUIFAX INFORMATION SERVICES LLC
and OCWEN LOAN SERVICING, LLC,         DEFENDANTS

## CERTIFICATE OF SERVICE

I, Jed R. Nolan, counsel for Plaintiff, hereby certify that I have filed this **CERTIFICATE OF SERVICE** for Plaintiff's **JURY VERDICT FORM** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants, and that I served a true and accurate copy of the entire document via United States mail, postage prepaid, to each of the following on October 26, 2015:

John C. Lynch, Esq.
Jason E. Manning, Esq.
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
*Counsel for Defendant Ocwen Loan Servicing, LLC*
john.lynch@troutmansanders.com
jason.manning@troutmansanders.com

                                                  /s/ Jed R. Nolan
                                                  **JED R. NOLAN** *(WVSB #10833)*
                                                  jnolan@hamiltonburgess.com