IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

DAVID M. DAUGHERTY,

           Plaintiff,

v.                             CIVIL ACTION NO.   5:14-cv-24506

OCWEN LOAN SERVICING, LLC,

           Defendant.

**FIRST AMENDED SCHEDULING ORDER**

      For reasons appearing to the Court, it is **ORDERED** that the combined Pretrial/Final Settlement Conference previously scheduled for October 28, 2015, is **CONTINUED**, and the *Scheduling Order* previously entered in this matter is **AMENDED** as follows:

      1.     **Pretrial Conference**:   A Pretrial Conference shall be held on **May 5, 2016, at 10:00 a.m.**, at which lead trial counsel shall appear fully prepared to discuss all aspects of the case.

      2.     **Final Settlement Conference**:   A Final Settlement Conference, attended by all unrepresented parties and by lead trial counsel for each represented party, shall be held on **May 12, 2016, at 10:00 a.m.**, or as earlier directed by the Court.   Individuals with full authority to settle the case for each party shall be present in person.

      3.     **Jury Trial**:   Trial of this action shall be held on **May 16, 2016**, **at 9:00 a.m.**, before the undersigned.   Counsel should be prepared to select a jury **on the preceding Friday** if so ordered by the Court.

1

All proceedings shall be held by the Court at the Robert C. Byrd United States Courthouse and Federal Building, 110 North Heber Street, Beckley, West Virginia.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

ENTER: October 27, 2015

Irene C. Berger
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA