Lyew, Sandra                                           August 28, 2015

1

```
            IN THE UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT BECKLEY

-----------------------------------

DAVID M. DAUGHERTY,

              Plaintiff,

    v.                                CIVIL ACTION
                                      NO. 5:14-24506

EQUIFAX INFORMATION SERVICES, LLC
and OCWEN LOAN SERVICING, LLC,

              Defendants.

-----------------------------------
```

```
        30(b)(6)DEPOSITION UPON ORAL EXAMINATION
                    OF SANDRA LYEW
            TAKEN ON BEHALF OF THE PLAINTIFF

              Virginia Beach, Virginia

                  August 28, 2015
```

Henderson Legal Services, Inc.

EXHIBIT A

Lyew, Sandra                                         August 28, 2015

20

```
 1        Q.      And does anything come along with the
 2   ACDV?
 3        A.      No.
 4        Q.      Are there ever any attachments to the
 5   ACDV from the credit reporting agencies to OCWEN?
 6        A.      No.  It's just the type of dispute.  And
 7   based on the type of dispute, the credit reporting
 8   department then notates the OCWEN system of the
 9   dispute coming in.  And that also takes within
10   30 days to respond back.
11        Q.      The 30 days starts as soon as OCWEN
12   receives the ACDV?
13        A.      That is correct.  And that stays
14   directly in the credit reporting department.
15        Q.      So OCWEN's investigation is based solely
16   off of the credit reporting agency's dispute?
17        A.      OCWEN, meaning the credit reporting
18   department?
19        Q.      Yes.
20        A.      Yes.
21        Q.      Sorry.
22                So they don't receive correspondence
23   when they get an ACDV --
24        A.      No.
25        Q.      -- is that correct?
```

Henderson Legal Services, Inc.

EXHIBIT A

Lyew, Sandra                                    August 28, 2015

21

1     **A.      No.**

2        Q.      So, for instance, Equifax would not

3     attach a letter from a consumer?

4     **A.      No.**

5        Q.      So how does Equifax communicate the

6     dispute for OCWEN to reinvestigate?

7     **A.      Certain codes that they use, and based**

8     **on the code they -- for instance, Equifax stipulates**

9     **what the dispute is about.   And that also gets**

10    **notated in OCWEN's system.**

11       Q.      When you say stipulates what the dispute

12    is about --

13    **A.      Right.   Based on an AC -- ACDV form that**

14    **comes through to OCWEN through the e-Oscar, it tells**

15    **you what the dispute is, borrower's name,**

16    **information, and the type of dispute that the**

17    **borrower has sent to them.**

18       Q.      So based on that -- based on

19    Equifax's -- in this example, based on Equifax's

20    designation of the dispute, OCWEN investigates that

21    specific dispute?

22    **A.      Yes.   That's correct.**

23       Q.      Along with affirming that the account

24    belongs to the borrower?

25    **A.      That is correct.**

Henderson Legal Services, Inc.

EXHIBIT A

Lyew, Sandra                                      August 28, 2015

22

1       Q.      So what are OCWEN's -- what's their

2   decision tree once they receive a dispute and they've

3   reinvestigated it?

4       **A.      The response goes back to the credit**

5   **agency based on their findings.**

6       Q.      And what are the possible responses?

7       **A.      The possible responses is reconfirming**

8   **that the borrower's name matches to OCWEN's records,**

9   **Social Security number, property address, and**

10  **whatever the findings are as far as the credit that**

11  **OCWEN has reported to the credit agency.  And the**

12  **credit reporting also does initial investigation as**

13  **far as reviewing the business records, as well as**

14  **what's in the OCWEN system, to assure that the**

15  **account does belong to the borrower.**

16      Q.      So you say they can review the business

17  records?

18      **A.      Yes.**

19      Q.      And you reference the mortgage?

20      **A.      The mortgage, any closing documentation,**

21  **anything that is forwarded to us.**

22      Q.      Forwarded from where?

23      **A.      From the processors, in this case Litton**

24  **Mortgage.  So in this case OCWEN acquired Litton**

25  **Mortgage, so OCWEN also had access to their business**

EXHIBIT A

Lyew, Sandra                                                August 28, 2015

23

1   records, as well, their system, reconfirming that.

