| **ACDV Response:** | | | 99994091031165125 |
|---|---|---|---|
| **Account Number:** | ▮4537 | **SSN:** | ▮9020 |
| **Consumer Name:** | DAVID MAX DAUGHERTY | **Control Number:** | 99994091031165125 |
| **Response Code:** | 02:Modify account information as indicated | **Subscriber Code:** | 465FS01690 |
| **Response Date:** | 04/24/2014 | **DF Contact Number:** | |
| **Response Due Date:** | 04/25/2014 | **DF Authorized Name:** | Robert Rajina |

| **Dispute Information:** | |
|---|---|
| **Dispute Code 1:** | 106:Disputes present/previous Account Status/Payment History Profile/Payment Rating. Verify Payment History Profile, Account Status, and Payment Rating. |
| **Dispute Code 2:** | |
| **FCRA Relevant Information:** | |

| **Consumer Information:** | **Request Data** | **Response Data** | **Same / Diff** |
|---|---|---|---|
| **Last Name:** | DAUGHERTY | DAUGHERTY | Same |
| **First Name:** | DAVID | DAVID | Same |
| **Middle Name:** | MAX | | Unknown |
| **Generation Code:** | | | Unknown |
| **Prev. Last Name:** | CD | | Unknown |
| **Prev. First Name:** | AB | | Unknown |
| **Prev. Middle Name:** | | | Unknown |
| **Prev.Generation Code:** | | | |
| **SSN:** | ▮9020 | ▮9020 | Same |
| **Date Of Birth:** | ▮1957 | | Unknown |
| **Telephone Number:** | 3042956161 | | Unknown |
| **ECOA Code:** | 1:Individual | 1:Individual | |
| **Street Address:** | 35 VALLEY VIEW DR 35 | 35 VALLEY VIEW DR | Different |
| **City:** | VIENNA | VIENNA | |
| **State:** | WV:West Virginia | WV:West Virginia | |
| **Zip:** | 26105 | 26105 | |
| **Prev. Street Address:** | PO BOX 816 | | Unknown |
| **Prev. City:** | PARKERSBURG | | |
| **Prev. State:** | WV:West Virginia | | |
| **Prev. Zip:** | 26102 | | |
| **2nd Prev. Street Address:** | VALLEYVIEW DR | | |
| **2nd Prev. City:** | VIENNA | | |
| **2nd Prev. State:** | WV:West Virginia | | |
| **2nd Prev. Zip:** | 26105 | | |

| **Account Information:** | | |
|---|---|---|
| | **Request Data** | **Response Data** |
| **Account Status:** | 82:Account 120 days past the due date. | 11:Current account. |
| **Payment Rating:** | | |
| **Cond. / Cum. Status:** | | |
| **CII:** | | |
| **MOP:** | 05:Pays over 120 days; 5 or more payments past due | |
| **CCC:** | | XR:Removes the most recently reported Compliance Condition Code. |

EXHIBIT C

| | | | | 99994091031165125 |
|---|---|---|---|---|
| **SCC:** | | BO:Foreclosure proceedings started. | | |
| **Portfolio Type:** | | M:Mortgage | | M:Mortgage |
| **Account Type:** | | 08:Real Estate - Specific Type Unknown | | 26:Conventional Real Estate Mortgage including Purchase Money First (Terms Duration in years) |
| **Terms Duration:** | | 30 | | 360 |
| **Terms Frequency:** | | M:Monthly | | M:Monthly |
| **Date Opened:** | | 08/10/1999 | | 07/20/1999 |
| **Date of Account Information:** | | 03/24/2014 | | 04/24/2014 |
| **Date of Last Payment:** | | 01/01/2012 | | 03/31/2014 |
| **Date Closed:** | | | | |
| **FCRA DOFD:** | | 10/01/2011 | | |
| **Current Balance:** | | 85639 | | 80073 |
| **Amount Past Due:** | | 6128 | | 0 |
| **High Credit / Original Amt.:** | | 100813 | | 100813 |
| **Credit Limit:** | | | | |
| **Original Charge Off Amount:** | | | | |
| **Actual Payment:** | | 200 | | 1936 |
| **Scheduled Monthly Payment:** | | | | 968 |
| **Original Creditor Name:** | | | | |
| **Creditor Classification:** | | | | |
| **Agency ID:** | | | | |
| **Sec. Mktg. Agency Acct Num:** | | | | |
| **Mortgage ID Number (MIN):** | | | | |
| **Specialized Payment Ind.:** | | | | |
| **Defrd. Payment Start Date:** | | | | |
| **Balloon Payment Amt.:** | | | | |
| **Balloon Payment Due Date:** | | | | |
| **Portfolio Indicator:** | | | | |
| **Purchased From / Sold To:** | | | | |
| **Narrative / Remarks:** | | | | |

