03/14/13   8:36 PM                                                                                   Page 1

: OCWEN   RESEACH   DEPARTMENT

March 14, 20

David M. Daugherty

35 Valley View Drive

Vienna, WV. 26105

Dear sir,

    I am writing you concerning my credit report with Equifax, it states that I am currently behind $6,128.00 dollars with Ocwen Loan Services and that I am in foreclosure. Please correct those records as soon as possible. I have a professional company assisting fixing my credit past so please clear that record.

Thank you,

David M. Daugherty

Ocwen loan number : ▮▮▮▮4537

CONFIDENTIAL                              DD/OLS 000576

EXHIBIT D

03/14/13    8:36 PM                                                                                      Page 2

*Equifax* ↓

| | Account Name | | OCWEN LOAN SERVICING | |
|---|---|---|---|---|
| OCWEN LOAN SERVICING<br>*Potentially Negative*<br>*Closed*<br>800-746-2936<br>**Mailing Address:** 1661 WORTHINGTON RD SUITE 100 WEST PALM BEACH, FL 33409<br><br>Close Account Details | Account # | | 709224XXXX | |
| | Account Type | | Real Estate | |
| | Balance | | $85,639.00 | |
| | Date Opened | | 8/1/1999 | |
| | Account Status | No Data Returned For This Bureau | Closed | No Data Returned For This Bureau |
| | Mo. Payment | | $1,077.00 | |
| | Past Due | | ~~$x,xxx.00~~ | |
| | Payment Status | | At least 120 days or more than four payments past due | |
| | High Balance | | $100,813.00 | |
| | Limit | | | |
| | Terms | | | |
| | Comments | | FORECLOSURE PROCESS STARTED<br>REAL ESTATE MORTGAGE | |

**24-Month Payment History**

| | 2010 | | | | | | | | | | 2011 | | | | | | | | | | | | 2012 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB |
| Experian | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 90 | 60 | 90 |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |

CONFIDENTIAL                    DD/OLS 000577

EXHIBIT D