IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

DAVID M. DAUGHERTY,                           PLAINTIFF

V.                                            CIVIL ACTION NO. 5:14-cv-24506

OCWEN LOAN SERVICING, LLC,                    DEFENDANT

## NOTICE OF INTENT TO SERVE SUBPOENA

PLEASE TAKE NOTICE that pursuant to Rule 45(a)(4) of the Federal Rules of Civil Procedures, Plaintiff David M. Daugherty intends to serve the subpoena in the form attached hereto as Exhibit 1 upon Equifax and its counsel:

1.) Corporate Representative of Equifax Information Services, LLC, c/o Vincent M. Roskovensky, Esq., Clark Hill PLC, 1233 Main Street, Suite 1700, Wheeling, WV 26003; and,

2.) Equifax Information Services LLC, Corporation Service Company, 209 West Washington Street, Charleston, WV 25302.

**DAVID M. DAUGHERTY**
BY COUNSEL

HAMILTON, BURGESS, YOUNG
    & POLLARD, *pllc*


BY:    /s/    Jed R. Nolan
       Ralph C. Young  *(W. Va. Bar #4176)*
          ryoung@hamiltonburgess.com
       Christopher B. Frost  *(W. Va. Bar #9411)*
          cfrost@hamiltonburgess.com
       Steven R. Broadwater, Jr. (*W. Va. Bar #11355*)
          sbroadwater@hamiltonburgess.com
       Jed R. Nolan (*W. Va. Bar #10833*)
          jnolan@hamiltonburgess.com
       *Counsel for Plaintiff*
       P. O. Box 959
       Fayetteville, WV 25840
       304-574-2727

F:\CM\21352\21352Notice of Intent to Serve Subpoena.WPD

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

DAVID M. DAUGHERTY,                                       PLAINTIFF

V.                                                                    CIVIL ACTION NO. 5:14-24506

EQUIFAX INFORMATION SERVICES LLC
and OCWEN LOAN SERVICING, LLC,                 DEFENDANTS

# CERTIFICATE OF SERVICE

I, Jed R. Nolan, counsel for Plaintiff, hereby certify that the foregoing Plaintiff's **NOTICE OF INTENT TO SERVE SUBPOENA** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants, on April 27, 2016:

John C. Lynch, Esq.
Jason E. Manning, Esq.
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA  23462
*Counsel for Defendant Ocwen Loan Servicing, LLC*
john.lynch@troutmansanders.com
jason.manning@troutmansanders.com

/s/ Jed R. Nolan
**JED R. NOLAN** *(WVSB #10833)*
jnolan@hamiltonburgess.com