# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

### SUBPOENA IN A CIVIL CASE

CASE NUMBER[1]  5:14-cv-24506

**DAVID M. DAUGHERTY,**

    Plaintiff

v.

**OCWEN LOAN SERVICING, LLC,**

    Defendant

TO:  Corporate Representative of Equifax
Information Services, LLC
℅ Vincent M. Roskovensky, Esq.
Clark Hill PLC
1233 Main Street, Suite 1700
Wheeling WV 26003

Equifax Information Services LLC
Corporation Service Company
209 West Washington Street
Charleston, WV 25302

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below to testify in the above case.

| PLACE OF TESTIMONY<br>**Federal Building**<br>**110 North Heber Street,**<br>**Beckley, WV 25801** | COURTROOM<br>**Judge Irene C. Berger** |
|---|---|
| | DATE AND TIME<br>**May 16, 2016 at 9:00 am** |

☐ YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below

---

[1] If action is pending in district other than district of issuance, state district under case number.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)     DATE

*[signature]*                                                                    **Attorney for Plaintiff     April 27, 2016**

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

**Ralph C. Young**
**Jed R. Nolan, P O Box 959, Fayetteville, WV 25840**          **Telephone: 304-574-2727**

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)