IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

DAVID M. DAUGHERTY,	PLAINTIFF

V.	CIVIL ACTION NO. 5:14-24506

EQUIFAX INFORMATION SERVICES LLC
and OCWEN LOAN SERVICING, LLC,	DEFENDANTS

**NOTICE OF DEPOSITION** *de bene esse*

Take notice, that the Plaintiff will take depositions of the following entities or individuals. All deponents must bring all documents listed in the accompanying subpoenas and any attachments, and present the originals of these documents for inspection and copying at the deposition.

1. Latonya Munson
   TIME: Friday, May 13, 2016 beginning at 1:30 p.m.
   PLACE: To be Determined

This deponent must testify as to the following matters:

a. The authenticity of the business records produced by Equifax labeled as Bates EIS-Daugherty 1-510 as true, accurate, and correct copies of Equifax business records.

b. That the business records identified above are records made in the ordinary course of business of Equifax Information Services, LLC.

c. Regarding the regular practice of Equifax Information Services, LLC to make and keep such records, which records were made at or about the time of the events to which they relate by persons having knowledge of the information set forth in the records.

**DAVID M. DAUGHERTY**

BY COUNSEL

Hamilton, Burgess, Young
    & Pollard, *pllc*

BY:   /s/ Jed R. Nolan
      Ralph C. Young  *(W. Va. Bar #4176)*
        ryoung@hamiltonburgess.com
      Christopher B. Frost  *(W. Va. Bar #9411)*
        cfrost@hamiltonburgess.com
      Steven R. Broadwater, Jr. (*W. Va. Bar #11355*)
        sbroadwater@hamiltonburgess.com
      Jed R. Nolan *(W. Va. Bar #10833)*
        jnolan@hamiltonburgess.com
      *Counsel for Plaintiff*
      P. O. Box 959
      Fayetteville, WV 25840
      304-574-2727

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

DAVID M. DAUGHERTY,                    PLAINTIFF

V.                            CIVIL ACTION NO. 5:14-24506

EQUIFAX INFORMATION SERVICES LLC
and OCWEN LOAN SERVICING, LLC,        DEFENDANTS

**CERTIFICATE OF SERVICE**

I, Jed R. Nolan, counsel for Plaintiff, hereby certify that the foregoing **NOTICE OF DEPOSITION** *de bene esse* was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants, on May 6, 2016:

John C. Lynch, Esq.
Jason E. Manning, Esq.
Troutman Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
*Counsel for Defendant Ocwen Loan Servicing, LLC*
john.lynch@troutmansanders.com
jason.manning@troutmansanders.com

                                                        /s/ Jed R. Nolan
                                                        Jed R. Nolan (WVSB #10833)
                                                        jnolan@hamiltonburgess.com