# CREDIT DISPUTES

| # | Date | | | | | |
|---|---|---|---|---|---|---|
| 1. | 3/20/13 | 9087 | EQ 34 | | OC 1665 | |
| 2. | | 9088 | EQ 30 | | OC 1664 | |
| 3. | 6/2/13 | 3102 | EQ 60 | | OC 1674 | |
| 4. | | 3103 | EQ 62 | | OC 1673 | |
| 5. | 7/5/13 | 4102 | EQ 101 | | OC 1677 | |
| 6. | | 4103 | EQ 89 | | OC 1678 | |
| 7. | 10/11/13 | 5113 | EQ 157 | | OC 1688 | |
| 8. | | 5114 | EQ 159 | | OC 1689 | |
| 9. | 12/2/13 | 0122 | EQ 188 | | OC 1697 | |
| 10. | | 0123 | EQ 192 | | OC 1695 | |
| 11. | 1/17/14 | 1126 | EQ 223 | | OC 1710 | |
| 12. | | 1127 | EQ 227 | | OC 1709 | |
| 13. | 3/23/14 | 8131 | EQ 251 | | OC 1718 | |
| 14. | | 8132 | EQ 255 | | OC 1717 | |
| 15. | 4/24/14 | 5124 | EQ 274 | OC 1341 | OC 1726 | |
| 16. | | 5125 | EQ 762 | OC 1343 | OC 1727 | |
| 17. | 5/5/14 | 7122 | EQ 301 | OC 1347 | OC 1729 | |
| 18. | | 7123 | EQ 303 | OC 1349 | OC 1728 | |
| 19. | 6/16/14 | 8128 | EQ 355 | OC 1351 | OC 1735 | |
| 20. | | 8129 | EQ 324 | OC 1359 | OC 1734 | |
| 21. | 6/19/14 | 1128 | EQ 317 | OC 1355 | OC 1736 | |
| 22. | | 1129 | EQ 322 | OC 1357 | OC 1737 | |
| 23. | 8/15/14 | 8137 | EQ 387 | OC 1361 | OC 1743 | |
| 24. | | 8138 | EQ 389 | OC 1363 | OC 1744 | |

F:\CM\21352\21352Dispute List 24.wpd