Lyew, Sandra                                                                August 28, 2015

1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

-----------------------------------

DAVID M. DAUGHERTY,

    Plaintiff,

  v.                                      CIVIL ACTION
                                          NO. 5:14-24506
EQUIFAX INFORMATION SERVICES, LLC
and OCWEN LOAN SERVICING, LLC,

    Defendants.

-----------------------------------



30(b)(6) DEPOSITION UPON ORAL EXAMINATION
           OF SANDRA LYEW
    TAKEN ON BEHALF OF THE PLAINTIFF

         Virginia Beach, Virginia

            August 28, 2015

Lyew, Sandra August 28, 2015

19

1   A.   That's correct.
2   Q.   If a dispute originated from a
3   third-party that was authorized to file that dispute,
4   would they get the dispute resolved?
5   A.   **All parties should receive it.  The**
6   **borrower should receive, as well as the third-party.**
7   Q.   And so -- okay.  So when the credit
8   reporting agency initially makes the dispute with
9   OCWEN, is there a different process?  Does it go to
10  the research department?
11  A.   **No, because the credit agency went**
12  **directly to the credit reporting department.  They**
13  **use a separate system to do their communications**
14  **regarding the dispute.**
15  Q.   What system is that?
16  A.   e-Oscar.
17  Q.   So what form comes to the credit
18  reporting department through e-Oscar?
19  A.   e-Oscar is an ACDV.
20  Q.   Is it always automated or is there ever
21  just a regular consumer dispute verification form
22  sent, a paper form sent?
23  A.   No.  Everything is through the system.
24  Q.   Strictly automated?
25  A.   Yes.

Lyew, Sandra                                              August 28, 2015

26

1   A.   Yes. And they communicate right -- they
2   communicate through e-Oscar.
3   Q.   Is there a separate form from the ACDV
4   that OCWEN responds to the ACDV with?
5   A.   Everything is automated through the
6   system, so based on their response, OCWEN's response,
7   back to the credit agency is through e-Oscar.
8   Q.   Is that on the same ACDV form or is
9   there a separate form generated?
10  A.   It's in the system, so it could be under
11  the ACDV section it responds back to -- so the ACDV
12  is basically a screen through their system.
13  Q.   Their being the credit reporting
14  agency's --
15  A.   Yes.
16  Q.   -- e-Oscar system?
17  A.   e-Oscar system.
18  Q.   So OCWEN receives an ACDV from, for
19  instance, Equifax, and do they just fill in that same
20  form online with their response or do they generate a
21  new form or something substantive, besides that form,
22  in their response?
23  A.   Everything is based on how the ACDV came
24  in. And it's responded through the same ACDV.
25  Q.   And is that true regardless of outcome

Lyew, Sandra                                                          August 28, 2015

46

1   it's not in our business records.
2        Q.    Okay.  And in some business records that
3   I reviewed from OCWEN the response to the ACDV was
4   included, but not all of them, which is why I'm going
5   to try to go back and forth between the comment log,
6   Equifax.  And then when we have OCWEN's response
7   forms, we'll go over those, as well.
8        A.    Okay.
9        Q.    But are you familiar generally with the
10  Automated Consumer Dispute Verification form?
11       A.    No.  Oh.  You mean the AUD form?
12       Q.    The ACDV form.
13       A.    The ACDV form?  Yeah.  I've learned to
14  become familiar with it.
15       Q.    Is this significantly different from
16  what OCWEN uses?
17       A.    No.  Again, it's used -- they use a
18  system e-Oscar.  That's how all the agencies report
19  or send their disputes or verifications or consumer
20  disputes to the consumer -- to the debtors like us.
21       Q.    So --
22       A.    I'm sorry.  You may want -- if you're
23  going to show this, you might as well show the AC --
24  the e-Oscar ACDV form.  That's how you can -- it
25  mirrors and matches.

