Page 1

1         IN THE UNITED STATES DISTRICT COURT
2     FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
3                 BECKLEY DIVISION
4  DAVID M. DAUGHERTY,
5            Plaintiff,
                                    CIVIL ACTION
6        vs.
7                        FILE NO. 5:14-24506
8  EQUIFAX INFORMATION SERVICES,
9  LLC, and OCWEN LOAN
10 SERVICING, INC.,
11          Defendants.
12
13     TELEPHONIC 30(b)(6) DEPOSITION OF
14       EQUIFAX INFORMATION SERVICES, LLC
15          THROUGH LATONYA MUNSON
16
17         Thursday, May 12, 2016
18              2:21 p.m.
19         1180 Peachtree Street
20           Atlanta, Georgia
21      Renda K. Cornick, RPR, CCR-B-909
22
23 Job no. 107517
24
25

## Page 70

LATONYA MUNSON

see that?

A. No. Just bear with me a moment while I gather that document.

Could you repeat your question.

MS. MANNING: Let's read it back.

(The record was read by the reporter.)

THE WITNESS: Yes. I do see the document indicates that the Litton Mortgage Service Center Account No. 1290 DLA was 10 of 2011 and the date closed was 11 of 2011.

Q. (By Mr. Manning) So you don't know if that's accurate or not, right?

MR. LOVE: Object to the form.

THE WITNESS: No. I don't know whether or not that information is accurate or not. And I don't recall the nature of the dispute in regards to that item and whether it was disputed as inaccurate or not.

Q. (By Mr. Manning) So let's just make sure we are talking with the same terminology. You use the word furnisher. That's what Ocwen is in relation to its role to Equifax. It furnishes on a monthly basis information about the account that it has with Mr. Daugherty, correct?

## Page 71

LATONYA MUNSON

A. Ocwen is a data furnisher as I understand. They are a member of Equifax's credit reporting system. So they furnish information to Equifax. I don't know -- whether or not Ocwen reports on a monthly basis or 30-, 60-, or 90-day basis or not.

Q. Then when it receives that data from Ocwen, it is in the form of electronic data that Equifax has to load into its system, right?

A. Yes.

Q. And there is a group of people at Equifax that does that process of loading the data so that it is intended to accurately reflect on the credit report, right?

MR. LOVE: Object to the form.

THE WITNESS: Could you rephrase your question?

Q. (By Mr. Manning) Right. When Ocwen furnishes data, Equifax receives it and there is a group of people at Equifax that are responsible for loading that information to ensure that it is accurately loaded into Equifax's system.

MR. LOVE: Object to the form.

THE WITNESS: Yes. It is my understanding that Equifax does receive information from data

## Page 72

LATONYA MUNSON

furnishers electronically and that information is uploaded into our database. It goes through a quality process.

Q. (By Mr. Manning) Are there written policies and procedures in training manuals regarding that process?

A. I don't know.

Q. Do you know whether you identified and produced them in this case?

MR. LOVE: Object to the form.

THE WITNESS: No. I don't recall producing any of those manuals because I don't know whether or not they exist.

Q. (By Mr. Manning) So let's go back to Exhibit 1 where we have the ACDVs. You have identified there are two disputes listed on those. They each have the same account number and the same borrower, right?

A. Yes. They do show that they have the same account number and the same consumer ID information.

Q. And you haven't reviewed the data that Ocwen furnished in order to determine whether these ACDVs accurately reflect the information Ocwen was providing, have you?

## Page 73

LATONYA MUNSON

A. No, I have not.

Q. So you don't know if they are accurate or not.

A. Well, I mean, as it relates to these ACDVs, these are the ACDVs where the consumer contacted Equifax and had a concern with the information that was being reported on the credit files so therefore Equifax started a reinvestigation of the concerns and contacted Ocwen to determine whether or not the information was being reported accurately on our credit file.

Q. Right. And so the way Equifax prepares -- this is the process I am trying to understand. The way Equifax prepares Exhibit 1, these two ACDVs, is by going into Equifax's system and pulling the information about the trade lines it is reporting, right?

