# Jed Nolan

**From:** Jed Nolan
**Sent:** Thursday, May 5, 2016 12:27 PM
**To:** Manning, Jason E.
**Cc:** Ralph Young
**Subject:** Daugherty v. Ocwen

Hello Jason,

I wanted to see if you could confirm for us the Bates location of the ACDV response form that corresponds to the investigation performed on Bates 1665 at 1:40:46am by Harish Rao. It doesn't appear to have been provided. Thanks,

Jed

Jed Nolan

Hamilton, Burgess, Young & Pollard, pllc

304.574.2727

1