Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2           FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 3                        Beckley Division
 4               Civil Action No.:   5:14-cv-24506
 5     _____
 6     DAVID M. DAUGHERTY,
 7          Plaintiff,
 8          vs.                               DEPOSITION OF:
 9     EQUIFAX INFORMATION SERVICES, LLC,  DAVID M. DAUGHERTY
10     and OCWEN LOAN SERVICING, LLC,
11          Defendants.
12     _____/
13
14            TRANSCRIPT of the stenographic notes of the
15     proceedings in the above-entitled matter, as taken by
16     and before, DEBRA A. VOLK, a Professional Court Reporter
17     and Notary Public of the State of West Virginia, held at
18     the offices of HAMILTON, BURGESS, YOUNG & POLLARD, PLLC,
19     5493 Maple Lane, Fayetteville, West Virginia, on
20     Wednesday, June 17, 2015, commencing at 1:05 p.m.
21
22
23     Job No. 2084505
24
```

Page 34

1  A.   Yes, I believe so.
2  Q.   And on the next page, page 358, there's a balloon
3  payment addendum; do you see that?
4  A.   Yes.
5  Q.   And there's also two signatures there, David
6  Daugherty and Tina Daugherty. Are those you and your
7  wife's signatures?
8  A.   Yes, I believe they are.
9  Q.   And you would agree that your loan here has a
10 maturity date on July 26, 2014, right?
11 A.   Yes.
12 Q.   But you didn't make any payment on the balloon by
13 your maturity date of July 26, 2014, right?
14 A.   That's correct.
15 Q.   Okay.
16      I'd also like for you to turn to page 346.
17 A.   Okay.
18 Q.   And pages 346 through 355 appear to be the Deed
19 of Trust for this loan. Are you familiar with this
20 document?
21 A.   Yes.
22 Q.   And if you turn to page 353 there are two
23 signatures there, David Daugherty and Tina Daugherty.
24 Are those you and your wife's signatures?

Page 35

1  A.   Yes, I believe they are.
2  Q.   So you would agree that you and your wife were
3  the borrowers on this loan, right?
4  A.   Yes.
5  Q.   And so you would agree that by saying that this
6  loan is not yours in this dispute letter, it really was
7  yours, right?
8  A.   Yes.
9  Q.   Okay.
10      I'd like to ask you to turn to the Automated
11 Consumer Dispute Verification forms, and this was
12 produced by Equifax. And so at the bottom, there are
13 numbers there that say EIS Daugherty and I'd like you to
14 first turn to page 60.
15 A.   Okay.
16 Q.   And you can see on that page it says grantor
17 name, and it says Ocwen Loan Servicing, right?
18 A.   I'm still looking. Okay, I see it now.
19 Q.   And that's your loan number there where it says
20 account number?
21 A.   I assume it is.
22 Q.   Do you know for sure what your loan number is?
23 A.   No, I don't, not right here, right now, no.
24 Q.   Okay.

Page 36

1  And so there under reported consumer identity, it
2  has your name, Daugherty, David Max; do you see that?
3  A.   Yes.
4  Q.   Okay.
5       Are you familiar with what this document is?
6  A.   No, I'm not -- I'm not familiar with it.
7  Q.   Okay.
8       If you look at the top of this document where it
9  says dispute one, you'll see that it says user one, not
10 his, hers, provide complete ID; do you see that?
11 A.   Yes, I do.
12 Q.   And if you turn to page 62, this appears to be
13 the same document that was created May 31, 2013?
14 A.   Where's page 62 at? Okay.
15 Q.   This is another Automated Consumer Dispute
16 Verification form and there under dispute one, it says
17 not his, hers, provide complete ID; do you see that?
18 A.   Yes, I see it.
19 Q.   And you would agree that that Ocwen Loan
20 Servicing and your name is listed on this page as well?
21 A.   Yes.
22 Q.   And if you'll turn to page 89 there's another
23 Automated Consumer Dispute Verification form --
24      MR. NOLAN: Do you want to mark that as

Page 37

1  an Exhibit before we move on, Jon?
