# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Beckley
Date: 5/16/2016                                                                 Case Number 5:14-cv-24506
Case Style: Daugherty vs. Ocwen Loan Servicing
Type of hearing Cvil Jury Trial - Day 1
Before the honorable: 2516-Berger
Court Reporter Lisa Cook                                                        Courtroom Deputy Kierstin Tudor
Attorney(s) for the Plaintiff or Government Ralph Young, Jed Nolan & Steven Broadwater


Attorney(s) for the Defendant(s) Jason Manning & Jonathan Kenney


Law Clerk Trevor Garmey                                                         Probation Officer

## Trial Time

Jury Trial. Day No. 1


## Non-Trial Time



## Court Time

10:27 am   to 11:32 am
11:49 am   to 12:27 pm
2:03 pm    to 3:18 pm
3:36 pm    to 4:58 pm
Total Court Time: 4 Hours 20 Minutes Court actively conducting trial proceedings/Contested proceedings

## Courtroom Notes

CIVIL TRIAL - DAY ONE

Scheduled Start - at conclusion of jury selection
Actual Start 10:27 a.m.

Court gives preliminary instructions to Jury.
Mr. Young makes opening statement on behalf of Plaintiff.
Court takes recess at 11:32 a.m.

Court resumed at 11:49 a.m.
Mr. Manning makes opening statement on behalf of Defendant.
Court takes recess at 12:27 p.m.

Court resumed at 2:03 p.m.
Plaintiff calls DAVID DAUGHERTY; oath given.
Direct by Mr. Nolan.
Plf't Ex. 1 marked and admitted.
Plf't Ex. 2 marked and admitted.
Plf't Ex. 3 marked and admitted.
Plf't Ex. 4 marked and admitted.
Plf't Ex. 5 marked and admitted.
Plf't Ex. 6 marked and admitted.
Plf't Ex. 7 marked and admitted.
Plf't Ex. 8 marked and admitted.
Plf't Ex. 9 marked and admitted.

## District Judge Daybook Entry

Court takes recess at 3:18 p.m.

Court resumed at 3:36 p.m.
WITNESS DAUGHERTY resumes stand.
Cross by Mr. Manning.
Def't Ex 1 marked and admitted.
Court takes recess at 4:58 p.m.