# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Beckley
Date: 5/17/2016                                                                 Case Number 5:14-cv-24506
Case Style: Daugherty vs. Ocwen Loan Servicing
Type of hearing Cvil Jury Trial - Day 2
Before the honorable: 2516-Berger
Court Reporter Lisa Cook                                                        Courtroom Deputy Kierstin Tudor
Attorney(s) for the Plaintiff or Government Ralph Young, Jed Nolan & Steven Broadwater


Attorney(s) for the Defendant(s) Jason Manning & Jonathan Kenney


Law Clerk Trevor Garmey                                                         Probation Officer

## Trial Time

Jury Trial. Day No. 2


## Non-Trial Time



## Court Time

9:02 am   to 10:39 am
10:51 am  to 12:13 pm
1:30 pm   to 4:00 pm
Total Court Time: 5 Hours 29 Minutes Court actively conducting trial proceedings/Contested proceedings

## Courtroom Notes

CIVIL TRIAL - DAY TWO

Scheduled Start 9:00 a.m.
Actual Start 9:02 a.m.

WITNESS DAUGHERTY resumes stand; cross by Mr. Manning continues.
Redirect.
Plf't Ex 10 marked and admitted.
Jury excused; Court addresses matter with counsel.
Court recessed at 10:39 a.m.

Court resumed at 10:51 a.m.
Plaintiff calls LATONYA MUNSON (via deposition); deposition read into the record.
Court takes recess at 12:13 p.m.

Court resumed at 1:30 p.m.
Deposition of WITNESS MUNSON continues to be read into the record.
Plf't Exs 11-24 marked and admitted.
Plaintiff calls STEVEN NAPIER (via deposition); deposition read into the record.
Plf't Ex 25 marked and admitted.
Plaintiff calls EVAN HENDRICKS; oath given.
Direct by Mr. Nolan.
Court rules that witness may testify as an expert.
Cross by Mr. Manning.
Court recessed at 4:00 p.m.