UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION



**DAVID M. DAUGHERTY,**

Plaintiff,

v.                                                          CIVIL ACTION NO.   5:14-cv-24506

**OCWEN LOAN SERVICING, LLC,**

Defendant.

### JURY VERDICT FORM

1)      We, the jury, find that the Plaintiff, David Daugherty, should receive an award
of punitive damages.

_____✓_____ YES                          _____ NO

If you answered YES to Question Number 1, proceed to Question Number 2.   If you
answered NO, the foreperson should sign and date this form and notify the Court Security
Officer that the jury has reached a verdict.

2)      We, the jury, award punitive damages in favor of the Plaintiff, David
Daugherty, in the following amount:

$ _2.5 million dollars_

_May 23, 2016_
**DATE**

_[redacted]_
**FOREPERSON**