UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

FILED

MAY 24 2016

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

DAVID M. DAUGHERTY,

        Plaintiff,

v.                          CIVIL ACTION NO.   5:14-cv-24506

OCWEN LOAN SERVICING, LLC,

        Defendant.

## JURY VERDICT FORM

    1)    We, the jury, find that the Plaintiff, David Daugherty, should receive an award of punitive damages.

_____✓_____ YES                _____ NO

If you answered YES to Question Number 1, proceed to Question Number 2.   If you answered NO, the foreperson should sign and date this form and notify the Court Security Officer that the jury has reached a verdict.

    2)    We, the jury, award punitive damages in favor of the Plaintiff, David Daugherty, in the following amount:

$ _2.5 million dollars_

_May 23, 2016_
DATE

█████████████████
FOREPERSON