# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### BECKLEY DIVISION

DAVID M. DAUGHERTY,

        Plaintiff,

v.                                CIVIL ACTION NO.  5:14-cv-24506

OCWEN LOAN SERVICING, LLC,

        Defendant.

### WITNESS LIST

| Date | Plf't No. | Witness | Date | Def't No. | Witness |
|------|-----------|---------|------|-----------|---------|
| 05/16/16 | 1 | David Daugherty | 05/19/16 | 1 | John Ulzheimer |
| 05/17/16 | 2 | Latonya Munson (via deposition) | | | |
| 05/17/16 | 3 | Steven Napier (via deposition) | | | |
| 05/17/16 | 4 | Evan Hendricks | | | |
| 05/18/16 | 5 | Sandra Lyew | | | |
| 05/19/16 | 6 | Tina Daugherty | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |