IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

DAVID M. DAUGHERTY,

        Plaintiff,

v.                                  CIVIL ACTION NO.   5:14-cv-24506

OCWEN LOAN SERVICING, LLC,

        Defendant.

## EXHIBIT LIST

| Plf't No. | Def't No. | Court No. | Date Identified | Date Admitted | Description | Location |
|---|---|---|---|---|---|---|
| 1 | | | 05/16/16 | 05/16/16 | Deed | Clerk's Office |
| 2 | | | 05/16/16 | 05/16/16 | 03/14/13 letter | Clerk's Office |
| 3 | | | 05/16/16 | 05/16/16 | 03/18/13 letter | Clerk's Office |
| 4 | | | 05/16/16 | 05/16/16 | 03/19/14 fax w/ letter | Clerk's Office |
| 5 | | | 05/16/16 | 05/16/16 | Complaint Review | Clerk's Office |
| 6 | | | 05/16/16 | 05/16/16 | 04/19/14 letter | Clerk's Office |
| 7 | | | 05/16/16 | 05/16/16 | 05/06/14 letter | Clerk's Office |
| 8 | | | 05/16/16 | 05/16/16 | 05/21/14 letter | Clerk's Office |
| 9 | | | 05/16/16 | 05/16/16 | 02/21/15 letter | Clerk's Office |
| | 1 | | 05/16/16 | 05/16/16 | 05/02/14 letter | Clerk's Office |
| 10 | | | 05/17/16 | 05/17/16 | 02/05/14 letter | Clerk's Office |
| 11 | | | 05/17/16 | 05/17/16 | Automated Consumer Dispute… | Clerk's Office |
| 12 | | | 05/17/16 | 05/17/16 | Automated Consumer Dispute… | Clerk's Office |
| 13 | | | 05/17/16 | 05/17/16 | Automated Consumer Dispute… | Clerk's Office |
| 14 | | | 05/17/16 | 05/17/16 | Automated Consumer Dispute… | Clerk's Office |
| 15 | | | 05/17/16 | 05/17/16 | Automated Consumer Dispute… | Clerk's Office |
| 16 | | | 05/17/16 | 05/17/16 | Automated Consumer Dispute… | Clerk's Office |
| 17 | | | 05/17/16 | 05/17/16 | Automated Consumer Dispute… | Clerk's Office |
| 18 | | | 05/17/16 | 05/17/16 | Automated Consumer Dispute… | Clerk's Office |
| 19 | | | 05/17/16 | 05/17/16 | Automated Consumer Dispute… | Clerk's Office |
| 20 | | | 05/17/16 | 05/17/16 | 05/26/14 letter | Clerk's Office |

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | | | 05/17/16 | 05/17/16 | Automated Consumer Dispute… | Clerk's Office |
| 22 | | | 05/17/16 | 05/17/16 | Automated Consumer Dispute… | Clerk's Office |
| 23 | | | 05/17/16 | 05/17/16 | Automated Consumer Dispute… | Clerk's Office |
| 24 | | | 05/17/16 | 05/17/16 | Equifax Credit File: 09/23/14 | Clerk's Office |
| 25 | | | 05/17/16 | 05/17/16 | Applicant - Derogatory Summary | Clerk's Office |
| 26 | | | 05/18/16 | 05/18/16 | Notebook w/ documents | Clerk's Office |
| 27 | | | 05/18/16 | 05/18/16 | Notebook w/ documents | Clerk's Office |
| | 2 | | 05/19/16 | 05/19/16 | Credit Reporting Histories | Clerk's Office |
| | 3 | | 05/19/16 | 05/19/16 | Detail Transaction History | Clerk's Office |
| | 4 | | 05/19/16 | 05/19/16 | Universal Date Form | Clerk's Office |
| 28 | | | 05/19/16 | 05/19/16 | Credit Disputes chart | Clerk's Office |
| 29 | | | 05/19/16 | not admitted | Third Notice of Deposition - Amended | Clerk's Office |
| | | 1 | 05/23/16 | not admitted | Note from jury | Clerk's Office |
| | | 2 | 05/23/16 | not admitted | Note from jury | Clerk's Office |
| | | 3 | 05/23/16 | not admitted | Note from jury | Clerk's Office |
| 30 | | | 05/23/16 | 05/23/16 | Notebook w/ documents | Clerk's Office |
| 31 | | | 05/23/16 | 05/23/16 | Ocwen Financial Announces … | Clerk's Office |
| | | 4 | 05/23/16 | not admitted | Note from jury | Clerk's Office |
| | | 5 | 05/23/16 | not admitted | Note from jury | Clerk's Office |