IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

| | |
|---|---|
| DAVID M. DAUGHERTY, | PLAINTIFF |
| V. | CIVIL ACTION NO. 5:14-cv-24506 |
| OCWEN LOAN SERVICING, LLC, | DEFENDANT |

**PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**

COMES NOW Plaintiff, by counsel, and respectfully moves the Court to enter an order awarding attorneys' fees and costs to the Plaintiff and states the following:

1.  15 U.S.C. § 1681(n) and § 1681(o) provide that the Defendant is liable to the Plaintiff for costs of the action together with reasonable attorneys' fees as determined by the Court.

2.  The Plaintiff prevailed at trial in this cause. Consequently, Plaintiff is entitled to recover reasonable attorneys' fees and costs of the action from the Defendant.

**WHEREFORE**, Plaintiff respectfully moves the Court to enter an award of reasonable attorneys' fees and costs of the action within the Court's sound discretion.

Respectfully submitted,

                                                                     **DAVID M. DAUGHERTY**
                                                                     BY COUNSEL

HAMILTON, BURGESS, YOUNG
& POLLARD, *pllc*

BY: /s/     Jed R. Nolan
Ralph C. Young  (*W. Va. Bar #4176*)
ryoung@hamiltonburgess.com
Steven R. Broadwater, Jr. (*W. Va. Bar #11355*)
sbroadwater@hamiltonburgess.com
Jed R. Nolan (*W. Va. Bar #10833*)
jnolan@hamiltonburgess.com
*Counsel for Plaintiff*
P. O. Box 959
Fayetteville, WV 25840
304-574-2727

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

DAVID M. DAUGHERTY,          PLAINTIFF

V.          CIVIL ACTION NO. 5:14-cv-24506

OCWEN LOAN SERVICING, LLC,          DEFENDANT

## CERTIFICATE OF SERVICE

I, Jed R. Nolan, counsel for Plaintiff, hereby certify that I have filed **PLAINTIFF'S MOTION FOR ATTORNEYS' FEES** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants, on June 21, 2016:

> John C. Lynch, Esq.
> Jason E. Manning, Esq.
> TROUTMAN SANDERS LLP
> 222 Central Park Avenue, Suite 2000
> Virginia Beach, VA  23462
> *Counsel for Defendant Ocwen Loan Servicing, LLC*
> john.lynch@troutmansanders.com
> jason.manning@troutmansanders.com

/s/ Jed R. Nolan
**JED R. NOLAN** *(WVSB #10833)*
jnolan@hamiltonburgess.com

*Page 2 of  2*