| Date | Start | End | Hours | Description | | | |
|---|---|---|---|---|---|---|---|
| 3/28/2014 | 9:50:00AM | 10:35:00AM | 0.75 | Intake interview with Mr. Daugherty | JRN | | |
| 5/20/2014 | 1:35:00PM | 2:35:00PM | 1.00 | review docs submitted by CL re credit rpts | JRN | | |
| 5/27/2014 | 4:31:00PM | 5:00:00PM | 0.48 | email with CL | JRN | | |
| 5/30/2014 | 4:45:00PM | 5:20:00PM | 0.58 | review docs from ACR/Lorin Hanks | JRN | | |
| 6/06/2014 | 10:33:00AM | 12:10:00PM | 1.62 | draft complaint; reach out to co-counsel | JRN | | |
| 7/08/2014 | 9:15:00AM | 10:45:00AM | 1.50 | finalize and file complaint | JRN | | |
| 11/06/2014 | 7:38:00AM | 8:38:00AM | 1.00 | prepare and file 26a1 disclosures | JRN | | |
| 1/05/2015 | 11:39:00AM | 2:39:00PM | 3.00 | finalize and serve discovery responses (Equifax) | JRN | | |
| 2/19/2015 | 8:55:00AM | 4:07:00PM | 7.20 | Rev'w Ocwen's discovery responses | JRN | | |
| 2/20/2015 | 9:10:00AM | 9:50:00AM | 0.67 | Review Equifax Interrogatory Responses | JRN | | |
| 2/20/2015 | 4:30:00PM | 5:10:00PM | 0.67 | Rev'w Equifax 510 page RPD Response thru page 40 | JRN | | |
| 2/23/2015 | 2:35:00PM | 4:20:00PM | 1.75 | Rev'w Equifax RPD response pages 41-145 | JRN | | |
| 2/26/2015 | 1:20:00PM | 5:10:00PM | 3.83 | Rev'w Equifax RPD Resp 107-510; make notes for good faith ltr | JRN | | |
| 2/26/2015 | 4:40:00PM | 5:00:00PM | 0.33 | JRN research for call with Evan Hendricks re expert retainer | JRN | | |
| 2/27/2015 | 5:15:00PM | 6:15:00PM | 1.00 | Research NCLC manual for Equifax required disclosures that weren't provided | JRN | | |
| 3/02/2015 | 9:15:00AM | 10:05:00AM | 0.83 | Discuss Equifax disc responses; JRN to draft good faith letters | JRN | RCY | SRB |
| 3/02/2015 | 1:05:00PM | 2:52:00PM | 1.78 | Draft Good Faith Ltr to Ocwen re discovery | JRN | | |
| 3/02/2015 | 2:50:00PM | 3:30:00PM | 0.67 | finalize and mail good faith to Ocwen with RCY input | JRN | RCY | |

| Date | Start | End | Hours | Description | Atty1 | Atty2 | Atty3 |
|---|---|---|---|---|---|---|---|
| 3/09/2015 | 12:45:00PM | 1:40:00PM | 0.92 | Draft and file Mtn to Extend Expert disclosure deadline | JRN | | |
| 3/16/2015 | 2:30:00PM | 3:55:00PM | 1.42 | Finalize and mail good faith ltr to Equifax | JRN | | |
| 3/16/2015 | 9:50:00PM | 11:40:00PM | 1.83 | Draft Equifax Good Faith Ltr re deficient discovery | JRN | | |
| 3/22/2015 | 11:35:00AM | 11:55:00AM | 0.33 | Call w/expert Hendricks re rev'w of file | JRN | | |
| 3/23/2015 | 9:35:00AM | 11:07:00AM | 1.53 | Rev'w discovery to send docs to expert; call CL to follow up | JRN | | |
| 4/01/2015 | 3:20:00PM | 4:30:00PM | 1.17 | Draft expert disclosure; speak with CL | JRN | | |
| 4/01/2015 | 7:35:00PM | 9:05:00PM | 1.50 | JRN research 37c1 26a disclsoure casel re experts disc | JRN | | |
| 4/02/2015 | 1:50:00PM | 3:05:00PM | 1.25 | Conf call with Expert | JRN | RCY | |
