**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
Beckley Division**

**DAVID M. DAUGHERTY,**

      **Plaintiffs,**

      **v.**                                      **Civil Action No. 5:14-cv-24506**

**EQUIFAX INFORMATION
SERVICES, LLC, and
OCWEN LOAN SERVICING, LLC,**

      **Defendants.**

**DEFENDANT OCWEN LOAN SERVICING, LLC'S
MOTION  TO VACATE THE PUNITIVE DAMAGES AWARD**

Pursuant to Federal Rule of Civil Procedure 60(b)(3) and the inherent power of this Court, Defendant Ocwen Loan Servicing, LLC ("Ocwen"), by counsel, hereby files this Motion to Vacate the Punitive Damages Award.  The reasons in support of this motion are more thoroughly set forth in the accompanying Memorandum in Support.

For the reasons set forth in the accompanying memorandum of law, Defendant respectfully requests that the Court grant its Motion to Vacate the Punitive Damages Award, and grant Defendant such further legal and equitable relief as it may deem appropriate.

In accordance with Local Rule 7.1, the exhibits to Ocwen's Memorandum in Support of Motion to Vacate the Punitive Damages Award are attached hereto.

Dated:  June 24, 2016                        Respectfully submitted,


                                             OCWEN LOAN SERVICING, LLC


                                             By:  ____/s/ Jason E. Manning_____
                                                            Of Counsel

Jason E. Manning (W. Va. Bar No. 11277)
Jonathan M. Kenney (W. Va. Bar No. 12458)
Counsel for Ocwen Loan Servicing, LLC
Troutman Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone:  (757) 687-7564
Facsimile:  (757) 687-1524
E-mail:  jason.manning@troutmansanders.com
E-mail: jon.kenney@troutmansanders.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
Beckley Division

DAVID M. DAUGHERTY,

      Plaintiffs,

    v.                                   Civil Action No. 5:14-cv-24506

EQUIFAX INFORMATION
SERVICES, LLC, and
OCWEN LOAN SERVICING, LLC,

      Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of June, 2015, I electronically filed the foregoing

*Motion to Vacate the Punitive Damages Award* with the Clerk of the Court using the CM/ECF

system, which will send notice of such filing to the following CM/ECF participants:

**Counsel for Plaintiff**
Ralph C. Young, Esq.
Christopher B. Frost, Esq.
Steven R. Broadwater, Jr., Esq.
Jed R. Nolan, Esq.
HAMILTON, BURGESS, YOUNG & POLLARD, PLLC
P.O. Box 959
Fayetteville, WV 25840
E-mail: ryoung@hamiltonburgess.com
E-mail: cfrost@hamiltonburgess.com
E-mail: sbroadwater@hamiltonburgess.com
E-mail: jnolan@hamiltonburgess.com

                         /s/ Jason E. Manning
                         Jason E. Manning (W. Va. Bar No. 12458)
                         TROUTMAN SANDERS LLP
                         222 Central Park Avenue, Suite 2000
                         Virginia Beach, Virginia 23462
                         Telephone:  (757) 687-7562
                         Facsimile: (757) 687-1524
                         E-mail: jason.manning@troutmansanders.com
                         *Counsel for Ocwen Loan Servicing, LLC*