Tina Daugherty - Direct (Young)                           114

1       THE COURT:  You can step down, ma'am.
2       THE WITNESS:  Thank you, Your Honor.
3       THE COURT:  Plaintiff, call your next witness.
4       MR. YOUNG:  Plaintiff calls Tina Daugherty.
5       THE COURT:  Ms. Daugherty, would you come up and
6  take an oath or affirmation, please.
7       **TINA DAUGHERTY**, PLAINTIFF'S WITNESS, SWORN
8                    DIRECT EXAMINATION
9  BY MR. YOUNG:
10 Q.   Please state your name.
11 A.   Tina Daugherty.
12 Q.   Are you married?
13 A.   Yes.
14 Q.   Who is your husband?
15 A.   Dave Daugherty sitting at the table there.
16 Q.   Have you ever testified in court before?
17 A.   No, I have not.
18 Q.   Are you scared to death?
19 A.   Yes.
20 Q.   How long were you -- have you and Dave been married?
21 A.   We've been married approximately 38 years, 39 actually.
22 Q.   And at this anniversary it will be 40; right?
23 A.   Correct.
24 Q.   And the home you live in is subject to a mortgage
25 that's serviced by Ocwen, isn't it?

EXHIBIT 6

123

1         MR. YOUNG:  No, Your Honor.  May this witness be
2    excused.
3         THE COURT:  Any objection, counsel?
4         MR. KENNEY:  No objection.
5         THE COURT:  All right, ma'am, you can step down.
6         THE WITNESS:  Okay.  Thank you.
7         THE COURT:  Plaintiff, call your next witness.
8         MR. YOUNG:  Plaintiff rests, Your Honor.
9         THE COURT:  All right.  Let me see you lawyers
10   here at the bench for a moment.
11        (Bench conference on the record).
12        THE COURT:  Mr. Manning, we had a bench conference
13   relative to an objection -- well, out of the presence of the
14   jury, whether it was at the bench or not -- relative to an
15   exhibit that the plaintiff has offered regarding the
16   designation for the deposition.  I would like to preserve
17   that until we have a break.  And I anticipate that you have
18   other motions.  I would like for you to call your witness
19   and I will take up all of the motions at a recess.
20        MR. MANNING:  Okay.  So the Rule 50 motion is
21   preserved?  We just proceed with our witness?
22        THE COURT:  Yes.  And I only do it in the interest
23   of time so that we can proceed and me not play musical
24   chairs with the jury making them come in and out.
25      Anybody have any objection to proceeding in that