IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

DAVID M. DAUGHERTY,

          Plaintiff,

v.                                CIVIL ACTION NO. 5:14-cv-24506

OCWEN LOAN SERVICING, LLC,

          Defendant.

**JUDGMENT ORDER**

A jury trial was held in the above-styled matter from May 16, 2016 through May 23, 2016. After deliberations, the jury returned a verdict in favor of the Plaintiff and against the Defendant. The jury awarded the Plaintiff six thousand, one hundred twenty-eight dollars and thirty-nine cents ($6,128.39) in compensatory damages, and two million, five hundred thousand dollars ($2,500,000) in punitive damages.

Wherefore, in accordance with the jury's verdict, it is hereby **ORDERED** that judgment be entered in favor of the Plaintiff and against the Defendant. It is further **ORDERED** that any motions pending when the verdict was returned be **TERMINATED AS MOOT**, and that this matter be **STRICKEN** from the docket.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

                              ENTER: September 26, 2016

                              IRENE C. BERGER
                              UNITED STATES DISTRICT JUDGE
                              SOUTHERN DISTRICT OF WEST VIRGINIA