USDC/PJR-015 (Rev. 02/12)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT SELECT ONE: Beckley

DAVID M. DAUGHERTY,
   Plaintiff

V.

OCWEN LOAN SERVICING, LLC,
   Defendant

APPLICATION FOR POST–JUDGMENT REMEDIES
CIVIL ACTION   5:14-cv-24506

**WHEREAS**, in a civil action in which judgment was recovered in the United States District Court for the Southern District of West Virginia, the   Plaintiff   hereby requests the following:

☐ Certification of Judgment for Registration in Another District
   *Attached:*   *Certification of Judgment will be prepared by the Clerk's Office.*
        ☐ *Fee ($11.00 per document certified/.50 per page copied)*

☒ Abstract of Judgment
   *Attached:*   ☐ *Form PJR-002 (Abstract of Judgment)*

☒ Writ of Execution
   *Attached:*   ☐ *Form PJR-003 (Writ of Execution)*
        ☐ *USM 285 Service of Process Form*

☐ Abstract of Execution
   *Attached:*   ☐ *Form PJR-004 (Abstract of Execution)*
        ☐ *Copy of previously issued Writ of Execution*

☐ Suggestion w/Summons on Suggestion
   *Attached:*   ☐ *Form PJR-005 (Suggestion w/summons)*
        ☐ *Form PJR-006 (Notice of Possibility of Exemptions)*

☐ Suggestee Execution
   *Attached:*   ☐ *Form PJR-007 (Affidavit for Suggestee Execution))*
        ☐ *Form PJR-008 (Suggestee Execution)*

☐ Temporary Release re: Suggestee Execution - Exemption
   *Attached:*   ☐ *Form PJR-010 (Temporary Release re:Suggestee Execution - Exemption)*

☐ Complete Release re: Suggestee Execution
   *Attached:*   ☐ *Form PJR-011 (Complete Release re: Suggestee Execution)*

USDC/PJR-015 (Rev. 02/12)

☐ **Writ of Possession**
Attached:
☐ Form PJR-012 (Writ of Possession)
☐ USM 285 Service of Process Form
☐ Copy of unexpired Writ of Execution

☐ **Writ of Assistance**
Attached:
☐ Form PJR-013 (Writ of Assistance)
☐ USM 285 Service of Process Form

☐ **Bill of Costs:**
Attached:
☐ Form PJR-014 (Bill of Costs)
☐ Supporting Documentation

Date: October 31, 2016

_____
Attorney