USDC/PJR-002
(04/05)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT SELECT ONE:   Beckley

DAVID M. DAUGHERTY,
    Plaintiff

v

OCWEN LOAN SERVICING, LLC,
    Defendant

**ABSTRACT OF JUDGMENT**

CIVIL ACTION   5:14-cv-24506

      Judgment was rendered by the United States District Court for the Southern District of West Virginia at Select one:      on                              , in the above-entitled action, in favor of

Plaintiff, David M. Daugherty,

and against

Defendant, Ocwen Loan Servicing, LLC,

for:

| | | |
|---|---|---|
| $ | 2,506,128.39 | Principal, |
| $ | 163,951.00 | Attorney Fees, |
| $ | 0.00 | Interest, and |
| $ | 23,044.30 | Costs, for a total amount of |
| $ | 2,693,123.69 | JUDGMENT AS ENTERED |

with legal interest thereon at 0.66 % per annum from the date of judgment, until paid.

**TERESA L. DEPPNER, CLERK OF COURT**     DATE:

BY: _____
      **DEPUTY CLERK**