USDC/PJR-003   Writ of Execution (Rev. 06/10)

# United States District Court
## for the
## Southern District of West Virginia
### At   Select One:   Beckley

DAVID M. DAUGHERTY,
   Plaintiff

v.

OCWEN LOAN SERVICING, LLC,
   Defendant

**Writ of Execution**

Civil Action   5:14-cv-24506

### IN THE NAME OF THE UNITED STATES OF AMERICA:

### TO THE UNITED STATES MARSHAL
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA:

Pursuant to judgment taken in this action on __September 26, 2016,__ we command you that of the goods and chattels of __Ocwen Loan Servicing, LLC,__ in your bailiwick, you cause to be made the sum of $ __2,693,123.69__ with interest thereon at the rate of __0.66__ % per annum from __September 26, 2016,__ until paid, which the above named __David M. Daugherty__ recovered against the named __Ocwen Loan Servicing, LLC,__ and make your return thereof on __November 30, 2016__

**TERESA L. DEPPNER, Clerk of Court**                    DATE: _____

BY: _____
   **DEPUTY CLERK**

USDC/PJR-003  Writ of Execution (Rev. 06/10)

## RETURN ON WRIT OF EXECUTION
*(FOR COMPLETION BY THE UNITED STATES MARSHAL OR A DEPUTY UNITED STATES MARSHAL)*

**DATE RECEIVED:** _____    **DATE EXECUTED:** _____

This writ was received and executed.

**COMMENTS:**

_____

_____

_____

_____

_____

_____

_____

JOHN D. FOSTER
UNITED STATES MARSHAL

BY: _____
            DEPUTY MARSHAL