# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT BECKLEY

DAVID M. DAUGHERTY,

      Plaintiff(s),

## ABSTRACT OF JUDGMENT

v.                                CIVIL ACTION NO. 5:14-CV-24506

OCWEN LOAN SERVICING, LLC,

      Defendant(s).

       Judgment was rendered by the United States District Court for the Southern District of West Virginia at Beckley on September 26, 2016, in the above-entitled action, in favor of Plaintiff, David M. Daugherty, and against Defendant, Ocwen Loan Servicing, LLC,, for the sum of **SIX THOUSAND ONE HUNDRED TWENTY-EIGHT and 39/100THS DOLLARS ($6,128.39)** in compensatory damages, and for the sum of **TWO MILLION FIVE HUNDRED THOUSAND DOLLARS ($2,500,000.00)** in punitive damages, with legal interest thereon from the date of judgment until paid.

TERESA L. DEPPNER, CLERK OF COURT                      DATE: <u>NOVEMBER 2, 2016</u>

BY: <u>/s/ Richmond</u>
        DEPUTY CLERK