# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF WEST VIRGINIA
# AT BECKLEY

**DAVID M. DAUGHERTY**

      Plaintiff,

V.                                                                    WRIT OF EXECUTION

                                                                      CIVIL ACTION NO. 5:14-cv-24506

**OCWEN LOAN SERVICING, LLC**

      Defendant.

## IN THE NAME OF THE UNITED STATES OF AMERICA:

## TO THE UNITED STATES MARSHAL
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA:

Pursuant to judgment taken in this action on September 26, 2016, we command you that of the goods and chattels of **OCWEN LOAN SERVICING, LLC,** in your bailiwick, you cause to be made the sum of **$2,506,128.39** with interest thereon at the legal rate from September 26, 2016 until paid, which the above named David M. Daugherty recovered against the named Ocwen Loan Servicing, LLC and make your return thereof on February 1, 2017.

**TERESA L. DEPPNER, CLERK OF COURT**          **DATE: November 8, 2016**

By: _/s/ SLRichmond_
       **Deputy Clerk**

## RETURN ON WRIT OF EXECUTION
*(For completion by the United States Marshal or a Deputy United States Marshal)*

DATE RECEIVED: _____   DATE EXECUTED: _____

This writ was received and executed.

**COMMENTS:**

_____

_____

_____

_____

_____

_____

_____

**JOHN D. FOSTER, UNITED STATES MARSHAL**

By: _____
**Deputy Marshal**