IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
Beckley Division

**DAVID M. DAUGHERTY,**

      **Plaintiffs,**

   v.                                       Civil Action No. 5:14-cv-24506

**EQUIFAX INFORMATION
SERVICES, LLC, and
OCWEN LOAN SERVICING, LLC,**

      **Defendants.**

## DEFENDANT OCWEN LOAN SERVICING, LLC'S
## NOTICE OF FILING SUPERSEDEAS BOND

PLEASE TAKE NOTICE that Defendant Ocwen Loan Servicing, LLC ("Ocwen"), by counsel, hereby files the attached Supersedeas Bond in support of its motion pursuant to Federal Rule of Civil Procedure 62(d) to stay the enforcement of the judgment.

Dated:  November 10, 2016                  Respectfully submitted,

                                                  OCWEN LOAN SERVICING, LLC

                                                  By:    /s/ Jason E. Manning
                                                            Of Counsel

Jason E. Manning (W. Va. Bar No. 11277)
Jonathan M. Kenney (W. Va. Bar No. 12458)
Counsel for Ocwen Loan Servicing, LLC
Troutman Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone:  (757) 687-7564
Facsimile:  (757) 687-1524
E-mail:  jason.manning@troutmansanders.com
E-mail: jon.kenney@troutmansanders.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### Beckley Division

**DAVID M. DAUGHERTY,**

      **Plaintiffs,**

    v.            Civil Action No. 5:14-cv-24506

**EQUIFAX INFORMATION SERVICES, LLC, and OCWEN LOAN SERVICING, LLC,**

      **Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of November, 2016, I electronically filed the foregoing *Notice of Filing Supersedeas Bond* with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

**Counsel for Plaintiff**
Ralph C. Young, Esq.
Christopher B. Frost, Esq.
Steven R. Broadwater, Jr., Esq.
Jed R. Nolan, Esq.
HAMILTON, BURGESS, YOUNG & POLLARD, PLLC
P.O. Box 959
Fayetteville, WV 25840
E-mail: ryoung@hamiltonburgess.com
E-mail: cfrost@hamiltonburgess.com
E-mail: sbroadwater@hamiltonburgess.com
E-mail: jnolan@hamiltonburgess.com

    /s/ Jason E. Manning
Jason E. Manning (W. Va. Bar No. 12458)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7562
Facsimile: (757) 687-1524
E-mail: jason.manning@troutmansanders.com
*Counsel for Ocwen Loan Servicing, LLC*

29549422