IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
Beckley Division

DAVID M. DAUGHERTY,

    **Plaintiffs,**

v.                                     Civil Action No. 5:14-cv-24506

EQUIFAX INFORMATION
SERVICES, LLC, and
OCWEN LOAN SERVICING, LLC,

    **Defendants.**

## SUPERSEDEAS BOND

Defendant Ocwen Loan Servicing, LLC ("Ocwen" or "Defendant"), as principal, and Ocwen Financial Corporation, as surety, are held and firmly bound unto David M. Daugherty, Plaintiff in the above-styled civil action, in the full amount of the judgment of $2,506,128.39, plus interest, attorneys' fees, and costs, for the payment of which, well and truly to be made, we bind ourselves, our successors and assigns, jointly and severally, firmly by these presents.

WHEREAS, Plaintiff David M. Daugherty has in the United States District Court for the Southern District of West Virginia, in the above-titled action, obtained a judgment entered September 26, 2016, against the said Defendant in the amount of $2,506,128.39 plus interest (the "Judgment") (ECF No. 233).

WHEREAS, the above-named Defendant filed a Notice of Appeal in order to pursue an appeal to set aside or otherwise obtain relief from the Judgment (the "Appeal").

NOW, THEREFORE, the condition of this obligation regarding the Judgment is that if any of the following shall occur:

(i) Defendant shall satisfy the Judgment in full together with any interest awarded by the Court if the Appeal is finally dismissed or the Judgment is finally affirmed; or

(ii) Defendant shall satisfy in full such judgment or modification of the Judgment with any interest as an appellate court may adjudge and award; or

(iii) if the said Judgment is set aside, reversed, or vacated;

then the obligation shall be void; otherwise the obligation shall remain in full force and effect to the full extent of the unpaid amount of the Judgment.

This obligation shall continue during any effort by either party to seek any form of relief in the Fourth Circuit Court of Appeals or the United States Supreme Court.

Dated: November 9, 2016

By: _____

Ocwen Financial Corporation, Surety

Printed Name: Sara L. Markert

Printed Title: Senior Counsel

STATE OF SOUTH CAROLINA,

COUNTY OF CHARLESTON, To-Wit:

Sworn to and subscribed before me on this ___ day of November, 2016, by _____

_____
Notary Public

My commission expires 8/8/2024          Registration No.: _____

29549437

Carol M. Black
NOTARY PUBLIC
State of South Carolina
My Commission Expires 8/8/2024

2