FILED: January 24, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-2243
(5:14-cv-24506)
_____

DAVID M. DAUGHERTY,

    Plaintiff - Appellee,

  v.

OCWEN LOAN SERVICING, LLC,

    Defendant - Appellant,

 and

EQUIFAX INFORMATION SERVICES, LLC,

    Defendant.

_____

O R D E R
_____

Upon consideration of submissions relative to the appellant's emergency motion for stay pending appeal and motion for expedited review of its emergency motion for stay pending appeal, the court grants the motions.

Entered at the direction of Judge Shedd, with the concurrence of Judge Agee and Judge Floyd.

                              For the Court

                              <u>/s/ Patricia S. Connor, Clerk</u>