UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-2243
(5:14-cv-24506)
_____

DAVID M. DAUGHERTY

  Plaintiff - Appellee

v.

OCWEN LOAN SERVICING, LLC

  Defendant - Appellant

 and

EQUIFAX INFORMATION SERVICES, LLC

  Defendant

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is affirmed in part and vacated in part. This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK