FILED: August 17, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-2243
(5:14-cv-24506)
_____

DAVID M. DAUGHERTY

      Plaintiff - Appellee

v.

OCWEN LOAN SERVICING, LLC

      Defendant - Appellant

and

EQUIFAX INFORMATION SERVICES, LLC

      Defendant

_____

M A N D A T E
_____

    The judgment of this court, entered July 26, 2017, takes effect today.

    This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*