# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### Beckley Division

**DAVID M. DAUGHERTY,**

    **Plaintiffs,**

    v.                                              Civil Action No. 5:14-cv-24506

**OCWEN LOAN SERVICING, LLC,**

    **Defendants.**

## RULE 41 STIPULATION OF DISMISSAL

Plaintiff, David M. Daugherty ("Plaintiff"), by counsel, and Defendant Ocwen Loan Servicing, LLC ("Defendant"), by counsel, pursuant to Fed. R. Civ. P. 41, hereby advise the Court that the matters at issue in the present action, which concern the claims set forth in Plaintiff's Complaint, have been compromised, agreed, and settled.

**IT IS HEREBY STIPULATED** by and between Plaintiff and Defendant that the above-captioned action shall be dismissed by the court with prejudice pursuant to Fed. R. Civ. P. 41(a), with each party to bear its own costs and attorneys' fees.

[SIGNATURES FOLLOW ON NEXT PAGE]

Dated: September 18, 2017                                                          Respectfully submitted,


/s/ Ralph C. Young                                                                    /s/ Jason E. Manning
Ralph C. Young, Esq.                                                               John C. Lynch (W. Va. Bar No. 6627)
Christopher B. Frost, Esq.                                                        Jason E. Manning (W. Va. Bar No. 11277)
Steven R. Broadwater, Jr., Esq.                                                Jonathan M. Kenney (W. Va. Bar No. 12458)
Jed R. Nolan, Esq.
HAMILTON, BURGESS, YOUNG & POLLARD, PLLC                        Troutman Sanders LLP
P.O. Box 959                                                                              222 Central Park Avenue, Suite 2000
Fayetteville, WV 25840                                                            Virginia Beach, Virginia 23462
E-mail: ryoung@hamiltonburgess.com                                  Telephone: (757) 687-7500
E-mail: cfrost@hamiltonburgess.com                                    Facsimile: (757) 687-7510
E-mail: sbroadwater@hamiltonburgess.com                        E-mail: john.lynch@troutmansanders.com
E-mail: jnolan@hamiltonburgess.com                                   E-mail: jason.manning@troutmansanders.com
                                                                                                   E-mail: jon.kenney@troutmansanders.com

*Counsel for Plaintiff David M. Daugherty*                              *Counsel for Defendant Ocwen Loan Servicing, LLC*