**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
Beckley Division**

**DAVID M. DAUGHERTY,**

      **Plaintiffs,**

    **v.**                             **Civil Action No. 5:14-cv-24506**

**OCWEN LOAN SERVICING, LLC,**

      **Defendants.**

## ORDER RELEASING SUPERSEDEAS BOND

This matter came before the Court on the consent motion of Defendant Ocwen Loan Servicing, LLC ("Ocwen"), for entry of an Order releasing the supersedeas bond filed with this Court on December 13, 2016.

Upon consideration of the motion, and it appearing to the Court that Plaintiff consents to the release, as evidenced by the endorsement hereto by counsel for Plaintiff, it is hereby

**ORDERED** that Ocwen's Motion for release of the supersedeas bond is **GRANTED** and the supersedeas bond previously deposited into the registry of this Court in the amount of $2,800,000.00 by Ocwen shall be terminated and released, having no further force and effect. The Clerk is hereby directed to return the original supersedeas bond to Ocwen's counsel of record.

**IT IS SO ORDERED.**

Entered this 16th day of November, 2017.

*Irene C. Berger*

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA

*Daugherty v. Ocwen Loan Servicing, LLC*
Civil Action No. 5:14-cv-24506
Order Releasing Supersedeas Bond
Page 2 of 2

Dated: October 12, 2017                               Respectfully submitted,


/s/Ralph C. Young                                     /s/ Jason E. Manning
Ralph C. Young, Esq.                                  John C. Lynch (W. Va. Bar No. 6627)
Christopher B. Frost, Esq.                            Jason E. Manning (W. Va. Bar No. 11277)
Steven R. Broadwater, Jr., Esq.                       Jonathan M. Kenney (W. Va. Bar No. 12458)
Jed R. Nolan, Esq.                                    Troutman Sanders LLP
HAMILTON, BURGESS, YOUNG & POLLARD,                   222 Central Park Avenue, Suite 2000
PLLC                                                  Virginia Beach, Virginia 23462
P.O. Box 959                                          Telephone:  (757) 687-7500
Fayetteville, WV 25840                                Facsimile:  (757) 687-7510
E-mail: ryoung@hamiltonburgess.com                    E-mail: jason.manning@troutmansanders.com
E-mail: cfrost@hamiltonburgess.com                    *Counsel for Defendant Ocwen Loan Servicing,*
E-mail: sbroadwater@hamiltonburgess.com               *LLC*
E-mail: jnolan@hamiltonburgess.com


*Counsel for Plaintiff David M. Daugherty*