2         Q.      Okay.   In a hypothetical where OCWEN

3   received a dispute, they look over the closing

4   documents and they're still not able to resolve the

5   dispute by looking at those, other paperwork, is

6   there anything else they can do to investigate such a

7   dispute?

8         A.      Well, hypothetical question?

9         Q.      Yes.

10        A.      Hypothetical.

11        Q.      Can they, for instance, contact the

12  research department for a service question?

13        A.      They have access to contact any

14  department within OCWEN, as well as they can

15  research -- they're trained to research anything --

16  anything as far as the whole system, so the whole

17  system is the loan servicing system.  They can find

18  any additional information or any information that

19  they can possibly find in the OCWEN system.

20        Q.      So they do have broader access -- they

21  typically would look to closing documents or

22  documents from the prior servicer, but if they needed

23  additional information they have access to that?

24        A.      Yes.   The system -- I have access.   I

25  can view each -- I can view as far as escrows, loan

EXHIBIT A

Lyew, Sandra

August 28, 2015

24

1    information, taxes, anything dealing with the loan

2    servicing of that loan.

3              And just to clarify, each department

4    have certain -- have their own functions as far as

5    system -- well, like credit reporting deals strictly

6    with credit reporting.  They're not accessed to input

7    other information other than the credit reporting

8    information.  Same goes for any other department.

9         Q.    So someone in credit reporting could

10   review an escrow department?

11        A.    They can only review it.

12        Q.    But they can't add to it?

13        A.    They can't add to it.

14        Q.    Okay.  Is there ever a situation where

15   credit reporting identifies an issue in the escrow

16   department and they need to communicate to escrow to

17   fix it or to collaborate?  Does that occur?

18        A.    It could occur with any department, so

19   an email and/or -- as well as identifying in the note

20   log an email sent to; for instance, you mentioned

21   escrow department, identifying an error.

22        Q.    Okay.

23        A.    Or a correction in -- error, a

24   correction that needs to be made.

25        Q.    So if the credit reporting department

Henderson Legal Services, Inc.

202-220-4158                    www.hendersonlegalservices.com

EXHIBIT A

Lyew, Sandra                                          August 28, 2015

25

1    identifies an issue that has arisen in another

2    department, are they able to change the credit report

3    without modifying the other department, as well?

4         **A.     Who?**

5         Q.     So, for instance, the credit reporting

6    department identifies an issue with escrow based on a

7    consumer dispute, they notify the escrow department.

8    Are they allowed to modify the credit report based on

9    this dispute and their investigation without getting

10   a simultaneous modification in the escrow department?

11              MR. MANNING:  Object to the form.

12              You can answer if you understand.

13              THE WITNESS:  I think I understand.  I

14   think.

15   BY MR. NOLAN:

16        Q.     Convoluted there, so --

17        **A.     Based on your question, nothing can be**

18   **done to -- in regards to credit reporting until the**

19   **full investigation is completed, if that's what you**

20   **meant.  And these are all hypothetical questions.**

21        Q.     That is correct.

22        **A.     Okay.**

23        Q.     So once the credit reporting department

24   completes its review and sends a response back to the

25   credit reporting agency, I assume?

Henderson Legal Services, Inc.

202-220-4158                    www.hendersonlegalservices.com

EXHIBIT A

Lyew, Sandra                                          August 28, 2015

                                                                    26

1          A.      Yes.  And they communicate right -- they

2     communicate through e-Oscar.

3          Q.      Is there a separate form from the ACDV

4     that OCWEN responds to the ACDV with?

5          A.      Everything is automated through the

6     system, so based on their response, OCWEN's response,

7     back to the credit agency is through e-Oscar.

8          Q.      Is that on the same ACDV form or is

9     there a separate form generated?

10         A.      It's in the system, so it could be under

11    the ACDV section it responds back to -- so the ACDV

12    is basically a screen through their system.