**Account History**

| Year | | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | Req. | | | | | | | | | | - | D | 4 |
|  | Resp. | | | | | | | | | | 0 | 0 | 0 |
| 2013 | Req. | 4 | D | 4 | D | D | 4 | 4 | D | D | 4 | D | D |
|  | Resp. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| 2012 | Req. | D | D | D | D | D | D | D | D | D | 3 | 2 | 3 |
|  | Resp. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 4 | 3 | 2 |
| 2011 | Req. | B | - | - | - | - | - | - | - | - | - | - | - |
|  | Resp. | 3 | B | - | - | - | - | - | - | - | - | - | - |
| 2010 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
|  | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2009 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
|  | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2008 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
|  | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2007 | Req | - | - | - | - | - | - | - | - | - | | | |
|  | Res | - | - | - | - | - | - | - | - | - | | | |

**Associated Consumer Information**

| | | |
|---|---|---|
| **Last Name:** | | |
| **First Name:** | | |
| **Middle Name:** | | |
| **Generation Code:** | | |
| **SSN:** | | |
| **Date Of Birth:** | | |
| **Telephone Number:** | | |
| **ECOA Code:** | | |
| **CII:** | | |
| **Street Address:** | | |
| **City:** | | |
| **State:** | | |
| **Zip:** | | |
| **Authorized Name:** | Robert Rajina | |
| **Date:** | 04/24/2014 | |
| **When you sign this form, you certify that you have verified the accuracy of the entire item in compliance with all legal requirements and that your computer and/or manual records will be adjusted to reflect changes noted above.** | | |

EXHIBIT C

| **ACDV Response:** | | | |
|---|---|---|---|
| | | | 99994154012191129 |
| **Account Number:** | ▮4537 | **SSN:** | ▮9020 |
| **Consumer Name:** | DAVID MAX DAUGHERTY | **Control Number:** | 99994154012191129 |
| **Response Code:** | 02:Modify account information as indicated | **Subscriber Code:** | 465FS01690 |
| **Response Date:** | 06/20/2014 | **DF Contact Number:** | |
| **Response Due Date:** | 06/23/2014 | **DF Authorized Name:** | Shalini Singh |

| **Dispute Information:** | |
|---|---|
| **Dispute Code 1:** | 106:Disputes present/previous Account Status/Payment History Profile/Payment Rating.  Verify Payment History Profile, Account Status, and Payment Rating. |
| **Dispute Code 2:** | |
| **FCRA Relevant Information:** | |

| **Consumer Information:** | | | |
|---|---|---|---|
| | **Request Data** | **Response Data** | **Same / Diff** |
| **Last Name:** | DAUGHERTY | DAUGHERTY | Same |
| **First Name:** | DAVID | DAVID | Same |
| **Middle Name:** | MAX | | Unknown |
| **Generation Code:** | | | Unknown |
| **Prev. Last Name:** | | | Unknown |
| **Prev. First Name:** | | | Unknown |
| **Prev. Middle Name:** | | | Unknown |
| **Prev.Generation Code:** | | | |
| **SSN:** | ▮9020 | ▮9020 | Same |
| **Date Of Birth:** | ▮1957 | | Unknown |
| **Telephone Number:** | 3042956161 | | Unknown |
| **ECOA Code:** | 1:Individual | 1:Individual | |
| **Street Address:** | 35 VALLEY VIEW DR 35 | 35 VALLEY VIEW DR | Different |
| **City:** | VIENNA | VIENNA | |
| **State:** | WV:West Virginia | WV:West Virginia | |
| **Zip:** | 26105 | 26105 | |
| **Prev. Street Address:** | PO BOX 816 | | Unknown |
| **Prev. City:** | PARKERSBURG | | |
| **Prev. State:** | WV:West Virginia | | |
| **Prev. Zip:** | 26102 | | |
| **2nd Prev. Street Address:** | VALLEYVIEW DR | | |
| **2nd Prev. City:** | VIENNA | | |
| **2nd Prev. State:** | WV:West Virginia | | |
| **2nd Prev. Zip:** | 26105 | | |