1     Q.     And I'll show you what we've been
2  provided.
3     A.     Okay.
4     Q.     This came from Equifax.  Like I said, I
5  don't recall seeing the response form from OCWEN to
6  this specific dispute.  Other disputes in here we're
7  going to go over.  OCWEN's response forms are
8  included and attached.  And we'll go over that, as
9  well.  On this specific one, I didn't find that.
10    A.     It's there.
11    Q.     I'm going to look over this.  It says
12 the date created was March 19th, 2013.
13    A.     Okay.
14    Q.     What does the control number above that
15 refer to?
16    A.     It says 99993078032699088.
17    Q.     Is that something OCWEN created or
18 something Equifax would have created?
19    A.     This is a control number, so it came
20 from Equifax.  And OCWEN has noted the same number,
21 in their note log, being received, on page 1664 in
22 the bottom.
23    Q.     And the subscriber code, is that
24 referring to OCWEN or is that --
25    A.     This is their subscriber code.

EIS-DAUGHERTY-000030

# TRADE

**EQUIFAX** CREDIT INFORMATION SERVICES

## AUTOMATED CONSUMER DISPUTE VERIFICATION

| NCRA Control Number | 999910780326990G8 | | | |
|---|---|---|---|---|
| Origin NCRA | EFX | Bureau Code | 9999 | |
| Date Created | 03/19/2013 | Response Due | 04/10/2013 | |
| Subscriber Code | 465F501690 | | | |
| Account Number | 7092244537 | | | |
| Grantor Name | Ocwen Loan Servicing, LLC | | | |
| Responder Name | HARISH RAO | | | |
| Responder Phone | 561-682-7675 | Response Date | 03/20/2013 | |
| Response Code | [V] Verified As Reported | [ ] Modify As Shown | | |

**Dispute 1** [001] NOT HIS/HERS. PROVIDE COMPLETE ID
**Dispute 2** [007] DISPUTES CURRENT/PREVIOUS ACCOUNT STATUS/PAYMENT PROFILE/PAYMENT RATING. VERIFY PAYMENT HISTORY PROILE, ACCOUNT STATUS, AND PAYMENT RAT
**FCRA Relevant Information** STATES CONTACT ALBERT OR TONY GILL

[ ] Delete Account  [ ] Delete Fraud

### Reported Consumer Identity

| Name | DAUGHERTY DAVID M |
| --- | --- |
| AKA/FN | |
| Addr | 35 VALLEY VIEW DR 35, VIENNA, WV 26105 |
| Prev | PO BOX 816, PARKERSBURG, WV 26102 |
| SSN | 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 |
| DOB | 12/14/1957 |
| Phone | 104-295-6161 |

### Modified Consumer Identity

| | Same | | |
|---|---|---|---|
| Name | [V] | DAUGHERTY DAVID | |
| AKA/FN | [ ] | | |
| Addr | [ ] | 35 VALLEY VIEW DR, VIENNA, WV 26153-327 | |
| Prev | [ ] | | |
| SSN | [V] | 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 | |
| DOB | [ ] | | |
| Phone | [V] | 104-295-6161 | |

| Account Type | ECOA | Date Open | Type & Rate | Narratives |
|---|---|---|---|---|
| 08 | I | 08/1999 | M- | [451] [272] |

| Credit Limit | High Credit | Current Balance | Past Due | |
|---|---|---|---|---|
| | $100011 | $85,639 | $6128 | |

| Original Charge-Off | Date 1st Delinquency | Last Payment Date | Date Closed | Creditor Classification |
|---|---|---|---|---|
| | 10/2201 | 01/2012 | | |

| Activity Designator | | | Purchased/Sold To Name/Original Creditor | Purchase Indicator | Mortgage Id Number |
|---|---|---|---|---|---|
| [2] Invalid activity design '2'. | | | | | |

| Terms Duration | Term Frequency | Scled Monthly Pmt | Actual Payment | Deferred Pay Start Date | Balloon Payment | Balloon Pay Due Date |
|---|---|---|---|---|---|---|
| 30 | [M] Monthly | $1077 | $200 | | | |

| Date of Account Info | Pmt Hist Months 1-12 | Pmt Hist Months 13-24 | Pmt Hist Months 25-36 | Pmt Hist Months 37-48 | Pmt Hist Months 49-60 | Pmt Hist Months 61-72 | Pmt Hist Months 73-84 |
|---|---|---|---|---|---|---|---|
| 03/20/2013 | | 3239 | | | | | |