A. Yes. Equifax will review the information as far as a dispute a consumer has and start a reinvestigation of the item if we are unable to make some type of update to the file based upon its own policies and procedures. And then we would start an ACDV and send that information electronically to the furnisher, in this case Ocwen, and ask that Ocwen

Page 86

LATONYA MUNSON

of the ACDVs, in some instances, I believe, updating information, verifying or asking that Equifax modify certain information. We were not advised to delete the information in the credit file.

Q. (By Mr. Manning) Have you seen any of the ACDV responses from Ocwen for Mr. Daugherty's account?

A. Yes, I have.

Q. Are you aware that Ocwen repeatedly responded to the ACDVs showing him past due to correct it, to show current, but Equifax failed to correct it?

MR. LOVE: Object to the form.

MR. YOUNG: Objection. I think you are misstating the evidence.

MR. MANNING: The record will speak for itself.

Q. (By Mr. Manning) You can answer.

A. I don't agree with that. I think that the -- based upon what we reviewed today, the ACDVs we received two different --

MR. LOVE: Did we lose somebody?

MR. MANNING: I am here. Jason is here. Ralph?

Let's let him call back in.

Page 87

LATONYA MUNSON

(Technical difficulty.)

THE COURT REPORTER: Mr. Manning, while we have a moment, are you going to want a copy of the transcript?

MR. MANNING: E-trans.

THE COURT REPORTER: When do you want delivery of your copy?

MR. MANNING: Tomorrow.

(Ralph Young rejoins.)

Q. (By Mr. Manning) We are back on the record, Ms. Munson.

I am asking you about whether you can identify a single ACDV response from Ocwen as you sit here today.

MR. LOVE: Object to the form.

THE WITNESS: We had several that were provided within the Exhibits 1 through 14.

Q. (By Mr. Manning) Let's make sure that is clear on the record. These are not responses from Ocwen. These are Equifax's ACDV requests for verification that went to Ocwen, correct?

A. No. This captures Equifax's reinvestigation that was sent to Ocwen and Ocwen's response to the ACDV, excuse me, ACDV.

Page 88

LATONYA MUNSON

Q. Okay. Well, our expert witness disagrees with you.

Can you identify where on here Ocwen provided a response to an ACDV request from Equifax?

A. Sure. On Exhibit 1, Ocwen was contacted and the responder's name, Raj Kumar, with a responder's phone number, date of the response, the method or response code which verifies correct as reported, is contained within --

Q. Let me stop you there. I don't see that. Where is that?

A. I will be more than happy to point that out to you. It is under the trade line information, under the control number and --

Q. Are you on the second ACDV?

A. I am on the first one.

Q. My order is off. Okay.

MR. YOUNG: Might I suggest that the witness give us the last four digits of the control number so we are all on the same number.

MR. MANNING: Let's use the Bates number.

THE WITNESS: I am looking at Bates 34, 35, 30, and 31.

Q. (By Mr. Manning) So on this information,

Page 89

LATONYA MUNSON

on this sheet, where on this sheet does it contain the information that Ocwen responded with to Equifax?

MR. YOUNG: Are we looking at sheet 34, Bates 34, counsel?

MR. MANNING: Yes.

MR. YOUNG: Thank you.

THE WITNESS: So if you look under the control number towards the middle of those fields, rather, the grantor name, Ocwen Loan Servicing, and followed by that is the responder name, and followed by that is the responder's phone number and response code from the responder.

Q. (By Mr. Manning) So make sure I am on the same page as you. If you look toward the bottom of Bates 34, it has an account status and it is your testimony that Ocwen responded to this ACDV with current account under account status as well as current account under payment rating; is that right?

MR. YOUNG: Objection. I believe you are misstating the testimony. The witness testified as to the response code, verified as reported. She hasn't testified to account status or payment rating.