2       MR. KENNEY: I'm sorry?
3       MR. NOLAN: Did you want to mark that as
4  an Exhibit before we move on?
5       MR. KENNEY: Yes, Exhibit 4, please.
6                    * * *
7       (Whereupon, Deposition Exhibit No. 4 marked for
8  purposes of identification.)
9                    * * *
10 BY MR. KENNEY:
11 Q.   And page 89, which we can mark as Exhibit 5 is
12 another Automated Consumer Dispute Verification form.
13 This one appears to be dated July 3, 2013; do you see
14 that?
15 A.   Yes.
16                   * * *
17      (Whereupon, Deposition Exhibit No. 5 marked for
18 purposes of identification.)
19                   * * *
20 BY MR. KENNEY:
21 Q.   And that's your loan number and Ocwen Loan
22 Servicing listed there?
23 A.   Yes.
24 Q.   And that's your name, David Daugherty; correct?

10 (Pages 34 - 37)

Page 38

1  A.  That's correct.
2  Q.  And under the dispute, it says not his or hers,
3  right?
4  A.  Yes.
5  Q.  And if you turn to page 95, I believe this will
6  be Exhibit 5.
7       MR. NOLAN: It will be number 6.
8       MR. KENNEY: I'm sorry. Exhibit 6.
9          * * *
10      (Whereupon, Deposition Exhibit No. 6 marked for
11  purposes of identification.)
12         * * *
13 BY MR. KENNEY:
14 Q.  And this is another document dated 7/3/2013 with
15 your loan number and Ocwen Loan Servicing; correct?
16 A.  That's correct.
17 Q.  And that's your name, right?
18 A.  Yes.
19 Q.  And under the dispute, it says not his or hers,
20 right?
21 A.  That's correct.
22 Q.  So you would agree that this loan was yours,
23 right?
24 A.  I assume it was.

Page 39

1  Q.  Okay.
2      And so I'd like to go back to that letter from
3  Ocwen to Equifax.
4  A.  Okay.
5  Q.  I'm sorry. I'm trying to mark them trying.
6  Actually, I'm getting the numbers wrong. I believe this
7  is Exhibit 3; is that right?
8       MR. NOLAN: Is this the letter from Loren
9  Hanks?
10      MR. KENNEY: Yes.
11      MR. NOLAN: That's Exhibit 2, I think. I
12 think 3 was the note.
13      MR. KENNEY: Right. Okay. You're right.
14 BY MR. KENNEY:
15 Q.  And so the letter from you to Equifax, the second
16 time that Ocwen is listed here, it says never late; do
17 you see that?
18 A.  Yes.
19 Q.  Were you late at any time in making payments to
20 Ocwen?
21 A.  Yes, I had been late.
22 Q.  And I believe you mentioned in your Complaint you
23 were late on your Ocwen payment in March of 2013; is
24 that right?

Page 40

1  A.  Yes, I was late because my pension check hadn't
2  made it into the bank and I didn't know until a couple
3  of weeks later that it didn't go through because it
4  wasn't in there yet, but that was the only time that it
5  had been late in 2013.
6  Q.  There was no time before March 2013 that you were
7  late on a payment to Ocwen?
8  A.  Previously -- months, yeah, I believe yes, but
9  that was back before I was really working hard on my
10 credit repairs.
11 Q.  Right.
12     So this letter to Equifax where it says never
13 late next to your Ocwen account, you would agree that
14 you had been late before; correct?
15 A.  Yes. This wasn't -- these letters weren't from
16 me.
17 Q.  Right. Okay.
18     And if you recall -- let me ask you this. Did
19 you ever tell Ocwen that you were never late on
20 payments?
21 A.  No, not personally. Now, I'm going to recant
22 part of that. I did tell Ocwen that I wasn't late in
23 that time period in 2013. And they actually told me
24 that I wasn't late in those time periods in 2013. And

Page 41

1  they told me --
2  Q.  What time periods are you talking about?
3  A.  I'm talking about -- I'll revise that even. Back
4  in the late part, October 2013, when I found out there
5  was a problem and I talked to Ocwen, they -- I could go
6  online and it showed all of those months clear. And
7  when I talked to the mortgage people, their officers,
8  they said -- I told them that I hadn't been late, that I
9  was being told on the credit report that it was. And
10 they told me my problems were with Equifax.