| 4/07/2015 | 10:05:00AM | 10:47:00AM | 0.70 | Call with AT Roskovensky/ prep for call | JRN | | |
| 5/12/2015 | 1:45:00PM | 4:02:00PM | 2.28 | Respond to Ocwen discovery with CL | JRN | | |
| 5/20/2015 | 2:13:00PM | 2:30:00PM | 0.28 | Call with Expert Hendricks | JRN | | |
| 5/21/2015 | 9:15:00AM | 11:50:00AM | 2.58 | Meet with CL to prep for depo | JRN | | |
| 5/21/2015 | 11:50:00AM | 12:35:00PM | 0.75 | Strategy session w/RCY | SRB | JRN | RCY |
| 8/21/2015 | 10:10:00AM | 12:19:00PM | 2.15 | Travel to Depo of Steve Napier | JRN | | |
| 8/21/2015 | 2:00:00PM | 4:20:00PM | 2.33 | Depo of Steve Napier | JRN | | |
| 8/26/2015 | 11:16:00AM | 6:16:00PM | 7.00 | Depo Prep | JRN | | |
| 8/27/2015 | 8:30:00AM | 1:13:00PM | 4.72 | Depo Prep | JRN | | |
| 8/27/2015 | 2:09:00PM | 9:09:00PM | 7.00 | Travel to VA Beach; rev'w docs for depo | JRN | SRB | |
| 8/28/2015 | 6:30:00AM | 8:50:00AM | 2.33 | Depo Prep | JRN | | |
| 8/28/2015 | 8:55:00AM | 3:50:00PM | 6.92 | Depo of Ms. Lyew | JRN | SRB | |
| 8/28/2015 | 4:08:00PM | 11:05:00PM | 6.95 | Travel from VA Beach to Office | JRN | SRB | |

| Date | Start | End | Hours | Description | Atty | | |
|---|---|---|---|---|---|---|---|
| 9/01/2015 | 1:05:00PM | 1:18:00PM | 0.22 | Call with CL | JRN | | |
| 9/09/2015 | 3:12:00PM | 5:09:00PM | 1.95 | begin research to draft response to Def's MSJ | JRN | | |
| 9/11/2015 | 2:59:00PM | 4:59:00PM | 2.00 | Cont drafting Resp to Ocwen's MSJ | JRN | | |
| 9/11/2015 | 4:10:00PM | 5:01:00PM | 0.85 | Prepare notice of mediator; send demand to AT Manning/Kenney | JRN | | |
| 9/11/2015 | 8:40:00PM | 10:05:00PM | 1.42 | Begin drafting Resp to Ocwen's MSJ | JRN | | |
| 9/16/2015 | 7:38:00AM | 9:08:00AM | 1.50 | Westlaw research and drafting MSJ Response | JRN | | |
| 9/16/2015 | 1:48:00PM | 3:22:00PM | 1.57 | cont'd research/drafting MSJ resp | JRN | | |
| 9/17/2015 | 9:45:00AM | 11:15:00AM | 1.50 | cont'd research/drafting MSJ resp | JRN | | |
| 9/21/2015 | 9:25:00AM | 10:57:00AM | 1.53 | con'd research/drafting MSJ Response | JRN | | |
| 9/22/2015 | 8:03:00AM | 11:40:00AM | 3.62 | con'd research/drafting MSJ Response | JRN | | |
| 9/23/2015 | 7:19:00AM | 10:43:00AM | 3.40 | con'd research/drafting MSJ Response | JRN | | |
| 9/24/2015 | 8:11:00AM | 4:50:00PM | 8.65 | Westlaw research | JRN | | |
| 9/25/2015 | 9:00:00AM | 11:05:00AM | 2.08 | con'd research/drafting MSJ Response | JRN | | |
| 9/25/2015 | 3:28:00PM | 5:06:00PM | 1.63 | Finalize MSJ response | JRN | CBF | RCY |
| 9/25/2015 | 5:06:00PM | 8:47:00PM | 3.68 | file MSJ RESP after finalizing exhibits | JRN | | |
| 10/01/2015 | 4:06:00PM | 4:45:00PM | 0.65 | Begin drafting Integrated Pretrial Order | JRN | | |
| 10/02/2015 | 1:10:00PM | 3:56:00PM | 2.77 | Prepare Plaintiff's Integrated Pretrial Section | JRN | | |