13         Q.      Their being the credit reporting

14    agency's --

15         A.      Yes.

16         Q.      -- e-Oscar system?

17         A.      e-Oscar system.

18         Q.      So OCWEN receives an ACDV from, for

19    instance, Equifax, and do they just fill in that same

20    form online with their response or do they generate a

21    new form or something substantive, besides that form,

22    in their response?

23         A.      Everything is based on how the ACDV came

24    in.  And it's responded through the same ACDV.

25         Q.      And is that true regardless of outcome

Henderson Legal Services, Inc.

202-220-4158                    www.hendersonlegalservices.com

EXHIBIT A

Lyew, Sandra                                                    August 28, 2015

27

1   of the investigation, such as confirm the debt,

2   update the account, or delete the account?

3         **A.     Yes.  Everything is based on the actual**

4   **type of dispute.**

5         Q.     But the -- it's all through the same

6   ACDV, regardless of the reinvestigation result?

7         **A.     Right.  So if the investigation came**

8   **from the national credit agency through an ACDV,**

9   **that's how it gets responded back.  It goes**

10  **through -- if it came in as an escalation, then I**

11  **believe they use a different form, the AUD, automated**

12  **universal form.**

13        Q.     What do you mean, escalation?

14        **A.     That's how I take, you know -- I call it**

15  **AUD.  I call it like an escalation.**

16        Q.     And can you explain why that would be an

17  escalation?

18        **A.     No.**

19        Q.     Just --

20        **A.     You know, as far as specific questions**

21  **relating to this loan, I can explain it to you;**

22  **however, in general I call it an escalation versus a**

23  **normal ACDV dispute from a credit agency.  The AUD is**

24  **an actual form that reassures that it confirms even**

25  **more.  And, you know, to an extent the credit**

EXHIBIT A

Lyew, Sandra                                        August 28, 2015

30

1    reporting department receives an ACDV, we've talked
2    about they can look at any other department in OCWEN
3    to investigate.   What else would they take into
4    account?  For instance, if there was prior complaints
5    by a borrower, would they -- would those be
6    considered in the current dispute?
7         A.     They'll check to see how many disputes
8    the same disputes have came in in regards to the
9    account, and whether there was something slightly
10   similar or pretty much the same -- pretty much the
11   same for this account.  But there has been no changes
12   because OCWEN has always reported to all the bureaus
13   correctly.
14        Q.     So if they do check and they see similar
15   disputes in the past, would they make a note in their
16   logs saying this is a frivolous dispute, so to speak?
17        A.     No.  They just -- they'll notate the
18   account accordingly based on the current dispute that
19   comes in, whether it's the same or slightly different
20   or pretty much -- for instance, this account -- the
21   same.
22        Q.     And that's one thing I noticed -- we'll
23   get into it -- is it seems like OCWEN conducted an
24   investigation each time.
25        A.     That is correct.

EXHIBIT A

Lyew, Sandra                                                            August 28, 2015

59

1          A.        As of January 2013.

2          Q.        All right.  So we talked earlier about

3     OCWEN's credit department reinvestigation procedures.

4     And we asked what other information they would look

5     at.  Would Rajkumar or Harish Rao have checked

6     Mr. Daugherty's file to see any other disputes or

7     accounts listed during their reinvestigation process?

8                    MR. MANNING:  Object to the form.

9                    You can answer.

10                    THE WITNESS:  They do check.  And

11     they're both the same loan number.  Account number is

12     our loan number, OCWEN's loan number.

13     BY MR. NOLAN:

14          Q.        Based on these notes, it appears that

15     Mr. Rao's report was entered -- entered notes before

16     Mr. Singh; is that correct?

17          A.        That is correct.

18          Q.        Would Mr. Singh have seen Mr. Rao's

19     dispute resolution notes when reviewing his dispute?

20          A.        Yes.

21          Q.        At that point were there any notes that

22     indicate how he responded to that or how he

23     contemplated a second dispute already processed on

24     this account?