| **Account Information:** | | |
|---|---|---|
| | **Request Data** | **Response Data** |
| **Account Status:** | 82:Account 120 days past the due date. | 11:Current account. |
| **Payment Rating:** | | |
| **Cond. / Cum. Status:** | | |
| **CII:** | | |
| **MOP:** | 05:Pays over 120 days; 5 or more payments past due | |
| **CCC:** | | XR:Removes the most recently reported Compliance Condition Code. |

|  |  |  |  |
|---|---|---|---|
|  |  |  | 99994154012191129 |
| **SCC:** |  |  |  |
| **Portfolio Type:** | M:Mortgage |  | M:Mortgage |
| **Account Type:** | 26:Conventional Real Estate Mortgage including Purchase Money First (Terms Duration in years) |  | 26:Conventional Real Estate Mortgage including Purchase Money First (Terms Duration in years) |
| **Terms Duration:** | 30 |  | 360 |
| **Terms Frequency:** | M:Monthly |  | M:Monthly |
| **Date Opened:** | 08/01/1999 |  | 07/20/1999 |
| **Date of Account Information:** | 05/29/2014 |  | 06/20/2014 |
| **Date of Last Payment:** | 01/01/2012 |  |  |
| **Date Closed:** |  |  |  |
| **FCRA DOFD:** | 10/01/2011 |  |  |
| **Current Balance:** | 85639 |  | 79857 |
| **Amount Past Due:** | 6128 |  | 0 |
| **High Credit / Original Amt.:** | 100813 |  | 100813 |
| **Credit Limit:** |  |  |  |
| **Original Charge Off Amount:** |  |  |  |
| **Actual Payment:** | 200 |  | 968 |
| **Scheduled Monthly Payment:** | 1077 |  | 968 |
| **Original Creditor Name:** |  |  |  |
| **Creditor Classification:** |  |  |  |
| **Agency ID:** |  |  |  |
| **Sec. Mktg. Agency Acct Num:** |  |  |  |
| **Mortgage ID Number (MIN):** |  |  |  |
| **Specialized Payment Ind.:** |  |  |  |
| **Defrd. Payment Start Date:** |  |  |  |
| **Balloon Payment Amt.:** |  |  |  |
| **Balloon Payment Due Date:** |  |  |  |
| **Portfolio Indicator:** |  |  |  |
| **Purchased From / Sold To:** |  |  |  |
| **Narrative / Remarks:** |  |  |  |

**Account History**

| Year |  | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | Req. |  |  |  |  |  |  |  | - | 0 | 0 | 0 | 0 |
|  | Resp. |  |  |  |  |  |  |  | 0 | 0 | 0 | 0 | 0 |
| 2013 | Req. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | D | D |
|  | Resp. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | D | D |
| 2012 | Req. | D | D | D | D | D | D | D | D | D | 3 | 2 | 2 |
|  | Resp. | D | D | D | D | D | D | D | D | D | 3 | 3 | 2 |
| 2011 | Req. | B | - | - | - | - | - | - | - | - | - | - | - |
|  | Resp. | 3 | - | - | - | - | - | - | - | - | - | - | - |
| 2010 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
|  | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2009 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
|  | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2008 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
|  | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2007 | Req | - | - | - | - | - | - | - |  |  |  |  |  |
|  | Res | - | - | - | - | - | - | - |  |  |  |  |  |

**Associated Consumer Information**

| | | |
|---|---|---|
| **Last Name:** | | |
| **First Name:** | | |
| **Middle Name:** | | |
| **Generation Code:** | | |
| **SSN:** | | |
| **Date Of Birth:** | | |
| **Telephone Number:** | | |
| **ECOA Code:** | | |
| **CII:** | | |
| **Street Address:** | | |
| **City:** | | |
| **State:** | | |
| **Zip:** | | |
| **Authorized Name:** | Shalini Singh | |
| **Date:** | 06/20/2014 | |
| **When you sign this form, you certify that you have verified the accuracy of the entire item in compliance with all legal requirements and that your computer and/or manual records will be adjusted to reflect changes noted above.** | | |

EXHIBIT C