| Consumer Info Indicator | |
|---|---|
| | |

| Compliance Condition Code | |
|---|---|
| | |

| Special Comment Code | [B0] Foreclosure proceedings started |
|---|---|

| Account Status | [82] Account 120 days past the due date |
|---|---|

| Payment Rating | |
|---|---|

Printed 07/23/2014

EXHIBIT 7
WIT: Wile(?)
DATE: 8.28.15
P. Wile, RPR, RMR, CRR

EIS-DAUGHERTY-000034

TRADE

# AUTOMATED CONSUMER DISPUTE VERIFICATION

**EQUIFAX** CREDIT INFORMATION SERVICES

| | | | |
|---|---|---|---|
| Control Number | 99993078032699087 | | |
| Origin NCRA | EFX | | |
| Date Created | 03/19/2013 | Bureau Code | 9999 |
| Subscriber Code | 465FS01690 | Response Due | 04/10/2013 |
| Account Number | 7092244537 | | |
| Grantor Name | Ocwen Loan Servicing, LLC | | |
| Responder Name | Raj Kumar | | |
| Responder Phone | 561-682-7675 | Response Date | 03/20/2013 |
| Response Code | [X] Verified As Reported | [ ] Modify As Shown | |

Dispute 1: [001] NOT HIS/HERS. PROVIDE COMPLETE ID

Dispute 2: [007] DISPUTES CURRENT/PREVIOUS ACCOUNT STATUS/PAYMENT HISTORY PROFILE/ PAYMENT RATING. VERIFY PAYMENT HISTORY PROILE, ACCOUNT STATUS, AND PAYMENT RAT

FCRA Relevant Information: STATES CONTACT TONY GILL

[ ] Delete Account [ ] Delete Fraud

**Reported Consumer Identity** / **Modified Consumer Identity**

| Field | Reported Consumer Identity | Same | Modified Consumer Identity |
|---|---|---|---|
| Name | DAUGHERTY DAVID M | [X] | DAUGHERTY DAVID |
| AKA/FN | | [ ] | |
| Addr | 35 VALLEY VIEW DR 35, VIENNA, WV 26105 | [X] | 35 VALLEY VIEW DR 35, VIENNA, WV 26105 |
| Prev | PO BOX 816, PARKERSBURG, WV 26102 | [ ] | |
| SSN | 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 | [X] | 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 |
| DOB | 12/14/1957 | [ ] | |
| Phone | 304-295-6161 | [X] | 304-295-6161 |

| Account Type | ECOA | Date Open | Type & Rate |
|---|---|---|---|
| 25 | I | 07/1999 | M- |
| | I | | |

| Credit Limit | High Credit | Current Balance | Past Due |
|---|---|---|---|
| | $100860 | $83111 | |

| Original Charge-Off | Date 1st Delinquency | Last Payment Date | Date Closed |
|---|---|---|---|
| | | 01/2013 | |

Narratives: [271]

| Activity Designator | Creditor Classification | Purchased / Sold To Name / Original Creditor | Purchase Indicator | Mortgage Id Number |
|---|---|---|---|---|
| [1] Invalid activity_desgn '1' | | | | |

| Terms Duration | Term Frequency | Sched Monthly Pmt | Actual Payment | Deferred Pay Start Date | Balloon Payment | Balloon Pay Due Date |
|---|---|---|---|---|---|---|
| 30 | [M] Monthly | $980 | $980 | | | |

| Date of Account Info | Pmt Hist Months 1-12 | Pmt Hist Months 13-24 | Pmt Hist Months 25-36 | Pmt Hist Months 37-48 | Pmt Hist Months 49-60 | Pmt Hist Months 61-72 | Pmt Hist Months 73-84 |
|---|---|---|---|---|---|---|---|
| 01/2013 | --0000000104 | 323B-------- | ------------ | ------------ | ------------ | ------------ | ------------ |

| | |
|---|---|
| Consumer Info Indicator | |
| Compliance Condition Code | |
| Special Comment Code | |
| Account Status | [11] Current account |
| Payment Rating | [0] Current account |

Printed 07/23/2014

Proprietary and Confidential to Equifax Information Services LLC - Use Pursuant to Company Instructions