Page 90

LATONYA MUNSON

1  MR. MANNING: That's what I am asking her
2  about. Let's let the witness answer.
3  MR. YOUNG: You are misstating her
4  testimony.
5  MR. MANNING: It is a question.
6  MR. YOUNG: Go ahead. I withdraw the
7  objection.
8  THE WITNESS: I was referring to the
9  grantor name, the responder's name, response
10 date, and the response code verified correct as
11 reported.
12 Q.  (By Mr. Manning) See the bottom of the
13 page, account status?
14 A.  Yes, I do.
15 Q.  Is it your testimony that Ocwen responded
16 to the account status and payment rating with the
17 statement current account?
18 A.  No. It is my testimony that Ocwen
19 responded and did not advise Equifax to modify any
20 information in the account status field. And they
21 verified the account correct as reported.
22 Q.  Is it your testimony that because Equifax
23 was reporting this account for this ACDV as current in
24 account status and payment rating that Ocwen verified

Page 91

LATONYA MUNSON

1  it to be accurate?
2  A.  I am stating that Equifax contacted Ocwen
3  via the ACDV process and the response was that the
4  account was verified correct as reported in regards to
5  ACDV EIS No. 34.
6  Q.  And I am asking you what that means
7  because here -- I think we are reading the same
8  page -- the account status and payment rating are
9  listed as current, right?
10 A.  Yes. When the ACDV was sent out to Ocwen,
11 the account status showed current account. However,
12 if Ocwen wanted to modify that information there would
13 be another account status underneath that and so Ocwen
14 verified the account as correct as reported when it
15 checked off the box in the response code verified as
16 reported.
17 Q.  Okay. So by checking the box verified as
18 reported here, Ocwen confirmed that the account was
19 current, right?
20 A.  Yes.
21 Q.  So this document -- I think Mr. Young
22 asked you about this -- this is not a document that
23 came from Equifax, right? This is something -- I am
24 sorry. It didn't come from Ocwen, it is something

Page 92

LATONYA MUNSON

1  generated from Equifax itself?
2  A.  It is my understanding that this is
3  Equifax's memorialization of the ACDV process and so
4  that that process because it is electronic, this is
5  how Equifax captures Equifax -- sent out the ACDV and
6  then how the response was received from the furnisher.
7  Q.  Which means that there is some person --
8  not you -- at Equifax that was receiving Ocwen's
9  response to the ACDV and interpreting it and
10 determining what to report on this form, right?
11 A.  No. I don't know if this was handled
12 through an automated process completely or whether or
13 not it was handled by a live agent. However, it is my
14 understanding that there during the ACDV process Ocwen
15 is the one who has completed the verification and
16 determined what information should be verified,
17 modified, deleted, or deleted as fraud.
18     In this case, Ocwen advised Equifax that
19 the information was verified as reported.
20 Q.  And verified as reported pertains to the
21 specific disputes that are identified by Equifax on
22 the dispute at the top of the page, right?
23 A.  Yes. That is correct. My understanding
24 that they verified the dispute that was initiated

Page 93

LATONYA MUNSON

1  during the reinvestigation.
2  Q.  And it is accurate that this was an
3  account -- actually, I should ask whether you know.
4  Do you know whether it is accurate that Mr. Daugherty,
5  in fact, had this account with Ocwen and that he was
6  current? Do you know?
7  A.  Could you rephrase your question.
8  Q.  There are two dispute codes on EIS 34 and
9  it is your testimony that Ocwen did what it was
10 supposed to by responding to the specific disputes
11 identified and you don't -- do you know whether that
12 is accurate?
13 MR. LOVE: Object to the form.
14 THE WITNESS: I still don't understand the
15 question you are asking me.
16 Q.  (By Mr. Manning) So you don't know
17 whether this form was generated by a human being or by
18 a computer, right?
19 A.  No. I don't know whether or not the
20 information processed here as part of the verification
21 was processed through an agent or an electronic means.
22 Based upon looking at the ACDV, I do not know. But
23 that is something, you know, that could be determined.
24 Q.  Further discovery, you just don't know