11 Q.  Okay. And I apologize. I'm just trying to
12 understand.
13     So in October of 2014, you spoke with Ocwen; is
14 that right?
15 A.  No. In October of 2013 --
16 Q.  Okay.
17 A.  -- when this all first started, I talked to them
18 about what I found on there that was incorrect and they
19 were telling me their records showed that I was current.
20 Q.  And so when you talked to Ocwen in October 2013,
21 did you tell them that you were never late at all or did
22 you tell them that you were never late for that month?
23 A.  I told them I was never late in all those months
24 that they had me reported up to that point. And I

11 (Pages 38 - 41)

*Exhibits discussed beginning on page 37 of the Depo.*

# TRADE

## AUTOMATED CONSUMER DISPUTE VERIFICATION

**EQUIFAX** CREDIT INFORMATION SERVICES

| Field | Value |
|---|---|
| Control Number | 99993151006543102 |
| Origin NCA | EFX |
| Date Created | 05/31/2013 |
| Subscriber Code | 465FS01690 |
| Account Number | 7092244537 |
| Grantor Name | Ocwen Loan Servicing, LLC |
| Responder Name | Daniel John |
| Responder Phone | 561-682-7675 |
| Response Code | [✓] Verified As Reported |
| Bureau Code | 9999 |
| Response Date | 06/22/2013 |
| Dispute 1 | [001] NOT HIS/HERS. PROVIDE COMPLETE ID |
| Dispute 2 | |
| FCRA Relevant Information | |

### Reported Consumer Identity / Modified Consumer Identity

| | Reported | Same | Modified |
|---|---|---|---|
| Name | DAUGHERTY DAVID MAX | [✓] | DAUGHERTY DAVID |
| AKA/FN | | | |
| Addr | 35 VALLEY VIEW DR 35, VIENNA, WV 26105 | | 35 VALLEY VIEW DR, VIENNA, WV 26105 |
| Prev | PO BOX 816, PARKERSBURG, WV 26102 | | |
| SSN | 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 | [✓] | 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 |
| DOB | 12/14/1957 | | |
| Phone | 304-295-6161 | | |

[ ] Modify As Shown  [ ] Delete Account  [ ] Delete Fraud

| Account Type | ECOA | Date Open | Type & Rate |
|---|---|---|---|
| 26 | I | 07/1999 | M-- [271] |

| Credit Limit | High Credit | Current Balance | Past Due |
|---|---|---|---|
| | $100860 | $83111 | |

| Original Charge-Off | Date 1st Delinquency | Last Payment Date | Date Closed |
|---|---|---|---|
| | | 01/2013 | |

**Activity Designator:** [1] Invalid activity desgn '1' | **Creditor Classification:** | **Purchased/Sold To Name / Original Creditor:** | **Narratives:**

| Terms Duration | Term Frequency | Sched Monthly Pmt | Actual Payment | Deferred Pay Start Date | Balloon Payment | Balloon Pay Due Date |
|---|---|---|---|---|---|---|
| 30 | [M] Monthly | $980 | $980 | | | |

| Date of Account Info | Pmt Hist Months 1-12 | Pmt Hist Months 13-24 | Pmt Hist Months 25-36 | Pmt Hist Months 37-48 | Pmt Hist Months 49-60 | Pmt Hist Months 61-72 | Pmt Hist Months 73-84 |
|---|---|---|---|---|---|---|---|
| 01/2013 | --DC0000001O | 4323B---------- | | | | | |

**Consumer Info Indicator:** | **Compliance Condition Code:** | **Special Comment Code:** |

| Account Status | Payment Rating |
|---|---|
| [11] Current account | [0] Current account |

EXHIBIT 4 D. Daugherty

EIS-DAUGHERTY-000060