| 10/07/2015 | 1:10:00PM | 4:16:00PM | 3.10 | Prepare Mediator Memo and send to J. VanDervort | JRN | | |
| 10/09/2015 | 9:25:00AM | 9:42:00AM | 0.28 | Emails with AT Manning | JRN | | |
| 10/15/2015 | 1:05:00PM | 2:16:00PM | 1.18 | Time Keeping work | JRN | | |

| Date | Start | End | Hours | Description | A1 | A2 | A3 |
|---|---|---|---|---|---|---|---|
| 10/16/2015 | 8:25:00AM | 2:18:00PM | 5.88 | Mediation | JRN | RCY | |
| 10/21/2015 | 2:55:00PM | 3:25:00PM | 0.50 | Receive and re'vw D's offer of judgment | JRN | | |
| 10/23/2015 | 11:41:00AM | 1:30:00PM | 1.82 | Begin drafting jury instructions/verdict form | JRN | | |
| 10/26/2015 | 11:42:00AM | 12:55:00PM | 1.22 | finalize jury inst/verditct form for submissions | JRN | | |
| 10/26/2015 | 2:25:00PM | 3:05:00PM | 0.67 | rev'w order dneying D's summary jdgment for fcra claims | JRN | | |
| 10/27/2015 | 9:15:00AM | 9:44:00AM | 0.48 | Email AT Manning re sched; call with AT Manning re status | JRN | | |
| 10/27/2015 | 10:20:00AM | 10:45:00AM | 0.42 | Rev'w ct sched order; call CL to update | JRN | | |
| 2/08/2016 | 12:50:00PM | 2:15:00PM | 1.42 | Rev'w file with Expert Evan Hendricks | JRN | | |
| 4/25/2016 | 1:26:00PM | 3:26:00PM | 2.00 | Call with Expert Hendricks | JRN | RCY | SRB |
| 4/26/2016 | 9:28:00AM | 5:35:00PM | 8.12 | Final Pretrial/Settlement Conference/Trial Prep | JRN | RCY | |
| 5/05/2016 | 1:23:00AM | 1:23:00AM | 0.00 | Trial Prep | JRN | RCY | |
| 5/06/2016 | 9:21:00AM | 5:05:00PM | 7.73 | Trial Prep | JRN | RCY | SRB |
| 5/08/2016 | 11:19:00AM | 6:19:00PM | 7.00 | Mediation Prep | JRN | RCY | |
| 5/09/2016 | 10:11:00AM | 5:11:00PM | 7.00 | Mediation/Depo Prep | JRN | RCY | |
| 5/11/2016 | 10:49:00AM | 1:55:00PM | 3.10 | draft response to protective order prep for hearing | JRN | RCY | |
| 5/11/2016 | 2:00:00PM | 3:15:00PM | 1.25 | Protective Order hearing | JRN | RCY | |
| 5/12/2016 | 8:44:00AM | 1:42:00PM | 4.97 | Prepare for depo rev'w ct orders | JRN | RCY | |
| 5/12/2016 | 1:43:00PM | 4:43:00PM | 3.00 | Depo de benne esse | JRN | RCY | |
| 5/13/2016 | 9:10:00AM | 6:42:00PM | 9.53 | Trial Prep | JRN | RCY | |
| 5/14/2016 | 10:40:00AM | 4:25:00PM | 5.75 | Trial Prep | JRN | RCY | |
| 5/15/2016 | 10:39:00AM | 7:39:00PM | 9.00 | Trial Prep | JRN | RCY | SRB |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/16/2016 | 7:38:00AM | 7:38:00PM | 12.00 | Trial | JRN | RCY | SRB |
| 5/17/2016 | 8:25:00AM | 5:36:00PM | 9.18 | Trial | JRN | SRB | RCY |
| 5/18/2016 | 8:34:00AM | 5:25:00PM | 8.85 | Trial | JRN | RCY | SRB |
| 5/19/2016 | 8:32:00AM | 7:05:00PM | 10.55 | Trial | JRN | SRB | RCY |
| 5/20/2016 | 8:31:00AM | 3:31:00PM | 7.00 | Trial | JRN | SRB | RCY |
| 5/22/2016 | 9:29:00AM | 7:15:00PM | 9.77 | Prep closing argument | JRN | SRB | |
| 5/23/2016 | 8:30:00AM | 5:27:00PM | 8.95 | Closing arguments | JRN | RCY | SRB |