25          A.        Based on the part of the system that

EXHIBIT A

Lyew, Sandra                                    August 28, 2015

117

1   correct?

2        **A.**      **Okay.**

3        Q.      So Mr. Daugherty asked OCWEN for a

4   letter stating that he was current, correct?

5        **A.**      **That's what the document says.**

6        Q.      Specifically referring to March, June,

7   July, September, October of 2013 as dates that he

8   needs to show that he's current, correct?

9        **A.**      **Okay.  And he received a response letter**

10  **April 19th in response to his complaint.**

11       Q.      With an account balance?

12               I've got that letter.  We can go ahead

13  and mark it.

14                    (Exhibit No. 20 was marked for

15                    identification.)

16  BY MR. NOLAN:

17       Q.      Here is a copy of the April 19th letter

18  that you referred to.

19       **A.**      **Okay.  It shows his unpaid balance.**

20               **Okay.  Sorry.**

21               **He made the request -- he made the**

22  **request, but she should have told him he needed to**

23  **send the request in writing.**

24       Q.      These are the same months that

25  Mr. Daugherty referred to in his March 2014 dispute

EXHIBIT A

Lyew, Sandra                                              August 28, 2015

118

1    letter to OCWEN, correct?

2         **A.     This is -- this is -- he phoned in.  Let**

3    **me see here.  Go back to his letter and see if he**

4    **made the request in his letter.**

5              **It doesn't show that he made that**

6    **request.**

7         Q.    Please look at the second page of the

8    letter he sent.

9              MR. MANNING:  What exhibit are we

10   talking about?

11             THE WITNESS:  This is 16.

12             Right.  But he didn't -- you went from a

13   comment, him requesting a letter from OCWEN on these

14   certain months; however, OCWEN has responded to his

15   letter advising that he -- that OCWEN has reported

16   accurately to the three bureaus.  And they don't have

17   control on how the bureaus input that information

18   into their system.

19   BY MR. NOLAN:

20        Q.    So he asked in March, and then he asked

21   again in June, for --

22        **A.    On June 9th he requested a letter**

23   **stating these months being current.  I don't see**

24   **where the agent asked him that he would need to send**

25   **that in writing.**

Henderson Legal Services, Inc.

202-220-4158                    www.hendersonlegalservices.com

EXHIBIT A

Lyew, Sandra                                    August 28, 2015

119

1        Q.     So after he mailed a dispute in March,

2   he is still asking OCWEN to fix this issue in June,

3   correct?

4        A.     **OCWEN has already told him that it's**

5   **been accurately reported to the three bureaus or four**

6   **bureaus correctly, accurately.  And they don't have**

7   **control on how the credit bureau, in this case**

8   **Equifax, inputs their information when it's received**

9   **from the creditor, meaning OCWEN.**

10                MR. NOLAN:  Mark this.

11                    (Exhibit No. 21 was marked for

12                identification.)

13  BY MR. NOLAN:

14       Q.     This is Exhibit 21.  This is a dispute

15  responded to on June 20th, 2014, correct?

16       **A.     Yes.**

17       Q.     And on 1736 the final entry by Shalini

18  Singh reports this dispute as reporting 120 days past

19  the due date, correct?

20       **A.     Reporting received from credit bureau.**

21  **That's what -- that's what the comment is.**

22       Q.     And on 1737 the report notes reporting

23  to credit bureau, this current account as of

24  May 2014, correct?

25       **A.     Yes.**

Henderson Legal Services, Inc.