TRADE

AUTOMATED CONSUMER DISPUTE VERIFICATION

IMAGES SENT
No Images Sent

*EQUIFAX* CREDIT INFORMATION SERVICES

Printed 07/22/2014

Proprietary and Confidential to Equifax Information Services LLC - Use Pursuant to Company Instructions

EIS-DAUGHERTY-000061

# TRADE

## AUTOMATED CONSUMER DISPUTE VERIFICATION

**EQUIFAX** CREDIT INFORMATION SERVICES

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Control Number | 9999315100654310 3 | | | Dispute 1 | [001] NOT HIS/HERS. PROVIDE COMPLETE ID |
| Origin ACRA | EFX | Bureau Code | 9999 | | |
| Date Created | 05/31/2013 | Response Due | 06/22/2013 | Dispute 2 | |
| Subscriber Code | 465FS01690 | | | | |
| Account Number | 7092244537 | | | FCRA Relevant Information | |
| Grantor Name | Ocwen Loan Servicing, LLC | | | | |
| Responder Name | Daniel John | | | | |
| Responder Phone | 561-682-7675 | Response Date | 06/02/2013 | | |
| Response Code | ☑ Verified As Reported / ☐ Modify As Shown | | | ☐ Delete Account / ☐ Delete Fraud | |

### Reported Consumer Identity / Modified Consumer Identity

| | Reported | | Same | Modified |
|---|---|---|---|---|
| Name | DAUGHERTY DAVID MAX | | ☑ | DAUGHERTY DAVID |
| AKA/FN | | | ☑ | |
| Addr | 35 VALLEY VIEW DR 35, VIENNA, WV 26105 | | ☐ [451] | 35 VALLEY VIEW DR, VIENNA, WV 26105 |
| Prev | PO BOX 816, PARKERSBURG, WV 26102 | | ☐ [272] | |
| SSN | 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 | | ☑ | 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 |
| DOB | 12/14/1957 | | ☑ | |
| Phone | 304-295-6161 | | ☐ | |

| Account Type | ECOA | Date Open | Type & Rate | | Narratives |
|---|---|---|---|---|---|
| 08 | I | 08/1999 | M- | | |

| Credit Limit | High Credit | Current Balance | Past Due | | |
|---|---|---|---|---|---|
| | $100813 | $85639 | $6128 | | |

| Original Charge-Off | Date 1st Delinquency | Last Payment Date | Date Closed | | |
|---|---|---|---|---|---|
| | 10/2011 | 01/2012 | | | |

| Activity Designator | | Creditor Classification | Purchased/Sold To Name/Original Creditor | Purchase Indicator | Mortgage Id Number |
|---|---|---|---|---|---|
| [2] Invalid activity desgn. '2' | | | | | |

| Term Duration | Term Frequency | Sched Monthly Pmt | Actual Payment | Deferred Pay Start Date | Balloon Payment | Balloon Pay Due Date |
|---|---|---|---|---|---|---|
| 30 | [M] Monthly | $1077 | $200 | | | |

| Date of Account Info | Pmt Hist Months 1-12 | Pmt Hist Months 13-24 | Pmt Hist Months 25-36 | Pmt Hist Months 37-48 | Pmt Hist Months 49-60 | Pmt Hist Months 61-72 | Pmt Hist Months 73-84 |
|---|---|---|---|---|---|---|---|
| 03/2013 | --DDDDDDDDDD | D323B--------- | ------------ | ------------ | ------------ | ------------ | ------------ |

| Consumer Info Indicator | |
|---|---|
| | |

| Compliance Condition Code | |
|---|---|
| | |

| Special Comment Code | [BO] Foreclosure proceedings started |
|---|---|

| Account Status | [82] Account 120 days past the due date |
|---|---|

| Payment Rating | |
|---|---|

EIS-DAUGHERTY-000062

TRADE

AUTOMATED CONSUMER DISPUTE VERIFICATION

IMAGES SENT