202-220-4158                    www.hendersonlegalservices.com

Lyew, Sandra                                                    August 28, 2015

                                                                          120

1          Q.      And on this ACDV, Exhibit 21, again am I
2    correct that the gray shaded boxes are OCWEN's
3    updates and response to the dispute?
4          **A.      Yes.**
5          Q.      So OCWEN again updates the account
6    status on the bottom of the page from 120 past due to
7    current?
8          **A.      So 120 days past due is what was**
9    **received from the credit bureau.**
10         Q.      And it was modified by current to OCWEN?
11         **A.      It was responded as current -- a current**
12   **account.**
13         Q.      I used the term modified because the
14   response code at the very top says modified account
15   information as indicated.  You're saying these are
16   responses from OCWEN, not modifications?
17         **A.      They have their codes.  But this is the**
18   **response.  The gray shaded area is the response that**
19   **OCWEN -- so whether it's a modified or based on the**
20   **information that OCWEN has in their system, this is**
21   **how -- how it's responded.**
22         Q.      OCWEN did not respond to the five or
23   more payments past due notation?
24         **A.      OCWEN responded based on what's in their**
25   **system.  Based on their system, the account was**

Henderson Legal Services, Inc.

202-220-4158                    www.hendersonlegalservices.com

EXHIBIT A

Lyew, Sandra                                         August 28, 2015

                                                                    121

1    **current as of June 20th, 2014, and that's how it was**
2    **responded.**
3         Q.    OCWEN's reinvestigation did not lead
4    them to correct a notation on a current account that
5    says it was five or more payments past due?
6              MR. MANNING:  Objection to the form.
7    Asked and answered.
8              You can answer.
9              THE WITNESS:  I feel like I'm repeating
10   myself.
11             MR. MANNING:  You can answer.
12             THE WITNESS:  OCWEN responds to all
13   bureaus every month, on a monthly basis, and one
14   responds accordingly and accurately.  In this case it
15   was done accurately on this account to all three
16   bureaus.  You don't have control on what the credit
17   bureau, in this case -- how Equifax inputs their
18   information in their system.
19   BY MR. NOLAN:
20        Q.    The only thing OCWEN can control is its
21   reinvestigation, correct?
22        A.    **Each time a dispute is received it gets**
23   **responded accordingly and investigated based on their**
24   **review on how many disputes were received prior to**
25   **the date of the new request being perceived.**

Henderson Legal Services, Inc.
202-220-4158              www.hendersonlegalservices.com

EXHIBIT A

Lyew, Sandra                                          August 28, 2015

                                                                    133

1    information reflect?

2         A.      This reflects the account history and

3    how -- and how it is reported to the bureaus each

4    month.

5         Q.      During your testimony you've identified

6    that there is a -- I can't remember your

7    terminology -- something like 30 days in arrears,

8    like the reporting happens for the previous 30 days.

9    Am I saying that right?

10        A.      Right.  So if they're reporting to the

11   credit bureau the 30th, say of, in this case,

12   November 30th, then it's being reported as -- to

13   reflect as of October 30th -- up to October 30th.

14        Q.      The screens here, do they use the same

15   codes that we saw appearing on some of these

16   automated forms, either the AUD or the ACDVs?

17        A.      Yes.

18        Q.      Were there any instances in which OCWEN

19   reporting on the account for Mr. Daugherty, that upon

20   your review evidence that OCWEN was reporting this

21   trade line twice at any time?

22        A.      Not at all.  Only one trade line was

23   reported to each bureau.  And they all get reported

24   on a monthly data the same day each month.

25        Q.      Do all the credit reporting agencies

Henderson Legal Services, Inc.

202-220-4158                     www.hendersonlegalservices.com

EXHIBIT A

Lyew, Sandra                                    August 28, 2015

                                                              136

1    again, for the record, April 2012 has a zero.  What

2    does that reflect?

3         **A.       Current.**

4         Q.       March 2012?

5         **A.       He was in default and was 120 days past**

6    **due.**

7         Q.       And so when it says a 4 for March 2012,

8    that is four times 30 days to get to the 120 you

9    said?

10        **A.       That is correct.**

11        Q.       After that period, it appears that there

12   are no other numbers other than zeros?

13        **A.       That is correct.**

14        Q.       So that would reflect, at least

15   according to this monthly data reporting, he was

16   current for each of those months?

17        **A.       Yes.**

18        Q.       Is there a compliance condition code on

19   this report?

20        **A.       Yes, there is.**

21        Q.       What is it?

22        **A.       XB.**

23        Q.       How about the prior month, for the

24   reporting period February 2015, is there an XB code

25   there?