No Images Sent

EQUIFAX CREDIT INFORMATION SERVICES

EIS-DAUGHERTY-000063

*Exhibit 5 discussed on page 37 of Depo.*

EIS-DAUGHERTY-000089

**EXHIBIT** (PENGAD 800-631-6989)

# AUTOMATED CONSUMER DISPUTE VERIFICATION

**EQUIFAX** CREDIT INFORMATION SERVICES

## TRADE

| Field | Value | Field | Value |
|---|---|---|---|
| Control Number | 99993184007034103 | Bureau Code | 9999 | Dispute 1 | [001] NOT HIS/HERS. PROVIDE COMPLETE ID |
| Origin NCRA | EFX | | | Dispute 2 | |
| Date Created | 07/03/2013 | Response Date | 07/24/2013 | | |
| Subscriber Code | 465FS01690 | | | FCRA Relevant Information | |
| Account Number | 7092244537 | | | | |
| Grantor Name | Ocwen Loan Servicing, LLC | | | | |
| Respondent Name | Raj Kumar | | | | |
| Respondent Phone | 561-682-7675 | Response Date | 07/05/2013 | | |
| Response Code | | ☑ Verified As Reported   ☐ Modify As Shown   ☐ Delete Account   ☐ Delete Fraud | | | |

### Reported Consumer Identity

| | | | | | Same | Modified Consumer Identity |
|---|---|---|---|---|---|---|
| Name | DAUGHERTY DAVID MAX | | | | ☑ Name | DAUGHERTY DAVID |
| AKA/FN | | | | | ☐ AKA/FN | |
| Addr | 35 VALLEY VIEW DR 35, VIENNA, WV 26105 | | | | ☐ Addr | 35 VALLEY VIEW DR, VIENNA, WV 26105 |
| Prev | PO BOX 816, PARKERSBURG, WV 26102 | | | | ☐ Prev | |
| SSN | 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 | | | | ☑ SSN | 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 |
| DOB | 12/14/1957 | | | | ☑ DOB | |
| Phone | 304-295-6161 | | | | ☑ Phone | 304-295-6161 |

| Account Type | ECOA | Date Open | Type & Rate | | Narratives |
|---|---|---|---|---|---|
| 08 | I | 08/1999 | M- | [451] | |
| Credit Limit | High Credit | Current Balance | Past Due | [272] | |
| | $100813 | $85639 | $6128 | | |
| Original Charge-Off | Date 1st Delinquency | Last Payment Date | Date Closed | | |
| | 10/2011 | 01/2012 | | | |
| Activity Designator | Creditor Classification | Purchased/Sold To Name / Original Creditor | Purchase Indicator | Mortgage Id Number |
| (2) Invalid activity desgn '2' | | | | |
| Terms Duration | Term Frequency | Sched Monthly Pmt | Actual Payment | Deferred Pay Start Date | Balloon Payment | Balloon Pay Due Date |
| 30 | [M] Monthly | $1077 | $200 | | | |
| Date of Account Info | Pmt Hist Months 1-12 | Pmt Hist Months 13-24 | Pmt Hist Months 25-36 | Pmt Hist Months 37-48 | Pmt Hist Months 49-60 | Pmt Hist Months 61-72 | Pmt Hist Months 73-84 |
| 06/2013 | -DD4DDDDDDDD | DDD323B----- | ------------ | ------------ | ------------ | ------------ | ------------ |
| Consumer Info Indicator | | | | | | | |
| Compliance Condition Code | | | | | | | |
| Special Comment Code | [BO] Foreclosure proceedings started | | | | | | |
| Account Status | [82] Account 120 days past the due date | | | | | | |
| Payment Rating | | | | | | | |

EIS-DAUGHERTY-000090

Printed 07/23/2014

Proprietary and Confidential to Equifax Information Services LLC - Use Pursuant to Company Instructions

Page 2

TRADE

AUTOMATED CONSUMER DISPUTE VERIFICATION

IMAGES SENT
No Images Sent

*EQUIFAX* CREDIT INFORMATION SERVICES