Henderson Legal Services, Inc.

EXHIBIT A

Lyew, Sandra                                    August 28, 2015

137

1        A.      Yes, there is.

2        Q.      It looks like there is an XB code for

3    the next series of pages, 641 through 645, and that's

4    for the reporting period November 2014 through

5    March 2015; is that accurate?

6        A.      Yes.

7        Q.      At the beginning of the deposition you

8    were asked about background or qualifications for the

9    credit analysts.  What -- from a very broad

10   perspective, what training do those new-hire analysts

11   receive?

12       A.      It's a one-month training, two weeks

13   class training, and an additional two weeks shadowing

14   training.

15       Q.      Okay.  So the first two weeks is in a

16   classroom.  What is the substance of that classroom

17   training?

18       A.      How to operate the OCWEN system,

19   policies and procedures for credit reporting, as well

20   as -- as well as for credit reporting.  I did say

21   that, credit reporting.  And for e-Oscar.

22       Q.      And then after the classroom, you said

23   shadowing.  What do you mean by shadowing?

24       A.      Yes.  They sit down with a most current

25   credit reporting analyst for additional training as

Henderson Legal Services, Inc.

EXHIBIT A

Lyew, Sandra                                    August 28, 2015

138

1    far as how they operate.

2         Q.      After the two-week classroom training,

3    two-week shadowing, and that individual goes live in

4    the system, is there any further training or

5    supervision of that individual?

6         A.      Yes.   There is always ongoing training,

7    whether it's online training within the company, for

8    continuous training on policy and procedures, as well

9    as codes and things like that.

10        Q.      What about a quality control program?

11   Is there any supervision of the actual work these

12   people are doing when they undertake a credit dispute

13   review?

14        A.      Yes.   There is a supervisor for teams

15   that they have.   I'm not sure how many number of

16   teams are in that department that handle different

17   functions, as well as consumer escalation, which

18   means -- also means ombudsman escalation.

19        Q.      When you say ombudsman escalation, I

20   think we saw some of that in the notes.   What is

21   that?

22        A.      They deal with the actual consuming; for

23   instance, from the Credit Financial Protection

24   Bureau.

25        Q.      There was some testimony about an

Henderson Legal Services, Inc.

202-220-4158                   www.hendersonlegalservices.com

Lyew, Sandra                                    August 28, 2015

156

1    changes made at that point, that's what would have

2    been sent to the credit bureaus.

3         Q.     Do the credit analysts at OCWEN have

4    access to these screen shots, the monthly reporting

5    data, which has been marked as Exhibit 26, when

6    they're undertaking their review?

7         A.     Yes.

8         Q.     So is that part of the review process if

9    that dispute is identified regarding things like

10   account history or account information?

11        A.     Yes.  And dealing with credit reporting

12   based on the amount of disputes that comes -- came in

13   per month on this account.

14        Q.     You mentioned a number of systems, but,

15   when a credit analyst receives the dispute, what

16   information is available to them as part of their

17   investigation of that dispute?

18        A.     Real Servicing, which is the OCWEN

19   system.

20        Q.     Before you move on, tell us what type of

21   information is available on Real Servicing.

22        A.     The payment history.  Retrieving the

23   payment history.  Reviewing the payment history.

24   Reviewing the notes in the system.  Again, should

25   they have the capability of reviewing based on their

EXHIBIT A

Lyew, Sandra                              August 28, 2015

157

1    authority for OCWEN -- for any additional

2    information, like escrow.

3        Q.    So that's --

4        A.    Normally it's payment history and loan

5    history in regards to the account.

6        Q.    That's Real Servicing.  And then are

7    there other systems or programs available?

8        A.    They have the system that was once

9    called CIS.  It's now called The Vault, which has the

10   imaging documents of the borrower's account, and the

11   mortgage origination, closing documents, any

12   correspondence received, sent out by OCWEN.

13       Q.    So the Real Servicing, CIS, also known

14   as The Vault.  Any other systems or programs

15   available?

16       A.    The credit reporting also, again

17   e-Oscar, which does the communication to credit

18   bureaus.