*Exhibit 6 discussed on page 38 of the depo.*

EIS-DAUGHERTY-000095

# AUTOMATED CONSUMER DISPUTE VERIFICATION

**EQUIFAX** CREDIT INFORMATION SERVICES

## TRADE

| Control Number | 99993184007034101 | Bureau Code | 9999 | Dispute 1 | [001] NOT HIS/HERS. PROVIDE COMPLETE ID |
| --- | --- | --- | --- | --- | --- |
| Origin NCRA | EFX | Response Due | 07/24/2013 | Dispute 2 | |
| Date Created | 07/03/2013 | | | | |
| Subscriber Code | 605FM50178 | | | FCRA Relevant Information | |
| Account Number | 1297408 | | | | |
| Grantor Name | Ocwen Loan Servicing, LLC | | | | |
| Responder Name | Shalini Singh | | | | |
| Responder Phone | 561-682-7675 | Response Date | 07/09/2013 | | |
| Response Code | [V] Verified As Reported | [ ] Modify As Shown | | [ ] Delete Account | |

### Reported Consumer Identity

| | | | | | Same | Modified Consumer Identity | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Name | DAUGHERTY DAVID MAX | | | | [V] | Name | DAUGHRTY DAVID |
| AKA/FN | | | | | [ ] | AKA/FN | |
| Addr | 35 VALLEY VIEW DR 35, VIENNA, WV 26105 | | | | [V] | Addr | 35 VALLEY VIEW DR, VIENNA, WV 26105 |
| Prev | PO BOX 816, PARKERSBURG, WV 26102 | | | | [ ] | Prev | |
| SSN | 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 | | | | [V] | SSN | 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 |
| DOB | 12/14/1957 | | | | [ ] | DOB | |
| Phone | 304-295-6161 | | | | [ ] | Phone | |

| Account Type | | Date Open | Type & Rate | [231] PAID BY DEALER | Narratives | |
| --- | --- | --- | --- | --- | --- | --- |
| 08 | J | 08/1999 | MT | | | |
| Credit Limit | | High Credit | | Past Due | | |
| | $100813 | | | | | |
| Original Charge-Off | | Date 1st Delinquency | Current Balance | | | |
| | | 09/2011 | $0 | | | |
| | | Last Payment Date | Date Closed | | | |
| | | 09/2011 | | | | |
| Activity Designator | | Creditor Classification | Purchased/Sold To Name/Original Creditor | Purchase Indicator | Mortgage Id Number |
| [1] Invalid activity desgn '1' | | | | | |
| Terms Duration | Term Frequency | Sched Monthly Pmt | Actual Payment | Deferred Pay Start Date | Balloon Payment | Balloon Pay Due Date |
| 15 | [M] Monthly | $1,077 | | | | |
| Date of Account Info | Pmt Hist Months 1-12 | Pmt Hist Months 13-24 | Pmt Hist Months 25-36 | Pmt Hist Months 37-48 | Pmt Hist Months 49-60 | Pmt Hist Months 61-72 | Pmt Hist Months 73-84 |
| 09/2011 | -DDDDDDDDDDD | DDDDDDDDDDDD | 0000000322110 | 112121100000 | 111111DDDDD | D11DDD322211 | 111DD121B--- |
| Consumer Info Indicator | | | | | | |
| Compliance Condition Code | | | | | | |
| Special Comment Code | [0] Account transferred to another lender | | | | | |
| Account Status | [11] Current account | | | | | |
| Payment Rating | [0] Current account | | | | | |

**EXHIBIT** (PENGAD 800-631-6989) [signature: D. Daugherty]

EIS-DAUGHERTY-000096

TRADE

AUTOMATED CONSUMER DISPUTE VERIFICATION

IMAGES SENT
No Images Sent

EQUIFAX CREDIT INFORMATION SERVICES

Printed 07/23/2014

Proprietary and Confidential to Equifax Information Services LLC - Use Pursuant to Company Instructions

Page 8