19       Q.    On this loan there was an additional

20   system or systems because it was a

21   Litton-formerly-serviced account.

22       A.    Yes.

23       Q.    What were those systems called?

24       A.    RADAR and LSAMS.

25       Q.    Okay.  But would that be available for

EXHIBIT A

Lyew, Sandra                                   August 28, 2015

158

1   any account or would it just be available for Litton

2   accounts?

3        A.      No.  Just the Litton -- Litton is the

4   only company.

5        Q.      So as part of the training policies,

6   practices, the credit analyst is to review all the

7   systems -- all available information in order to

8   determine the response to the dispute?

9        A.      To conduct the full investigation to

10  respond to the dispute.

11       Q.      There were a number of -- obviously

12  there was a number of disputes in this case.  And

13  there are notes pertaining to those disputes.

14  Sometimes the notes appear to be incomplete.  Do the

15  notes reflect everything that is being done or what

16  is being transcribed in these notes?

17       A.      In most cases they verified on what they

18  did in order to verify that this account belongs to

19  Mr. Daugherty.

20       Q.      If the dispute was more than what is an

21  01, not his, not hers, if there was something

22  additional, would there be an additional inquiry?

23       A.      Inquiry in the note log?

24       Q.      By the credit analyst to respond.

25       A.      Yes.  So if the ACDV was received with

Henderson Legal Services, Inc.

202-220-4158              www.hendersonlegalservices.com

EXHIBIT A

Lyew, Sandra                                          August 28, 2015

159

1    **more than one dispute, that's how they would go ahead**

2    **and investigate, based on each dispute that is**

3    **received.**

4         Q.    So I'll give you an example.  Exhibit 17

5    is an ACDV response.

6         **A.    I have one.**

7         Q.    And this has a different code.  This one

8    is -- it's not the 001, not his.  It's 106.  And it's

9    described as disputes present/previous account

10   balance, payment history profile, payment rating.

11   And then the instruction is verify payment history

12   profile, account status, and payment rating.

13        **A.    Yes.**

14        Q.    And each of those is a field; is that

15   right?

16        **A.    Yes.**

17        Q.    So specifically this dispute is asking

18   OCWEN to verify the payment history profile, the

19   account status, and the payment rating; is that

20   right?

21        **A.    Yes.**

22        Q.    So if you go towards the bottom, account

23   status, it has been filled in with an 11 code, as

24   current account; is that right?

25        **A.    Yes.**

Henderson Legal Services, Inc.

202-220-4158                        www.hendersonlegalservices.com

Lyew, Sandra                                        August 28, 2015

160

1        Q.     And that's different from what was sent

2    to OCWEN; is that right?

3        **A.     Yes.  Different from the request.**

4        Q.     Okay.  So that means somebody at OCWEN

5    reviewed the information after an investigation, they

6    responded with an update on this form, right?

7        **A.     Yes.**

8        Q.     Okay.  The next thing is payment rating.

9    There was no payment rating in this request, correct,

10   under account information?

11       **A.     No.**

12       Q.     It's blank on the request side?

13       **A.     Yes.**

14       Q.     Okay.  So then the third thing that's

15   being specified here is account -- we already did

16   account status -- payment history profile.  So if we

17   turn to the account history, which is on the second

18   page, do you see the account history profile there?

19   It's that table about middle of the page.

20       **A.     Yes.**

21       Q.     So it has a list of years.  And just for

22   the record, this is Bates 1344.  It is -- the white,

23   again, is the requested information, and that's the

24   information that came over through e-Oscar to OCWEN

25   from the CRA, and then the gray is OCWEN's response;

Henderson Legal Services, Inc.

202-220-4158                www.hendersonlegalservices.com

EXHIBIT A

Lyew, Sandra                                              August 28, 2015

161

1    is that right?

2          **A.      Yes.**

3          Q.     Okay.  So in 2013 you've got a number of

4    white and gray boxes.  If we look at really 2014 and

5    2013, there isn't a single gray box indicating late,

6    except for March 2013; is that right?

7          **A.      Yes.**

8          Q.     And that's different from the request

9    data?

10         **A.      The request data?**

11         Q.     The white boxes.

12         **A.      Yes.  Yes.**

13         Q.     The white boxes have either the number 4

14   or the letter D in them, do you see that?

15         **A.      Yes.**

16         Q.     And then the gray boxes for those same

17   two years, 2014 and 2013, have zeros in every box,

18   with the exception of March 2013 which is a 1?

19         **A.      That is correct.**

20         Q.     So that reflects that OCWEN has

21   responded that the information that came over from

22   the CRA showing late of 120 days should be updated to

23   being current?

24         **A.      Yes.**

25         Q.     And those were the three fields that are

Henderson Legal Services, Inc.

202-220-4158                    www.hendersonlegalservices.com

EXHIBIT A

Lyew, Sandra                                          August 28, 2015

162

1    identified on this dispute code 1 on page 1, Bates

2    1343, right?

3         A.    Yes.

4         Q.    What was the date of this ACDV response?

5         A.    April 24, 2014.

6               And just to reflect back to March,

7    30-day, 2013.

8         Q.    Yes.

9         A.    It was removed; however, the reason why

10   it was -- it was marked as 30 days, because the

11   borrower did send a payment in; however, it was

12   returned due to insufficient funds.

13        Q.    So did OCWEN -- was OCWEN required to

14   change that from late to current?

15        A.    No.   They're not required to do that.

16        Q.    Then why did they do it?

17        A.    I don't know.   I personally would have

18   left it.

19        Q.    Because it was late, but perhaps as --

20        A.    Yes.

21        Q.    -- an accommodation to the borrower?

22        A.    Yes.

23        Q.    Based on your review of these documents,

24   were there any monthly data tapes that were reported

25   by OCWEN to the CRAs that were inaccurate?

EXHIBIT A

Lyew, Sandra                                                    August 28, 2015

163

1      **A.**      **No.**

2      Q.      Okay.  That's all the questions I have.

3   Thank you.

4                        EXAMINATION

5   BY MR. NOLAN:

6      Q.      I just have a couple of quick

7   follow-ups.

8              You discussed policies and procedures

9   and training.  Are these written down somewhere at

10  OCWEN?

11     **A.**      **Yes.**

12             MR. NOLAN:  Can you-all provide those to

13  us, so we can review them, pursuant to our discovery

14  request?  I believe we've requested those.

15             MR. MANNING:  I'll make a note of that.

16  BY MR. NOLAN:

17     Q.      I wanted to follow up, too, about the

18  changing of the date open.  Look at Exhibit 5 of the

19  comment log on page 1644.

20     **A.**      **Yes.  The date change was April 30th,**

21  **2012.**

22     Q.      It's noted here -- SU is the code.  Is

23  that the department that would be reviewing this?

24     **A.**      **Setup.**

25     Q.      Setup?

EXHIBIT A

Lyew, Sandra                                                    August 28, 2015

168

```
 1                    C E R T I F I C A T E

 2

 3    COMMONWEALTH OF VIRGINIA,

 4    CITY OF NORFOLK, to wit:

 5

 6              I, Penny C. Wile, RPR, RMR, CRR, a

 7    Notary Public in and for the Commonwealth of

 8    Virginia at Large, do hereby certify that the

 9    foregoing deposition was duly taken and sworn to

10    before me at the time and place in the caption

11    mentioned, and that the deposition is a true record

12    of the testimony given by the witness.

13              I further certify that I am neither

14    attorney or counsel for, nor related to or employed

15    by any of the parties to the action in which this

16    deposition is taken, nor am I a relative or employee

17    of any attorney or counsel employed by the parties

18    hereto, nor am I financially interested in the

19    action.

20              Given under my hand this 8th day of

21    September, 2015.

22

23    _____

24                    Notary Public, #212528

25    My Commission expires:  January 31, 2017
```

Henderson Legal Services, Inc.
202-220-4158              www.hendersonlegalservices.com

EXHIBIT A